# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1611     **Short Title:** APHA, et al. v. NIH, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached _____ as the

[✓] appellant(s)       [ ] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ Benjamin C. Wei  
Signature

7/1/2025  
Date

Benjamin Wei  
Name

Department of Justice  
Firm Name (if applicable)

202-616-2875  
Telephone Number

950 Pennsylvania Ave, NW  
Address

_____  
Fax Number

Washington, DC 20530  
City, State, Zip Code

benjamin.c.wei@usdoj.gov  
Email (required)

Court of Appeals Bar Number: 1217517

Has this case or any related case previously been on appeal?

[ ] No       [✓] Yes   Court of Appeals No. 25-1612

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellants | Attorneys |
|---|---|
| Robert F. Kennedy, Jr. in his official capacity as Secretary of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | Daniel Tenny<br>Benjamin C. Wei<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>202-616-2875 |
| United States Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | |
| Jayanta Bhattacharya in his official capacity as Director of the National Institutes of Health<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |
| National Institutes of Health<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |