# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1611     **Short Title:** APHA, et al. v. NIH, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See attached                                                                 as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Suzanne Schlossberg                7/1/2025
Signature                              Date

Suzanne Schlossberg
Name

ACLU Foundation of MA                  617-482-3170
Firm Name (if applicable)              Telephone Number

One Center Plaza, Suite 850
Address                                Fax Number

Boston, MA 02108                       sschlossberg@aclum.org
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 1217988

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes   Court of Appeals No. 25-1612

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorneys |
|---|---|
| American Public Health Association | Jessie J. Rossman |
| Ibis Reproductive Health | Suzanne Schlossberg |
| International Union, United Automobile, Aerospace, and Agricultural Implement Workers | ACLU Foundataion of Massachusetts |
| Brittany Charlton | One Center Plaza, Ste 850 |
| Katie Edwards | Boston, MA 02108 |
| Peter Lurie | |
| Nicole Maphis | |