# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 25-1611     **Short Title:** APHA, et al. v. NIH, et. al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 6/23/2025
   2. Date this notice of appeal filed 6/23/2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [✓] Yes  [ ] No
         If yes, explain Partial final judgment reversing grant terminations.
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes  [ ] No
         If yes, explain _____

C. Has this case previously been appealed? [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

Related Case:

*Massachusetts et al v. Kennedy, Jr. et al* (D. Mass.) Case No. 25-1612

This case involves the same issues and the district court consolidated it with this case for trial. The court issued virtually the same Rule 54(b) judgment in both cases, with the only operative difference being the specific grant terminations that the court was ordering be reversed.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  See Attached
      Attorney
      Address
      Telephone

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  See Attached
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

 Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  Benjamin Wei
Date  7/1/2025

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

| Adverse Party | Attorneys |
|---|---|
| Dr. Brittany Charlton | Shalini Goel Agarwal<br>Protect Democracy Project<br>2020 Pennsylvania Ave., NW, Ste. 163<br>Washington, DC 20006<br>202-579-4582<br>shalini.agarwal@protectdemocracy.org<br><br>Michel-Ange Desruisseaux<br>82 Nassau Street, #601<br>New York, NY 10038<br>michelange.desruisseaux@protectdemocracy.org<br><br>Kenneth Parreno<br>15 Main Street, Suite 312<br>Watertown, MA 02472<br>kenneth.parreno@protectdemocracy.org<br><br>Lisa S. Mankofsky<br>Oscar Heanue<br>Center for Science in the Public Interest<br>1250 I St., NW, Suite 500<br>Washington, DC 20005<br>202-777-8381<br>lmankofsky@cspinet.org<br>oheanue@cspinet.org<br><br>Jessie J. Rossman<br>Suzanne Schlossberg<br>American Civil Liberties Union Foundation of Massachusetts, Inc.<br>One Center Plaza, Suite 801<br>Boston, MA 02018<br>617-482-3170<br>jrossman@aclum.org<br>sschlossberg@aclum.org<br><br>Olga Akselrod<br>Alexis Agathocleous<br>Rachel Meeropol<br>Alejandro Ortiz<br>American Civil Liberties Union |
| Dr. Katie Edwards | |
| Dr. Peter Lurie | |
| Dr. Nicole Maphis | |
| American Public Health Association | |
| Ibis Reproductive Health | |
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America | |

|  | Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212-549-2659<br>oakselrod@aclu.org<br>aagathocleous@aclu.org<br>rmeeropol@aclu.org<br>ortiza@aclu.org |
|---|---|

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel.  Attach additional page if necessary.

| Appellants | Attorneys |
|---|---|
| Robert F. Kennedy, Jr. in his official capacity as Secretary of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | Daniel Tenny<br>Benjamin C. Wei<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>202-616-2875 |
| United States Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | |
| Jayanta Bhattacharya in his official capacity as Director of the National Institutes of Health<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |
| National Institutes of Health<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |