# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 25cv10814-WGY

USCA Docket Number: 25-1612

Commonwealth of Massachusetts et al

v.

Kennedy, Jr. et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

Document Numbers: _____

**Other Documents:**

Sealed Records:

Document Numbers: (Administrative Record Binders 1, 2, and 3) and (Supplemental Administrative Record Vol. I and Vol. II)

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on JULY 7, 2025 _____.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals