# APHA PLAINTIFFS' APPENDIX

TABLE OF CONTENTS

PAGE NO.

Exhibit 2 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-02)..................................................................APHA App. 001

Exhibit 19 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-19)..................................................................APHA App. 005

Exhibit 20 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-20)..................................................................APHA App. 102

Exhibit 21 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-21)..................................................................APHA App. 162

Exhibit 22 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-22)..................................................................APHA App. 227

Exhibit 23 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-23)..................................................................APHA App. 309

Exhibit 24 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-24)..................................................................APHA App. 398

Exhibit 25 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-25)..................................................................APHA App. 455

Exhibit 26 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-26)..................................................................APHA App. 462

Exhibit 29 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-29)..................................................................APHA App. 481

Exhibit 30 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-30)..................................................................APHA App. 549

Exhibit 31 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-31)..................................................................APHA App. 678

Exhibit 33 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-33)..................................................................APHA App. 722

Exhibit 34 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-34) ..................................................................APHA App. 779

Exhibit 40 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-40) ..................................................................APHA App. 799

Exhibit 41 to Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 38-41) ..................................................................APHA App. 844

Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction
(Dkt. No. 41) ....................................................................... APHA App. 911

Reply in Support of Plaintiffs' Motion for a Preliminary Injunction
(Dkt. No. 71) ....................................................................... APHA App. 964

Exhibit 43 to Plaintiffs' Reply Brief in Support of Preliminary Injunction
(Dkt. No. 72-01) ..................................................................APHA App. 990

Plaintiffs' Opening Brief for Phase 1 Proceeding
(Dkt. No. 103) ..................................................................... APHA App. 998

Memorandum of Points and Authorities in Support of Defendants' Motion to
Dismiss Plaintiffs' Phase 2 Claims
(Dkt. No. 131) ..................................................................APHA App. 1040

Exhibit A to Proposed Partial Final Judgment
(Dkt. No. 138-01) ..............................................................APHA App. 1068

Exhibit B to Proposed Partial Final Judgment
(Dkt. No. 138-02) ..............................................................APHA App. 1085

Excerpts from Administrative Record ............................................APHA App. 1103

# EXHIBIT 2



# Budget

## Research for the People

The NIH invests most of its nearly $48 billion budget[1] in medical research for the American people.

Nearly 83 percent[2] of NIH's funding is awarded for extramural research, largely through almost 50,000 competitive grants to more than 300,000 researchers at more than 2,500 universities, medical schools, and other research institutions in every state.

In addition, approximately 11 percent[2] of the NIH's budget supports projects conducted by nearly 6,000 scientists in its own laboratories, most of which are on the NIH campus in Bethesda, Maryland. The remaining 6 percent[2] covers research support, administrative, and facility construction, maintenance, or operational costs.

## Justifications, Testimonies, and Appropriations

- Budget Requests — congressional justifications
- Congressional Testimony — budget requests & testimony by the NIH Director
- History of NIH Appropriations — from 1938

## Funding for Diseases, Conditions, Research Areas

- Funding levels for diseases, conditions, and research areas, based on actual grants, contracts, research conducted at NIH, and other mechanisms of support.

## Grants Awarded

- Funded Organization — universities and research organizations around the nation receiving research grants and contracts
- Budget and Spending — funding for grants and contracts
- Success Rates — annual percentage of research grant applications that are funded
- RePORTER — a searchable database of NIH-funded research projects

[1] Based on historical distribution of actual FY 2022 obligations across extramural and intramural mechanisms that comprise the annual NIH budget.

[2] Reflects the sum of enacted discretionary budget authority of slightly over $46.1 billion received under the Consolidated Appropriations Act, 2023 (P.L. 117-328). The budget total of $47.7 billion also includes $1.412 billion derived from PHS Evaluation financing, $141.5 million mandatory funding for the Special type 1 diabetes account, and $1.085 billion received from 21st Century Cures Act allocations. Appropriations received by the recently established Advanced Research Projects Agency for Health (ARPA-H) are excluded as is unobligated carryover related to emergency pandemic supplemental appropriations enacted prior to FY 2022 and resources from the HHS Nonrecurring Expenses Fund (NEF).

This page last reviewed on October 3, 2024

> ### Impact of NIH Research

APHA App. 002



NIH research has had a major positive impact on nearly all of our lives by improving human health, fueling the U.S. economy, and creating jobs in our communities.

Read more »

### Related Links

Office of Budget — NIH budget management, policy, planning, analysis, formulation and presentation

Office of Financial Management — provides leadership and direction for NIH financial management activities

Office of Extramural Research — provides guidance to NIH Institutes for research and training conducted outside the NIH

Office of Intramural Research — coordinates research conducted directly by NIH scientists

NIH Research Portfolio Online Reporting Tools — A one-stop shop for reports on the NIH research portfolio

NIH…Turning Discovery Into Health®

APHA App. 003

Budget | National Institutes of Health (NIH)                                    https://www.nih.gov/about-nih/what-we-do/budget

National Institutes of Health, 9000 Rockville Pike, Bethesda, Maryland 20892

U.S. Department of Health and Human Services

4/18/2025, 5:43 PM

APHA App. 004

# EXHIBIT 19

APHA App. 005

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*,

          *Plaintiffs*,

    v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

          *Defendants*.

Case No. 1:25-cv-10787-BEM

## DECLARATION OF BRITTANY CHARLTON

I, Brittany Charlton, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.  My name is Brittany Charlton. I am an Associate Professor at Harvard Medical School and the Harvard T.H. Chan School of Public Health and Founding Director of the LGBTQ Health Center of Excellence. As an internationally recognized expert in lesbian, gay, bisexual, transgender, and queer (LGBTQ) health, particularly cancer and reproductive health outcomes, I have focused my career on producing data-driven research to inform clinical practice and public policy.

2.  I am offering this declaration in my individual capacity and not on behalf of my employer.

3.  I was raised in a family of proud union nurses who believed deeply in service, fairness, and standing up for those in need. Therefore, I was called to public health through years of academic work, advocacy, and frontline healthcare within LGBTQ communities. For example, I proudly served a year in AmeriCorps at an LGBTQ-focused community health center, providing HIV counseling and cancer screenings, training physicians in respectful, evidence-based care, and supporting LGBTQ teen moms as a birth doula. I then earned my MSc and ScD in epidemiology from the Harvard T.H. Chan School of Public Health.

4.  Before age thirty, Harvard Medical School and the Harvard Chan School of Public Health recruited me to their faculties. I have published over 100 research papers in top medical journals, including *The Journal of the American Medical Association (JAMA), The BMJ*, and the *American*

APHA App. 006

*Journal of Preventive Medicine*. My work has been cited over 2,600 times. I have mentored over seventy-five faculty, postdoctoral fellows, and trainees, earning international recognition for my commitment to developing the next generation of scientists. A year ago, I launched the LGBTQ Health Center of Excellence—an initiative to advance health equity through an academic center that trains future leaders, drives innovative research, and informs public policy.

5.  With a proven ability to win and manage federal grants, I was prepared to secure the funding needed to establish a lasting academic center. Over the past fifteen years, I have received continuous National Institutes of Health (NIH) funding, securing more than fifteen grants. I was awarded a large-scale R01 grant early in my career, an uncommon achievement. NIH grant applications are incredibly demanding. Preparing one can take months or even years and involves entire teams of scientists and staff. Proposals often exceed 200 pages and must make a compelling case that the health issue being studied is urgent and nationally significant. Applicants must prove that their proposed methods are the best possible approach to solve the problem. They must also demonstrate that their team is uniquely qualified. Every application undergoes rigorous peer review by experts, and funding rates are low—especially for R01 grants, where many researchers apply multiple times before ever being funded. Securing a grant is not just about money—it is a hard-won endorsement of a project's scientific importance, methodological rigor, and real-world potential to improve public health.

6.  Since March 2025, NIH has terminated my entire portfolio of grants; I was the sole principal investigator for three of these grants and co-investigator of two others. For each grant, NIH stated in a termination notice that the project "no longer effectuates agency priorities." The total NIH funding allocated in those five multi-year grants was approximately $16 million; the early terminations resulted in roughly $6 million in lost funding as the projects were still underway. To put this loss in perspective, I rank as the fifty-first most highly funded NIH investigator compared to the nearly 500 faculty across Harvard's thirteen schools (e.g., Harvard College, Harvard Medical School, Harvard Chan School of Public Health). Terminating my entire portfolio has been no minor adjustment, but rather the abrupt defunding of one of the most federally supported research programs in LGBTQ health in the world.

7.  One of these terminated grants was an "R61" grant (R61HD117134), aimed at time-sensitive policy questions, to study the impact of discriminatory and supportive legislation on the mental health of LGBTQ young people. NIH reviewers scored the grant application in the top

twelfth percentile, and it was approved for $4.15 million in costs over five years; it should have received an automatic no-cost extension for a sixth year.

8.    A true and correct copy of this R61 grant's Notice of Award (i.e., NOA) is attached as Exhibit A.

9.    The overarching goal of the R61 project was to understand how four types of LGBTQ-related policies—religious exemptions, healthcare bans, restrictive curricula, and supportive curricula—impact mental health in late adolescence and early adulthood. The findings would offer timely, evidence-based guidance to help healthcare providers, educators, and policymakers improve mental health for all young people, not just those who are LGBTQ.

10. To complete the project's research aims, our team collected time-sensitive data from the Healthy Minds Study—the largest mental health survey of U.S. college students. We used these data to examine how policies and stigma are linked to mental health, with results disaggregated for LGBTQ and non-LGBTQ students. We then conducted in-depth interviews with individuals directly impacted by these policies. Next, we used nationally representative Behavioral Risk Factor Surveillance System data to estimate the effects of supportive and discriminatory policies among the entire U.S. population. In future years, we were going to apply quasi-experimental methods to quantify the causal impact of such policies on mental health.

11. Over a quarter of U.S. young adults identify as LGBTQ and face disproportionate rates of depression, anxiety, and suicide compared to their peers. The wave of state policies targeting LGBTQ people continues to grow—more than 500 such bills were proposed in state legislatures in 2024 alone. This study was built on my prior research on mental health disparities that arise from such structural stigma and discrimination. We aimed to guide urgently needed interventions that improve mental health and help vulnerable, underserved communities—goals squarely aligned with NIH's stated priorities.

12. Applying for the R61 grant was an intense and compressed process. The funding opportunity, not to mention the research, was time-sensitive. We had only months to write the application to secure five years of funding. The process demanded deep expertise, coordination with collaborators across the U.S., and attention to detail to meet NIH's rigorous standards. I had to set aside personal milestones like family events, celebrations, and other professional obligations to develop a competitive application under significant time pressure. The research topic was meaningful to me and the broader LGBTQ community, of which I am a member; therefore, I felt

3

the sacrifice was worthwhile at the time. A true and correct copy of a printout of the R61 funding announcement, accessed April 18, 2025, is attached as Exhibit B.

13. The funded project launched on August 26, 2024. Before the termination, I had never received any previous indication that my grant was in jeopardy.

14. The R61 grant supported about a third of my time.

15. Less than eight months into the five-year project, NIH issued a termination notice on March 12, 2025, stating that the award "no longer effectuates agency priorities." A true and correct copy of the R61 termination notice is attached as Exhibit C.

16. Two days later, on March 14, 2025, I received a revised Notice of Award reflecting the R61 grant's termination and echoing the termination letter's language. A true and correct copy of the revised Notice of Award is attached as Exhibit D.

17. Neither the revised Notice of Award nor the termination notice included any individualized explanation for why NIH cancelled the grant, and both failed to discuss the grant application, progress reports, or other related materials (despite the project's exceptional documented productivity, including advancement ahead of proposed timelines, publication of results, and ongoing dissemination efforts). Instead, the termination notice stated:

> This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research program. [*sic*]

Ex. C at 1; *see also* Ex. D at 5.

18. I do not understand what the termination notice and revised Notice of Award mean by "gender identity" or "biological realities" concerning my project. When I reached out to my NIH Program Officer—the PhD-level scientific staff member responsible for overseeing and supporting funded research projects—she confirmed that she was not consulted about the termination of my grant. She also stated that she had never witnessed such terminations in her nine years at the agency. She expressed that the process surrounding my grant's termination was highly unusual. She explained that the National Institute of Child Health and Human Development ("NICHD") scientific staff typically oversee and manage grants. But, in this case, they were given no information about how awards were selected for termination, what criteria were used, or who made the decisions. She emphasized that program staff like her were not even notified of the termination until the revised Notice of Award was issued following the termination letter, describing this

4

sequence as far outside the norm. This Program Officer expressed that she did not understand how anonymous decision-makers not familiar with the details of the project had concluded that "no corrective action is possible" or that the project conflicted with agency priorities—particularly as I had responded to a specific Notice of Funding Opportunity that sought out projects addressing this particular topic. She also stated that, if given a chance to appeal, she believed our team could propose feasible modifications, emphasizing that the project was not focused on "gender identity" but rather on the health effects of policies related to sex and gender.

19. As a mid-career researcher familiar with NIH processes and norms, I know that early termination under these circumstances is highly unusual and inconsistent with established precedent. It is extremely rare for a grant to be terminated mid-project, I have only ever seen this happen when an investigator has engaged in misconduct or a research participant (e.g., patient) has been harmed.

20. What is happening now with NIH grant terminations is markedly different: research participants are being put at risk because NIH has abruptly withdrawn support. For example, in the case of a randomized controlled trial, this support is being withdrawn partway through their treatment, allowing for no oversight of the close-out process. It has taken over a month of daily meetings, including with institutional leadership and staff, as we tried to make sense of the termination and to formulate a plan for how to responsibly close out the project while safeguarding the health and well-being of the study participants. Closing out a large study—especially midstream—requires tremendous effort: reviewing protocols, contacting participants, and protecting data integrity. The lack of an orderly process could result in real harm, and my research team is struggling without guidance to safeguard study participants.

21. At the time NIH terminated the R61 grant, my team was actively conducting sensitive, in-depth interviews with young people across the U.S. whose mental health was directly impacted by discriminatory and supportive legislation. Participants were sharing intensely personal stories about the toll of living under policies such as "Don't Say Gay" laws—stories they may not feel safe disclosing again. We were forced to cancel multiple interviews scheduled for the next day, without explanation. This sudden disruption jeopardized the emotional well-being of already vulnerable young people and raised serious ethical concerns. Such abrupt cancellations risk increasing distress among participants who were already actively struggling with their mental health. The termination shattered a real-time study to document a rapidly evolving public health crisis. As a result, we risk losing valuable firsthand accounts during a pivotal period. The loss

5

would constitute a blind spot in the scientific record and a missed opportunity to inform urgently needed health and policy interventions.

22. I had also received an R01 grant (R01MD015256) awarded to my institution, titled *Sexual orientation-related disparities in obstetrical and perinatal health*. A true and correct copy of the Notice of Award for this R01 grant is attached as Exhibit E. The project was a "longitudinal study" following a population over time. We designed the study to quantify obstetrical and perinatal health disparities between lesbian/bisexual women and their heterosexual peers (notably, the study did not include transgender participants). Lesbian/bisexual women and their children account for an estimated 800,000 births annually across the country. Prior research found that LGBTQ women have more risk factors (e.g., depression, substance use) for adverse obstetrical and perinatal outcomes compared to heterosexual women. The hypothesis that this study was designed to test was that lesbian and bisexual mothers are subjected to unique forms of stigma, prejudice, and discrimination. Therefore, this research filled a gap in our understanding; little is known about how pregnancy outcomes—not to mention the baby's health—differ across sexual orientation groups. Studying groups, like lesbian/bisexual women, that experience disproportionately high rates of adverse outcomes allows scientists to identify risk factors. Our preliminary research has revealed that lesbian/bisexual women have higher rates of adverse pregnancy outcomes than their heterosexual peers, making their inclusion essential.

23. In 2020, NIH reviewers scored the grant application in the top seventh percentile, and the project was approved for $4.42 million in funding over five years; it should have received an automatic no-cost extension for a sixth year.

24. The research took advantage of three unique, ongoing longitudinal, intergenerational cohorts: the Nurses' Health Study 2, their offspring in the Growing Up Today Study 1 and 2, and a third generation of the Growing Up Today Study participants' children. Our team analyzed obstetrical and perinatal inequities across sexual orientation subgroups, using advanced study designs that allow for intergenerational comparisons. Finally, drawing on well-established research linking chronic stress from discrimination to health outcomes, we examined factors like depression, substance use, and social support to understand what drives health inequities—and where targeted interventions could make the greatest impact.

25. By generating rigorous evidence about research participants' health needs—including those of lesbian/bisexual women and their heterosexual peers—the study directly supported NIH's stated goal of identifying and addressing the needs of at-risk populations. Improving the health of

6

lesbian/bisexual women and their children addresses other major NIH priority areas, such as understanding the mechanisms of inequities. Most importantly, this study was designed to identify targeted interventions that would improve the health of lesbian/bisexual mothers and their children.

26. Applying for the R01 grant was an extraordinarily time-intensive process. I wrote and revised this grant application multiple times, supported by a team of staff, trainees, and collaborators. I applied twice, subjecting the project to rigorous peer review. Securing an R01 grant is widely recognized as a career-defining achievement in biomedical research, with success rates in the single digits and a typical age of first award in the mid-forties.

27. Receiving my grant at age thirty-five was a tremendous honor and turning point in my career. This grant allowed me to hire and retain staff, as well as support myself and my family.

28. Over 50 of my mentees were involved with this project, including faculty, postdoctoral fellows, doctoral degree students, master's degree students, and staff. In 2024 alone, the team published fifteen peer-reviewed scientific papers on various sexual orientation-related health inequities, and we presented the project's conclusions forty-three other times at scientific meetings.

29. The R01 grant supported almost fifty percent of my time.

30. This study was so successful that NIH continued funding this grant for four years; at no point was there any indication that the grant was in jeopardy.

31. Four years into the five-year grant, on February 18, 2025, my institution received a revised Notice of Award reflecting a no-cost two-month extension of the previous year's award until April 30, 2025. I found this highly unusual as no-cost extensions are almost universally granted after the originally funded period for a research grant concludes (at the end of year 5 for a typical R01) to allow remaining work to be completed, and only at the investigator's request. There was little to no context on this unusually limited extension. While my institution planned to contact our NIH-assigned Grants Management Specialist, I proactively contacted my NIH-assigned Program Officer for context; I received no response. I also contacted the Program Officer's supervisor—a Division Director at the National Institute on Minority Health and Health Disparities ("NIMHD")—and received no response.

32. That revised Notice of Award for this R01 grant was the last communication that I have received regarding this grant; a true and correct copy of this latest R01 Notice of Award in PDF form is attached as Exhibit F.

APHA App. 012

33. On March 21, 2025, my institution forwarded me a notice from NIH terminating the grant stating that the award "no longer effectuates agency priorities." A true and correct copy of the termination letter is attached as Exhibit G. I have redacted my personal email address from the attached exhibit solely to protect my personal identifying information.

34. The termination notice does not include any individualized explanation for why the grant was cancelled. It does not identify any places where we failed to meet any objectives or goals, cites no areas of poor-quality work or scientific misconduct, and fails to discuss any of the data or analysis from our application, annual progress reports, or other related material. Instead, the termination notice includes the following language about its decision:

> This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Ex. G at 1.

35. I do not understand what the notice means by the phrase "diversity, equity, and inclusion ('DEI') studies," and I do not know why NIH believes this project is based on "amorphous equity objectives." While the project did involve lesbian and bisexual participants, the research focused on studying and developing interventions to improve maternal and perinatal health outcomes for all mothers, including heterosexual women. The only imaginable "equity objective" was that we were trying to improve healthcare for a segment of the population that had been largely ignored despite a greater-than-average rate of poor outcomes. Like any NIH-funded project, our application was required to have very clear objectives, based on established scientific literature.

36. I also do not understand why NIH claims this project does not effectuate agency priorities. In October 2016, after a rigorous, evidence-based review process, NIH officially designated LGBTQ populations (i.e., "sexual and gender minorities") as a health disparity population—a designation reserved for groups facing significant, documented health disparities. This designation made research on LGBTQ health an explicit NIH priority, reinforcing the importance of studies like mine in addressing national public health needs. A true and correct copy of a printout of the NIH webpage detailing this policy, accessed April 18, 2025, is attached as Exhibit H. I developed this project in part because it was directly aligned with NIH's stated research priorities at the time and responded to explicit calls for work in this area.

8

37. As outlined above, terminating my R01 grant under these circumstances is a stark departure from established NIH norms and precedent.

38. This project supported an entire research team, many of whom built their careers on the work it enabled. For me, this research represented over two decades of dedication to addressing reproductive health inequities in LGBTQ populations—an area of study that has historically been ignored. The grant allowed dozens of students and trainees to publish papers, gain clinical insight, and pursue careers in medicine and public health.

39. Further benefits from this project are now at risk. Critical findings, such as data showing that lesbians are nearly three times as likely to experience stillbirth as heterosexual women, may never be published—a waste of the taxpayer dollars that funded years of prior research. Without the support from this grant, the trainees leading the study no longer have the salary support or institutional backing to complete data analysis and manuscript preparation. They face serious career setbacks, job insecurity, and financial instability, and they cannot finish their work. They may have no peer-reviewed publications, no tangible outcomes from their pre- and postdoctoral training, and significantly reduced chances of securing future funding or jobs. This means the research will sit unfinished, and its potential to save lives will be lost. This is not just an academic loss—it means more patients will suffer harm, more pregnancies will end in preventable stillbirths, and systemic inequities will remain unaddressed.

40. Tied to my R01 grant was an administrative supplement grant (R01MD015256) of approximately $100,000, titled *Improving service delivery models of medically assisted reproduction: A patient journey mapping study of sexual minority women couples' experience of medicalized family formation*. This award was to support an advanced postdoctoral fellow on our research team. This grant would have enabled her to have the necessary final year of postdoctoral training before moving into a faculty role, providing a sound footing for her future career. This opportunity is now lost to her. A true and correct copy of the R01 administrative supplement grant's Notice of Award is attached as Exhibit I.

41. The supplemental grant project was designed to study how LGBTQ couples form families. It recognized the specialized fertility services they may require and the negative experiences they may encounter in accessing fertility care. The overall goal was to help other LGBTQ couples seeking to start a family.

42. Our research team conducted semi-structured interviews with LGBTQ couples trying to become pregnant, capturing in-depth qualitative data on their fertility care. These data were paired

9

with quantitative assessments, such as measures of mental health and healthcare history, for a robust, mixed-methods analysis.

43. To provide an intuitive understanding of LGBTQ patients seeking fertility care, we planned to use a human-centered research method known as journey mapping. It visually charts how an individual interacts with a system—such as reproductive healthcare—to identify key barriers and facilitators in their experience. A central aim of the study was to translate this data into actionable insights for fertility clinics. The project aimed to increase providers' awareness and empathy of the distinctive burdens faced by women in same-sex couples navigating fertility care, with the goal of improving clinical practices and patient experiences. The study was also designed to develop best practices for inclusive data collection in national cohort studies, laying the groundwork for future large-scale research on preconception and perinatal health inequities.

44. This project directly addressed the core objectives outlined in the NIH Sexual and Gender Minority Research Office's funding announcement (i.e., Notice of Special Interest), which solicited administrative supplements to expand existing research projects to incorporate LGBTQ populations or LGBTQ-relevant research questions. The funding announcement explicitly prioritized research in high-need areas identified through NIH's own portfolio analysis. The project's aims were fully aligned with NIH's stated scientific and policy goals—namely, to ensure the inclusion of LGBTQ populations in rigorous, data-driven studies. A true and correct copy of a printout of the Notice of Special Interest webpage, accessed April 18, 2025, is attached as Exhibit J.

45. Applying for the R01 administrative supplement was an enormous undertaking, despite the relatively small funding amount. As a mid-career investigator, I typically would not write a grant for $100,000 due to the high time and resource demands—it requires support from a whole team of staff and scientists. I donated significant staff and personal time to pursue this supplement to support an exceptional trainee with a compelling idea and no other funding source. We collaborated closely on the submission because this award would allow her to extend her postdoctoral training and pursue promising research that could serve as a springboard for her future career.

46. On March 21, 2025, before the project could fully get off the ground, my institution forwarded me a notice from NIH terminating the grant stating that the award "no longer effectuates agency priorities." A true and correct copy of my termination notice is attached as Exhibit K. I

APHA App. 015

have redacted my personal email address from the attached exhibit solely to protect my personal identifying information.

47. There was no reference to the scientific merits of the proposal, the project's aims, or any materials submitted in our application. Instead, the termination notice relied solely on generalized language, offering no substantive explanation or evidence-based rationale for the decision. The termination notice stated:

> This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria.

Ex. K at 1.

48. As above, I was never given any previous indication that this grant was in jeopardy, and termination under these circumstances is highly unusual and inconsistent with NIH precedent.

49. As with the termination notices for the grants described above, I do not understand why NIH believes this project is based on "gender identity." The project's primary focus is on women in same-sex couples trying to become parents. I also do not understand what the notice means by "biological realities." The project was open to any participants who could become pregnant (potentially including transgender participants, though the project did not progress far into the phase of participant recruitment). We focused on how LGBTQ women form families and the ways these women may receive different or substandard obstetrical and gynecological care that could put their health at risk or interfere with their ability to form families. I also do not understand why NIH believes this project does not effectuate agency priorities, as agency guidance indicated that research concerning LGBTQ people was an NIH priority.

Ex. H.

50. This grant's termination has effectively derailed the career trajectory of a talented postdoctoral fellow who is not only a member of the LGBTQ community but also poised to become a future leader in this field. She turned down other career opportunities to commit to this project. The grant's termination abruptly eliminated her salary support and prevented the research from fully launching; at this point, the timeline has passed, and the opportunity is lost. This fellow's success would have advanced research into health disparities and positioned me to mentor another

11

postdoctoral fellow through a successful faculty transition—mentorship that would have been an additional benefit to me to advance my career from Associate Professor to Professor.

51. Because of the loss of my entire portfolio of grants, I have lost nearly all my salary and the money to pay the wages of about eighteen people in my organization who directly or indirectly support these research studies. I have already had to terminate a senior team member and fear I will have to terminate all remaining team members. Faculty and staff based at our study's subsites (i.e., Boston Children's Hospital, Harvard T.H. Chan School of Public Health, Brigham and Women's Hospital, University of Utah, Boston University) have lost salary support or had their employment terminated.

52. The termination of this research has upended the lives and careers of dozens of my team members—master's students, doctoral students, postdoctoral fellows, faculty, and staff, many of whom relocated or made life-altering commitments to pursue this work. One student has taken medical leave for mental health reasons following our grant terminations and may never return to the field. Another team member—this one more senior in their career—is also on leave, partly due to the stress this upheaval has caused. Some of the brightest scientists in public health and medicine are now being aggressively recruited to academic institutions outside the U.S. Others are leaving academic research and teaching careers entirely. Several have begun rewriting their CVs to downplay their LGBTQ identities or erase the focus of their health equity work, no longer confident that this scholarship is safe or valued. One of our team's senior members confided: "The threats to our work don't just make me fear for my career—they make me fear for my safety. I wonder whether this country still has a place for people like me." These grant terminations are not just the loss of individual careers—it is the quiet dismantling of a generation of future leaders in medicine and public health, and with them, the hope for a more equitable future.

53. Worse still, the breach of trust with our research participants will be exceedingly hard to repair. Many of them entrusted us with highly sensitive information about their lives, and the sudden termination of this grant has made it clear that their contributions were not treated with the seriousness they deserved. Even if funding were restored today, I am not sure these participants would—or should—trust us again.

54. When time-sensitive or long-term studies are cut short, the consequences are lasting. Data becomes unusable, follow-up is lost, and the study's design collapses, undermining current findings and future research. In this case, the termination severed a rare and irreplaceable source of insight into an underserved population. Scientific progress depends on continuity; repairing the

12

damage once that chain is broken is difficult. As importantly, it is an ethical breach: participants entrusted us with intimate details of their lives, believing their stories would be used for the public good.

55. Scientists who conduct human subjects research are required to complete a course in ethical principles and individual protection. This training is grounded in the Belmont Report, a foundational document that outlines core principles for protecting research subjects: respect for persons, beneficence, and justice. It was developed by the National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research in 1978. It serves as the basis for many current research regulations, all of which scientists are mandated to follow. Funding terminations without cause and with no plans or guidance for protecting research subjects have created, at the very least, an ethical breach that cannot be easily repaired.

56. The loss of my entire grant portfolio has crippled the LGBTQ Health Center of Excellence, marking the end of much of Harvard's LGBTQ health research. It is personally and professionally devastating to see the closure of our academic center, which I spent much of my career developing. Worse still, it sends a chilling message to others in the field that research serving marginalized communities is no longer safe or sustainable. This threatens the future of public health and evidence-based medicine. It also puts many individuals at potential risk—including those who are racial/ethnic minorities, low-income, or disabled—without acknowledging their right to health.

57. Following the termination of these grants, the personal toll of standing up for this work has been as devastating—if not more so—as the professional consequences. Since I began speaking out publicly about the importance of safeguarding research into LGBTQ health—before any of my own grants were affected—I have been met with an onslaught of hostility. The harassment has escalated rapidly, invading both my digital life and my private office. I've faced waves of online abuse filled with hate and fear — and disturbingly, threats have arrived at my doorstep, forcing me to tighten home security.

58. These grant terminations have broader implications. When science is silenced by ideology, we all lose. If research on marginalized communities can be erased for political reasons, it sets a dangerous precedent: that some lives are less worthy of understanding, care, or protection. This is not just an attack on the LGBTQ community—it is a blow to the integrity of science and the health of every American.

59. I am actively appealing these terminations, but am at a loss for how to do so. The language used to justify the terminations is vague, making it impossible to understand why this work was

13

deemed unacceptable or what corrective action one could reasonably take to address any perceived substantive issues. I cannot ethically or responsibly recharacterize my project to meet priorities that have not been clearly defined. I have had to close out work that involves at-risk populations without guidance in an area where the stakes are far too high for guesswork.

60. As I continue to manage closing out these projects, I am aware that success may be impossible: The termination notices assert that the research's premise is fundamentally incompatible with the agency's new priorities, and therefore, truth seems to have become subordinate to ideology—a shift that threatens not just science but the very foundations of democratic inquiry.

APHA App. 019

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2025.

Brittany Charlton

15

APHA App. 020

# EXHIBIT A

APHA App. 021

Department of Health and Human Services
National Institutes of Health
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT

**Notice of Award**
FAIN# R61HD117134
**Federal Award Date**
08/26/2024

| **Recipient Information** | **Federal Award Information** |
|---|---|

**Recipient Information**

**1. Recipient Name**
HARVARD PILGRIM HEALTH CARE INC
1 WELLNESS WAY
CANTON, MA 02021

**2. Congressional District of Recipient**
08

**3. Payment System Identifier (ID)**
1042452600A1

**4. Employer Identification Number (EIN)**
042452600

**5. Data Universal Numbering System (DUNS)**
071721088

**6. Recipient's Unique Entity Identifier**
NZVVQ8GNVX65

**7. Project Director or Principal Investigator**
Brittany Michelle Charlton, DSC
Assistant Professor
bcharlton@mail.harvard.edu
617-466-9262

**8. Authorized Official**
Cary Williams

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Yvonne C. Talley
Grants Management Official
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
talleyy@mail.nih.gov
301-496-7432

**10. Program Official Contact Information**
Ronna  Popkin

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
ronna.popkin@nih.gov
301-827-5121

**Federal Award Information**

**11. Award Number**
1R61HD117134-01

**12. Unique Federal Award Identification Number (FAIN)**
R61HD117134

**13. Statutory Authority**
42 USC 241 42 CFR PART 52

**14. Federal Award Project Title**
Supportive and restrictive factors and mental health in LGBT adolescent and young adult populations

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| **Summary Federal Award Financial Information** | |
|---|---|
| **19. Budget Period Start Date** 08/26/2024 − **End Date** 07/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $838,837 |
| 20 a.  Direct Cost Amount | $694,515 |
| 20 b.  Indirect Cost Amount | $144,322 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23. Total Amount of Federal Funds Obligated this budget period** | $838,837 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $838,837 |
| **26. Project Period Start Date** 08/26/2024 − **End Date** 07/31/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $838,837 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Yvonne C. Talley

| **30. Remarks** |
|---|

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

APHA App. 022



Notice of Award

*Phase 1 Exploratory/Developmental Grant*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**SECTION I – AWARD DATA – 1R61HD117134-01**

**Principal Investigator(s):**
Brittany Michelle Charlton, DSC

**Award e-mailed to:** research_admin@harvardpilgrim.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $838,837 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to HARVARD PILGRIM HEALTH CARE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR PART 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R61HD117134. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Yvonne C. Talley
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 25 - 2/15/2024 9:51 AM | Generated on: 8/26/2024 12:12 AM

APHA App. 023

| | |
|---|---|
| **Salaries and Wages** | $140,347 |
| **Fringe Benefits** | $41,823 |
| **Personnel Costs (Subtotal)** | $182,170 |
| **Consultant Services** | $5,000 |
| **Travel** | $6,500 |
| **Subawards/Consortium/Contractual Costs** | $500,845 |
| | |
| **Federal Direct Costs** | $694,515 |
| **Federal F&A Costs** | $144,322 |
| **Approved Budget** | $838,837 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $838,837 |
| **TOTAL FEDERAL AWARD AMOUNT** | $838,837 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $838,837 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $838,837 | $838,837 |

**Fiscal Information:**
**Payment System Identifier:** 1042452600A1
**Document Number:** RHD117134A
**PMS Account Type:** P (Subaccount)
**Fiscal Year:** 2024

| IC | CAN | 2024 |
|---|---|---|
| OD | 8055729 | $838,837 |

**NIH Administrative Data:**
**PCC**: PDB -RP / **OC**: 41021 / **Released**: 08/15/2024
**Award Processed**: 08/26/2024 12:12:01 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R61HD117134-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R61HD117134-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.   The grant program legislation and program regulation cited in this Notice of Award.
   b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.   45 CFR Part 75.
   d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-

Version: 25 - 2/15/2024 3:51 - RFI Generated on 8/26/2024 12:10 AM

APHA App. 024

research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R61HD117134. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Version: 25 - 3/13/2024 9:57 AM | Generated on: 8/26/2024 12:12 AM

APHA App. 025

This award is funded by the following list of institutes. Any papers published under the auspices of this award must cite the funding support of all institutes.

Office Of The Director, National Institutes Of Health (OD)

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – HD SPECIFIC AWARD CONDITIONS – 1R61HD117134-01**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

## TRANSITION PHASE
In accordance with PAR-22-233, funding for the **R33** phase of this award will be is contingent upon (1) determination that the **R61** goals and milestones were achieved; (2) review and approval of the transition application package; and (3) availability of funds.

The following documentation/information must be provided in the **R33** transition application:

APHA App. 026

1. Detailed categorical budget and justification for each year of the **R33** phase. Total direct costs cannot exceed the competing application requested amounts or the Integrated Review Group recommended funding levels, if applicable.
2. Milestones section identifying the approved **R61** milestones and the progress towards meetings those milestones.
3. One-page abstract describing the **R3** phase research plan. State if the originally approved aims have been modified or remain the same. If modified, provide a justification for the modifications.

These components are required two months prior to the anticipated start of the **R33** phase. The report should be sent as a single pdf attachment to the Grants Management Specialist and Program Official indicated on this Notice of Award using the PHS 2590 format. The report must be approved by the institutional Signing Official.

The appropriate NICHD Grants Management and Program staff will review the **R33** transition application. If the transition request is not approved, written notification will be sent to the applicant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Co-fund
This award provides co-funding support in the amount of $838,837 ($694,515 direct costs + $144,322 facilities and administrative costs) from Office of Behavioral and Social Sciences Research (OBSSR).

Start Date
This award includes funds for twelve months of support but is awarded for less than twelve months.

Human Subjects
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

Data Management Sharing Plan
Dissemination of study data will be in accordance with the recipient's accepted Data Management and Sharing Plan as stated in the **application** dated **02/14/2024.**.

Graduate Student
The maximum amount that NIH will provide to support the compensation package (salary, fringe benefits and tuition remission) for a graduate student is equal to the zero

APHA App. 027

level postdoctoral stipend in effect at the time of the completing award, as described in NOT-OD-02-017. This award has been adjusted accordingly.

Consortium
This award includes funds awarded for consortium activity with Boston University.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R61HD117134-01

**INSTITUTION:** HARVARD PILGRIM HEALTH CARE

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $140,347 |
| Fringe Benefits | $41,823 |
| Personnel Costs (Subtotal) | $182,170 |
| Consultant Services | $5,000 |
| Travel | $6,500 |
| Subawards/Consortium/Contractual Costs | $500,845 |
| TOTAL FEDERAL DC | $694,515 |
| TOTAL FEDERAL F&A | $144,322 |
| TOTAL COST | $838,837 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 66% |
| F&A Cost Base 1 | $218,670 |
| F&A Costs 1 | $144,322 |

Version: 25 - 2/15/2024 9:51 AM Generated on 8/26/2024 12:12 AM

APHA App. 028

# EXHIBIT B

APHA App. 029

4/18/25, 3:10 PM    Case 1:25-cv-10787-BEM    Document 38-19    Filed 04/25/25    Page 26 of 97

This notice has expired. For NIH, in limited situations, applications may be accepted on a case-by-case basis for a short period after expiration to accommodate NIH late or continuous **submission policies (https://grants.nih.gov/grants-process/submit/submission-policies)**. Contact the **eRA Service Desk (https://www.era.nih.gov/need-help)** for any submission issues. Check the **NIH Guide (https://grants.nih.gov/funding/searchguide/)** for active opportunities and notices.

## Department of Health and Human Services

## Part 1. Overview Information

**Participating Organization(s)**

National Institutes of Health (NIH (http://www.nih.gov))

**Components of Participating Organizations**

Office of Behavioral and Social Sciences Research (OBSSR (https://obssr.od.nih.gov/))

National Institute on Alcohol Abuse and Alcoholism (NIAAA (https://www.niaaa.nih.gov/))

National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS (https://www.niams.nih.gov/))

Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD (https://www.nichd.nih.gov/))

National Institute on Drug Abuse (NIDA (https://www.drugabuse.gov/))

National Institute of Nursing Research (NINR (https://www.ninr.nih.gov/))

National Institute on Minority Health and Health Disparities (NIMHD (https://www.nimhd.nih.gov/))

National Cancer Institute (NCI (https://www.cancer.gov/))

All applications to this funding opportunity announcement should fall within the mission of the Institutes/Centers. OBSSR and the following NIH Offices may co-fund applications assigned to those Institutes/Centers.

Division of Program Coordination, Planning and Strategic Initiatives, Office of Disease Prevention (ODP (https://prevention.nih.gov/))

Office of Research on Women's Health (ORWH (https://orwh.od.nih.gov/))

**Funding Opportunity Title**

Time-Sensitive Opportunities for Health Research (R61/R33 Clinical Trial Not Allowed)

**Activity Code**

R61 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=r61&Search.x=0&Search.y=0&Search_Type=Activity)/R33 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=r33&Search.x=0&Search.y=0&Search_Type=Activity)
Exploratory/Developmental Phased Award

**Announcement Type**

New

**Related Notices**

APHA App. 030

Case: 25-1611    Document: 00118310432    Page: 34    Date Filed: 07/08/2025    Entry ID: 6734280

4/18/25, 3:10 PM    Case 1:25-cv-10787-BEM    Document 38-19    Filed 04/25/25    Page 27 of 97
PAR-22-233: Time-Sensitive Opportunities for Health Research (R61/R33 Clinical Trial Not Allowed)

See Notices of Special Interest (https://grants.nih.gov/grants/guide/NOSIs_targetingList.cfm?GuideDocID=37757) associated with this funding opportunity

**April 04, 2024** - Overview of Grant Application and Review Changes for Due Dates on or after January 25, 2025. See Notice NOT-OD-24-084 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-084.html)

**February 29, 2024** - Notice of Change to Expiration Date for PAR-22-233 Time-Sensitive Opportunities for Health Research (R61/R33 Clinical Trial Not Allowed). See Notice NOT-OD-24-065 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-24-065.html)

**December 01, 2023** - Notice of Change to Expiration Date for PAR-22-233. See Notice NOT-OD-24-016 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-016.html)

**October 25, 2023** - Notice of Change to Expiration Date for PAR-22-233 Time-Sensitive Opportunities for Health Research (R61/R33 Clinical Trial Not Allowed) . See Notice NOT-OD-24-016 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-24-016.html)

NOT-OD-23-012 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-012.html) Reminder: FORMS-H Grant Application Forms and Instructions Must be Used for Due Dates On or After January 25, 2023 - New Grant Application Instructions Now Available

NOT-OD-22-190 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-190.html) - Adjustments to NIH and AHRQ Grant Application Due Dates Between September 22 and September 30, 2022
**September 28, 2022** - Notice of Information for Pre-Application Webinar for PAR-22-233. See Notice NOT-OD-22-222 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-22-222.html).

---

**Funding Opportunity Announcement (FOA) Number**

PAR-22-233

---

**Companion Funding Opportunity**

None

---

**Number of Applications**

See Section III. 3. Additional Information on Eligibility.

---

**Assistance Listing Number(s)**

93.307, 93.279, 93.399, 93.313, 93.361, 93.273, 93.846, 93.865

---

**Funding Opportunity Purpose**

This Funding Opportunity Announcement (FOA) establishes an accelerated review/award process to support research to understand health outcomes related to an unexpected and/or time-sensitive event (e.g., emergent environmental threat; pandemic; change in local, state, or national policy; natural disaster). Applications in response to this FOA must demonstrate that the research proposed is time-sensitive and must be initiated with minimum delay due to a limited window of opportunity to collect baseline data, answer key research questions, and/or prospectively evaluate a new policy or program. This FOA is intended to support opportunities in which empirical study could only be available through expedited review and funding, necessitating a substantially shorter process than the typical NIH grant review/award cycle. The time from submission to award is expected to occur within 4-5 months. However, administrative requirements and other unforeseen circumstances may delay issuance dates beyond that timeline.

# Key Dates

---

**Posted Date**

September 01, 2022

---

**Open Date (Earliest Submission Date)**

November 01, 2022

---

**Letter of Intent Due Date(s)**

4 weeks prior to application due date

## Application Due Date(s)

Applications will be accepted on a rolling basis, beginning November 1, 2022. Applications will be accepted through March 1, 2025.

All applications are due by 5:00 PM local time of applicant organization.

## AIDS Application Due Date(s)

Not Applicable

## Scientific Merit Review

Applications will be reviewed within 8 weeks.

## Advisory Council Review

Applications will be reviewed on an expedited basis

## Earliest Start Date

Within 4-6 months of application

---

### Expiration Date

**New Date** March 2, 2025 (Original Date: November 02, 2023) per issuance of NOT-OD-24-065 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-24-065.html)

---

### Due Dates for E.O. 12372

Not Applicable

## Required Application Instructions

It is critical that applicants follow the instructions in the Research (R) Instructions in the SF424 (R&R) Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400), except where instructed to do otherwise (in this FOA or in a Notice from NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/url_redirect.php?id=11164)).

Conformance to all requirements (both in the Application Guide and the FOA) is required and strictly enforced. Applicants must read and follow all application instructions in the Application Guide as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the Application Guide, follow the program-specific instructions.

**Applications that do not comply with these instructions may be delayed or not accepted for review.**

# Table of Contents

Part 1. Overview Information
    Key Dates
Part 2. Full Text of Announcement
    Section I. Funding Opportunity Description
    Section II. Award Information
    Section III. Eligibility Information
    Section IV. Application and Submission Information
    Section V. Application Review Information
    Section VI. Award Administration Information
    Section VII. Agency Contacts
    Section VIII. Other Information

# Part 2. Full Text of Announcement

# Section I. Funding Opportunity Description

**BACKGROUND**

4/18/25, 3:10 PM     Case 1:25-cv-10787-BEM   Document 38-19   Filed 04/25/25   Page 29 of 97
PA-22-233: Time-Sensitive Opportunities for Health and Social Science Research (R61/R33 Clinical Trial Optional)

This Funding Opportunity Announcement (FOA) establishes an accelerated review/award process to support novel behavioral and social science research (BSSR) to understand health outcomes related to an unexpected and/or time-sensitive event. **Applications in response to this FOA must demonstrate that the research proposed is time-sensitive and must be initiated with minimum delay due to a limited window of opportunity to collect baseline data, answer key research questions, and/or prospectively evaluate a new policy or program that will likely impact health-related behavior or health outcomes in a given population.** In other words, the urgency of the public health problem being studied will not, on its own, be sufficient justification for time sensitivity.

**RESEARCH SCOPE**

This FOA is intended to support research and data collection for unanticipated real-world events (i.e., those that occur outside of a laboratory or other controlled setting for research purposes). These events inherently have limited windows of opportunity for planning and conducting rigorous research and data collection. It is critical that researchers maximize these learning opportunities to better inform health care and public health efforts, as well as policymakers.

Key Definitions for this FOA:

- An **event** is a unique and often unanticipated issue that arises in a particular community/population, due to emerging environmental threats, other public health threats, disaster events, or policy changes.
- **Policy** is broadly defined to include both formal public policies at local, state, and federal levels of government, and organizational level policies, such as those implemented by large organizations, worksites, or school districts.
- **Program** is defined as a set of activities such as implementation of system-level interventions, tools, or guidelines initiated by governmental or other organizational bodies, within public or private entities in local, state, or federal jurisdictions.
- **Infrastructure changes** are alterations to the built environment such as housing, roads and other aspects of transportation systems, retail environments, and building of parks or green spaces.

This FOA encourages partnerships and collaboration between researchers and the impacted community, which may include the following types of entities (as appropriate): community-based organizations, local and state governments, private or non-profit organizations, behavioral health or health care systems, individual health care providers, departments of health, community health clinics, juvenile or criminal justice settings, schools, child welfare systems, etc.

The distinguishing features of a responsive study are:

(1) The unpredictable and unanticipated nature of the research opportunity.

(2) The clear scientific value and feasibility of the study.

(3) A feasible plan for collection of baseline data and primary data collection (although use of existing data is allowed, a plan for collecting important and new data rapidly should be provided).

(4) A justification for why an expedited review and funding (substantially shorter than the typical NIH grant review/award cycle) are required in order for the scientific question(s) to be addressed and the research design to be implemented. Expected study methodologies may include, but are not limited to, interrupted time-series, difference-in-difference designs, regression discontinuity, or propensity scoring.

In situations where applications under this FOA focus on a particular locality (region, community, or other defined geographic area), note that findings should have the potential to be generalizable beyond the particular locality or population. Proposed studies should demonstrate the ability to inform the understanding of the impact of the event, policy, program or infrastructure change in the near-term. Applicants are encouraged to include secondary implementation related outcomes that could inform interpretation of outcomes for future researchers and decision-makers, such as unintended consequences or barriers and facilitators associated with implementation.

Applicants are also encouraged to review the NIH-led efforts that recommend research strategies for ensuring study rigor and reducing bias, such as including an appropriate comparison group where possible: NIH Pathways to Prevention (P2P) Workshop: Method for Evaluating Natural Experiments in Obesity (https://prevention.nih.gov/research-priorities/research-needs-and-gaps/pathways-prevention/methods-evaluating-natural-experiments-obesity). Furthermore, attention should be paid to ongoing developments in strengthening causal inference from evaluation of these natural experiments or observational study designs. Considerable progress has been made on this topic in public health, econometrics, and diverse aspects of policy research.

**STRUCTURE**

This FOA will utilize a bi-phasic, milestone-driven R61/R33 mechanism, consisting of a R61 phase with developmental activities and a R33 phase with expanded activities designed to achieve the full research aims. The R61 phase will be up to one year, and will support developmental, exploratory research, Institutional Review Board approval for human subjects protection, further development of study partnerships, and the collection of baseline data. The R33 phase will build on this initial work for up to four years to include further development, application, follow-up data collection, or implementation as appropriate and relevant to the proposed research questions.

The application should articulate clear aims and objectives for each phase of the proposed research, with specific discussion of how results from the R61 phase will inform the R33 phase. In addition, applications must delineate explicit milestones for the R61 and R33 phases. A milestone is defined as a scheduled event in the project timeline that indicates completion of a project stage or activity. **It is expected that**

APHA App. 033

4/18/25, 3:10 PM    Case 1:25-cv-10787-BEM    Document 38-19    Filed 04/25/25    Page 30 of 97

baseline data collection will be conducted within six months of award, which should be included in the applicant's submission of a project timeline and milestones. At the completion of the R61 phase, the Program Director (PD)/Principal Investigator (PI) will submit a report that includes the progress on each of the milestones and a clear description of how research during the R33 phase will be impacted by attainment of the R61 milestones. The IC program and other relevant staff will review the report and make recommendations on funding of the R33 grant based on two independent factors: 1) the preliminary research results and achievement of the milestones and 2) availability of funds and program priorities, irrespective of milestone achievements. Transition to the R33 phase is neither automatic nor guaranteed. Funding for the R33 phase is subject to availability of funds and program priorities, independent of milestone achievement. In addition, given the possibility for changes in policy or program implementation that are beyond the control of the grantee, grant awards may be terminated early if these changes limit the possibility to collect meaningful outcome data.

### ADDITIONAL GUIDANCE

While applicants may propose to investigate time-sensitive opportunities outside the U.S., they must demonstrate within the application that all the proper logistics, human subjects concerns, and approvals, both domestic and international, can be addressed within the limited time frame outlined in this announcement. In addition, the applicant must demonstrate how information obtained from this study will have direct implications for US practice or policy.

**Applicants are strongly encouraged to contact the relevant scientific contact(s) listed below to discuss whether their application would likely be responsive based on time-sensitivity four (4) weeks in advance of planned application.**

## Applications Not Responsive to this FOA

**The following types of applications are not responsive to this FOA. Applications not responsive to this FOA will not be reviewed.**

- Applications that do not explicitly justify the time sensitivity of the proposed work, the urgent need for data collection, and the need for an expedited review timeline. Include this explanation in the Significance section of the application.
- Applications that propose to use qualitative data exclusively (though mixed method approaches are encouraged).
- Applications that propose to conduct analyses of existing data exclusively (unless allowed in IC-specific interests).
- Applications aimed at addressing unanticipated needs or additional aims for an existing study (i.e., expansion of an existing study).
- Applications proposing to use animals (e.g., pets, laboratory animals, or wildlife) as surrogates for human health or exposure.
- Applications where the PD/PI of the evaluation study application is the Director and/or initiator of the policy, program, or infrastructure change that will be evaluated.
- Applications that independently propose initiation and/or delivery of new policies or programs.

All responsive applications to this FOA will be subject to an accelerated review and award process. It is intended that eligible applications selected for funding will be awarded within 4-5 months of the application due date. However, administrative requirements and other unforeseen circumstances may delay issuance dates beyond that timeline.

### SPECIFIC AREAS OF RESEARCH INTEREST

### National Cancer Institute (NCI)

NCI supports time-sensitive evaluation of programs, policies, and major events that concern aspects of cancer prevention and control including, but not limited to:

Evaluation of the effects of:

- Laws, regulations, or policies that may influence cancer risk factors including use of tobacco, alcohol, and other substances, sun safety and indoor tanning, diet, physical activity, and sleep.
- Changes to the built and natural environment involving factors such as housing, transportation infrastructure, food environment, parks and other green and blue spaces and the potential effect on cancer risk factors, exposure to environmental carcinogens, access to care, or other cancer-related health outcomes.
- Emerging programs and policies related to cancer screening, diagnosis, vaccination (e.g., HPV), treatment, and survivorship.
- New policies, programs, and practices in cancer care delivery related to standards of care, health insurance coverage, access to services, reimbursement, and other factors that influence delivery of cancer care services and its outcomes
- The impact and response to public health emergencies or disasters (natural or man-made) on acute stress, allostatic load or other aspects of accumulated stress, or cancer-related care, including preventative, diagnostic, treatment, and survivorship care.
- Natural and man-made disasters (e.g., chemical spills, fumes, weather events, and fires), and resulting environmental exposures on biomarkers, etiology, and healthcare delivery across the cancer control continuum.
- Natural and man-made disasters (e.g., chemical spills, fumes, weather events, and fires), and resulting environmental exposures on biomarkers, etiology, and healthcare delivery across the cancer control continuum.

Proposals evaluating policy and program efforts and responses to major events from diverse sectors, including government, educational, non-profit, and commercial sectors are of interest.

**Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD)**

APHA App. 034

Case: 25-1611    Document: 00118310432    Page: 38    Date Filed: 07/08/2025    Entry ID: 6734280

4/18/25, 3:10 PM    Case 1:25-cv-10787-BEM    Document 38-19    Filed 04/25/25    Page 31 of 97
PAR-22-233: Time-Sensitive Opportunities for Health and Social Needs... (Archived)

NICHD has particular interest in research on time-sensitive events, policies, programs, or infrastructure changes on vulnerable populations falling within the NICHD scientific mission area, including infants, children, and adolescents and pregnant and post-partum people; individuals with physical and/or intellectual disabilities; and children who are unhoused or in foster care. The NICHD Strategic Plan (https://www.nichd.nih.gov/about/org/strategicplan) outlines high priority areas for the Institute.

Examples of research questions include but are not limited to the following:

- Understanding the short- and long-term impact of the time-sensitive event on child development outcomes, as well as family functioning.
- The impact of climate/environmental changes on dietary patterns, food choices, and eating behaviors.
- How changes in access to school lunch programs affect dietary patterns, food choices, and eating behaviors in children and their families.
- The impact of the event and the concomitant public health response on the management of complex medical conditions, critical illness, and severe, life-threatening injuries in children.
- The impact of the event on emergency medical services to children (EMSC) and the availability of these services during and after the event to affected children in low- to moderate- resourced communities.
- Studies identifying and developing data sources, tools and resources needed to strengthen tracking, reporting and communication among systems of care for traumatized, injured and affected children during and after the unexpected event.
- The impact of the event and the concomitant public health response on children and adults with physical and/or intellectual disabilities, and disparities in outcomes experienced by persons with disabilities compared to persons without disabilities.
- Studies that examine how unexpected disruptions in access to therapies and special education services affect developmental, behavioral and functional outcomes in children and adults with disabilities.

**National Institute on Drug Abuse (NIDA)**

This notice of funding opportunity (NOFO) will support pilot, feasibility or exploratory research in priority areas in substance use epidemiology, prevention, and health services, including: 1) responses to sudden and severe emerging drug issues (e.g. the ability to look into a large and sudden spike in opioid or synthetic cannabinoid use/overdoses in a particular community); 2) responses to emerging marijuana trends and topics related to the shifting policy landscape, related to imminent policy change; 3) responses to unexpected and time-sensitive prescription drug abuse research opportunities (e.g., new state or local efforts); 4) responses to unexpected and time-sensitive medical system issues (e.g. opportunities to understand addiction services in the evolving health care system); 5) responses to unexpected and time-sensitive criminal or juvenile justice opportunities (e.g. new system and/or structural level changes) that relate to drug abuse and access and provision of health care service; 6) partnerships between researchers and state or local organizations to support the evaluation of new local policies, programs, or practices in response to public health emergencies (e.g., the opioid crisis); 7) research examining how the COVID-19 pandemic has impacted drug markets and overdose risk; 8) research examining health outcomes associated with telehealth compared to in-person psychiatric care (e.g. risk of diversion/misuse, reduced treatment gap); 9) research examining the impact of the discontinuation of the Medicaid continuous enrollment provision that was enacted during the COVID-19 pandemic on populations with substance use disorders, and 10) research to understand outcomes related to states receiving and implementing Centers for Medicare and Medicaid Services (CMS) 1115 waivers that allow Medicaid to pay for health care services in carceral settings.

**National Institute on Minority Health and Health Disparities (NIMHD)**

The mission of NIMHD is to lead scientific research to improve minority health and reduce health disparities. NIMHD focuses on all aspects of health and health care for racial and ethnic minority populations in the U.S. and the full continuum of health disparity causes as well as the interrelation of these causes. NIMHD projects should include a focus on racial and ethnic minority populations (African Americans/Blacks, Latinos/Hispanics, American Indians and Alaska Natives, Asian Americans, Native Hawaiians and Pacific Islanders) and or less privileged socioeconomic groups, Projects may also examine intersectionality of race or ethnic minority identity and/or low socioeconomic status with rurality and/or sexual and gender minority identity and/or disability condition. Comparison groups/populations may also be included as appropriate for the research questions posed. NIMHD encourages research projects that use approaches encompassing multiple domains of influence (e.g., biological, behavioral, sociocultural, environmental, physical environment, health system) and multiple levels of influence (e.g., individual, interpersonal, family, peer group, community, societal) to understand and address health disparities (see the NIMHD Research Framework, https://www.nimhd.nih.gov/about/overview/research-framework.html, for more information). Studies based outside the U.S. or its territories will not be supported by NIMHD under this FOA. Time-sensitive research that NIMHD is interested in supporting includes:

- The effects of policy changes on health outcomes, and mechanisms of those health outcomes, in populations that experience health disparities, including: immigration policy, health care coverage, gun policy, police use-of-force policy, environmental regulations, prescribing practices, and vaccination requirements
- The immediate and longer-term impact of natural disasters on the health of populations that experience health disparities (particularly through the lens of understanding how climate change is impacting health disparities)
- Effects of changes to the built environment (e.g., greenspace, pedestrian walkways, bike paths) on health and health behaviors for populations that experience health disparities

**National Institute of Nursing Research (NINR)**

APHA App. 035

4/18/25, 3:10 PM     PAR-22-233: Time-Sensitive Opportunities for Health Research (R01 Clinical Trial Optional)

NINR supports research to solve pressing health challenges and inform practice and policy - optimizing health and advancing health into the future. NINR discovers solutions to health challenges through the lenses of health equity, social determinants of health, population and community health, prevention and health promotion, and systems and models of care. Drawing on the strengths of nursing's holistic, contextualized perspective, core values, and broad reach, NINR funds multilevel and cross-sectoral research that examines the factors that impact health across the many settings in which nurses work, including homes, schools, workplaces, clinics, justice settings, and the community. Observational, intervention, and implementation research are of interest to NINR.

Research is encouraged in the following areas:

- Factors involved in a response to a time-sensitive event that affect health equity, including mechanisms involved.
- Effects of social determinants of health on the response to and health effects resulting from a time-sensitive event.
- Prevention and early detection of health effects of a time-sensitive event, including plans for health promotion during and following the event.
- Examining clinical, organizational and/or policy changes to address health related needs during and following a time-sensitive event.

**National Institute on Alcohol Abuse and Alcoholism (NIAAA)**

NIAAA will support time-sensitive research in public health priority areas in alcohol and related substance use epidemiology, prevention, and health services, including but not necessarily limited to:

- time-sensitive research opportunities to study the effects of changes in alcohol-related policies, including effects on combined use of alcohol and other substances and evaluation of the implementation or effectiveness of policies, programs, or practices affecting alcohol-related behaviors and outcomes;
- time-sensitive research opportunities to study changes in factors affecting access, delivery, or financing of health care services for alcohol use disorder and alcohol-related conditions;
- time-sensitive research opportunities to study alcohol-related effects associated with sudden and severe events, such as natural disasters, acts of war, or epidemics;
- time-sensitive research opportunities to study the effects on diversity, health equity, inclusion, or access of unanticipated events affecting alcohol-related behaviors and outcomes; and
- time-sensitive research opportunities to inform state or local organizations of the alcohol-related consequences of new or changing policies, programs, or practices.

**National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS)**

NIAMS is interested in applications focused on evaluating time-sensitive natural experiments that concern populations with or at risk for development of NIAMS core-mission diseases (arthritic and other rheumatic, musculoskeletal, and skin disorders). Examples include, but are not limited to, time-sensitive natural experiments of changes to the neighborhood food and physical activity environments on the health of populations experiencing or at risk for NIAMS core-mission diseases. Studies among underserved, vulnerable, diverse and health disparities populations are encouraged.

**Office of Disease Prevention (ODP)**

The ODP is the lead office at the NIH responsible for assessing, facilitating, and stimulating research in disease prevention. In partnership with the 27 NIH Institutes and Centers, the ODP strives to increase the scope, quality, dissemination, and impact of NIH-supported prevention research. The ODP co-funds research that has strong implications for disease and injury prevention and health equity and that includes innovative and appropriate research design, measurement, and analysis methods. The ODP has a specific interest in projects that develop and/or test preventive interventions. Of particular interest is prevention research addressing leading causes and risk factors for premature morbidity and mortality, dissemination and implementation, and health disparities. The ODP does not award grants; therefore, applications must be relevant to the objectives of at least one of the participating NIH Institutes and Centers (IC) listed in this announcement. Please contact the relevant IC Scientific/Research Contact(s) listed for questions regarding IC research priorities and funding. ODP only accepts co-funding requests from NIH Institutes and Centers (ICs). For additional information about ODP, please refer to the ODP Strategic Plan for Fiscal Years 2019 2023 (https://prevention.nih.gov/about-odp/strategic-plan-2019-2023).

**Office of Research on Women's Health (ORWH)**

ORWH works with the 27 NIH Institutes and Centers to advance rigorous research of relevance to women and individuals assigned female at birth. For this funding opportunity, ORWH is particularly interested in intersectional research into the health impacts of time-sensitive events, policies, programs, or infrastructure changes on women, including:

- Impacts of policy changes on the health of women and people who can become pregnant (e.g., state abortion regulations, extensions to postpartum insurance coverage)
- Impacts of policy changes that influence access to women's preventative health services (e.g., contraception, HPV vaccination, pre-exposure prophylaxis (PrEP))
- Gender-based violence following time-sensitive events (e.g., natural disasters; pandemics)

See Section VIII. Other Information for award authorities and regulations.

APHA App. 036

4/18/25, 3:10 PM        Case 1:25-cv-10787-BEM    Document 38-19    Filed 04/25/25    Page 33 of 97  (Clinical Trials Not Allowed)

# Section II. Award Information

---

**Funding Instrument**

Grant: A support mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity.

---

**Application Types Allowed**

New

The OER Glossary (//grants.nih.gov/grants/guide/url_redirect.php?id=11116) and the SF424 (R&R) Application Guide provide details on these application types. Only those application types listed here are allowed for this FOA.

---

**Clinical Trial?**

Not Allowed: Only accepting applications that do not propose clinical trials.

Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)

---

**Funds Available and Anticipated Number of Awards**

PA/PAR:

The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications.

---

**Award Budget**

Application budgets are not limited but need to reflect the actual needs of the proposed project.

---

**Award Project Period**

The scope of the proposed project should determine the requested project award period.

The maximum period of the combined R61 and R33 phases is 5 years, with up to 1 year for the R61 phase and up to 4 years for the R33 phase.

NIH grants policies as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) will apply to the applications submitted and awards made from this FOA.

# Section III. Eligibility Information

## 1. Eligible Applicants

### Eligible Organizations

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

The following types of Higher Education Institutions are always encouraged to apply for NIH support as Public or Private Institutions of Higher Education:

- Hispanic-serving Institutions
- Historically Black Colleges and Universities (HBCUs)
- Tribally Controlled Colleges and Universities (TCCUs)
- Alaska Native and Native Hawaiian Serving Institutions
- Asian American Native American Pacific Islander Serving Institutions (AANAPISIs)

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)

APHA App. 037

- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

For-Profit Organizations

- Small Businesses
- For-Profit Organizations (Other than Small Businesses)

Local Governments

- State Governments
- County Governments
- City or Township Governments
- Special District Governments
- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)

Federal Government

- Eligible Agencies of the Federal Government
- U.S. Territory or Possession

Other

- Independent School Districts
- Public Housing Authorities/Indian Housing Authorities
- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations
- Regional Organizations

Other

- Independent School Districts
- Public Housing Authorities/Indian Housing Authorities
- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations
- Regional Organizations

### Foreign Institutions

Non-domestic (non-U.S.) Entities (Foreign Institutions) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are** eligible to apply.

Foreign components, as defined in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11118), **are** allowed.

### Required Registrations
#### Applicant Organizations

Applicant organizations must complete and maintain the following registrations as described in the SF 424 (R&R) Application Guide to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants should begin the registration process as soon as possible. The NIH Policy on Late Submission of Grant Applications (//grants.nih.gov/grants/guide/notice-files/NOT-OD-15-039.html) states that failure to complete registrations in advance of a due date is not a valid reason for a late submission.

- System for Award Management (SAM) (https://grants.nih.gov/grants/guide/url_redirect.php?id=82390) Applicants must complete and maintain an active registration, **which requires renewal at least annually**. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.
  - NATO Commercial and Government Entity (NCAGE) Code (//grants.nih.gov/grants/guide/url_redirect.php?id=11176) Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.
  - Unique Entity Identifier (UEI)- A UEI is issued as part of the SAM.gov registration process. The same UEI must be used for all registrations, as well as on the grant application.
- eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123) - Once the unique organization identifier is established, organizations can register with eRA Commons in tandem with completing their full SAM and Grants.gov registrations; all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.

APHA App. 038

- [Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=82300)](//grants.nih.gov/grants/guide/url_redirect.php?id=82300) Applicants must have an active SAM registration in order to complete the Grants.gov registration.

**Program Directors/Principal Investigators (PD(s)/PI(s))**

All PD(s)/PI(s) must have an eRA Commons account. PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

### Eligible Individuals (Program Director/Principal Investigator)

Any individual(s) with the skills, knowledge, and resources necessary to carry out the proposed research as the Program Director(s)/Principal Investigator(s) (PD(s)/PI(s)) is invited to work with his/her organization to develop an application for support.

For institutions/organizations proposing multiple PDs/PIs, visit the Multiple Program Director/Principal Investigator Policy and submission details in the Senior/Key Person Profile (Expanded) Component of the SF424 (R&R) Application Guide.

## 2. Cost Sharing

This FOA does not require cost sharing as defined in the [NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11126)](//grants.nih.gov/grants/guide/url_redirect.php?id=11126).

## 3. Additional Information on Eligibility

### Number of Applications

Applicant organizations may submit more than one application, provided that each application is scientifically distinct.

The NIH will not accept duplicate or highly overlapping applications under review at the same time, per [2.3.7.4 Submission of Resubmission Application (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.3.7_policies_affecting_applications.htm#Submissi)](https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.3.7_policies_affecting_applications.htm#Submissi). This means that the NIH will not accept:

- A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.
- A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.
- An application that has substantial overlap with another application pending appeal of initial peer review (see [2.3.9.4 Similar, Essentially Identical, or Identical Applications (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.3.9_application_receipt_information_and_deadlines.htm#Similar,)](https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.3.9_application_receipt_information_and_deadlines.htm#Similar,)).

# Section IV. Application and Submission Information

### 1. Requesting an Application Package

The application forms package specific to this opportunity must be accessed through ASSIST, Grants.gov Workspace or an institutional system-to-system solution. Links to apply using ASSIST or Grants.gov Workspace are available in [Part 1](#) of this FOA. See your administrative office for instructions if you plan to use an institutional system-to-system solution.

### 2. Content and Form of Application Submission

It is critical that applicants follow the instructions in the Research (R) Instructions in the [SF424 (R&R) Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) except where instructed in this funding opportunity announcement to do otherwise. Conformance to the requirements in the Application Guide is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.

### Letter of Intent

Although a letter of intent is not required, is not binding, and does not enter into the review of a subsequent application, the information that it contains allows IC staff to estimate the potential review workload and plan the review.

By the date listed in [Part 1. Overview Information](#), prospective applicants are asked to submit a letter of intent that includes the following information:

- Descriptive title of proposed activity
- Name(s), address(es), and telephone number(s) of the PD(s)/PI(s)
- Names of other key personnel
- Participating institution(s)
- Number and title of this funding opportunity

4/18/25, 3:10 PM     Case 1:25-cv-10787-BEM     Document 38-19     Filed 04/25/25     Page 36 of 97

PAR-22-233: Time-Sensitive Opportunities for Health Research (R61/R33 Clinical Trial Not Allowed)

The letter of intent should be sent to:

Rosalind King, PhD
Office of Behavioral and Social Sciences Research (OBSSR)
Phone: 301-451-3832
Email: kingros@nih.gov (mailto:kingros@nih.gov)

## Page Limitations

All page limitations described in the SF424 Application Guide and the Table of Page Limits (//grants.nih.gov/grants/guide/url_redirect.php?id=11133) must be followed.

## Instructions for Application Submission

Note: Effective for due dates on or after January 25, 2023, the Data Management and Sharing (DMS) Plan will be attached in the Other Plan(s) attachment in FORMS-H and subsequent application forms packages. For due dates on or before January 24, 2023, the Data Sharing Plan and Genomic Data Sharing Plan GDS) will continue to be attached in the Resource Sharing Plan attachment in FORMS-G application forms packages.

The following section supplements the instructions found in the SF424 (R&R) Application Guide and should be used for preparing an application to this FOA.

### SF424(R&R) Cover

All instructions in the SF424 (R&R) Application Guide must be followed.

### SF424(R&R) Project/Performance Site Locations

All instructions in the SF424 (R&R) Application Guide must be followed.

### SF424(R&R) Other Project Information

All instructions in the SF424 (R&R) Application Guide must be followed.

### SF424(R&R) Senior/Key Person Profile

All instructions in the SF424 (R&R) Application Guide must be followed.

### R&R Budget

All instructions in the SF424 (R&R) Application Guide must be followed.

### R&R Subaward Budget

All instructions in the SF424 (R&R) Application Guide must be followed.

### PHS 398 Cover Page Supplement

All instructions in the SF424 (R&R) Application Guide must be followed.

### PHS 398 Research Plan

**Other Plan(s):**

Note: Effective for due dates on or after January 25, 2023, the Data Management and Sharing Plan will be attached in the Other Plan(s) attachment in FORMS-H and subsequent application forms packages. For due dates on or before January 24, 2023, the Data Sharing Plan and Genomic Data Sharing Plan GDS) will continue to be attached in the Resource Sharing Plan attachment in FORMS-G application forms packages.

All applicants planning research (funded or conducted in whole or in part by NIH) that results in the generation of scientific data are required to comply with the instructions for the Data Management and Sharing Plan. All applications, regardless of the amount of direct costs requested for any one year, must address a Data Management and Sharing Plan.

All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional instructions:

**Research Strategy:** Applications should justify the time sensitivity of the proposed work, the urgent need for data collection, and the need for an expedited review timeline in the Significance section of the application.

The Research Strategy should include a description of both the R61 and R33 phases, each with clear aims and objectives. Include a specific section labeled "Milestones". Milestones should be clearly described, feasible, well developed, quantifiable, and scientifically justified to transition to the R33 phase. A discussion of the milestones relative to the progress of the R61 phase and the implications of successful completion of the milestones for the R33 phase should be included. **It is expected that baseline data collection will be conducted within six months of award, which should be included in the applicant's submission of a project timeline and milestones.**

If applicable and proposing to investigate time-sensitive opportunities outside the U.S., the application must include information demonstrating that all the proper logistics, human subjects concerns, and approvals, both domestic and international, can be addressed

APHA App. 040

within the limited time frame outlined in this announcement. In addition, the applicant must demonstrate how information obtained from this study will have direct implications for US practice or policy.

**Resource Sharing Plan**: Individuals are required to comply with the instructions for the Resource Sharing Plans as provided in the SF424 (R&R) Application Guide.

The following modifications also apply:

- All applications, regardless of the amount of direct costs requested for any one year, should address a Data Sharing Plan.

### Appendix:

Only limited Appendix materials are allowed. Follow all instructions for the Appendix as described in the SF424 (R&R) Application Guide.

## PHS Human Subjects and Clinical Trials Information

When involving human subjects research, clinical research, and/or NIH-defined clinical trials (and when applicable, clinical trials research experience) follow all instructions for the PHS Human Subjects and Clinical Trials Information form in the SF424 (R&R) Application Guide, with the following additional instructions:

If you answered Yes to the question Are Human Subjects Involved? on the R&R Other Project Information form, you must include at least one human subjects study record using the **Study Record: PHS Human Subjects and Clinical Trials Information** form or **Delayed Onset Study** record.

### Study Record: PHS Human Subjects and Clinical Trials Information

All instructions in the SF424 (R&R) Application Guide must be followed.

### Delayed Onset Study

Note: Delayed onset (https://grants.nih.gov/grants/glossary.htm#DelayedOnsetStudy) does NOT apply to a study that can be described but will not start immediately (i.e., delayed start).All instructions in the SF424 (R&R) Application Guide must be followed.

## PHS Assignment Request Form

All instructions in the SF424 (R&R) Application Guide must be followed.

### 3. Unique Entity Identifier and System for Award Management (SAM)

See Part 1. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov

### 4. Submission Dates and Times

Part I. Overview Information contains information about Key Dates and times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.php?id=82380), the application deadline is automatically extended to the next business day.

Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11128) (the online portal to find and apply for grants across all Federal agencies). Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subjected to the NIH Policy on Late Application Submission. This FOA accepts applications on a rolling basis. Applications are reviewed on an expedited schedule and assigned to an Advisory Council round based on their actual submission date. Because the Scientific Merit Review assignment deadline listed in Part 1. Key Dates is not an application due date, the NIH Policy on Late Application Submission does not apply to the Scientific Merit Review or Advisory Council round assigned.

Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.

Information on the submission process and a definition of on-time submission are provided in the SF424 (R&R) Application Guide.

### 5. Intergovernmental Review (E.O. 12372)

This initiative is not subject to intergovernmental review (https://grants.nih.gov/grants/policy/nihgps/html5/section_10/10.10.1_executive_orders.htm).

### 6. Funding Restrictions

APHA App. 041

PAR-22-233: The Geometic Opportunities for Health Equity (PAR-22-233 Clinical Trial Not Allowed)

All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

Pre-award costs are allowable only as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11143).

### 7. Other Submission Requirements and Information

Applications must be submitted electronically following the instructions described in the SF424 (R&R) Application Guide. Paper applications will not be accepted.

Applicants must complete all required registrations before the application due date. Section III. Eligibility Information contains information about registration.

For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply Application Guide (https://grants.nih.gov/grants/how-to-apply-application-guide.html). If you encounter a system issue beyond your control that threatens your ability to complete the submission process on-time, you must follow the Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission, contact the Application Submission Contacts in Section VII.

**Important reminders:**

All PD(s)/PI(s) must include their eRA Commons ID in the Credential field of the Senior/Key Person Profile form. Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH. See Section III of this FOA for information on registration requirements.

The applicant organization must ensure that the unique entity identifier provided on the application is the same identifier used in the organization's profile in the eRA Commons and for the System for Award Management. Additional information may be found in the SF424 (R&R) Application Guide.

See more tips (https://grants.nih.gov/grants/guide/url_redirect.php?id=11146) for avoiding common errors.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review, NIH. Applications that are incomplete , non-compliant or non-responsive will not be reviewed.

### Requests of $500,000 or more for direct costs in any year

Applicants requesting $500,000 or more in direct costs in any year (excluding consortium F&A) must contact a Scientific/ Research Contact at least 6 weeks before submitting the application and follow the Policy on the Acceptance for Review of Unsolicited Applications that Request $500,000 or More in Direct Costs as described in the SF424 (R&R) Application Guide.

### Post Submission Materials

Applicants are required to follow the instructions for post-submission materials, as described in the policy (//grants.nih.gov/grants/guide/url_redirect.php?id=82299). Any instructions provided here are in addition to the instructions in the policy.

## Section V. Application Review Information

### 1. Criteria

Note: Effective for due dates on or after January 25, 2023, the Data Sharing Plan and Genomic Data Sharing Plan (GDS) as part of the Resource Sharing Plan will not be evaluated at time of review.

Only the review criteria described below will be considered in the review process. Applications submitted to the NIH in support of the NIH mission (//grants.nih.gov/grants/guide/url_redirect.php?id=11149) are evaluated for scientific and technical merit through the NIH peer review system.

### Overall Impact

Reviewers will provide an overall impact score to reflect their assessment of the likelihood for the project to exert a sustained, powerful influence on the research field(s) involved, in consideration of the following review criteria and additional review criteria (as applicable for the project proposed).

### Scored Review Criteria

Reviewers will consider each of the review criteria below in the determination of scientific merit and give a separate score for each. An application does not need to be strong in all categories to be judged likely to have major scientific impact. For example, a project that by its nature is not innovative may be essential to advance a field.

4/18/25, 3:10 PM    Case 1:25-cv-10787-BEM  PAR-22-233: The Casey Opportunities for Health Care 6/22/233 Clinical Trials Optimized)    Document 38-19    Filed 04/25/25    Page 39 of 97

### Significance

Does the project address an important problem or a critical barrier to progress in the field? Is the prior research that serves as the key support for the proposed project rigorous? If the aims of the project are achieved, how will scientific knowledge, technical capability, and/or clinical practice be improved? How will successful completion of the aims change the concepts, methods, technologies, treatments, services, or preventative interventions that drive this field?

### Investigator(s)

Are the PD(s)/PI(s), collaborators, and other researchers well suited to the project? If Early Stage Investigators or those in the early stages of independent careers, do they have appropriate experience and training? If established, have they demonstrated an ongoing record of accomplishments that have advanced their field(s)? If the project is collaborative or multi-PD/PI, do the investigators have complementary and integrated expertise; are their leadership approach, governance, and organizational structure appropriate for the project?

### Innovation

Does the application challenge and seek to shift current research or clinical practice paradigms by utilizing novel theoretical concepts, approaches or methodologies, instrumentation, or interventions? Are the concepts, approaches or methodologies, instrumentation, or interventions novel to one field of research or novel in a broad sense? Is a refinement, improvement, or new application of theoretical concepts, approaches or methodologies, instrumentation, or interventions proposed?

### Approach

Are the overall strategy, methodology, and analyses well-reasoned and appropriate to accomplish the specific aims of the project? Have the investigators included plans to address weaknesses in the rigor of prior research that serves as the key support for the proposed project? Have the investigators presented strategies to ensure a robust and unbiased approach, as appropriate for the work proposed? Are potential problems, alternative strategies, and benchmarks for success presented? If the project is in the early stages of development, will the strategy establish feasibility and will particularly risky aspects be managed? Have the investigators presented adequate plans to address relevant biological variables, such as sex, for studies in vertebrate animals or human subjects?

If the project involves human subjects and/or NIH-defined clinical research, are the plans to address 1) the protection of human subjects from research risks, and 2) inclusion (or exclusion) of individuals on the basis of sex/gender, race, and ethnicity, as well as the inclusion or exclusion of individuals of all ages (including children and older adults), justified in terms of the scientific goals and research strategy proposed?

**Milestones and timeline:** Is there a unifying research question that transcends both R61 and R33 phases? Does the application provide well described, feasible and quantifiable milestones for the R61 phase and related scientific goals and objectives for the R33 phase? Are those milestones conducive to accomplishing the study aims? Are the goals of the R33 phase based, in part, on findings collected during the R61 phase? Does the timeline demonstrate baseline data collection within six months of award?

### Environment

Will the scientific environment in which the work will be done contribute to the probability of success? Are the institutional support, equipment, and other physical resources available to the investigators adequate for the project proposed? Will the project benefit from unique features of the scientific environment, subject populations, or collaborative arrangements?

If applicable and proposing to investigate time-sensitive opportunities outside the U.S., is there appropriate justification of how the information obtained from the study will have direct implications for US practice and/or policy? Is there adequate information provided demonstrating that all the proper logistics, human subjects concerns, and approvals, both domestic and international, can be addressed within the limited time frame outlined in this announcement.

### Additional Review Criteria

As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.

### Protections for Human Subjects

For research that involves human subjects but does not involve one of the categories of research that are exempt under 45 CFR Part 46, the committee will evaluate the justification for involvement of human subjects and the proposed protections from research risk relating to their participation according to the following five review criteria: 1) risk to subjects, 2) adequacy of protection against risks, 3) potential benefits to the subjects and others, 4) importance of the knowledge to be gained, and 5) data and safety monitoring for clinical trials.

For research that involves human subjects and meets the criteria for one or more of the categories of research that are exempt under 45 CFR Part 46, the committee will evaluate: 1) the justification for the exemption, 2) human subjects involvement and characteristics, and

APHA App. 043

3) sources of materials. For additional review on review of the Human Subjects section, please refer to the Guidelines for the Review of Human Subjects (//grants.nih.gov/grants/guide/url_redirect.php?id=11175).

## Inclusion of Women, Minorities, and Individuals Across the Lifespan

When the proposed project involves human subjects and/or NIH-defined clinical research, the committee will evaluate the proposed plans for the inclusion (or exclusion) of individuals on the basis of sex/gender, race, and ethnicity, as well as the inclusion (or exclusion) of individuals of all ages (including children and older adults) to determine if it is justified in terms of the scientific goals and research strategy proposed. For additional information on review of the Inclusion section, please refer to the Guidelines for the Review of Inclusion in Clinical Research (//grants.nih.gov/grants/guide/url_redirect.php?id=11174).

## Vertebrate Animals

The committee will evaluate the involvement of live vertebrate animals as part of the scientific assessment according to the following criteria: (1) description of proposed procedures involving animals, including species, strains, ages, sex, and total number to be used; (2) justifications for the use of animals versus alternative models and for the appropriateness of the species proposed; (3) interventions to minimize discomfort, distress, pain and injury; and (4) justification for euthanasia method if NOT consistent with the AVMA Guidelines for the Euthanasia of Animals. Reviewers will assess the use of chimpanzees as they would any other application proposing the use of vertebrate animals. For additional information on review of the Vertebrate Animals section, please refer to the Worksheet for Review of the Vertebrate Animal Section (//grants.nih.gov/grants/guide/url_redirect.php?id=11150).

## Biohazards

Reviewers will assess whether materials or procedures proposed are potentially hazardous to research personnel and/or the environment, and if needed, determine whether adequate protection is proposed.

## Resubmissions

Not Applicable

## Renewals

Not Applicable

## Revisions

Not Applicable

## Additional Review Considerations

Note: Effective for due dates on or after January 25, 2023, the Data Sharing Plan and Genomic Data Sharing Plan (GDS) as part of the Resource Sharing Plan will not be evaluated at time of review.

As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.

## Time Sensitivity

Reviewers will assess whether or not (i.e., yes/no) applications demonstrate the time sensitivity of the research opportunity; in other words, will an important opportunity for scientific inquiry and data collection be lost if the work is not initiated in an expedited way (i.e., with minimum delay). It should be clear that the knowledge gained from the proposed study is time-sensitive such that an expedited review and funding are required in order for the scientific question(s) to be answered. Reviewers are also asked to determine whether or not the event described in the application offers an uncommon and scientifically compelling opportunity that might only be available through this mechanism. Of particular relevance is that an expedited award would facilitate baseline data collection at a critical point in the timeline of the event in question.

## Applications from Foreign Organizations

Not Applicable.

## Select Agent Research

Reviewers will assess the information provided in this section of the application, including 1) the Select Agent(s) to be used in the proposed research, 2) the registration status of all entities where Select Agent(s) will be used, 3) the procedures that will be used to monitor possession use and transfer of Select Agent(s), and 4) plans for appropriate biosafety, biocontainment, and security of the Select Agent(s).

## Resource Sharing Plans

APHA App. 044

4/18/25, 3:10 PM    Case 1:25-cv-10787-BEM: The Research Opportunities for New and "Early-Stage Investigators" PAR-22-233 Clinical Trial Optional Filed 04/25/25    Page 41 of 97

Reviewers will comment on whether the following Resource Sharing Plans, or the rationale for not sharing the following types of resources, are reasonable: (1) Data Sharing Plan (//grants.nih.gov/grants/guide/url_redirect.php?id=11151); (2) Sharing Model Organisms (https://sharing.nih.gov/other-sharing-policies/model-organism-sharing-policy#policy-overview); and (3) Genomic Data Sharing Plan (GDS) (https://sharing.nih.gov/genomic-data-sharing-policy).

### Authentication of Key Biological and/or Chemical Resources:

For projects involving key biological and/or chemical resources, reviewers will comment on the brief plans proposed for identifying and ensuring the validity of those resources.

### Budget and Period of Support

Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.

## 2. Review and Selection Process

Applications will be evaluated for scientific and technical merit by (an) appropriate Scientific Review Group(s) convened by Center for Scientific Review (CSR) in accordance with NIH peer review policy and procedures (//grants.nih.gov/grants/guide/url_redirect.php?id=11154), using the stated review criteria (file:///C:/Users/mckenziene/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/13V4QPZR/Research%20Draft.doc#_1._Criteria). Assignment to a Scientific Review Group will be shown in the eRA Commons.

As part of the scientific peer review, all applications will receive a written critique.

Applications may undergo a selection process in which only those applications deemed to have the highest scientific and technical merit (generally the top half of applications under review) will be discussed and assigned an overall impact score.

Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications submitted in response to this FOA. Following initial peer review, recommended applications will receive a second level of review by the appropriate national Advisory Council or Board. The following will be considered in making funding decisions:

- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities.

## 3. Anticipated Announcement and Award Dates

After the peer review of the application is completed, the PD/PI will be able to access his or her Summary Statement (written critique) via the eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123). Refer to Part 1 for dates for peer review, advisory council review, and earliest start date.

Information regarding the disposition of applications is available in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

# Section VI. Award Administration Information

## 1. Award Notices

If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.5.1_just-in-time_procedures.htm).

A formal notification in the form of a Notice of Award (NoA) will be provided to the applicant organization for successful applications. The NoA signed by the grants management officer is the authorizing document and will be sent via email to the recipient's business official.

Recipients must comply with any funding restrictions described in Section IV.5. Funding Restrictions. Selection of an application for award is not an authorization to begin performance. Any costs incurred before receipt of the NoA are at the recipient's risk. These costs may be reimbursed only to the extent considered allowable pre-award costs.

Any application awarded in response to this FOA will be subject to terms and conditions found on the Award Conditions and Information for NIH Grants (https://grants.nih.gov/grants/policy/nihgps/HTML5/part_ii_subpart_b.htm) website. This includes any recent legislation and policy applicable to awards that is highlighted on this website.

Institutional Review Board or Independent Ethics Committee Approval: Recipient institutions must ensure that protocols are reviewed by their IRB or IEC. To help ensure the safety of participants enrolled in NIH-funded studies, the recipient must provide NIH copies of documents related to all major changes in the status of ongoing protocols.

APHA App. 045

### 2. Administrative and National Policy Requirements

All NIH grant and cooperative agreement awards include the NIH Grants Policy Statement (///grants.nih.gov/grants/guide/url_redirect.php?id=11120) as part of the NoA. For these terms of award, see the NIH Grants Policy Statement Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (///grants.nih.gov/grants/guide/url_redirect.php?id=11157) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Recipients, and Activities (///grants.nih.gov/grants/guide/url_redirect.php?id=11159), including of note, but not limited to:

- Federalwide Research Terms and Conditions (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_3/3.1_federalwide_standard_terms_and_conditions_for_research_grants.htm)
- Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-041.html)
- Acknowledgment of Federal Funding (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4.2.1_acknowledgment_of_federal_funding.htm)

If a recipient is successful and receives a Notice of Award, in accepting the award, the recipient agrees that any activities under the award are subject to all provisions currently in effect or implemented during the period of the award, other Department regulations and policies in effect at the time of the award, and applicable statutory provisions.

Should the applicant organization successfully compete for an award, recipients of federal financial assistance (FFA) from HHS must administer their programs in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex (including gender identify, sexual orientation, and pregnancy). This includes ensuring programs are accessible to persons with limited English proficiency and persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. Please see https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html (https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html) and https://www.hhs.gov/civil-rights/for-individuals/nondiscrimination/index.html (https://www.hhs.gov/civil-rights/for-individuals/nondiscrimination/index.html)

HHS recognizes that research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator's scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscriminatory justifications establish that such criteria are appropriate with respect to the health or safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this FOA.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html (https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html) and https://www.lep.gov (https://www.lep.gov/).
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including reasonable accommodations and making services accessible to them, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html (https://www.hhs.gov/ocr/civilrights/understanding/disability/index.html).
- HHS funded health and education programs must be administered in an environment free of sexual harassment, see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html (https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html). For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm (https://grants.nih.gov/grants/policy/harassment.htm).
- For guidance on administering programs in compliance with applicable federal conscience protection and associated anti-discrimination laws see https://www.hhs.gov/conscience/conscience-protections/index.html (https://www.hhs.gov/conscience/conscience-protections/index.html) and https://www.hhs.gov/conscience/religious-freedom/index.html (https://www.hhs.gov/conscience/religious-freedom/index.html).

Please contact the HHS Office for Civil Rights for more information about obligations and prohibitions under federal civil rights laws at https://www.hhs.gov/ocr/about-us/contact-us/index.html (https://www.hhs.gov/ocr/about-us/contact-us/index.html) or call 1-800-368-1019 or TDD 1-800-537-7697.

In accordance with the statutory provisions contained in Section 872 of the Duncan Hunter National Defense Authorization Act of Fiscal Year 2009 (Public Law 110-417), NIH awards will be subject to the Federal Awardee Performance and Integrity Information System (FAPIIS) requirements. FAPIIS requires Federal award making officials to review and consider information about an applicant in the designated integrity and performance system (currently FAPIIS) prior to making an award. An applicant, at its option, may review information in the designated integrity and performance systems accessible through FAPIIS and comment on any information about itself that a Federal agency previously entered and is currently in FAPIIS. The Federal awarding agency will consider any comments by the applicant, in addition to other

APHA App. 046

4/18/25, 3:10 PM          Case 1:25-cv-10787-BEM    Document 38-19    Filed 04/25/25    Page 48 of 97

information in FAPIIS, in making a judgement about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 45 CFR Part 75.205 and 2 CFR Part 200.206 Federal awarding agency review of risk posed by applicants. This provision will apply to all NIH grants and cooperative agreements except fellowships.

**Cooperative Agreement Terms and Conditions of Award**

Not Applicable

**Data Management and Sharing**

Note: The NIH Policy for Data Management and Sharing is effective for due dates on or after January 25, 2023.

Consistent with the NIH Policy for Data Management and Sharing, when data management and sharing is applicable to the award, recipients will be required to adhere to the Data Management and Sharing requirements as outlined in the NIH Grants Policy Statement (/grants/policy/nihgps/HTML5/section_8/8.2.3_sharing_research_resources.htm#Data). Upon the approval of a Data Management and Sharing Plan, it is required for recipients to implement the plan as described.

### 3. Reporting

When multiple years are involved, recipients will be required to submit the Research Performance Progress Report (RPPR) (//grants.nih.gov/grants/rppr/index.htm) annually and financial statements as required in the NIH Grants Policy Statement. (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.4.1_reporting.htm)

A final RPPR, invention statement, and the expenditure data portion of the Federal Financial Report are required for closeout of an award, as described in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.6_closeout.htm). NIH FOAs outline limited research goals and objectives. Post award, NIH will review and measure performance based on the details and outcomes that are shared within the RPPR, as described at 45 CFR Part 75.301 and 2 CFR Part 200.301.

The Federal Funding Accountability and Transparency Act of 2006 (Transparency Act), includes a requirement for recipients of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later. All recipients of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11170) on all subawards over $25,000. See the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4.1.8_federal_funding_accountability_and_transparency_act__ffata_.htm) for additional information on this reporting requirement.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently FAPIIS). This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75 Award Term and Conditions for Recipient Integrity and Performance Matters.

## Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

### Application Submission Contacts

eRA Service Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten submission by the due date, and post-submission issues)

Finding Help Online: http://grants.nih.gov/support/ (//grants.nih.gov/support/) (preferred method of contact)
Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

General Grants Information (Questions regarding application instructions, application processes, and NIH grant resources)
Email: GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov) (preferred method of contact)
Telephone: 301-945-7573

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726

APHA App. 047

Case: 25-1611     Document: 00118310432     Page: 51     Date Filed: 07/08/2025     Entry ID: 6734280

4/18/25, 3:10 PM          Case 1:25-cv-10787-BEM: The Notice of Funding Opportunities for Research PAR-22-233 Climate Change (No Longer...

Email: support@grants.gov (mailto:support@grants.gov)

**Scientific/Research Contact(s)**

Rosalind King, PhD
Office of Behavioral and Social Sciences Research (OBSSR)
Phone: 301-451-3832
Email: kingros@nih.gov (mailto:kingros@nih.gov)

Sarika Parasuraman, PhD, MPH
National Institute on Alcohol Abuse and Alcoholism (NIAAA)
Phone: 301-435-5482
Email: sarika.parasuraman@mail.nih.gov (mailto:sarika.parasuraman@mail.nih.gov)

Karen A. Kehl, PhD, RN
National Institute of Nursing Research
Telephone: 301-594-8010
Email: karen.kehl@nih.gov (mailto:karen.kehl@nih.gov)

Yan Wang, MD, PhD
National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS)
Phone: 301-594-5032
Email: Yan.Wang1@nih.gov (mailto:Yan.Wang1@nih.gov)

Elizabeth Anne Barr, Ph.D.
Office of Research on Women's Health (ORWH)
Phone: 301-402-7895
E-mail: elizabeth.barr@nih.gov (mailto:elizabeth.barr@nih.gov)

Arielle Samantha Gillman
National Institute on Minority Health and Health Disparities (NIMHD)
Phone: 301-402-1366
E-mail: arielle.gillman@nih.gov (mailto:arielle.gillman@nih.gov)

Layla Esposito, PhD
*Eunice Kennedy Shriver* National Institute of Child Health and Human Development (NICHD)
Telephone: 301-435-6888
Email: espositl@mail.nih.gov (mailto:espositl@mail.nih.gov)

Marsha Lopez
National Institute on Drug Abuse (NIDA)
Phone: 301-402-1846
E-mail: lopezmar@mail.nih.gov (mailto:lopezmar@mail.nih.gov)

Jill Reedy, PhD, MPH, RDN
National Cancer Institute (NCI)
Phone: 240-276-6812
Email: reedyj@mail.nih.gov (mailto:reedyj@mail.nih.gov)

Bramaramba Kowtha MS, RDN, LDN
Office of Disease Prevention (ODP)
Telephone: 301-435-8052
Email: bramaramba.kowtha@nih.gov

**Peer Review Contact(s)**

Center for Scientific Review (CSR)
Email: FOAReviewContact@csr.nih.gov (mailto:FOAReviewContact@csr.nih.gov)

**Financial/Grants Management Contact(s)**

The Office of Behavioral and Social Sciences Research (OBSSR (https://obssr.od.nih.gov/)) cannot accept assignments of applications or manage funded research projects. Please contact the IC-based grants management professionals below for related inquiries .

Judy Fox
National Institute on Alcohol Abuse and Alcoholism (NIAAA)
Telephone: 301-443-4707
Email: jfox@mail.nih.gov (mailto:jfox@mail.nih.gov)

APHA App. 048

Ron Wertz
National Institute of Nursing Research (NINR)
Telephone: 301-594-2807
Email: wertzr@mail.nih.gov (mailto:wertzr@mail.nih.gov)

Sahar Rais-Danai
National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS)
Phone: 301-594-5032
E-mail: sahar.rais-danai@nih.gov (mailto:sahar.rais-danai@nih.gov)

Priscilla Grant
National Institute on Minority Health and Health Disparities (NIMHD)
Phone: 301-594-8412
E-mail: pg38h@nih.gov (mailto:pg38h@nih.gov)

Margaret Young
*Eunice Kennedy Shriver* National Institute of Child Health and Human Development (NICHD)
Telephone: 301-642-4552
Email: margaret.young@nih.gov (mailto:margaret.young@nih.gov)

Pamela G Fleming
National Institute on Drug Abuse (NIDA)
Phone: 301-480-1159
E-mail: pfleming@mail.nih.gov (mailto:pfleming@mail.nih.gov)

Crystal Wolfrey
National Cancer Institute (NCI)
Phone: 240-276-6277
Email: crystal.wolfrey@nih.gov

## Section VIII. Other Information

Recently issued trans-NIH policy notices (//grants.nih.gov/grants/guide/url_redirect.php?id=11163) may affect your application submission. A full list of policy notices published by NIH is provided in the NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/url_redirect.php?id=11164). All awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

### Authority and Regulations

Awards are made under the authorization of Sections 301 and 405 of the Public Health Service Act as amended (42 USC 241 and 284) and under Federal Regulations 42 CFR Part 52 and 45 CFR Part 75.

---

Weekly TOC for this Announcement (/grants/guide/WeeklyIndex.cfm?09-02-22)
NIH Funding Opportunities and Notices (/grants/guide/index.html)

---

 National Institutes of Health (/grants/oer.htm)
Office of Extramural Research

 (https://www.hhs.gov/) Department of Health
and Human Services (HHS)

 (https://www.usa.gov/)

NIH... Turning Discovery Into Health®

# EXHIBIT C



March 12, 2025

Cary Williams
Harvard Pilgrim Health Care
Email: research_admin@hphci.harvard.edu

Dear Cary Williams:

Funding for Project Number 1R61HD117134-01 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August 22, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4]  According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5]  At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research program.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here.  The premise of Project Number 5

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

1R61HD117134-01 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390.  NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position.  In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,


Michelle G. Bulls, ***on behalf*** of Margaret Young, Chief Grants Management Officer, NICHD
Director, Office of Policy for Extramural Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

APHA App. 052

# EXHIBIT D

Department of Health and Human Services
National Institutes of Health
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT

**Notice of Award**
FAIN# R61HD117134
**Federal Award Date**
03/14/2025

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name**<br>HARVARD PILGRIM HEALTH CARE INC<br>1 WELLNESS WAY<br>CANTON, MA 02021 | |
| | **11. Award Number**<br>1R61HD117134-01 |
| **2. Congressional District of Recipient**<br>08 | **12. Unique Federal Award Identification Number (FAIN)**<br>R61HD117134 |
| **3. Payment System Identifier (ID)**<br>1042452600A1 | **13. Statutory Authority**<br>42 USC 241 42 CFR PART 52 |
| **4. Employer Identification Number (EIN)**<br>042452600 | **14. Federal Award Project Title**<br>Supportive and restrictive factors and mental health in LGBT adolescent and young adult populations |
| **5. Data Universal Numbering System (DUNS)**<br>071721088 | **15. Assistance Listing Number**<br>93.865 |
| **6. Recipient's Unique Entity Identifier**<br>NZVVQ8GNVX65 | **16. Assistance Listing Program Title**<br>Child Health and Human Development Extramural Research |
| **7. Project Director or Principal Investigator**<br>Brittany Michelle Charlton, DSC<br>Assistant Professor<br>bcharlton@mail.harvard.edu<br>617-466-9262 | **17. Award Action Type**<br>New Competing (REVISED)<br>**18. Is the Award R&D?**<br>Yes |
| **8. Authorized Official**<br>Cary Williams | |

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/26/2024 – **End Date** 03/12/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
|    20 a.  Direct Cost Amount | $0 |
|    20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $838,837 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $838,837 |
| ---------- | |
| **26. Project Period Start Date** 08/26/2024 – **End Date** 03/12/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $838,837 |

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Yvonne C. Talley
Grants Management Official
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
talley@mail.nih.gov
301-496-7432

**10. Program Official Contact Information**
Ronna  Popkin

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
ronna.popkin@nih.gov
301-827-5121

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Margaret A. Young

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

APHA App. 054



Phase 1 Exploratory/Developmental Grant
Department of Health and Human Services
National Institutes of Health

Notice of Award



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**SECTION I – AWARD DATA – 1R61HD117134-01 REVISED**

**Principal Investigator(s):**
Brittany Michelle Charlton, DSC

**Award e-mailed to:** research_admin@hphci.harvard.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to HARVARD PILGRIM HEALTH CARE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR PART 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R61HD117134. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Margaret A. Young
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 25 - 2/15/2024 9:57 AM | Generated on: 3/15/2025 12:05 AM

APHA App. 055

| | |
|---|---|
| **Salaries and Wages** | $140,347 |
| **Fringe Benefits** | $41,823 |
| **Personnel Costs (Subtotal)** | $182,170 |
| **Consultant Services** | $5,000 |
| **Travel** | $6,500 |
| **Subawards/Consortium/Contractual Costs** | $500,845 |
| | |
| **Federal Direct Costs** | $694,515 |
| **Federal F&A Costs** | $144,322 |
| **Approved Budget** | $838,837 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $838,837 |
| **TOTAL FEDERAL AWARD AMOUNT** | $838,837 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $838,837 | $838,837 |

**Fiscal Information:**
**Payment System Identifier:** 1042452600A1
**Document Number:** RHD117134A
**PMS Account Type:** P (Subaccount)
**Fiscal Year:** 2024

| IC | CAN | 2024 |
|---|---|---|
| OD | 8055729 | $838,837 |

**NIH Administrative Data:**
**PCC**: PDB -RP / **OC**: 41021 / **Released**: 03/14/2025
**Award Processed**: 03/15/2025 12:09:47 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R61HD117134-01  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R61HD117134-01  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-

APHA App. 056

research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subawardee be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R61HD117134. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

APHA App. 057

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- · Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- · For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- · HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- · For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have cumulative active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – HD SPECIFIC AWARD CONDITIONS – 1R61HD117134-01  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION:** This revised award terminates the budget, and the project end dates to 03/12/2025.

It is the policy of NIH not to prioritize Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research

Version: 25 - 3/13/2024 9:57 AM | Generated on: 3/15/2025 12:00 AM

APHA App. 058

programs. Therefore, this project is terminated. HARVARD PILGRIM HEALTH CARE, INC., may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered.

Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R61HD117134-01 REVISED

**INSTITUTION:** HARVARD PILGRIM HEALTH CARE

| Budget | Year 1 |
| --- | --- |
| Salaries and Wages | $140,347 |
| Fringe Benefits | $41,823 |
| Personnel Costs (Subtotal) | $182,170 |
| Consultant Services | $5,000 |
| Travel | $6,500 |
| Subawards/Consortium/Contractual Costs | $500,845 |
| TOTAL FEDERAL DC | $694,515 |
| TOTAL FEDERAL F&A | $144,322 |
| TOTAL COST | $838,837 |

| Facilities and Administrative Costs | Year 1 |
| --- | --- |
| F&A Cost Rate 1 | 66% |
| F&A Cost Base 1 | $218,670 |
| F&A Costs 1 | $144,322 |

Version: 35 - 3/13/2024 9:57 AM | Generated on: 3/15/2025 12:00 AM

APHA App. 059

# EXHIBIT E

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH
DISPARITIES

**Notice of Award**
FAIN# R01MD015256
**Federal Award Date**
05/16/2021

## Recipient Information

**1. Recipient Name**
CHILDREN'S HOSPITAL CORPORATION, THE
300 LONGWOOD AVE

BOSTON, MA 02115

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1042774441A1

**4. Employer Identification Number (EIN)**
042774441

**5. Data Universal Numbering System (DUNS)**
076593722

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Brittany Michelle Charlton, DSC
Assistant Professor
bcharlton@mail.harvard.edu
857-218-5463

**8. Authorized Official**
Jamie Chan

## Federal Agency Information

**9. Awarding Agency Contact Information**
CARLA GRIFFITH
Grants Management Specialist
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
griffithcp@mail.nih.gov
301-594-8944

**10. Program Official Contact Information**
DOROTHY M CASTILLE
Health Scientist Administrator
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
dorothy.castille@nih.gov
301-594-9411

## Federal Award Information

**11. Award Number**
1R01MD015256-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R01MD015256

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Sexual orientation-related disparities in obstetrical and perinatal health

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 05/16/2021 – **End Date** 02/28/2022 | |
| **20.** Total Amount of Federal Funds Obligated by this Action | $929,389 |
| 20 a.  Direct Cost Amount | $580,577 |
| 20 b.  Indirect Cost Amount | $348,812 |
| **21.** Authorized Carryover | $0 |
| **22.** Offset | $0 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $929,389 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $929,389 |
| **26. Project Period Start Date** 05/16/2021 – **End Date** 02/28/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $929,389 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Priscilla  Grant

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

APHA App. 061

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTION I – AWARD DATA – 1R01MD015256-01A1**

**Principal Investigator(s):**
Brittany Michelle Charlton, DSC

**Award e-mailed to:** osp@childrens.harvard.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $929,389 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to BOSTON CHILDREN'S HOSPITAL in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD015256. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 203 - 1/27/2021 10:14 PM | Generated on: 5/16/2021 8:13 AM

APHA App. 062

| | |
|---|---:|
| Salaries and Wages | $267,108 |
| Fringe Benefits | $82,310 |
| **Personnel Costs (Subtotal)** | $349,418 |
| **Consultant Services** | $19,200 |
| **Materials & Supplies** | $1,000 |
| **Travel** | $7,500 |
| **Other** | $885 |
| **Subawards/Consortium/Contractual Costs** | $202,574 |

| | |
|---|---:|
| **Federal Direct Costs** | $580,577 |
| **Federal F&A Costs** | $348,812 |
| **Approved Budget** | $929,389 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $929,389 |
| **TOTAL FEDERAL AWARD AMOUNT** | $929,389 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $929,389 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $929,389 | $929,389 |
| 2 | $859,031 | $859,031 |
| 3 | $849,882 | $849,882 |
| 4 | $849,117 | $849,117 |
| 5 | $846,211 | $846,211 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1042774441A1 |
| **Document Number:** | RMD015256A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2021 |

| IC | CAN | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| MD | 8472687 | $929,389 | $859,031 | $849,882 | $849,117 | $846,211 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: CPS01DC / **OC**: 41021 / **Released**: Grant, Priscilla 05/09/2021
**Award Processed:** 05/16/2021 08:13:51 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01MD015256-01A1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01MD015256-01A1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.

Statement, including addenda in effect as of the beginning date of the budget period.

 e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

 f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to receive a Dun & Bradstreet Universal Numbering System (DUNS) number and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a DUNS requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD015256. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

APHA App. 064

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REQUIREMENT**: This award is subject to the conditions set forth in PA-20-185, NIH Research Project Grant (Parent R01 Clinical Trial Not Allowed), NIH Guide to Grants and Contracts, 05/05/20, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**INFORMATION**  The committed levels for future years reflect the removal of inflationary escalation.

**INFORMATION**  In order to redistribute awards more evenly throughout the year, budget periods are being adjusted.  This award is issued with a 9.5 month budget period and with 12 months of support.  Continuation awards will cycle each year on March 1st.

**INFORMATION**: Although the budget period start date for this award is May 16th, this award includes funds for 12 months of support.  Future year budget periods will cycle on March 1st.  Allowable preaward costs may be charged to this award, in accordance with the conditions outlined in the NIH Grants Policy Statement, and with institutional requirements for prior approval. The NIH GPS can be found on the internet at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf

**REQUIREMENT**: Use of humans and animals in any new activities must be requested prior to the start of the activity and must be approved in writing in advance by the NIMHD.  See NOT-MD-08-002, "Guidance and Clarification on NCMHD Policy on Prior Approval for Subprojects and Pilot Projects Involving Human Subjects or Vertebrate Animals," NIH Guide to Grants and Contracts, April 29, 2008, which is hereby incorporated by reference as special terms and conditions of this award.  See also NOT-OD-15-129, "Prior NIH Approval of Human Subjects Research in Active Awards Initially Submitted without Definitive Plans for Human Subjects Involvement (Delayed Onset Awards): Updated Notice," and NIH-OD-15-128, "Guidance on Changes That Involve Human Subjects in Active Awards and That Will Require Prior NIH Approval: Updated Notice."

Copies of these Notices may be accessed at the following internet address:  http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**INFORMATION**: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project.  Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

APHA App. 065

**INFORMATION**: See "Federalwide Assurance Requirements" and "Certification of IRB Approval" under the Human Subjects Protections section in the NIH Grants Policy Statement (NIHGPS), for specific requirements and recipient responsibilities related to the protection of human subjects, which are applicable to and are a term and condition of this award. The NIHGPS can found on the internet at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.


**INFORMATION**: Funds awarded for direct cost compensation for Graduate Research Assistants are limited in accordance with the NIH policy.


**INFORMATION**  None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. See the new Salary Limitations on Grants: https://grants.nih.gov/grants/policy/salcap_summary.htm


**INFORMATION**: Unobligated balances may be used by the NIMHD to reduce or offset funding for a subsequent budget period.


**INFORMATION**: Regarding changes in scope, attention is called to the NIH Grants Policy Statement. The Change in Scope section is found in Section 8.1.2 at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf. The recipient must obtain prior approval from the NIMHD for a change in the direction, aims, objectives, purposes, or type of research or training, or other areas that constitute a significant change in the approved project. Specific examples are provided.


**INFORMATION**: Regarding allowability of selected items of cost, attention is called to the NIH Grants Policy Statement. The Selected Items of Cost section is found in Section 7.9.1 at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.


**INFORMATION**: Honoraria are unallowable when the primary intent is to confer distinction on, or to symbolize respect, esteem, or admiration for, the recipient of the honorarium. A payment for services rendered, such as a speaker's fee under a conference grant, is allowable. See Section 7.9.1 at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.


**INFORMATION**  This award includes funds awarded for consortium activity. Consortia are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS). The referenced section of the NIH GPS is available at: http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf. See "Consortium Agreements" in Section 15 for specific responsibilities and requirements for recipients and consortium participants, which are applicable to and are a term and condition of this award.


**RESTRICTION**: Stipends and payments made for educational assistance (e.g., scholarships, fellowships, and student aid costs) may not be paid from NIH research grant funds even when they would appear to benefit the research project (NIH GPS Section 7.9.1). Compensation must be in accordance with organizational policies consistently applied to both federally and non-federally supported activities and must be supported by acceptable accounting records that reflect the employer-employee relationship. Under these conditions, the funds provided as compensation for services rendered are not considered stipend supplementation; they are allowable charges to Federal grants, including PHS research grants. (A stipend is a payment made to an individual under a fellowship or training grant in accordance with pre-established levels to provide for the individual's living expenses during the period of training. A stipend is not considered compensation for the services expected of an employee.) See the NIH Grants Policy Statement for allowable forms of student compensation, available at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01MD015256-01A1

**INSTITUTION:** BOSTON CHILDREN'S HOSPITAL

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $267,108 | $262,190 | $258,026 | $251,047 | $252,126 |
| Fringe Benefits | $82,310 | $79,969 | $72,973 | $73,520 | $70,799 |
| Personnel Costs (Subtotal) | $349,418 | $342,159 | $330,999 | $324,567 | $322,925 |
| Consultant Services | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 |
| Materials & Supplies | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Travel | $7,500 | $7,500 | $7,500 | $9,500 | $9,500 |
| Other | $885 | $885 | $885 | $885 | $885 |
| Subawards/Consortium/Contractual Costs | $202,574 | $202,814 | $209,878 | $209,878 | $209,878 |
| Publication Costs | | | $2,000 | $6,000 | $6,000 |
| TOTAL FEDERAL DC | $580,577 | $573,558 | $571,462 | $571,030 | $569,388 |
| TOTAL FEDERAL F&A | $348,812 | $285,473 | $278,420 | $278,087 | $276,823 |
| TOTAL COST | $929,389 | $859,031 | $849,882 | $849,117 | $846,211 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 77% | 77% | 77% | 77% | 77% |
| F&A Cost Base 1 | $453,003 | $370,744 | $361,584 | $361,152 | $359,510 |
| F&A Costs 1 | $348,812 | $285,473 | $278,420 | $278,087 | $276,823 |

Version: 203 - 1/27/2021 10:14 PM | Generated on: 5/16/2021 8:13 AM

APHA App. 067

# EXHIBIT F

APHA App. 068

Department of Health and Human Services
 National Institutes of Health
 NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES
Notice of Award
 FAIN# R01MD015256
 Federal Award Date
 02/18/2025
Recipient Information
 1. Recipient Name
 HARVARD PILGRIM HEALTH CARE INC
 1 WELLNESS WAY
 CANTON, MA 02021

 2. Congressional District of Recipient
 08

 3. Payment System Identifier (ID)
 1042452600A1

 4. Employer Identification Number (EIN)
 042452600

 5. Data Universal Numbering System (DUNS)
 071721088

 6. Recipient's Unique Entity Identifier
 NZVVQ8GNVX65

 7. Project Director or Principal Investigator
 Brittany Michelle Charlton, DSC
 Assistant Professor
 bcharlton@mail.harvard.edu
 617-466-9262

 8. Authorized Official
 Charlotte Johnson
 research_admin@harvardpilgrim.org


 Federal Agency Information
 9. Awarding Agency Contact Information
 MICHELLE MAE Phillips
 Grants Management Specialist
 NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES
 michelle.phillips@nih.gov
 (301) 402-1366
 10. Program Official Contact Information
 Priscah  Mujuru
 Program Officer
 NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES
 priscah.mujuru@nih.gov
 301-594-9765

APHA App. 069

Federal Award Information

 11. Award Number
 5R01MD015256-05

 12. Unique Federal Award Identification Number (FAIN)
 R01MD015256

 13. Statutory Authority
 42 USC 241  42 CFR 52

 14. Federal Award Project Title
 Sexual orientation-related disparities in obstetrical and perinatal
 health

 15. Assistance Listing Number
 93.307

 16. Assistance Listing Program Title
 Minority Health and Health Disparities Research

 17. Award Action Type
 Non-Competing Continuation (REVISED)

 18. Is the Award R&D?
 Yes

 Summary Federal Award Financial Information
 19. Budget Period Start Date 03/01/2024 - End Date 04/30/2025
 20. Total Amount of Federal Funds Obligated by this Action
 $0
 20 a.  Direct Cost Amount
 $0
 20 b.  Indirect Cost Amount
 $0
 21. Authorized Carryover

 22. Offset

 23. Total Amount of Federal Funds Obligated this budget period
 $802,428
 24. Total Approved Cost Sharing or Matching, where applicable
 $0
 25. Total Federal and Non-Federal Approved this Budget Period
 $802,428
 ------------------------------------------------------------------------
 -------------------------------
 26. Project Period Start Date 05/16/2021 - End Date 04/30/2026
 27. Total Amount of the Federal Award including Approved Cost Sharing or
 Matching this Project Period
 $3,917,674

28. Authorized Treatment of Program Income
Additional Costs

29. Grants Management Officer - Signature
Priscilla  Grant
30. Remarks
Acceptance of this award, including the "Terms and Conditions," is
acknowledged by the recipient when funds are drawn down or otherwise
requested from the grant payment system.

Page 1 of 6
Version:25 - 2/15/2024 9:51 AM | Generated on: 2/19/2025 12:03 AM

Notice of Award

RESEARCH

Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

    SECTION I — AWARD DATA — 5R01MD015256-05 REVISED

 Principal Investigator(s):
 Brittany Michelle Charlton, DSC

 Award e-mailed to: research_admin@hphci.harvard.edu

 Dear Authorized Official:

 The National Institutes of Health hereby revises this award  (see "Award
Calculation" in Section I and "Terms and Conditions" in Section III) to
HARVARD PILGRIM HEALTH CARE in support of the above referenced project.
This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is
subject to the requirements of this statute and regulation and of other
referenced, incorporated or attached terms and conditions.

 Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

 Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgement of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD015256. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

 Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.  The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

 If you have any questions about this award, please direct questions to the Federal Agency contacts.

 Sincerely yours,




 Priscilla  Grant
 Grants Management Officer
 NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

 Additional information follows




Cumulative Award Calculations for this Budget Period (U.S. Dollars)
 Salaries and Wages         $246,010
 Fringe Benefits        $68,883
 Personnel Costs (Subtotal)         $314,893
 Travel        $6,729
 Subawards/Consortium/Contractual Costs         $260,235
 Publication Costs         $5,000

 Federal Direct Costs

APHA App. 072

$586,857
Federal F&A Costs
$215,571
Approved Budget
$802,428
Total Amount of Federal Funds Authorized (Federal Share)
$802,428
TOTAL FEDERAL AWARD AMOUNT
$802,428

 AMOUNT OF THIS ACTION (FEDERAL SHARE)
$0


 SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 5 ) (for this Document Number)
AWARD NUMBER
TOTAL FEDERAL AWARD AMOUNT
5R01MD015256-05
$802,428

 3R01MD015256-05S1
$99,998

 TOTAL
$902,426


 SUMMARY TOTALS FOR ALL YEARS (for this Document Number)
YR
THIS AWARD
CUMULATIVE TOTALS

 5
$802,428
$902,426

 6
$801,979
$801,979

 Recommended future year total cost support, subject to the availability
of funds and satisfactory progress of the project

 Fiscal Information:
 Payment System Identifier:
1042452600A1
Document Number:
RMD015256B
PMS Account Type:
P (Subaccount)
Fiscal Year:
2024

 IC

```
CAN
2024
2025
MD
8472687
$802,428
$801,979
```

 Recommended future year total cost support, subject to the availability
of funds and satisfactory progress of the project

 NIH Administrative Data:
 PCC: CPS01PM / OC: 41025 / Released:  02/18/2025
 Award Processed: 02/19/2025 12:03:40 AM

    SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01MD015256-05   REVISED

 For payment and HHS Office of Inspector General Hotline information, see
the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

    SECTION III – STANDARD TERMS AND CONDITIONS – 5R01MD015256-05   REVISED

 This award is based on the application submitted to, and as approved by,
NIH on the above-titled project and is subject to the terms and
conditions incorporated either directly or by reference in the following:

     a.    The grant program legislation and program regulation cited in
this Notice of Award.
     b.    Conditions on activities and expenditure of funds in other
statutory requirements, such as
 those included in appropriations acts.
     c.    45 CFR Part 75.
     d.    National Policy Requirements and all other requirements
described in the NIH Grants Policy Statement, including addenda in effect
as of the beginning date of the budget period.
     e.    Federal Award Performance Goals: As required by the periodic
report in the RPPR or in the final progress report when applicable.
     f.    This award notice, INCLUDING THE TERMS AND CONDITIONS CITED
BELOW.

 (See NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm for certain
 references cited above.)

 Research and Development (R&D):  All awards issued by the National
Institutes of Health (NIH) meet the definition of "Research and
Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH
awards as part of the R&D cluster on the Schedule of Expenditures of
Federal Awards (SEFA). The auditor should test NIH awards for compliance
as instructed in Part V, Clusters of Programs. NIH recognizes that some
awards may have another classification for purposes of indirect costs.
The auditor is not required to report the disconnect (i.e., the award is
classified as R&D for Federal Audit Requirement purposes but non-research

for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD015256. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.



Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals,

see https://www.hhs.gov/civil-rights/for-individuals/special-
topics/limited-english-proficiency/fact-sheet-guidance/index.html
and https://www.lep.gov.
 · For information on an institution's specific legal obligations for
serving qualified individuals with disabilities, including providing
program access, reasonable modifications, and to provide effective
communication, see
http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
 · HHS funded health and education programs must be administered in an
environment free of sexual harassment; see https://www.hhs.gov/civil-
rights/for-individuals/sex-discrimination/index.html. For information
about NIH's commitment to supporting a safe and respectful work
environment, who to contact with questions or concerns, and what NIH's
expectations are for institutions and the individuals supported on NIH-
funded awards, please see
https://grants.nih.gov/grants/policy/harassment.htm.
 · For guidance on administering programs in compliance with applicable
federal religious nondiscrimination laws and applicable federal
conscience protection and associated anti-discrimination laws, see
https://www.hhs.gov/conscience/conscience-protections/index.html and
https://www.hhs.gov/conscience/religious-freedom/index.html.


 In accordance with the regulatory requirements provided at 45 CFR 75.113
and Appendix XII to 45 CFR Part 75, recipients that have currently active
Federal grants, cooperative agreements, and procurement contracts with
cumulative total value greater than $10,000,000 must report and maintain
information in the System for Award Management (SAM) about civil,
criminal, and administrative proceedings in connection with the award or
performance of a Federal award that reached final disposition within the
most recent five-year period.  The recipient must also make semiannual
disclosures regarding such proceedings. Proceedings information will be
made publicly available in the designated integrity and performance
system (currently the Federal Awardee Performance and Integrity
Information System (FAPIIS)). Full reporting requirements and procedures
are found in Appendix XII to 45 CFR Part 75. This term does not apply to
NIH fellowships.


 Treatment of Program Income:
 Additional Costs

   SECTION IV – MD SPECIFIC AWARD CONDITIONS – 5R01MD015256-05  REVISED


 Clinical Trial Indicator: No
 This award does not support any NIH-defined Clinical Trials. See the NIH
Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


 INFORMATION: This revised award's end date has been adjusted to 4/30/25
due to the large unobligated balance.

 THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON
05/30/2024 ALSO APPLY TO THIS AWARD:

APHA App. 076

INFORMATION: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 02/03/2024 ALSO APPLY TO THIS AWARD:

REQUIREMENT: This award is subject to the conditions set forth in PA-20-185, NIH Research Project Grant (Parent R01 Clinical Trial Not Allowed), NIH Guide to Grants and Contracts, 05/05/20, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

REQUIREMENT: The recipient is required to follow the data sharing plan included in the application and may not implement any changes in the plan without the written prior approval of the NIMHD.

INFORMATION: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

REQUIREMENT: Use of humans and animals in any new activities must be requested prior to the start of the activity and must be approved in writing in advance by the NIMHD. See NOT-MD-08-002, "Guidance and Clarification on NCMHD Policy on Prior Approval for Subprojects and Pilot Projects Involving Human Subjects or Vertebrate Animals," NIH Guide to Grants and Contracts, April 29, 2008, which is hereby incorporated by reference as special terms and conditions of this award. See also NOT-OD-15-129, "Prior NIH Approval of Human Subjects Research in Active Awards Initially Submitted without Definitive Plans for Human Subjects Involvement (Delayed Onset Awards): Updated Notice," and NIH-OD-15-128, "Guidance on Changes That Involve Human Subjects in Active Awards and That Will Require Prior NIH Approval: Updated Notice."

Copies of these Notices may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

APHA App. 077

```
SPREADSHEET SUMMARY
AWARD NUMBER: 5R01MD015256-05 REVISED

INSTITUTION: HARVARD PILGRIM HEALTH CARE

 Budget
Year 5
Year 6
Salaries and Wages
$246,010
$246,010
Fringe Benefits
$68,883
$68,883
Personnel Costs (Subtotal)
$314,893
$314,893
Travel
$6,729
$5,751
Subawards/Consortium/Contractual Costs
$260,235
$261,410
Publication Costs
$5,000
$5,000
TOTAL FEDERAL DC
$586,857
$587,054
TOTAL FEDERAL F&A
$215,571
$214,925
TOTAL COST
$802,428
$801,979


 Facilities and Administrative Costs
Year 5
Year 6
F&A Cost Rate 1
66%
66%
F&A Cost Base 1
$326,622
$325,644
F&A Costs 1
$215,571
$214,925
```

```
Page 6 of 6
Version: 25 - 2/15/2024 9:51 AM | Generated on: 2/19/2025
12:03 AM
```

# EXHIBIT G

APHA App. 080

Fri, Mar 21, 2025 at 12:51 PM

Hi Brittany,

I'm sorry to forward the below termination notice for your R01.

Joe will be in contact with you to coordinate notification to subaward sites.

Cary

**Cary Williams, MEd, CRA (she/her)**

Director | Office of Sponsored Programs

Harvard Pilgrim Health Care, Inc. | Harvard Pilgrim Health Care Institute, LLC

617-867-4958 | cary_williams@hphci.harvard.edu

**Upcoming OOO: 3/27 – 4/4**

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:30 PM
**To:** Research Admin <research_admin@hphci.harvard.edu>
**Subject:** Grant Termination Notification

> **WARNING:** This email originated from outside of the organization.
> **Do not click** links or attachments **unless** you recognize the sender and know the content is safe.

 

3/21/2025

Cary Williams

Harvard Pilgrim Health Care, Inc.

research_admin@harvardpilgrim.org

Dear Cary Williams:

Effective with the date of this letter, funding for Project Number 5R01MD015256-05 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 3/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

_____

_____

_____

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf [grants.nih.gov].

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT H

APHA App. 083

Sexual and Gender Minority Populations in NIH-Supported Research

Notice Number: NOT-OD-19-139

Key Dates
**Release Date:** August 28, 2019

Related Announcements

- **September 6, 2024** - Updating the Definition of Sexual and Gender Minority Populations in NIH-Supported Research. See Notice NOT-OD-24-169.

Issued by
Sexual and Gender Minority Research Office (SGMRO)

Purpose

The purpose of this Notice is to announce the revision of the definition of sexual and gender minority (SGM) populations for research purposes at the NIH, as well as to provide a summary of information about SGM health research at the NIH. It is expected that this Notice will help to enhance the representation of SGM individuals in the agency's research portfolio and to stimulate the development of novel research projects and strategies to better understand and advance SGM health.

**Implementation Timeline**

This Notice is effective upon its release date.

**The Sexual & Gender Minority Research Office**

The NIH Fiscal Years 2016-2020 Strategic Plan to Advance Research on the Health and Well-Being of Sexual and Gender Minorities was released in 2015. The plan elucidated goals and objectives to encourage the advancement of basic, clinical, behavioral, population, and social sciences research to improve the health of SGM individuals. One of the objectives of the strategic plan was to establish a central office to coordinate SGM-related research and activities at the NIH. Established in 2015, the Sexual & Gender Minority Research Office (SGMRO) resides within the Division of Program Coordination, Planning, and Strategic Initiatives (DPCPSI) in the NIH Office of the Director.

The NIH laid out four overarching goals in its FY 2016-2020 SGM strategic plan: (1) Expand the knowledge base of SGM health and well-being through NIH-supported research; (2) Remove barriers to planning, conducting, and reporting NIH-supported research about SGM health and well-being; (3) Strengthen the community of researchers and scholars who conduct research relevant to SGM health and well-being; and (4) Evaluate progress on advancing SGM research. The SGMRO pursues these goals by convening and participating in events involving SGM health priorities, managing dissemination of information about SGM health research, and working with NIH Institutes, Centers, and Offices (ICOs) to leverage resources and develop initiatives to promote SGM health and research.

**Definition of Sexual and Gender Minorities**

At the NIH, the term sexual and gender minority originally encompassed individuals who identify as lesbian, gay, bisexual, transgender, queer, or intersex, as well as those who do not self-identify with one of these terms, but whose sexual orientation, gender identity, or reproductive development varies from traditional, societal, cultural, or physiological norms. The NIH has heretofore opted to use this definition to maintain inclusivity and consistency in reporting. However, after consultation with several NIH groups that possess contemporary expertise in SGM health and research, the NIH is releasing an updated SGM definition to foster and expand

APHA App. 084

Case: 25-1611     Document: 00118310432     Page: 88     Date Filed: 07/08/2025     Entry ID: 6734280

4/18/25, 1:23 PM     Case 1:25-cv-10787-BEM   NOT-OD-19-139: Update of the Policy Notice NIH's Definition of a Clinical Trial and Delayed Onset Studies   Filed 04/25/25   Page 81 of 97

inclusion of SGM individuals in health research by better clarifying the populations who fall under the SGM umbrella. The definition of SGM is revised to read as follows:

*SGM populations include, but are not limited to, individuals who identify as lesbian, gay, bisexual, asexual, transgender, Two-Spirit, queer, and/or intersex. Individuals with same-sex or -gender attractions or behaviors and those with a difference in sex development are also included. These populations also encompass those who do not self-identify with one of these terms but whose sexual orientation, gender identity or expression, or reproductive development is characterized by non-binary constructs of sexual orientation, gender, and/or sex.*

The SGMRO would like to make clear that this change in definition is not intended to exclude any person or population previously included under the former definition of SGM populations.

### SGM as a Health Disparity Population

SGM individuals face unique health challenges, and a continually growing body of evidence suggests that SGM individuals suffer disproportionately from a variety of conditions and diseases. In October 2016, the National Institute on Minority Health and Health Disparities (NIMHD), in collaboration with the Agency for Healthcare Research and Quality (AHRQ), announced that SGM populations had been officially designated as a health disparity population for NIH and AHRQ research. This designation has since facilitated the creation of tailored research projects, programs, and activities intended to tackle the distinct issues encountered by SGM individuals. In addition, ascertainment of SGM status in ongoing and planned population studies has been enhanced. However, SGM-specific health disparities persist today, and novel methods to measure, address, and prevent them are still needed.

### Addressing SGM-Specific Health Disparities

To help eliminate these disparities, the 21st Century Cures Act, which authorized funding to accelerate research in several key public health areas at the NIH, included provisions specifically intended to increase participation of SGM populations in NIH-supported clinical research and to facilitate the development of methods for conducting SGM research. In support of this, the NIH SGM Research Working Group (SGM RWG), a working group of the NIH Council of Councils, recommended in its 2019 Mid-Course Strategic Plan Review that the NIH encourage applicants for clinical research funding to demonstrate consideration of inclusion of SGM populations whenever appropriate. Increased data collection and analyses on SGM populations may help to illuminate important information needed to address the health of these communities.

Inquiries

Please direct all inquiries to:

Karen L Parker, PhD, MSW
Division of Program Coordination, Planning, and Strategic Initiatives
Sexual & Gender Minority Research Office
Telephone: 301-451-2055?
Email: klparker@mail.nih.gov

---

Weekly TOC for this Announcement
NIH Funding Opportunities and Notices

---

APHA App. 085

# EXHIBIT I



Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH
DISPARITIES

**Notice of Award**
FAIN# R01MD015256
**Federal Award Date**
09/03/2024

| | |
|---|---|
| **Recipient Information** | **Federal Award Information** |

**Recipient Information**

**1. Recipient Name**
HARVARD PILGRIM HEALTH CARE INC
1 WELLNESS WAY
CANTON, MA 02021

**2. Congressional District of Recipient**
08

**3. Payment System Identifier (ID)**
1042452600A1

**4. Employer Identification Number (EIN)**
042452600

**5. Data Universal Numbering System (DUNS)**
071721088

**6. Recipient's Unique Entity Identifier**
NZVVQ8GNVX65

**7. Project Director or Principal Investigator**
Brittany Michelle Charlton, DSC
Assistant Professor
bcharlton@mail.harvard.edu
617-466-9262

**8. Authorized Official**
Charlotte Johnson
research_admin@harvardpilgrim.org

**Federal Agency Information**

**9. Awarding Agency Contact Information**
MICHELLE MAE Phillips
Grants Management Specialist
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
michelle.phillips@nih.gov
(301) 402-1366

**10. Program Official Contact Information**
Priscah  Mujuru
Program Officer
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
priscah.mujuru@nih.gov
301-594-9765

**Federal Award Information**

**11. Award Number**
3R01MD015256-05S1

**12. Unique Federal Award Identification Number (FAIN)**
R01MD015256

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Improving service delivery models of medically assisted reproduction: A patient journey mapping study of sexual minority women couples' experience of medicalized family formation

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 03/01/2024 – **End Date** 02/28/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $99,998 |
| 20 a.  Direct Cost Amount | $60,240 |
| 20 b.  Indirect Cost Amount | $39,758 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $99,998 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $99,998 |
| **26. Project Period Start Date** 05/16/2021 – **End Date** 02/28/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $3,917,674 |
| **28. Authorized Treatment of Program Income** Other (See Remarks) | |
| **29. Grants Management Officer - Signature** Priscilla  Grant | |

| |
|---|
| **30. Remarks** |

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 2/15/2024 9:51 AM | Generated on: 9/4/2024 12:34 AM

APHA App. 087



**RESEARCH**
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTION I – AWARD DATA – 3R01MD015256-05S1**

**Principal Investigator(s):**
Brittany Michelle Charlton, DSC

**Award e-mailed to:** research_admin@harvardpilgrim.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $99,998 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to HARVARD PILGRIM HEALTH CARE in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD015256. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

APHA App. 088

| | |
|---|---|
| **Salaries and Wages** | $44,753 |
| **Fringe Benefits** | $13,337 |
| **Personnel Costs (Subtotal)** | $58,090 |
| **Other** | $2,150 |
| | |
| **Federal Direct Costs** | $60,240 |
| **Federal F&A Costs** | $39,758 |
| **Approved Budget** | $99,998 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $99,998 |
| **TOTAL FEDERAL AWARD AMOUNT** | $99,998 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $99,998 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 5 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3R01MD015256-05S1 | $99,998 |
| 5R01MD015256-05 | $802,428 |
| **TOTAL** | **$902,426** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 5 | $99,998 | $902,426 |
| 6 | $0 | $801,979 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1042452600A1 |
| **Document Number:** | RMD015256B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| OD | 8025139 | $49,998 |
| OD | 8055775 | $50,000 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: CPS01PM / **OC**: 41023 / **Released**: 09/03/2024
**Award Processed:** 09/04/2024 12:34:35 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3R01MD015256-05S1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 3R01MD015256-05S1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.   The grant program legislation and program regulation cited in this Notice of Award.
b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.   45 CFR Part 75.
d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

Version: 25 - 3/15/2024 6:53 AM | Generated on: 9/4/2024 12:34 AM

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD015256. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| Office Of The Director, National Institutes Of Health (OD) |
| --- |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment,

APHA App. 090

who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Other (See Remarks)

---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 3R01MD015256-05S1**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**RESTRICTION:** This supplemental award provides $50,000 funding from the NIH Office of Research on Women's Health (ORWH) and $49,998 from the Sexual and Gender Minority Research Office (SGMRO):  These funds are restricted for this purpose and may not be expended for any other purpose without the written prior approval of the National Institute on Minority Health and Health Disparities.

**REQUIREMENT:** This award is subject to the conditions set forth in NOT-OD-22-032 and PA-20-272, Administrative Supplements to Existing NIH Grants and Cooperative Agreements (Parent Admin Supp Clinical Trial Optional), NIH Guide to Grants and Contracts, 10/09/2020, which are hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**REQUIREMENT:**  Use of humans and animals in any new activities must be requested prior to the start of the activity and must be approved in writing in advance by the NIMHD.  See NOT-MD-08-002, "Guidance and Clarification on NCMHD Policy on Prior Approval for Subprojects and Pilot Projects Involving Human Subjects or Vertebrate Animals," NIH Guide to Grants and Contracts, April 29, 2008, which is hereby incorporated by reference as special terms and conditions of this award.  See also NOT-OD-15-129, "Prior NIH Approval of Human Subjects Research in Active Awards Initially Submitted without Definitive Plans for Human Subjects Involvement (Delayed Onset Awards): Updated Notice," and NIH-OD-15-128, "Guidance on Changes That Involve Human Subjects in Active Awards and That Will Require Prior NIH Approval: Updated Notice."

No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects at any site engaged in such research for any period not covered by both (1) the awardee's OHRP-approved Assurance

APHA App. 091

and if performance sites are involved, each performance site's OHRPapproved Assurance(s) and (2) appropriate IRB approvals consistent with all OHRPapproved Assurances.

Copies of these Notices may be accessed at the following internet address:  http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3R01MD015256-05S1

**INSTITUTION:** HARVARD PILGRIM HEALTH CARE

| Budget | Year 5 | Year 6 |
|---|---|---|
| Salaries and Wages | $44,753 | |
| Fringe Benefits | $13,337 | |
| Personnel Costs (Subtotal) | $58,090 | |
| Other | $2,150 | |
| TOTAL FEDERAL DC | $60,240 | |
| TOTAL FEDERAL F&A | $39,758 | |
| TOTAL COST | $99,998 | $0 |

| Facilities and Administrative Costs | Year 5 | Year 6 |
|---|---|---|
| F&A Cost Rate 1 | 66% | |
| F&A Cost Base 1 | $60,240 | |
| F&A Costs 1 | $39,758 | |

APHA App. 092

# EXHIBIT J

APHA App. 093

This notice has expired. Check the **NIH Guide** for active opportunities and notices.

Notice of Special Interest (NOSI): Administrative Supplements for Research on Sexual and Gender Minority (SGM) Populations (Admin Supp Clinical Trial Optional)
Notice Number:
NOT-OD-22-032

## Key Dates

Release Date:

December 2, 2021

First Available Due Date:
January 31, 2022
Expiration Date:
February 01, 2024

## Related Announcements

NOT-MD-22-007 - Notice of National Institute on Minority Health and Health Disparities (NIMHD) Participation in NOT-OD-22-032, NOSI: Administrative Supplements for Research on Sexual and Gender Minority Populations (Admin Supp Clinical Trial Optional)

PA-20-272 Administrative Supplements to Existing NIH Grants and Cooperative Agreements (Parent Admin Supp Clinical Trial Optional)

## Issued by

Sexual and Gender Minority Research Office (SGMRO)

National Human Genome Research Institute (NHGRI)

National Institute on Aging (NIA)

National Institute of Allergy and Infectious Diseases (NIAID)

National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS)

National Institute on Deafness and Other Communication Disorders (NIDCD)

National Institute of Dental and Craniofacial Research (NIDCR)

National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)

National Institute on Drug Abuse (NIDA)

National Institute of Mental Health (NIMH)

National Institute of Neurological Disorders and Stroke (NINDS)

National Institute of Nursing Research (NINR)

Fogarty International Center (FIC)

National Center for Complementary and Integrative Health (NCCIH)

APHA App. 094

National Cancer Institute (NCI)

National Institute on Alcohol Abuse and Alcoholism (NIAAA)

All applications to this funding opportunity announcement should fall within the mission of the Institutes/Centers. The following NIH Offices may co-fund applications assigned to those Institutes/Centers.

Office of AIDS Research (OAR)

Division of Program Coordination, Planning and Strategic Initiatives, Office of Disease Prevention (ODP)

Office of Research on Women's Health (ORWH)

# Purpose

The mission of the NIH is to seek fundamental knowledge about the nature and behavior of living systems and the application of that knowledge to enhance health, lengthen life, and reduce illness and disability. The NIH is committed to supporting research that will increase scientific understanding of the health and well-being of various population and subpopulation groups and that will help to establish the effectiveness of evidence-based health interventions and services for individuals within these groups. NIH places high priority on research with populations that have distinct health risk profiles and who have also received insufficient attention from the scientific research enterprise. To this end, this Notice of Special Interest (NOSI) announces the availability of administrative supplements to provide funding for the expansion of existing research projects to incorporate sexual and gender minority (SGM) populations or SGM-relevant research questions. SGM populations include, but are not limited to, those populations described in NOT-OD-19-139. Basic, social, behavioral, clinical, translational, and health services research relevant to the missions of the sponsoring NIH Institutes or Centers (ICs) may be proposed in response to this solicitation. Potential applicants are encouraged to review the most recent annual Portfolio Analysis of NIH-funded SGM research to identify potential research gaps that may be relevant to this NOSI. More information about the SGM administrative supplements program and previously awarded research projects can be found on the SGMRO website.

## Background

The collective knowledge base on SGM health has grown substantially since the release of the groundbreaking 2011 Institute of Medicine (now the National Academy of Medicine) report on the health of lesbian, gay, bisexual, and transgender people. However, in their comprehensive 2020 report on the status and well-being of people who identify as SGM, the National Academies Committee on Population ultimately concluded that SGMs still face numerous disparities across multiple domains of well-being. In October 2016, the National Institute on Minority Health and Health Disparities, in collaboration with the Agency for Healthcare Research and Quality, announced that SGMs had been officially designated a health disparity population for NIH research purposes. This designation has facilitated the creation of tailored research projects, programs, activities, and funding opportunities to tackle the unique health-related issues encountered by SGM individuals. In addition, ascertainment of SGM status in ongoing and planned population studies has been enhanced. However, it is apparent that SGM-specific health disparities persist today, and there is still an urgent need for novel strategies to understand, measure, address, and prevent them.

As of August 28, 2019, the NIH definition of "sexual and gender minorities" includes, but is not limited to, individuals who identify as lesbian, gay, bisexual, asexual, transgender, two-spirit, queer, and/or intersex. Individuals with same-sex or -gender attractions or behaviors and those with a difference in sex development are also included. These populations also encompass those who do not self-identify with one of these terms but whose sexual orientation, gender identity or expression, or reproductive development is characterized by non-binary constructs of sexual orientation, gender, and/or sex. Applicants to this administrative supplement may propose to study relevant SGM subpopulations not explicitly identified in this definition and/or adopt other classification frameworks and terminologies as appropriate.

## Specific Areas of Research Interest

This NOSI calls for research that will enrich scientific understanding of how sexual orientation, gender identity, and/or being born with differences/disorders in sex development (DSDs) or intersex characteristics relate to health outcomes, health risks, health behaviors, perceptions and expectations about health, and access to health-related services or associated barriers.

Appropriate topics or studies for these supplements may include, but are not limited to, those listed below:

APHA App. 095

- Addition of SGM participants to an ongoing study which either did not originally include them or has not enrolled enough SGM participants to make meaningful comparisons between groups; proposed studies must be sufficiently powered to allow for meaningful comparisons
- Expansion of an ongoing study focused on one SGM group to add another; proposed studies must be sufficiently powered to allow for meaningful comparisons
- Expansion of data collection (e.g., in surveys, questionnaires, etc.) to add items related to sexual attraction, sexual behavior, sexual identity, gender identity, gender expression, and/or non-binary sex when relevant and appropriate
- Secondary analyses of existing data to generate new information or hypotheses about SGM health
- Assessment of reliability and/or validity of measures relevant to sexual attraction, sexual behavior, sexual identity, gender identity, gender expression, and/or non-binary sex
- Methodological and strategic innovations to improve the recruitment and retention of SGM individuals in any research activity
- Expansion of prevention, screening, and wellness research tailored to SGM populations that aims to reduce health inequities
- Ethical, legal, or social science research on the implications of data collection and/or research findings on SGM populations

**Scope of Support**

Administrative supplements can be used to meet increased costs that are within the scope of the approved parent award, but that were unforeseen when the new or renewal application or grant progress report for non-competing continuation support was submitted. Applicants to this NOSI should propose research that, if successful, would contribute to a greater understanding of the health and well-being of SGM communities. Clinical trials cannot be proposed to be added to grants that do not include a clinical trial as that would constitute a change in scope.

**IC-Specific Considerations**

All applications submitted in response to this NOSI should fall within the mission of the IC of the awarded parent grant. Applicants are strongly encouraged to discuss their proposed supplement project with the IC Program Officer of the funded parent award prior to submission of a supplement application in order to ensure that the proposed activity aligns with the scientific priorities of the IC and is within the scope of the parent award. Scientific inquiries may also be addressed to the contacts listed in the Inquiries section below.

**Other Information**

Recently issued trans-NIH policy notices may affect your application submission. A full list of policy notices published by NIH is provided in the NIH Guide for Grants and Contracts. All awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement.

Authority and Regulations

Awards are made under the authorization of Sections 301 and 405 of the Public Health Service Act as amended (42 USC 241 and 284) and under Federal Regulations 42 CFR Part 52 and 45 CFR Part 75.

Please recognize that all SGM administrative supplement awards are made specifically for conducting the research proposed in each application. Progress reports specific to the SGM administrative supplement may be requested by SGMRO at any point. These progress report requests will be sent under separate cover from the Research Performance Progress Report. Unsatisfactory progress or reallocation of supplement funds to another purpose outside of the proposed research plan may lead to disqualification of participating programs from future consideration for this opportunity.

**Application and Submission Information**

Applications for this initiative must be submitted using the following opportunity or its subsequent reissued equivalent.

- PA-20-272 - Administrative Supplements to Existing NIH Grants and Cooperative Agreements (Parent Admin Supp Clinical Trial Optional)

All instructions in the SF424 (R&R) Application Guide and PA-20-272 must be followed, with the following additions:

- Application Due Dates January 31, 2022 for FY 2022; January 31, 2023 for FY 2023; and January 31, 2024 for FY 2024, by 5:00 PM local time of applicant organization.
- The expiration date is February 1, 2024.

- The project and budget periods must be within the currently approved project period for the existing parent award.
- For funding consideration, applicants must include **NOT-OD-22-032** (without quotation marks) in the Agency Routing Identifier field (box 4B) of the SF424 R&R form. Applications without this information in box 4B will not be considered for this initiative
- Requests may be for one year of support only.
- The project budget cannot exceed $100,000 in total costs.
- The Research Strategy section of the application is limited to 6 pages.
- The process for Streamlined Submissions using the eRA Commons <u>cannot</u> be used for this initiative.
- Applicants are strongly encouraged to notify the Program Officer at the IC supporting the parent award that a request has been submitted in response to this NOSI in order to facilitate efficient processing of the application.

Applications that do not comply with these instructions or are deemed otherwise non-responsive to the terms of this NOSI, will not be accepted for review.

# Inquiries

Please direct all inquiries to the Program Officer associated with the parent award and/or the designated contact at the ICO supporting the parent award listed below:

**Scientific/Research Contact(s)**

Brad Newsome, PhD
Fogarty International Center (FIC)
Telephone: 301-496-1653
Email: brad.newsome@nih.gov

Inna Belfer, MD, PhD
National Center for Complementary and Integrative Health (NCCIH)
Telephone: 301-435-1573
Email: inna.belfer@nih.gov

Whitney Barfield, PhD
National Cancer Institute (NCI)
Telephone: 240-276-6170
Email: whitney.barfield@nih.gov

Tina L Gatlin, PhD
National Human Genome Research Institute (NHGRI)
Telephone: 301-480-2280
Email: gatlincl@mail.nih.gov

Melissa Gerald, PhD
National Institute on Aging (NIA)
Telephone: 301-496-3136
Email: melissa.gerald@nih.gov

Keith Crawford, PhD
National Institute of Allergy and Infectious Diseases (NIAID)
Telephone: 240-669-2816
Email: keith.crawford@nih.gov

Heiyoung Park, PhD
National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS)
Telephone: 301-594-5032
Email: parkh1@mail.nih.gov

Richard A Jenkins, PhD
National Institute on Drug Abuse (NIDA)
Telephone: 301-443-6504
Email: jenkinsri@mail.nih.gov

Carol B Hubner, PhD
National Institute on Drug Abuse (NIDA)
Telephone: 301-827-5926
Email: chubner@nida.nih.gov

Janet Cyr, PhD
National Institute on Deafness and Other Communication Disorders (NIDCD)
Telephone: 301-402-3458
Email: cyrj@nidcd.nih.gov

Dena Fischer, DDS, MSD, MS
National Institute of Dental & Craniofacial Research (NIDCR)
Telephone: 301-594-4876
Email: dena.fischer@nih.gov

Vanessa A White, MPH
National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)
Telephone: 301-827-5505
Email: vanessa.white@nih.gov

Beshaun Davis, Ph.D.
National Institute of Mental Health (NIMH)
Telephone: 301-827-5098
Email: beshaun.davis@nih.gov

Erica Littlejohn, PhD
National Institute of Neurological Disorders and Stroke (NINDS)
Telephone: 301-435-2719
Email: Erica.Littlejohn@nih.gov

Shalanda A Bynum, PhD, MPH
National Institute of Nursing Research (NINR)
Email: shalanda.bynum@nih.gov

Elizabeth L Neilson, PhD, MPH, MSN
Office of Disease Prevention (ODP)
Telephone: 301-827-5578
Email: Elizabeth.Neilson@nih.gov

Elizabeth Anne Barr, PhD
Office of Research on Women's Health (ORWH)
Telephone: 301-402-7895
Email: elizabeth.barr@nih.gov

Melissa Mera, MPH
Office of AIDS Research (OAR)
Telephone: 301-761-7689
Email: melissa.mera@nih.gov

Robert Freeman PhD
National Institute on Alcohol Abuse and Alcoholism (NIAAA)
Telephone: 301-443 8820
Email: Robert.Freeman@nih.gov

Weekly TOC for this Announcement
NIH Funding Opportunities and Notices

# EXHIBIT K

APHA App. 099

Fri, Mar 21, 2025 at 3:56 PM

Hi Brittany,

As you noted, the terminations continue.  The supplement associated with the R01 has also been terminated.

Cary

**Cary Williams, MEd, CRA** (she/her)

Director | Office of Sponsored Programs

Harvard Pilgrim Health Care, Inc. | Harvard Pilgrim Health Care Institute, LLC

617-867-4958 | cary_williams@hphci.harvard.edu

**Upcoming OOO:** 3/27 – 4/4

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:35 PM
**To:** Research Admin <research_admin@hphci.harvard.edu>
**Subject:** Grant Termination Notification

**WARNING:** This email originated from outside of the organization.
**Do not click** links or attachments **unless** you recognize the sender and know the content is safe.

 

3/21/2025

Cary Williams

Harvard Pilgrim Health Care, Inc.

research_admin@harvardpilgrim.org

Dear Cary Williams:

Effective with the date of this letter, funding for Project Number 3R01MD015256-05S1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 3/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

_____

_____

_____

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf [grants.nih.gov].

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT 20

APHA App. 102

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*,

*Plaintiffs,*

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

*Defendants.*

Case No. 1:25-cv-10787-BEM

**DECLARATION OF KATIE EDWARDS**

I, Katie Edwards, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a Professor of Social Work at the University of Michigan.  My research focuses on preventing sexual and related forms of violence among minority communities by using evidence-based, affirming, and culturally-grounded approaches.  My current work is focused on program development and evaluation with Indigenous youth and communities, as well as LGBTQ+ youth.  In 2024, I was named by Stanford University as one of the top two percent researchers in the world, and 26th out of 12,726 researchers in the field of criminology.  In my lab, we have some of the first studies ever to show we have reduced violence and alcohol use among LGBTQ+ youth as well as sexual violence among Indigenous youth.

2.  I am offering this declaration in my individual capacity and not on behalf of my employer.

3.  My interest in this area of work began during my undergraduate studies.  Through my studies and volunteer work, I saw the damaging effects of sexual violence and other forms of violence, and I wanted to learn how to prevent violence from happening in the first place. While most of my work in graduate school focused on college students, early on in my career as an assistant professor, I realized that most of the scientific literature at the time did not address the particular needs of LGBTQ+ youth, a glaring gap especially given that this demographic experiences disproportionately higher rates of sexual and other forms of

1

violence.  My passion grew from wanting to work to help all youth who were experiencing these harms and especially youth experiencing high rates of violence about whom we as a field had done relatively less research.

4. Before working at the University of Michigan, I was a Professor of Educational Psychology at the University of Nebraska-Lincoln.  Before that, I was an Assistant and Associate Professor of Psychology at the University of New Hampshire.

5. I received my B.S. in Psychology in 2005 from the University of Georgia.  I completed my Ph.D. in Clinical Psychology at Ohio University in 2011, and I received a graduate certificate in Women and Gender Studies from Ohio University that same year.

6. To date, I have published more than 220 peer-reviewed journal articles, which were made possible, in part, through obtaining more than $23 million in research funding over the course of my career.

7. I have applied for and received 10 grants from the NIH over the course of my career.  The application process for each grant was a lengthy and involved one, but that process—at least until recently—helped ensure that the most rigorous and impactful research is conducted.  In my experience, preparing an application requires months, if not years, of work—from pilot studies, literature review or other background research, to input from community partners and fellow researchers, to honing methodological design—and often new studies will build off of the work and findings from previous studies.

8. Since March 2025, NIH has terminated at least six grants that fund research projects for which I am the principal investigator or co-investigator.  For each of these grants, NIH stated in a termination notice that the project "no longer effectuates agency priorities."  The total amount awarded originally across those six grants is approximately $11.9 million.

9. One of those terminated grants is a project-based R01 grant that was awarded on July 22, 2022.  A true and correct copy of the notice of award (NOA) for that grant is attached hereto as Exhibit A.  That grant—titled *An Innovative, Prospective Model to Understand Risk and Protective Factors for Sexual Assault Experiences and Outcomes among Sexual and Gender Minority Men* (Project Number 5R01MD016384)—originally had a total award value of over $3.8 million.  *See id.*

10. Sexual assault happens more often to sexual minority men than to heterosexual men, but the scientific community has a limited understanding of why that disparity exists—and of how to

2

prevent sexual assault and support those who have experienced it among this community. The goal of this project was to use a rigorous methodology to focus on factors that predict sexual assault experiences among sexual minority men and trans-masculine people, as well as their recovery in the aftermath of those experiences. And more specifically, our goal was to use findings from this study to better understand how to reduce the risk of sexual violence experiences among sexual minority men and its negative outcomes, with the longer-term goal of developing programs and policies to address this public health crisis. Filling this gap in the literature and in public health is important because, among other reasons, an estimated 9.3% of the population identifies as LGBTQ+ (and more when looking at young people specifically), and because sexual violence is quite costly on society, with the Centers for Disease Control and Prevention (CDC) estimating that the lifetime cost of rape as $122,461 per survivor (a figure that includes medical care, lost productivity from work, and criminal justice costs). A true and correct copy of a screen capture of the CDC's website providing that estimated cost, last accessed April 24, 2025, is attached hereto as Exhibit B.

11. This project took the form of a survey administered over a two-year span. Each participant was supposed to take a baseline survey followed by a survey every six months (*i.e.*, a survey at six, 12, 18, and 24 months after the baseline survey). The survey at each time point asked largely the same questions, which sought information from the participants about experience with, among other things, sexual assault, alcohol consumption, discrimination, and mental health. While the baseline survey asked for information about a participant's entire past, each follow-up survey asked the participant for information that pertained to the six months since their prior survey. Each survey featured hundreds of questions and took participants on average 45 minutes to an hour to complete. Our hope was that analysis of the data collected across this two-year span and from 3,107 participants would ultimately provide guidance on interventions to prevent and respond to sexual violence among sexual minority men (many of whom were also racial/ethnic minorities) ultimately reducing health disparities and reducing high costs of sexual violence in the U.S.

12. I aligned this project with NIMHD's goals to advance the scientific understanding of health disparities and improve minority health.

13. A lot of time and effort went into the application for this project. My colleagues and I spent months immersing ourselves in the scientific literature, reading previously published

3

empirical and theoretical literature and drafting literature reviews on the subject matter—and ultimately coming to appreciate how little research existed at the time that was focused on how sexual violence specifically affects sexually minority men (especially for those identified as people of color). After reading and summarizing existing literature directly and indirectly related to sexual assault experiences among sexual minority men, we turned towards proposing a new theoretical model to understand why sexual violence happens among this population—a process that also took several months. The goal of that model was to make sense of the limited data already available, and to hypothesize what factors could affect the rate at which sexual minority men experience sexual assault as well as factors impacting their recovery. We developed ways to test this model and, after receiving feedback from colleagues, we drafted and submitted an application for funding to the NIMHD.

14. The application was referred to a study section group within NIH that consisted of a number of peer reviewers, including three peer reviewers specifically assigned to this application. That group provided feedback, but the NIMHD did not approve any award of funding, and we spent several months after that working on revising the application materials in light of and responding to that feedback. Those revisions included providing more information to support the proposed theoretical model, refining our methodology for collecting and analyzing data, and addressing a human subjects safety concern regarding data de-identification. We then resubmitted our application, which was again referred to a study section group of expert reviewers, three of whom were assigned to provide an in-depth and critical review of our grant. Following peer review that resulted in a fundable score, the NIMHD requested that we respond to a few remaining/minor matters, and we submitted a brief memo to address those remaining matters. Afterwards, our project was recommended for funding, and the notice of award was issued.

15. Since approving funding for this project, NIH has renewed this grant three times. NIH officials never raised any concerns with this grant during those renewal reviews.

16. There has been much progress in this study since NIH approved it. We have completed enrollment for the study, recruiting over 3,100 participants. Although the start date varies across participants, most participants are somewhere between their 18-month and 24-month

APHA App. 106

follow-up survey, with about 14% of individuals who have completed the entire span of the study. Data collection was set to wrap up in about a year.

17. Staff who work on this project were funded, at least in part, by this grant.  For example, this grant pays a portion of my salary.  A project coordinator for this project is fully funded by this project, and a project manager, a postdoctoral student, and part-time research assistants are partially funded by this project as well.

18. On March 11, 2025, an NIH official wrote me an email stating that "we're still working on it, ironing out things on our end," referring to a renewal and transfer of this grant.

19. But on March 12, 2025, NIH issued a notice terminating this grant.  A true and correct copy of this termination notice is attached hereto as Exhibit C.  Prior to this notice, there was never any indication that this grant was in jeopardy.

20. The termination notice does not include any individualized explanation for why the grant was cancelled and fails to discuss any of the data or analysis from our application, annual progress reports, or other related material.  Instead, the termination notice includes the following language about its decision:

> This award no longer effectuates agency priorities.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.  NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria.

Ex. C at 1.

21. On March 20, 2025, NIH issued a revised NOA reflecting the termination of the grant and echoing the language of the termination notice.  A true and correct copy of the revised NOA is attached hereto as Exhibit D.

22. I do not understand what the notice or revised NOA means by the phrase "based on gender identity," and I do not understand why NIH believes this project is "based on gender identity." I also am uncertain why NIH believes this project does not effectuate agency priorities.  I also do not know what the notice means by the term "biological realities."

APHA App. 107

23. This termination will severely hinder and may well completely preclude our ability to draw conclusions and develop recommendations from this study.  As noted, most of the participants have yet to complete the entire course of the study.  Although we are still conducting surveys for a limited time thanks to alternative funding sources, those sources are limited, and they will not last long enough to allow us to collect a full set of surveys for most—let alone all—of the 3,107 participants in this study.  If, as forecasted, most participants do not have the opportunity to complete the final survey (or surveys for some participants), this will reduce the amount of data we can analyze including consistency of administrations across participants (a methodological flaw) in addition to limiting the statistical power of the analyses we are able to run. Collectively, these methodological and statistical issues will prohibit our ability to draw conclusions from the data we have collected and restrict the possible recommendations that can be developed to benefit sexual minority men (including racial/ethnic sexual minority men) across the U.S.  That reduced ability to draw statistical inferences means that this area of research—and the populations served by this area of research—will not be able to benefit nearly as much as they would have, had funding for this project not been terminated.  And this all assumes we even have someone to analyze the data we have collected:  without sufficient additional funding, which at this time I do not anticipate securing, we will not have money to pay for an individual with the pertinent statistical background and expertise to analyze data. The funds for the statistician and her team to conduct rigorous study analyses were all terminated. That task alone requires months of data cleaning and weeks of running and refining complex statistical models.

24. Another grant that supports my research that the NIH terminated is a three-year project-based R34 grant originally awarded on October 12, 2023 by the National Institute on Alcohol Abuse and Alcoholism (NIAAA).  A true and correct copy of the NOA for that grant is attached hereto as Exhibit E.  The total amount originally approved for this grant—titled *An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual Violence among Sexual and Gender Minority Youth* (Project Number R34AA030662)—was $653,281. *See* Ex. E.

25. Based on work and findings by a prior NIH-funded project, my colleagues and I found that online intervention for LGBTQ+ youth reduced teen dating violence and alcohol use.  From there, we thought it would be beneficial to better understand and develop programming that

would help not only LGBTQ+ youth but also their caregivers, as research shows that having a supportive caregiver also benefits LGBTQ+ youth tremendously. More broadly, the project also aims to facilitate family bonding and communications in addition to caregiver support and affirmation.

26. This project took the form of an online program with two groups: an experimental group and a control group. Participants in the experimental group would participate in a weekly online group intervention session for seven weeks, with separate programming for the participants who were sexual and gender minority youth (aged 15 to 18) and for their respective caregivers. Programming for caregivers focuses on increasing parental knowledge, acceptance, and support for their sexual and gender minority youth, as well as providing caregivers with evidence-based strategies focused on reducing risky behaviors among teens. Programming for sexual and gender minority youth focuses on reducing internalized stigma; enhancing social-emotional skills; increasing accurate perceptions of alcohol and dating violence norms; and increasing alcohol refusal skills. During the seven-week period that participants in the experimental group would take part in these sessions, individuals in the control group would receive periodic check ins but no similar programming. Before and after the seven-week period, we would conduct a survey for both the youth and their caregivers across both the experimental and control groups, to measure outcomes like frequency of dating violence and alcohol use and perceptions of trust or affirmation in the caregiving relationship.

27. In line with our understanding of our ethical obligations to all participants, at the completion of the seven-week period, we then offered all participants in the control group the opportunity to participate in the same programming in which the experimental group participants took part. But because there would be no comparable control group for these individuals during this subsequent seven-week period, no data would (or could) be meaningfully used from this intervention during that period to inform our understanding of how it worked.

28. My Co-Principal Investigators and I aligned this project with the goals of NIAAA to prevent alcohol abuse and related risk behaviors (such as dating violence) among diverse populations of youth.

APHA App. 109

29. As with the R01 grant described above, my colleagues and I spent months reviewing literature to prepare this application.  Also, over the course of several months, we had to think very carefully about what a program for caregivers would look like, how to integrate that component, and how to go about this integration safely given the particular vulnerability of sexual and gender minority youth.  Once we submitted the application, the level of rigor in the review process for this grant was similar to that of the R01 grant described above:  our application was submitted to a study group, we did not initially receive funding and instead received feedback from the group, we worked for months refining the application, and after we re-submitted our grant application (along with a follow-up brief memo on any remaining issues flagged by the reviewers), NIH approved our grant.

30. NIH disbursed the total amount for this grant in its first disbursement.  Still, we were required to submit annual progress reports.  We have submitted one annual report, and the grant was renewed with no issues.

31. Staff who work on this project were funded, at least in part, by this grant.  For example, this grant pays a portion of my salary, the salary of another PI, and the salary of a co-investigator.  A project coordinator for this project is fully funded by this project, a graduate student, and part-time research assistants/program facilitators are partially funded by this project as well.

32. There had been a lot of progress on this study so far.  We had designed the intervention program, conducted a pilot with one cohort of families, and started up the randomized control trial portion of the study.  Our goal was to enroll around 80 families through the study, and we had already begun programming for the first cohort of participants—approximately 22 families (half in the experimental group, half in the control group).  The rest of the participants would have participated in future cohorts.

33. But on March 21, 2025, NIH issued a notice stating that this grant was terminated.  A true and correct copy of this termination notice is attached hereto as Exhibit F.  Prior to this notice, there was never prior indication during the renewal process that this grant was in jeopardy.

34. The termination notice does not include any individualized explanation for why the grant was cancelled, and fails to discuss any of the data or analysis from our application, the annual progress report, or other related material.  Instead, the notice includes the following language about its decision:

> This award no longer effectuates agency priorities. Research
> programs based on gender identity are often unscientific, have little
> identifiable return on investment, and do nothing to enhance the
> health of many Americans. Many such studies ignore, rather than
> seriously examine, biological realities. It is the policy of NIH not to
> prioritize these research programs.

Ex. F at 1.

35. On March 25, 2025, NIH issued a revised NOA reflecting the termination of the grant and
echoing the language of the termination notice. A true and correct copy of the revised NOA
is attached hereto as Exhibit G.

36. As with the termination notice for the R01 grant described above, I do not understand what
the notice or revised NOA means by the phrase "based on gender identity," and I do not
understand why NIH believes this project is "based on gender identity." I also do not
understand why NIH believes this project does not effectuate agency priorities. I also do not
know what the notice means by the term "biological realities."

37. This termination will hinder our ability to draw conclusions and develop recommendations
from this study. As discussed, at the time the grant was terminated, we were in the middle of
program interventions for the first cohort of participants. But because of this termination, we
lacked the funding to ensure that we could complete the entirety of this cohort consistent
with our ethical obligations to our participants—that is, the full seven weeks for *both* the
experimental group and the control group, followed by seven weeks of intervention for those
in the control group. As such, to abide by our ethical obligations, we were forced to
prematurely begin interventions for the control group midway through the initial seven-week
period. To draw meaningful conclusions from this study, the control group should have
received the intervention after their final surveys. But because the termination forced us to
prematurely begin the intervention for the control group, we can no longer use any of the
data from this cohort for our analyses—at least not as intended with a comparison group. We
also will not have statistical power to conduct analyses given that our sample size will fall
short of what was proposed/intended. And at this time, we do not anticipate being able to
secure sufficient additional funding to allow us to resume this study for future cohorts.

38. Since February 2025, NIH issued substantially similar termination notices or revised NOAs
for four other grants that support my work, with the assertion that each "award no longer

9

effectuates agency priorities." Those projects are: 5R21MD018509 (*Development and Pilot Evaluation of an Online Mentoring Program to Prevent Adversities Among Trans and Other Gender Minority Youth*); 5R01AA031213 (*The Impact of Minority Stress on Alcohol-Related Sexual Assault Among Sexual Minority College Students: An Intersectional, Mixed-Methodological Study*); 5R01MD017573 (*Sexual Assault Recovery Among Sexual Minority Women: A Longitudinal, Multi-Level Study*); and R15 AA030898 (*Reconstruction of an SGM-specific Sexual Violence Peer Support Program [SSS+]*).

39. Every study is unique, and so the preparation of grant application materials will necessarily be unique, but the scale of the time, effort, labor, outreach, and scientific rigor was generally similar across all those grant applications. And yet, each of these termination notices failed to offer any individualized explanation of why the grant was cancelled and failed to discuss any of the data or analysis from our application, any annual progress report, or other related material. And because of the vague terms used across these termination notices, I am uncertain why the projects no longer effectuate agency priorities, how I can revise these projects to align with agency priorities, and how I can align future grant applications with these priorities.

40. Because of these terminations, projects and studies will be negatively impacted. My co-investigators and I will have an impaired—and in some cases, foreclosed—ability to complete studies, analyze any data collected, draw meaningful conclusions from that data, and develop recommendations to address health disparities experienced by vulnerable subpopulations—including sexual and gender minority individuals, LGBTQ+ youth, and people of color.

41. These terminations have and will continue to negatively impact our staff. For example, several staff have already been terminated, and more terminations are soon to happen because of a lack of funding resulting from the termination of these grants. These terminated grants funded part of my salary as well as the salary of other investigators on these grants. And much of our staff—from project coordinators and managers to graduate students to postdoctoral fellows to research assistants—were funded in large part through these grants. Absent additional funding, most if not all of those individuals will have severely reduced hours or will be completely terminated, and some are already terminated. For example, a postdoctoral fellow on these projects will now have their fellowship terminated in June. And

10

although my co-investigators and I are scrambling to secure replacement funding, that endeavor is taking away time from our current research, and I do not anticipate being able to secure nearly enough to secure the amount of funding (millions of dollars) that we would have had with those terminated grants.

42. On a personal level, I have never been more stressed in my entire life than I am now because of the impacts of these terminations. That stress has taken an emotional and physical toll, as the harms that have already resulted and will result from these cuts—to our staff, to our study participants, to the populations served by this research—have weighed on me each day. I regularly spend 15 or more hours a day trying to address the fallout from these terminations, from working on plans to ethically wind down studies; supporting staff and students who are distraught over losing work they are deeply passionate about and who are likely losing their jobs; and submitting to date over 20 grants/letters requesting funding to donors and nonprofit organizations (with no funding having been obtained to date). But I don't see how else to fund these programs besides through the now-terminated NIH grants.

43. Prior to March 2025, NIH had never terminated a grant that supported my research.

44. Appeals for three of the grants that support my research have been submitted. I anticipate that appeals for at least one of the other terminated grants will be submitted.

45. I supported submitting an appeal for each of these grants in large part because I do not anticipate being able to find replacement funding for the projects that fund them. But I still have no idea why the grants that support my research were terminated, and I had no idea how to address any agency concerns or recharacterize or revise my project for the purposes of appeal.

46. I also do not know whether the appeal has any chance of success, given the following language across the termination notices I received: "The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

APHA App. 113

I declare under penalty of perjury that the foregoing is true and correct.


Executed this ____24th____ day of April, 2025.


_____

Katie Edwards

APHA App. 114

# EXHIBIT A



**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH
DISPARITIES

**Notice of Award**
FAIN# R01MD016384
**Federal Award Date**
07-22-2022

## Recipient Information

**1. Recipient Name**
BOARD OF REGENTS OF THE UNIVERSITY
OF NEBRASKA
2200 VINE ST BOX 830861

LINCOLN, 68503

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1470049123A8

**4. Employer Identification Number (EIN)**
470049123

**5. Data Universal Numbering System (DUNS)**
555456995

**6. Recipient's Unique Entity Identifier**
HTQ6K6NJFHA6

**7. Project Director or Principal Investigator**
Katie M Edwards, PHD
Associate Professor
katie.edwards@unl.edu
603-422-3207

**8. Authorized Official**
Craig Goodrich

## Federal Agency Information

**9. Awarding Agency Contact Information**
Sy Shackleford

NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
shacklefords@mail.nih.gov
301-402-1366

**10. Program Official Contact Information**
ARIELLE SAMANTHA Gillman
Program Officer
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
arielle.gillman@nih.gov
301-402-1366

## Federal Award Information

**11. Award Number**
1R01MD016384-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R01MD016384

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
An Innovative, Prospective Model to Understand Risk and Protective Factors for
Sexual Assault Experiences and Outcomes Among Sexual Minority Men

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 07-22-2022 — **End Date** 03-31-2023 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $801,820 |
| 20 a.  Direct Cost Amount | $526,925 |
| 20 b.  Indirect Cost Amount | $274,895 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $801,820 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $801,820 |
| ---------------------------------------------------------------------- | |
| **26. Project Period Start Date** 07-22-2022 — **End Date** 03-31-2027 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $801,820 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Priscilla  Grant

APHA App. 116

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

APHA App. 117

Notice of Award



*RESEARCH*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

**SECTION I – AWARD DATA – 1R01MD016384-01A1**

**Principal Investigator(s):**
Katie M Edwards, PHD

**Award e-mailed to:** unlosp@unl.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $801,820 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF NEBRASKA LINCOLN in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD016384. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

APHA App. 118

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $119,981 |
| **Fringe Benefits** | $44,571 |
| **Personnel Costs (Subtotal)** | $164,552 |
| **Consultant Services** | $7,500 |
| **Materials & Supplies** | $3,500 |
| **Travel** | $1,585 |
| **Other** | $268,170 |
| **Subawards/Consortium/Contractual Costs** | $81,618 |

| | |
|---|---|
| **Federal Direct Costs** | $526,925 |
| **Federal F&A Costs** | $274,895 |
| **Approved Budget** | $801,820 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $801,820 |
| **TOTAL FEDERAL AWARD AMOUNT** | $801,820 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $801,820 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $801,820 | $801,820 |
| 2 | $771,707 | $771,707 |
| 3 | $767,135 | $767,135 |
| 4 | $757,033 | $757,033 |
| 5 | $753,439 | $753,439 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1470049123A8 |
| **Document Number:** | RMD016384A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2022 |

| IC | CAN | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|
| MD | 8472687 | $801,820 | $771,707 | $767,135 | $757,033 | $753,439 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: IBB03 / **OC**: 41021 / **Released**: Grant, Priscilla 07-15-2022
**Award Processed:** 07/22/2022 12:21:32 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01MD016384-01A1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01MD016384-01A1**

APHA App. 119

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD016384. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in

APHA App. 120

the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 1R01MD016384-01A1**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REQUIREMENT**: This award is subject to the conditions set forth in PA-20-185, Research Project Grant (Parent R01 Clinical Trial Not Allowed), NIH Guide to Grants and Contracts, 05/05/2020, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**INFORMATION** The Initial Review Group has made the following budget recommendations: The committee noted the proposed resources to support the recruitment of the planned sample size was inadequate.

**INFORMATION**: In order to redistribute awards more evenly throughout the year, budget periods are being adjusted. This award is issued with an 8.3-month budget period and with 12 months of support. Continuation awards will cycle each year on April 1st.

**INFORMATION**: Although the budget period start date for this award is July 22nd, this award includes funds for 12 months of support. Future year budget periods will cycle on April 1st. Allowable pre-award costs may be charged to this award, in accordance with the conditions outlined in the NIH Grants Policy Statement, and with institutional requirements for prior approval. The NIH GPS can be found on the internet at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

**INFORMATION**: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

Version: 11 - 7/14/2022 8:27 PM | Generated on: 7/22/2022 12:21 AM

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01MD016384-01A1

**INSTITUTION:** UNIVERSITY OF NEBRASKA LINCOLN

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $119,981 | $117,517 | $115,053 | $115,053 | $90,053 |
| Fringe Benefits | $44,571 | $43,339 | $42,107 | $42,107 | $32,107 |
| Personnel Costs (Subtotal) | $164,552 | $160,856 | $157,160 | $157,160 | $122,160 |
| Consultant Services | $7,500 | $3,125 | $3,125 | $3,125 | $7,500 |
| Materials & Supplies | $3,500 | $1,000 | $1,000 | $1,000 | $1,000 |
| Travel | $1,585 | $1,585 | $1,585 | $1,585 | $1,585 |
| Other | $268,170 | $280,580 | $281,336 | $259,964 | $288,278 |
| Subawards/Consortium/Contractual Costs | $81,618 | $76,395 | $76,395 | $99,526 | $99,526 |
| TOTAL FEDERAL DC | $526,925 | $523,541 | $520,601 | $522,360 | $520,049 |
| TOTAL FEDERAL F&A | $274,895 | $248,166 | $246,534 | $234,673 | $233,390 |
| TOTAL COST | $801,820 | $771,707 | $767,135 | $757,033 | $753,439 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 55.5% | 55.5% | 55.5% | 55.5% | 55.5% |
| F&A Cost Base 1 | $495,307 | $447,146 | $444,206 | $422,834 | $420,523 |
| F&A Costs 1 | $274,895 | $248,166 | $246,534 | $234,673 | $233,390 |

APHA App. 122

# EXHIBIT B

4/24/25, 1:13 AM

 **CDC** Sexual Violence Prevention



JANUARY 23, 2024

# About Sexual Violence

---

**KEY POINTS**

- Sexual violence is a significant problem in the United States.

- Sexual violence has a profound impact on lifelong health, opportunity, and well-being.

---

## What is sexual violence?

Sexual violence is sexual activity when consent is not obtained or freely given. It impacts every community and affects both sexes and people of all sexual orientations and ages. Anyone can experience or perpetrate sexual violence.

The perpetrator of sexual violence is usually someone the survivor knows. This can include a friend, current or former intimate partner, coworker, neighbor, or family member. Sexual violence can occur in person, online, or through technology. This includes posting or sharing sexual pictures of someone without their consent, or non-consensual sexting.

**Did you know?** 

Child sexual abuse is a form of sexual violence. Read more information about child sexual abuse.


What is sexual violence?

What is sexual violence?

## Quick facts and stats

Researchers know the numbers underestimate this problem because many cases are unreported. Survivors may be ashamed, embarrassed, or afraid to tell the police, friends, or family about the violence. Victims may also keep quiet because they have been threatened or do not think anyone will help them.

Sexual violence is common:

- Over half of women and almost one in three men have experienced sexual violence involving physical contact during their lifetimes. [1]

- One in four women and about one in 26 men have experienced completed or attempted rape. [1]

- About one in nine men were made to penetrate someone during his lifetime. [1]

- One in three women and about one in nine men experienced sexual harassment in a public place. [1]

Sexual violence starts early:

- More than four in five female rape survivors reported that they were first raped before age 25 and almost half were first raped as a minor (i.e., before age 18). [1]

- Nearly eight in 10 male rape survivors reported they were made to penetrate someone before age 25 and about four in 10 were first made to penetrate as a minor. [1]

APHA App. 124

Some groups are affected more than others. Women and racial and ethnic minority groups experience a higher burden of sexual violence. [1] [2] [3] [4] [5] For example, more than two in five non-Hispanic American Indian or Alaska Native and non-Hispanic multiracial women were raped in their lifetime. [1]

Sexual violence is also costly. Recent estimates put the lifetime cost of rape at $122,461 per survivor, including medical care, lost productivity from work, and criminal justice costs. [6]

## Outcomes

Some consequences are physical, like bruising and genital injuries, sexually transmitted infections, and pregnancy (for women). Some consequences are psychological, such as depression, anxiety, and suicidal thoughts. [7]

The consequences may be chronic. Survivors may suffer from post-traumatic stress disorder and experience recurring reproductive, gastrointestinal, cardiovascular, and sexual health problems. [7]

Sexual violence is also linked to negative health behaviors. Sexual violence survivors are more likely to smoke, abuse alcohol, use drugs, and engage in risky sexual activity. [8]

The trauma from sexual violence may impact a survivor's employment. This refers to time off from work, diminished performance, job loss, or inability to work. These issues disrupt earning power and have a long-term effect on the economic well-being of survivors and their families. Coping and completing everyday tasks after victimization can be challenging. Survivors may have difficulty maintaining personal relationships, returning to work or school, and regaining a sense of normalcy. [7]

Sexual violence is also connected to other forms of violence. For example, girls who have been sexually abused are more likely to experience additional sexual violence. They are also more likely to become victims of intimate partner violence in adulthood. Bullying perpetration in early middle school is linked to sexual harassment perpetration in high school. [9]

## Prevention

Sexual violence can be prevented. Certain factors my increase or decrease the risk of perpetrating or experiencing sexual violence.

Preventing sexual violence requires understanding and addressing the factors that put people at risk for or protect them from violence. We must also understand how historical trauma and structural inequalities impact health. [1]

Changing social norms, teaching skills, empowering girls and women, and creating protective environments can help prevent and reduce sexual violence. We all have a role to play in prevention.



**Need help? Know someone who does?**

Rape, Abuse and Incest National Network's (RAINN) National Sexual Assault Hotline ↗

Call **800.656.HOPE (4673)** to be connected with a trained staff member from a sexual assault service provider in your area.

SOURCES

CONTENT SOURCE:
National Center for Injury Prevention and Control

REFERENCES

1. Basile KC, Smith SG, Kresnow M, Khatiwada S, & Leemis RW. (2022). The National Intimate Partner and Sexual Violence Survey: 2016/2017 Report on Sexual Violence. Atlanta, GA: National Center for Injury Prevention and Control, Centers for Disease Control and Prevention.

2. Basile KC, Breiding MJ, Smith SG. (2016). Disability and risk of recent sexual violence in the United States. American journal of public health, 106(5):928-33

3. Thurston, A. M., Stöckl, H., & Ranganathan, M. (2021). Natural hazards, disasters and violence against women and girls: A global mixed-methods systematic review. BMJ Global Health, 6(4), e004377. https://www.doi.org/10.1136/bmjgh-2020-004377 ↗

4. National Sexual Violence Resource Center. (2021) Sexual Violence in Disasters. https://www.nsvrc.org/sites/default/files/2021-11/sexual_violence_in_disasters_final508_0.pdf [PDF] ↗

5. Deering, K. N., Amin, A., Shoveller, J., Nesbitt, A., Garcia-Moreno, C., Duff, P., ... & Shannon, K. (2014). A systematic review of the correlates of violence against sex workers. American journal of public health, 104(5), e42-e54.

6. Peterson C, DeGue S, Florence C, Lokey C. (2017). Lifetime Economic Burden of Rape in the United States. American Journal of Preventive Medicine 52(6): 691-701.

APHA App. 125

7. Basile KC and Smith SG. (2011). Sexual Violence Victimization of Women: Prevalence, Characteristics, and the Role of Public Health and Prevention. American Journal of Lifestyle Medicine (5): 407-417.

8. Basile KC, Clayton HB, Rostad WL, & Leemis RW. (2020). Sexual violence victimization of youth and health risk behaviors. American Journal of Preventive Medicine, 58(4), 570-579.

9. Espelage DL, Basile KC, Hamburger ME. (2012). Bullying perpetration and subsequent sexual violence perpetration among middle school students. Journal of Adolescent Health 50(1): 60-65.

# EXHIBIT C



March 12, 2025

Craig Goodrich
University of Nebraska Lincoln
Email: cgoodrich3@unl.edu

Dear Craig Goodrich:

Funding for Project Number is 5 R01 MD016384-03 hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August 22, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5] At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of Project Number 5 R01 MD 016384-03 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf Priscilla Grant Chief Grants Management Officer, NIMHD
Director, Office of Policy for Extramural Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

Case 1:25-cv-10787-BEM    Document 38-20    Filed 04/25/25    Page 29 of 60

# EXHIBIT D



Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH
DISPARITIES

**Notice of Award**
FAIN# R01MD016384
**Federal Award Date**
03/20/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
BOARD OF REGENTS OF THE UNIVERSITY
OF NEBRASKA
2200 VINE ST # 830861
LINCOLN, NE 68503

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1470049123A8

**4. Employer Identification Number (EIN)**
470049123

**5. Data Universal Numbering System (DUNS)**
555456995

**6. Recipient's Unique Entity Identifier**
HTQ6K6NJFHA6

**7. Project Director or Principal Investigator**
Katie M Edwards, PHD
Associate Professor
katie.edwards@unl.edu
6034223207

**8. Authorized Official**
Craig Goodrich

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Sy Shackleford

NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
shacklefords@mail.nih.gov
301-402-1366

**10. Program Official Contact Information**
ARIELLE SAMANTHA Gillman
Program Officer
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
arielle.gillman@nih.gov
301-402-1366

**Federal Award Information**

**11. Award Number**
5R01MD016384-03

**12. Unique Federal Award Identification Number (FAIN)**
R01MD016384

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
An Innovative, Prospective Model to Understand Risk and Protective Factors for Sexual Assault Experiences and Outcomes Among Sexual Minority Men

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 12/31/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $767,135 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $767,135 |
| ---------- | |
| **26. Project Period Start Date** 07/22/2022 – **End Date** 12/31/2024 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,340,662 |
| **28. Authorized Treatment of Program Income** | |
| Additional Costs | |
| **29. Grants Management Officer - Signature** | |
| Priscilla  Grant | |

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

APHA App. 132



RESEARCH
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

**SECTION I – AWARD DATA – 5R01MD016384-03 REVISED**

**Principal Investigator(s):**
Katie M Edwards, PHD

**Award e-mailed to:** unlospawards@unl.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF NEBRASKA LINCOLN in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD016384. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

APHA App. 133

| | |
|---|---|
| Salaries and Wages | $115,053 |
| Fringe Benefits | $42,107 |
| **Personnel Costs (Subtotal)** | $157,160 |
| Consultant Services | $3,125 |
| Materials & Supplies | $1,000 |
| Travel | $1,585 |
| Other | $281,336 |
| Subawards/Consortium/Contractual Costs | $76,395 |
| | |
| **Federal Direct Costs** | $520,601 |
| **Federal F&A Costs** | $246,534 |
| **Approved Budget** | $767,135 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $767,135 |
| **TOTAL FEDERAL AWARD AMOUNT** | $767,135 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $767,135 | $767,135 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1470049123A8 |
| **Document Number:** | RMD016384A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| MD | 8472687 | $767,135 |

**NIH Administrative Data:**
**PCC**: IBB03AG / **OC**: 41025 / **Released**: 03/20/2025
**Award Processed:** 03/21/2025 12:06:15 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01MD016384-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01MD016384-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

APHA App. 134

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD016384. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

APHA App. 135

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 5R01MD016384-03 REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**INFORMATION**: It is the policy of NIH not to prioritize research activities that focus on gender identity. This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria. Therefore, this project is terminated. The University of Nebraska Lincoln may request funds to support patient safety and orderly closeout of the project. Funds used to

APHA App. 136

support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD ISSUED ON 03/13/2025 ALSO APPLY TO THIS AWARD:

**INFORMATION**: In accordance with the relinquishing statement dated December 11th, 2024, this revised award terminates support for this project on December 31st, 2024.

It is the policy of NIH not to prioritize research activities that focus on gender identity.  This project no longer effectuates agency priorities. Therefore, this project is terminated. The University of Nebraska Lincoln may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

 NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD ISSUED ON 06/21/2024 ALSO APPLY TO THIS AWARD:

**REQUIREMENT**: This award is subject to the conditions set forth in PA-20-185, Research Project Grant (Parent R01 Clinical Trial Not Allowed), NIH Guide to Grants and Contracts, 05/05/2020, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: https://grants.nih.gov/grants/guide/pa-files/PA-20-185.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**INFORMATION**: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01MD016384-03 REVISED

**INSTITUTION:** UNIVERSITY OF NEBRASKA LINCOLN

APHA App. 137

| Budget | Year 3 |
|---|---|
| Salaries and Wages | $115,053 |
| Fringe Benefits | $42,107 |
| Personnel Costs (Subtotal) | $157,160 |
| Consultant Services | $3,125 |
| Materials & Supplies | $1,000 |
| Travel | $1,585 |
| Other | $281,336 |
| Subawards/Consortium/Contractual Costs | $76,395 |
| TOTAL FEDERAL DC | $520,601 |
| TOTAL FEDERAL F&A | $246,534 |
| TOTAL COST | $767,135 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 55.5% |
| F&A Cost Base 1 | $444,206 |
| F&A Costs 1 | $246,534 |

APHA App. 138

# EXHIBIT E

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# R34AA030662
**Federal Award Date**
10/12/2023

## Recipient Information

**1. Recipient Name**
THE REGENTS OF THE UNIVERSITY OF COLORADO
1420 AUSTIN BLUFFS PKWY
COLORADO SPRINGS, CO 80918

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1846000555E7

**4. Employer Identification Number (EIN)**
846000555

**5. Data Universal Numbering System (DUNS)**
186192829

**6. Recipient's Unique Entity Identifier**
RH87YDXC1AY5

**7. Project Director or Principal Investigator**
Heather  Littleton, PHD (Contact)

hlittlet@uccs.edu
252-916-2976

**8. Authorized Official**
Gwendolyn A. Logan Gennaro

## Federal Agency Information

**9. Awarding Agency Contact Information**
Donna Stringfield
Extramural Support Assistant
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
donna.stringfield@nih.gov
301-443-3851

**10. Program Official Contact Information**
TATIANA NIKOLAYEVNA Balachova

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
tatiana.balachova@nih.gov
301-443-5726

## Federal Award Information

**11. Award Number**
1R34AA030662-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R34AA030662

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual Violence among Sexual and Gender Minority Youth

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 — **End Date** 08/31/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $653,281 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $653,281 |
| ------------------------------------------------------- | |
| **26. Project Period Start Date** 09/01/2023 — **End Date** 08/31/2026 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $653,281 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Lauren  Early

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:13 - 8/3/2022 12:59 PM | Generated on: 10/12/2023 12:03 AM

APHA App. 140

Notice of Award



*CLINICAL TRIAL PLANNING GRANT*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

---

**SECTION I – AWARD DATA – 1R34AA030662-01A1 REVISED**

**Principal Investigator(s):**
Katie M Edwards, PHD
Heather Littleton (contact), PHD

**Award e-mailed to:** osp@uccs.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to University of Colorado Colorado Springs in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R34AA030662. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Lauren Early
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

---

Additional information follows

APHA App. 141

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| **Personnel Costs (Subtotal)** | $243,981 |
| **Consultant Services** | $12,181 |
| **Travel** | $3,852 |
| **Other** | $77,005 |
| **Subawards/Consortium/Contractual Costs** | $149,733 |

| | |
|---|---:|
| **Federal Direct Costs** | $486,752 |
| **Federal F&A Costs** | $166,529 |
| **Approved Budget** | $653,281 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $653,281 |
| **TOTAL FEDERAL AWARD AMOUNT** | $653,281 |

| | |
|---|---:|
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $653,281 | $653,281 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1846000555E7 |
| Document Number: | RAA030662A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| AA | 8484370 | $653,281 |

**NIH Administrative Data:**
**PCC**: AP TD / **OC**: 41021 / **Released**: Early, Lauren 10/11/2023
**Award Processed**: 10/12/2023 12:03:16 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R34AA030662-01A1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R34AA030662-01A1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project
and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as
       those included in appropriations acts.
    c.   45 CFR Part 75.

    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

**MULTI-YEAR FUNDED AWARD:**  This is a multi-year funded award.  A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at:  http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34AA030662. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the eRA Commons (Commons) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the Payment Management System's (PMS) quarterly cash transaction data. A

APHA App. 143

final quarterly federal cash transaction report is not required for awards in PMS B subaccounts (i.e., awards to foreign entities and to Federal agencies). NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures or quarterly federal cash transaction reporting.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level. If the grantee submits a final expenditure FFR but does not reconcile any discrepancies between expenditures reported on the final expenditure FFR and the last cash report to PMS, NIH will close the award at the lower amount.  This could be considered a debt or result in disallowed costs.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH strongly encourages electronic submission of the final invention statement through the Closeout feature in the Commons, but will accept an email or hard copy submission as indicated below.

Email: The final invention statement may be e-mailed as PDF attachments to: NIHCloseoutCenter@mail.nih.gov.

Hard copy: Paper submissions of the final invention statement may be faxed to the NIH Division of Central Grants Processing, Grants Closeout Center, at 301-480-2304, or mailed to:

National Institutes of Health
Office of Extramural Research
Division of Central Grants Processing
Grants Closeout Center
6705 Rockledge Drive
Suite 5016, MSC 7986
Bethesda, MD 20892-7986 (for regular or U.S. Postal Service Express mail)
Bethesda, MD 20817 (for other courier/express deliveries only)

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and should be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-

APHA App. 144

obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AA SPECIFIC AWARD CONDITIONS – 1R34AA030662-01A1  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION:**

Revised to 1) correct budget and project period end dates to 08/31/2026 and 2) add the following Multi-year funded term:

**CHANGE TO A MULTI-YEAR FUNDED AWARD:** Although the application upon which this grant is awarded was submitted as a three-year grant request, in order to meet NIAAA program priorities and objectives in Fiscal Year 2023, this grant has been converted to a **multi-year funded award**, with all years of funding provided in the current fiscal year. Special monitoring requirements specific to multi-year funded awards, including the progress report due on or before the anniversary of the budget/project period start date of the award, are detailed in Section III in this Notice of Award.

APHA App. 145

**********************************************************************************

Based on a review of your application and the need to effect NIAAA budgetary and programmatic goals, your requested direct cost funding has been adjusted.

**SALARY LIMITATION:** None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**PRIOR APPROVALS:** In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

**CONSORTIA:** This award includes funds awarded for consortium activity with **University of Nebraska-Lincoln.** Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**HUMAN SUBJECTS--VULNERABLE POPULATIONS:** The research supported by this award involves a population of human subjects identified as **"vulnerable".** Investigators who conduct research involving vulnerable populations, including pregnant women, human fetuses and neonates, prisoners, or children must follow the provisions of the regulations in Subparts B, C, and D of 45 CFR Part 46, respectively, which describe the additional protections required for these populations (https://grants.nih.gov/policy/humansubjects/policies-and-regulations/vulnerable-populations.htm).

**INFORMATION:** In accordance with the NIH Policy on the Use of a Single Institutional Review Board of Record for Multi-Site Research, it is expected that all sites participating in multi-site studies involving non-exempt human subjects research funded by the National Institutes of Health (NIH) will use a Single Institutional Review Board (sIRB) to conduct the ethical review required by the Department of Health and Human Services regulations for the Protection of Human Subjects. This policy applies to the domestic sites of NIH-funded multi-site studies where each site will conduct the same protocol involving non-exempt human subjects research. This grant is expected to develop and participate in a collaborative, central, or shared IRB that will streamline IRB approval while maintaining appropriate human subjects protections. This award reflects the National Institute on Alcohol Abuse and Alcoholism's (NIAAA's) acceptance of the sIRB plan submitted in the competing application. (See NIH Guide to Grants and Contracts NOT-OD-16-094, https://grants.nih.gov/grants/guide/notice-files/NOT-OD-16-094.html.)

Participating sites are expected to rely on the sIRB to satisfy the regulatory requirements relevant to the ethical review. Although IRB ethical review at a participating site would be counter to the intent and goal of this policy, the policy does not prohibit any participating site from duplicating the sIRB. However, NIH funds may not be used to pay for the cost of the duplicate review.

**INFORMATION:** As a reminder, it is the responsibility of the grant recipient to ensure that authorization agreements (also called reliance agreements) are in place and copies of authorization agreements and other necessary documentation are maintained by the awardee in order to document compliance with this policy, as needed.

**DATA AND SAFETY MONITORING:** This grant has been identified as requiring a Data and Safety Monitoring Plan (DSMP) in accordance with the NIAAA Data and Safety Monitoring Guidelines at http://www.niaaa.nih.gov/research/guidelines-and-resources/data-and-safety-monitoring-guidelines. The NIAAA Program Official named below has approved the DSMP as submitted by the grant recipient. Any changes in the DSMP must be reviewed and approved by the NIAAA Program Official.

Version: 13 - 8/3/2022 12:59 PM | Generated on: 10/12/2023 12:03 AM

APHA App. 146

**DISSEMINATION PLAN:**☐ The clinical trial(s) supported by this award is subject to the plan☐submitted to NIH **11/14/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information (see NOT-OD-16-149). The☐policy states that the clinical trial(s) funded by☐a NIH☐award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.☐
☐☐
This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).☐ The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:☐
☐☐
In submitting this RPPR, the AOR (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance

**A bi-annual report** including the elements listed below should be submitted electronically to the NIAAA Program Official (PO) and the NIAAA Grants Management Specialist listed below every 6 months from the date of grant award. If the reporting due date falls within 60 days of the annual RPPR, please use the RPPR to submit the below reporting elements already included in the RPPR and submit all other elements (*) via email from the Institutional AOR to the NIAAA Grants Management Specialist and Program Officer named below.

The following elements should be included in all annual and interim reports:
• Updated "actual" and "target" inclusion table
• Cumulative listing (no PHI)*

- adverse events

- serious adverse events
- protocol deviations since last reporting period

• DSMB meeting updates/minutes (if applicable)*
• Target milestone updates (if applicable)*
• Issues that could impact the study/completion of the grant*
• Proposed resolution of issues*
• Proposed work during next reporting period

The following target milestones have been established and approved by the PO. Any revisions to approved milestones require PO concurrence and approval. Recruitment is anticipated to begin 01/2025 and complete in nine months..

Enrollment Milestones (n=100):
25% (25) = 03/2025
50% (50) = 05/2025
75% (75) = 07/2025
100% (100) =  10/2025
Data lock: 05/2026

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING PLAN:** This award is subject to the data sharing guidance outlined in NOT-AA-22-011 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-22-011.html). The Recipient agrees to adhere to the NIAAADA Data Sharing Plan (DSP) as approved by the NIAAA Program Official assigned to this award. Dissemination of study

APHA App. 147

data will be in accord with the Recipient's approved DSP. Please note that a statement of progress on the DSP must be included in the Research Performance Progress Report (RPPR) under section C.5 "Other Products and Resource Sharing" at https://grants.nih.gov/grants/rppr/index.htm.

☐

Failure to adhere to the DSP as mutually agreed upon by the Recipient and the NIAAA may result in Enforcement Actions as described in the NIH Grants Policy Statement at https://grants.nih.gov/policy/nihgps/index.htm.

Complete NIAAADA Data Sharing Terms and Conditions can be found at☐https://nda.nih.gov/niaaa/data-sharing-expectations.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R34AA030662-01A1 REVISED

**INSTITUTION:** University of Colorado Colorado Springs

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| Personnel Costs (Subtotal) | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| TOTAL FEDERAL DC | $486,752 |
| TOTAL FEDERAL F&A | $166,529 |
| TOTAL COST | $653,281 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 46% |
| F&A Cost Base 1 | $362,019 |
| F&A Costs 1 | $166,529 |

APHA App. 148

# EXHIBIT F

You don't often get email from michelle.bulls@nih.gov. Learn why this is important

 

3/21/2025

Michael Sanderson

University Of Colorado

msander3@uccs.edu

Dear Michael Sanderson:

Effective with the date of this letter, funding for Project Number 1R34AA030662-01A1 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 9/1/2023, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may ... terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the

---

[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id*. § 50.406(a)

required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S
Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

---

[12] 12 *Id.* § 50.406(b)

# EXHIBIT G

APHA App. 153



Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# R34AA030662
**Federal Award Date**
03/25/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
THE REGENTS OF THE UNIVERSITY OF COLORADO
1420 AUSTIN BLUFFS PKWY
COLORADO SPRINGS, CO 80918

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1846000555E7

**4. Employer Identification Number (EIN)**
846000555

**5. Data Universal Numbering System (DUNS)**
186192829

**6. Recipient's Unique Entity Identifier**
RH87YDXC1AY5

**7. Project Director or Principal Investigator**
Heather  Littleton, PHD (Contact)

hlittlet@uccs.edu
252-916-2976

**8. Authorized Official**
Michael Sanderson
msander3@uccs.edu
719-255-3034

**Federal Agency Information**
**9. Awarding Agency Contact Information**
Donna Stringfield

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
donna.stringfield@nih.gov
(301) 443-3851

**10. Program Official Contact Information**
Tatiana Nikolayevna Balachova

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
tatiana.balachova@nih.gov
301-443-5726

**Federal Award Information**

**11. Award Number**
1R34AA030662-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R34AA030662

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual Violence among Sexual and Gender Minority Youth

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $653,281 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $653,281 |
| **26. Project Period Start Date** 09/01/2023 – **End Date** 03/21/2025 | |
| 27.  Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $653,281 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Judy  Fox

| 30. Remarks | |
|---|---|

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

APHA App. 154



*CLINICAL TRIAL PLANNING GRANT*
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

---

**SECTION I – AWARD DATA – 1R34AA030662-01A1 REVISED**

**Principal Investigator(s):**
Katie M Edwards, PHD
Heather  Littleton (contact), PHD

**Award e-mailed to:** osp@uccs.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to University of Colorado Colorado Springs in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R34AA030662. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Judy  Fox
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 25 - 2/15/2024 9:57 AM | Generated on: 3/26/2025 12:05 AM

APHA App. 155

| | |
|---|---|
| **Salaries and Wages** | $182,211 |
| **Fringe Benefits** | $61,770 |
| **Personnel Costs (Subtotal)** | $243,981 |
| **Consultant Services** | $12,181 |
| **Travel** | $3,852 |
| **Other** | $77,005 |
| **Subawards/Consortium/Contractual Costs** | $149,733 |
| | |
| **Federal Direct Costs** | $486,752 |
| **Federal F&A Costs** | $166,529 |
| **Approved Budget** | $653,281 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $653,281 |
| **TOTAL FEDERAL AWARD AMOUNT** | $653,281 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $653,281 | $653,281 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1846000555E7 |
| **Document Number:** | RAA030662A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| AA | 8484370 | $653,281 |

**NIH Administrative Data:**
**PCC**: AP TD / **OC**: 41021 / **Released**: 03/25/2025
**Award Processed**: 03/26/2025 12:05:56 AM

---

### SECTION II – PAYMENT/HOTLINE INFORMATION – 1R34AA030662-01A1  REVISED

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

### SECTION III – STANDARD TERMS AND CONDITIONS – 1R34AA030662-01A1  REVISED

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.   The grant program legislation and program regulation cited in this Notice of Award.
   b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.   45 CFR Part 75.
   d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

APHA App. 156

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

**MULTI-YEAR FUNDED AWARD:**  This is a multi-year funded award.  A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at:  http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34AA030662. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

Version: 25 - 3/19/2024 9:57 AM | Generated on: 3/26/2025 12:05 AM

APHA App. 157

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AA SPECIFIC AWARD CONDITIONS – 1R34AA030662-01A1  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION:** It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The University of Colorado may request funds to support patient safety and orderly closeout of the project. Funds used to

Version: 25- 2/15/2024 9:51 AM | Generated on: 3/26/2025 12:00 AM

APHA App. 158

support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

*****************************************************

**REVISION:**

Revised to 1) correct budget and project period end dates to 08/31/2026 and 2) add the following Multi-year funded term:

**CHANGE TO A MULTI-YEAR FUNDED AWARD:** Although the application upon which this grant is awarded was submitted as a three-year grant request, in order to meet NIAAA program priorities and objectives in Fiscal Year 2023, this grant has been converted to a **multi-year funded award**, with all years of funding provided in the current fiscal year. Special monitoring requirements specific to multi-year funded awards, including the progress report due on or before the anniversary of the budget/project period start date of the award, are detailed in Section III in this Notice of Award.

*******************************************************************************

Based on a review of your application and the need to effect NIAAA budgetary and programmatic goals, your requested direct cost funding has been adjusted.

**SALARY LIMITATION:** None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**PRIOR APPROVALS:** In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

**CONSORTIA**: This award includes funds awarded for consortium activity with **University of Nebraska-Lincoln.** Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**HUMAN SUBJECTS--VULNERABLE POPULATIONS:** The research supported by this award involves a population of human subjects identified as **"vulnerable".** Investigators who conduct research involving vulnerable populations, including pregnant women, human fetuses and neonates, prisoners, or children must follow the provisions of the regulations in Subparts B, C, and D of 45 CFR Part 46, respectively, which describe the additional protections required for these populations (https://grants.nih.gov/policy/humansubjects/policies-and-regulations/vulnerable-populations.htm).

**INFORMATION:** In accordance with the NIH Policy on the Use of a Single Institutional Review Board of Record for Multi-Site Research, it is expected that all sites participating in multi-site studies involving non-exempt human subjects research funded by the National Institutes of Health (NIH) will use a Single Institutional Review Board (sIRB) to conduct the ethical review required by the Department of Health and Human Services regulations for the Protection of Human Subjects. This policy applies to the domestic sites of NIH-funded multi-site studies where each site will conduct the same protocol involving non-exempt human subjects research. This grant is expected to develop and participate in a collaborative, central, or shared IRB that will streamline IRB approval while maintaining appropriate human subjects protections. This award reflects the National Institute on Alcohol Abuse and Alcoholism's (NIAAA's) acceptance of the sIRB

Version: 25 - 3/13/2024 9:37 AM | Generated on: 3/28/2025 12:08 AM

plan submitted in the competing application. (See NIH Guide to Grants and Contracts NOT-OD-16-094, https://grants.nih.gov/grants/guide/notice-files/NOT-OD-16-094.html.)

Participating sites are expected to rely on the sIRB to satisfy the regulatory requirements relevant to the ethical review.  Although IRB ethical review at a participating site would be counter to the intent and goal of this policy, the policy does not prohibit any participating site from duplicating the sIRB.  However, NIH funds may not be used to pay for the cost of the duplicate review.

**INFORMATION:** As a reminder, it is the responsibility of the grant recipient to ensure that authorization agreements (also called reliance agreements) are in place and copies of authorization agreements and other necessary documentation are maintained by the awardee in order to document compliance with this policy, as needed.

**DATA AND SAFETY MONITORING:** This grant has been identified as requiring a Data and Safety Monitoring Plan (DSMP) in accordance with the NIAAA Data and Safety Monitoring Guidelines at http://www.niaaa.nih.gov/research/guidelines-and-resources/data-and-safety-monitoring-guidelines. The NIAAA Program Official named below has approved the DSMP as submitted by the grant recipient. Any changes in the DSMP must be reviewed and approved by the NIAAA Program Official.

**DISSEMINATION PLAN:** The clinical trial(s) supported by this award is subject to the plan submitted to NIH **11/14/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information (see NOT-OD-16-149). The policy states that the clinical trial(s) funded by a NIH award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the AOR (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance

**A bi-annual report** including the elements listed below should be submitted electronically to the NIAAA Program Official (PO) and the NIAAA Grants Management Specialist listed below every 6 months from the date of grant award. If the reporting due date falls within 60 days of the annual RPPR, please use the RPPR to submit the below reporting elements already included in the RPPR and submit all other elements (*) via email from the Institutional AOR to the NIAAA Grants Management Specialist and Program Officer named below.

The following elements should be included in all annual and interim reports:
• Updated "actual" and "target" inclusion table
• Cumulative listing (no PHI)*

· adverse events
· serious adverse events
· protocol deviations since last reporting period

• DSMB meeting updates/minutes (if applicable)*
• Target milestone updates (if applicable)*
• Issues that could impact the study/completion of the grant*
• Proposed resolution of issues*
• Proposed work during next reporting period

The following target milestones have been established and approved by the PO. Any revisions to approved milestones require PO concurrence and approval. Recruitment is anticipated to begin 01/2025 and complete in nine months..

Version: 25 - 3/13/2024 9:57 AM | Generated on: 3/26/2025 12:05 AM

APHA App. 160

Enrollment Milestones (n=100):
25% (25) = 03/2025
50% (50) = 05/2025
75% (75) = 07/2025
100% (100) = 10/2025
Data lock: 05/2026

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING PLAN:** This award is subject to the data sharing guidance outlined in NOT-AA-22-011 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-22-011.html). The Recipient agrees to adhere to the NIAAADA Data Sharing Plan (DSP) as approved by the NIAAA Program Official assigned to this award. Dissemination of study data will be in accord with the Recipient's approved DSP. Please note that a statement of progress on the DSP must be included in the Research Performance Progress Report (RPPR) under section C.5 "Other Products and Resource Sharing" at https://grants.nih.gov/grants/rppr/index.htm.

Failure to adhere to the DSP as mutually agreed upon by the Recipient and the NIAAA may result in Enforcement Actions as described in the NIH Grants Policy Statement at https://grants.nih.gov/policy/nihgps/index.htm.

Complete NIAAADA Data Sharing Terms and Conditions can be found at https://nda.nih.gov/niaaa/data-sharing-expectations.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R34AA030662-01A1 REVISED

**INSTITUTION:** University of Colorado Colorado Springs

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| Personnel Costs (Subtotal) | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| TOTAL FEDERAL DC | $486,752 |
| TOTAL FEDERAL F&A | $166,529 |
| TOTAL COST | $653,281 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 46% |
| F&A Cost Base 1 | $362,019 |
| F&A Costs 1 | $166,529 |

Version: 35 - 3/15/2024 9:57 AM | Generated on: 3/26/2025 12:05 AM

APHA App. 161

# EXHIBIT 21

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN PUBLIC HEALTH ASSOCIATION,
*et al.*,

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

*Defendants*.

Case No. 1:25-cv-10787-BEM

**DECLARATION OF NICOLE MAPHIS**

I, Nicole Maphis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Postdoctoral Research Fellow at the University of New Mexico (UNM) and have been since June 2021. I have devoted my research career to understanding Alzheimer's disease and dementia due to my grandmother's diagnosis and slow submission to this awful disease. I have also pursued postdoctoral training in a lab focused on alcohol exposure to learn how consumption of excessive rates of alcohol could exacerbate the pathogenesis behind Alzheimer's disease. In the lab I mentor students, devise research projects, draft proposals and write manuscripts for publication. I have seven first author publications that explore tauopathy (which is the development of abnormal accumulations of a protein inside neurons, known as tau, seen within the brain of patients diagnosed with Alzheimer's disease and other types of dementia) and neuroinflammation [when the brain's immune system, e.g. microglia (a brain-resident immune cell) overreacts to brain pathology like amyloid beta plaques and tau tangles found in the brains of patients with Alzheimer's disease], and development of a potential immunotherapy to target tauopathy. In my postdoctoral work, I examine alcohol and its mechanistic impact on tauopathy as a risk factor for development or exacerbation of Alzheimer's disease.

2. I am the first person in my family to attend and graduate from college. I am from a low-income family and fit the criteria for a disadvantaged background as defined in Section C.7.(b) of the National Institutes of Health (NIH)'s Notice of Interest in Diversity because I grew up in a "Center for Medicare and Medicaid Services-designated Low-Income and Health Professional Shortage Areas." A true and correct copy of NIH's Notice of Interest in Diversity is attached as Exhibit A. Given these circumstances, I graduated from college with significant student loan debt. Following college, I worked as a technician/lab manager in two different research labs studying Alzheimer's disease for nearly 9

1

years before going to graduate school. During graduate school I focused my training on tauopathy and neuroinflammation and I developed and tested a patented immunotherapy.

    3.  I am offering this Declaration in my individual capacity and not on behalf of my employer.

    4.  From September 1, 2021–August 30, 2024, I was trained as a postdoctoral fellow within Institutional Research and Career Development Award (IRACDA) program at UNM, known there as Academic Science and Educational Research Training (ASERT). This distinguished national award provides salary and a small stipend to support education training and scientific research to educate and train the next generation of science educators, mentors, and scientific researchers. The unique aspects of this IRACDA program include that trainees are educated in a cohort-based model where four postdocs are hired together, take coursework on education pedagogy and other topics, like bioinformatics, leadership training, and attend monthly team-taught meetings. For example, I presented a lecture to the entire IRACDA group on choosing the right NIH awards based on one's goals. I also explained to my entire IRACDA group what a K99/R00 was and why I chose to apply for the MOSAIC K99/R00 award. IRACDA shaped my early career goals because of the detailed training and hands-on experience I gained at the partner institutions we worked with including Central New Mexico Community College (CNM), a nontraditional, Hispanic-serving community college, where I taught neuroscience lectures during the Anatomy and Physiology course. Other partner institutions where my cohort-mates taught included a 4-year undergraduate Hispanic-serving institution, New Mexico State University, and a 2-year indigenous college called Southwestern Indian Polytechnic Institute. Our IRACDA program focused on partnerships with majority minority-serving institutes (MSI) to broaden our experiences as well as enrich the lives and education of those students we taught. This IRACDA program helped train me to be a better educator and mentor, and to be more engaged with how education can be reframed to encompass and embrace cultural perspectives and "nontraditional" experiences.

    5.  I submitted my first MOSAIC K99/R00 to the PAR-21-271 for the deadline of February 12, 2024. I chose the MOSAIC (i.e. diversity mechanism) because I fit the criteria of a diverse candidate, being a woman, the first in my family to graduate college, and from a low socioeconomic family, but more so I wanted to apply to this program because I really excel in cohort-based models of career development, since I was trained in IRACDA (September 1, 2021–August 30, 2024). I also meet the qualifications of a MOSAIC candidate since I devote substantial time and efforts to DEI/STEM-related outreach including:

        a.  Teaching a neuroscience workshop at a summer camp for 7th grade girls

b.  Helping to organize/host an outreach event called the New Mexico Brain Bee (a high school outreach event geared at getting high school students interested in neurosciences careers) for the last 10+ years

c.  Helping teach numerous STEM outreach events geared at middle school populations including GoGirl Empowerment Seminar (Albuquerque, NM) and the Empowering Young Minds conference (Española, NM).

6.  Excessive alcohol exposure throughout the lifespan can impact the risk of developing Alzheimer's disease and worsen the changes that occur in the brain of a person with Alzheimer's disease throughout the course of their disease. Recent human clinical studies point to excessive neural firing and the appearance of tau pathology as potential risk factors mediated by alcohol exposure, yet studies conducted in rodent models have yet to fully explain what is happening within the brain. Previous work from my lab has tested excessive alcohol use in a rodent tau model and found that those that consumed the highest level of alcohol had increased spread of tau, increased neuroinflammation, and increased issues walking, we also saw some mice exhibit a seizure phenotype. My proposal would have provided me with comprehensive training so that I could learn how to measure and describe how this excessive neural firing could potentially lead to the appearance and the spread of this harmful tau pathology. Nearly 7 million people are living with Alzheimer's disease, but only a small fraction (<5%) can be traced back to familial mutations that definitively cause the disease, which means that 95% of those with Alzheimer's disease, develop the disease sporadically. I, and many others, postulate that perhaps exposure to alcohol throughout various critical time periods of life (e.g. adolescence, early adulthood, middle age or advanced age) could prime the brain to develop Alzheimer's disease through either increasing neural activity (which is not always visible), and/or priming the brain to be more pro-inflammatory, both processes which could contribute to the appearance and the spread of tau pathology. If we understand the ways in which alcohol is doing this, then perhaps we can limit the impacts, or at least know that we need to prevent downstream consequences, like Alzheimer's disease.

7.  In June 2024 I found out my initial MOSAIC K99/R00 application was ND (Not Discussed) by the assigned study group when they convened. ND is a common outcome for first-time applicants, as the process to get these awards is very difficult and time consuming. In fact, most individuals who go on to receive a K99/R00 end up having to revise and re-apply with their application. In fact, my primary research mentor and other co-mentors on my mentoring team received K99/R00 on their second submission.  I then revised the initial application based on the feedback, provided in a document called a summary statement, by the three anonymous reviewers who are part of the -AA4 NIAAA study section.

3

I further revised my MOSAIC K99/R00 proposal based on the new PAR-24-225 and submitted it in time for November 12, 2024, deadline.  A true and correct copy of PAR-24-225 is attached as Exhibit B.

8.   I worked on this proposal approximately 8 hours/day, 3 ½ days/week over approximately 70 weeks from drafting the initial MOSAIC application draft (July 2023) and submission (February 2024), plus the process of the revision and editing and revising for the second submission (November 2024). This includes meeting with program officers to discuss the application and the revised application and meeting with mentors, reference writers, and my mentoring team to discuss the actual proposal, career development and training plan, as well as editing and updating other relevant documents like budget, biosketches, career development training plan, etc.

9.   NIH has never provided me with any reason to expect that my MOSAIC grant application was in jeopardy.  However, I had seen online that the program announcement to which I applied (PAR-24-225) was archived/closed two years ahead of its scheduled end date and that the MOSAIC program website was taken down, which were both disconcerting and led me to reach out NIH ahead of my scientific review.

10. On March 4, 2025, a Scientific Review Officer (SRO) at NIH emailed me to say: "Your application has been moved out of the AA-4 meeting while NIH undertakes a review of its research priorities under NIH's statutory and regulatory authorities. You should have received an automated message from eRA Commons about this. When or if the status of your application changes, you will receive additional notifications from eRA Commons."  A true and correct copy of this email exchange, dated March 4, 2025, is attached as Exhibit C. I also discussed this by telephone with the same SRO approximately around the same time.  During that conversation I asked, "Will my grant be reviewed?" The SRO replied: "Unfortunately not."

11. On March 14, 2025, a member of the study group assigned to evaluate my pending MOSAIC proposal, Dr. Patrick Mulholland, reached out to me on Bluesky (a social media platform) and said "these types of grants were removed from the discussion list for AA-4 on the morning of review. It's unclear to me if the SRO/PO will provide the written critique. My guess is that you won't receive anything until an official review.  Hope that happens for you and the others very soon."  A true and correct copy of Dr. Mulholland's message to me, dated March 14, 2025, is attached as Exhibit D. A true and correct copy of the Meeting Roster for the March 4, 2025, study section, showing Dr. Mulholland as Chairperson, is attached as Exhibit E.

12. On March 17, 2025, I followed up by email with my SRO and learned that "all review related data was deleted from the system when they moved the application out of the meeting."  A true and

correct copy of this email exchanged, dated March 17, 2025, is attached as Exhibit F. I understand this to mean that I will not receive any feedback from the three reviewers who read and reviewed my pending application.

13. On March 25, 2025, I had a follow-up meeting with my PO who told me that I will not receive feedback, including comments on my application or the formal summary statement since it was not discussed at this study section meeting.

14. On March 21, 2025, I received a phone call from a member of the study section (-AA4) who confirmed that my grant was set to be discussed the morning of the discussion session. She went on to say that it was highly regarded and likely would have received funding had it not been for NIH's changes. She said "everyone was upset" that it was removed.

15. My MOSAIC K99/R00 does not differ from the parent award except for two documents:

    a.  The first is a "Statement on Activities to promote broad participation in biomedical research workforce" informally called a 'diversity statement.'  This was previously known as the diversity statement on the original application, as shown by an earlier program announcement: PAR-21-271;

    b.  The second document the MOSAIC application requires that the parent track does not is a statement written and signed by the chair of my department to certify that I am a MOSAIC-eligible candidate and that I am dedicated to a career that champions and fosters DEI.

16. The delay in processing my application means I have run out of time to re-apply for this application. As described on page 6 of 25 in the announcement for this funding opportunity, the K99/R00 window is up to four years past the first day of your postdoc, which for me was June 1, 2021. A true and correct copy of PA 24-194 is attached as Exhibit G.

17.  I sought and was granted an extension to apply to the parent K99/ROO for the June 12, 2025, deadline.  However, the timeline for reviewing that application means that, even if I apply and secure funding, the funding will arrive too late for me to benefit from it.  If I apply for the June 12 deadline, the proposal would not be reviewed until November 2025 and, if funded, the funding would not begin until March or April 2026.  My fellowship, however, ends on September 30, 2025.  A true and correct copy of an NIH webpage (last visited on April 16, 2025) showing standard due dates is attached as Exhibit H.

18. Because of NIH's refusal to consider my application, I have lost out on two years (the K99 phase of the award) where I would have received cutting-edge training on my four specific and unique training

goals that were detailed in the Career Development Plan included in my MOSAIC K99/R00 application. Those four goals, which rely on researchers from my mentoring team and my consultant to provide, are:

    a.  Intracranial implantation of custom-built Microwire electrode Arrays (MWA): Which would have allowed me to learn how to perform surgery on rodents to implant wires within the brain to record the electrical activity from within key regions of the brains altered by either alcohol and/or tauopathy. Not only would this training goal have helped to accomplish this research proposed, but learning this skill would have provided me with a very unique skill set to help secure a future faculty job.

    b.  Mathematical modeling/coding to measure brain activity: I would have been able to learn how to code the data and evaluate how the electrical activity within the brain is altered through this research training goal. This training would have built upon my limited knowledge base, helped accomplish the research proposed and ultimately help me secure a future faculty job with this skillset.

    c.  Learn how to infuse chemicals to alter brain activity: I would have learned how to implant specialized chemical compounds that can alter brain activity (excite/silence populations of neurons) to study how increasing or reducing electrical activity would have impacted brain activity within the brain. These skills would have helped to accomplish the goals of the research proposed as well as make me an attractive candidate for a future faculty job.

    d.  Perform experiments to induce alcohol dependence using alcohol using vapor chambers: This research goal would show me how to induce alcohol dependence within our models to understand how alcohol dependence and withdrawal can impact electrical activity, central to the research proposed. This goal would have helped facilitate the work proposed and increased my ability to get a faculty job.

19. I have also invested several months' assembling this MOSAIC application when I could have instead been focused on writing publications or drafting other proposals for consideration.

20. My institution (UNM) has lost out on the opportunity to train me for the next two years, and may not have the money to support my salary.  UNM has also lost out on the indirect costs from the training portion (K99) of this grant, which is a percentage of the K99 award that is added to the overall award. The K99 portion was estimated to be $250,000 or $125,000/year for 2 years.

21. The T32 training program by which I am currently funded could potentially end on June 30, 2025.  However, I have been assured through the mentor of the program that I will be eligible to be

6

carried forward until September 30, 2025.  Still, I am constantly worried that this could fall through leaving me jobless by the end of June.

22. I have also lost out on the ability to receive the second phase of this award (the R00 phase), which is not only prestigious but would have provided me with approximately $750,000 ($250,000/yr for three years) towards launching my own independent research program at a future institution. I have potentially lost out on the opportunity to pursue this career path. More fundamentally, this also means I have potentially lost out on the ability to pursue a career path as a faculty member at a research intensive graduate or medical school, limiting my career trajectory.  Finally, this also impacts my mentor, as having a postdoctoral fellow receive this award would have been beneficial to his career trajectory, too.

23. I have not been able to conduct any pilot projects related to this project nor lay any additional foundational work elucidating these mechanisms leaving this research undone and my progress towards research independence lacking.

24. The research that is now being shelved would have helped the public gain a more integral understanding of how alcohol use and alcohol use disorder could contribute to the development of Alzheimer's disease or the progression of this devastating disease, finding potential mechanisms and maybe even targetable pathways to reduce injuries induced by excessive alcohol consumption.


I declare under penalty of perjury that the foregoing is true and correct.
Executed this 20th day of April, 2025.



_____

Nicole M. Maphis

7

APHA App. 169

# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20250109093953/https://grants.nih.gov/grants/guide/noti...
Notice of NIH's Interest in Diversity

---

Notice Number: NOT-OD-20-031

Key Dates
**Release Date:** November 22, 2019

Related Announcements

[NOT-AG-24-003](#) - Solicitation of Nominations for the 2023 National Human Genome Research Institutes Bettie J. Graham Leadership Award for Enhancing Diversity, Equity, Inclusion, and Accessibility in the Genomics Workforce.

[RFA-RM-22-001](#) - Limited Competition: Transformative Research to Address Health Disparities and Advance Health Equity at Minority Serving Institutions (U01 Clinical Trial Optional)

[NOT-OD-21-055](#) - Notice of Changes in the Review Criteria for Applications Submitted for NIH Support for Scientific Conferences (R13 and U13)
[NOT-OD-18-210](#) Rescinded
[NOT-MH-20-051](#)
[NOT-OD-21-053](#) - Updated Guidelines for Enhancing Diversity and Creating Safe Environments in Conferences Supported by NIH Grants and Cooperative Agreements.
[NOT-OD-22-019](#) - Reminder: Notice of NIH's Encouragement of Applications Supporting Individuals from Underrepresented Ethnic and Racial Groups as well as Individuals with Disabilities

[NOT-HG-22-014](#) - Solicitation of Nominations for the 2022 National Human Genome Research Institute's Outstanding Award for Enhancing Diversity, Equity, Inclusion, and Accessibility in the Genomics Workforce

[NOT-OD-22-180](#) - Notice of Special Interest: Administrative Supplement to Building Interdisciplinary Research Careers in Women's Health (BIRCWH)

[NOT-OD-24-051](#) -The BIO-Entrepreneurship Capstone

Issued by
National Institutes of Health ([NIH](#))

Purpose

NIH's mission is to seek fundamental knowledge about the nature and behavior of living systems and to apply that knowledge to enhance health, lengthen life, and reduce illness and disability. To achieve this mission, NIH substantially invests in research to improve public health; it also devotes substantial resources to identify, develop, support and maintain the quality of its scientific resources, including human capital.

This diversity statement was informed by a literature review, the reports and deliberations of several internal NIH committees, as well as input from Institute and Center officials, program staff and external stakeholders.

**Implementation Timeline**
This notice is effective upon its release date and supersedes the prior Notice of Interest in Diversity ([NOT-OD-18-210](#)), and the current diversity language in existing funding opportunity announcements (FOAs).

**Diversity Statement**
Every facet of the United States scientific research enterprise from basic laboratory research to clinical and translational research to policy formation requires superior intellect, creativity and a wide range of skill sets and

viewpoints. NIH's ability to help ensure that the nation remains a global leader in scientific discovery and innovation is dependent upon a pool of highly talented scientists from diverse backgrounds who will help to further NIH's mission.

Research shows that diverse teams working together and capitalizing on innovative ideas and distinct perspectives outperform homogenous teams. Scientists and trainees from diverse backgrounds and life experiences bring different perspectives, creativity, and individual enterprise to address complex scientific problems. There are many benefits that flow from a diverse NIH-supported scientific workforce, including: fostering scientific innovation, enhancing global competitiveness, contributing to robust learning environments, improving the quality of the research, advancing the likelihood that underserved or health disparity populations participate in, and benefit from health research, and enhancing public trust.

**Underrepresented Populations in the U.S. Biomedical, Clinical, Behavioral and Social Sciences Research Enterprise**

In spite of tremendous advancements in scientific research, information, educational and research opportunities are not equally available to all. NIH encourages institutions to diversify their student and faculty populations to enhance the participation of individuals from groups that are underrepresented in the biomedical, clinical, behavioral and social sciences, such as:

A. Individuals from racial and ethnic groups that have been shown by the National Science Foundation to be underrepresented in health-related sciences on a national basis (see data at http://www.nsf.gov/statistics/showpub.cfm?TopID=2&SubID=27) and the report Women, Minorities, and Persons with Disabilities in Science and Engineering). The following racial and ethnic groups have been shown to be underrepresented in biomedical research: Blacks or African Americans, Hispanics or Latinos, American Indians or Alaska Natives, Native Hawaiians and other Pacific Islanders. In addition, it is recognized that underrepresentation can vary from setting to setting; individuals from racial or ethnic groups that can be demonstrated convincingly to be underrepresented by the grantee institution should be encouraged to participate in NIH programs to enhance diversity. For more information on racial and ethnic categories and definitions, see the OMB Revisions to the Standards for Classification of Federal Data on Race and Ethnicity (https://www.govinfo.gov/content/pkg/FR-1997-10-30/html/97-28653.htm).

B. Individuals with disabilities, who are defined as those with a physical or mental impairment that substantially limits one or more major life activities, as described in the Americans with Disabilities Act of 1990, as amended. See NSF data at, https://www.nsf.gov/statistics/2017/nsf17310/static/data/tab7-5.pdf.

C. Individuals from disadvantaged backgrounds, defined as those who meet *two or more* of the following criteria:
  1. Were or currently are homeless, as defined by the McKinney-Vento Homeless Assistance Act (Definition: https://nche.ed.gov/mckinney-vento/);
  2. Were or currently are in the foster care system, as defined by the Administration for Children and Families (Definition: https://www.acf.hhs.gov/cb/focus-areas/foster-care);
  3. Were eligible for the Federal Free and Reduced Lunch Program for two or more years (Definition: https://www.fns.usda.gov/school-meals/income-eligibility-guidelines);
  4. Have/had no parents or legal guardians who completed a bachelor's degree (see https://nces.ed.gov/pubs2018/2018009.pdf);
  5. Were or currently are eligible for Federal Pell grants (Definition: https://www2.ed.gov/programs/fpg/eligibility.html);
  6. Received support from the Special Supplemental Nutrition Program for Women, Infants and Children (WIC) as a parent or child (Definition: https://www.fns.usda.gov/wic/wic-eligibility-requirements).
  7. Grew up in one of the following areas: a) a U.S. rural area, as designated by the Health Resources and Services Administration (HRSA) Rural Health Grants Eligibility Analyzer (https://data.hrsa.gov/tools/rural-health), *or* b) a Centers for Medicare and Medicaid Services-designated Low-Income and Health Professional Shortage Areas (qualifying zipcodes are included

APHA App. 172

in the file). Only one of the two possibilities in #7 can be used as a criterion for the disadvantaged background definition.

Students from low socioeconomic (SES) status backgrounds have been shown to obtain bachelor's and advanced degrees at significantly lower rates than students from middle and high SES groups (see https://nces.ed.gov/programs/coe/indicator_tva.asp), and are subsequently less likely to be represented in biomedical research. For background see Department of Education data at, https://nces.ed.gov/; https://nces.ed.gov/programs/coe/indicator_tva.asp; https://www2.ed.gov/rschstat/research/pubs/advancing-diversity-inclusion.pdf.

D. Literature shows that women from the above backgrounds (categories A, B, and C) face particular challenges at the graduate level and beyond in scientific fields. (See, e.g., From the NIH: A Systems Approach to Increasing the Diversity of Biomedical Research Workforce https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5008902/ ).

Women have been shown to be underrepresented in doctorate-granting research institutions at senior faculty levels in most biomedical-relevant disciplines, and may also be underrepresented at other faculty levels in some scientific disciplines (See data from the National Science Foundation National Center for Science and Engineering Statistics: Women, Minorities, and Persons with Disabilities in Science and Engineering, special report available at https://www.nsf.gov/statistics/2017/nsf17310/, especially Table 9-23, describing science, engineering, and health doctorate holders employed in universities and 4-year colleges, by broad occupation, sex, years since doctorate, and faculty rank).

Upon review of NSF data, and scientific discipline or field related data, NIH encourages institutions to consider women for faculty-level, diversity-targeted programs to address faculty recruitment, appointment, retention or advancement.

Inquiries

Please direct all inquiries to:

Division of Biomedical Research Workforce
Office of Extramural Research
Website: https://researchtraining.nih.gov
Email: NIHTrain@mail.nih.gov

Weekly TOC for this Announcement
NIH Funding Opportunities and Notices

Case 1:25-cv-10787-BEM    Document 38-21    Filed 04/25/25    Page 13 of 65

# EXHIBIT B



An official website of the United States government    Here's how you know

GRANTS.GOV℠    MENU

# VIEW GRANT OPPORTUNITY

PAR-24-225

Maximizing Opportunities for Scientific and Academic Independent
Careers (MOSAIC) Postdoctoral Career Transition Award to Promote
Diversity (K99/R00 Independent Clinical Trial Not Allowed)

Department of Health and Human Services

National Institutes of Health

**Apply**

**Subscribe**

SYNOPSIS    VERSION HISTORY    RELATED DOCUMENTS    PACKAGE

## General Information



| | | | |
|---|---|---|---|
| **Document Type:** | Grants Notice | **Version:** | Synopsis 5 |
| **Funding Opportunity Number:** | PAR-24-225 | **Posted Date:** | Jul 23, 2024 |
| | | **Last Updated Date:** | Feb 21, 2025 |
| **Funding Opportunity Title:** | Maximizing Opportunities for Scientific and Academic Independent Careers (MOSAIC) Postdoctoral Career Transition Award to Promote Diversity (K99/R00 Independent Clinical Trial Not Allowed) | **Original Closing Date for Applications:** | Sep 07, 2027 |
| | | **Current Closing Date for Applications:** | Feb 21, 2025 |
| | | **Archive Date:** | Feb 22, 2025 |
| **Opportunity Category:** | Discretionary | **Estimated Total Program Funding:** | |
| | | **Award Ceiling:** | $ |
| **Opportunity Category Explanation:** | | **Award Floor:** | $ |

APHA App. 175

| | |
|---|---|
| **Funding Instrument Type:** | Grant |
| **Category of Funding Activity:** | Education<br>Environment<br>Food and Nutrition<br>Health<br>Income Security and Social Services |
| **Category Explanation:** | |
| **Expected Number of Awards:** | |
| **Assistance Listings:** | 93.113 -- Environmental Health<br>93.121 -- Oral Diseases and Disorders Research<br>93.172 -- Human Genome Research<br>93.173 -- Research Related to Deafness and Communication Disorders<br>93.213 -- Research and Training in Complementary and Integrative Health<br>93.233 -- National Center on Sleep Disorders Research<br>93.242 -- Mental Health Research Grants<br>93.273 -- Alcohol Research Programs<br>93.279 -- Drug Abuse and Addiction Research Programs |

APHA App. 176

93.286 -- Discovery and Applied Research for Technological Innovations to Improve Human Health

93.307 -- Minority Health and Health Disparities Research

93.313 -- NIH Office of Research on Women's Health

93.361 -- Nursing Research

93.837 -- Cardiovascular Diseases Research

93.838 -- Lung Diseases Research

93.839 -- Blood Diseases and Resources Research

93.840 -- Translation and Implementation Science Research for Heart, Lung, Blood Diseases, and Sleep Disorders

93.846 -- Arthritis, Musculoskeletal and Skin Diseases Research

93.847 -- Diabetes, Digestive, and Kidney Diseases Extramural Research

93.853 -- Extramural Research Programs in the Neurosciences and Neurological Disorders

93.855 -- Allergy and Infectious Diseases Research

93.859 -- Biomedical Research and Research

Training

93.865 -- Child Health and
Human Development
Extramural Research

93.866 -- Aging Research

93.867 -- Vision Research

93.879 -- Medical Library
Assistance

**Cost Sharing or**     No
**Matching**
**Requirement:**

# Eligibility

**Eligible**     Native American tribal governments (Federally recognized)
**Applicants:**     Independent school districts
City or township governments
State governments
County governments
Small businesses
Public and State controlled institutions of higher education
Public housing authorities/Indian housing authorities
Nonprofits having a 501(c)(3) status with the IRS, other than institutions of
higher education
For profit organizations other than small businesses
Private institutions of higher education
Nonprofits that do not have a 501(c)(3) status with the IRS, other than
institutions of higher education
Special district governments
Native American tribal organizations (other than Federally recognized tribal
governments)
Others (see text field entitled "Additional Information on Eligibility" for
clarification)

**Additional**     Other Eligible Applicants include the following: Alaska Native and Native
**Information on**     Hawaiian Serving Institutions; Asian American Native American Pacific
**Eligibility:**     Islander Serving Institutions (AANAPISISs); Eligible Agencies of the Federal

APHA App. 178

Government; Faith-based or Community-based Organizations; Hispanic-serving Institutions; Historically Black Colleges and Universities (HBCUs); Indian/Native American Tribal Governments (Other than Federally Recognized); Non-domestic (non-U.S.) Entities (Foreign Organizations); Regional Organizations; Tribally Controlled Colleges and Universities (TCCUs) ; U.S. Territory or Possession; Non-domestic (non-U.S.) Entities (Foreign Organizations) are not eligible to apply.Non-domestic (non-U.S.) components of U.S. Organizations are not eligible to apply.Foreign components, as defined in the NIH Grants Policy Statement, are allowed.

# Additional Information

**Agency Name:** National Institutes of Health

**Description:** The purpose of the MOSAIC Postdoctoral Career Transition Award to Promote Diversity (K99/R00) program is to support a cohort of early career, independent investigators from diverse backgrounds conducting research in NIH mission areas. The long-term goal of this program is to enhance diversity in the basic biomedical sciences research workforce. The MOSAIC K99/R00 program is designed to facilitate a timely transition of outstanding postdoctoral researchers from diverse backgrounds (e.g., see NIHs Interest in Diversity) from their mentored, postdoctoral research positions to independent, tenure-track or equivalent faculty positions at research-intensive institutions. The MOSAIC K99/R00 program will provide independent NIH research support during this transition to help awardees launch competitive, independent research careers. Additionally, MOSAIC K99/R00 scholars will be part of organized scientific cohorts that will be expected to participate in mentoring, networking, and professional development activities coordinated by MOSAIC Institutionally-Focused Research Education Award to Promote Diversity (UE5) grantees.

**Link to Additional Information:** https://grants.nih.gov/grants/guide/pa-files/PAR-24-225.html

**Grantor Contact Information:** If you have difficulty accessing the full announcement electronically, please contact:
NIH Grants Information
grantsinfo@nih.gov

APHA App. 179

See Section VII. Agency Contacts within the full opportunity announcement for all other inquires.

Return to top

## Connect with Us

Blog

Twitter

YouTube

Alerts

RSS

XML Extract

Get Adobe Reader

## Health & Human Services

HHS.gov

EEOC / No Fear Act

Accessibility

Privacy

Vulnerability Disclosure Policy

Disclaimers

Site Map

## Community

USA.gov

WhiteHouse.gov

USAspending.gov

SBA.gov

SAM.gov

Report Fraud

## Additional Help

Chat now with Grant

Frequently Asked Questions



  

APHA App. 180

# EXHIBIT C

 Outlook

## RE: Study section Meeting Today?

**From** Buzas, Beata (NIH/NIAAA) [E] <bbuzas@mail.nih.gov>

**Date** Tue 3/4/2025 5:19 PM

**To** Nicole M Maphis <NMaphis@salud.unm.edu>

**Cc** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>; Srinivas, R V (NIH/NIAAA) [E] <srinivar@drg.nih.gov>

**[[-- External - this message has been sent from outside the University --]]**

*Your application has been moved out of the AA-4 meeting while NIH undertakes a review of its research priorities under NIH's statutory and regulatory authorities. You should have received an automated message from eRA Commons about this. When or if the status of your application changes, you will receive additional notifications from eRA Commons.*

**From:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Sent:** Tuesday, March 4, 2025 6:29 PM
**To:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Cc:** Buzas, Beata (NIH/NIAAA) [E] <bbuzas@mail.nih.gov>
**Subject:** [EXTERNAL] Re: Study section Meeting Today?

Dr. Cui,
Thank you so much for the reply. Approximately 45 minutes after I emailed you, I got an automated email from era-notify@mail.nih.gov noting that "there has been a change in the assignment of your grant application." It appears as if it has been assigned to a different scientific review group: ZAA1-SRC (99), which I believe is an NIAAA special emphasis panel. The study section has also been tentatively scheduled for 2025/05. I'm not sure if that falls under the purview of Dr. Beata Buzas.
I guess I'll keep checking as May approaches to see if/when a date will be chosen. I am most concerned because I lose eligibility to try for another K99/R00 since June 1, 2021 is the date I started my postdoc. Having this grant review so late may mean I lose my fellowship funding before I hear back about this award.
There are just a lot of unknowns right now.
Thank you both for all the work you do and continue to do.
Sincerely,
Nikki
--

Nikki Maphis, PhD (she/her/hers)

UNM T32 Postdoctoral Scholar (CASAA)

IRACDA/ASERT Postdoctoral Research Fellow

National Postdoctoral Association IMPACT Fellow

Linsenbardt Lab

APHA App. 182

Department of Neurosciences

University of New Mexico

Albuquerque, NM 87131

Connect with me @LinkedIn

Check out my publications here!

---

**From:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Sent:** Tuesday, March 4, 2025 2:41 PM
**To:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Cc:** Buzas, Beata (NIH/NIAAA) [E] <bbuzas@mail.nih.gov>
**Subject:** RE: Study section Meeting Today?

**[[-- External - this message has been sent from outside the University --]]**

Hi Nikki,

Dr. Beata Buza (copied) is the SRO of AA4. Please follow up with her on your questions, and she will let you know the updated policy on the review.

Best,

Changhai

---

**From:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Sent:** Tuesday, March 4, 2025 10:45 AM
**To:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Subject:** [EXTERNAL] Study section Meeting Today?

Good afternoon,
        I just wanted to reach out to see if the study section was meeting to review my grant today (3/4/25, 9 am). I assume it is not, but there have been no updates on era commons and I have checked every single day.
        If the study section has been cancelled, do you have a possible date that it will reconvene? I'm very concerned that this delay could mean I will be out of a job before funding could start. I am currently funded through a T32 (CASAA at UNM) until June 30. Originally there would have been a no cost extension so I could be funded through the end of September, but that may no longer be possible.
I appreciate the fact that you may not have any updates.
I sincerely thank you in advance for your time.
Sincerely,
Nikki

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

APHA App. 183

# EXHIBIT D

APHA App. 184



# EXHIBIT E

APHA App. 186

**MEETING ROSTER**
**Neuroscience and Behavior Study Section**
**National Institute on Alcohol Abuse and Alcoholism Initial Review Group**
**NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM**
**AA-4**
**03/04/2025**

**Notice of NIH Policy to All Applicants:** Meeting rosters are provided for information purposes only. Applicant investigators and institutional officials must not communicate directly with study section members about an application before or after the review. Failure to observe this policy will create a serious breach of integrity in the peer review process, and may lead to actions outlined in NOT-OD-22-044, including removal of the application from immediate review.

## CHAIRPERSON(S)

MULHOLLAND, PATRICK J., PHD
PROFESSOR
DEPARTMENTS OF NEUROSCIENCE AND PSYCHIATRY AND
BEHAVIORAL SCIENCES
MEDICAL UNIVERSITY OF SOUTH CAROLINA
CHARLESTON, SC 29425

## MEMBERS

ANOKHIN, ANDREY P., PHD
PROFESSOR
DEPARTMENT OF PSYCHIATRY
WASHINGTON UNIVERSITY SCHOOL OF MEDICINE
ST. LOUIS, MO 63110

BARSON, JESSICA R., PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF NEUROBIOLOGY AND ANATOMY
DREXEL UNIVERSITY COLLEGE OF MEDICINE
PHILADELPHIA, PA 19129

BESHEER, JOYCE, PHD
PROFESSOR
DEPARTMENT OF PSYCHIATRY
BOWLES CENTER FOR ALCOHOL STUDIES
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
CHAPEL HILL, NC 27599-7178

CHEN, SHAO-YU, PHD
PROFESSOR AND DISTINGUISHED UNIVERSITY SCHOLAR
DEPARTMENT OF PHARMACOLOGY AND TOXICOLOGY
UNIVERSITY OF LOUISVILLE SCHOOL OF MEDICINE
LOUISVILLE, KY 40202

CLARK, SHAUNNA L, PHD *
ASSOCIATE PROFESSOR
DEPARTMENT OF PSYCHIATRY AND BEHAVIORAL
SCIENCES
COLLEGE OF MEDICINE
TEXAS A&M UNIVERSITY
BRYAN, TX 77807

CLARK, URAINA S., PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF NEUROLOGY
ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI
NEW YORK, NY 10029

CONTET, CANDICE, PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF MOLECULAR MEDICINE
THE SCRIPPS RESEARCH INSTITUTE
LA JOLLA, CA 92037

COSGROVE, KELLY P., PHD
PROFESSOR
DEPARTMENT OF PSYCHIATRY
YALE UNIVERSITY SCHOOL OF MEDICINE
NEW HAVEN, CT 06510

DEAK, TERRENCE, PHD *
PROFESSOR
DEPARTMENT OF PSYCHOLOGY
BINGHAMTON UNIVERSITY, SUNY
BINGHAMTON, NY 13902

GREMEL, CHRISTINA M., PHD
PROFESSOR
DEPARTMENT OF PSYCHOLOGY
UNIVERSITY OF CALIFORNIA, SAN DIEGO
LA JOLLA, CA 92093

GUIZZETTI, MARINA, PHD
PROFESSOR DEPARTMENT OF BEHAVIORAL
NEUROSCIENCE
OREGON HEALTH AND SCIENCE UNIVERSITY
RESEARCH BIOLOGIST
PORTLAND VA MEDICAL CENTER
PORTLAND, OR 97239-3098

KIMBROUGH, ADAM J, BS, PHD *
ASSISTANT PROFESSOR
DEPARTMENT OF BASIC MEDICAL SCIENCES
PURDUE UNIVERSITY
WEST LAFAYETTE, IN 47907

LAPISH, CHRISTOPHER COURT, PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF PSYCHOLOGY
INDIANA UNIVERSITY-PURDUE UNIVERSITY INDIANAPOLIS
INDIANAPOLIS, IN 46202

MEDINA, ALEXANDRE E., PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF PEDIATRICS
UNIVERSITY OF MARYLAND SCHOOL OF MEDICINE
BALTIMORE, MD 21210

MOORMAN, DAVID E., PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF PSYCHOLOGICAL AND BRAIN SCIENCES
UNIVERSITY OF MASSACHUSETTS AMHERST
AMHERST, MA 01003

APHA App. 187

**MEETING ROSTER**
**Neuroscience and Behavior Study Section**
**National Institute on Alcohol Abuse and Alcoholism Initial Review Group**
**NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM**
**AA-4**
**03/04/2025**

**Notice of NIH Policy to All Applicants:** Meeting rosters are provided for information purposes only. Applicant investigators and institutional officials must not communicate directly with study section members about an application before or after the review. Failure to observe this policy will create a serious breach of integrity in the peer review process, and may lead to actions outlined in NOT-OD-22-044, including removal of the application from immediate review.

OZBURN, ANGELA RENEE, PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF BEHAVIORAL NEUROSCIENCE
OREGON HEALTH AND SCIENCE UNIVERSITY
RESEARCH BIOLOGIST
VA PORTLAND HEALTHCARE SYSTEM
PORTLAND, OR 97239

PONOMAREV, IGOR, PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF PHARMACOLOGY AND NEUROSCIENCE
TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER
LUBBOCK, TX 79430

SCHANK, JESSE R., PHD
ASSOCIATE PROFESSOR
DEPARTMENT OF PHYSIOLOGY AND PHARMACOLOGY
UNIVERSITY OF GEORGIA
ATHENS, GA 30602

**SCIENTIFIC REVIEW OFFICER**
BUZAS, BEATA, PHD
SCIENTIFIC REVIEW OFFICER
EXTRAMURAL PROJECT REVIEW BRANCH
OFFICE OF EXTRAMURAL ACTIVITIES
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND
ALCOHOLISM
NATIONAL INSTITUTES OF HEALTH
BETHESDA, MD 20892

**EXTRAMURAL SUPPORT ASSISTANT**
LYLES, DEIRDRE
EXTRAMURAL SUPPORT ASSISTANCE
NATIONAL INSTITUTES OF HEALTH
NATIONAL INSTITUTE OF ALCOHOL ABUSE AND
ALCOHOLISM
OFFICE OF EXTRAMURAL ACTIVITIES
EXTRAMURAL PROJECT REVIEW BRANCH
BETHESDA, MD 20892-9304

* Temporary Member. For grant applications, temporary members
may participate in the entire meeting or may review only selected
applications as needed.

Consultants are required to absent themselves from the room
during the review of any application if their presence would
constitute or appear to constitute a conflict of interest.

# EXHIBIT F

APHA App. 189

 Outlook

---

## RE: Comments for KAA032041A

---

**From** Buzas, Beata (NIH/NIAAA) [E] <bbuzas@mail.nih.gov>
**Date** Mon 3/17/2025 3:56 PM
**To**   Nicole M Maphis <NMaphis@salud.unm.edu>
**Cc**   Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>

---

**[[-- External - this message has been sent from outside the University --]]**

Hi Nikki, I am sorry, all review related data was deleted from the system when they moved the application out of the meeting. Best: Beata

---

**From:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Sent:** Monday, March 17, 2025 5:34 PM
**To:** Buzas, Beata (NIH/NIAAA) [E] <bbuzas@mail.nih.gov>
**Subject:** [EXTERNAL] Re: Comments for KAA032041A

Dr. Buzas,
Thank you for your quick reply. Wow, that is even more upsetting. So, I will receive no input on my application, even though I spent 6 months revising it, and 3 peer reviewers spent 3-4 weeks reading/reviewing the application?
Thank you for the clarification.
I sincerely appreciate your work and your effort on this.
Sincerely,
Nikki

--

Nikki Maphis, PhD (she/her/hers)

UNM T32 Postdoctoral Scholar (CASAA)

IRACDA/ASERT Postdoctoral Research Fellow

National Postdoctoral Association IMPACT Fellow

Linsenbardt Lab

Department of Neurosciences

University of New Mexico

Albuquerque, NM 87131

Connect with me @LinkedIn

Check out my publications here!

---

APHA App. 190

**From:** Buzas, Beata (NIH/NIAAA) [E] <bbuzas@mail.nih.gov>
**Sent:** Monday, March 17, 2025 9:28 AM
**To:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Subject:** RE: Comments for KAA032041A

<div style="background-color:magenta; text-align:center; font-weight:bold;">[[-- External - this message has been sent from outside the University --]]</div>

Hi Nikki, Since the application was removed from the meeting, there is no way that I can release SS, since there are no critiques anymore. All data was deleted when they moved the application from the meeting. Beata

**From:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Sent:** Monday, March 17, 2025 11:05 AM
**To:** Buzas, Beata (NIH/NIAAA) [E] <bbuzas@mail.nih.gov>
**Cc:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Subject:** [EXTERNAL] Re: Comments for KAA032041A

Dr. Buzas,
I know that my application was pulled, but I was wondering if I would receive a summary statement, at the very least, since 3 reviewers likely read my grant. Isn't that how peer review works? Since I will be responding to the June 12, 2025 with a new application under the parent award I want to give my application the best chance of succeeding.
Thank you in advance for any clarity you can provide on this matter.
As always, please give me a call at 440.465.9150 if you prefer to discuss this matter on the phone.

Best,
Nikki

--

Nikki Maphis, PhD (she/her/hers)

UNM T32 Postdoctoral Scholar (CASAA)

IRACDA/ASERT Postdoctoral Research Fellow

National Postdoctoral Association IMPACT Fellow

Linsenbardt Lab

Department of Neurosciences

University of New Mexico

Albuquerque, NM 87131

Connect with me @LinkedIn

Check out my publications here!

**From:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Sent:** Saturday, March 15, 2025 2:15 PM
**To:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Subject:** RE: Comments for KAA032041A

APHA App. 191

[[-- External - this message has been sent from outside the University --]]

Hi Nikki,

Beata Buzas is the SRO who managed the study section review meeting to which your K99/R00 was assigned. So she will know the answers to your questions. You can reach out to her directly. My understanding is that there will not be a summary statement, but please ask Beata Buzas (bbuzas@mail.nih.gov) to confirm.

I am glad you have ample time to submit a regular K99/R00 application to Jun 12, 2025 due date.

With all best wishes!

Changhai

---

**From:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Sent:** Friday, March 14, 2025 6:12 PM
**To:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Subject:** [EXTERNAL] Re: Comments for KAA032041A

Dr. Cui,
Apologies if I wasn't clear. I am just wondering if I am going to receive any feedback from my application. For example, whether or not it was discussed and/or scored, 3 independent reviewers read my application and theoretically would have comments/feedback. I guess I wonder if there is a summary statement that I will receive, or if I get no peer review on this application because it was removed from consideration.
Please let me know if had any other questions.
Sincerely,
Nikki

--

Nikki Maphis, PhD (she/her/hers)

UNM T32 Postdoctoral Scholar (CASAA)

IRACDA/ASERT Postdoctoral Research Fellow

National Postdoctoral Association IMPACT Fellow

Linsenbardt Lab

Department of Neurosciences

University of New Mexico

Albuquerque, NM 87131

Connect with me @LinkedIn

Check out my publications here!

**From:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Sent:** Friday, March 14, 2025 3:31 PM
**To:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Subject:** RE: Comments for KAA032041A

[[-- External - this message has been sent from outside the University --]]

Hi Nikki,

What do you mean "the comments attached" to your application? Can you attach it to the email if it is appropriate?

Best,

Changhai

---

**From:** Nicole M Maphis <NMaphis@salud.unm.edu>
**Sent:** Friday, March 14, 2025 5:01 PM
**To:** Cui, Changhai (NIH/NIAAA) [E] <changhai.cui@nih.gov>
**Subject:** [EXTERNAL] Comments for KAA032041A

Good afternoon Dr. Cui,
I am writing in the hopes that you can provide me with the comments attached to my application (Application ID: KAA032041A). It is unclear to me whether or not my grant will be discussed at any future scientific review meetings. These comments will inform a future submission to the parent award PAR, planned for June 12, 2025, since Dr. Marmilliot has granted me an extension to my eligibility.
Happy to meet with you virtually or if you would like to call, please do so: 440.465.9150.
Thank you so much for your time and attention to this matter.
Nikki

--

Nikki Maphis, PhD (she/her/hers)

UNM T32 Postdoctoral Scholar (CASAA)

IRACDA/ASERT Postdoctoral Research Fellow

National Postdoctoral Association IMPACT Fellow

Linsenbardt Lab

Department of Neurosciences

University of New Mexico

Albuquerque, NM 87131

Connect with me @LinkedIn

Check out my publications here!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

APHA App. 194

# EXHIBIT G

APHA App. 195

**March 31, 2025**

This funding opportunity was updated to align with agency priorities. Carefully reread the full funding opportunity and make any needed adjustments to your application prior to submission.

## Department of Health and Human Services

## Part 1. Overview Information

---

**Participating Organization(s)**

National Institutes of Health (NIH (http://www.nih.gov))

---

**Components of Participating Organizations**

APHA App. 196

Case: 25-1611    Document: 00118310432    Page: 200    Date Filed: 07/08/2025    Entry ID: 6734280

4/16/25, 1:00 PM    Case 1:25-cv-10787-BEM    NIH Pathway to Independence Award (Parent K99/R00 – Independent Clinical Trial Not Allowed)    Filed 04/25/25    Page 36 of 65

NATIONAL INSTITUTES OF HEALTH (NIH (https://www.nih.gov/))

National Eye Institute (NEI (https://www.nei.nih.gov/))

National Heart, Lung, and Blood Institute (NHLBI (https://www.nhlbi.nih.gov/))

National Human Genome Research Institute (NHGRI (https://www.genome.gov/))

National Institute on Aging (NIA (https://www.nia.nih.gov/))

National Institute on Alcohol Abuse and Alcoholism (NIAAA (https://www.niaaa.nih.gov/))

National Institute of Allergy and Infectious Diseases (NIAID (https://www.niaid.nih.gov/))

National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS (https://www.niams.nih.gov/))

National Institute of Biomedical Imaging and Bioengineering (NIBIB (https://www.nibib.nih.gov/))

Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD (https://www.nichd.nih.gov/))

National Institute on Deafness and Other Communication Disorders (NIDCD (https://www.nidcd.nih.gov/))

National Institute of Dental and Craniofacial Research (NIDCR (https://www.nidcr.nih.gov/))

National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK (https://www.niddk.nih.gov/))

National Institute on Drug Abuse (NIDA (https://www.drugabuse.gov/))

National Institute of Environmental Health Sciences (NIEHS (https://www.niehs.nih.gov/))

National Institute of General Medical Sciences (NIGMS (https://www.nigms.nih.gov/))

National Institute of Mental Health (NIMH (https://www.nimh.nih.gov/index.shtml))

National Institute of Neurological Disorders and Stroke (NINDS (https://www.ninds.nih.gov/))

National Institute of Nursing Research (NINR (https://www.ninr.nih.gov/))

National Institute on Minority Health and Health Disparities (NIMHD (https://www.nimhd.nih.gov/))

National Library of Medicine (NLM (https://www.nlm.nih.gov/))

National Center for Complementary and Integrative Health (NCCIH (https://nccih.nih.gov/))

All applications to this funding opportunity announcement should fall within the mission of the Institutes/Centers. The following NIH Offices may co-fund applications assigned to those Institutes/Centers.

Office of Research on Women's Health (ORWH (https://orwh.od.nih.gov/))

Office of Data Science Strategy (ODSS (https://datascience.nih.gov/about/odss))

**Special Note:** Not all NIH Institutes and Centers participate in Parent Announcements. Candidates should carefully note which ICs participate in this announcement and view their respective areas of research interest and requirements at the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html) website. ICs that do not participate in this announcement will not consider applications for funding. Consultation with NIH staff before submitting an application is strongly encouraged.

---

**Funding Opportunity Title**

## NIH Pathway to Independence Award (Parent K99/R00 – Independent Clinical Trial Not Allowed)

---

**Activity Code**

K99 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=k99&Search.x=0&Search.y=0&Search_Type=Activity)/R00 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=r00&Search.x=0&Search.y=0&Search_Type=Activity) Career Transition Award/Research Transition Award

## Announcement Type

Reissue of PA-20-188 (https://grants.nih.gov/grants/guide/pa-files/PA-20-188.html)

## Related Notices

See Notices of Special Interest (https://grants.nih.gov/grants/guide/NOSIs_targetingList.cfm?GuideDocID=40824) associated with this funding opportunity

- **March 31, 2025** - This funding opportunity was updated to align with agency priorities. Carefully reread the full funding opportunity and make any needed adjustments to your application prior to submission.
- **January 15, 2025** - Notice of the Discontinuation of NCI's Participation in PA-24-193, PA-24-194 & PA-24-195 NIH Pathway to Independence Award (Parent K99/R00). See Notice NOT-CA-25-021 (//grants.nih.gov/grants/guide/notice-files/NOT-CA-25-021.html).
- **April 04, 2024** - Overview of Grant Application and Review Changes for Due Dates on or after January 25, 2025. See Notice NOT-OD-24-084 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-084.html)
- **September 25, 2024** - Notice of a Virtual Question and Answer "Informational Session" with NICHD Staff for the K99/R00 Pathway to Independence Award. See Notice NOT-HD-24-037 (https://grants.nih.gov/grants/guide/notice-files/NOT-HD-24-037.html).
- **June 4, 2024** - Guidance Regarding Reduction of Effort for NIMHD Individual Mentored K Awards. See Notice NOT-MD-24-017 (//grants.nih.gov/grants/guide/notice-files/NOT-MD-24-017.html)
- **May 30, 2024** - Notice to Alert the Public of NIDA's Career Development Award Salary Limits. See Notice NOT-DA-24-032 (//grants.nih.gov/grants/guide/notice-files/NOT-DA-24-032.html)
- **May 7, 2024** - Notice of Information: NIAID to Increase K99, K25, and K01 Salary and Research Support and R00 Years of Support. See Notice NOT-AI-24-038 (//grants.nih.gov/grants/guide/notice-files/NOT-AI-24-038.html)
- **August 31, 2022** - Implementation Changes for Genomic Data Sharing Plans Included with Applications Due on or after January 25, 2023. See Notice NOT-OD-22-198 (https://grants.nih.gov/grants/guide/notice-files/not-od-22-198.html).
- **August 5, 2022** - Implementation Details for the NIH Data Management and Sharing Policy. See Notice NOT-OD-22-189 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-189.html).

## Funding Opportunity Number (FON)

PA-24-194

## Companion Funding Opportunity

PA-24-193 (https://grants.nih.gov/grants/guide/pa-files/PA-24-193.html), K99 (https://grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=K99&&Search.x=0&&Search.y=0&&Search_Type=Activity)/ R00 (https://grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=R00&&Search.x=0&&Search.y=0&&Search_Type=Activity) Career Transition Award/Research Transition Award

PA-24-195 (https://grants.nih.gov/grants/guide/pa-files/PA-24-195.html), K99 (https://grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=K99&&Search.x=0&&Search.y=0&&Search_Type=Activity) R00 (https://grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=R00&&Search.x=0&&Search.y=0&&Search_Type=Activity) Career Transition Award/Research Transition Award

## Number of Applications

See Section III. 3. Additional Information on Eligibility.

## Assistance Listing Number(s)

93.855, 93.213, 93.242, 93.865, 93.846, 93.286, 93.859, 93.866, 93.121, 93.879, 93.172, 93.173, 93.847, 93.867, 93.313, 93.113, 93.279, 93.361, 93.398, 93.307, 93.853, 93.310, 93.837, 93.233, 93.838, 93.839, 93.840, 93.273

## Funding Opportunity Purpose

Case: 25-1611    Document: 00118310432    Page: 202    Date Filed: 07/08/2025    Entry ID: 6734280

4/16/25, 1:00 PM    Case 1:25-cv-10787-BEM  Document 39-21  Filed 04/25/25  Page 38 of 65
PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

The purpose of the NIH Pathway to Independence Award (K99/R00) program is to facilitate a timely transition of outstanding postdoctoral researchers with a research and/or clinical doctorate degree from mentored, postdoctoral research positions to independent, tenure-track or equivalent faculty positions. The program will provide independent NIH research support during this transition in order to help awardees to launch competitive, independent research careers.

This Notice of Funding Opportunity (NOFO) is designed specifically for candidates proposing research that does not involve leading an independent clinical trial, a clinical trial feasibility study, or an ancillary clinical trial. Under this NOFO candidates are permitted to propose a research experience in a clinical trial led by a mentor or co-mentor. Those proposing a clinical trial or an ancillary clinical trial as lead investigator, should apply to the companion NOFO (PA-24-193 (https://grants.nih.gov/grants/guide/pa-files/PA-24-193.html)).

## Key Dates

### Posted Date

April 24, 2024

### Open Date (Earliest Submission Date)

May 10, 2024

### Letter of Intent Due Date(s)

Not Applicable

The following table includes NIH standard due dates (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/due-dates.htm) marked with an asterisk.

| Application Due Dates | | | Review and Award Cycles | | |
|---|---|---|---|---|---|
| New | Renewal / Resubmission / Revision (as allowed) | AIDS - New/Renewal/Resubmission/Revision, as allowed | Scientific Merit Review | Advisory Council Review | Earliest Start Date |
| June 12, 2024 * | July 12, 2024 * | September 07, 2024 * | November 2024 | January 2025 | April 2025 |
| October 12, 2024 * | November 12, 2024 * | January 07, 2025 * | March 2025 | May 2025 | July 2025 |
| February 12, 2025 * | March 12, 2025 * | May 07, 2025 * | July 2025 | October 2025 | December 2025 |
| June 12, 2025 * | July 12, 2025 * | September 07, 2025 * | November 2025 | January 2026 | April 2026 |
| October 12, 2025 * | November 12, 2025 * | January 07, 2026 * | March 2026 | May 2026 | July 2026 |
| February 12, 2026 * | March 12, 2026 * | May 07, 2026 * | July 2026 | October 2026 | December 2026 |
| June 12, 2026 * | July 12, 2026 * | September 07, 2026 * | November 2026 | January 2027 | April 2027 |

APHA App. 199

| Application Due Dates | | | Review and Award Cycles | | |
|---|---|---|---|---|---|
| New | Renewal / Resubmission / Revision (as allowed) | AIDS - New/Renewal/Resubmission/Revision, as allowed | Scientific Merit Review | Advisory Council Review | Earliest Start Date |
| October 12, 2026 * | November 12, 2026 * | January 07, 2027 * | March 2027 | May 2027 | July 2027 |
| February 12, 2027 * | March 12, 2027 * | May 07, 2027 * | July 2027 | October 2027 | December 2027 |

All applications are due by 5:00 PM local time of applicant organization.

Candidates are encouraged to apply early to allow adequate time to make any corrections to errors found in the application during the submission process by the due date.

**Expiration Date**

May 08, 2027

**Due Dates for E.O. 12372**

Not Applicable

## Required Application Instructions

It is critical that applicants follow the instructions in the Career Development (K) Instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) except where instructed to do otherwise (in this NOFO or in a Notice from the NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/url_redirect.php?id=11164)). Conformance to all requirements (both in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) and the NOFO) is required and strictly enforced. Applicants must read and follow all application instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400), follow the program-specific instructions. **Applications that do not comply with these instructions may be delayed or not accepted for review.**

There are several options available to submit your application through Grants.gov to NIH and Department of Health and Human Services partners. You **must** use one of these submission options to access the application forms for this opportunity.

1. Use the NIH ASSIST system to prepare, submit and track your application online.

   Apply Online Using ASSIST

2. Use an institutional system-to-system (S2S) solution to prepare and submit your application to Grants.gov and eRA Commons (https://public.era.nih.gov/commons/) to track your application. Check with your institutional officials regarding availability.

3. Use Grants.gov (https://grants.gov/search-grants?oppStatuses=closed|archived|posted|forecasted&fon=PA-24-194) Workspace to prepare and submit your application and eRA Commons (http://public.era.nih.gov/commons/) to track your application.

# Table of Contents

Part 1. Overview Information
    Key Dates
Part 2. Full Text of Announcement
    Section I. Funding Opportunity Description

Case: 25-1611    Document: 00118310432    Page: 204    Date Filed: 07/08/2025    Entry ID: 6734280

4/16/25, 1:00 PM    Case 1:25-cv-10787-BEM    Document 39-21    Filed 04/25/25    Page 40 of 65
PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

Section II. Award Information
Other Award Budget Information
Section III. Eligibility Information
Section IV. Application and Submission Information
Section V. Application Review Information
Section VI. Award Administration Information
Section VII. Agency Contacts
Section VIII. Other Information

# Part 2. Full Text of Announcement

## Section I. Funding Opportunity Description

The overall goal of the NIH Research Career Development program is to help ensure that a pool of highly trained scientists is available in appropriate scientific disciplines to address the Nation's biomedical, behavioral, and clinical research needs. NIH Institutes and Centers (ICs) support a variety of mentored and non-mentored career development award programs designed to foster the transition of new investigators to research independence and to support established investigators in achieving specific objectives. Candidates should review the different career development (K) award programs to determine the best program to support their goals. More information about Career programs may be found at the NIH Research Training and Career Development (https://grants.nih.gov/grants/guide/url_redirect.php?id=41159) website.

The purpose of the NIH Pathway to Independence Award (K99/R00) is to help postdoctoral researchers complete needed, mentored training and transition in a timely manner to independent, tenure-track or equivalent faculty positions. The K99/R00 award is intended to foster the development of an independent research program that will be competitive for subsequent independent funding and that will help advance the mission of the NIH. Candidates must have no more than 4 years of postdoctoral research experience at the time of the initial or the subsequent resubmission or revision application. The K99/R00 award is intended for individuals who require at least 12 months of mentored research and career development (K99 phase) before transitioning to the R00 award phase of the program. Consequently, the strongest candidates will require, and will propose, a well-conceived plan for 1–2 years of substantive mentored research and career development that will help them become competitive candidates for tenure-track faculty positions and prepare them to launch robust, independent research programs. *An individual who cannot provide a compelling rationale for at least one year of additional mentored research experience and career development at the time of award is not a strong candidate for this award.*

Individuals must be in mentored, postdoctoral training positions to be eligible to apply to the K99/R00 program. If a candidate achieves independence (any faculty or non-mentored research position) before a K99 award is made, neither the K99, nor the R00 award, will be made.

The K99/R00 award will provide up to 5 years of support in two phases. The initial (K99) phase will provide support for up to 2 years of mentored postdoctoral research training and career development. The second (R00) phase will provide up to 3 years of independent research support, which is contingent on satisfactory progress during the K99 phase and an approved, independent, tenure-track (or equivalent) faculty position. The two award phases are intended to be continuous in time. Therefore, although exceptions may be possible in limited circumstances, R00 awards will generally only be made to those K99 PDs/PIs who accept independent, tenure-track (or equivalent) faculty positions by the end of the K99 award period.

*Additional Information for Clinician-Scientists:* For the purposes of this program, physician-scientists include individuals with an MD, DO, DDS/DMD, DVM/VMD, or nurses with research doctoral degrees who devote the majority of their time to biomedical research. The K99/R00 is intended for those physician-scientists who already have substantial research training and are dedicated to initiating a strong, research-intensive career as physician-scientists. The K99/R00 program is designed to facilitate a timely transition of outstanding physician-scientists from mentored, research positions to independent, tenure-track or equivalent faculty positions, and to provide independent NIH research support during the transition. Individuals who need a longer period of mentored career development before they are prepared to begin the transition to research independence should consider the K08 or K23 program (see: K Kiosk (https://researchtraining.nih.gov/programs/career-development)).

**Note:** This Notice of Funding Opportunity (NOFO) is designed specifically for proposing research that does not involve leading an independent clinical trial, a clinical trial feasibility study, or an ancillary clinical trial. Under this NOFO, candidates are permitted to propose a research experience in a clinical trial led by a mentor or co-mentor. Those proposing a clinical trial or an ancillary clinical trial as lead investigator, should apply to the companion NOFO (PA-24-193 (https://grants.nih.gov/grants/guide/pa-files/PA-24-193.html)).

**Special Note:** Because of the differences in individual Institute and Center (IC) program requirements for this NOFO, prospective candidates are strongly encouraged to consult the Table of IC-Specific Information, Requirements and Staff Contacts

APHA App. 201

(https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html), to make sure that their application is appropriate for the requirements of one of the participating NIH ICs.

See Section VIII. Other Information for award authorities and regulations.

# Section II. Award Information

### Funding Instrument

Grant: A financial assistance mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity.

### Application Types Allowed

New
Resubmission
Revision

The OER Glossary (//grants.nih.gov/grants/guide/url_redirect.php?id=11116) and the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) provides details on these application types.

### Clinical Trial?

Not Allowed: Only accepting applications that do not propose clinical trials.

**Note:** Candidates may propose to gain experience in a clinical trial led by a mentor/co-mentor as part of their research career development.

Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)

### Funds Available and Anticipated Number of Awards

The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications.

### Award Budget

Award budgets are composed of salary and other program-related expenses, as described below.

### Award Project Period

The total project period may not exceed 5 years.

# Other Award Budget Information

### Salary

Salary and research costs may be requested to the level provided by the awarding Institute or Center. Candidates should consult the following table for IC-specific, programmatic and budgetary information (see the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html)). Further guidance on budgeting for career development salaries is provided in the  How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

**Intramural Program:** Mentored award recipients in the NIH intramural program will be supported by intramural funds provided by the NIH Institute/Center intramural laboratory in which they are conducting their research. Budget details for the mentored phase will be negotiated with the sponsoring intramural laboratory. Salary will be consistent with that offered scientists in similar, intramural NIH positions.

**Extramural Program:** Mentored award recipients at an extramural sponsoring institution/organization will be supported by NIH extramural funds. The requested salary must be consistent both with the established salary structure at the institution and with salaries actually provided by the institution from its own funds to other staff members with equivalent qualifications, rank, and responsibilities in the department concerned. Further guidance on budgeting for career development salaries is provided in the SF424 (R&R) Application Guide.

APHA App. 202

In addition, the candidate may derive additional compensation for effort associated with other Federal sources or awards provided the total salary derived from all Federal sources does not exceed the maximum legislated salary rate (see https://grants.nih.gov/grants/policy/salcap_summary.htm, (https://grants.nih.gov/grants/policy/salcap_summary.htm)) and the total percent effort does not exceed 100%. See also NOT-OD-17-094 (https://grants.nih.gov/grants/guide/notice-files/not-od-17-094.html).

**Independent Phase (R00)**

The total cost for the independent phase (R00) may not exceed $249,000 per year. This amount includes salary, fringe benefits, research costs, and applicable indirect costs. Indirect costs will be reimbursed at the extramural sponsoring institution' s indirect cost rate. Indirect costs requested by consortium participants are included in the total cost limitation.

**Other Program-Related Expenses**

Participating NIH Institutes and Centers will provide research development support for the award recipient (see Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html)). These funds may be used for the following expenses (a) tuition and fees related to career development; (b) research-related expenses, such as supplies, equipment and technical personnel; (c) travel to research meetings or training; and (d) statistical services including personnel and computer time. .

Salary for mentors, secretarial and administrative assistants, etc. is not allowed.

**Indirect Costs**

For the extramural K99 phase, Indirect Costs (also known as Facilities & Administrative [F&A] Costs) are reimbursed at 8% of modified total direct costs. For the R00 phase, indirect costs will be reimbursed at the extramural sponsoring institution's indirect cost rate.

NIH grants policies as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) will apply to the applications submitted and awards made from this NOFO.

# Section III. Eligibility Information

## 1. Eligible Applicants

### Eligible Organizations

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)
- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

For-Profit Organizations

- Small Businesses
- For-Profit Organizations (Other than Small Businesses)

Local Governments

- State Governments
- County Governments
- City or Township Governments
- Special District Governments
- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)

Federal Governments

- Eligible Agencies of the Federal Government
- U.S. Territory or Possession

Other

- Independent School Districts
- Public Housing Authorities/Indian Housing Authorities
- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations
- Regional Organizations

The sponsoring institution may be private (profit or nonprofit) or public, including the NIH Intramural Programs and other Federal laboratories.

The applicant institution will be the mentored phase (K99) institution. All institution/organization types listed above are eligible for both the mentored (K99) and independent (R00) phase, with the following exceptions: (1) Eligible agencies of the Federal government, such as the NIH intramural program, are eligible only for the mentored phase; and (2) Eligibility of organizations, other than institutions of higher education, for the R00 phase depends on the nature of the appointment, and the ability of the PD/PI to conduct independent research and apply for NIH research (R01 or R01-equivalent) grants.

## Foreign Organizations

Non-domestic (non-U.S.) Entities (Foreign Organizations) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are not** eligible to apply.

Foreign components, as defined in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11118), **are** allowed.

## Required Registrations

### Applicant Organizations

Applicant organizations must complete and maintain the following registrations as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants should begin the registration process as soon as possible. Failure to complete registrations in advance of a due date is not a valid reason for a late submission, please reference NIH Grants Policy Statement 2.3.9.2 Electronically Submitted Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82423) for additional information.

- System for Award Management (SAM) – (https://grants.nih.gov/grants/guide/url_redirect.php?id=82390) Applicants must complete and maintain an active registration, **which requires renewal at least annually**. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.
  - NATO Commercial and Government Entity (NCAGE) Code (//grants.nih.gov/grants/guide/url_redirect.php?id=11176) – Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.
  - Unique Entity Identifier (UEI) - A UEI is issued as part of the SAM.gov registration process. The same UEI must be used for all registrations, as well as on the grant application.
- eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123) - Once the unique organization identifier is established, organizations can register with eRA Commons in tandem with completing their Grants.gov registration; all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.
- Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=82300) – Applicants must have an active SAM registration in order to complete the Grants.gov registration.

### Program Directors/Principal Investigators (PD(s)/PI(s))

All PD(s)/PI(s) must have an eRA Commons account.  PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

All PD(s)/PI(s) must be registered with ORCID (https://orcid.org/). The personal profile associated with the PD(s)/PI(s) eRA Commons account must be linked to a valid ORCID ID. For more information on linking an ORCID ID to an eRA Commons personal profile see the ORCID topic in our eRA Commons online help (https://era.nih.gov/erahelp/Commons/default.htm#orcid.htm%3FTocPath%3D_____29).

## Eligible Individuals (Program Director/Principal Investigator)

*Candidates for the K99/R00 are strongly encouraged to obtain confirmation of their eligibility from the relevant IC before they begin to prepare their applications. It is incumbent upon the candidate to provide evidence that they meet all of the eligibility criteria outlined below.*

Any candidate with the skills, knowledge, and resources necessary to carry out the proposed research as the Program Director/Principal Investigator (PD/PI) is invited to work with their mentor and organization to develop an application for support. Multiple PDs/PIs are not allowed.

Case: 25-1611     Document: 00118310432     Page: 208     Date Filed: 07/08/2025     Entry ID: 6734280

4/16/25, 1:00 PM     Case 1:25-cv-10787-BEM   Document 39-21   Filed 04/25/25   Page 44 of 65
PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

K99/R00 applicants must have no more than 4 years of postdoctoral research experience as of the relevant application due date regardless of whether it is a new or resubmission application. Individuals must be in mentored, postdoctoral training positions to be eligible to apply to the K99/R00 program. If the candidate achieves independence (i.e., any faculty or non-mentored research position) before a K99 award is made, neither the K99 award, nor the R00 award, will be issued.

Consistent with the [NIH Extension Policy for Early Stage Investigator Status (ESI) (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-18-235.html)](https://grants.nih.gov/grants/guide/notice-files/NOT-OD-18-235.html), NIH will approve an extension of one year for childbirth within the 4 year K99 eligibility window. Applicants who will be PD/PIs on a K99 application must provide the child's date of birth in the extension request justification submitted to IC program officials and/or scientific/research contacts listed in the NOFO at least 12 weeks before submitting an application.

In addition, parental, medical, military, or other well-justified leave for personal or family situations of generally less than 12 months duration is typically not included in the 4-year eligibility limit, nor is clinical training with no research involvement (e.g., full-time residency training). Only time dedicated to research activities counts toward the 4-year limit. Part-time postdoctoral research training, related to personal or family situations or occurring during a research residency or fellowship, will be pro-rated accordingly.

Additional clarifications are provided under [Frequently Asked Questions (https://grants.nih.gov/grants/new_investigators/QsandAs.htm)](https://grants.nih.gov/grants/new_investigators/QsandAs.htm). Potential candidates are encouraged to discuss their individual situation with a [NIH Institute or Center Scientific Program Contact (https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html)](https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html) before applying.

There is no citizenship requirement for K99 candidates. A candidate may be a citizen or a non-citizen national of the United States, have been lawfully admitted for permanent residence (i.e., possess a currently valid Permanent Resident Card USCIS Form I-551, or other legal verification of such status), or be a non-U.S. citizen.

For applications submitted on behalf of non-U.S. citizens with temporary U.S. visas, visa status during each phase of the K99/R00 award must allow the PD/PI to conduct the proposed research at the applicant institution. For the K99 phase of the award, the applicant institution is responsible for determining and documenting, in the K99 application, that the candidate's visa will allow them to remain in the U.S. long enough to complete the K99 phase of the award. For the R00 phase of the award, the U.S. institution at which the R00 phase of the award will be conducted is responsible for determining and documenting, in the R00 application, that the PD/PI's visa will allow the PD/PI to remain in the U.S. for the duration of the R00 award.

Candidates for the K99/R00 award must have a clinical or research doctorate (including PhD, MD, DO, DC, ND, DDS, DMD, DVM, ScD, DNS, PharmD or equivalent doctoral degrees). Clinicians (including those with MD, DDS, DVM and other licensed health professionals) in a clinical faculty position that denotes independence in clinical responsibilities but not in research may also be eligible for the K99/R00 award.

*Individuals are NOT eligible if they:*

- Have currently or previously held an independent research faculty or tenure-track faculty position, or its equivalent, in academia, industry or elsewhere; or
- Have more than 4 years of related postdoctoral research training at the time of initial application or resubmission; or
- Have been an independent PD/PI on NIH research grants (e.g. R01, R03, R21), NIH career development awards (e.g., K01, K07, K08, K23, K25), or other peer-reviewed NIH or non-NIH research grants over $100,000 direct costs per year, or Project Leaders on sub-projects of program project (P01) or center (P50) grants or the equivalent.

*Ph.D. (or equivalent research doctorate degree) candidates in positions other than postdoctoral fellow positions:* It is recognized that some institutions appoint postdoctoral fellows in positions with other titles although they are still in non-independent, mentored training positions. Candidates in such positions are encouraged to obtain confirmation of their eligibility from the relevant IC **before** they begin to prepare their applications. It is incumbent upon the candidate to provide evidence that their position complies with the intent of this eligibility requirement. If a potential candidate  is in a position that is not clearly identifiable as a postdoctoral training position, the candidate should provide the relevant NIH Institute or Center an official statement of the institution's policy (e.g. published position description in an official institutional document) which documents the position as a mentored, postdoctoral training position.

*Clinicians (including those with M.D., D.D.S., D.V.M. and other licensed professionals) in positions not designated as postdoctoral positions:* Following clinical training or fellowship training periods, clinicians often obtain a clinical faculty position that denotes independence in clinical responsibilities but not in research. A clinical faculty member who does not hold an independent research faculty position may be eligible for the K99/R00 award, and should contact a Program Director at the relevant NIH Institute for guidance. Clinicians in such positions are encouraged to obtain confirmation of their eligibility before they begin to prepare their applications. Such individuals may also wish to consider other career awards ([see K Kiosk (//grants.nih.gov/training/careerdevelopmentawards.htm)](//grants.nih.gov/training/careerdevelopmentawards.htm)) available for junior faculty development.

*The following is provided as an aid to distinguish independent from non-independent positions.  However, it is not sufficient*

PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

*merely to cite one or more of the following items to document eligibility.*

Evidence for non-independence may include:

- *The candidate's research is entirely funded by another investigator's grants.*
- *The candidate's research is conducted entirely in another investigator's assigned space.*
- *According to institutional policy, the candidate cannot hire postdoctoral fellows or technical staff or be the responsible supervisor of graduate students.*
- *According to institutional policy, the candidate is not allowed to submit an application as the PD/PI of an NIH research grant application (e.g., R01).*
- *The candidate lacks other rights and privileges of faculty, such as attendance at faculty meetings.*

Conversely, evidence for independence, and therefore lack of eligibility, includes:

- *The candidate has a full-time faculty position.*
- *The candidate received a start-up package for support of their independent research.*
- *The candidate has research space dedicated to their own research.*
- *The candidate may attend faculty meetings, be the responsible supervisor for graduate students, and/or hire technical support or postdoctoral fellows.*
- *The candidate is eligible to apply for independent research funding as the PD/PI of an NIH research grant.*

### 2. Cost Sharing

This NOFO does not require cost sharing as defined in the [NIH Grants Policy Statement Section 1.2 Definitions of Terms (//grants.nih.gov/grants/guide/url_redirect.php?id=11126)](//grants.nih.gov/grants/guide/url_redirect.php?id=11126).

### 3. Additional Information on Eligibility

#### Number of Applications

Applicant organizations may submit more than one application, provided that each application is scientifically distinct, and each is from a different candidate.

NIH will not accept duplicate or highly overlapping applications under review at the same time per [NIH Grants Policy Statement Section 2.3.7.4 Submission of Resubmission Application (//grants.nih.gov/grants/guide/url_redirect.php?id=82415)](//grants.nih.gov/grants/guide/url_redirect.php?id=82415). An individual may not have two or more competing NIH career development applications pending review concurrently. In addition, NIH will not accept:

- *A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.*
- *A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.*
- *An application that has substantial overlap with another application pending appeal of initial peer review. (See [NIH Grants Policy Statement 2.3.9.4 Similar, Essentially Identical, or Identical Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82423)](//grants.nih.gov/grants/guide/url_redirect.php?id=82423)).*

#### Level of Effort

**K99 Phase.** At the time of award, the candidate must have a full-time appointment at the academic institution. Candidates are required to commit a minimum of 75% of full-time professional effort (i.e., a minimum of 9 person-months) to their program of career development. Candidates may engage in other duties as part of the remaining 25% of their full-time professional effort not covered by this award, as long as such duties do not interfere with or detract from the proposed career development program. Physician-scientists in surgical specialties may request a minimum of 50% of full-time professional effort.

Candidates who have VA appointments may not consider part of the VA effort toward satisfying the full time requirement at the applicant institution. Candidates with VA appointments should contact the staff person in the relevant Institute or Center prior to preparing an application to discuss their eligibility.

After the receipt of the award, adjustments to the required level of effort may be made in certain circumstances.  See [NOT-OD-18-156 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-18-156.html)](https://grants.nih.gov/grants/guide/notice-files/NOT-OD-18-156.html) and [NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/html5/section_12/12.3.6_level_of_effort.htm)](https://grants.nih.gov/grants/policy/nihgps/html5/section_12/12.3.6_level_of_effort.htm), Section 12.3.6.4 Temporary Adjustments to the Percent Effort Requirement for more details

**R00 Phase.** Although candidates are required to devote no less than 75% (no less than 50% effort for surgical specialties) of their full-time, 12-month professional effort to research (i.e., full-time for 9 person-months), the required 9 person-months of research effort need not be devoted exclusively to the R00-supported research.

#### Mentor(s)

APHA App. 206

Case: 25-1611    Document: 00118310432    Page: 210    Date Filed: 07/08/2025    Entry ID: 6734280

4/16/25, 1:00 PM    Case 1:25-cv-10787-BEM    Document 39-21    Filed 04/25/25    Page 46 of 65
PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

*Before submitting the application, the candidate must identify a mentor who will supervise the proposed career development and research experience. The mentor should be an active investigator in the area of the proposed research and be committed both to the career development of the candidate and to the direct supervision of the candidate's research. The mentor must document the availability of sufficient research support and facilities. Candidates are encouraged to identify more than one mentor, i.e., a mentoring team (advisory committee), if this is deemed advantageous for providing expert advice in all aspects of the research career development program. In such cases, one individual must be identified as the primary mentor who will coordinate the candidate's research. Candidates holding a clinical doctorate should include at least one individual with a clinical doctorate on the mentoring team. Candidates also are encouraged to propose a mentoring team that will provide additional guidance typically towards professional aspects of the candidate's career development. The candidate must work with the mentor(s) in preparing the application. The mentor, or a member of the mentoring team, should have a successful track record of mentoring individuals at the candidate's career stage.*

*The mentor(s) or mentoring team must demonstrate appropriate expertise, experience, and ability to guide the candidate. If the primary mentor has limited training experience, a co-mentor with a strong, successful track record as a mentor should also be included.*

### Institutional Environment
*The applicant institution must have a strong, well-established record of research and career development activities and faculty qualified to serve as mentors in biomedical, behavioral, or clinical research.*

## Section IV. Application and Submission Information

### 1. Requesting an Application Package

*Buttons to access the online ASSIST system or to download application forms are available in Part 1 of this NOFO. See your administrative office for instructions if you plan to use an institutional system-to-system solution.*

### 2. Content and Form of Application Submission

*It is critical that applicants follow the instructions in the Career Development (K) Instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) except where instructed in this notice of funding opportunity to do otherwise. Conformance to the requirements in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.*

*For information on Application Submission and Receipt, visit Frequently Asked Questions – Application Guide, Electronic Submission of Grant Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=41137).*

### Page Limitations

*All page limitations described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) and the Table of Page Limits (https://grants.nih.gov/grants/guide/url_redirect.php?id=61134) must be followed.*

### Instructions for Application Submission
*The following section supplements the instructions found in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) and should be used for preparing an application to this NOFO.*

### SF424(R&R) Cover

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.*

### SF424(R&R) Project/Performance Site Locations

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.*

### Other Project Information

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.*

### SF424(R&R) Senior/Key Person Profile Expanded

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.*

### R&R Budget

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.*

*The following additional instructions apply to this NOFO:*

APHA App. 207

Provide itemized budget information for each budget period covered under the K99 phase.

Itemized budget information is not required for the R00 phase; a total requested amount for each budget period is acceptable. However, some basic information must be completed in order for NIH to successfully process the budget form. For each budget period of the R00 phase:

- Select the appropriate Budget Type
- Provide the Budget Period Start Date and End Date
- In Section A: Senior/Key Persons provide an entry for the PD/PI, including the appropriate level of effort, $0 for Requested Salary and $0 for Fringe Benefits
- In Section F: Other Direct Costs add a line item titled R00 Independent Phase and provide the total request for that period (up to $249,000).

At the time of transition to the R00 phase, the R00 applicant institution will submit a detailed budget for each budget period of the R00 project period that reflects the direct and indirect costs at the R00 applicant institution.

### PHS 398 Cover Page Supplement

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

### PHS 398 Career Development Award Supplemental Form

The PHS 398 Career Development Award Supplemental Form is comprised of the following sections:

Candidate
Research Plan
Other Candidate Information
Mentor, Co-Mentor, Consultant, Collaborators
Environment & Institutional Commitment to the Candidate
Other Research Plan Sections
Appendix

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

### Candidate Section

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed, with the following additional instructions:

#### Candidate Information and Goals for Career Development

#### Candidate's Background

- Describe the candidate's commitment to a career in a biomedical, behavioral, or clinical research field relevant to the mission of one of the participating NIH ICs.
- Describe the candidate's potential to develop into a successful, independent investigator.

#### Career Goals and Objectives

- Describe the candidate's current and long-term research and career objectives.
- Present a scientific history that: (1) shows a logical progression from the candidate's prior research and career development experiences to the training and research experiences proposed for the mentored phase of the award (K99) and subsequently to the independent phase of the award (R00); and (2) justifies the need for further mentored career development to become an independent research investigator.
- If currently supported by an institutional training grant or individual fellowship award (such as provided through the Ruth L. Kirschstein NRSA program), describe the candidate's current research training or fellowship program.

- Describe how the candidate plans to separate scientifically from his/her mentor and advance to research independence.

#### Candidate's Plan for Career Development/Training Activities During Award Period

- A systematic plan should be presented for obtaining the biomedical, behavioral, or clinical science background, research experience, and career development activities necessary to launch an independent research career. Describe current activities and how they relate to the candidate's career development plans and career goals. Describe proposed activities, e.g., those that will lead to new and/or enhanced research skills and knowledge, as well as related skills such as grant-writing, communication, leadership, and laboratory management. The career development plan must be specifically tailored to meet the needs of the candidate and the goal of achieving independence as a researcher.

APHA App. 208

Case: 25-1611     Document: 00118310432     Page: 212     Date Filed: 07/08/2025     Entry ID: 6734280

4/16/25, 1:00 PM          Case 1:25-cv-10787-BEM   Document 38-21   Filed 04/25/25   Page 48 of 65
PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

- Describe how the skills and knowledge obtained during the mentored phase will enhance research productivity and facilitate the development of new approaches and directions for investigation. Describe how the career development plan will promote the candidate's success and transition to scientific independence. Candidates must justify the need for the award, particularly the mentored (K99) phase, and must provide a convincing case that the proposed period of support (1-2 years as a mentored candidate followed by up to 3 years as an independent scientist) will substantially enhance their career and/or will allow the pursuit of a novel or promising approach to a particular research problem. Candidates should make clear why additional mentored research and career development are critical before transitioning to research independence and pursuit of the proposed independent phase research.
- The candidate must describe a plan, including a timeline with milestones, for evaluation of their progress during the mentored phase and for the transition to the independent phase.

### Research Plan Section

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed, with the following additional instructions:

#### Research Strategy

- The research plan must span both phases of the K99/R00 award. The candidate should clearly indicate the research planned for each phase. This narrative should describe what the candidate will accomplish during the mentored phase research that will enable them  to launch an independent research program (i.e., what does the candidate still need to accomplish during the mentored phase in order to compete successfully once independence is achieved).
- The research plan should state the significance, innovation and approach of the proposed research during the K99 and R00 phases of the award. The research plan should provide a detailed rationale, experimental approach, and expected/alternative outcomes for the proposed studies. Although it is anticipated that candidates will be best able to describe their current and past research, the research plan for the R00 phase of the award should be described in sufficient detail for reviewers to evaluate the merit of this component of the application.
- Describe the relationship between the mentor's research and the candidate's proposed research.  Describe how the candidate will gain independence from their mentor(s) and separate their scientific research program from that of the mentor(s).
- If the candidate is proposing to gain experience in a clinical trial, ancillary clinical trial or a clinical trial feasibility study as part of his or her research career development, describe the relationship of the proposed research project to the clinical trial.

#### Training in the Responsible Conduct of Research

- All applications must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). See How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) for instructions.

### Mentor, Co-Mentor, Consultant, Collaborators Section

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed, with the following additional instructions:

#### Plans and Statements of Mentor and Co-mentor(s)

- The application must include a statement from the primary mentor that provides: 1) information on their research qualifications and previous experience as a research supervisor; 2) a plan describing the nature of the supervision and mentoring that will occur during the proposed K99 award period, including how the candidate's scientific and professional independence will be promoted; 3) a description of the elements of the planned research training and career development, including any formal course-work; 4) a plan for transitioning the candidate from the mentored phase to the independent phase of the award and a description of how the mentor will help the candidate achieve scientific independence from their mentor(s); 5) a statement identifying  the components of the proposed research that the K99 applicant can take when they transition to research independence and that can be part of their independent (R00) phase award; and 6) when appropriate, a statement  affirming any  resources and reagents that can be taken by the applicant to the independent phase of the award.
- The mentor should have sufficient independent research support to cover the costs of the proposed K99 research project in excess of the allowable costs of this award, and should state that needed costs will be covered. If funds are needed beyond what will be provided by the mentor, the source of additional funds should be identified and documented in a letter signed by the responsible individual.
- Similar information must be provided by all co-mentors. If more than one mentor is proposed, the respective areas of expertise, the responsibility of each, and the nature of the involvement with the candidate should be explicitly described. Co-mentors should describe clearly how they will coordinate with the primary mentor and the candidate to provide an integrated mentoring effort.
- The primary mentor must agree to write and provide annual evaluations of the candidate's progress for the initial mentored phase as required in the annual progress report.

Case: 25-1611     Document: 00118310432     Page: 213     Date Filed: 07/08/2025     Entry ID: 6734280

4/16/25, 1:00 PM     Case 1:25-cv-10787-BEM   Document 38-21   Filed 04/25/25   Page 49 of 65
PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

- *The mentor must agree to assist the candidate in transitioning to an independent research position by guiding the candidate during the job search and negotiation process and by commenting on the R00 phase application.*
- *If the candidate is proposing to gain experience in a clinical trial as part of their research career development, the mentor, co-mentor, or a member of the mentoring team must include a statement to document leadership of the clinical trial, and appropriate expertise to guide the applicant in any proposed clinical trials research experience.*

### Letters of Support from Collaborators, Contributors and Consultants

- *Signed statements must be provided by all collaborators and/or consultants confirming their participation in the project and describing their specific roles. Unless also listed as senior/key personnel, collaborators and consultants do not need to provide their biographical sketches. However, information should be provided clearly documenting the appropriate expertise in the proposed areas of consulting/collaboration.*
- *Advisory committee members (if applicable): Signed statements must be provided by each member of the proposed advisory committee.  These statements should confirm their participation, describe their specific roles, and document the expertise they will contribute.  Unless also listed as senior/key personnel, these individuals do not need to provide their biographical sketches.*

## Environmental and Institutional Commitment to the Candidate

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed, with the following additional instructions:*

### Description of Institutional Environment

- *The sponsoring institution must document a strong, well-established research and career development program related to the candidate's area of interest, including a high-quality research environment with key faculty members and other investigators capable of productive collaboration with the candidate.*
- *Describe how the institutional research environment is particularly suited for the development of the candidate's research career and the pursuit of the proposed research plan.*

### Institutional Commitment to the Candidate's Research Career Development

- *The sponsoring institution must provide a statement of commitment to the candidate's development into a productive, independent investigator, i.e. conducting the proposed mentored research and career development during the K99 phase and competing for, and transitioning to, a tenure-track assistant professor position at an academic institution.  While the K99 phase sponsoring institution is not responsible for sponsoring the applicant during the R00 phase, it should be supportive of the candidate prior to initiation of the R00 phase.*
- *Provide assurance that the candidate will be able to devote a minimum of 9 person-months (75% of full-time professional effort) to the development of their research program. The remaining effort should be devoted to activities related to the development of the candidate's career as an independent scientist.*
- *Provide assurance that the research facilities, resources, and training opportunities, including faculty capable of productive collaboration with the candidate, will be available for the candidate's planned career development and research programs during the K99 award period.*
- *Provide assurance that appropriate time and support for any proposed mentor(s) and/or other staff consistent with the career development plan will be available during the K99 award period.*
- *For individuals in postdoctoral positions with other titles although still in non-independent, mentored training positions, provide evidence of eligibility for the K99/R00 program.*
- *If the candidate is not a U.S. Citizen or permanent resident, the sponsoring institution must include information about the candidate's visa status, an assurance that the candidate's visa provides sufficient time to complete the K99 phase of the award at a U.S. institution, and assurance that there are no known obstacles (e.g. home country requirement) to the candidate obtaining a visa at the time of the R00 transition.*

### Other Plan(s):

*Note: Effective for due dates on or after January 25, 2023, the Data Management and Sharing Plan will be attached in the Other Plan(s) attachment in FORMS-H application forms packages.*

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed, with the following additional instructions:*

- *All applicants planning research (funded or conducted in whole or in part by NIH) that results in the generation of scientific data are required to comply with the instructions for the Data Management and Sharing Plan. All applications, regardless of the amount of direct costs requested for any one year, must address a Data Management and Sharing Plan.*

### Appendix:

APHA App. 210

Case: 25-1611     Document: 00118310432     Page: 214     Date Filed: 07/08/2025     Entry ID: 6734280

4/16/25, 1:00 PM        Case 1:25-cv-...  PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

*Limited items are allowed in the Appendix. Follow all instructions for the Appendix as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400); any instructions provided here are in addition to the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) instructions.*

### PHS Human Subjects and Clinical Trials Information

*When involving NIH-defined human subjects research, clinical research, and/or clinical trials (and when applicable, clinical trials research experience) follow all instructions for the PHS Human Subjects and Clinical Trials Information form in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400), with the following additional instructions:*

*If you answered "Yes" to the question "Are Human Subjects Involved?" on the R&R Other Project Information form, you must include at least one human subjects study record using the **Study Record: PHS Human Subjects and Clinical Trials Information** form or **Delayed Onset Study** record.*

#### Study Record: PHS Human Subjects and Clinical Trials Information

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.*

- *For NOFOs that do not allow independent clinical trials, do not complete Section 4 – Protocol Synopsis information or Section 5 - Other Clinical Trial-related Attachments.*

#### Delayed Onset Study

*Note: Delayed onset (https://grants.nih.gov/grants/glossary.htm#DelayedOnsetStudy) does NOT apply to a study that can be described but will not start immediately (i.e., delayed start).*

*All instructions in the SF424 (R&R) Application Guide must be followed.*

### PHS Assignment Request Form

*All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.*

### Reference Letters

*Candidates must carefully follow the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400), **including the time period for when reference letters will be accepted**. Applications lacking the appropriate required reference letters will not be reviewed. This is a separate process from submitting an application electronically. Reference letters are submitted directly through the eRA Commons Submit Referee Information link and not through Grants.gov.*

### 3. Unique Entity Identifier and System for Award Management (SAM)

*See Part 2. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov*

### 4. Submission Dates and Times

*Part I. contains information about Key Dates and Times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.php?id=82380), the application deadline is automatically extended to the next business day.*

*Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11128) (the online portal to find and apply for grants across all Federal agencies) using ASSIST or other electronic submission systems. Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subject to the NIH Grants Policy Statement Section 2.3.9.2 Electronically Submitted Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82423).*

***Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.***

*Information on the submission process and a definition of on-time submission are provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).*

### 5. Intergovernmental Review (E.O. 12372)

K99/R00 NIH Pathway to Independence Award (Parent K99 — Independent Clinical Trial Not Allowed)

*This initiative is not subject to (//grants.nih.gov/grants/policy/url_redirect.php?id=11142)intergovernmental review. (https://grants.nih.gov/grants/policy/nihgps/html5/section_10/10.10.1_executive_orders.htm)*

### 6. Funding Restrictions

*All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement Section 7.9.1 Selected Items of Cost (//grants.nih.gov/grants/guide/url_redirect.php?id=11143).*

*Pre-award costs are allowable only as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11143).*

### 7. Other Submission Requirements and Information

*Applications must be submitted electronically following the instructions described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400). Paper applications will not be accepted.*

**Applicants must complete all required registrations before the application due date.** *Section III. Eligibility Information contains information about registration.*

*For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400). If you encounter a system issue beyond your control that threatens your ability to complete the submission process on-time, you must follow the Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission, contact the Application Submission Contacts in Section VII.*

**Important reminders:**

*All PD(s)/PI(s) must include their eRA Commons ID in the Credential field of the Senior/Key Person Profile form. Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH. See Section III of this NOFO for information on registration requirements.*

*The applicant organization must ensure that the unique entity identifier provided on the application is the same identifier used in the organization's profile in the eRA Commons and for the System for Award Management. Additional information may be found in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).*

*See more tips (//grants.nih.gov/grants/guide/url_redirect.php?id=11146) for avoiding common errors.*

*Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review, NIH. Applications that are incomplete or non-compliant will not be reviewed.*

### Post Submission Materials

*Applicants are required to follow the instructions for post-submission materials, as described in the policy (//grants.nih.gov/grants/guide/url_redirect.php?id=82299).*

*Any instructions provided here are in addition to the instructions in the policy.*

## Section V. Application Review Information

### 1. Criteria

*Only the review criteria described below will be considered in the review process.  Applications submitted to the NIH in support of the NIH mission (//grants.nih.gov/grants/guide/url_redirect.php?id=11149) are evaluated for scientific and technical merit through the NIH peer review system.*

**For this particular announcement, note the following**: *Reviewers should evaluate the candidate's potential for obtaining a tenure-track or equivalent faculty position and developing an independent research program that will make important contributions to the field. Reviewers should consider in their evaluation the likely value of the proposed K99 phase research and career development in facilitating transition to research independence, and the feasibility of the proposed research project as a vehicle for developing a successful, independent research program after transition to the R00 award phase.*

### Overall Impact

*Reviewers should provide their assessment of the likelihood that the proposed career development and research plan will enhance the candidate's potential for a productive, independent scientific research career in a health-related field, taking into consideration the criteria below in determining the overall impact score.*

### Scored Review Criteria

APHA App. 212

Case: 25-1611     Document: 00118310432     Page: 216     Date Filed: 07/08/2025     Entry ID: 6734280

4/16/25, 1:00 PM          Case 1:25-cv-10787-BEM   Document 39-21   Filed 04/25/25   Page 52 of 65
PA-24-194: NIH Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

*Reviewers will consider each of the review criteria below in the determination of scientific merit, and give a separate score for each. An application does not need to be strong in all categories to be judged likely to have major scientific impact.*

### Candidate

- *Based on the candidate's prior research and training experience, track record, referee's evaluations, and the quality and originality of prior research and the current application, what is the candidate's potential to become a highly successful, independent investigator who will contribute significantly to their chosen field of biomedical, behavioral, or clinical related research?*
- *Considering the years of postdoctoral research experience to date, what is the candidate's record of research productivity, including the quality of peer-reviewed scientific publications?*
- *What is the quality of the candidate's pre- and postdoctoral research training, with respect to development of appropriate scientific and technical expertise?*
- *Given the candidate's prior training, proposed career development plan, and the referees' evaluations, is it reasonable to expect that the candidate will be able to achieve an independent, tenure-track or equivalent faculty position within the time period requested for the K99 phase of this award?*

### Career Development Plan/Career Goals and Objectives

- *Are the content and duration of the proposed components of the career development plan appropriate and well-justified for the candidate's current stage of scientific and professional development and proposed research career goals?*
- *To what extent does the proposed career development plan enhance or augment the applicant's research training and skills acquisition to date?*
- *Is the proposed career development plan likely to contribute substantially to the scientific and professional development of the candidate, and facilitate their successful transition to independence?*
- *To what extent are the plans for evaluating the K99 recipient's progress adequate and appropriate for guiding the candidate towards a successful transition to the independent phase of the award?*
- *Is the timeline planned for transition to the independent phase of the award appropriate for the candidate's current stage of scientific and professional development, anticipated productivity, and the career development proposed for the K99 phase of the award?*
- *If proposed, will the clinical trial experience contribute to the applicant's research career development?*

### Research Plan

- *Is the proposed K99 phase research significant and scientifically sound?*
- *Is the prior research that serves as the key support for the proposed project rigorous?*
- *Has the candidate included plans to address weaknesses in the rigor of prior research that serves as the key support for the proposed project?*
- *Has the candidate presented strategies to ensure a robust and unbiased approach, as appropriate for the work proposed?*
- *Has the candidate presented adequate plans to address relevant biological variables, such as sex, for studies in vertebrate animals or human subjects?*
- *Are the scientific and technical merits of the K99 research appropriate for developing the research skills described in the career development plan, and appropriate for developing a highly successful R00 research program?*
- *Is the proposed R00 phase research significant, scientifically sound, and a logical extension of the K99 phase research? Is there evidence of long-term viability of the proposed R00 phase research plan?*
- *Does the R00 phase project address an innovative hypothesis or challenge existing paradigms? Does the project develop or employ novel concepts, approaches, methodologies, tools, or technologies?*
- *To what extent is the proposed R00 phase research likely to foster the career of the candidate as a successful, independent investigator in biomedical, behavioral, or clinical research?*

- *If proposed, will the clinical trial experience contribute to the research project?*

### Mentor(s), Co-Mentor(s), Consultant(s), Collaborator(s)

- *To what extent does the mentor(s) have a strong track record in training future independent researchers?*
- *To what extent are the mentor's research qualifications and experience, scientific stature, and mentoring track record appropriate for the applicant's career development needs?*
- *Is the supervision proposed for the mentored phase of support adequate, and is the commitment of the mentor(s) to the applicant's career development appropriate and sufficient?*
- *Does the mentor provide an appropriate plan that addresses the candidate's training needs, and that is likely to foster the candidate's continued development and transition to independence?*
- *Does the mentor describe an acceptable plan for clear separation of the candidate's research and research career from the mentor's research, including identifying the components of the research plan that the K99 candidate may take to an independent research position?*

- *Are the consultants /collaborators research and/or mentoring qualifications appropriate for their roles in the proposed K99 phase of the award? Do they provide letters of support that affirm their commitment? If applicable, are the Advisory Committee members qualifications appropriate for their roles in the proposed K99 phase of the award?*
- *If the candidate is proposing to gain experience in a clinical trial as part of their research career development, is there evidence of the appropriate expertise, experience, and ability on the part of the mentor(s) to guide the candidate during participation in the clinical trial?*

### Environment & Institutional Commitment to the Candidate

- *To what extent does the institution provide a high quality environment appropriate for the candidate's development during the K99 phase of the award?*
- *To what extent are the research facilities and educational opportunities, including collaborating faculty, adequate and appropriate for the candidate's research and career development goals during the K99 phase of the award? Is adequate evidence provided that the K99 sponsoring institution is strongly committed to fostering the candidate's development and preparation for transition to independence?*
- *Is there adequate assurance that the required minimum of 9 person months (75% of the candidate's full-time professional effort) will be devoted directly to the research training, career development, and research activities proposed for the K99 phase of the award?*

## Additional Review Criteria

*As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.*

### Protections for Human Subjects

*For research that involves human subjects but does not involve one of the categories of research that are exempt under 45 CFR Part 46, the committee will evaluate the justification for involvement of human subjects and the proposed protections from research risk relating to their participation according to the following five review criteria: 1) risk to subjects, 2) adequacy of protection against risks, 3) potential benefits to the subjects and others, 4) importance of the knowledge to be gained, and 5) data and safety monitoring for clinical trials.*

*For research that involves human subjects and meets the criteria for one or more of the categories of research that are exempt under 45 CFR Part 46, the committee will evaluate: 1) the justification for the exemption, 2) human subjects involvement and characteristics, and 3) sources of materials. For additional information on review of the Human Subjects section, please refer to the Guidelines for the Review of Human Subjects (//grants.nih.gov/grants/guide/url_redirect.php?id=11175).*

### Inclusion of Women, Racial and Ethnic Minorities, and Individuals Across the Lifespan

*When the proposed project involves human subjects and/or NIH-defined clinical research, the committee will evaluate the proposed plans for the inclusion (or exclusion) of individuals on the basis of sex, race, and ethnicity, as well as the inclusion (or exclusion) of individuals of all ages (including children and older adults) to determine if it is justified in terms of the scientific goals and research strategy proposed. For additional information on review of the Inclusion section, please refer to the Guidelines for the Review of Inclusion in Clinical Research (//grants.nih.gov/grants/guide/url_redirect.php?id=11174).*

### Vertebrate Animals

*The committee will evaluate the involvement of live vertebrate animals as part of the scientific assessment according to the following three points: (1) a complete description of all proposed procedures including the species, strains, ages, sex, and total numbers of animals to be used; (2) justifications that the species is appropriate for the proposed research and why the research goals cannot be accomplished using an alternative non-animal model; and (3) interventions including analgesia, anesthesia, sedation, palliative care, and humane endpoints that will be used to limit any unavoidable discomfort, distress, pain and injury in the conduct of scientifically valuable research. Methods of euthanasia and justification for selected methods, if NOT consistent with the AVMA Guidelines for the Euthanasia of Animals, is also required but is found in a separate section of the application. For additional information on review of the Vertebrate Animals Section, please refer to the Worksheet for Review of the Vertebrate Animals Section. (//grants.nih.gov/grants/guide/url_redirect.php?id=11150)*

### Biohazards

*Reviewers will assess whether materials or procedures proposed are potentially hazardous to research personnel and/or the environment, and if needed, determine whether adequate protection is proposed.*

### Resubmissions

*For Resubmissions, the committee will evaluate the application as now presented, taking into consideration the responses to comments from the previous scientific review group and changes made to the project.*

### Revisions

*For Revisions, the committee will consider the appropriateness of the proposed expansion of the scope of the project. If the Revision application relates to a specific line of investigation presented in the original application that was not recommended for approval by the committee, then the committee will consider whether the responses to comments from the previous scientific review group are adequate and whether substantial changes are clearly evident.*

### Additional Review Considerations

*As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.*

#### Resource Sharing Plans

*Reviewers will comment on whether the Resource Sharing Plan(s) (i.e., Sharing Model Organisms (https://sharing.nih.gov/other-sharing-policies/model-organism-sharing-policy#policy-overview)) or the rationale for not sharing the resources, is reasonable.*

#### Training in the Responsible Conduct of Research

*All applications for support under this NOFO must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). Taking into account the level of experience of the candidate, including any prior instruction or participation in RCR as appropriate for the candidate's career stage, the reviewers will evaluate the adequacy of the proposed RCR training in relation to the following five required components: 1) Format - the required format of instruction, i.e., face-to-face lectures, coursework, and/or real-time discussion groups (a plan with only on-line instruction is not acceptable); 2) Subject Matter - the breadth of subject matter, e.g., conflict of interest, authorship, data management, human subjects and animal use, laboratory safety, research misconduct, research ethics; 3) Faculty Participation - the role of the mentor(s) and other faculty involvement in the fellow's instruction; 4) Duration of Instruction - the number of contact hours of instruction (at least eight contact hours are required); and 5) Frequency of Instruction – instruction must occur during each career stage and at least once every four years. Plans and past record will be rated as ACCEPTABLE or UNACCEPTABLE, and the summary statement will provide the consensus of the review committee. See also: NOT-OD-10-019 (http://grants1.nih.gov/grants/guide/notice-files/NOT-OD-10-019.html).*

#### Select Agent Research

*Reviewers will assess the information provided in this section of the application, including 1) the Select Agent(s) to be used in the proposed research, 2) the registration status of all entities where Select Agent(s) will be used, 3) the procedures that will be used to monitor possession use and transfer of Select Agent(s), and 4) plans for appropriate biosafety, biocontainment, and security of the Select Agent(s).*

#### Authentication of Key Biological and/or Chemical Resources

*For projects involving key biological and/or chemical resources, reviewers will comment on the brief plans proposed for identifying and ensuring the validity of those resources.*

#### Budget and Period of Support

*Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.*

### 2. Review and Selection Process

*Applications will be evaluated for scientific and technical merit by (an) appropriate Scientific Review Group(s), in accordance with NIH peer review policies and practices (//grants.nih.gov/grants/guide/url_redirect.php?id=11154), using the stated review criteria. Assignment to a Scientific Review Group will be shown in the eRA Commons.*

*As part of the scientific peer review, all applications:*

- May undergo a selection process in which only those applications deemed to have the highest scientific and technical merit (generally the top half of applications under review) will be discussed and assigned an overall impact score.
- Will receive a written critique.

*Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications. Following initial peer review, recommended applications will receive a second level of review by the appropriate national Advisory Council or Board.*

*The following will be considered in making funding decisions:*
- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities

Case: 25-1611     Document: 00118310432     Page: 219     Date Filed: 07/08/2025     Entry ID: 6734280

4/16/25, 1:00 PM     Case 1:25-cv-10787-BEM   Document 39-21   Filed 04/25/25   Page 55 of 65
PA-24-194: BRAIN Initiative: Pathway to Independence Award (Parent K99/R00 Independent Clinical Trial Not Allowed)

### 3. Anticipated Announcement and Award Dates

*After the peer review of the application is completed, the PD/PI will be able to access his or her Summary Statement (written critique) via the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123). Refer to Part 1 for dates for peer review, advisory council review, and earliest start date.*

*Information regarding the disposition of applications is available in the NIH Grants Policy Statement Section 2.4.4 Disposition of Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82416).*

## Section VI. Award Administration Information

### 1. Award Notices

*If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=82418). This request is not a Notice of Award nor should it be construed to be an indicator of possible funding.*

*A formal notification in the form of a Notice of Award (NoA) will be provided to the applicant organization for successful applications. The NoA signed by the grants management officer is the authorizing document and will be sent via email to the recipient's business official.*

*Recipients must comply with any funding restrictions described in Section IV.6. Funding Restrictions. Selection of an application for award is not an authorization to begin performance. Any costs incurred before receipt of the NoA are at the recipient's risk. These costs may be reimbursed only to the extent considered allowable pre-award costs.*

*Any application awarded in response to this NOFO will be subject to terms and conditions found on the Award Conditions and Information for NIH Grants (https://grants.nih.gov/grants/policy/nihgps/HTML5/part_ii_subpart_b.htm) website. This includes any recent legislation and policy applicable to awards that is highlighted on this website.*

*There will not be a formal Notice of Award (NoA) associated with the K99 phase of the award conducted in the NIH intramural program. The awarding Institute will transmit to the successful candidate an approval letter which will include the terms and conditions of the NIH intramural K99 award, as well as expectations for the transition to the R00 phase of the award.*

### 2. Administrative and National Policy Requirements

*All NIH grant and cooperative agreement awards include the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) as part of the NoA. For these terms of award, see the NIH Grants Policy Statement Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (//grants.nih.gov/grants/guide/url_redirect.php?id=11157) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Recipients, and Activities (//grants.nih.gov/grants/guide/url_redirect.php?id=11159), including of note, but not limited to:*

- *Federal-wide Standard Terms and Conditions for Research Grants (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_3/3.1_federalwide_standard_terms_and_conditions_for_research_grants.htm)*
- *Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment (//grants.nih.gov/grants/guide/url_redirect.php?id=82417)*
- *Acknowledgment of Federal Funding (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4.2.1_acknowledgement_of_federal_funding.htm)*

*If a recipient is successful and receives a Notice of Award, in accepting the award, the recipient agrees that any activities under the award are subject to all provisions currently in effect or implemented during the period of the award, other Department regulations and policies in effect at the time of the award, and applicable statutory provisions.*

*If a recipient receives an award, the recipient must follow all applicable nondiscrimination laws. The recipient agrees to this when registering in SAM.gov. The recipient must also submit an Assurance of Compliance (HHS-690 (https://www.hhs.gov/sites/default/files/form-hhs690.pdf)). To learn more, see Laws and Regulations Enforced by the HHS Office for Civil Rights website (https://www.hhs.gov/civil-rights/for-providers/laws-regulations-guidance/laws/index.html).*

*HHS recognizes that NIH research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator's scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscriminatory justifications establish that such criteria are appropriate with respect to the health or safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this NOFO.*

*In accordance with the statutory provisions contained in Section 872 of the Duncan Hunter National Defense Authorization Act of Fiscal Year 2009 (Public Law 110-417), NIH awards will be subject to System for Award Management (SAM.gov) requirements. SAM.gov requires Federal agencies to review and consider information about an applicant in the designated integrity and performance system (currently*

APHA App. 216

*SAM.gov) prior to making an award. An applicant can review and comment on any information in the responsibility/qualification records available in SAM.gov. NIH will consider any comments by the applicant, in addition to the information available in the responsibility/qualification records in SAM.gov, in making a judgement about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 2 CFR Part 200.206 "Federal awarding agency review of risk posed by applicants." This provision will apply to all NIH grants and cooperative agreements except fellowships.*

### Transition to the Independent Phase

*Transition from the mentored phase to the independent phase is intended to be continuous in time and, except in unusual, extenuating circumstances, the awarding NIH Institute/Center will not extend the K99 phase beyond the 2-year limit. ICs may, at their discretion, make exceptions to this time limitation when individuals have been invited for faculty job interviews but final decisions have not yet been made by the potential R00 institution or, rarely, because of unusual, extenuating circumstances. To activate the independent phase of the grant, individuals must have been offered and accepted a tenure-track, full-time assistant professor position (or equivalent) by the end of the K99 project period.*

*An eligible R00 institution will have appropriate infrastructure to support the proposed research program and a history of external research funding. K99 recipients are free to apply for independent phase positions within the NIH intramural research program (IRP). However, should the individual accept such a position in the IRP, the independent phase of the award will not be activated. This is because NIH intramural scientists are supported directly by NIH intramural funds and are not eligible for NIH extramural grant awards. Eligibility of for-profit organizations for the R00 phase depends on the nature of the appointment, and the ability of the PD/PI to conduct independent research and apply for NIH R01 or R01-equivalent research grants. PIs are encouraged to discuss job offers at for-profit organizations with NIH Program staff well in advance of accepting such an offer.*

*To avoid potential problems in activating the independent phase, recipients are strongly encouraged to contact their NIH program official as soon as plans to apply for and, assume an independent position develop, and not later than 6 months prior to the termination of the K99 phase of the award.*

*At that time, individuals should discuss plans for transition to, and application for, the R00 phase with their NIH program official. The application for the R00 phase of the award should be submitted no later than 2 months prior to the proposed activation date of the R00 award by the R00 phase recipient organization.*

*The independent phase institution will submit an application on behalf of the candidate for the R00 award using the PHS 398 Application (//grants.nih.gov/grants/guide/url_redirect.php?id=22000). The R00 application must include:*

- *A new face page signed by the R00 phase institutional representative;*
- *A new project description page (the project summary or abstract should be updated to reflect current plans for the R00 phase);*
- *Detailed budget pages for a non-modular budget;*
- *Biographical sketches for the PD/PI and any other Key Personnel;*
- *A new Resources page;*
- *A brief description of progress made during the K99 phase that will serve as the Final Progress Report for the K99 phase;*
- *An updated research plan (the specific aims should be updated to reflect current plans for the R00 phase and the updated research plan should be briefly described in less than 5 pages);*
- *Updated Protections for Human Subjects and Inclusion of Women, Minorities and Individuals across the Lifespan (as appropriate);*
- *Authentication of Key Biological and/or Chemical Resources (as appropriate);*
- *Updated Vertebrate Animals (as appropriate);*
- *Updated Biohazards (as appropriate); and*
- *A new checklist.*

*These materials should be sent directly to the awarding Institute or Center (IC). The original application plus one copy (preferably in PDF format) are to be mailed (or e-mailed) to the Financial or Grants Management contact person of the awarding NIH Institute or Center listed in the Notice of Award. The R00 application will be evaluated by extramural Program staff of the awarding component for completeness and appropriateness to the program.*

*Two additional documents are included with the R00 application. A letter from the R00 Department or Division Chairman must be submitted that describes the R00 institution's commitment to the candidate and plans for their career development (see below). If not already provided, the final evaluation statement by the K99 phase mentor, must be provided.*

*In addition to space, facilities, resources, and other support needed to conduct the proposed research, the sponsoring institution must provide protected research time (minimum of 9 person-months or 75% of the candidate's full time professional effort) at least for the duration of the R00 award. The start-up package and other institutional support must be described in detail and must be comparable to that given to other faculty recently hired into tenure-track or equivalent faculty positions. Institutions must provide a startup and salary package equivalent to that provided to a newly hired faculty member who does not have a grant; R00 funds may not be used to offset the typical startup package or to offset the usual institutional commitment to provide salary for tenure-track (or equivalent) assistant professors who are hired without grant support. The R00 sponsoring institution must describe the candidate's academic appointment, bearing in mind that it must be tenure-track*

APHA App. 217

*assistant professor (or equivalent), and confirm that the appointment is not contingent on the transfer of the award to the institution. The R00 phase institution must describe how the recipient's ability to apply for and secure independent research grant (R01) support  will be fostered and supported during the R00 phase of the award.*

*The R00 award requires that a minimum of 9 person months (75% of the candidate's full time professional effort) be devoted to research activities. Consequently, teaching, clinical duties and other non-research activities should be minimal during the R00 award period. NIH staff may review start-up packages and other commitments between the institution and candidate prior to activating the independent phase of the award. It is suggested that the applicant and/or the hiring institution discuss the institutional commitment with the relevant NIH institute Program Official prior to  finalizing the offer.  NIH will not activate the independent phase if the institutional commitment is deemed inadequate. Recipients who are approved to transition will receive a Notice of Award reflecting the new R00 grant mechanism, the dollar amount, and the new recipient organization (if applicable).*

*The K99/R00 award is intended to facilitate successful transition to independence. Consequently, a requirement for activation of the R00 phase is successful completion of this transition. K99 recipients are encouraged (but not required) to apply for independent positions at departments and institutions different from where they conducted their mentored research. It is important for all recipients, but especially so for those who intend to stay at the mentored phase institution for the independent phase, to provide a plan by which they will separate from their mentor and advance to independence. Recipients are also encouraged to include a plan and timeline for submitting an independent research grant application in a research area relevant to the mission of an NIH awarding component.*

*Candidates who are not approved to transition will receive written notification from the awarding component communicating the rationale for the disapproval. This notification typically will be sent within 60 days of receipt of the R00 application.*

*Although the financial plans of the NIH Institute or Center provide support for this program, awards pursuant to this funding opportunity are contingent upon the availability of funds.*

### Termination of the K99 award phase

*If transition from the K99 phase at an extramural institution to the R00 phase occurs at the originally scheduled end date of the K99 award, then no specific steps to terminate the K99 award are necessary. If the transition at an extramural institution occurs prior to the scheduled end date, then a revised Notice of Award will be issued to terminate the K99 award phase.  Carry-over of unspent funds from a partially completed year in the K99 phase into the R00 phase may be permitted.*

### 3. Data Management and Sharing

*Consistent with the 2023 NIH Policy for Data Management and Sharing, when data management and sharing is applicable to the award, recipients will be required to adhere to the Data Management and Sharing requirements as outlined in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.2.3_sharing_research_resources.htm#Data). Upon the approval of a Data Management and Sharing Plan, it is required for recipients to implement the plan as described.*

### 4. Reporting

*When multiple years are involved, recipients will be required to submit the Research Performance Progress Report (RPPR) (//grants.nih.gov/grants/rppr/index.htm) annually and financial statements as required in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=82419). The Supplemental Instructions for Individual Career Development (K) RPPRs must be followed. For mentored awards, the Mentor's Report must include an annual evaluation statement of the candidate's progress.*

*A final RPPR, invention statement, and the expenditure data portion of the Federal Financial Report are required for closeout of an award, as described in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.6_closeout.htm). NIH NOFOs outline intended research goals and objectives. Post award, NIH will review and measure performance based on the details and outcomes that are shared within the RPPR, as described at 2 CFR 200.301.*

*The Federal Funding Accountability and Transparency Act of 2006 as amended (FFATA), includes a requirement for recipients of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later.  All recipients of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11170) on all subawards over the threshold. See the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=82420) for additional information on this reporting requirement.*

*In accordance with the regulatory requirements provided at 2 CFR Part 200.113 and Appendix XII to 2 CFR Part 200, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (Responsibility/Qualification in SAM.gov, formerly FAPIIS).  This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313).  As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal*

procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 2 CFR Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters.

### 5. Evaluation

In carrying out its stewardship of human resource-related programs, NIH may request information essential to an assessment of the effectiveness of this program from databases and from participants themselves. Participants may be contacted after the completion of this award for periodic updates on various aspects of their employment history, publications, support from research grants or contracts, honors and awards, professional activities, and other information helpful in evaluating the impact of the program.

## Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

Because of the difference in individual Institute and Center (IC) program requirements for this NOFO, prospective applications **MUST** consult the _Table of IC-Specific Information, Requirements, and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html),_ to make sure that their application is responsive to the requirements of one of the participating NIH ICs. Prior consultation with NIH staff is strongly encouraged.

### Application Submission Contacts
eRA Service Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten on-time submission, and post-submission issues)

Finding Help Online: _https://www.era.nih.gov/need-help (https://www.era.nih.gov/need-help)_ (preferred method of contact)
Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

General Grants Information (Questions regarding application processes and NIH grant resources)
Email: _GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov)_ (preferred method of contact)
Telephone: 301-637-3015

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726
Email: _support@grants.gov (mailto:support@grants.gov)_

### Scientific/Research Contact(s)
See _Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html)._

### Peer Review Contact(s)
Examine your eRA Commons account for review assignment and contact information (information appears two weeks after the submission due date).

### Financial/Grants Management Contact(s)
See _Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/IC-specific-information-PA-24-194.html)._

## Section VIII. Other Information

Recently issued trans-NIH _policy notices (//grants.nih.gov/grants/guide/url_redirect.php?id=11163)_ may affect your application submission. A full list of policy notices published by NIH is provided in the _NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/url_redirect.php?id=11164)._ All awards are subject to the terms and conditions, cost principles, and other considerations described in the _NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120)._

Please note that the NIH Loan Repayment Programs (LRPs) are a set of programs to attract and retain promising early-stage investigators in research careers by helping them to repay their student loans. Recipients of career development awards are encouraged to consider applying for an extramural LRP award.

### Authority and Regulations
Awards are made under the authorization of Sections 301 and 405 of the Public Health Service Act as amended (42 USC 241 and 284) and under Federal Regulations 42 CFR Part 52 and 2 CFR Part 75.

_Weekly TOC for this Announcement (/grants/guide/WeeklyIndex.cfm?04-26-24)_
_NIH Funding Opportunities and Notices (/grants/guide/index.html)_



National Institutes of Health  *(/grants/oer.htm)*
*Office of Extramural Research*

 *(https://www.hhs.gov/)* *Department of Health and Human Services (HHS)*

  *(https://www.usa.gov/)*

*NIH... Turning Discovery Into Health®*

APHA App. 220

# EXHIBIT H

APHA App. 221

# Standard Due Dates

The Key Dates section of many funding opportunities indicate standard dates apply. Use the table below and the activity code (e.g., R01) specified in the title of the opportunity to determine application cycles and their relationship to due dates, review and council dates, and earliest possible start dates. Renewal/resubmission/revision and AIDS-related applications may have different due dates than new applications. Read the table carefully.

**On this page:**

- General Information
- Application Due Dates
- Review and Award Cycles

# General Information

- Grant applications and associated documents (e.g., reference letters) are due by 5:00 PM local time of applicant organization on the specified due date.
- Questions related to a specific opportunity should be directed to the IC contact listed in Section VII of the funding opportunity.
- R01, R21 and R34 applications with a PD/PI appointed to an NIH Peer Review advisory group may be eligible for an alternate submission schedule. See Continuous Submission for details and review assignment cutoff dates.

**Related Resources**

- Submission Policies due dates on holidays/weekends, dealing with system issues, and more.
- How to Apply – Application Guide
- eRA Service Desk⧉

# Application Due Dates

Check your funding opportunity for opportunity-specific due dates. Not all programs use standard due dates.

↑ Back to Top

| Activity Codes | Program Description | Cycle I Due Date | Cycle II Due Date | Cycle III Due Date |
|---|---|---|---|---|
| P Series *All - new, renewal, resubmission, revisions* | **Program Project Grants and Center Grants** NOTE: Applicants should check with the relevant Institute or Center (IC), since some do not accept P series applications for all three receipt/review/award cycles. | January 25 | May 25 | September 25 |
| R18, U18 R25 *All - new, renewal, resubmission, revision* | **Research Demonstration Education Projects** | January 25 | May 25 | September 25 |
| T Series D Series *All - new, renewal, resubmission, revision* | ***Institutional* National Research Service Awards Other Training Grants** NOTE: Applicants should check with the relevant Institute or Center (IC), since some do not accept T series applications for all three receipt/review/award cycles. | January 25 | May 25 | September 25 |
| C06/UC6 *All - new, renewal, resubmission, revision* | **Construction Grants** | January 25 | May 25 | September 25 |
| G07, G08, G11, G12, G13, G20, R24, S06, S11, S21, S22, SC1, SC2, SC3, UG1, U10, U19, U24, U2C, U41, U42, U45, U54, U56 *All - new, renewal, resubmission, revision* | **Other Activity Codes** | January 25 | May 25 | September 25 |
| R01 *new* | **Research Grants** | February 5 | June 5 | October 5 |
| U01 *new* | **Research Grants - Cooperative Agreements** | February 5 | June 5 | October 5 |
| K series *new* | **Research Career Development** | February 12 | June 12 | October 12 |
| R03, R21, R33, R21/R33, R34, R36, U34, UH2, UH3, UH2/UH3 *new* | **Other Research Grants and Cooperative Agreements** | February 16 | June 16 | October 16 |
| R15 *All - new, renewal, resubmission, revision* | **Academic Research Enhancement Award (AREA)** | February 25 | June 25 | October 25 |
| R01 *renewal, resubmission, revision* | **Research Grants** | March 5 | July 5 | November 5 |

APHA App. 223

| Activity Codes | Program Description | Cycle I Due Date | Cycle II Due Date | Cycle III Due Date |
|---|---|---|---|---|
| U01 *renewal, resubmission, revision* | **Research Grants - Cooperative Agreements** | March 5 | July 5 | November 5 |
| K series *renewal, resubmission, revision* | **Research Career Development** | March 12 | July 12 | November 12 |
| R03, R21, R33, R21/R33, R34, R36, U34, UH2, UH3, UH2/UH3 *renewal, resubmission, revision* | **Other Research Grants and Cooperative Agreements** | March 16 | July 16 | November 16 |
| F Series Fellowships *new, renewal, resubmission* | *Individual* **National Research Service Awards (Standard)** | April 8 | August 8 | December 8 |
| R13, U13 *All - new, renewal, resubmission, revision* | **Conference Grants and Conference Cooperative Agreements** | April 12 | August 12 | December 12 |
| R41, R42, UT1, UT2<br><br>R43, R44, U43, U44, *All - new, renewal, resubmission, revision, AIDS and AIDS-related*<br><br>SB1, UB1 | **Small Business Technology Transfer (STTR)**<br>**Small Business Innovation Research (SBIR)**<br><br>**Commercialization Readiness Pilot (CRP) Program\*** | September 5 | January 5 | April 5 |

## AIDS and AIDS-Related Application Due Dates

| Activity Codes | Program Description | Cycle I Due Date | Cycle II Due Date | Cycle III Due Date |
|---|---|---|---|---|
| All Activity Codes Cited Above *new, renewal, resubmission, revision* | **AIDS and AIDS-Related Applications**<br><br>\*Effective. Sept 5, 2015 - N/A for SBIR/STTR Applications using Standard Due Dates<br><br>NOTE: See Key Dates section of funding opportunity to determine if AIDS dates apply. | May 7 | September 7 | January 7 |

# Review and Award Cycles

Case: 25-1611     Document: 00118310432     Page: 228     Date Filed: 07/08/2025     Entry ID: 6734280

4/16/25, 1:52 PM     Case 1:25-cv-10787-BEM     Document 36-21     Filed 04/25/25     Page 64 of 65
Standard Due Dates | Grants & Funding

|  | Cycle I | Cycle II | Cycle III |
|---|---|---|---|
| Application Due Dates | January 25 - May 7 | May 25 - September 7 | September 25 - January 7 |
| Scientific Merit Review | June - July | October - November | February - March |
| Advisory Council Round | August or October* | January | May |
| Earliest Project Start Date | September or December* | April | July |

| *SBIR/STTR, CRP Only | Cycle I | Cycle II | Cycle III |
|---|---|---|---|
| Application Due Dates | September 5 | January 5 | April 5 |
| Scientific Merit Review | October - November | February - March | June-July |
| Advisory Council Round | January | May | August |
| Earliest Project Start Date | April | July | September or December* |

**NOTES:**

The actual date of the Advisory Council may occur in the month before or after the month listed. For example, some ICs may actually hold the January Advisory Council meeting in February or the October Advisory Council meeting in September.

Awarding components may not always be able to honor the requested start date of an application. Before incurring any pre-award obligations or expenditures applicants should be aware of NIH policy governing pre-award costs prior to receiving a Notice of Award. See the NIH Grants Policy Statement.

* Advisory Council Round for Cycle I applications (Cycle III for SBIR/STTR) may be August or October, and their earliest project start date may be September or December respectively.

This page last updated on: August 23, 2024
For technical issues E-mail OER Webmaster

## Help, FAQs, And More

Nexus Blog

eRA

Glossary

APHA App. 225

FAQs

Help

APHA App. 226

# EXHIBIT 22

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of the United States Department of Health and Human Services,*<br><br>*Defendants.* | Case No. 1:25-cv-10787 |

**DECLARATION OF PETER LURIE, MD, MPH**

I, Peter Lurie, MD, MPH, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1. I am the Executive Director and President of the Center for Science in the Public Interest, a 501(c)(3) nonprofit organization based in Washington, D.C. that advocates for improving public health through science-based policies and promoting scientific integrity.

2. I am offering this Declaration in my individual capacity and not on behalf of my employer.

1

APHA App. 228

3. I obtained a Bachelor of Arts Degree in Chemistry from Cornell University in 1982. In 1987, I obtained my Doctor of Medicine degree from the Albert Einstein College of Medicine, and I completed residencies in Family Medicine in 1990 and Preventive Medicine in 1992. I was an Assistant Professor of Epidemiology and Biostatistics and of Family and Community Medicine at the University of California, San Francisco from 1993-1998 and a Visiting Assistant Research Scientist at the University of Michigan Institute for Social Research from 1997-1999. I hold an adjunct faculty position at the Johns Hopkins School of Public Health and previously did so at the George Washington University School of Public Health and Health Sciences.

4. I have conducted research on HIV infection since the late 1980s. My main areas of interest are needle exchange programs, HIV vaccine trials, clinical trial ethics, HIV testing, the impact of foreign aid on the HIV epidemic, the epidemiology of HIV infection in developing countries, and post-exposure prophylaxis.

5. In the mid-1990s, I was the recipient of a grant from the National Institute of Drug Abuse to study the efficacy of needle exchange programs to prevent HIV infection. In 1998, I submitted a grant to the National Institute on Drug Abuse on the same topic, but it was not funded.

6. From 2014-2017, I was an Associate Commissioner at the U.S. Food and Drug Administration where I worked on a range of regulatory and analytical issues across the agency, including HIV pre-exposure prophylaxis and a potential switch to over-the-counter status for the opioid-reversal drug naloxone.

7. I was an advisor/consultant on an NIH-funded R21 grant titled "Over-the-Counter PrEP: Acceptability, Feasibility, and Potential Impact of Access without a Prescription (OFFSCRIPT)," which aimed to "evaluate the acceptability, feasibility, and potential impact of over-the-counter PrEP," or pre-exposure prophylaxis to reduce the risk of HIV transmission. The grant began on

2

APHA App. 229

July 1, 2024, and was a 2-year grant for $489,120. Of this, $277,552 was paid before it was terminated.

8. The Principal Investigators for this grant were Julia Marcus and Douglas Krakower, both of whom are Associate Professors at Harvard Medical School. Due to my decades of experience in HIV research and drug regulation, I was contacted by the Principal Investigators and asked to be an advisor/consultant on the grant and agreed to do so. In this role, I received and was to continue receiving a small amount of compensation under the grant for my services. I participated in some meetings about the grant.

9. The OFFSCRIPT grant was originally awarded based on an application responsive to a posting by the National Institute of Mental Health's Division of AIDS Research, which called specifically for projects that "advance innovative research to optimize HIV prevention and care."

10. The NIH-Wide Strategic Plan for Fiscal Years 2021-2025 lists thirty-five Bold Predictions, one of which is "NIH-wide research will lead to new implementation strategies for pre-exposure prophylaxis that will significantly reduce the number of new HIV infections and to new longacting therapies to improve viral load suppression among people with HIV to levels that prevent transmission." *See* Ex. A, NIH-Wide Strategic Plan for Fiscal Years 2021-2025, at 35, Bold Prediction no. 15.

11. The OFFSCRIPT grant scored in the top 3% of applications during the NIH review process and was funded in part by Innovation Funds from the NIH Office of the Director.

12. However, on March 21, 2025, the grantee institution received a notice from NIH stating that the OFFSCRIPT grant had been terminated. That letter asserted that the award "no longer effectuate[d] agency priorities" and stated that the basis for termination was that the grant was "based on gender identity." At no time before receiving this termination letter did I or the

3

Principal Investigators receive any notice that this grant was being considered for termination. In addition, no guidance was provided about how to close out the study and how to manage study participants who had already agreed to participate.

13. Despite the assertions in the termination letter, in actuality, the OFFSCRIPT grant was not "based on gender identity," but rather focused on the efficacy of increasing access to preventative HIV drugs for all patients. Though the grant plan included an assessment of "diverse cohorts of cisgender MSM [men who have sex with men], transgender women, and cisgender women on interest in use of OTC PrEP," such an assessment is a necessary tool to evaluate the potential impact of expanding access to PrEP on the population groups most likely to benefit from it. It was not the grant's primary purpose. To my knowledge, this is the first grant to ever look at OTC PrEP.

14. I found the termination letter vague. I do not know exactly what makes a research project to be "based on gender identity," or which NIH priorities this award "no longer effectuates." Similarly, due to the vagueness of the termination letter, I do not know what public health topics might be funded by NIH in the future. Even though I understand that an administrative appeal will be filed concerning this termination, this is likely to be a futile exercise.

15. There were three main study aims, described in this paragraph, and we were mid-way in making progress on these study aims. First, we were in the midst of collaborating with others who had appropriate cohorts to assess subjects' interest in PrEP. Second, we had begun conducting interviews with key stakeholders on attitudes toward PrEP and were starting to analyze those transcripts. Third, we had built a mathematical model to estimate the impact of OTC PrEP on new HIV infections and relevant safety outcomes. As a result of the termination of this grant, work on all three of the study aims was largely stopped.

4

16. In addition, before the termination, we presented preliminary research at a national conference and were preparing a manuscript describing our findings.

17. As a result of the termination of the OFFSCRIPT grant, the research into PrEP access being conducted under the grant has been largely discontinued, resulting in harms to public health in the form of reduced knowledge about how to effectively reduce the spread of HIV. This is a loss to the American public because PrEP is highly effective but greatly underutilized, a gap this research might have bridged.

18. I will no longer benefit from either financial disbursements under the grant, nor will I be able to conduct the work I set out to complete in assisting in the evaluation of potential HIV prevention measures, a topic of great personal and professional interest to me given my decades of research on HIV and AIDS prevention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of April, 2025.

Peter Lurie, MD, MPH

5

# EXHIBIT A



# NIH-WIDE
## STRATEGIC PLAN

Fiscal Years
2021–2025

**Photo page ii: Cell-to-Cell Communication.**
*Credit: NCATS, NIH.*

**Photo page vi: Enzyme Repairing DNA.**
*Credit: Tom Ellenberger, Washington University School of Medicine in St. Louis, and Dave Gohara, Saint Louis University School of Medicine.*

**Photo page 41: Neurons.**
*Credit: Leterrier, NeuroCyto Lab, INP, Marseille, France.*

# Director's Message



To the American People,

As our nation's biomedical research agency, the National Institutes of Health (NIH) has been the driving force behind many of the recent innovations in science and technology that are improving the health of all humankind. The coming years are certain to offer many exciting new opportunities for scientific exploration—and to pose some serious new challenges for human health. To rise to those opportunities and challenges, it is imperative that NIH, along with all sectors of society, work together in unprecedented ways with unprecedented speed.

Indeed, science is moving faster than ever before. To fuel this engine of discovery, NIH must continue to support the highest caliber research throughout the country and the world, while at the same time take vigorous steps to uphold the ethical conduct of science. NIH will further enhance the science of tomorrow by continuing its efforts to build a next generation of researchers that better reflects the rich, creative diversity of our great nation. The increasingly complex scientific questions that our society will face in the future will require not only diversity of scientific disciplines, but also diversity of thought, experience, and demographics.

As a publicly funded agency, NIH has a responsibility to be a good steward of the funds entrusted to us by the U.S. taxpayers. NIH will do this by investing efficiently and effectively in a wide range of basic, translational, clinical, and applied research, while at the same time supporting the workforce and infrastructure required for a sustainable research enterprise. As outlined in this Strategic Plan, this approach will enable NIH to build a solid foundation of fundamental knowledge about living systems that will serve to accelerate research aimed at addressing our most pressing health needs.

NIH's mission is to turn discovery into health. We thank you for your strong and steadfast support of this crucial mission, and we look forward to your continued support as we strive to use the power of science to create a healthier and more productive life for all.

With sincere appreciation,

Francis S. Collins
Director, National Institutes of Health

APHA App. 236



# Table of Contents

**Director's Message** ........................................................................................ i

**NIH-Wide Strategic Plan Framework** ......................................................... vii

**Overview of NIH** ............................................................................................ 1

**Mission and Goals** .......................................................................................... 1

**Organization** .................................................................................................. 1

*Supporting Researchers and Universities Through the Extramural
Research Program* ........................................................................................... 1

*Research in Action in the NIH Intramural Research Program* ....................... 2

*Pioneering Clinical Research at the NIH Clinical Center* ............................... 2

**NIH's Strategy** ............................................................................................... 3

**Objective 1: Advancing Biomedical and Behavioral Sciences** ...................... 3

**Driving Foundational Science** ........................................................................ 3

*Building Data Resources to Enable Research Progress* ................................ 4

*Inventing Tools and Technologies to Catalyze Discovery* .............................. 6

*Understanding Biological, Behavioral, and Social Determinants of
Population Health* ............................................................................................ 7

**Preventing Disease and Promoting Health** .................................................... 8

*Developing New and Improved Vaccines* ...................................................... 8

*Addressing Risk and Burden of Disease* ....................................................... 9

*Harnessing Technology to Inform Decision-Making* ..................................... 10

*Designing Research for Everyone* ................................................................. 11

**Developing and Optimizing Treatments, Interventions, and Cures** ............... 11

*Giving the Right Treatment to the Right Patient at the Right Time* ............... 12

*Catalyzing Cell Engineering, Bioengineering, and Regenerative Medicine* ... 13

*Meeting Emerging Public Health Needs* ....................................................... 14

*Partnering to Advance Treatments and Cures* .............................................. 15

**Objective 2: Developing, Maintaining, and Renewing Scientific Research Capacity** ....... 16

**Enhancing the Biomedical and Behavioral Research Workforce** .................. 16

**Supporting Research Resources and Infrastructure** ..................................... 18

APHA App. 238

**Objective 3: Exemplifying and Promoting the Highest Level of Scientific Integrity, Public Accountability, and Social Responsibility in the Conduct of Science** ................... 20

**Fostering a Culture of Good Scientific Stewardship** ................................. 21
*Setting Priorities* ................................................................................. 21
*Monitoring Expenditures and Scientific Progress* .................................. 21
*Making Evidence-Informed Decisions* .................................................. 22
*Assessing Programs, Processes, Outcomes, and Impact* ...................... 22
*Communicating Results* ..................................................................... 23

**Leveraging Partnerships** ...................................................................... 24
*Federal Partnerships* ......................................................................... 24
*Public-Private Partnerships* ............................................................... 25
*International Partnerships* .................................................................. 26
*Public Engagement* ............................................................................ 26

**Ensuring Accountability and Confidence in Biomedical and Behavioral Sciences** .... 27
*Enhancing Reproducibility Through Rigorous and Transparent Research* ........... 27
*Improving Stewardship of Clinical Trials* ............................................. 27
*Assuring Ethical and Equitable Conduct of Research Through Inclusion* ............ 27
*Maintaining Transparency Through Data Access and Sharing* ............................ 28
*Fostering a Safe and Harassment-Free Work Environment* .................... 28
*Managing Risks to the Research Enterprise* ......................................... 29
*Reducing Administrative Costs and Work Throughout the Grants Process* .......... 30

**Optimizing Operations** ......................................................................... 30

**Crosscutting Themes** .............................................................................. 32

**Improving Minority Health and Reducing Health Disparities** ................... 32

**Enhancing Women's Health** ................................................................... 33

**Addressing Public Health Challenges Across the Lifespan** ...................... 33

**Promoting Collaborative Science** .......................................................... 34

**Leveraging Data Science for Biomedical Discovery** ................................ 34

**Bold Predictions** .................................................................................... 35

**References** ............................................................................................. 37

**Appendix I: NIH Statutory Authority** ................................................................. **42**

**Appendix II: NIH Organizational Chart** ............................................................. **43**

**Appendix III: Strategic Planning Process** ......................................................... **44**

**Appendix IV: NIH Common Fund Strategic Plan Report** ................................ **46**

**Appendix V: Acronyms** .................................................................................... **61**

**Acknowledgments** ........................................................................................... **64**



# NIH-Wide Strategic Plan Framework

## OVERVIEW OF NIH

**MISSION:**
To seek fundamental knowledge about the nature and behavior of living systems and the application of that knowledge to **enhance health**, **lengthen life**, and **reduce illness and disability**



**ORGANIZATION:** 27 Institutes and Centers and the Office of the Director
• Extramural program: supporting research across the U.S. and beyond
• Intramural program: supporting research on NIH campuses

## NIH'S STRATEGY

### OBJECTIVES







**Research Areas**

Foundational Science

Disease Prevention and
Health Promotion

Treatments, Interventions,
and Cures

**Research Capacity**

Workforce

Infrastructure and Resources

**Research Conduct**

Stewardship

Partnerships

Accountability and Confidence

Management and Operations

### CROSSCUTTING THEMES



Minority Health
and Health
Disparities



Women's Health



Public Health
Challenges Across
the Lifespan



Collaborative
Science



Data Science

NIH⟩ National Institutes of Health



**Figure 1. NIH Main Campus**
*Credit: NIH.*

**The James H. Shannon Building
(Building One) at the NIH main
campus in Bethesda, MD.**



# Overview of NIH

## Mission and Goals

At the National Institutes of Health (NIH), "Turning Discovery into Health" is what its tens of thousands of employees—and the hundreds of thousands of scientists it supports—strive to accomplish every day. As the foremost agency for funding biomedical research[a] in the U.S., NIH's mission is to seek fundamental knowledge about the nature and behavior of living systems and to use that knowledge to enhance health, lengthen life, and reduce illness and disability (Figure 1).[1] To achieve this mission, NIH works to support innovative research ultimately aimed at protecting and improving human health; train the biomedical research workforce and develop scientific infrastructure; contribute to the nation's economic growth by expanding the biomedical knowledge base; and promote integrity, public accountability, and societal responsibility in scientific research. As an operating division of the U.S. Department of Health and Human Services (HHS), NIH is responsible for carrying out the Department's goal of advancing scientific knowledge and innovation. NIH catalyzes life-saving research breakthroughs by providing critical funding to eligible research institutions throughout the nation and the world, and through the research conducted in NIH laboratories.

While NIH's primary mission is the conduct of research, the agency is also a trusted resource for accurate and timely biomedical information. NIH's biomedical information platforms are among the most visited websites in the federal government, giving researchers, health care professionals, and the public highquality information and data necessary to make informed decisions.

## Organization

NIH is made up of 27 Institutes and Centers (ICs), and the NIH Office of the Director (OD).[2] Each IC has its own mission and research priorities focused on specific diseases, body systems, life stages, or fields of science. The NIH OD sets policy and provides guidance, in addition to serving as a resource for

planning, managing, and coordinating the programs and activities of all of NIH.

NIH receives its annual funding, or appropriation, from the U.S. Congress. More than 80 percent of this funding is passed on to researchers and research institutions around the country—the extramural research community—through a rigorous, competitive process, while about 11 percent of NIH's budget supports intramural projects conducted by scientists in its own laboratories, which are subject to an equally rigorous review.[3]

### *Supporting Researchers and Universities Through the Extramural Research Program*

Every year, NIH receives more than 54,000 research project grant applications[4] and funds almost 50,000 new and continuing grants. These grants support more than 300,000 researchers at all career stages, including more than 43,000 principal investigators at approximately 2,500 universities, medical schools, and other research institutions in every state of the U.S. and around the world. This enterprise is managed by NIH staff who facilitate and administer scientific programs, consult with scientific experts to inform priority setting, and act as agency experts for specific scientific areas.

NIH's funding decisions are made through a highly competitive, rigorous dual-level peer review process that emphasizes fairness and accountability and prioritizes support of the best scientific ideas.[5] NIH relies on the expertise of more than 25,000 external reviewers annually to assess the scientific merit of incoming grant applications in the first stage of peer review, which is followed by a second-level review for mission relevance by members of national advisory councils for ICs and the OD.[6] Final funding decisions are made by IC Directors, taking into consideration their IC's research program priorities in the context of the existing funding portfolio.

A variety of funding mechanisms—including grants, cooperative agreements, research contracts, prize competitions, and other less frequently used

---

[a] For the purposes of this Strategic Plan, the term biomedical is used broadly to include biological, behavioral, and social scientific perspectives.

mechanisms—are used to support NIH's broad scientific portfolio,[7] allowing maximum flexibility to fund the rapidly advancing needs of the biomedical research community. These mechanisms are used to support a wide range of efforts—from individual research projects, to international consortia and networks, to training opportunities—each of which may be tailored to meet specific goals. For example, to create innovative technologies that advance its mission and move them toward uptake in the market, NIH supports the Small Business Innovation Research and Small Business Technology Transfer programs.

### Research in Action in the NIH Intramural Research Program

The NIH Intramural Research Program conducts NIH's in-house research and is the largest institution committed to biomedical and behavioral research, research training, and career development in the world.[8] The mission of the Intramural Research Program is to conduct distinctive, high-impact laboratory, clinical, and population-based research; facilitate new approaches to improve health through prevention, diagnosis, and treatment; respond to public health emergencies; and train the next generation of biomedical researchers. The program supports approximately 8,000 basic, translational, and clinical researchers at NIH research facilities located across the U.S., including the main NIH campus in Bethesda, Maryland; Research Triangle Park in North Carolina; Johns Hopkins Bayview Medical Center in Baltimore, Maryland; Frederick National Laboratory for Cancer Research in Frederick, Maryland; Rocky Mountain Laboratories in Hamilton, Montana; the Perinatology Research Branch in Detroit, Michigan; and the Phoenix Epidemiology and Clinical Research Branch in Phoenix, Arizona. Scientists in the Intramural

Research Program include an estimated 1,200 principal investigators, 1,800 staff clinicians and staff scientists, and 5,000 trainees. Many important medical breakthroughs take place in the intramural research laboratories.

### Pioneering Clinical Research at the NIH Clinical Center

The NIH Intramural Research Program includes the NIH Clinical Center,[9] the world's largest hospital devoted exclusively to clinical research. The NIH Clinical Center is designed to rapidly transition scientific observations and laboratory discoveries into clinical studies and bedside cures by bringing together talented investigators and specialized infrastructure, including unique patient cohorts, state-of-the-art equipment, and specialized services. Since its opening in 1953, more than half a million patients have been active partners with NIH in medical discovery. This partnership has resulted in a long list of medical milestones, including the development of chemotherapy for cancer; the development of some of the earliest artificial heart valves; the demonstration that lithium treats depression; and the first treatment of HIV/AIDS with azidothymidine.[10]

About 1,600 clinical research studies are in progress at the NIH Clinical Center. Approximately half are studies of the natural history of disease, while most of the other studies are clinical trials, often the first tests of new drugs and therapies in people. Participants come from all 50 U.S. states and around the world. With its unique ability to assemble cohorts of participants with rare diseases, the NIH Clinical Center plays an important role in fostering new multidisciplinary collaborations that study and find treatments for rare diseases, often revealing insights into common diseases, as well.

APHA App. 245



# NIH's Strategy

To carry out its mission and optimize return on public investment, NIH has designed a strategic *Framework* that includes three key *Objectives* that align with the agency's goals. These three Objectives outline NIH's priorities in (1) biomedical and behavioral research areas, (2) research capacity, and (3) research conduct. Across all of these priorities, NIH emphasizes several *Crosscutting Themes*—approaches that are common to all Objectives of the Strategic Plan—including improving minority health and reducing health disparities; enhancing women's health; addressing public health challenges across the lifespan; promoting collaborative science; and leveraging data science for biomedical discovery. Examples of these important crosscutting topics are located throughout the three Objectives.



**OBJECTIVE 1** — **Advancing Biomedical and Behavioral Sciences**

The NIH portfolio is designed with the breadth and flexibility to address current public health needs, emerging areas of scientific opportunity, and public health emergencies, such as the coronavirus disease 2019 (COVID-19) pandemic ([Figure 2](#)). Over the next 5 years, NIH will drive cutting-edge biomedical and behavioral sciences forward on three interrelated fronts—foundational science, disease prevention and health promotion, and treatments, interventions, and cures.

## Driving Foundational Science

NIH supports a broad range of foundational scientific research to provide the building blocks for future

diagnostics, treatments, and cures across the entire spectrum of health, diseases, and conditions, including those that are emerging, rare, or have yet to be discovered.

Foundational science includes basic biological, behavioral, and social research that generates the knowledge of how living systems work at the molecular, cellular, organismal, behavioral, and social levels.[11] Basic research can be experimental or observational and may involve manipulating molecules in test tubes and cells in culture dishes, studying animal models of disease ([Figure 3](#)), or conducting studies to understand human health and disease processes. Basic research also includes epidemiological studies



**Figure 2. COVID-19 Research**

Coronavirus disease 2019 (COVID-19) is an emergent human disease caused by a naturally arising novel coronavirus, the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). This scanning electron microscope image shows SARS-CoV-2 (round gold objects) emerging from the surface of cells cultured in the laboratory. NIH supports research to understand SARS-CoV-2 and mitigate the threat of COVID-19 for the health of all people by building on existing and accelerating the development of new research initiatives focused on five research priorities detailed in the *NIH-Wide Strategic Plan for COVID-19 Research*. NIH is improving basic understanding of SARS-CoV-2 and COVID-19 and developing the necessary tools and approaches to better diagnose, prevent, and treat this devastating disease. Pandemics recur, and NIH is also considering how to enhance preparedness for the next one.

*Credit: Rocky Mountain Laboratory, NIAID, NIH.*

APHA App. 246

to examine disease burden, distribution, and potential risk and protective factors in specific populations, as well as natural history studies that follow individuals over time to observe early stages and progression of a disease. NIH-supported research serves as the world's leading source of foundational knowledge of relevance to both the public and private sectors of biomedicine.[12]

### Figure 3. Animal Research Models

Both people and animals have unique and important roles as research subjects. Many medical advances that enhance the lives of both humans and animals originate from animal studies. NIH supports research using a wide variety of animal models, from the familiar fruit flies, rodents, and nonhuman primates to more unexpected animal models, such as fish, frogs, and yeast. The types of animals used in research are chosen for their similarity to humans in anatomy, physiology, or genetics. For example, zebrafish (pictured) are frequently used in research because of their small size, rapid breeding, and transparent bodies. Approximately 70 percent of human genes are also found in the zebrafish, and zebrafish and humans share many critical developmental pathways. Not only can we learn how to prevent, treat, and cure human diseases by studying animals, but often the treatments developed can also be used to improve the health of animals. In addition, NIH is acting to reduce the number of animals needed for research by using other approaches, such as tissue chips.



*Credit: Grimes DT, Boswell CW, Morante NF, Henkelman RM. Used with the permission of Rebecca D. Burdine, Ph.D.*

Much of the research process is carefully planned and conducted, but serendipitous discoveries can also drive progress. Because science explores the unknown, it is not always possible to predict where research will lead. This concept is especially true for basic research, which integrates biology, behavior, environment, medicine, physics, chemistry, engineering, and data science to pioneer novel technologies capable of exploring the individual components of life. Investments in basic science result in unexpected breakthroughs and new fields of inquiry that could not have been envisioned when the original experiments were designed. For example, scientists leveraged the discovery of the CRISPR system, a component of the bacterial immune system that responds to

viral infection, to develop a molecular tool for editing genes with exquisite precision. This technology has revolutionized the ability to study genes and holds great promise for treating numerous genetic disorders. By investing in foundational science, NIH is laying the groundwork for important future advances that will improve the nation's health.

### Building Data Resources to Enable Research Progress

NIH supports the creation of foundational data resources that enable basic research and improve understanding of the biological and environmental factors that contribute to human health and disease. NIH achieves this effort by funding investigators who are studying and cataloging molecules that are the basic building blocks of life—such as DNA, RNA, and proteins—as well as researchers who are establishing and collecting data from large cohorts of research participants. The resulting datasets have the potential to catalyze whole fields of research, as well as lead to the development of new diagnostic tools and therapies.

The 21st century opened with a crowning achievement of basic science, sequencing the human genome—the complete collection of genetic information within an individual. This achievement became the foundation for the branch of science that studies genomes across individuals to find patterns in health and disease and to uncover mechanisms to understand how genes interact with one another and with a person's environment. The immense amount of data produced by genomic studies is helping researchers understand how the complex interactions among different regions of the genome influence human development, aging, and health. One major genomic data resource is the ENCyclopedia of DNA Elements (ENCODE), which is aimed at identifying the function of all parts of the human and mouse genomes and has already been cited by thousands of research publications.[13] The Clinical Genome (ClinGen) Resource catalogues the physical, clinical, and genetic characteristics of individuals to better understand how small changes, or variants, in a person's genome are related to their health.[14] NIH will continue to support the expansion of these databases and improvement of the tools researchers use to generate and analyze genomic data through the development of new DNA-sequencing technologies and computational methods. NIH will also support new efforts to ensure the inclusion of genomes of individuals from



groups that have been historically underrepresented in genomics research.[15]

Harnessing the power of DNA-sequencing technologies, NIH-funded scientists have also created fundamental datasets important to microbiome research, or the study of the microbes—including bacteria, viruses, and fungi—that live on and in the human body. The average healthy adult is host to trillions of microbes that live in the gut, in the mouth, or on the skin, for example. The composition of the microbiome influences human health and response to treatment, contributes to early development, affects the immune system, and plays a role in metabolism. The NIH Common Fund's[b] Human Microbiome Project (HMP), conducted from 2007 to 2016, was the first large-scale effort to map and identify the thousands of species of microbes in the human microbiome (Figure 4).[16] HMP generated a comprehensive profile of the microbiome from multiple body sites from more than 300 healthy people and created computational tools and resources to enable more research. HMP also collected microbiome and human data from three longterm cohort studies centered on pregnancy and preterm birth, inflammatory bowel disease, and type 2 diabetes.

Ongoing studies supported by NIH are investigating how the microbiome of pregnant women may affect the risk of preterm birth;[17] exploring the possibility of using complementary foods—foods given in addition to those regularly consumed in the diet—to boost the gut microbiome and treat childhood malnutrition;[18] understanding how beneficial microbes in the mouth protect against periodontal disease or other oral infections;[19] and uncovering how the microbiome influences cancer development and response to therapy.[20] One particularly promising area of research is exploring the role of the microbiome in the onset of chronic conditions involving immune system dysfunction, such as cardiovascular disease and inflammatory diseases of the gut.[21]

Studies that generate large datasets from diverse participants provide vital fundamental research resources. The Adolescent Brain Cognitive Development (ABCD)[22] study is the largest long-term study of brain development and child health in the U.S. This study has recruited more than 11,000 children 9 to 10 years of age, who will be followed into adulthood to explore how childhood experiences

affect brain development and a variety of health-related outcomes. Data collection is ongoing, and researchers from within and outside the ABCD study are using the data generated to conduct research on such topics as the link between screen time and brain structure,[23] effects of prenatal exposure to cannabis use,[24] and the relationship between sleep and brain structure and function.[25]

### Figure 4. Human Microbiome Project

The Human Microbiome Project, which was launched by NIH in 2007, provided the first glimpse of the microbial diversity of healthy humans and is exploring the possible relationships between particular human diseases and the microbiome.



Credits: Composite image, Jonathan Bailey, NHGRI, NIH. Individual images (Clockwise from top left), Streptococcus, Tom Schmidt; microbial biofilm of mixed species, from human body, A. Earl, Broad Institute/Massachusetts Institute of Technology; Bacillus, Tom Schmidt; Malassezia lopophilis, J.H. Carr, CDC.

Many NIH-funded projects span multiple areas of research and include both basic and applied science. The ambitious Brain Research through Advancing Innovative Neurotechnologies® (BRAIN) Initiative aims to answer fundamental questions about how brain circuits work; how they become impaired in neurological, psychiatric, and substance use disorders; and how to improve the function of these circuits to treat brain disorders (Figure 5).[26] Components of the BRAIN Initiative® include studies to record, image, and manipulate brain circuits with the aim of developing treatments for brain disorders; development and dissemination of informatics tools to allow

---

[b] For more information on the NIH Common Fund, see Appendix IV.

widespread sharing and interpretation of research data; and efforts to discover and catalogue the multitude of types of brain cells.

The complexity of the nearly 170 billion cells in a human brain presents a formidable challenge to understanding how different cell types work in brain circuits, their role in disease, and how they might be targeted directly by new therapies. Advances in engineering and highthroughput methods to classify individual cell types have enabled new opportunities to tackle this challenge. The BRAIN Initiative® Cell Census Network is developing a comprehensive mouse brain cell atlas and applying cell type identification methods to studies of human brain tissue.[27]



### Figure 5. BRAIN® Initiative

First-place photo winner from the Brain Research through Advancing Innovative Neurotechnologies® (BRAIN) Initiative's 2019 "Show Us Your Brains" photo and video contest for BRAIN investigators. "Light Me Up!" is a light-based rendering of deep brain stimulation's electrical excitation of neuronal fiber pathways to treat patients who have traumatic brain injury.

*Credit: Andrew Janson, Graduate Student Research Assistant, Scientific Computing and Imaging Institute, The University of Utah.*

Scientists have begun to use these methods to determine precisely which human brain cells are affected in a range of conditions, including Alzheimer's disease and related dementias, autism spectrum disorder, and Zika virus infection.

### *Inventing Tools and Technologies to Catalyze Discovery*

Fundamental research includes the creation of advanced biomedical research tools and technologies for scientists to answer questions about biology and human health. For example, imaging technology

has transformed science, allowing researchers to "see" individual molecules interacting, measure brain function, study internal tissues, visualize cell functioning in 3-D in real time, and locate specific molecules in the body using chemical tags.

Certain NIH programs are initiated specifically to spur the development of new tools and technologies for research use. The NIH Common Fund's Single Cell Analysis Program (SCAP) focused on developing tools to explore the behavior of single cells, including new ways to track cells in living multicellular organisms, new imaging techniques and technologies, and sequencing of the genome and transcriptome—the collection of all gene readouts present in a cell.[28] Resources developed through SCAP have paved the way for research that may lead to breakthroughs in understanding the human body at the level of individual cells, rather than groups or populations of cells. Such resources include the NIH Common Fund's Human BioMolecular Atlas Program (HuBMAP), a collaborative effort to develop a global open platform to map the approximately 37 trillion cells in the human body to understand how the relationships between cells can affect a person's health.[29]

New technologies are yielding data in quantities and at a level of complexity that requires increased capacity for storage, management, and analysis. Artificial Intelligence (AI) is being used on big datasets to augment human ability to detect patterns and predict outcomes, thus offering significant promise to advance research. NIH will build a large and diverse set of programs to foster machine learning (a subset of AI), support the generation and management of large-scale datasets, convene multidisciplinary teams of researchers, and develop a set of ethical principles for NIH-funded researchers to follow when using AI (Figure 6).[30] Advances in data science facilitate data processing and sharing, but concomitantly raise concerns regarding privacy, security, ethics, and bias. NIH is proactively engaging data and computer scientists, engineers, clinicians, research participants, ethicists, and the public in its plans to address future challenges and opportunities.

Studies are beginning to demonstrate the potential AI has for revolutionizing medical practice. For example, NIH researchers developed a novel data-driven approach for automated diagnosis and prognosis of Age-related Macular Degeneration (AMD), highlighting the potential of these systems to assist early disease detection and enhance clinical decision-making



**Figure 6. ELSI Research at NIH**

The term *ELSI* refers to the consideration of Ethical, Legal, and Social Implications of research, particularly in emerging biomedical fields; ELSI has its roots in the genomics community, but has expanded to include other areas of NIH research. ELSI complements scientific research by identifying, analyzing, and addressing the ethical, legal, and social implications of research as it is being conducted. NIH supports ELSI research to facilitate the responsible integration of science into society. Today ELSI initiatives are underway across NIH in several areas of biomedical and behavioral research, such as neuroscience, epidemiology, environmental health, new and emerging technology development and use, precision and personalized medicine, clinical research and care, and special and vulnerable population research. Key to NIH's approach to ELSI is collaboration with its multiple stakeholders.

processes.[31,32] The U.S. Food and Drug Administration (FDA) also approved the first automated medical device to use AI to detect diabetic retinopathy.[33] NIH will continue to explore and expand further uses of AI.

### Understanding Biological, Behavioral, and Social Determinants of Population Health

Building the foundation for science includes constructing an overall picture of how physiological, behavioral, and social factors alone and in combination may determine human health. Conditions in which an individual is born, lives, learns, works, and ages combined with the behaviors that engage in can affect a wide range of health outcomes.[34] Understanding how these factors interact with an individual's biological make-up is a vital area of research. The epigenome consists of chemical compounds and proteins that can attach to DNA and turn genes on and off. These changes in gene expression can occur in response to social experiences (both positive and negative) and environmental exposures and may be passed from one generation to the next. NIH supports research on social epigenomics, the study of how social experiences throughout a person's lifetime can affect biology and health status through changes to the epigenome. Similarly, NIH supports research on environmental epigenomics, which looks at how an individual's exposure to factors in the physical environment—such as air, water, and soil—may also impact gene expression. Studies designed to elucidate how social experiences and environmental exposures—such as those experienced through structural racism and lower economic status—affect the individual epigenome among racial and ethnic groups can provide a unique opportunity

to identify the changes that occur within and between populations. This knowledge can be used to increase understanding of minority health and decrease health disparities.

Social and behavioral research is crucial to understanding the health and developmental effects of using digital technology and electronic media that have become integral parts of daily life. Findings from the ABCD study and the NIH Intramural Research Program have demonstrated that a significant proportion of children across a wide age range exceed the daily limits on screen time recommended by the American Academy of Pediatrics.[35,36] In light of the COVID-19 pandemic, screen time has dramatically increased for children of all ages, the effects of which will need to be investigated. To assess how technology and media use affect early childhood health and development—as well as the nature of social interactions among families, peers, and society—NIH will support an initiative to study the impact of technology and media exposure on early childhood development and health outcomes. This effort will support coordinated research projects using existing and newly collected data, as well as determining measures for exposure, usage, development, and health outcomes, including neuroimaging, language development, physical activity, and hormone levels.

Integrating different types of research to address health needs for specific populations can improve the health of these populations and also provide insights into common conditions. For example, Down syndrome is the most common genetic disease of mild to moderate intellectual disability, occurring in 1 out of every 700 babies born in the U.S. In 2018, NIH launched the INvestigation of Co-occurring conditions across the Lifespan to Understand Down syndromE (INCLUDE) project, which studies conditions that affect the general population and often co-occur (i.e., are comorbid) with Down syndrome, such as Alzheimer's disease and related dementias, autism, cataracts, celiac disease, cardiovascular disease, and diabetes (Figure 7). The program focuses on targeted, high-risk/high-reward basic science studies on the causes of Down syndrome comorbidities, cohort studies of individuals with Down syndrome, and inclusion of individuals with Down syndrome in new and existing clinical trials.

Understanding the fundamental processes underlying human health is a key step in determining how to promote and restore health and identify, prevent,

APHA App. 250

and treat disease. Over the next 5 years, NIH will continue to invest in fundamental research projects that provide new insights into basic biological, behavioral, and social processes across the spectrum—from molecules to cells to humans to communities. These investments will undoubtedly lay the groundwork for unimaginable breakthroughs that will lead NIH one step closer to improving human health.

## Preventing Disease and Promoting Health

Disease prevention and health promotion are core components of NIH's research mission to improve the health of all Americans. NIH research strengthens the evidence base on which national public health objectives and related disease prevention and health promotion strategies are built. Prevention research targets biological, social, and environmental factors, individual behaviors, and health services and informs health-related guidelines, policies, and regulations. NIH supports a broad portfolio of research that examines the best way to bring effective disease prevention and health promotion strategies into communities.

### Developing New and Improved Vaccines

Vaccines provide a safe, cost-effective, and efficient means of preventing illness, disability, and death from infectious diseases. NIH supports a comprehensive spectrum of immunology and infectious disease research focused on developing improved or novel vaccines. This includes study of pathogen–host interactions and technological advancements in vaccine development that have led to innovative and exciting vaccine research strategies. For example, NIH-supported researchers are working to identify new platforms to deliver vaccine components and explore how adjuvants (i.e., vaccine components that



**Figure 7. INCLUDE Project**

The INCLUDE (INvestigation of Co-occurring conditions across the Lifespan to Understand Down syndromE) project is an NIH-wide research initiative involving 18 Institutes and Centers that aims to understand critical health and quality-of-life needs for individuals with Down syndrome. Down syndrome is the most common genetic cause of mild to moderate intellectual disability and occurs in one out of every 700 babies born in the U.S.

*Credit: The INCLUDE Project, NIH.*

enhance the immune response) affect the potency, durability, and other aspects of vaccine-induced immunity.[37]

An important remaining need is the rapid development of new vaccines to mitigate emerging infectious disease outbreaks, such as COVID-19, Ebola virus disease (EVD), and influenza (flu). NIH, in collaboration with its industry partner, developed an experimental vaccine for COVID-19 in just weeks using the genetic sequence of SARS-CoV-2 (i.e., the virus that causes COVID-19).[38] As of late 2020, the vaccine co-developed by scientists at NIH and Moderna was granted an Emergency Use Authorization by the FDA, after rigorously testing its safety and ability to protect against infection. Other vaccines are still being tested.[39] Recent outbreaks of the Ebola virus spurred the development of multiple vaccine candidates for EVD, including the rVSV-ZEBOV vaccine, which through significant federal government support was brought to market by the private sector, licensed in 2019, and is now widely available.[40] Preliminary data from an outbreak in the Democratic Republic of the Congo (DRC) has shown that this vaccine is highly effective in preventing disease and death.[41] In the U.S., seasonal influenza causes 12,000–61,000 deaths annually,[42] and emerging influenza strains pose a pandemic risk. A key focus of the NIH influenza research program is developing a universal vaccine[43] that provides robust, long-lasting protection against multiple subtypes of influenza (Figure 8), eliminating the need for a seasonal flu vaccine each year and providing protection against newly emerging strains with pandemic potential. Several flu vaccine clinical trials are being conducted, including an NIH-sponsored trial of a universal vaccine candidate that uses a nanoparticle technology to display portions of the influenza virus that are the same or very similar among different influenza strains.[44]

**Figure 8. Universal Flu Vaccine**

A healthy volunteer receives an experimental universal influenza vaccine known as H1ssF_3928 as part of a Phase 1 clinical trial at the NIH Clinical Center in Bethesda, Maryland. Scientists at the Vaccine Research Center developed the vaccine.



*Credit: NIAID, NIH.*

In addition to furthering the development of vaccines against specific pathogens, NIH supports the development of technologies that enable scientists to apply a standardized manufacturing process to develop candidate vaccines against various pathogens and create a collective database with information on their safety. This streamlined approach can shorten the preclinical development period from years to months and is important for rapid response to emerging infectious disease threats.

### Addressing Risk and Burden of Disease

NIH is committed to supporting research to reduce the impact of disease by identifying and improving understanding of risk factors (e.g., inadequate nutrition, low physical activity, built environment, tobacco use, alcohol or drug misuse) and protective factors (e.g., weight management, regular exercise, daily tooth brushing and flossing) alone and in combination with genetic factors. An important goal of prevention is to alter the balance between risk and protective factors so that protective factors outweigh risk factors. Screening, health promotion, counseling, behavioral change, stress management, and preventive medications are all potential strategies for reducing individual risk. NIH investments have helped lead to advances in screening for cardiovascular disease, lung cancer, abnormal blood glucose, type 2 diabetes, oral cancer, and intimate partner violence, as well as interventions to address obesity and tobacco use in children and adolescents.

One example of NIH's investments in risk identification is in suicide prevention (Figure 9). Suicide remains one of the top 10 leading causes of death in the U.S., claiming the lives of more than 48,000 people each year.[45] Although it impacts all ages and in all parts of the country, some specific groups are disproportionately affected, such as sexual and gender minority (SGM) populations (especially transgender and gender non-conforming youth) and American Indian or Alaska Native populations (who have the highest suicide rates of any racial or ethnic group in the U.S.[46]). NIH-supported suicide prevention research illustrates how improvements in care can save lives. Universal screening for suicide risk in emergency departments has been shown to be effective and feasible.[47] Building on these findings, NIH-supported researchers are testing brief interventions and follow-up care to prevent recurring self-harm and related comorbidities, such as substance use disorder.

NIH-supported studies have demonstrated how long-term, multigenerational studies of chronic diseases can give rise to innovative prevention and intervention strategies. For example, the Framingham Heart Study,[48] launched in 1948, continues to inform tobacco cessation, nutrition, physical activity, and blood pressure control strategies that are used all over the world to reduce the risk of chronic disease. High blood pressure, or hypertension, is common over the age of 50 years and is a leading risk factor for cardiovascular diseases like heart disease and stroke. It may also increase the risk of dementia later in life. Data from several NIH-funded observational studies suggested that cardiovascular disease risk increases when systolic blood pressure rises beyond a certain level. NIH's Systolic Blood Pressure Intervention Trial (SPRINT)[49] assessed whether aggressively lowering blood pressure can prevent these conditions. SPRINT found that maintaining systolic blood pressure at less than 120 mm Hg reduced the combined risk of heart attack, heart failure, and stroke by 25 percent and reduced the risk of death by 27 percent compared to the standard blood pressure target at the time (140 mm Hg).[50] These findings helped change the national guidelines for treating hypertension, which now use 120 mm Hg as the standard blood pressure target.[51] If successfully adopted into clinical practice across the U.S., these guidelines are expected to prevent about 107,500 deaths per year among people at high risk for fatal cardiovascular disease.[52]

APHA App. 252



**Figure 9. Suicide Prevention**

"Five action steps for helping someone in emotional pain": Infographic.



## Harnessing Technology to Inform Decision-Making

NIH supports the development of new or improved interventions and technologies along with repurposing existing technologies to monitor and reduce disease risk, enhance protective factors, and restore health (Figure 10). Coupled with advances in data science that enhance analytical capacity and speed, these technologies and tools will help aid decision-making by patients and providers and improve disease prevention and health promotion strategies at the individual, family, community, and population health levels.

Most information used to make decisions in current medical practice is collected at a specific moment in time and in a clinical setting, such as taking blood pressure, providing a limited view of an individual's health and disease risk. Heart rate and motion sensors in smart watches and other wearable devices are examples of consumer technologies that can provide continuous feedback to help people improve their health. These devices detect underlying signs of illness and response to interventions, including medications and lifestyle changes, faster than conventional methods that often require weeks or months to provide actionable feedback. NIH-supported researchers have developed a wearable sensor made

of stretchable microelectronics that uses ultrasound to measure blood pressure continuously, whether the wearer is resting or active. Such devices may help identify people at risk of stroke and heart disease by

**Figure 10. Nanorobots for Dental Health**

NIH supported a collaboration among biomedical researchers and engineers to build microscopic nanorobots to target, destroy, and remove dental plaque, a harmful community of bacteria that grow on teeth. The nanorobots, which contain an antibacterial compound, are controlled using tiny magnets to perform micro-scale precision cleaning, including hard-to-reach spaces. This technology could be used to prevent dental caries and periodontal disease, in addition to cleaning other surfaces susceptible to biofilms, such as metal implants and catheters or hospital equipment.



Credit: Geelsu Hwang and Edward Steager, University of Pennsylvania.

APHA App. 253



providing patients and physicians with more frequent and accessible information on blood pressure, including fluctuations that occur during the wide variety of activities that people engage in every day.[53]

### Designing Research for Everyone

NIH prioritizes research that addresses the needs of underserved populations to address the factors that contribute to health disparities. NIH-wide efforts will continue to focus on developing and testing interventions to reduce health disparities, identifying key gaps in prevention science related to health disparities, and promoting targeted research on appropriately tailored public health, clinical, and community preventive services in diverse settings and contexts. For example, the NIH *All of Us* Research Program[54] has been designed to reflect the diversity of the U.S., with a special focus on including participants from groups that have been underrepresented in health research (Figure 11).

The Collaborative Minority Health and Health Disparities Research with Tribal Epidemiology Centers initiative supports research on topics related to minority health and health disparities in American Indian or Alaska Native populations, with emphasis on areas where there are significant gaps in data and knowledge. Current research projects include examining the impact of the Navajo Nation Tax on Junk Food on health outcomes, identifying the incidence and prevalence of arthritis and autoimmune disease

among Alaska Natives, and understanding determinants of motor vehicle injuries and deaths among the Northwest Tribes.[55]

Sex and gender also influence health and disease. *Sex* refers to biological differences between females and males, including chromosomes, sex organs, and endogenous hormonal profiles. *Gender* refers to socially constructed and enacted roles and behaviors, which occur in a historical and cultural context and vary across societies and over time.[56] Considering the effects of sex and gender in study design, data collection and analysis, and dissemination of findings will help to inform the development of prevention strategies and interventions for everyone.

## Developing and Optimizing Treatments, Interventions, and Cures

Building on the solid foundation of fundamental discoveries in biology, health and disease, and behavior, as well as innovations in data science and emerging technologies, NIH-supported scientists continue to develop new and improved treatments and cures, including for diseases that were considered intractable even a decade ago.

The path to a new treatment often begins not in the clinic or community but in the laboratory, where basic researchers refine our understanding of disease and identify aspects of disease causation or progression



**Figure 11. *All of Us* Research Program**

The NIH *All of Us* Research Program is a historic effort to collect and study data from 1 million or more people living in the U.S. The program's goal is better health for all of us, and its aim is to gather data on genetics, lifestyle, and environmental exposures. The *All of Us* Research Program is unique because it is disease agnostic, meaning that it will not focus on one disease, risk factor, or group of people, instead enabling researchers to evaluate multiple risk factors that are associated with outcomes across different diseases. This unprecedented scientific resource will enable research on numerous diseases and conditions across populations and the lifespan, with a special focus on outreach to groups that have been underrepresented in health research, to reflect the diversity of the U.S. The *All of Us* Research Program has already begun to make an early, non-finalized version of its Researcher Workbench available, an important milestone toward creating a publicly accessible platform to increase research on understudied areas, including wellness and resilience.

*Credit: NIH.*

that could be targeted therapeutically. Investigators use this information to design candidate treatment approaches using cell or tissue samples, animal models, or computer simulations. If the candidate approaches appear to be safe and effective in this preclinical setting, they are moved into human trials, where they are tested for safety and efficacy. Finally, new and improved methods to promote the adoption of effective and proven interventions are identified and refined through implementation research. This process is rarely straightforward. In fact, sometimes the process even circles back on itself in a "virtuous cycle," with applied research informing new ideas in basic research.

To illustrate, NIH-supported basic science was a springboard for the development of a ground-breaking new cystic fibrosis treatment. Cystic fibrosis is an inherited disorder that causes mucus to accumulate in the airways and digestive tract. The identification of the *CFTR* gene, which is mutated in affected individuals, along with additional discoveries over several decades, has enabled a variety of progressively more effective drug therapies for the disease. Recent NIH-supported clinical trials demonstrated that a novel triple-drug therapy could compensate for the effects of a *CFTR* mutation that occurs in 90 percent of affected individuals.[57] Now, instead of being a fatal disease, there is promise that cystic fibrosis in many individuals could soon be a chronic condition that can be managed over a long lifetime.

NIH supports randomized controlled clinical trials—studies conducted under "ideal" research conditions in which participants are randomly placed into one of two or more groups that receive different interventions or a placebo (i.e., a treatment with no therapeutic effect). Outcomes from each group are then analyzed and compared. Such studies are considered the gold standard by which clinical researchers determine the safety and effectiveness of interventions. NIH also supports pragmatic trials, which are designed to evaluate interventions in real-world settings and situations. To support and facilitate pragmatic trials, NIH established a Health Care Systems Research Collaboratory[58] under the NIH Common Fund to engage with health care delivery organizations as key research partners. The Collaboratory disseminates best research practices, provides education and coordination, and supports pilot projects involving a variety of diseases and conditions in community settings.

### Giving the Right Treatment to the Right Patient at the Right Time

Advances in molecular medicine have allowed health professionals to move toward a precision medicine approach for targeted treatment and prevention that considers an individual's genes, environment, and lifestyle. In contrast to a one-size-fits-all approach, in which disease treatment and prevention strategies are developed for the average person, precision medicine will allow doctors and researchers to predict more accurately which treatment and prevention strategies will work best in an individual. Unlike research studies that focus on one disease, risk factor, or group of people, the *All of Us* Research Program is building an unprecedented scientific resource that will enable research on numerous diseases and conditions across populations and the lifespan.

Patients with certain types of cancer are already benefiting from precision medicine approaches. For example, an NIH-supported clinical trial showed that a molecular test for the expression of 21 genes associated with breast cancer recurrence could determine whether patients with the most common type of breast cancer would benefit from chemotherapy in addition to surgery.[59,60] The researchers found that most of these women can safely avoid chemotherapy and its toxic side effects.

The promise of precision medicine is exemplified by the development, built on decades of research, of new therapies that harness patients' own immune systems to attack their cancer. Among them are chimeric antigen receptor (CAR) T-cell therapies that are made by genetically engineering a patient's own immune cells so they will bind to specific proteins on cancer cells and kill them. Approved by the FDA in 2017, these biologic products have resulted in remarkable benefits to children and adults with certain types of leukemia and lymphoma.[61] Unfortunately, some patients initially respond to these treatments but then relapse, some patients' cancers do not respond at all, and the treatments can cause serious side effects. Scientists are working to understand the mechanisms underlying these challenges and to develop additional approaches for patients. Hundreds of clinical trials for new CAR T-cell therapies are ongoing, signaling the continued promise of this innovative new treatment for patients with cancer and HIV/AIDS.



Another area of NIH-supported research on personalized approaches to medical treatment has been to develop artificial pancreas technologies to automatically link individualized glucose monitoring and insulin delivery to improve the health and quality of life of people with type 1 diabetes ([Figure 12](#)). In the 1.6 million Americans estimated to have type 1 diabetes, the immune system destroys the pancreatic insulin-producing cells, leaving the body unable to absorb or use glucose. Significant progress toward artificial pancreas technologies—which consist of a continuous glucose monitor, an insulin pump, and a computer algorithm that, in some cases, can be run from the user's smartphone—has been made through extensive collaboration among NIH ICs, other federal agencies, private funders, academic investigators, and industry. In 2016, the FDA approved the first commercial hybrid artificial pancreas device[62] and in 2019, the FDA approved the first interoperable system[63] that could give patients the ability to choose the individual components that work best for them. Studies have shown that these technologies result in better control of blood glucose levels compared to standard treatment, potentially lowering the risk of diabetic complications.[64] NIH continues to support research to develop next-generation and novel devices that are smaller, easier to use, and available to all.



**Figure 12. Artificial Pancreas**

The Control-IQ artificial pancreas system was derived from research done at the Center for Diabetes Technology at the University of Virginia.

### Catalyzing Cell Engineering, Bioengineering, and Regenerative Medicine

NIH is at the forefront of remarkable technological advances, such as innovations in cell engineering, bioengineering, and regenerative medicine. These advances are not only accelerating research but also creating the possibility of new treatments that previous generations of clinicians could only imagine. For example, scientists supported by the NIH BRAIN Initiative®[65] have pioneered a new technology that

converts brain signals into audible speech—a potentially life-altering breakthrough for individuals who are unable to speak due to a stroke, injury, or other neurological condition. Next, researchers will design a clinical trial involving paralyzed, speech-impaired participants to determine how to best gather brain signal data, which can then be used to refine the previously trained computer algorithm.

Biotechnology is bringing us closer to a cure for AMD, a leading cause of visual impairment among older Americans. By 2050, the estimated number of people with AMD is expected to more than double from 2 million to 5 million.[66] The discovery of induced pluripotent stem cells (iPSCs)—adult cells that have been genetically reprogrammed to a developmental stage such that they can be turned into any cell type in the body—opened the door for transformative regenerative medicine therapies. Researchers at NIH were able to derive iPSCs from participants with advanced AMD and convert them into healthy retinal tissue. The newly developed tissue replaced damaged tissue and prevented blindness in animal models.[67] NIH received FDA approval to begin the first-ever clinical trial using replacement tissue derived from iPSCs in humans.[68]

Therapeutic development for many human diseases and conditions could become faster and more accurate due to the expanding use of tissue chips, or "organs-on-chips." These devices consist of 3-D platforms that support living human tissues or cells to model the structure and function of human organs, such as the lung, liver, and heart. Working closely with the pharmaceutical industry and FDA, the Tissue Chip for Drug Screening program[69] supports research using tissue chips to test new drugs and predict whether they will be safe and effective in humans. In collaboration with the International Space Station National Laboratory (ISS-NL) and the National Aeronautics and Space Administration (NASA), NIH is funding nine tissue chip projects in which different types of tissues are being sent to the ISS-NL to determine how human tissues behave in space when

APHA App. 256

exposed to reduced gravity,[70] which models aging in an accelerated manner (Figure 13). Researchers are also developing interconnected tissue chips that could model the entire human body's response to candidate therapeutics and are being deployed to address emerging health challenges, such as the opioid crisis and COVID-19 pandemic. In addition, current efforts are focused on the use of tissue chips to inform the implementation of clinical trials.

### Meeting Emerging Public Health Needs

A critical focus of the NIH mission is readiness to address new and emerging public health needs rapidly, comprehensively, and efficiently. From the emergence of HIV/AIDS in the 1980s to the more recent outbreaks of infectious diseases—such as Zika virus disease, EVD, and COVID-19—to conducting research during an unfolding disaster like the Deepwater Horizon oil spill, NIH has been at the forefront of the global research response. NIH's role in combatting emerging threats involves identifying and understanding the responsible pathogens and their effects on the body, treating affected patients in the NIH Clinical Center as part of research studies, and conducting and supporting clinical trials throughout the nation and around the world.

The NIH Clinical Center is specially equipped with high-level respiratory isolation capabilities to handle patients with highly infectious diseases. In addition, the staff includes infectious disease and critical care specialists who have received training in strict infection control practices to prevent the spread of potentially transmissible agents. The Special Clinical Studies Unit is used for cutting-edge investigational clinical studies and treatments, ranging from EVD to universal influenza vaccine studies to treating patients affected by the COVID-19 pandemic.[71]

NIH can also swiftly mobilize its flexible infrastructure and collaborative research partnerships to help advance new and promising treatments, even in areas of armed conflict and tenuous security. NIH and the Institute of Biomedical Research in the DRC conducted the Pamoja Tulinde Maisha (PALM) clinical trial, meaning "Together Save Lives," in Kiswahili. The preliminary results were so compelling that the trial was halted, and the results were promptly made public to help save lives and stem the latest EVD outbreak.[72] All EVD patients in the DRC treatment centers are now treated with one of two treatment options based on the PALM trial results. Through this collaborative

**Figure 13. Tissue Chips in Space**

An astronaut in a National Aeronautics and Space Administration spacesuit is shown with a kidney tissue chip in hand. When traveling in space, astronauts experience physiological changes normally associated with aging, such as bone loss, muscle deterioration, and altered immune systems. When the astronauts return to Earth, the changes often reverse. To better understand the relevance of the astronauts' experience to human health—both on the ground and in space—NIH partnered with the International Space Station U.S. National Laboratory to send tissue chips, a research technology that reflects the human body, into space.



Credit: NASA.

research conducted in a region of civil unrest during an ongoing outbreak, the U.S. and its partners have provided the world with two new effective treatments for an emerging disease. Additionally, this experience demonstrated the efficacy of promising therapeutics to treat EVD and serves as a potential guide for conducting future clinical trials in outbreak settings.

NIH's role in safeguarding the public health extends beyond infectious disease. For example, at this writing, opioid misuse and addiction continues to be a rapidly evolving U.S. public health crisis. Although more than 50 million Americans suffer from chronic pain, safe non-opioid options for pain management are unavailable.[73] In 2018, more than 46,000 Americans died of opioid overdose, making it one of the most common causes of non-disease-related deaths for adolescents and young adults.[74] More than 2 million Americans live with an opioid use disorder. To address this national crisis, NIH launched the Helping to End Addiction Long-term[SM] (HEAL) Initiative,[75] an aggressive, NIH-wide effort to provide scientific solutions and offer new hope for individuals, families, and communities affected by this devastating crisis (Figure 14).



### Figure 14. HEAL Initiative[SM]

The NIH Helping to End Addiction Long-term[SM] Initiative, or NIH HEAL Initiative[SM], launched in April 2018, is an aggressive NIH-wide effort to provide scientific solutions to the national opioid overdose crisis, including improved treatment strategies for both pain and opioid use disorder. Notably, a series of highly focused studies has been launched to accelerate the development of new medications to treat all aspects of opioid use disorder, from new formulations of existing drugs to creating new therapies aimed at novel targets to novel devices for the treatment of substance use disorder and pain. Working across scientific disciplines and care settings, the NIH HEAL Initiative seeks to match the seriousness of the crisis and offers new hope for individuals, families, and communities affected by this devastating crisis. In partnership with the Substance Abuse and Mental Health Services Administration (SAMHSA), in 2019 NIH launched the HEALing Communities Study to investigate how tools for preventing and treating opioid misuse and opioid use disorder are most effective at the local level.



*Credit: NIH.*

## Partnering to Advance Treatments and Cures

Collaboration is essential to accelerating progress in developing effective prevention and treatment interventions, as well as ensuring that the benefits of research are available to all Americans. For example, the Partnership for Access to Clinical Trials is a collaborative effort that connects health care providers and their patients in the Washington, D.C., metropolitan area to NIH researchers conducting clinical trials at the NIH Clinical Center.[76] By serving as a bridge between research participants, their health care providers, and NIH researchers, this program serves as a successful model for increasing diversity in research participation, particularly among those who are underrepresented in clinical trials, and expanding access to the benefits of NIH research.

NIH facilitates collaboration with industry and federal partners to advance treatment science. In 2017, in collaboration with 12 leading biopharmaceutical companies and advocacy organizations, NIH launched the Partnership for Accelerating Cancer Therapies,[77] a 5-year public–private research collaboration, as part of Cancer Moonshot[SM]. The initial focus of the partnership is the development, validation, and standardization of biomarkers to better predict response to immunotherapy—a type of biological therapy that turns on or off the immune system to help the body fight cancer, infection, and other diseases. Immunotherapies have resulted in dramatic clinical benefit in certain types of cancer; however, existing immunotherapies do not work for all patients

and are associated with substantial toxicity in some individuals.[78] A better understanding of why immunotherapies work in some patients and not others is needed to help target this treatment to the people most likely to benefit.

NIH is also transforming treatment of sickle cell disease (SCD) through collaborations (Figure 15). SCD is a group of inherited disorders characterized by the buildup of an abnormal protein in red blood cells. It can cause pain, fatigue, and damage to organs throughout the body. People of African ancestry have the highest prevalence of SCD; it is estimated that the disease affects up to 100,000 Americans.[79] Although treatments are available to relieve symptoms and extend lifespan, a bone marrow transplant is currently the only cure for SCD.[80] Unfortunately, a transplant is not feasible for most patients, because it requires bone marrow from an immune-matched sibling.

In 2016, NIH established the Sickle Cell Disease Implementation Consortium (SCDIC), the first

### Figure 15. Sickle Cell Disease

In sickle cell disease, red blood cells make an abnormal protein that causes them to take on a sickle shape. These cells are inflexible and can stick to blood vessel walls, interrupting blood flow.



*Credit: Janice Haney Carr and the CDC Public Health Image Library.*

research program to use implementation science—the scientific study of how best to ensure the uptake of evidence-based practice—to identify and address barriers to quality care in SCD.[81] The SCDIC has created a registry of more than 2,400 patients. In 2018, NIH established the Cure Sickle Cell Initiative, an innovative collaboration among researchers in academia and industry, clinicians, patients, and advocates to identify and support the most promising genetic therapies for SCD.[82] Their goal is to bring new therapies to the point of FDA approval within the next 5–10 years.

NIH facilitates collaboration on complex scientific questions requiring the intersection of disciplines, methodologies, and knowledge by supporting a variety of funding mechanisms that are focused on collaborative or team-based work. Such opportunities for investigator-initiated research extend from serving as co-primary investigators on a grant award to participating in highly complex networks of investigators and institutions charged with advancing science in new directions. NIH looks forward to reaping the scientific benefits of continuing and expanding its partnerships in the next 5 years.



## OBJECTIVE 2 — Developing, Maintaining, and Renewing Scientific Research Capacity

NIH not only funds innovative biomedical and behavioral research but also pursues its mission by ensuring that the biomedical research workforce is well trained and diverse and conducts its work within an infrastructure that enables groundbreaking results at a rapid pace. Over the next 5 years, NIH is poised to enhance its support of research capacity to maximize the potential of the research that the agency sustains.

### Enhancing the Biomedical and Behavioral Research Workforce

NIH recognizes that its mission will be met only through the continued efforts of a talented and dedicated biomedical research workforce. The strength of the NIH workforce depends on its sustainability and diversity (Figure 16), which NIH supports through both intramural and extramural focused training programs.

Sustainability is achieved by maintaining an appropriate balance of researchers at different career stages, ensuring that investigators early in their careers are given every opportunity to excel, even in times of limited funding. Intense competition for funding can pose a challenge for researchers trying to embark upon and sustain independent research careers. NIH's Next Generation Researchers Initiative (NGRI) aims to enhance opportunities for early-stage researchers by prioritizing funding of independent research applications for investigators who are within

10 years of completing postgraduate clinical training or their highest advanced research degree.[83] Through this initiative, NIH has more than doubled the number of early-stage researchers supported—from less than 600 in 2013 to 1,316 in 2019. Moving forward, NIH will continue to explore novel approaches to expand pathways for funding early-stage researchers and assess how NGRI policies affect women and individuals from groups that are underrepresented in biomedical and behavioral sciences.

To encourage early-stage researchers to explore new research avenues, NIH recently created the Stephen



**Figure 16. Minority Women in Science**

Alma Levant Hayden was one of the first minority women scientists in the federal government and worked at NIH as a biochemist. Photo taken around 1952.

*Credit: NIH.*



Ira Katz Award, in memory of the longtime director of the National Institute of Arthritis and Musculoskeletal and Skin Diseases. This award is designed to support early-stage researchers who propose innovative and unique ideas that represent a significant change in research direction from their past research or training experience.

Ground-breaking, impactful biomedical and behavioral research depends upon a diverse workforce, composed of people trained in multiple disciplines and from different backgrounds, who can provide a richness of perspectives necessary to inspire new ideas. Recognizing the need to advance talent in much-needed fields of study, NIH supports training programs in a wide variety of areas, such as bioinformatics, scientific rigor and reproducibility, and data science. To illustrate, NIH supports 16 University-based Biomedical Informatics and Data Science Training Programs,[84] including more than 200 Ph.D.- and postdoctoral-level researchers. Notably, NIH also partners with high schools, minority-serving institutions, and others to support bioinformatics training.

Given the role that interdisciplinary approaches and team science play in fostering innovation, NIH has developed a number of initiatives to encourage collaborative research. One such example is NIH's Building Interdisciplinary Research Careers in Women's Health (BIRCWH), which connects junior and senior faculty with shared interests in interdisciplinary research on women's health.[85] Since 2000, BIRCWH has helped more than 700 junior faculty pursue their career goals, thereby expanding the pipeline of women's health researchers and benefiting the health of women.

NIH supports numerous programs designed to foster research environments that encourage participation from a full and diverse range of talent. NIH's Maximizing Opportunities for Scientific and Academic Independent Careers (MOSAIC) program[86] facilitates the transition of promising postdoctoral researchers from diverse backgrounds, including those from underrepresented groups, to academic faculty positions at institutions throughout the country. The Native American Research Internship (NARI) program supports diverse student researchers, including American Indian and Alaskan Native students, from across the country in paid summer research internships. NARI researchers benefit from cultural and professional mentorship from American Indian or Alaskan Native elders, community organizations, and renowned faculty scientists.

Reflective of the high priority that NIH places on workforce diversity, the NIH Common Fund manages several training programs targeted on diversity. Launched in 2014, the Enhancing the Diversity of the NIH-Funded Workforce Program[87] (also called the Diversity Program Consortium or DPC) encourages the inclusion of talent across the career span. Through integrated initiatives, DPC has supported thousands of trainees in biomedical and behavioral research careers by providing funding for institutional infrastructure, student support, and research mentoring. Within 4 years of launch, 1,116 students were appointed to research-training positions through DPC's Building Infrastructure Leading to Diversity (BUILD) program, with 68 percent of BUILD students from underrepresented groups.[88] Moreover, half of DPC member institutions (59 of 113) are either historically Black colleges and universities or institutions with a track record of training Hispanic or Latinx students. BUILD funding enables supported scientists to pursue research focused on understanding health disparities within and across underrepresented groups.

Plans are in place to launch the Faculty Institutional Recruitment for Sustainable Transformation (FIRST) initiative.[89,90] Modeled on the NIH's Distinguished Scholars Program,[91] FIRST aims to transform culture at NIH-funded institutions through the recruitment of faculty cohorts who have a demonstrated commitment to diversity and inclusion. As it enters Phase II of its 10-year program, the DPC will continue to closely monitor the impact of these programs on the careers of individuals from backgrounds underrepresented in NIH-funded research.

NIH recognizes that women scientists often face institutional and environmental barriers that restrict their potential to advance their careers. The NIH Working Group on Women in Biomedical Careers aims to identify and remove barriers to the entry, recruitment, retention, and career development of women biomedical and behavioral scientists.[92] The working group contributed to such recommendations as extended periods for the consideration of tenure and parental leave, a grant program for research on causal factors and interventions that affect the careers of women in science and engineering, and workshops on mentoring women and best practices for women's career success. The Women of Color Committee within the



working group ensures that the unique career barriers faced by women of color are addressed.

Public health needs extend far beyond geographical borders. For example, deadly infectious diseases, such as EVD and COVID-19, can spread rapidly across international borders and continents. Recognizing that scientific research capacity is not equally distributed across the globe, potentially hampering the ability to combat such challenges, NIH develops international training programs. One such program, the Global Infectious Disease Research Training Program, builds infectious disease expertise and research capacity across the world and has prepared more than 1,200 researchers to conduct independent and locally relevant infectious disease research in their home countries.[93] The program connects U.S. institutions with institutions in low- and middle-income countries to provide degree programs, trainings, workshops, and mentoring on topics related to infectious diseases.

The COVID-19 pandemic has also shown the need for local epidemiological modeling capability to provide actionable information for policy makers to make public health decisions during outbreaks. NIH builds capacity for in-country analysis of COVID-19 in low- and middle-income countries by training modelers to track and analyze the progress of the pandemic. These activities include longstanding NIH partners who have well-established epidemiological and surveillance sites in Africa, South America, and South Asia, but lack analytical capacity.

## Supporting Research Resources and Infrastructure

For the biomedical research workforce to succeed in moving discovery forward, it requires a scientific infrastructure that is expansive, durable, and capable of quickly integrating state-of-the-art resources that are available to all. To achieve this goal, NIH develops a number of programs and policies designed to provide the biomedical research workforce with stability and flexibility, broad access to innovations in tools and technologies, materials, and knowledge repositories necessary for the design of impactful research programs (Figure 17).

NIH's support of modern technology platforms and high-performance computing capabilities enables innovation in scientific research in several areas,

**Figure 17. Zebrafish Facility**

At the largest zebrafish facility on NIH's campus, Kevin Bishop, NIH Zebrafish Core staff member, holds up a tank of zebrafish to observe their behavior and physiology. Using molecular techniques, researchers alter the zebrafish's genome to mimic what is seen in human patients in the clinic.



*Credit: Ernesto del Aguila III, NHGRI, NIH.*

particularly genomics, computational chemistry, and cryo-electron microscopy imaging. Cryo-electron microscopy is a cutting-edge technology that enables researchers to determine the structures of biological molecules to identify therapeutic targets for vaccines and drugs. NIH Common Fund's Transformative High Resolution Cryo-Electron Microscopy program[94] aims to broaden access to cryo-electron microscopy through the support of national service centers, improvement of technology, and training.

NIH is also investing in the data infrastructure necessary to accommodate rapid advances in biomedical and behavioral research. Research progress has produced an explosion of human health data that exceeds current abilities to capture and interpret them (Figure 18). To promote data sharing in high-priority research areas, NIH creates a number of different data repositories. For example, NIH has built a data repository to maximize publication availability and data sharing for NIH HEAL Initiative[SM] research projects.[95] This effort promotes dissemination of new knowledge, enhances reproducibility, and will accelerate the ability of researchers to build upon research to make new discoveries. In addition, the Data and Biospecimen Hub (DASH) is a centralized resource that allows researchers to share and access deidentified data, and for many studies, linked biospecimens are available to researchers.[96]



### Figure 18. Modern Data Environments to Accelerate Research

Rapid advances in data generation and computing power provide extraordinary potential for accelerating biomedical research. However, researchers face technical hurdles to accessing, sharing, and analyzing within and across large biomedical datasets. NIH is tackling this challenge through multiple initiatives to build modern technology platforms, collaborative workspaces, tools, and applications necessary for researchers to securely find, access, share, store, and analyze data across diverse datasets. Two examples are the Genomic Data Science Analysis, Visualization, and Informatics Lab-space and the Cancer Research Data Commons. These platforms enable researchers to efficiently combine and analyze diverse data types, which can lead to new discoveries in disease prevention, diagnosis, and treatment. Several programs seek to provide researchers with state-of-the-art, high-performance computing, such as the Biowulf cluster, which is the world's most powerful supercomputer completely dedicated to advancing biomedical and behavioral research.



*Credit: Ernesto del Aguila III, NHGRI, NIH.*

Much of NIH's efforts in resource building focuses on providing researchers with the underlying evidence needed to design impactful research programs. These efforts include the development of resources for understanding public health needs of the general population and specific populations, resources that will assist in providing access to patient populations, and resources for better understanding the factors affecting such health conditions as Alzheimer's disease and related dementias ([Figure 19](#)).

A widely available tool in which NIH invests to help guide prevention and treatment efforts is the Global Burden of Disease (GBD) enterprise.[97] GBD is the world's largest scientific effort to systematically quantify health loss from all diseases, injuries, and risk factors by age, sex, and geographic location over time. NIH and GBD collaborated to improve the way that disease causes and risk factors are identified. As a result of this collaboration, NIH and the research community can identify and track the causes and risk factors of premature death and disability in the U.S. over time (both historically and projecting up to 25 years in the future). Because premature death is often preventable, the availability of these data not only improves understanding of the burden of disease and key health outcomes in the U.S., but also enhances the ability to focus on the most pressing health challenges facing the nation.

The ability to monitor cancer in the U.S. is an important step toward determining how best to prevent and treat cancer in specific, disproportionately affected populations. The NIH Surveillance, Epidemiology, and End Results (SEER)[98] Program provides information on cancer statistics based on race, gender, and geography to guide efforts to reduce the cancer burden among the U.S. population. SEER currently reflects 35 percent of the U.S. population, and NIH

### Figure 19. Alzheimer's Disease Research Infrastructure

More than 5.8 million Americans age 65 and older are living with Alzheimer's disease (AD), the most common form of dementia. Many others younger than age 65 have developed the less common early-onset form of AD. Still more are affected by AD-related dementias (ADRDs). Although the underlying pathology may differ among these conditions, their ultimate outcome is the same: the inexorable, relentless loss of memory, thought, and function. At present, no intervention has been reliably proven to prevent, slow, or reverse the effects of AD/ADRD. Under the auspices of the National Plan to Address Alzheimer's and Related Dementias, NIH develops and supports a robust infrastructure for discovery that supports activity across the full spectrum of AD/ADRD research, including, but not limited to, the Dominantly Inherited Alzheimer's Network, an international consortium of researchers who are working with individuals from families with a rare form of the disease to identify the sequence of brain changes before symptoms appear; the NIH Blueprint Neurotherapeutics Network, NIH's preclinical/early clinical drug development program that provides support for drug discovery and development; and the Alzheimer's Disease Education and Referral Center, NIH's primary source for consumer information on AD/ADRD research and care.



will expand the program to cover 50 percent of the U.S. population.

The medical advances and new technologies that have allowed Americans to live longer and healthier lives have not helped everyone equally. To build capacity at institutions with a historical and current commitment to educating underrepresented students and providing health care in underserved communities, NIH created the Research Centers in Minority Institutions (RCMI) Program.[99] The goals of RCMIs are to enhance institutional research capacity, enable investigators to become more successful in obtaining competitive funding, foster environments conducive to career enhancement, promote research on minority health and health disparities, and establish sustainable relationships with community-based organizations.[100]

NIH is also working to promote health equity in rural populations. NIH's Clinical and Translational Science Awards (CTSA) Program[101,102,103] is engaging with patients, community members, and nonprofit organizations to develop and disseminate best practices for patient-focused research in rural health.[104] Project areas include improving access to clinical trials for rural communities, harnessing technology to deliver effective care, and enhancing rural community outreach. The CTSA Program is also partnering with other NIH ICs and federal agencies to support rural health.

To further support rural communities, NIH is harnessing the Institutional Development Award (IDeA) Program, which aims to broaden the geographic distribution of NIH funding and to build research capacity in states that historically have had low levels of NIH funding. NIH is building on the research capacity within IDeA states to help address the medical needs of children living in rural and underserved areas. Similarly, the Environmental influences

on Child Health Outcomes (ECHO) Program also leverages IDeA to expand pediatric research capacity in the IDeA States Pediatric Clinical Trials Network.[105] Beginning in 2018, IDeA also collaborated with NIH's Shared Instrumentation Grant (SIG) Programs to improve access to modern technologies for researchers in underresourced institutions in IDeA-eligible states. SIG supports the acquisition of modern scientific instruments that must be used on a shared basis.[106]

Many NIH Common Fund projects focus on developing resources that can be useful for research communities focused on a particular topic. The NIH Common Fund Molecular Transducers of Physical Activity Consortium (MoTrPAC)[107,108] is building a map of the molecular responses to exercise, both immediate and over the long term. Data are being made widely available to the entire research community so that investigators from anywhere can use this map to develop and test hypotheses about how exercise improves health and ameliorates disease. The program is scheduled to run through 2023 and released its first dataset through the MoTrPAC Data Hub in 2019.

Another valuable resource for the research community includes improved understanding of the biological and behavioral mechanisms of symptoms, which can improve patient outcomes. The NIH Intramural Research Program launched the Symptom Science Center (SSC)[109] to address the need for a more comprehensive approach to understanding the complex mechanisms underlying symptoms. Increased knowledge in this area can help develop precision health interventions to treat patients more effectively. Furthermore, the SSC serves as a nexus for collaboration among investigators from multiple ICs and is committed to training scientists and clinicians in symptom science.



## OBJECTIVE 3 — Exemplifying and Promoting the Highest Level of Scientific Integrity, Public Accountability, and Social Responsibility in the Conduct of Science

As a steward of public resources, NIH has a responsibility to uphold public trust and confidence in the agency. In addition to fostering innovative research,

NIH must endeavor to ensure that all of its operations and the research it supports are conducted efficiently, responsibly, ethically, and with integrity. Over the next



5 years, NIH is committed to taking additional steps to maintain and strengthen the processes by which it governs the conduct of science.

## Fostering a Culture of Good Scientific Stewardship

This *NIH-Wide Strategic Plan* positions the agency to meet its mission by pursuing scientific opportunities when they arise, responding to ongoing and emerging public health needs, and addressing rare diseases. NIH research efforts also align with and reflect HHS's priority goals.[110] The agency promotes policies and programs that foster and ensure a strong foundation and culture of good scientific stewardship. As critical research needs arise, NIH will respond by ensuring that the scientific community has flexibility to quickly adapt to and address urgent public health issues.

### Setting Priorities

Scientific priority setting at NIH encourages input from a range of sources, including the research community; public forums; the Advisory Committee to the NIH Director; U.S. Congress; Administration objectives; and consultation with advocacy groups, professional societies, and research participants. The NIH Director provides overall leadership to the ICs and OD offices, especially on efforts involving several components of the agency. Strategic plans developed by individual ICs and OD offices, committees composed of representatives from multiple ICs, and interagency working groups describe a multitude of scientific priorities and themes of interest to the agency.[111]

NIH demonstrates effective stewardship by supporting the most meritorious biomedical and behavioral research possible. The NIH peer review process assesses research grant applications for overall scientific and technical merit and ensures that applications receive fair, independent, expert, and timely reviews.[112] Scientific review panels are strategically formed to include reviewers who possess both broad and specialized expertise and who can address stability and recent trends in the field. NIH makes efforts to ensure that review panels reflect diversity in career stage, geographic region, and demographic characteristics. NIH staff seek input from a variety of sources to identify reviewers for panels, including NIH program staff and advisory councils, as well as scientific literature, meetings, and professional organizations.

The relative merit of applications as determined through peer review, in conjunction with input on mission relevance from IC Advisory Councils, informs IC Directors as they make funding decisions that consider mission focus, portfolio balance, scientific opportunity, emerging and ongoing public health needs, and stakeholder priorities. Balancing research with training and infrastructure—as well as distribution across basic, translational, and clinical research—are key factors taken into consideration in maintaining a diverse portfolio. NIH also considers the vital role of rare diseases research, through which unique biological insights are possible. This research is less likely to be supported by private funders than research into more prevalent disorders.

To maintain a peer review process of the highest caliber, NIH has developed an ongoing systematic multimethod evaluation that will objectively assess most peer review study sections over a 5-year cycle.[113] The aims of the system are to keep study sections aligned with the current state of the science, confirm NIH is attracting applications that propose cuttingedge science, and ensure that study sections are functioning efficiently with a balanced workload. Additional programs, such as the Early Career Reviewer Program,[114] help NIH refresh and diversify its pool of reviewers, while also helping investigators improve their grant-writing skills, develop research evaluation capacity, and strengthen critique-writing skills.

NIH proactively pursues scientific opportunities through a variety of programs that promote innovative research concepts and exploration of scientific hypotheses that could steer science in new directions. Additionally, NIH encourages team science and cross-disciplinary collaboration to propel research progress. NIH will continue to look for additional ways to capitalize on the intersection of scientific fields to further scientific progress and improve human health.

### Monitoring Expenditures and Scientific Progress

NIH requires regular reporting from grant and contract award recipients on research progress, spending, and findings. NIH staff review these reports to ensure proper stewardship of federal funds and that supported research is fulfilling all terms of the funding agreement.



Another aspect of NIH stewardship is to provide the public with transparent and easily accessible information about NIH research awards and allow interested individuals to monitor NIH's support of research. The *NIH Research Portfolio Online Reporting Tools Expenditures and Results (NIH RePORTER)*[115] tool, for example, provides public access to information on the grants, contracts, and intramural research that NIH supports. Additionally, the *NIH Data Book*[116] provides quick access to key annual statistics, such as application success rates, workforce and training trends, the peer review process, and small business awardees. NIH will continue enhancing these and other tools in the suite of *NIH RePORTER* tools[117] to better meet information and communication needs in the coming years.

### Making Evidence-Informed Decisions

NIH is committed to enhancing scientific stewardship by optimizing approaches that generate evidence used to inform programmatic, operational, and policy decisions. To further these efforts, NIH has developed several tools, available to its staff and to the broader scientific community, that can identify and analyze current and emerging areas of research that will advance NIH's mission. For example, the *iCite*[118] suite of tools is a public resource that enables users to examine validated metrics regarding the impact of NIH-funded research articles (Figure 20). These tools, which are informed by the judgment of subject-matter experts, help users examine the NIH portfolio's productivity, balance, and priorities across the spectrum of research—from basic to clinical and

across the diverse areas of biomedical and behavioral research.

NIH shares common interests with many agencies across the federal government and often coordinates with other science agencies to promote collaboration among researchers and manage research portfolios. NIH supports *Federal RePORTER*,[119] a collaborative effort among federal funders to provide a central database for certain grant information. In addition, NIH is partnering with the National Science Foundation and the General Services Administration to develop and implement computational tools to identify overlap between grant proposals across agencies in real-time, reducing the risk of unnecessarily duplicative research.[120] Collectively, these efforts promote transparency and enable efficiency through data-driven decision-making.

### Assessing Programs, Processes, Outcomes, and Impact

The NIH *Report on Approaches to Assess the Value of Biomedical Research by NIH*[121] found that a better understanding of all aspects of NIH's work is key to increasing the efficiency and effectiveness of the agency. NIH uses a variety of approaches—including monitoring, performance measurement, analysis, and evaluation—to assess the progress and effectiveness of its programs, policies, and operations and to generate information for decision-making. To increase the use of these tools, NIH is enhancing the quality of administrative data, making it an increasingly strategic source of information that, when coupled with other tools, could improve the agency's

**Figure 20. Predicting Translational Progress of Research**

Fundamental research can take decades to translate into clinical outcomes. To capture the translational potential of publications, NIH researchers created a machine learning model that maps papers on a trilinear graph using three Medical Subject Heading (MeSH) terms: Human, Animal, and Molecular/Cellular. Almost all NIH-funded papers (> 96 percent) are assigned at least one of the MeSH terms and can be plotted somewhere on the "triangle of biomedicine." The graph pictured depicts the accumulation of



Credit: Hutchins BI, Davis MT, Meseroll RA, Santangelo GM. Predicting translational progress in biomedical research. PLOS Biol 2019;17(10):e3000416. https://doi.org/10.1371/journal.pbio.3000416.

fundamental, translational, and clinical research that led to cancer immunotherapy drugs like Opdivo (nivolumab). This visualization was generated using the *iCite* web tool developed by NIH.



effectiveness. Under HHS's guidance, NIH will engage in capacity- and evidence-building activities to support the Department's implementation of the *Foundations for Evidence-Based Policymaking Act of 2018*[122] and further develop its data-driven, results-oriented culture.

### Communicating Results

NIH fosters scientific stewardship by ensuring that the products and processes of scientific research, such as research data and scientific publications, are available in accord with the FAIR principles that all research data should be findable, accessible, interoperable, and reusable ([Figure 21](#)). NIH communicates research findings to the public in numerous ways, including through press releases on recent scientific advances on the *NIH News & Events*[123] website, the *NIH Director's Blog*,[124] and the *Impact of NIH Research* pages,[125] which have examples illustrating the downstream impact of NIH research on public

health and society. Additionally, NIH ICs and OD offices develop and disseminate a range of public-friendly health- and disease-specific educational materials on a host of topics. NIH provides evidence-based and authoritative biomedical information in highly expeditious and proactive ways. This vital function is especially important during public health emergencies, such as infectious disease or foodborne illness outbreaks.

Research results are also communicated through such NIH resources as *PubMed* and *ClinicalTrials.gov*. In 2020, NIH launched the new *PubMed*,[126,127] the most heavily used biomedical literature citation database in the world, which enables the communication and discovery of scientific literature around the world. NIH's *PubMed Central* (PMC)[128] provides public access to the full text of more than 6 million peer-reviewed research articles ([Figure 22](#)). PMC facilitates linking between articles and associated data; supports discovery of these data by aggregating data citations, data availability statements, and supplementary materials; and contains a subset of about 3 million articles available for bulk retrieval for text mining and other research purposes.

Reports from clinical studies are made available through *ClinicalTrials.gov*, the largest public clinical research registry and results database in the world. This NIH resource provides patients and their caregivers, health care providers, and researchers with information on more than 330,000 active and complete registered studies, many of which are not otherwise available through published literature. A multiyear effort is underway to modernize *ClinicalTrials.gov* to deliver an improved user experience on an updated platform that will accommodate growth and improve efficiency.

In response to the COVID-19 pandemic, NIH partnered with researchers and leaders from universities and industry to rapidly mobilize and create the *COVID-19 Open Research Dataset* (CORD-19)[129] of scholarly literature about COVID-19, SARS-CoV-2, and other coronaviruses. *CORD-19* provides immediate, machine-readable access to the full text of pre-print and peer-reviewed articles to assist researchers worldwide in finding answers to high-priority scientific questions related to the COVID-19 response. NIH also developed the COVID-19 portfolio tool[130] as a complement to *CORD-19*. This tool provides powerful search functionality and interactive

**Figure 21. FAIR Principles**

NIH is working to align the research that it supports with the FAIR principles (findable, accessible, reusable, interoperable) to ensure that the results of NIH investments can be leveraged by the entire research enterprise. NIH organizes its data science efforts around five themes: advancing data infrastructure to increase connectivity across systems and platforms; defining strategies to help researchers better store and share their data; adopting and adapting data science tools to enhance research; engaging with stakeholder communities and enabling citizen scientists to support the biomedical data enterprise; and increasing the capacity of computational and data science workers in biomedical research through new and existing workforce programs.



*Credit: Office of Data Science Strategy, NIH.*



**Figure 22. PubMed Central**

As a free archive of full-text biomedical and life sciences journal literature, *PubMed Central* is an authoritative source of scholarly information that ensures the insights gained through biomedical discovery are made openly available to research and clinical care communities, as well as to the public at large.



Credit: National Library of Medicine, NIH.

visualizations to support cutting-edge analytics of the literature to identify gaps and opportunities in COVID-19-related research. In addition, to assist researchers working on the genomics of the novel coronavirus, the COVID-19 Genome Sequence Dataset on Registry of Open Data on Amazon Web Services[131] is a centralized sequence repository for strains of SARS-CoV-2.

## Leveraging Partnerships

Expanding fundamental knowledge of biological systems and applying that knowledge to the advancement of health requires strategic partnerships with a range of organizations, including other federal agencies, international governments, the private sector, and the public. These partnerships bring enhanced coordination, critical expertise, pooled resources, and novel stakeholder connections to augment NIH efforts.

### Federal Partnerships

NIH values collaboration with its federal partners and partners extensively with other federal agencies. Interagency collaborations address critical public health needs and facilitate coordination, communication, and resource-sharing. For instance, the Tobacco Regulatory Science Program (TRSP),[132] a partnership between NIH and FDA, funded research on youth tobacco use; toxins and nicotine concentration in e-cigarettes; and the Population Assessment of Tobacco and Health (PATH) Study, a longitudinal examination of tobacco product use.[133] Data from

TRSP studies provide valuable evidence to inform government-wide policymaking. Research results from the Tobacco Centers of Regulatory Science, a centerpiece of TRSP, will provide further insight into who is using these products, what health outcomes result from product use, and how to implement interventions to target health outcomes.[134]

Another key federal collaboration is the Interagency Pain Research Coordinating Committee (IPRCC),[135] chaired by NIH with members from several agencies within HHS, including FDA, Centers for Disease Control and Prevention (CDC), Agency for Healthcare Research and Quality (AHRQ), Department of Defense (DoD), and U.S. Department of Veterans Affairs (VA). IPRCC coordinates federal activities to enhance pain research efforts and promote collaboration across the government, with the ultimate goals of advancing the fundamental understanding of pain and improving pain-related treatment strategies. NIH also partners with DoD and VA on the NIH-DoD-VA Pain Management Collaboratory, which supports the development, implementation, and testing of cost-effective, large-scale, real-world research on nonpharmacologic approaches for pain management and related conditions in military and veteran health care delivery organizations.[136]

The *21st Century Cures Act* established the HHS Task Force on Research Specific to Pregnant Women and Lactating Women (PRGLAC) to advise the HHS Secretary regarding gaps in knowledge and research on safe and effective therapies for pregnant women and lactating women (Figure 23).[137] Led by NIH, other

### Figure 23. Research for Pregnant and Lactating Women

The *21st Century Cures Act* established the Task Force on Research Specific to Pregnant Women and Lactating Women (PRGLAC) to advise the Secretary of Health and Human Services regarding gaps in knowledge and research on safe and effective therapies for pregnant women and lactating women. PRGLAC was tasked with identifying these gaps and reporting its findings to the Secretary.



Credit: NICHD, NIH.

federal members include CDC, FDA, AHRQ, Health Resources and Services Administration (HRSA), VA, and HHS Office on Women's Health. Non-federal members include representatives from medical societies, nonprofit organizations, and industry. More than 6 million women are pregnant in the U.S. each year, many taking medications or dietary supplements. PRGLAC identified the lack of scientific evidence on the safety and efficacy of these compounds during pregnancy or breastfeeding as a substantial knowledge gap in maternal health.

## Public-Private Partnerships

Public–private partnerships (PPPs) provide a mechanism to strategically accelerate advances and accomplish goals that NIH cannot readily achieve by acting alone. For example, to hasten the development of interventions for COVID-19, NIH is leading the Accelerating COVID-19 Therapeutic Interventions and Vaccines (ACTIV)[138] PPP (Figure 24). PPP activities focus on the shared goals and mandates of the partners and leverage knowledge, skills, resources, and services to achieve synergy. For example, NIH—together with FDA, biopharmaceutical companies, and nonprofit organizations—launched the Accelerating Medicines Partnership (AMP).[139] The goal of AMP is to increase the number of new diagnostics and therapies and reduce the time and cost of developing them. Four AMP initiatives are underway: AMPAlzheimer's Disease (AMP-AD), AMP-Parkinson's Disease (AMP-PD), AMP-Rheumatoid Arthritis/Lupus (AMP-RA/Lupus), and AMP-type 2 diabetes (AMP-T2D). After successfully meeting program milestones, AMP-AD and AMP-T2D are finalizing research plans for the next phase of the program. New AMP initiatives have been launched for schizophrenia[140] and are in development for gene therapy.

To capitalize on dramatic advances in genetics, NIH and the Bill and Melinda Gates Foundation have expanded their cooperation toward an audacious goal: to develop affordable, gene-based cures for SCD and HIV within a decade. The intention is for these cures to be made globally available, especially in lowresource settings where people are most affected by these conditions.

### Figure 24. ACTIV: An Unprecedented Partnership for Unprecedented Times

In April 2020, NIH launched the Accelerating COVID-19 Therapeutic Interventions and Vaccines (ACTIV) public–private partnership to develop a coordinated research strategy for prioritizing and speeding the clinical evaluation of the most promising vaccines for severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) and treatments for coronavirus disease 2019 (COVID-19). Through ACTIV, NIH has partnered with more than 15 biopharmaceutical companies, as well as its sibling agencies and offices within the U.S. Department of Health and Human Services, other government agencies, the European Medicines Agency, and representatives from academia and philanthropic organizations. Through the ACTIV partnership, NIH is pursuing four fast-track focus areas most ripe for opportunity: (1) developing a collaborative, streamlined forum to standardize and share evaluation methods and testing of preclinical therapeutics and vaccines; (2) prioritizing and accelerating clinical testing of the most promising treatments for all stages of the disease; (3) leveraging clinical trial capacity and effectiveness; and (4) accelerating the evaluation of vaccine candidates to enable rapid authorization or approval.



Credit: NIH.

The NIH Science and Technology Research Infrastructure for Discovery, Experimentation, and Sustainability (STRIDES) Initiative[141]—one of many NIH-wide efforts underway to implement the *NIH Strategic Plan for Data Science*—provides NIH and its funded researchers with cost-effective access to state-of-the-art cloud-based data storage and computational capabilities, tools, and expertise. Through STRIDES, NIH has established PPPs with commercial providers, such as Amazon Web Services and Google Cloud. NIH anticipates forming additional industry partnerships through STRIDES to broaden access to services and tools, including training and professional services for researchers on how to use the latest cloud tools and technologies. These partnerships will allow academic researchers and industry to come together to create a data ecosystem that maximizes the use of NIH-supported biomedical and behavioral research data for the greatest benefit to human health.

During the next 5 years, NIH will continue to expand partnership opportunities focused on increasing diagnostics and therapies for particular conditions, curing intractable diseases, and making the vast amount of data generated by biomedical research accessible to as many researchers as possible.

## International Partnerships

As the world grows increasingly connected, NIH remains committed to developing and sustaining relationships with partners around the globe. Recent events, including the COVID-19 pandemic, have illuminated the importance of a coordinated approach to global health aligned with humanitarian and scientific values. Geographic boundaries do not prevent infectious disease spread, nor should they prevent the advancement of research on such diseases. For this reason, NIH collaborates internationally with foreign governments and organizations.

In collaboration with the Office of the U.S. Global AIDS Coordinator and Health Diplomacy, NIH supports the African Forum for Research and Education in Health (AFREhealth)[142,143] Program and the Health-professional Education Partnership Initiative,[144] both of which are designed to enhance the quality, quantity, retention, research engagement, and networking of an interprofessional health workforce across Africa. NIH also supports the Human Heredity and Health in Africa Consortium (H3Africa) via the NIH Common Fund.[145] This partnership includes the Wellcome Trust

and the African Academy of Sciences and seeks to build African research capacity in the genomic sciences and contribute to improving understanding of health and disease in underrepresented and underserved populations.

NIH participates in the Global Alliance for Chronic Diseases (GACD),[146] a consortium of the world's largest public research funding agencies. GACD's mission is to reduce the burden of chronic noncommunicable diseases (NCDs) in low- and middle-income countries and in populations facing conditions of vulnerability in high-income countries, by building evidence to inform national and international NCD policies. NIH funds GACD research in the areas of cancer prevention, mental health, lung disease, type 2 diabetes, hypertension, and scaling-up evidence-based interventions.

In addition to working with international partners on disease, NIH also supports other types of international health initiatives. For example, the NIH Disaster Research Response (DR2) Program, which supports research to inform disaster and public health emergency preparedness, response, and recovery, serves as a compelling model for addressing crises. DR2 has partnered with Japan's National Institute for Environmental Studies and Health Canada to begin developing similar programs in those countries.[147] Early outcomes include translation of data collection tools to Japanese, using DR2 tools in response to Typhoon Hagibis, collaboration on DR2 workshops and training exercises, and international outreach.

## Public Engagement

Public engagement is vital to NIH research. Patients, research participants, disease advocacy organizations, and local, state, and cultural communities have a leading role to play in the research enterprise. During study design, these groups can highlight important knowledge gaps impeding community-level programs, policies, and practices. During data collection and analysis, they advise researchers on the challenges of applying new knowledge in different local and cultural contexts.

As part of its commitment to public engagement, NIH will continue providing underrepresented groups with equal access to research in an ethical and responsible manner that protects privacy and respects cultural sensitivities. NIH facilitated a data sharing and use agreement between the Navajo Nation

APHA App. 269



and NIH grantees of the ECHO Program.[148] The agreement was created to advance the Navajo Birth Cohort Study while respecting Navajo Nation cultural beliefs, Tribal sovereignty, and community values.[149] It is the first Tribal data-sharing agreement for a large-scale database as part of a nationwide research consortium. This achievement lays the groundwork for discussion of similar agreements with other Tribal Nations considering participation in biomedical and behavioral research programs.

Public engagement is also key to NIH's maternal health efforts. The NIH Task Force on Maternal Mortality developed Implementing a Maternal health and PRegnancy Outcomes Vision for Everyone (IMPROVE), an NIH-wide research initiative. IMPROVE was informed by input from a variety of sources, including the public and NIH-convened meetings for scientists and clinicians to solicit recommendations on health disparities underlying maternal mortality, as well as gaps and opportunities for future research. IMPROVE will focus on women beginning in pregnancy and continuing up to 1 year postpartum and will include community-focused social and biobehavioral research, as well as research to accelerate discovery and advance technologies to reduce maternal health risks.

## Ensuring Accountability and Confidence in Biomedical and Behavioral Sciences

To foster confidence in NIH-funded research and results, NIH must ensure that both its operations and its supported research are conducted efficiently, responsibly, ethically, and with integrity. NIH is committed to taking steps to maintain and strengthen the processes by which it governs the conduct of science, continuing to be accountable for the public funds it invests in research.

### Enhancing Reproducibility Through Rigorous and Transparent Research

Two cornerstones of scientific research are rigor in the design and conduct of experiments and the ability to reproduce research findings. The application of scientific rigor ensures robust and unbiased experimental design, methodology, analysis, interpretation, and reporting of results. When a result can be reproduced by multiple scientists working independently, it

validates the original result and indicates readiness to progress to the next phase.

NIH has collaborated with scientific journal publishers to identify shared opportunities to enhance transparency, rigor, and reproducibility in published literature. NIH has also convened working groups and workshops focused on rigor, developed training modules for the research community on good experimental design, enhanced requirements for the content and review of grant applications, and developed specific funding opportunities aimed at improving rigor and reproducibility. Moving forward, NIH will continue working closely with researchers, publishers, and federal partners to develop and share recommendations and best practices. Along these lines, NIH has convened a working group of the Advisory Committee to the Director to explore ways to enhance reproducibility and rigor in laboratory animal research.[150]

### Improving Stewardship of Clinical Trials

NIH invests more than $3 billion each year in clinical trials. NIH must ensure these trials investigate high-priority questions, do not needlessly duplicate previous trials, recruit and maintain sufficient participants, are completed in a timely manner, and are likely to advance knowledge and improve health. NIH has launched a series of efforts to enhance accountability and transparency in clinical research,[151] as well as address challenges and shortcomings in the design, efficiency, and timeliness of reporting clinical trial results. These efforts included dedicated funding opportunities, Good Clinical Practice training, a single Institutional Review Board for multisite research policy, and an optional template that guides investigators through the systematic development of a comprehensive clinical protocol and required registration and reporting of clinical trial results. In addition, by ensuring that summaries of results of NIH-supported clinical trials are widely and freely available, *ClinicalTrials.gov* promotes transparency and helps ensure that research findings are contributing to the advancement of public health.

### Assuring Ethical and Equitable Conduct of Research Through Inclusion

More women and underrepresented and underserved groups are participating in clinical research than ever before, in large part thanks to NIH policy. NIH's goal is to ensure that these trends continue so that

APHA App. 270

the knowledge gained from research is applicable to everyone affected by the disease or condition under study (Figure 25). To this end, NIH has taken critical steps to ensure the scientifically appropriate enrollment of women and underrepresented and underserved groups in clinical research and is engaged in efforts to increase inclusion of children, older adults, pregnant and lactating women, and individuals with disabilities as appropriate. NIH requires researchers who propose research involving human subjects to include plans for how participants from these groups will be enrolled, unless there is a scientific or ethical justification for their exclusion. Once a grant is awarded, researchers must annually report deidentified individual-level demographic data so that NIH can continue to monitor inclusion.



**Figure 25. Clinical Center Research**

An NIH researcher examines a pediatric patient in the NIH Clinical Center.

*Credit: Richard Clark, NIAMS, NIH.*

NIH will continue its focus on challenges to recruiting and retaining underrepresented populations in clinical studies and will add data on the age at enrollment of participants to the Research, Condition, and Disease Classification (RCDC) *Inclusion Statistics Report*, which allows users to view trends over time. In addition, NIH will train researchers to include women, underrepresented and underserved populations, and individuals of all ages in studies as part of its efforts to increase the diversity of study populations.

## Maintaining Transparency Through Data Access and Sharing

NIH is committed to making findings from the research that it funds accessible and available in a timely manner, while also providing safeguards for privacy, intellectual property, security, and data management. For instance, NIH-funded investigators are expected to make the results and accomplishments of their activities freely available within 12 months of publication. NIH also encourages investigators to share results prior to peer review, such as through preprints, to speed the dissemination of their findings and enhance the rigor of their work through informal peer review.

A robust culture of data sharing is critical to continued progress in science, maximizing NIH's investment in research, and assurance of the highest levels of transparency and rigor. To this end, NIH will continue to promote opportunities for data management and sharing while allowing flexibility for various data types, sharing platforms, and strategies. Additionally, NIH is implementing a policy requiring that all applications include data sharing and management plans that consider input from stakeholders.[152,153]

## Fostering a Safe and Harassment-Free Work Environment

NIH has an imperative to transform the culture of science to prevent harassment (sexual, gender, and other) and mitigate its detrimental impacts, whether it is in the agency or anywhere NIH-funded activities are conducted. In 2019, NIH established the Advisory Committee to the NIH Director Working Group on Changing the Culture to End Sexual Harassment.[154] Following this group's recommendations, NIH is taking actions within the agency's authority to change the scientific workplace to make it safer and more welcoming (Figure 26). NIH issued several new policies, guidelines, and requirements on this topic and communicated them widely to make expectations clear to NIH-funded organizations and the workforce at NIH.[155]

NIH expects recipients of federal funds to have policies and practices in place that foster a safe and harassment-free environment.[156] For instance, NIH must be notified if a principal investigator or other key personnel named on an NIH grant award is unable to

APHA App. 271



**Figure 26. NIH *Harassment Does Not Work Here* Campaign**

An image stating "Harassment Doesn't Work Here" as part of NIH's campaign to create a safe and civil workplace wherever NIH-funded research is conducted.



*Credit: NIH Civil Program.*

fulfill their obligations to conduct research because they are under investigation or have been removed from the workplace because of sexual harassment concerns. NIH expects recipients requesting changes in investigator, key personnel, or recipient institution to mention whether these requests are related to concerns about the safety and/or work environment, including issues related to sexual harassment or bullying.[157] Internally, NIH has undergone a workplace climate and harassment survey to inform policy and practice and has expanded its human resources program to foster civility throughout the NIH community.[158]

NIH's efforts have led to increased scrutiny and awareness of harassment, centralized mechanisms for reporting harassment, and new anti-harassment policies. NIH will continue working with its partners and exploring policymaking options based on recommendations from the Advisory Committee to the NIH Director and findings from internal studies to change the scientific culture, prevent sexual harassment, and promote a civil, safe, and respectful workplace for everyone.

### Managing Risks to the Research Enterprise

NIH is committed to proactively managing risks that may impede the NIH mission. Such risks have the potential to affect patient and laboratory safety, the peer review process, laboratory animal welfare, conflict of interest disclosures, closeout of grant awards, data security, and more. Understanding the need to identify and manage risks, NIH incorporated Enterprise Risk Management (ERM) capabilities into its strategic planning, performance management, and resource allocations (see **Figure 27**). Going forward, NIH is better prepared to respond to emerging risks that may undermine its research activities and are inconsistent with its research values and principles.

**Figure 27. Managing Risks to the Research Enterprise**

The NIH Risk Management Program provides NIH with a framework for systematically identifying and addressing risks that might adversely affect NIH's ability to fulfill its mission. Risk management is a continuous process that requires all NIH staff and researchers to proactively identify and mitigate risk as part of their daily jobs. Understanding the need to identify and manage risk, NIH has incorporated Enterprise Risk Management (ERM) capabilities into its strategic planning, performance management, and resource allocations. ERM is a strategic discipline that seeks to deliberately and proactively understand the full spectrum of risks, including opportunities across an entire organization, and integrates them into an enterprise-wide, strategically aligned, and interrelated risk portfolio view. By incorporating ERM, NIH can proactively address emerging threats and opportunities and deliver results to the public in a transparent and accountable manner, all in an effort to further support NIH's mission.



*Credit: NIH Risk Management Program.*

As a part of its commitment to a culture of health and safety for people conducting NIH-funded research, and to mitigating the effects of emergencies on the research enterprise, the NIH Extramural Response to Natural Disasters and Other Emergencies policy allows NIH to provide resources and assistance to those in the NIH community affected by public health emergencies.[159] Under such circumstances, NIH will provide administrative flexibilities and additional funding using a number of mechanisms to support the continuation of research, as demonstrated during the COVID-19 pandemic.[160]

NIH and the research community have a vested interest in mitigating any breaches of trust and confidentiality that undermine the integrity of U.S. biomedical research, while continuing the tradition of scientific collaboration, including international collaboration. NIH recognizes the importance of these collaborations to advancing its mission. However, some researchers at NIH-funded institutions have taken advantage of these collaborations through failing to disclose contributions of resources from foreign organizations, diverting proprietary information to foreign governments, and sharing confidential information obtained from NIH peer review meetings or otherwise trying to influence the peer review process.

NIH works with other federal agencies to take strong actions in response to these breaches of integrity which appear to be, at least partly, instigated by foreign governments.[161] NIH has increased the visibility of this issue and reminds grant recipients to be transparent and disclose all affiliations, financial conflicts of interest, and other support (including from foreign entities) and contacts recipient institutions about any concerns.[162] NIH has also bolstered its internal processes and systems and increased awareness among its own staff.

Looking to the future, NIH will continue careful monitoring and extensive outreach with academia, professional societies, and federal partners to reinforce the importance of research security and integrity, as well as to hold people and institutions accountable for inappropriate actions.[163] NIH will continue to work closely with federal partners to protect the safety, integrity, and inclusivity of U.S. research and looks forward to continuing to work with institutions and researchers to strengthen values that underpin research integrity and protect the nation's biomedical innovations.[164]

## Reducing Administrative Costs and Work Throughout the Grants Process

Reducing administrative burden increases the amount of time that investigators can spend on research and that administrators can spend supporting the research enterprise. NIH works to streamline grants policies and processes to reduce administrative work and costs. Recent changes include automating the issuance of certificates of confidentiality that protect participants in NIH-funded research, creating the Application Submission System & Interface for Submission Tracking (ASSIST) as an option for preparing and submitting applications, developing a tool that reduces the need to develop clinical trial protocol text de novo, simplifying the appendix and other material in grant applications to help during the review process, and reducing the need for multiple biographic profiles across different systems to help people find information and simplify reporting and analysis.[165] NIH will continue to work with stakeholders to further streamline the grant application process, while promoting rigor and fostering compliance.

# Optimizing Operations

NIH seeks to continually optimize operations across an array of business, administrative, and scientific functions, as well as to improve its physical and technological infrastructures. Increasing coordination and engagement throughout the agency and managing risk while fostering innovation are critical to the stewardship of the nation's biomedical and behavioral research ecosystem. Over the next 5 years, NIH will implement strategies to excel as a federal science agency dedicated to protecting and improving public health.

NIH will continue implementing its *Optimize NIH* efforts, which were established as part of the *Reimagine HHS* effort to improve performance across the Department's divisions. Through the *Optimize NIH* initiative, the agency is focusing on administrative areas that could be made more efficient and effective if managed centrally, or better harmonized across ICs and OD offices. Using a combination of process mapping, surveys, and focus groups, the agency will carefully evaluate which approach or combination of approaches would yield the greatest improvements in each area. NIH's optimization efforts are guided in a data-driven and scientific manner, using teams led

APHA App. 273



by NIH experts in administrative operations with full engagement by employees.

Examples of functional areas that have already seen substantial improvement through *Optimize NIH* include management of federal advisory committees, employee ethics requirements, and *Freedom of Information Act (FOIA)* requests. NIH has adopted a unified system to standardize and streamline management of FOIA requests across the agency and has launched a public-facing portal, FOIAXpress, to improve the FOIA requestor experience. The launch of this portal increased information request processing speed by 83 percent, decreased the backlog by 11 percent, and offered solutions that can be leveraged across HHS. The lessons learned through the optimization of initial functional areas will inform NIH's approach to other business practice enhancements, such as information technology security, acquisitions, appointment of employees via a specialized hiring mechanism, travel management, and property management.

*Optimize NIH* will also continue to establish best practices for evaluating employee workload to improve the management of resources, inform hiring decisions, and reduce workload inequities. Workload harmonization across ICs and OD offices is already underway for scientific review, grants management, and program management, with additional areas identified for future improvement. NIH will also continue to harmonize and align each IC's strategic plan with a common template derived from the *NIH-Wide Strategic Plan*. Taken together, *Optimize NIH* projects will improve organizational effectiveness and performance and maximize the investment made by American taxpayers.

In alignment with the *Reimagine HHS* and *Optimize NIH* initiatives and in response to NIH community feedback, the NIH OD launched the OD Strategic Engagement Agenda to foster a unified and coordinated OD, which engages seamlessly with the ICs to advance the mission of the agency. This data- and participant-driven initiative will solicit and incorporate employee input through listening tours, working groups, and an online ideation campaign to improve communication and functionality within the OD through coordination and engagement with the ICs. By working toward these goals and improving on the use of OD operating principles of transparency, accountability, strategy, coordination, and decisionmaking, NIH will increase the efficiency and effectiveness of collaboration across NIH.

Meeting the goal of increased efficiency and effectiveness of operations across the agency requires the systematic assessment and management of risk in NIH's administrative and scientific programs, processes, and procedures. NIH is committed to integrating an ERM framework into its organizational culture to help prevent surprises, avoid operational failures, and allow quicker recovery when the unexpected happens. For example, NIH evaluated the extramural grant program using a fraud risk framework to identify vulnerabilities and develop mitigation strategies, including a staff fraud awareness and training program, to reduce the risk

**Figure 28. NIH Campuses**

Aerial views and photos of various building on NIH campuses showing a portfolio of biomedical research, administrative, and infrastructure-supporting facilities. From left to right and top to bottom: Research Triangle Park, North Carolina; Phoenix Epidemiology and Clinical Research Branch, Phoenix, Arizona; Rocky Mountain Laboratories, Hamilton, Montana; NIH Main Campus, Bethesda, Maryland; Pregnancy and Perinatology Branch, Detroit, Michigan; National Cancer Institute at Shady Grove, Rockville, Maryland; NIH Animal Center, Poolesville, Maryland; Bayview Campus, Baltimore, Maryland; and Frederick National Laboratory for Cancer Research, Frederick, Maryland.



*Credit: Office of Research Facilities Development and Operations, NIH.*

APHA App. 274

of fraud in the NIH extramural program and protect public funds. By conducting risk assessments and leveraging data collected within the ERM framework, NIH will improve information sharing and leadership decisionmaking and will prioritize corrective actions for identified risks. Incorporating ERM practices into daily operations also supports NIH in taking risks intelligently and prudently to achieve desired mission outcomes and enhances the agency's transparency and accountability to the public.

Underpinning NIH efforts to optimize its administrative and scientific operations are efforts to advance the agency's physical and technological infrastructures. For example, many of the agency's research and supporting facilities were constructed more than 50 years ago and require significant operating and maintenance costs, repairs, and upgrades to remain competitive in a global research environment. As resources become available, NIH will make strategic investments in building, expanding, and modernizing infrastructure on all its campuses.

It is critical that NIH provide, maintain, and operate its physical infrastructure—buildings and facilities capable of fulfilling and responding to the complex, collaborative, and changing nature of biomedical and behavioral science (Figure 28). The conduct of scientific discovery is enabled through safe and reliable facilities that can be adapted to support research on existing and emerging public health challenges, such as Alzheimer's disease and viral pandemics. NIH will closely link its strategic research goals to the availability, suitability, and capability of existing facilities and will plan, program, and budget for redeveloped and new facilities using planning and space utilization principles consistent with recognized business practices and the National Academies of Sciences, Engineering, and Medicine recommendations.[166] This integration of strategic research and infrastructure planning will enhance the oversight, prioritization, and delivery of facilities to meet the changing scientific needs over time.

## CROSSCUTTING T

     

Many scientific challenges and opportunities are not unique to any one Objective in this Strategic Plan. To emphasize this, NIH has identified five key Crosscutting Themes that span all aspects of NIH's Strategy.



### Improving Minority Health and Reducing Health Disparities

**Minority Health and Health Disparities**

Underserved groups—including Black, Latinx, and Indigenous and Native American persons, Asian Americans and Pacific Islanders, and other persons of color; members of religious minorities; lesbian, gay, bisexual, transgender, and queer (LGBTQ+) persons; persons with disabilities; persons who live in rural areas; or persons otherwise adversely affected by persistent poverty or inequality—have distinct health needs and often experience disparities in health outcomes. NIH maintains that racial and ethnic minorities, rural residents, people with low incomes, SGM, and other populations

experiencing health disparities should be included in all relevant research, such that there is sufficient representation of each population to conduct relevant analyses. Inclusivity in research generates more broadly applicable information and improves scientific understanding of the health and well-being of specific population groups.

To promote health equity, NIH remains committed to supporting a robust program of research examining how biological, behavioral, environmental, sociocultural, and other factors interact with and shape individuals' health trajectories across the lifespan. The science of minority health and health disparities is founded on the principle that the social construct of individual race and ethnicity and socioeconomic status influence behavior, biology, and health outcomes in many defined and undefined ways. These individual factors interact with structural social determinants that may promote cumulative adversity that leads to worsened health outcomes through biological mechanisms.

Racism and discrimination are increasingly recognized as contributing to poorer health outcomes for

APHA App. 275

racial and ethnic minorities and other disproportionately affected populations. There is also a growing societal recognition that racism and discrimination extend beyond the behavior of individuals and are embedded in social, institutional, organizational, and governmental structures, processes, procedures, and practices that limit opportunities and resources to segments of the population.[167] NIH understands that health research needs to routinely incorporate constructs and measurement of structural racism or discrimination across multiple domains and levels of influence if minority health is to be optimized, health equity achieved, and health disparities eliminated.[168]

Understanding why underrepresented groups experience specific health outcomes is at the core of minority health science. It is essential to identify contributing factors to minority health conditions independent of whether a health disparity exists or is identified. Minority health research is the scientific investigation of distinctive health characteristics and attributes of minority racial and/or ethnic groups that are usually underrepresented in biomedical research to understand health outcomes in these populations and develop interventions to reduce disparities in health outcomes  The *NIH Minority Health and Health Disparities Strategic Plan*[169] sets the direction and goals for NIH research in this area. Several NIH ICs and OD offices have core missions to address the health of underserved and underrepresented populations and to ensure they are adequately included in all NIH research. In addition, NIH-wide strategic plans identify efforts specific to the needs of underrepresented populations to develop synergy and facilitate collaborations across NIH.[170,171,172]

Promoting the recruitment, retention, and advancement of scientists from underserved groups will also have a significant influence on workforce development and will provide opportunities for individual scientists to achieve their full potential, thereby improving research on minority health and reducing health disparities.



## Enhancing Women's Health

Women's Health

Women's health is a wide-ranging topic that goes beyond reproductive health to address a broader spectrum of diseases and conditions experienced by women throughout their lifespan. To advance science for the health of women, the *Trans-NIH Strategic*

*Plan for Women's Health Research*[173] established NIH priorities across the research continuum and emphasized the importance of interdisciplinary partnerships. The NIH policy on *Sex as a Biological Variable*,[174] along with the expanded *NIH Inclusion Policy*[175] that requires investigators to report Phase III clinical trial results by sex or gender, race, and ethnicity to *ClinicalTrials.gov*,[176] will build foundational knowledge, accelerate translational research, and ultimately enable women to receive evidence-based interventions specific to their needs.

Promoting the recruitment, retention, and advancement of women scientists will also have a significant influence on workforce development, as well as provide opportunities for individual scientists to achieve their full potential, thereby improving research on the health of women.



## Addressing Public Health Challenges Across the Lifespan

Public Health Challenges Across the Lifespan

NIH supports biomedical and behavioral research applicable to the full spectrum of public health challenges and needs, such as acute and chronic diseases, persistent and emerging infectious diseases, cancers, substance use disorders, disordered eating, Alzheimer's disease and related dementias, the health impacts of environmental exposures, and many more.[177] NIH research must address the prevention, treatment, and management of public health challenges; meet new challenges with fundamental research; and be ready to mobilize cutting-edge science in emergent situations.

Many public health challenges affect people of various ages and populations differently. To promote health across the lifespan, NIH efforts include targeted studies of specific age groups; studies of diseases that are unique to, or more common in, certain age groups; longitudinal cohort studies that follow the health outcomes of groups of individuals over long periods of time (including across generations); and studies that examine how early exposures, adversity, and positive experiences affect later health outcomes. The critical issue of maternal mortality and morbidity in the U.S. is one example of a public health challenge that requires multifaceted approaches at different points in the lifespan. Risks include not only complications at the time of pregnancy, birth, and

postpartum, but also cumulative and intergenerational impacts and exposures.

In addition to these programmatic approaches, NIH policies set the expectation that all supported studies will be designed to include children and older adults unless there is a scientific or ethical reason to exclude them. This policy ensures that the scientific findings for a given disease or condition are applicable to all those affected.[178]



Collaborative Science

## Promoting Collaborative Science

Complex public health challenges and scientific questions require collaborative, team-driven research involving experts working together across multiple scientific fields, resulting in innovations that exceed the capacity of a single laboratory or discipline. NIH promotes opportunities that bring together scientists and clinicians and recognizes patients and research participants as partners and collaborators to generate outcomes that address the public health challenges that communities face. NIH partners with a wide array of other federal agencies, and domestic and international organizations in the public and private sectors to leverage their respective expertise and translate NIH research findings into new therapies, technologies, and evidence-based practices for improving health. For example, efforts to accelerate COVID-19 diagnostics, therapeutic interventions, and vaccine development are being conducted alongside sister agencies within HHS and representatives from academic, nonprofit, and commercial organizations.[179]

Scientific progress also benefits from collaboration across NIH ICs and OD offices. These NIH collaborations occur at every level of NIH operation, resulting in innovative scientific programs that address a wide range of health conditions. For example, the Pediatric Research Consortium brings together staff from across NIH to discuss issues in pediatric research for a range of health conditions. NIH also cultivates

strategic partnerships across HHS to strengthen the public health ecosystem. For example, NIH plays a key role in the Department-wide implementation and dissemination of the HHS Secretary's evidence-based initiative to combat opioid use disorder.



Data Science

## Leveraging Data Science for Biomedical Discovery

An immense amount of data is generated throughout the research enterprise, from fundamental experiments using cells and model organisms to human clinical studies and community-level epidemiological research. The exponential growth of data has resulted from the development of advanced biomedical technologies and computational processing unavailable a decade ago, including advanced AI and virtual reality technologies. These transformative changes require innovative approaches and business practices to address opportunities and challenges in data science. Storing, managing, standardizing, analyzing, sharing, and disseminating vast amounts of data are therefore critical priorities for NIH.

The *NIH Strategic Plan for Data Science*[180] provides a roadmap for modernizing and integrating the NIHfunded biomedical data ecosystem, which comprises the universe of data infrastructure, resources, tools, and workforce. Combining existing strengths with new strategic partnerships, NIH works to ensure that data resources are guided by the FAIR principles ([Figure 21](#)).[181,182] Implementing the *NIH Strategic Plan for Data Science* will enhance the scientific community's ability to address new challenges, maximize the value of data generated, and accelerate discoveries that lead to better health outcomes. Woven into this plan is NIH's commitment to rapid, open sharing of data and greater harmonization of data science efforts across research domains, while respecting participant privacy, security of sensitive data, and Tribal sovereignty with respect to data.

APHA App. 277



# Bold Predictions

In the previous iteration of the *NIH-Wide Strategic Plan*, NIH set out 14 ambitious goals, or "Bold Predictions," for the next 5 years. These short-term predictions were considered aspirational goals for biomedical and behavioral research that were potentially within reach, but by no means guaranteed outcomes. The 14 Bold Predictions were not an exhaustive list of all of the potential avenues of success for NIH but were designed to illustrate some of the potential achievements in a wide range of research fields that might be possible under NIH's stewardship. NIH has made significant progress on all 14 Bold Predictions, with four being fully realized within the ambitious 5-year timeframe. Despite the risks associated with making short-term predictions, it is important that NIH continue to place high hopes on the ability for NIH-supported research to push the boundaries of innovation faster than ever before. Below are some of the outcomes that NIH will strive to deliver over the next 5 years.

1. The *All of Us* Research Program will reach its goal of 1 million diverse participants and will have gathered the most diverse collection of data (e.g., deep phenotypic, -omic, EHR, digital health technology) on 1 million or more participants of any research resource in the world.

2. The regular use of genomic information will have transitioned from boutique to mainstream in all clinical settings, making genomic testing as routine as complete blood counts.

3. Human studies on type 1 diabetes will assess the long-term survival and function of encapsulated human islets, as well as their efficacy in preventing or delaying the onset of complications and increasing overall survival.

4. Incorporating novel genomics findings from clinical studies on congenital heart disease will help researchers move toward precision therapy and personalized counseling, leading to improved outcomes and longevity for affected children and adults.

5. The high burden of heart disease in communities of color and rural areas will be reduced, especially for major outcomes, such as maternal morbidity and mortality, hypertension, and heart failure.

6. A gene therapy for muscular dystrophy will restore the function of the mutated gene and improve patient outcomes.

7. Gene-based therapies for SCD will be evaluated and refined in large-scale clinical trials, offering a cure to the approximately 100,000 people in the U.S. and 20 million globally who suffer severe pain and premature death from this condition.

8. First-in-human clinical trials will demonstrate the efficacy of iPSC-derived products.

9. Engineered biological cells and scaffolds will be successfully used to repair and replace tissue damaged by chronic wounds or such disorders as osteoarthritis.

10. Insight will be gained into the ultimate ability to regenerate human limbs, using emerging technologies to activate the body's own growth pathways and processes.

11. Research on new approaches to cervical cancer screening will lead to the development of self-sampling for women, with the potential to substantially reduce the incidence and mortality of this disease.

12. At least one novel, non-hormonal pharmacologic treatment for endometriosis will be identified and moved to clinical trials.

13. The number of maternal deaths per year in the U.S. will be significantly decreased, particularly among Black and American Indian or Alaska Native women, by implementing results of research studies focusing on links between social determinants and biological risk factors.

14. Following PRGLAC Task Force findings that almost no data exist on medications in pregnant and lactating women, label changes will be facilitated by results of clinical trials for at least three therapeutics specific to (1) pregnant women and lactating women and (2) children.

15. NIH-wide research will lead to new implementation strategies for pre-exposure prophylaxis that will significantly reduce the number of new HIV infections and to new longacting therapies to improve viral load suppression among people with HIV to levels that prevent transmission.

APHA App. 278

**Bold Predictions** (continued)

16. At least one candidate universal influenza vaccine against groups 1 and 2 with 75 percent efficacy will be submitted to the FDA for consideration.

17. NIH-supported researchers will develop a universal coronavirus vaccine.

18. By actively engaging with underserved populations to reduce disparities for COVID-19, researchers will prevent and curb the spread of COVID-19 and save lives.

19. AI will reveal molecular signatures associated with the return to health after an acute illness (e.g., COVID-19).

20. Biomarkers will guide the choice of the most effective therapy for each individual rheumatoid arthritis patient.

21. NIH-supported research will lead to the development of a clinically actionable biomarker for precision psychiatry, using neuroimaging and/or additional physiological and psychological biomarkers.

22. Comprehensive atlases of cell types in the mouse and human brain will provide a deeper understanding of the circuits underlying behavior and a foundation for understanding the circuits affected in complex human brain disorders, including depression.

23. Invasive and noninvasive human brain recording and stimulation technologies will enable new paradigms for interventions in movement disorders and neuropsychiatric diseases, as well as the development of brain-machine interfaces for sensory and motor neural prostheses.

24. Preventive approaches targeting vascular risk factors will reduce the risk for dementia and promote healthy brain aging.

25. At least one promising lifestyle intervention to prevent Alzheimer's disease and related dementias will be rigorously demonstrated in the next 5 years.

26. The role of cellular senescence in aging and disease will be clarified and translated into interventions to improve health.

27. Infant survival will be optimized by synthesizing milk that captures all of the components and properties of human milk, even individualizing it to the characteristics of the infant's mother.

28. NIH research will discover how technology exposure and media use affect developmental trajectories, health and educational outcomes, and parent–child interactions in childhood in the post-COVID-19 era.

29. NIH research will lead to optimized treatment for infants with Neonatal Opioid Withdrawal Syndrome.

30. NIH research will identify one promising intervention to mitigate risks of altered brain development trajectories produced by exposure to alcohol and other drugs among adolescents.

31. Increasing evidence of the effectiveness of nonpharmacologic treatments for pain will transform the way pain is managed and decrease the need for opioids and other medications.

32. Effective screening based on a person's genetics, environmental exposures, and sociobehavioral factors will significantly decrease the 9 million lives lost each year to global air pollution by identifying those who are most vulnerable for early intervention.

33. NIH and NASA will spearhead the development of a space-based platform that will monitor species diversity and predict geographic areas of climate concern.

34. The number of NIH R01 awards that support principal investigators from underrepresented racial and ethnic groups will be increased by 50 percent, and the racial funding disparities gap for NIH R01 grants will be eliminated by fiscal year 2025.

35. New forms of scientific communications, such as preprints, will accelerate clinical research and shorten the evidence-to-practice cycle.



# References

1   https://www.nih.gov/about-nih/what-we-do/mission-goals.
2   https://www.nih.gov/about-nih/who-we-are/organization
3   https://www.nih.gov/about-nih/what-we-do/budget.
4   https://report.nih.gov/nihdatabook/category/10.
5   https://grants.nih.gov/grants/peer-review.htm.
6   https://grants.nih.gov/grants/peerreview22713webv2.pdf.
7   https://grants.nih.gov/funding/index.htm.
8   https://irp.nih.gov/about-us/what-is-the-irp.
9   https://irp.nih.gov/nih-clinical-center.
10  https://clinicalcenter.nih.gov/ocmr/research-discoveries.html.
11  Collins FS. NIH Basics. *Science*, 2012; 337:503. PMID: 22859455.
12  Moses H 3rd, et al. *JAMA*, 2015; 313(2):174-89. PMID: 25585329.
13  https://www.genome.gov/Funded-Programs-Projects/ENCODE-Project-ENCyclopedia-Of-DNA-Elements.
14  https://www.genome.gov/Funded-Programs-Projects/ClinGen-Clinical-Genome-Resource.
15  https://www.genome.gov/Funded-Programs-Projects/Human-Genome-Reference-Program#faq.
16  https://commonfund.nih.gov/hmp.
17  Elovitz MA, et al. *Nature Communications* 2019;10(1):1305. PMID 30899005.
18  Gehrig JL, et al. *Science* 2019;365(6449):eaau4732. PMID: 31296738.
19  Wilbert SA, et al. *Cell Rep*. 2020;30:4003-15.e3. PMID: 32209464.
20  https://www.cancer.gov/about-nci/budget/plan/immune-system-and-cancer.
21  Hand TW. et al. *Trends Endocrinol Metab* 2016;27(12):831-43. PMID: 27623245.
22  https://abcdstudy.org/about/.
23  Paulus MP, et al. *Neuroimage* 2019;185:140-53. PMID: 30339913.
24  Fine JD et al. *JAMA Psychiatry* 2019;76(7):762-4. PMID: 30916716.
25  Cheng W, et al. *Mol Psychiatry*, 2020. PMID: 32015467
26  https://braininitiative.nih.gov.
27  https://braininitiative.nih.gov/brain-programs/cell-census-network-biccn.
28  https://commonfund.nih.gov/singlecell.
29  https://commonfund.nih.gov/hubmap.
30  https://acd.od.nih.gov/documents/presentations/12132019AI.pdf.
31  Peng Y, et al. *Ophthalmology* 2019;126(4):565-75. PMID: 30471319.
32  Keenan TD, et al. *Ophthalmology* 2019;126(11):1533-40. PMID: 31358385.
33  https://www.fda.gov/news-events/press-announcements/fda-permits-marketing-artificial-intelligence-based-de-
    vice-detect-certain-diabetes-related-eye.
34  https://www.healthypeople.gov/2020/topics-objectives/topic/social-determinants-of-health.
35  Walsh JJ, et al. *Lancet Child Adolesc Health* 2018;2(11):783-91. PMID: 30268792.
36  Trinh MH, et al. *JAMA Pediatr* 2019;174(1):71-8. PMID: 31764966.
37  https://www.niaid.nih.gov/diseases-conditions/infographic-hiv-vaccine.
38  https://www.niaid.nih.gov/diseases-conditions/coronaviruses-therapeutics-vaccines.
39  https://www.nih.gov/news-events/news-releases/statement-nih-barda-fda-emergency-use-authorization-moder-
    na-covid-19-vaccine.
40  Regules JA, et al. *N Engl J Med* 2017;376(4):330-41. PMID: 25830322.
41  https://www.who.int/csr/resources/publications/ebola/ebola-ring-vaccination-results-12-april-2019.pdf?ua=1.
42  https://www.cdc.gov/flu/about/burden/index.html.
43  https://www.niaid.nih.gov/diseases-conditions/universal-influenza-vaccine-research.
44  https://www.niaid.nih.gov/news-events/nih-begins-first-human-trial-universal-influenza-vaccine-candidate.
45  https://www.cdc.gov/nchs/data/nvsr/nvsr69/nvsr69-13-508.pdf.
46  https://www.cdc.gov/nchs/data/hestat/suicide/rates_1999_2017.pdf.
47  Boudreaux ED, et al. *Contemp. Clin. Trials* 2013;36(1):14-24. PMID: 23707435.
48  https://www.nhlbi.nih.gov/science/framingham-heart-study-fhs.
49  https://www.nhlbi.nih.gov/science/systolic-blood-pressure-intervention-trial-sprint-study.
50  SPRINT Research Group. *N Engl J Med* 2015;373(22):2103-16. PMID: 26551272.
51  Whelton PK, et al. *Hypertension* 2018;71(6):1269-324. PMID: 29133354.
52  Bress AP, et al. *Circulation* 2017;135(17):1617-28. PMID: 28193605.
53  Wang C, et al. *Nat Biomed Eng* 2018;2(9):687-95. PMID: 30906648.

54  https://allofus.nih.gov.
55  https://grants.nih.gov/grants/guide/pa-files/PAR-17-483.html.
56  https://orwh.od.nih.gov/sex-gender.
57  https://www.nih.gov/news-events/nih-research-matters/replacing-function-impaired-cystic-fibrosis-protein.
58  https://commonfund.nih.gov/hcscollaboratory.
59  https://pubmed.ncbi.nlm.nih.gov/29860917/.
60  https://www.cancer.gov/news-events/press-releases/2018/tailorx-breast-cancer-chemotherapy.
61  https://pubmed.ncbi.nlm.nih.gov/29385370/.
62  https://www.fda.gov/news-events/press-announcements/fda-approves-first-automated-insulin-delivery-de-vice-type-1-diabetes.
63  https://www.fda.gov/news-events/press-announcements/fda-authorizes-first-interoperable-automated-insulin-dos-ing-controller-designed-allow-more-choices.
64  Bekiari E, et al. *BMJ* 2018; 361:k1310. PMID: 29669716.
65  http://www.braininitiative.nih.gov.
66  https://www.nei.nih.gov/learn-about-eye-health/resources-for-health-educators/eye-health-data-and-statistics/age-re-lated-macular-degeneration-amd-data-and-statistics.
67  Sharma R, et al. *Sci Transl Med* 2019;11(475):eaat5580. PMID: 30651323.
68  https://www.nih.gov/news-events/news-releases/nih-launches-first-us-clinical-trial-patient-derived-stem-cell-therapy-replace-dying-cells-retina.
69  https://ncats.nih.gov/tissuechip/about/operations.
70  https://www.nih.gov/news-events/news-releases/nih-funded-tissue-chips-rocket-international-space-station.
71  https://www.niaid.nih.gov/clinical-trials/laboratory-infectious-diseases.
72  Mulangu S, et al. *N Engl J Med* 2019;381(24):2293-303. PMID: 31774950.
73  Dahlhamer J, et al. *MMWR Morb Mortal Wkly Rep* 2018;67(36):1001-6. PMID: 30212442.
74  https://www.cdc.gov/nchs/products/databriefs/db394.htm.
75  https://heal.nih.gov/.
76  https://www.niaid.nih.gov/clinical-trials/pact.
77  https://fnih.org/what-we-do/programs/partnership-for-accelerating-cancer-therapies.
78  Kennedy LB, Salama AKS. *CA Cancer J Clin* 2020;70(2):86-104. PMID: 31944278.
79  https://www.cdc.gov/ncbddd/sicklecell/data.html.
80  https://www.nih.gov/news-events/news-releases/nih-researchers-create-new-viral-vector-improved-gene-therapy-sickle-cell-disease.
81  https://scdic.rti.org/.
82  https://www.nhlbi.nih.gov/science/cure-sickle-cell-initiative.
83  https://grants.nih.gov/ngri.htm.
84  https://www.nlm.nih.gov/ep/GrantTrainInstitute.html.
85  https://orwh.od.nih.gov/career-development-education/building-interdisciplinary-research-careers-wom-ens-health-bircwh.
86  https://www.nigms.nih.gov/training/careerdev/Pages/MOSAIC.aspx.
87  https://commonfund.nih.gov/diversity.
88  https://acd.od.nih.gov/documents/presentations/06132019Diversity.pdf.
89  https://dpcpsi.nih.gov/sites/default/files/CoC_Jan_2020_1115_FIRST_program_concept_clearance.pdf.
90  https://www.sciencemag.org/news/2020/01/nih-s-new-cluster-hiring-program-aims-help-schools-attract-diverse-fac-ulty.
91  https://diversity.nih.gov/programs-partnerships/dsp.
92  https://womeninscience.nih.gov/.
93  https://www.fic.nih.gov/Programs/Pages/infectious-disease.aspx.
94  https://commonfund.nih.gov/CryoEM.
95  https://heal.nih.gov/about/public-access-data.
96  https://dash.nichd.nih.gov/.
97  https://vizhub.healthdata.org/gbd-compare/.
98  https://seer.cancer.gov/.
99  https://www.nimhd.nih.gov/programs/extramural/research-centers/rcmi/index.html.
100  https://grants.nih.gov/grants/guide/rfa-files/RFA-MD-20-006.html.
101  https://ncats.nih.gov/ctsa.
102  https://grants.nih.gov/grants/guide/notice-files/NOT-TR-19-015.html.
103  https://grants.nih.gov/grants/guide/notice-files/NOT-TR-19-016.html.
104  https://ncats.nih.gov/ctsa/projects/RuralHealth.
105  https://echochildren.org/idea-states-pediatric-clinical-trials-network.
106  https://orip.nih.gov/construction-and-instruments/s10-instrumentation-programs.
107  https://commonfund.nih.gov/moleculartransducers/overview.
108  https://motrpac-data.org/.

109 https://www.ninr.nih.gov/newsandinformation/pressreleases/press-release-symptom-science-center.
110 https://www.hhs.gov/about/strategic-plan/index.html.
111 https://report.nih.gov/reports/strategic-plans.
112 https://grants.nih.gov/grants/peer-review.htm.
113 https://public.csr.nih.gov/StudySections/CSREnquire.
114 https://public.csr.nih.gov/ForReviewers/BecomeAReviewer/ECR.
115 https://projectreporter.nih.gov/.
116 https://report.nih.gov/nihdatabook/.
117 https://report.nih.gov/.
118 https://icite.od.nih.gov/.
119 https://federalreporter.nih.gov/.
120 https://gcn.com/articles/2018/12/03/nsf-blockchain.aspx.
121 https://smrb.od.nih.gov/documents/reports/VOBR SMRB__Report_2014.pdf.
122 https://www.congress.gov/bill/115th-congress/house-bill/4174.
123 https://www.nih.gov/news-events/news-releases.
124 https://directorsblog.nih.gov/.
125 https://www.nih.gov/about-nih/what-we-do/impact-nih-research/our-stories.
126 https://pubmed.ncbi.nlm.nih.gov/.
127 https://www.nlm.nih.gov/news/NLMAnnouncesNewPubMed_202002.html.
128 https://www.ncbi.nlm.nih.gov/pmc/.
129 https://www.semanticscholar.org/cord19.
130 https://icite.od.nih.gov/covid19/search/.
131 https://registry.opendata.aws/ncbi-covid-19/.
132 https://prevention.nih.gov/tobacco-regulatory-research.
133 https://pathstudyinfo.nih.gov/landing.
134 https://prevention.nih.gov/tobacco-regulatory-research/funded-research/funded-research-tobacco-centers-regulatory-science.
135 https://www.iprcc.nih.gov/.
136 http://painmanagementcollaboratory.org/.
137 https://www.nichd.nih.gov/about/advisory/PRGLAC.
138 https://www.nih.gov/research-training/medical-research-initiatives/activ.
139 https://www.nih.gov/research-training/accelerating-medicines-partnership-amp.
140 https://www.nih.gov/news-events/news-releases/nih-public-private-partnership-advance-early-interventions-schizophrenia.
141 https://cloud.nih.gov/.
142 https://www.afrehealth.org/.
143 https://www.fic.nih.gov/Programs/Pages/african-association-health-professions.aspx.
144 https://www.fic.nih.gov/Programs/Pages/health-professional-education-partnership-initiative-hepi.aspx.
145 https://h3africa.org/.
146 https://www.fic.nih.gov/Funding/Pages/collaborations-gacd.aspx.
147 https://www.niehs.nih.gov/research/programs/disaster/index.cfm.
148 https://www.nih.gov/news-events/news-releases/nih-facilitates-first-tribal-data-sharing-agreement-navajo-nation.
149 https://echochildren.org/nih-echo-and-the-navajo-nation-make-history-with-new-data-sharing-and-use-agreement/.
150 https://www.acd.od.nih.gov/working-groups/eprar.html.
151 https://grants.nih.gov/policy/clinical-trials.htm.
152 https://www.nih.gov/about-nih/who-we-are/nih-director/statements/statement-final-nih-policy-data-management-sharing.
153 https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-013.html.
154 https://www.acd.od.nih.gov/working-groups/sexual-harassment.html.
155 https://www.nih.gov/anti-sexual-harassment.
156 https://grants.nih.gov/grants/policy/harassment.htm#:~:text=Anti-Sexual.
157 https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-124.html.
158 https://diversity.nih.gov/building-evidence/harassment-survey.
159 https://grants.nih.gov/policy/natural-disasters.htm.
160 https://grants.nih.gov/policy/natural-disasters/corona-virus.htm.
161 https://grants.nih.gov/policy/protecting-innovation.htm.
162 https://nexus.od.nih.gov/all/2019/07/11/clarifying-long-standing-nih-policies-on-disclosing-other-support/.
163 https://www.nih.gov/about-nih/who-we-are/nih-director/statements/statement-protecting-integrity-us-biomedical-research.
164 https://nexus.od.nih.gov/all/2020/07/08/addressing-foreign-interference-and-associated-risks-to-the-integrity-of-biomedical-research-and-how-you-can-help/.

165 https://nexus.od.nih.gov/all/2019/08/05/linking-orcid-identifiers-to-era-profiles-to-streamline-application-process-es-and-to-enhance-tracking-of-career-outcomes/.
166 https://www.nap.edu/read/25483/.
167 https://www.healthypeople.gov/2020/topics-objectives/topic/social-determinants-health/interventions-resources/dis-crimination.
168 https://www.nimhd.nih.gov/about/overview/research-framework.html.
169 https://www.nimhd.nih.gov/about/overview/strategic-plan.html.
170 https://www.nimhd.nih.gov/about/overview/strategic-plan.html.
171 https://dpcpsi.nih.gov/file/sgm-strategic-plan-2021-2025.
172 https://orwh.od.nih.gov/sites/orwh/files/docs/ORWH_Strategic_Plan_2019_02_21_19_V2_508C.pdf.
173 https://orwh.od.nih.gov/about/trans-nih-strategic-plan-womens-health-research.
174 https://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-102.html.
175 https://grants.nih.gov/grants/guide/notice-files/NOT-OD-18-014.html.
176 https://clinicaltrials.gov/.
177 https://report.nih.gov/categorical_spending.aspx.
178 https://grants.nih.gov/policy/inclusion/lifespan.htm.
179 https://covid19.nih.gov/nih-strategic-response-covid-19.
180 datascience.nih.gov/strategicplan.
181 https://www.go-fair.org/fair-principles/.
182 Wilkinson MD, et al. *Sci. Data* 2016;3:19. PMID: 26978244.

APHA App. 283





# Appendix I: NIH Statutory Authority

Begun as a one-room Laboratory of Hygiene in 1887 (renamed the Hygienic Library in 1891), the National Institutes of Health (NIH) today is one of the world's foremost medical research centers. An agency of the U.S. Department of Health and Human Services, NIH is the federal focal point for health research. The Statutory Authority granted to NIH generally appears in Title IV of the *Public Health Service (PHS) Act*, 42 U.S.C. 281 et seq. This authority has a long history with many revisions and additions granted by new legislation over the years. Below are several highlights from the legislative history of NIH.

## The Ransdell Act, P.L. 71–251

On May 26, 1930, the *Ransdell Act* reorganized, expanded, and redesignated the Hygienic Laboratory of the Public Health Service as the National Institute of Health (NIH), authorizing $750,000 for construction of two buildings for NIH and creating a system of fellowships.

## The Public Health Service Act, P.L. 78–410

On July 1, 1944, the *PHS Act* (P.L. 78—410) consolidated and revised existing public health legislation, dividing the PHS into the Office of the Surgeon General, the Bureau of Medical Services, the Bureau of State Services, and NIH. The *PHS Act* gave NIH the legislative basis for its postwar program, with general authority to conduct and support research into the diseases and impairments of man, authorized research projects and fellowships, and made the National Cancer Institute a division of NIH.

## The National Heart Act of 1948, P.L. 80–655

On June 16, 1948, the *National Heart Act of 1948* amended the *PHS Act* and authorized the National Heart Institute and changed the name of the National Institute of Health to National Institutes of Health.

## The Public Health Improvement Act, P.L. 106–505

On November 13, 2000, the *Public Health Improvement Act* amended the *PHS Act* and provided new authorities to NIH and other PHS agencies and placed ongoing activities or programs in statute.

## The National Institutes of Health Reform Act of 2006, P.L. 109–482

On January 15, 2007, the *NIH Reform Act of 2006* affirmed the importance of NIH and its vital role in advancing biomedical research to improve the health of the nation. The law reinforced how NIH's 27 Institutes and Centers, along with various other NIH components, work together on the nation's largest medical research enterprise. Among its provisions, the *NIH Reform Act* revised Title IV of the *PHS Act* to create the Division of Program Coordination, Planning, and Strategic Initiatives, to be supported by a Common Fund.

## The 21st Century Cures Act, P.L. 114–255

On December 13, 2016, the *21st Century Cures Act* provided NIH with critical tools and resources to advance biomedical research across the spectrum, from foundational basic research studies to advanced clinical trials of promising new therapies. The Cures Act provided NIH with important new authorities that could be employed to hasten its mission to improve the health of Americans.

APHA App. 285



# Appendix II: NIH Organizational Chart





# Appendix III: Strategic Planning Process

The National Institutes of Health (NIH)-Wide Strategic Plan outlines NIH's research priorities and how these priorities align with the agency's mission and goals in an evolving research landscape. It represents one facet of NIH's stewardship of federal dollars and contributes to maintaining transparency and accountability to its many stakeholders.

Biomedical and behavioral science is progressing rapidly. To keep pace and capitalize on scientific advances while addressing evolving public health needs, NIH updates the NIH-Wide Strategic Plan every 5 years. The NIH-Wide Strategic Plan is a living document, with each iteration building off the foundation of the previous plan and aligning with the agency's near-, mid-, and long-range goals. This latest iteration of the NIH-Wide Strategic Plan, covering fiscal years 2021–2025, retains many of the core elements of the NIH-Wide Strategic Plan for fiscal years 2016–2020. However, the Strategic Plan has been revised, updated, and expanded in response to the many discoveries and changes in the field made during the past 5 years. As part of this process, the Framework around which the Strategic Plan is organized has also been revised.

In September 2019, NIH began updating the NIH-Wide Strategic Plan to cover fiscal years 2021–2025. The goal was to follow a process that was transparent, focused on science and good stewardship of research, guided by evidence, and informed by NIH's many stakeholders.

The strategic planning process entailed four phases: (1) pre-planning, (2) gathering internal input and development of the Strategic Plan framework, (3) gathering input from external stakeholders, and (4) drafting and publishing the Strategic Plan. The following are key activities undertaken during these four phases.

## Pre-Planning

The NIH Division of Program Coordination, Planning, and Strategic Initiatives (DPCPSI) within the Office of the Director (OD), coordinated the development of the NIH-Wide Strategic Plan for fiscal years 2021–2025. At the initiation of this process, DPCPSI developed a timeline for the strategic planning process and established an internal NIH-Wide Strategic Plan Working Group, composed of staff from each Institute and Center (IC) and OD Office, representing the range of NIH's activities and research portfolio. The first Working Group meeting was held at the end of September 2019.

## Gathering Internal Input and Development of the Strategic Plan Framework

From October to December 2019, the Working Group met biweekly to develop the Framework for the Strategic Plan, which outlines, at a high level, NIH's priorities for biomedical and behavioral research that will be addressed over the next five years. The Framework of the NIH-Wide Strategic Plan for fiscal years 2016-2020 was used as a starting point, and the Framework for the new Strategic Plan evolved over several meetings. The proposed framework was reviewed by the IC Directors at the end of October, the Advisory Committee to the NIH Director in December, and the DPCPSI Council of Councils in January 2020. The final Framework was approved by NIH Leadership.

In parallel with development of the Framework, ICs and OD Offices were asked to provide information on biomedical and behavioral research advances that have been made under the NIH-Wide Strategic Plan for fiscal years 2016–2020 and proposed activities that will be conducted during the next 5 years. The Working Group reviewed the content provided and, through an iterative process of voting and deliberation, proposed for NIH Leadership's approval the top NIH-wide accomplishments and priorities for each section of the Framework.

## Gathering Input from External Stakeholders

NIH recognizes that input from external stakeholders—including members of the scientific and health care communities, professional societies, advocacy organizations, industry, other federal agencies, and

APHA App. 287

the general public—provides valuable insight to be considered during its strategic planning process.

To solicit comments on the proposed Framework from external stakeholders, the Working Group developed a Request for Information (RFI) in the NIH Guide (NOT-OD-20-064[1]) and the *Federal Register* (FRN 2020-02919[2]), which was advertised broadly. Comments were accepted online from February 12, 2020, to April 1, 2020. NIH received 160 responses to the RFI from external stakeholders. In addition, NIH hosted two webinars on March 9 and 16, 2020, to provide the opportunity for stakeholders to ask questions on the Strategic Plan development process and comment on the Framework. A summary of RFI responses, the webinar slides, and transcript, will be made available on the NIH-Wide Strategic plan webpage.[3]

## Drafting and Publishing the Strategic Plan

In January 2020, the Working Group began drafting the Strategic Plan based on the Framework and the prioritized content approved by NIH Leadership. As it became available from the RFI and webinars, the Working Group reviewed public feedback on the Framework and adjusted the draft Strategic Plan in response to this input.

## Finalizing and Publishing the Strategic Plan

The draft Strategic Plan was finalized through an iterative review process with NIH Leadership. Beginning in July 2020, the draft Strategic Plan was reviewed by IC and OD Office Directors, and subsequently by the NIH Director and Deputy Director. It was then reviewed by the DPCPSI Council of Councils and the Advisory Committee to the NIH Director. Following final review and approval by the NIH Director and Deputy Director, and subsequent sign off by the U.S. Department of Health and Human Services, the final version of the NIH-Wide Strategic Plan for fiscal years 2021–2025 was posted publicly on NIH's website and widely disseminated to NIH stakeholders.

### Endnotes

1   https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-064.html
2   https://www.federalregister.gov/documents/2020/02/13/2020-02919/request-for-information-rfi-inviting-comments-and-suggestions-on-a-framework-for-the-nih-wide
3   https://www.nih.gov/about-nih/nih-wide-strategic-plan



# Appendix IV: NIH Common Fund Strategic Plan Report

## About the NIH Common Fund

The National Institutes of Health (NIH) Common Fund[1] programs represent time-limited, strategic investments in biomedical and behavioral research (collectively referred to as *biomedical research* in the remainder of this appendix) designed to achieve high-impact goals and catalyze discovery. Approximately 30 multidisciplinary scientific programs are supported by the NIH Common Fund, spanning NIH's mission and addressing challenges and opportunities that are of high priority for NIH as a whole. These bold scientific programs often accelerate emerging science, enhance the biomedical research workforce, remove research roadblocks, or support high-risk, high-reward science. NIH Common Fund programs frequently produce resources—such as datasets, tools, technologies, or methods—that are designed to spur subsequent biomedical advances often not possible otherwise. The work supported by the NIH Common Fund is inherently risky, but this risk is embraced because of the potential for transformative impact in advancing science and, ultimately, improving human health.

The origins of the NIH Common Fund lie in the NIH Roadmap for Medical Research, which was launched in 2004. The *NIH Reform Act of 2006* created the NIH Common Fund as a source of support for these transformative, NIH-wide programs within the NIH Office of the Director (OD). This established a novel approach to support crosscutting, NIH-wide programs in areas of emerging scientific opportunities, rising public health challenges, and knowledge gaps that deserved special emphasis or would otherwise benefit from strategic planning and coordination. The Act also mandated an emphasis on goals and milestones in NIH Common Fund programs and directed NIH to encourage participation by early-career researchers.

The Office of Strategic Coordination (OSC) within the NIH Division of Program Coordination, Planning, and Strategic Initiatives (DPCPSI) is responsible for managing the NIH Common Fund. OSC coordinates

teams across NIH who collectively plan, implement, and oversee each program to ensure broad impact. Individual awards supported through the NIH Common Fund are administered in partnership with NIH Institutes and Centers (ICs).

## About the NIH Common Fund Strategic Plan Report

The *Public Health Service Act* requires, as part of the NIH-Wide Strategic Plan, that the NIH Director submit a report to Congress containing a strategic plan for funding research "that represents important areas of emerging scientific opportunities, rising public health challenges, or knowledge gaps that deserve special emphasis and would benefit from conducting or supporting additional research that involves collaboration between two or more national research institutes or national centers, or would otherwise benefit from strategic coordination and planning" through the NIH Common Fund (42 U.S.C. §282a(c)(1)(C); 282(b)(7)(A)(i)).

## NIH Common Fund Program Lifecycle

The congressional mandate to support goal- and milestone-driven programs underlies a critical feature of NIH Common Fund programs: Each program establishes high-impact goals that are expected to be achieved within a maximum of 10 years. This program enables new needs or opportunities to be supported as they emerge. The NIH Common Fund supports research programs that transcend the scientific boundaries of the individual ICs, are synergistic with current IC-funded research, and would benefit from limited-term NIH Common Fund investment. These programs are identified through a strategic planning process that includes input from many stakeholders who first identify broad scientific areas that are priorities for NIH as a whole and subsequently establish a focused strategy for scientific initiatives that will catalyze progress within that area. This process ensures that the programs provide maximum utility to the

APHA App. 289

broad biomedical community and that they address major roadblocks to research progress. At the completion of each program, the tools, technologies, and data produced by the program are taken up and used by the community at large, and the infrastructure that the NIH Common Fund has built transitions to other sources of support. The lifecycle of a NIH Common Fund program is shown in **Figure 29**.

NIH Common Fund strategic planning is a two-phase process. Phase 1 of strategic planning identifies broad areas that are high priorities for NIH and for which transformational progress can be envisioned. Phase 2 of strategic planning involves analysis of the scientific landscape within a given field to identify the specific challenges and opportunities for progress. Programmatic goals are established, with a series of funding initiatives collectively designed to

achieve those goals. The strategic planning process is described in more detail in the next section, "NIH Common Fund Strategic Planning Process."

Following strategic planning and selection of new program areas, research projects addressing goals and milestones identified during the planning process are supported through a variety of funding mechanisms. Awards are often implemented as partnerships among the many scientific investigators supported by a program and expert NIH staff, collaboratively working together to achieve defined goals. NIH Common Fund programs are actively managed to ensure that the output of each program is maximally useful to the broader scientific community. Assessment of the utility of the program to the community is emphasized and is achieved through a variety of evaluative processes.



**Figure 29. Lifecycle of NIH Common Fund Programs**

"Common Fund Program Lifecycle": Infographic. Note that not all programs follow this exact timeline.

*Credit: NIH Common Fund.*

Evaluation is an ongoing activity throughout the lifecycle of the program and includes both formal and informal evaluative activities. Informal evaluation involves convening grantees and NIH-wide teams to review progress, discuss new challenges, and develop strategies to adapt as part of routine program management. It also involves gathering input from external consultants and using their input, together with internal analysis, to help guide the implementation of the program. Formal evaluations involve the development of baseline data for new programs and the development of multiple metrics of outcomes. The utility of data, resources, technologies, and other program outputs is assessed through surveys, expert opinion, and the analysis of bibliometric data, such as citation analyses. Challenges and opportunities to strengthen each program are considered continuously, but this assessment is also done systematically for every program on an annual basis. This management process ensures that the programs stay on track toward their stated goals while also allowing adjustments to ensure that the impact of each program is maximized.

Another ongoing activity for the NIH Common Fund is the support of infrastructure designed to maximize the accessibility and utility of NIH Common Fund datasets and digital resources. To this end, the NIH Common Fund Data Ecosystem (CFDE)[2] is working to ensure all NIH Common Fund datasets are findable, accessible, interoperable, and reusable (FAIR), providing training for users to operate on data in a cloud environment and ensuring that NIH Common Fund data continue to be available after individual programs are completed. For more information on the CFDE, see **Figure 30**.

The final stage of NIH Common Fund support involves the transition of mature programs to other sources of support or use within the scientific community.

Although represented as sequential activities, the management of each program has an iterative nature. Plans for implementation and transition are considered early in the lifecycle but may be adapted in response to the science. Similarly, scientific progress may demand changes in the strategic plan, as new opportunities or challenges are identified. Nevertheless, early consideration of implementation and transition ensures that program goals and

milestones are established to meet the needs identified during strategic planning and to provide a sustainable model for continued use by the scientific community when NIH Common Fund support for a program has ended.

**Figure 30. NIH Common Fund Data Ecosystem**

NIH Common Fund programs are intended to provide resources that accelerate discovery across many different biomedical research fields. Often these resources include large datasets and associated digital tools needed to mine and analyze the data. To maximize impact, these datasets and tools must be leveraged by researchers from different disciplines, using varying expertise in bioinformatics and large-scale data analysis. Additionally, these datasets must be usable together across interoperable platforms. However, current approaches to data storage, management, and analysis mean that data are often not findable, accessible, interoperable, and reusable (FAIR).

To address this challenge, the NIH Common Fund is supporting the NIH Common Fund Data Ecosystem (CFDE), an ongoing investment in data management infrastructure that will support past, current, and future NIH Common Fund datasets.

The CFDE includes several integrated efforts:

- **CFDE Coordinating Center**—The Coordinating Center will manage and organize CFDE activities, engage with participating NIH Common Fund programs, connect with user communities, support training, develop tools and standards, and provide technical expertise.

- **Participating NIH Common Fund Data Coordinating Centers**—These Centers will work with the CFDE Coordinating Center to understand its program's unique requirements for data storage and analysis, adopt/adapt guidelines and best practices, share resources and tools, establish and enable use cases for cross-data analyses, and provide training.

- **Leveraging NIH-wide cloud service provider partnerships**—Using the Science and Technology Research Infrastructure for Discovery, Experimentation, and Sustainability (STRIDES) will ensure that data are onboarded to the cloud in a consistent manner and provide favorable pricing for cloud data storage and use.

Ultimately, the CFDE is intended to amplify the impact of many NIH Common Fund programs by enabling researchers to interrogate multiple disparate datasets and thereby make new kinds of scientific discoveries that were not possible before.

# NIH Common Fund Strategic Planning Process

Strategic planning for the NIH Common Fund involves the identification of NIH-wide challenges and opportunities that meet NIH Common Fund program criteria[3] (Figure 31). It is designed to be flexible from year to year to adapt to emerging opportunities, the changing needs of the scientific community, and the availability of funds. Broad topics identified in Phase 1 are refined into well-defined programs and initiatives in Phase 2.

> **Figure 31. NIH Common Fund Program Criteria**
>
> *Transformative:* Programs must have high potential to dramatically affect biomedical research.
>
> *Catalytic:* Programs must achieve a defined set of high-impact goals within a defined period of time.
>
> *Synergistic:* Outcomes must synergistically promote and advance individual missions of ICs to benefit health.
>
> *Crosscutting:* Program areas must cut across missions of multiple ICs, be relevant to multiple diseases or conditions, and require a coordinated approach across NIH.
>
> *Unique:* Programs must be something no other entity is likely or able to do.

**Phase 1** identifies broad scientific needs and opportunities, focusing on the greatest challenges to research discovery and translation, as well as on the most promising emerging opportunities to catalyze research across a variety of scientific disciplines and disease conditions. Although specific Phase 1 activities vary, ideas may be gathered through meetings with external scientific experts, solicitation of ideas from ICs, discussions with NIH Leadership and Advisory Committees, and engagement with the broader scientific community.

To effectively evaluate the responsiveness of the proposed idea to NIH Common Fund criteria, as well as the potential impact of the program, the following questions are typically posed:

> ➢ What is the greatest opportunity in biomedical research today? How can this opportunity be realized?

> ➢ Why is now the right time for this idea (i.e., why is this idea timely)?

> ➢ What would be the goals of the program, and what initiatives or activities are envisioned to achieve these goals?

Generally, Phase 1 strategic planning activities generate many more ideas than can be supported. Ideas are prioritized by the NIH Director, with input from the OSC, DPCPSI, and Principal Deputy Directors. IC Directors may also provide input to the NIH Director on prioritization of concepts. A small subset of prioritized ideas then moves into Phase 2 planning.

**Phase 2** refines the prioritized set of broad ideas identified in Phase 1 into specific, well-defined initiatives. An NIH-wide Working Group representing a broad range of interested scientific communities is formed to continue the planning process and, if the program is approved, lead program implementation. Phase 2 strategic planning also occurs before decisions are made to provide a second stage of support for existing programs. OSC assesses the progress of NIH Common Fund programs at the end of the first stage of funding to determine whether a second stage of funding (up to a limit of 10 years total) is necessary to reap maximum benefit from the program. The Phase 2 refinement process includes analysis of NIH and external scientific research portfolios (Figure 32), solicitation of input from subject-matter experts, and input from IC Directors.

During Phase 2 planning, the DPCPSI Council of Councils (CoC)[4] provides input about whether the proposed idea addresses the NIH Common Fund criteria and, if so, whether the proposed program initiatives are likely to achieve the program goals and produce the highest possible impact. When the concept for a potential new program is cleared by the CoC, the Working Group develops a program proposal that clearly describes scientific needs, gaps, and opportunities; goals and milestones of the proposed program; description of program management; and a budget for all years of the program. Program proposals are presented to the NIH Director for a final decision about program approval.

**Figure 32. Portfolio Analysis: Focusing Scope and Identifying Opportunities**

Portfolio analysis occurs during Phase 2 of the strategic planning process. It is a vital part of strategic planning that provides critical information concerning ongoing efforts in areas being considered as potential NIH Common Fund programs. Portfolio analysis helps identify specific areas where strategic investment by the NIH Common Fund could support unique and potentially transformative research.

The Somatic Cell Genome Editing (SCGE) program, launched in fiscal year 2018, included a robust portfolio analysis during the planning process to identify specific activities in support of the program's overall goal to advance therapeutic use of precision genome editing approaches to treat or cure numerous diseases caused by genetic mutations. With the discovery of CRISPR and similar tools that can precisely change genetic sequences, this field experienced an explosion of interest. However, remaining gaps in research investment were holding back the translation of genome editing approaches into the clinic, especially for rare or uncommon diseases. Information on private-sector and other government agency investment was provided by consultation with experts, complementing the SCGE portfolio analysis that assessed NIH investment in genome editing tools and technologies in fiscal year 2016. This analysis identified critical gap areas, including gene editing reporter systems and in vitro models for testing efficacy and safety. Additionally, the analysis demonstrated a pressing need to develop new genome editing tools that were less likely to produce adverse or off-target effects. Furthermore, the analysis revealed that current investment in genome editing delivery vehicles was highly focused on a single viral vector (adeno-associated virus, or AAV) with inherent limitations. Other delivery systems—such as nanoparticles, alternative viruses, ribonucleoprotein complexes, and exosomes—were largely overlooked, despite representing potentially transformative approaches to overcoming limitations associated with AAVs.

The results of this portfolio analysis, combined with expert input, identified areas of scientific opportunity that became the basis of the SCGE program initiatives. These initiatives include (1) developing animal models for testing genome editing tools; (2) generating assays and models to test the efficacy and safety of genome editing tools; (3) improving genome editing delivery systems—including a wide range of delivery systems beyond AAVs—to target specific cells and tissues; (4) expanding the number and types of genome editing complexes; and (5) distributing the knowledge and resources developed through this program to the scientific community.

A follow-up analysis conducted in 2020 confirmed that the SCGE program is stimulating research in gap areas identified in the baseline portfolio analysis. This analysis showed that the SCGE program is filling an important niche by supporting research on exploring the use of exosomes, nanoparticles, and ribonucleoproteins as delivery vehicles. The analysis also revealed that the SCGE program is developing genome editing tools that target a wide range of tissues and organs, including one organ system (the gastrointestinal tract) that is not targeted by any other NIH-supported genome editing projects, as well as other several tissues or organs for which SCGE projects are the only ones using non-AAV delivery systems for targeted delivery.

# Strategic Planning Activities Since 2015

Prior to the passage of the *21st Century Cures Act*,[5] the NIH Common Fund developed a biennial strategic planning report. With the passage of this Act, the NIH Common Fund Strategic Planning Report is now included within the NIH-Wide Strategic Plan. Described here are the strategic planning activities that have taken place since the last NIH Common Fund Strategic Planning Report in 2015.[6]

## Strategic Planning 2015–2016

In 2015, OSC held the "Innovate to Accelerate" 2-day strategic planning workshop that brought together more than 20 innovative thinkers representing diverse areas of expertise to brainstorm ideas for potential new NIH Common Fund programs beginning in fiscal year 2018 or later. Following the workshop, all ideas that emerged from the workshop were posted in an online discussion forum, where an additional cohort of approximately 300 selected scientific experts were invited to view ideas, provide comments and suggestions, and submit one original idea for inclusion in the online discussion. All ideas and associated discussions were considered along with ideas submitted by IC Directors.

From these activities, two ideas were prioritized for further planning and ultimately were launched in fiscal year 2018:

- Human BioMolecular Atlas Program (HuBMAP)[7] (Figure 33)—The planning process that led to the HuBMAP program identified understanding human physiology and disease at the level of individual cells as a challenge that we now have the technologies to address. Because the cell is the fundamental unit of the human body, an understanding of normal and disease processes at this level is anticipated to lead to more specific and effective therapies. In recent years, technologies that enable the analysis of single

### Figure 33. Human BioMolecular Atlas Program

**The Human BioMolecular Atlas Program is a collaborative effort to develop an open and global platform to map healthy cells in the human body.**



*Credit: NIH Common Fund.*

cells within the context of the tissues have made the goals of HuBMAP feasible. However, this challenge is enormous, given that the human body has approximately 37 trillion cells. HuBMAP is developing an open and global platform to map healthy cells in the human body, coordinating with other international efforts. Capitalizing in part upon the foundation laid by the NIH Common Fund's Single-Cell Analysis Program,[8] HuBMAP is building the framework needed to construct cell atlases, tools, and resources to understand the function of and relationship among all the cells in the human body. This understanding is expected to lead to new insights into human health, growth, development, aging, and disease.

- **Transformative High Resolution Cryo-Electron Microscopy (CryoEM)**[9]—Improvements in cryoEM technologies and new computational methods to analyze the associated data have created a transformative opportunity in structural biology. With these new methods, investigators can analyze protein structures more easily than ever before, providing the basis for smart drug design and fundamental biological insights. However, the high cost of required equipment and limited workforce proficient in this technology represent a substantial challenge. The CryoEM program addresses this challenge. It is broadening access to high-resolution cryoEM for biomedical researchers by creating national service centers and cultivating a skilled cryoEM workforce by developing and implementing cryoEM training

materials. By expanding access and training for cryoEM, this program aims to enable research and accelerate development of drugs and vaccines to combat many diseases and conditions.

In addition to launching new programs, several existing NIH Common Fund programs underwent planning for a second stage of support that began in fiscal year 2018. These programs are described below:

- **Illuminating the Druggable Genome (IDG)**[10] (Figure 34)—Most drugs target proteins within four families: G protein–coupled receptors, nuclear receptors, ion channels, and protein kinases. However, only a small number of proteins within each of these families are well studied, and these proteins typically are present in many cells throughout the body. Therefore, drugs that target these proteins may cause widespread adverse effects in cells and tissues that are not affected by disease. However, the lesser known members of these protein families may be present in fewer tissues and thus have potential as specific drug targets leading to fewer side effects. Technological advances in genomics, protein characterization, and computational methods provide an opportunity to identify and study large numbers of unknown proteins. IDG originally launched a pilot stage in fiscal year 2014 to compile data about the uncharacterized proteins within the four protein classes that are most frequently targeted by drugs. In the second stage, implementation, IDG is capitalizing on the information gathered and technologies developed in the pilot to further elucidate the

### Figure 34. Illuminating the Druggable Genome Program

**The goal of the Illuminating the Druggable Genome program is to compile data about the uncharacterized proteins within the four protein classes that are most frequently targeted by drugs.**



*Credit: NIH Common Fund.*

function of uncharacterized proteins within three key families: G protein–coupled receptors, ion channels, and protein kinases. IDG is also expanding the informatics tools developed in the pilot stage and disseminating the IDG-generated resources to the biomedical research community.

- **Metabolomics**[11]—Chemical reactions in the body produce small molecules, called metabolites, that can provide important information about diet, environmental exposures, and drug metabolism. The study of all of the metabolites in a given sample, or metabolomics, therefore provides a powerful tool for researchers and clinicians to understand an individual's current physiological state and possibly to develop personalized diagnoses and treatment approaches. The NIH Common Fund's Metabolomics program was established to support broader use of metabolomic analysis in basic research and in the clinic. The first stage of the Metabolomics program contributed to wider use of metabolomic approaches in the biomedical research community and enhanced researchers' ability to conduct metabolic analyses. In the second stage, the Metabolomics program aims to enhance metabolomics data sharing; develop novel tools to facilitate data analysis; and generate standards, guidelines, and resources to enable metabolomics research.

- **Undiagnosed Diseases Network (UDN)**[12] (Figure 35)—Rare diseases collectively affect approximately 25 million Americans,[13] many of whom face a long and frustrating process to arrive at a diagnosis. The NIH Intramural Research Program launched the Undiagnosed Diseases Program (UDP) in 2008 with the goal of diagnosing, understanding, and treating rare disorders. This program leveraged revolutionary genomic sequencing technologies to aid in the diagnosis of rare diseases and developed a robust interdisciplinary approach to disease diagnosis that proved successful. However, the overwhelming patient need far exceeded the capacity of the UDP. In 2013, the NIH Common Fund launched UDN with the goal of expanding the proven approach of UDP to academic health centers across the county, working through challenges associated with implementing this approach in different clinical and economic models. UDN promotes the use of genomic data in disease diagnosis and engages basic researchers to uncover underlying disease

**Figure 35. Undiagnosed Diseases Network**

The Undiagnosed Diseases Network is a research study to improve the level of diagnosis of rare and undiagnosed conditions.



*Credit: NIH Common Fund.*

mechanisms so that treatments can be identified. UDN accepted 601 participants undiagnosed by traditional medical practices in the first 20 months of operation. Of those who completed their UDN evaluation during this time, 35 percent were given a diagnosis. Many of these diagnoses were rare genetic diseases, including 31 previously unknown syndromes. In the second stage, UDN is focusing on forming a sustainable national resource to diagnose both rare and new diseases, advancing laboratory and clinical research, enhancing global coordination and collaboration among laboratory and clinical researchers, and sharing resulting data and approaches throughout the scientific and clinical communities.

### Strategic Planning 2016–2017

Anticipated budget limitations led to a scaled-down strategic planning process in 2016–2017, focused on two existing NIH Common Fund programs requesting a second stage of support in fiscal year 2019:

- **Diversity Program Consortium (DPC): Enhancing the Diversity of the NIH-Funded Workforce**[14] (Figure 36)—In 2012, The Advisory Committee to the NIH Director Working Group on Diversity in the Biomedical Research Workforce issued a report[15] acknowledging NIH's longstanding recognition that diversity in the biomedical research workforce is critical to ensuring the most creative minds have the opportunity to contribute to our research and health goals. However, despite ongoing investment by NIH and others to increase the number of scientists from underrepresented groups, unacceptable disparities in the biomedical workforce remain. The DPC was established to develop, implement, assess, and disseminate innovative and effective training and mentoring approaches to enhance the participation and persistence of individuals from underrepresented backgrounds

APHA App. 295

in biomedical research careers so that future programs may be more effective at recruiting and retaining a diverse workforce. Launched with planning grants in 2013, the first stage of the program had three initiatives: (1) Building Infrastructure Leading to Diversity (BUILD), which is developing approaches to determine the most effective ways to engage and retain students from diverse backgrounds in biomedical research and to prepare students to become future contributors to the NIH-funded research enterprise; (2) the National Research Mentoring Network, a national network of mentors and mentees providing mentorship, professional development, training, networking, and resources; and (3) the Coordination and Evaluation Center, which is coordinating and evaluating DPC activities. In the second stage of the program, two additional initiatives are being supported. The Sponsored Programs Administration Development program aims to increase the productivity of sponsored programs offices (or similar entities) at academic institutions to enhance biomedical research and research training. The DPC Dissemination and Translation Awards (DPC DaTA) supports non-DPC institutions to employ DPC methods to evaluate the effectiveness of a biomedical research training, mentoring, or research capacity-building intervention.



**Figure 36. Diversity Program Consortium**

The Diversity Program Consortium was established to develop, implement, assess, and disseminate innovative and effective training and mentoring approaches to enhance the participation and persistence of individuals from underrepresented backgrounds in biomedical research careers so that future programs may be more effective at recruiting and retaining a diverse workforce.

*Credit: NIH Common Fund.*

- **Extracellular RNA Communication (ERC)[16]**—Once thought to exist only inside cells, RNA is now known to travel outside cells and play a role in communication among cells throughout the body. When the ERC program was launched in 2013, researchers understood that RNA was exported from cells, but fundamental questions about the function of these extracellular RNAs (exRNAs), how exRNAs are targeted to deliver messages to other cells, and how exRNAs are regulated had yet to be fully explored. Additionally, a lack of standards, protocols, and data infrastructure was a significant roadblock that hindered research progress and prevented comparison of experiments between different laboratories. The ERC program aimed to enable researchers to tackle fundamental questions about exRNAs in a coordinated way, thereby establishing new biological paradigms and accelerating development of exRNAs as potential therapeutics or in diagnostics. The first stage of this program catalogued exRNA molecules found in human biofluids from more than 2,000 healthy donors; established data standards, created a data portal, and developed novel tools and reagents; and identified potential exRNA biomarkers for nearly 30 diseases. In the second stage of the program, ERC is focusing on tool and technology development addressing major roadblocks to understanding exRNAs, including better understanding of the larger complexes, like extracellular vesicles that carry exRNAs through the body.

### Strategic Planning 2017–2018

In 2017, NIH leadership identified two timely, high-priority research areas suitable for NIH Common Fund support. Due to the pressing public health needs that these programs are intended to address, both programs were planned and launched on an accelerated timeline.

- **Acute to Chronic Pain Signatures (A2CPS)[17]**—As part of NIH's response to the growing opioid crisis, the A2CPS program aims to further our understanding of the transition from acute to chronic pain. Acute pain following injury resolves in many patients, but for a large number of people, the pain becomes chronic, even after the injury itself has healed. This transition is poorly understood and therefore prevention or treatment is difficult. The A2CPS program is addressing this challenge

by developing a set of objective biomarkers (i.e., a "signature") to predict susceptibility for transitioning to chronic pain after an acute pain event. The A2CPS program enhances the objectives of the NIH Helping to End Addiction Long-term[SM] (HEAL) Initiative,[18] a transagency effort to speed scientific solutions to end the opioid public health crisis. A2CPS will benefit the HEAL[SM] research priority to enhance pain management. Building upon previous efforts by the NIH Pain Consortium and others, this program was well positioned to rapidly launch in advance of HEAL[SM] but is now fully coordinated with HEAL[SM] initiatives. It began a planning stage in fiscal year 2019, scaling up to implementation in fiscal year 2020.

- Somatic Cell Genome Editing (SCGE)[19] (Figure 37)—The development of tools and approaches to precisely change genomic sequences, including CRISPR, have raised the possibility of a fundamentally new approach to treat an enormous number of genetic diseases. Capitalizing on the rapidly expanding field of precision genome editing tools, planning for the SCGE program identified several critical areas in need of strategic investment to accelerate development of new genome editing–based therapies. Significant ongoing investments were advancing this nascent field but were largely focused on ex vivo genome editing approaches, in which cells are edited outside of the body and then reintroduced; in vivo approaches involving editing cells within the body were lagging behind, despite applicability to a larger number of diseases. Additionally, a significant technological challenge was targeting the editing machinery to the appropriate cells and avoiding off-target effects. Building upon these opportunities and challenges, the SCGE program aims to improve the efficacy and specificity of gene editing approaches to help reduce the burden of common and rare diseases caused by genetic changes. SCGE is developing tools to perform and assess effective and safe genome editing in nonreproductive (i.e., somatic) cells of the body, including approaches to ensure genome editing tools are delivered specifically to the targeted cell type within the body. By sharing these resources with the entire research community, SCGE aims to reduce the time and cost required to develop new therapies. An accelerated planning process that brought together thought leaders from academia, industry, and government allowed this program to be quickly launched in fiscal year 2018.

Additionally, discussions between NIH leadership and IC Directors revealed enthusiasm for developing high-priority initiatives that extend from existing NIH Common Fund programs and leverage previous investments. Within the CryoEM program, a new effort was developed to increase access to cryo-electron tomography, a related technology that enables improved imaging of molecules within intact cells and tissues in 3-D. Additional efforts to address the opioid public health crisis were supported through an expansion of the Stimulating Peripheral Activity to Relieve Conditions (SPARC)[20] program, launching a new initiative to generate anatomical and functional data from neural circuits mediating visceral pain.

### Strategic Planning 2018–2019

To plan for new NIH Common Fund programs for potential launch in fiscal year 2021 or later, OSC hosted a series of web-based workshops[21] with editors from a diverse array of biomedical and behavioral research journals. The objective of these workshops was to learn about new scientific trends, emerging areas of research, and crosscutting challenges that may contribute to planning for new NIH Common Fund programs. Journal editors, with the exposure to and assessment of new scientific advances, are in a good position to understand the current scientific landscape. One prominent theme articulated in these



**Figure 37. Somatic Cell Genome Editing Program**

The Somatic Cell Genome Editing program is working to improve the efficacy and specificity of gene editing approaches to help reduce the burden of common and rare diseases caused by genetic changes.

*Credit: NIH Common Fund.*

APHA App. 297

workshops was the emerging opportunities presented by integration of artificial intelligence (AI) and machine learning approaches into biomedical research. Independently, in recognition of the opportunity and challenges posed by AI in biomedicine, NIH organized a workshop in July 2018, Harnessing Artificial Intelligence and Machine Learning to Advance Biomedical Research.[22] These initial discussions contributed to additional planning activities and, ultimately, a new NIH Common Fund program in AI (see the next section, "Strategic Planning 2019–2020," for more details).

In addition to input gathered through the journal editor workshops, OSC also solicited ideas from IC Directors. From this process, three ideas emerged that are now being pursued as potential NIH Common Fund programs.

- **Harnessing Data Science for Health Discovery and Innovation in Africa**[23]—This program will leverage data science technologies and prior NIH investments to develop solutions to Africa's most pressing public health problems through a robust ecosystem of new partners from academic, government, and private sectors. Extensive mobile phone coverage in Africa provides an opportunity to rapidly advance health care delivery systems through mobile health applications, point-of-care technologies, and self-management systems. Additionally, this program leverages and builds upon substantial investment in African research and research training by NIH ICs, the NIH Common Fund, and other organizations. For example, the Data Science in Africa program will build on and translate the resources and expertise developed through the Human Heredity and Health in Africa[24] program into products and policies impacting health in Africa and around the world. The program aims to promote sustainability of the African health research enterprise by encouraging robust partnerships with African governmental, private, and academic partners and will also consider ethical, legal, and social issues for data science research and its applications to public health in Africa. This program was approved by the NIH Director and is anticipated to launch in fiscal year 2021.

- **Faculty Institutional Recruitment for Sustainable Transformation (FIRST)**[25]—Despite ongoing investment in programs designed to enhance the diversity of the biomedical workforce, underrepresentation of some racial and ethnic groups, particularly at the faculty level, remains a persistent challenge. Many previous efforts have focused on individuals; however, substantial evidence suggests that targeting institutional culture change is needed to achieve the desired results. Early success of the NIH Distinguished Scholars Program[26] and other cohort-based recruitment programs indicates that recruitment of a critical mass of investigators committed to diversity and inclusion may foster the institutional changes needed to create meaningful changes in diversity at the faculty level. The FIRST program aims to create cultures of inclusive excellence at NIH-funded institutions, establishing and maintaining scientific environments that can cultivate and benefit from a full range of talent. It will establish a faculty cohort model for hiring, mentoring, and professional development; integrated, institution-wide approaches to address bias, faculty equity, mentoring, and work-life issues; and a coordination and evaluation center to conduct independent evaluations of program impacts. This program was approved by the NIH Director and is anticipated to launch in fiscal year 2021.

- **Nutrition for Precision Health, powered by the NIH *All of Us* Research Program**—Current dietary recommendations are often confusing, sometimes contradictory, and generally do not consider individual differences. Rapidly advancing technologies—including high-throughput *-omics* (e.g., genomics, epigenomics, proteomics, metabolomics) and AI—combined with the growing emphasis on personalized medicine approaches present an opportunity to develop more precise and dynamic nutritional recommendations. The program, still in development, would aim to understand individual responses to diet, enabling tailored dietary recommendations to be provided by physicians and the development of tools to allow individuals to make more informed decisions about healthy food choices. This program is anticipated to launch in fiscal year 2021.

### Strategic Planning 2019–2020

To plan for new NIH Common Fund programs to begin in fiscal year 2022 or beyond, OSC used an online crowdsourcing platform to solicit ideas from

APHA App. 298

the NIH community for bold investments that could become future NIH Common Fund programs. The community was also encouraged to provide constructive comments on ideas submitted by others, so that each idea could benefit from the collective expertise of the NIH community. In addition to gathering ideas through the crowdsourcing site, IC Directors were also invited to submit ideas.

From this process, one idea focused on exploring transposable elements and somatic mosaicism was selected for further development. This potential program, Somatic Mosaicism and Retrotranspositions (SMaRt), would investigate genetic elements that make up approximately half of the human genome and which, in some cases, have the ability to move within the genome and thereby create genetically distinct cells within a single individual. This mobility can result in genomic damage and disease, but the extent to which this process happens and how it is regulated is largely unknown. If approved, the SMaRT program would aim to deliver new paradigms concerning the regulation of these elements and how their transposition contributes to normal biology and disease. Pending approval, this program is anticipated to launch in fiscal year 2022.

In addition to the strategic planning process above, several other NIH-wide efforts contributed to

development of new NIH Common Fund programs. At the NIH Leadership Forum, NIH leadership and IC Directors identified cellular senescence as a high-priority research area. Cellular senescence refers to a highly stable state of cell cycle arrest in which cells stop dividing, often in response to various stressors, such as aging and inflammation. A better understanding of the mechanisms of cellular senescence and how this process affects tissue and organ function may lead to new approaches for addressing the deleterious effects of aging and of numerous diseases and conditions. If approved, this program is planned to launch in fiscal year 2022.

Finally, the Advisory Committee to the NIH Director Working Group on Artificial Intelligence provided NIH-wide recommendations[27] on how NIH could leverage and promote AI to advance research across many biomedical topics and have positive effects across diverse fields. Several of these recommendations formed the basis for a new potential NIH Common Fund program, Artificial Intelligence for BiomedicaL Excellence (AIBLE).[28] This program aims to generate new biomedically relevant datasets amenable to machine learning analysis at scale. This program is anticipated to launch in fiscal year 2021. For more details, see Figure 38.

---

**Figure 38. Artificial Intelligence for BiomedicaL Excellence Program**

Following a 2018 NIH workshop on artificial intelligence (AI) and machine learning in biomedical research, the NIH Director formed the Advisory Committee to the NIH Director (ACD) Working Group on Artificial Intelligence. This group was charged with determining opportunities for NIH-wide efforts in AI and ways these efforts could cross biomedical topics to positively affect diverse fields, identifying ways for NIH to build connections between the data science and biomedical research communities, defining approaches to cross-training computer scientists and biomedical researchers, and identifying ethical consideration for biomedical research and AI.

This working group delivered its final recommendations in December 2019. Several of these recommendations fit well with the criteria for NIH Common Fund programs, whereas other recommendations were within the mandate of the NIH's Office of Data Science Strategy. An NIH-wide working group convened and conducted planning activities to determine how an NIH Common Fund program could effectively address the relevant recommendations, leading to development of the Artificial Intelligence for BiomedicaL Excellence (AIBLE) program. The overall goal of this program is to generate new biomedically relevant datasets amenable to machine learning analysis at scale, achieved through the following initiatives:

- Support data design centers to generate rubrics of amenability to machine learning approaches that allow the evaluation of datasets and plans to generate datasets, create infrastructure to disseminate tools, and host and promote datasets.
- Develop software and firmware tools to accelerate AI readiness.
- Enhance existing data generation efforts to improve AI readiness.
- Generate gold-standard, multimodal human datasets that adhere to the rubrics established by the program.
- Use the rubrics to evaluate and update select existing public biomedical research data.

Because this potential program leveraged the carefully developed recommendations from the ACD working group, it is anticipated to launch on an accelerated timeline in fiscal year 2021.

---

*Strategic Planning 2020–2021*

OSC is currently beginning a new round of strategic planning in 2020. Still in the early stages of development, this round of strategic planning is intended to leverage existing community-generated white papers (i.e., assessments of scientific opportunities and needs in a given scientific area). By reviewing these thoughtful analyses from many scientific societies or other groups, NIH may obtain well-considered input that reflects consensus views and that may reveal overlapping challenges and opportunities affecting multiple communities. Potential program concepts will also be solicited from the IC Directors and may arise from discussions involving NIH leadership, Advisory Councils, or other entities providing input to NIH.

## Planning for Transition from NIH Common Fund Support

NIH Common Fund programs are designed to achieve a set of high-impact goals within a defined time frame. At the conclusion of each program, deliverables will either stimulate IC-funded research or will transition to support by ICs or other entities that find the resources generated by the program useful.

Transition plans are considered early in the lifecycle of an NIH Common Fund program, and these plans are reconsidered throughout the lifecycle to ensure the transition accommodates the changing needs of both the program and the external scientific community. A detailed description of the NIH Common Fund's Human Microbiome Project[29] transition is provided as an example in **Figure 39**.

**Figure 39. Transition of the Human Microbiome Project**

The Human Microbiome Project (HMP), supported by the NIH Common Fund from 2007 to 2016, developed numerous research resources to enable the study of the microbial communities that live in and on the human body and the roles these communities play in health and disease. The first stage of HMP developed DNA sequence datasets and computational tools for characterizing the microbiome in healthy adults and in people with microbiome-associated diseases. The second stage of HMP created integrated datasets of multiple biological properties from both the microbiome and the host over time in people with specific microbiome-associated diseases.

HMP was an extremely successful program. Some of its major accomplishments include sequencing approximately 3,000 reference bacterial genomes isolated from the human body; generating a comprehensive profile of the healthy human microbiome; developing integrated datasets of metagenomic, transcript, protein, and metabolite profiles from microbiome and host in multiple human cohorts; developing software and online resources to enable studies of the microbiome; and publication of more than 700 scientific papers.

HMP helped catalyze the nascent field of microbiome research, laying the foundation for continued NIH investment through the Institutes and Centers (ICs) after the program ended. NIH investment in microbiome research outside of HMP has increased more than 40-fold since the inception of HMP and now spans more than 20 ICs. The Trans-NIH Microbiome Working Group was established in 2012 to provide a forum for coordinating NIH research activities related to the human microbiome. Ongoing access to critical HMP resources, including datasets and digital tools, will be accomplished through the Common Fund Data Ecosystem (CFDE). Inclusion of these resources within the CFDE ensures that the biomedical research community continues to benefit from HMP and that investment in HMP is leveraged for maximum possible impact.

APHA App. 300

# The NIH Common Fund Budget

The NIH Common Fund budget for fiscal years 2018–2021 is shown in Table 1. Although NIH Common Fund programs are planned in advance, the specific activities funded in each program depend on the budget made available through annual appropriations. As programs end, funds are freed to support new programs and planned expansions of ongoing programs.

*Table 1: The NIH Common Fund Budget, Fiscal Years 2018–2021*

|  | Fiscal Year 2018 Actual | Fiscal Year 2019 Actual | Fiscal Year 2020 Actual | Fiscal Year 2021 President's Budget Request[a] |
|---|---|---|---|---|
| **NIH Common Fund (dollars in millions)** | $600.7 | $619.2 | $639.1 | $596.5 |
| **NIH Common Fund Percentage of NIH Labor/U.S. Department of Health and Human Services Funding**[b] | 1.62% | 1.59% | 1.54% | 1.54% |

[a] Includes March 17, 2020, budget amendment of $439.584 million for the National Institute of Allergy and Infectious Diseases.
[b] Excludes mandatory funding for the Type 1 Diabetes Research program and funding appropriated through the Interior, Environment, and Related Agencies Appropriations Act for the National Institute of Environmental Health Sciences Superfund Research Program. Includes program evaluation financing resources.

The *Public Health Service Act* requires that the NIH Common Fund Strategic Plan Report include an estimate of amounts needed for (i) maximizing the potential of the Common Fund research under 42 U.S.C. 282(b)(7)(A)(i); (ii) to be sufficient only for continuing to fund research activities previously identified by the Division of Program Coordination, Planning, and Strategic Initiatives; and (iii) to be necessary to fund research described in 42 U.S.C. 282(b)(7)(A)(i) that (1) is in addition to the research activities described in clause (ii) and (2) for which there is the most substantial need. See 42 U.S.C. 282a(c)(1)(C).

Budgets for ongoing NIH Common Fund programs are planned in advance to maximize the potential of all programs. Therefore, the amounts described in (i) and (ii) are the same and are equal to the total budget for all NIH Common Fund programs. In addition to the amount for ongoing NIH Common Fund programs, funds are available for new initiatives each year. These new initiatives are identified by the strategic planning principles outlined in this report, thus ensuring they address research areas of substantial need. Within each of the programmatic areas identified through strategic planning, the NIH peer review process also identifies specific research proposals addressing areas of substantial need. Therefore, the amounts described in (iii) are equal to the amount reserved for new NIH Common Fund initiatives.

Each year, as part of the President's Budget Request, the NIH Common Fund describes both the amounts estimated for each ongoing program (i and ii) and the amounts budgeted for new initiatives (iii). Table 2 shows the estimates presented in the Fiscal Year 2021 President's Budget Request; prior years' Requests can be found at https://commonfund.nih.gov/about/budgetrequests.

APHA App. 301

*Table 2: NIH Common Fund President's Budget Request, Fiscal Year 2021*

| NIH Common Fund Program (Dollars in Thousands) | Fiscal Year 2019 Final | Fiscal Year 2020 Enacted | Fiscal Year 2021 President's Budget Request |
|---|---|---|---|
| 4D Nucleome | 27,997 | 28,860 | 27,485 |
| Acute to Chronic Pain Signatures | 2,094 | 16,636 | 14,648 |
| Big Data to Knowledge (BD2K) | 2,605 | 0 | 0 |
| Enhancing the Diversity of the NIH-Funded Workforce | 52,656 | 53,713 | 47,401 |
| Extracellular RNA Communication | 6,728 | 5,846 | 10,497 |
| Gabriella Miller Kids First Pediatric Research | 13,482 | 13,000 | 13,000 |
| Genotype-Tissue Expression (GTEx) Resources | 772 | 0 | 0 |
| Global Health | 15,569 | 11,565 | 9,261 |
| Glycoscience | 19,435 | 13,362 | 5,191 |
| Health Care Systems Research Collaboratory | 1,988 | 1,750 | 1,694 |
| High-Risk Research | 206,110 | 193,100 | 186,001 |
| *NIH Director's Pioneer Award* | *45,446* | *54,265* | *51,293* |
| *NIH Director's New Innovator Award Program* | *102,692* | *77,815* | *79,795* |
| *Transformative Research Award* | *35,149* | *38,402* | *34,659* |
| *NIH Director's Early Independence Award Program* | *22,823* | *22,618* | *20,255* |
| Human BioMolecular Atlas Project (HuBMAP) | 15,005 | 27,031 | 31,040 |
| Illuminating the Druggable Genome | 12,970 | 13,390 | 12,971 |
| Knockout Mouse Phenotyping Program | 13,757 | 11,000 | 0 |
| Library of Integrated Network-Based Cellular Signatures (LINCS) | 9,946 | 87 | 0 |
| Metabolomics | 12,403 | 12,401 | 12,000 |
| Molecular Transducers of Physical Activity | 44,744 | 46,126 | 42,609 |
| New Models of Data Stewardship | 199 | 0 | 0 |
| NIH Center for Regenerative Medicine (NCRM) | 7,597 | 5,700 | 0 |
| Protein Capture | 1,334 | 0 | 0 |
| Science of Behavior Change | 12,674 | 222 | 0 |
| Somatic Cell Genome Editing | 33,324 | 38,937 | 44,232 |
| S.P.A.R.C. - Stimulating Peripheral Activity to Relieve Conditions | 51,559 | 47,268 | 41,883 |
| Strengthening the Biomedical Research Workforce | 56 | 0 | 0 |
| Transformative High Resolution Cryo-Electron Microscopy (CryoEM) | 14,895 | 51,800 | 36,290 |
| Undiagnosed Diseases Network | 29,207 | 24,401 | 21,683 |
| Strategic Planning, Evaluation, and Infrastructure | 10,061 | 22,917 | 21,129 |
| Subtotal NIH Common Fund | 619,166 | 639,111 | 579,017 |
| New Initiatives in NIH Common Fund | 0 | 0 | 17,450 |
| **Total NIH Common Fund** | **619,166** | **639,111** | **596,467** |

## Endnotes

1   https://commonfund.nih.gov.
2   https://commonfund.nih.gov/dataecosystem.
3   https://commonfund.nih.gov/sites/default/files/Initiatives_6-28-11.pdf.
4   https://dpcpsi.nih.gov/council.
5   https://www.congress.gov/114/plaws/publ255/PLAW-114publ255.pdf.
6   https://commonfund.nih.gov/sites/default/files/2015%20Common%20Fund%20Strategic%20Planning%20Report_final%20-%20508.pdf.
7   https://commonfund.nih.gov/HuBMAP.
8   https://commonfund.nih.gov/Singlecell.
9   https://commonfund.nih.gov/CryoEM.
10  https://commonfund.nih.gov/IDG.
11  https://commonfund.nih.gov/metabolomics.
12  https://commonfund.nih.gov/Diseases.
13  https://archives.nih.gov/asites/report/09-09-2019/report.nih.gov/nihfactsheets/ViewFactSheete790.html?c-sid=126&key=R#R.
14  https://commonfund.nih.gov/diversity.
15  https://acd.od.nih.gov/documents/reports/DiversityBiomedicalResearchWorkforceReport.pdf.
16  https://commonfund.nih.gov/exrna.
17  https://commonfund.nih.gov/pain.
18  https://heal.nih.gov.
19  https://commonfund.nih.gov/editing.
20  https://commonfund.nih.gov/sparc.
21  https://commonfund.nih.gov/sites/default/files/Journal_Editors_Workshop_Exec_Summary_508.pdf.
22  https://datascience.nih.gov/community/2018biomedAI.
23  https://commonfund.nih.gov/AfricaData.
24  https://h3africa.org.
25  https://commonfund.nih.gov/first.
26  https://diversity.nih.gov/programs-partnerships/dsp.
27  https://acd.od.nih.gov/documents/presentations/12132019AI.pdf.
28  https://dpcpsi.nih.gov/sites/default/files/CoC_May_2020_1.05PM_Concept_Clearance_AIBLE_Brennan_508.pdf.
29  https://commonfund.nih.gov/hmp.

APHA App. 303

# Appendix V: Acronyms

| | |
|---|---|
| **3-D** | three-dimensional |
| **A2CPS** | Acute to Chronic Pain Signatures |
| **ABCD** | Adolescent Brain Cognitive Development |
| **ACTIV** | Accelerating COVID-19 Therapeutic Interventions and Vaccines |
| **AFREhealth** | African Forum for Research and Education in Health |
| **AHRQ** | Agency for Healthcare Research and Quality |
| **AI** | artificial intelligence |
| **AIBLE** | Artificial Intelligence for BiomedicaL Excellence |
| **AMD** | age-related macular degeneration |
| **AMP** | Accelerating Medicines Partnership |
| **AMP-AD** | AMP-Alzheimer's Disease |
| **AMP-PD** | AMP-Parkinson's Disease |
| **AMP-RA/Lupus** | AMP-Rheumatoid Arthritis/Lupus |
| **AMP-T2D** | AMP-Type 2 Diabetes |
| **ASSIST** | Application Submission System & Interface for Submission Tracking |
| **BIRCWH** | Building Interdisciplinary Research Careers in Women's Health |
| **BRAIN** | Brain Research through Advancing Innovative Neurotechnologies® |
| **BUILD** | Building Infrastructure Leading to Diversity |
| **CAR** | chimeric antigen receptor |
| **CC** | NIH Clinical Center |
| **CDC** | Centers for Disease Control and Prevention |
| **CFDE** | Common Fund Data Ecosystem |
| **CIT** | Center for Information Technology |
| **ClinGen** | Clinical Genome |

| | |
|---|---|
| **CoC** | Council of Councils |
| **CORD-19** | COVID-19 Open Research Dataset |
| **COVID-19** | coronavirus disease 2019 |
| **cryoEM** | cryo-electron microscopy |
| **CSR** | Center for Scientific Review |
| **CTSA** | Clinical and Translational Science Awards |
| **DASH** | Data and Biospecimen Hub |
| **DoD** | U.S. Department of Defense |
| **DPC** | Diversity Program Consortium |
| **DPC DaTA** | DPC Dissemination and Translation Awards |
| **DPCPSI** | Division of Program Coordination, Planning, and Strategic Initiatives |
| **DR2** | Disaster Research Response |
| **DRC** | Democratic Republic of the Congo |
| **ECHO** | Environmental influences on Child Health Outcomes |
| **ENCODE** | ENCyclopedia of DNA Elements |
| **ERC** | extracellular RNA communication |
| **ERM** | Enterprise Risk Management |
| **EVD** | Ebola virus disease |
| **exRNA** | extracellular RNA |
| **FAIR** | findable, accessible, interoperable, and reusable |
| **FDA** | U.S. Food and Drug Administration |
| **FIC** | Fogarty International Center |
| **FIRST** | Faculty Institutional Recruitment for Sustainable Transformation |
| **FOIA** | Freedom of Information Act |
| **GACD** | Global Alliance for Chronic Diseases |
| **GBD** | Global Burden of Disease |
| **H3Africa** | Human Heredity and Health in Africa Consortium |

| | | | |
|---|---|---|---|
| **HEAL** | Helping to End Addiction Long-term[SM] | **NHLBI** | National Heart, Lung, and Blood Institute |
| **HHS** | U.S. Department of Health and Human Services | **NIA** | National Institute on Aging |
| **HMP** | Human Microbiome Project | **NIAAA** | National Institute on Alcohol Abuse and Alcoholism |
| **HRSA** | Health Resources and Services Administration | **NIAID** | National Institute of Allergy and Infectious Diseases |
| **HuBMAP** | Human BioMolecular Atlas Program | **NIAMS** | National Institute of Arthritis and Musculoskeletal and Skin Diseases |
| **IC** | Institute and Center | **NIBIB** | National Institute of Biomedical Imaging and Bioengineering |
| **IDeA** | Institutional Development Award | | |
| **IDG** | Illuminating the Druggable Genome | **NICHD** | *Eunice Kennedy Shriver* National Institute of Child Health and Human Development |
| **IMPROVE** | Implementing a Maternal health and PRegnancy Outcomes Vision for Everyone | | |
| | | **NIDA** | National Institute on Drug Abuse |
| **INCLUDE** | INvestigation of Co-occurring conditions across the Lifespan to Understand Down syndromE | **NIDCD** | National Institute on Deafness and Other Communication Disorders |
| **IPRCC** | Interagency Pain Research Coordinating Committee | **NIDCR** | National Institute of Dental and Craniofacial Research |
| **iPSC** | induced pluripotent stem cell | **NIDDK** | National Institute of Diabetes and Digestive and Kidney Diseases |
| **ISS-NL** | International Space Station U.S. National Laboratory | **NIEHS** | National Institute of Environmental Health Sciences |
| **MOSAIC** | Maximizing Opportunities for Scientific and Academic Independent Careers | **NIGMS** | National Institute of General Medical Sciences |
| **MoTrPAC** | Molecular Transducers of Physical Activity Consortium | **NIH** | National Institutes of Health |
| **NARI** | Native American Research Internship | **NIH RePORTER** | NIH *Research Portfolio Online Reporting Tools Expenditures and Results* |
| **NASA** | National Aeronautics and Space Administration | **NIMH** | National Institute of Mental Health |
| **NCATS** | National Center for Advancing Translational Sciences | **NIMHD** | National Institute on Minority Health and Health Disparities |
| **NCCIH** | National Center for Complementary and Integrative Health | **NINDS** | National Institute of Neurological Disorders and Stroke |
| **NCD** | noncommunicable diseases | **NINR** | National Institute of Nursing Research |
| **NCI** | National Cancer Institute | **NLM** | National Library of Medicine |
| **NEI** | National Eye Institute | **OD** | NIH Office of the Director |
| **NGRI** | Next Generation Researchers Initiative | **OSC** | Office of Strategic Coordination |
| | | **PALM** | Pamoja Tulinde Maisha |
| **NHGRI** | National Human Genome Research Institute | **PATH** | Population Assessment of Tobacco and Health |

APHA App. 305

| | | | |
|---|---|---|---|
| **PHS** | Public Health Service | **SEER** | Surveillance, Epidemiology, and End Results |
| **PMC** | PubMed Central | **SGM** | sexual and gender minority |
| **PPP** | public–private partnership | **SIG** | Shared Instrumentation Grant |
| **PRGLAC** | Pregnant Women and Lactating Women | **SMaRt** | Somatic Mosaicism and Retrotranspositions |
| **RCDC** | Research, Condition, and Disease Classification | **SPARC** | Stimulating Peripheral Activity to Relieve Conditions |
| **RCMI** | Research Centers in Minority Institutions | **SPRINT** | Systolic Blood Pressure Intervention Trial |
| **RFI** | Request for Information | **SSC** | Symptom Science Center |
| **SAMHSA** | Substance Abuse and Mental Health Services Administration | **STRIDES** | Science and Technology Research Infrastructure for Discovery, Experimentation, and Sustainability |
| **SARS-CoV-2** | severe acute respiratory syndrome coronavirus 2 | **TRSP** | Tobacco Regulatory Science Program |
| **SCAP** | Single Cell Analysis Program | **UDN** | Undiagnosed Diseases Network |
| **SCD** | sickle cell disease | **UDP** | Undiagnosed Diseases Program |
| **SCDIC** | Sickle Cell Disease Implementation Consortium | **VA** | U.S. Department of Veterans Affairs |
| **SCGE** | Somatic Cell Genome Editing | | |



# Acknowledgments

The *NIH-Wide Strategic Plan for Fiscal Years 2021–2025* is the product of many contributors. The NIH Director would like to thank the following stakeholders, committees, and staff for their time and effort in helping to develop this Strategic Plan.

- We would like to thank the **NIH-Wide Strategic Working Group,** whose enthusiasm, knowledge, and commitment made this document possible: Elizabeth Baden, Julie Frost Bellgowan, Michelle Bennett, Laura Berkson, David Bochner, Laura Brockway-Lunardi, Thomas Calder, Cindy Caughman, Mindy Chai, Stephanie Clipper, Laura Cole, Christine Cooper, Stephanie Courchesne-Schlink, Jessica Creery, Ned Culhane, Hope Cummings, Charles Dearolf, Clarence Dukes, Deborah Duran, Yvette Edghill Spano, Nicole Garbarini, Taylor Gilliland, Shefa Gordon, John Grason, Rebecca Hong, Cristina Kapustij, Edmund Keane, Mary Beth Kester, David Kosub, Ira Kukic, Erica Landis, Charlene Le Fauve, Issel Anne Lim, Ryan Mahon, Rebecca Meseroll, Wynn Meyer, Lara Miller, Kathryn Morris, Kate Nagy, Patty Newman, Sheila Newton, Rosanna Ng, Samia Noursi, Eileen Oni, Wilma Peterman Cross, Kamilah Rashid, Reaya Reuss, Sarah Rhodes, David Saeger, Leigh Samsel, Claire Schulkey, Paul Scott, Ching-Yi Shieh, Kelly Singel, Tyrone Spady, Erin Spaniol, Meredith Stein, Daniel Stimson, Nathaniel Stinson, Denise Stredrick, Rachel Sturke, Meredith D. Temple-O'Connor, Kimberly Thigpen Tart, Leslie Thompson, Valerie Virta, Marina Volkov, Julie Wallace, Elizabeth Walsh, Bridget Williams-Simmons, Nora Wong.

- In addition, we thank those across NIH who took the time to review the Framework and draft Strategic Plan and provide content. This includes **Institute, Center,** and **OD Office Directors** and **staff**.

- We would like to thank the **NIH Advisory Committee to the Director** and the **NIH Division of Program Coordination, Planning, and Strategic Initiatives Council of Councils** for their insightful feedback on the Framework and draft Strategic Plan.

- Finally, we are enormously appreciative of the robust input into the strategic planning process from **stakeholder communities,** including members of the scientific and health care communities, professional societies, advocacy organizations, industry, other federal agencies, and the general public. We look forward to your continued involvement as NIH works to implement the vision outlined here.

APHA App. 307





APHA App. 308

Case 1:25-cv-10787-BEM Document 38-23 Filed 04/25/25 Page 1 of 89

# EXHIBIT 23

APHA App. 309

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN PUBLIC HEALTH
ASSOCIATION; IBIS REPRODUCTIVE
HEALTH; INTERNATIONAL UNION,
UNITED AUTOMOBILE,
AEROSPACE, AND AGRICULTURAL
IMPLEMENT WORKERS (UAW);
BRITTANY CHARLTON; KATIE
EDWARDS; PETER LURIE; and
NICOLE MAPHIS,

                Plaintiffs,

    v.

NATIONAL INSTITUTES OF
HEALTH; JAY BHATTACHARYA, *in
his official capacity as Director of the
National Institutes of Health*; UNITED
STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; and
ROBERT F. KENNEDY, JR., *in his
official capacity as Secretary of the
United States Department of Health and
Human Services*, et al.,

                Defendants.

No. 1:25-cv-10787-BEM

### DECLARATION OF GEORGES C. BENJAMIN, M.D.

I, Georges C. Benjamin, do hereby state the following, pursuant to 28 U.S.C. § 1746:

1.    I am the Executive Director of the American Public Health Association (APHA). I have served in that role since December 2002.

2.    APHA's mission is to: "Build public health capacity and promote effective policy and practice." APHA members include more than 23,000 individual public health professional members, as well as agency members such as organizations interested in health, state and local health departments and health related businesses. APHA also coordinates with state and regional APHA affiliates across the nation. APHA members work in every discipline of public health, in

1

every state, and in countries across the globe.

3.  I make this declaration on behalf of the American Public Health Association in support of its motion to enjoin the National Institutes of Health and the Department of Health and Human Services from implementing or enforcing its directives forcing agency administrators to terminate the federal grants funding APHA's members' critical research.

4.  I am a graduate of the Illinois Institute of Technology and the University of Illinois College of Medicine. I am licensed to practice medicine in Maryland and the District of Columbia. I am board-certified in internal medicine and a Master of the American College of Physicians, a fellow of the National Academy of Public Administration, a fellow emeritus of the American College of Emergency Physicians, an elected member of the National Academy of Medicine (formally the Institute of Medicine) of the National Academies of Sciences, Engineering and Medicine, an honorary fellow of the Faculty of Public Health, and an honorary fellow of the Royal Society of Public Health.

5.  Following graduation from medical school, I entered active duty in the Army where I completed a residency in internal medicine at the Brooke Army Medical Center in San Antonio, Texas. Upon completion of my residency in 1981, I was assigned to Madigan Army Medical Center in Tacoma, Washington, as faculty and staff in the Department of Emergency Medicine, there I managed a 72,000-patient per year ambulatory care service as chief of the Acute Illness Clinic and was an attending physician within the Department of Emergency Medicine. I was reassigned in 1983 and from then until the spring of 1987, I served as chief of emergency medicine at the Walter Reed Army Medical Center.

6.  Following my discharge from the United States Army in 1987, I was appointed as Chair of the Department of Community Health and Ambulatory Care at the District of Columbia General Hospital, serving in that post until December of 1990. From January 1990 to the fall of

2

1991, I was the Acting Commissioner for Public Health for the District of Columbia, and the Acting Director of the Emergency Ambulance Bureau in the District of Columbia Fire Department. I returned to serve as the Intermin Director of the Emergency Ambulance Bureau from the fall of 1994 to the spring of 1995.

7.     I served as the Secretary of the Maryland Department of Health and Mental Hygiene from April 1999 to December 2002, following four years as its Deputy Secretary for Public Health Services.

8.     In April 2016, I was appointed by President Obama to the National Infrastructure Advisory Council. In that role, I helped advise the President on how best to assure the security of the nation's critical infrastructure. I served in this capacity until December of 2020.

***APHA's Mission, Structure, and Activities.***

9.     The mission of public health is to "fulfill society's interest in assuring conditions in which people can be healthy."[1] Public health has been defined as "the science and art of preventing disease, prolonging life, and promoting health and efficiency through organized community efforts and informed choices of society, organizations, public and private communities, and individuals."[2]

10.     As a discipline, public health involves:

    a) identifying health issues and priorities through the study of communities and specifically through a focus on at-risk communities

    b) shaping public policies and interventions to address national, regional, and

---

[1] Institute of Medicine, The Future of Public Health. National Academy Press, Washington, DC, 1988.

[2] Winslow, C.E.A. (1920). The untilled fields of public health. Science, 51(1306), 23-33.

3

local concerns, and

c) ensuring all populations have access to appropriate and affordable health and disease prevention services as well as monitoring and evaluating those services and care.

11.    The American Public Health Association was founded in 1872, at a time when scientific advances were helping to reveal the causes of communicable diseases. These discoveries laid the foundation for the public health profession and for the infrastructure to support APHA's work. Since that time, public health has evolved into a broad health discipline involving several different types of practitioners.

12.    APHA members work in every discipline of public health, in every state in the country, and in countries across the globe. APHA members are united with a common goal to promote optimal, equitable health and well-being for all.

13.    From its inception, APHA has been dedicated to ensuring optimal health of all U.S. residents. Two of its most important functions have been advocacy for adoption by the government of the most current scientific advances relevant to public health, and public education on how to improve individual and community health. Along with these efforts, APHA has also campaigned for developing well-organized governmental health departments at the tribal, federal, state, and local levels to provide the governmental level role to fulfill its statutory obligations.

14.    APHA works with key decisionmakers to shape public policy to address today's current and emerging public health concerns. Those include ensuring access to care, protecting, and increasing funding for core public health programs and services and eliminating health disparities. APHA is also working on other critical public health issues including public health and emergency preparedness, food safety, hunger and nutrition, and the full range of

4

environmental health issues, public health infrastructure, disease control, international health, and tobacco control.

15.    APHA also produces statements and resources for public health practitioners, including member-developed policy briefs that provide evidence to use in public health education and advocacy, provide easy access to the latest research and findings in public health, and assist policymakers and regulators in being able to access up-to-date facts and findings as they relate to public health. APHA holds an annual convention, the largest of its kind in public health, where students and published academics alike can present their research and learn from one another.

16.    Among an array of other scientific literature, APHA publishes *The American Journal of Public Health*, which is dedicated to publishing ***original*** work in research, research methods, and program evaluation in the field of public health to advance public health research, policy, practice, and education.

***Equity and Inclusion are Central to APHA's Activities and the Activities of Its Members***

17.    The entire field of public health is dedicated to an understanding of and creating interventions to ensure optimal health for all. This includes addressing inequitable access to health and health-related services and to achieve equity in health status. This type of work is essential not only to APHA's own mission but to the discipline of public health itself and society as a whole.

18.    APHA and its members work on initiatives to ensure that health and health services are accessible to people in all communities. APHA and its members also study and research the way in which disease, injury, or health related issues affect populations that have been marginalized and excluded from full participation in society or that face resource deficits. Seeking to bring about optimal health through the appropriate distribution of health resources,

5

ensuring that all communities have access to preventative health services and health care, and understanding the social determinants of health—the way in which nonclinical socio-economic factors, geographic factors, public policies and demographics that affect health-related outcomes—are all central to the field of public health and to the work of APHA and its members.

19.    APHA has several programs and activities aimed at eliminating discrimination and exclusion in the provision of health services including prevention and ensuring that the public is educated about both overt discrimination and bias. Its members also are individually and collectively engaged in this work.

20.    APHA is involved in and supports research focused on addressing structural racism and developing solutions to mitigate racism within the institutions, including health institutions, in the United States. Many of APHA's members also, individually and collectively through APHA, take part in similar initiatives. For some of these members, such research is not just another component of their work, but the very foundation for their careers.

**APHA's Members Rely on NIH Grant Funding for their Work**

21.    APHA members rely heavily on funding from the Department of Health and Human Services, and from NIH in particular. NIH grants are essential to our members' ability to support a wide range of activities, from tribal, federal, state, territorial and local health departments, to community-based programs, to academic research. APHA members have reasonably relied on the continued receipt of NIH grants that have already been awarded and, in general, on the continued availability of NIH grants to support work that is consistent with congressional mandates of the agency to conduct medical research and protect public health.

22.    Accordingly, the indiscriminate termination of grants by the NIH has already severely impacted our members' work by disrupting ongoing programs and community support, making it difficult – if not impossible – to plan for the future. It has directly harmed individuals

6

whose jobs are supported by this funding, both direct grant recipients and those whom they employ. And if allowed to continue unabated, these terminations will have a severely negative impact on public health.

***Partisan Political Considerations Jeopardize Public Health Initiatives***

23.     APHA members need the flexibility to pursue their work without fear of persecution or disruption in response to emerging threats to public health. Otherwise, precious time will be wasted, and lives will be lost. Such impacts of political pressure on public health are not hypothetical.

24.     Congressional action in the 1990s prohibiting federal funds from being used to "advocate or promote gun control" effectively chilled public health research into firearm injury prevention and its effect on communities for decades, as researchers feared having their work shut down if outside groups regarded it as advocacy. Even after the initial language was clarified, it still took years for Congress to expressly allow for funding to be reappropriated and for agencies to feel free to properly investigate a critical public health concern. Firearm injury disproportionately impacts communities of color with African American men receiving the bulk of the injuries and deaths. Firearms are also the leading cause of death for all children and teens regardless of race or ethnicity.

25.     Conversely, the history of American public health has demonstrated the importance of continuing research that examines disparate outcomes in marginalized communities, even in the face of partisan pressure not to study these groups. The AIDS epidemic, for instance, required researchers to pay careful attention to racial, gender, and sexual orientation differences in high-risk populations to develop effective interventions for particular communities to slow the spread of the virus. In the absence of such tailored responses, HIV and other sexually transmitted diseases would have wrought considerably more damage among these groups and to

7

the general population.

26.     As a more recent example, the rapidly evolving response to the COVID-19 pandemic also required researchers to quickly account for the needs of different communities, particularly regarding vaccine skepticism among ethnic minorities, some who were directly targeted with misinformation to sow distrust among ethnic minorities. By paying careful attention to these differences, researchers were able to guide authorities to direct resources and tailor responses accordingly, especially regarding vaccine distribution, benefiting the broader population as a result.

27.     When researchers are empowered to do their work free from political pressure, public health benefits. When they are discouraged, public health suffers.

**APHA Members Have Had Their Projects Cancelled Without Fair Warning**

28.     Since at least February 2025, NIH has informed APHA members with previously awarded grants – some of which had been in place for years – would be terminated. Others have been informed, either directly or indirectly, that grant proposals they had already submitted would not be considered. These members were informed that these curtailed grants and programs "no longer effectuate agency priorities." Specifically, the NIH targeted projects that dealt – however remotely or tangentially — with "gender identity" (also characterized in grant termination letters as "transgender issues"), and "diversity, equity, and inclusion" or "DEI."

29.     Grant recipients were given no particularized justification for why their projects were canceled, or how their projects suddenly failed to "effectuate agency priorities." Instead, they all received the same cut-and-paste response based on the category highlighted by the new directives that their project was judged to deal with.

30.     Prior to the recent waves of terminations, I have never been aware of an APHA member having their NIH grant terminated.

8

31.     I am aware of one dues-paying APHA member, who I will refer to as APHA Member 16, who is a named professor at a major private research university. As part of their work, APHA Member 16 has prioritized mentoring and training the next generation of scientists. To do this, they lead NIH-funded programs that have supported training in STEM fields at multiple levels, spanning from undergraduate students to graduate students and post-doctoral scholars.

32.     Member 16 was awarded an NIH grant in excess of $600,000 to run a MARC program at their university, with an award term of five years. The goal of the MARC Program, as described in NIH PAR 21-147, is to develop a diverse pool of undergraduates who complete their baccalaureate degree, transition into, and complete bio-medical, research-focused higher degree programs. The MARC program is limited to applications from training programs at baccalaureate degree-granting research-intensive institutions, defined as those that receive an average of $7.5 million per year in NIH funding over the previous three fiscal years. A true and correct copy of the PAR is attached as Exhibit A.

33.     MARC awards are part of the NIH Ruth L. Kirschstein National Research Service Awards (NRSA) program, which has been the primary means of supporting predoctoral and postdoctoral research training programs since enactment of the NRSA legislation in 1974. The PAR explains that these awards are designed to address the NIH's recognition of the "need to diversify the scientific workforce by enhancing the participation of individuals from groups identified as underrepresented" in biomedical research workforce.

34.     Based on extensive data to support this definition, NIH describes the benefit of diverse teams as follows:

> Research shows that diverse teams working together and capitalizing on innovative ideas and distinct perspectives outperform homogenous teams. Scientists and trainees from diverse backgrounds and life experiences bring different perspectives, creativity, and individual interests to address complex scientific problems. There are many benefits that

9

flow from a diverse NIH-supported scientific workforce, including fostering scientific innovation, enhancing global competitiveness, contributing to robust learning environments, improving the quality of research, enhancing public trust, and increasing the likelihood that health disparities and the needs of underserved populations are addressed in biomedical research.

35.    Despite NIH's longstanding efforts to diversify the biomedical field,

underrepresentation continues to be a problem. The PAR provides citations to support that fact

that:

Individuals from certain groups and backgrounds are underrepresented in the biomedical sciences research workforce as described in NIH's Interest in Diversity. The severity of the underrepresentation of these groups increases throughout the training stages. For example in 2017, students from certain racial and ethnic groups, including Blacks or African Americans, Hispanics or Latinos, American Indians or Alaska Natives, Native Hawaiians and other Pacific Islanders comprised ~35 percent of the college age population, but earned only ~25 percent of bachelor's degrees and ~16 percent of Ph.D. degrees in science and engineering. Additionally, while the United States has seen a significant increase in the number of Ph.D. degrees in the biomedical sciences earned by scientists from groups underrepresented in the biomedical research workforce, a corresponding increase in the ranks of the faculty in basic science departments at medical schools has not occurred.

36.    According to NIH, diversity enhancing institutional training grants to offset the

cost of appointed trainee stipends, tuition and fees, and training related expenses, including

health insurance, along with provision of activities that build a strong cohort of research-oriented

individuals while enhancing the science identity, self-efficacy, and a sense of belonging among

the cohort members have been proven to increase persistence in STEM fields.

37.    APHA Member 16 has witnessed the importance of such grants to strengthen the

scientific community. Over the years, they have seen many students who were able to gain

research experience due to support from NIH institutional training grants who have benefited

immensely. They have seen numerous examples of students who were the first in their family to

go to college or came from families with very limited financial means, who are now completing

residency training in critical fields such as neurosurgery and oncology, MD/PhD degrees to

10

develop into physician scientists, and PhD degrees in many different fields. Many of these students might never had access to research opportunities without such programs because they would have needed to work to pay for their tuition and/or living expenses. As APHA Member 16 has witnessed, these institutional training grants provide equitable access to research so students with different levels of financial means can understand what it takes to develop the skills to become a member of the biomedical workforce.

38.     I understand that applying for a MARC grant is a difficult process. I am told the final proposal was comprised of ~500 pages of information required to evaluate the plans to train undergraduate students who have the goal of pursuing a PhD or MD/PhD.

39.     I understand that once a MARC application is completed, it is submitted to NIH and considered for rigorous review by a team of peer reviewers (faculty at other institutions) on the NIH study section that reviews such training and workforce development proposals. Most of these faculty member peer reviewers run similar NIH-funded programs at their own institute, so are very familiar with these programs. The review is very rigorous, with three assigned reviewers tasked to read the entire application and comb through all the data tables to assess the rigor and potential impact of the planned training.

40.     APHA Member 16 was awarded the MARC grant in spring of 2023 with an Impact Score of 25. They successfully sought a non-competitive renewal in 2024 and submitted a second non-competitive renewal application by the deadline of October, 2024. They expected that they would receive another non-competitive renewal in 2025. The non-competitive renewal process is significantly less onerous than a competitive NIH application. For the non-competitive renewal, PIs assemble a report of Major Accomplishments, including a report for each supported trainee, including the degree sought, the research mentor, a brief description of the research project, courses taken, conference presentations, contributions to manuscripts,

11

awards, and professional development activities. The report also includes plans for the next reporting period to accomplish the goals of the application as well as an Outcomes table detailing the trajectory of all supported MARC students, including any terminal degree received, position or training following the terminal degree and subsequent fellowships.

41. APHA Member 16 completed this report in anticipation of renewing their MARC grant. They have never heard of a non-competitive renewal being denied in their nearly 30 years of experience with NIH grants.

42. On April 2, 2025, APHA Member 16 received an email from NIH terminating the MARC grant. A true and correct copy of the email, redacted to remove all identifying information, is attached hereto as Exhibit B.

43. The email states "due to changes in NIH/HHS priorities, the **Maximizing Access to Research Careers (MARC)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts." No further explanation for the termination was provided.

44. The termination has significant impacts on the students being supported, the university hosting them, and APHA Member 16.

45. During the first two years of the grant, APHA Member 16's work included organizing a 1-hour class that the funded MARC scholars attended weekly to support their scholarly and professional development. They also met regularly with each funded scholar and provided detailed feedback on applications to attend summer research programs, for graduate school, for MD/PhD Programs, for post-baccalaureate research opportunities, and many other internship opportunities. APHA Member 16 organized numerous mock interviews as well as

12

activities beyond the classroom to build a supportive cohort, such as weekend walks at various outdoor locations. A large fraction of the cohort also attended and presented their research at the Annual Biomedical Research Conference for Minoritized Students (ABRCMS) in both Year 1 and Year 2 of the MARC program. Two of the students won awards for their outstanding presentations at these meetings each year.

46.    The MARC students rely on MARC funding to pay their tuition. Without the tuition assistance provided by the MARC award, students may incur additional student loan debt because they were awarded $16,000 in tuition funds as a MARC Scholar. The MARC grant also provided an annual research stipend in the amount of $14,340 per year for junior and senior years as of June 2024. This annual stipend allowed students to accept summer research opportunities and to focus on research opportunities during the academic year rather than paid employment. APHA Member 16 is very concerned that these students, many of whom are of low socio-economic status, will now lose access to research opportunities, as they will need to seek other paid positions to pay for tuition, food, and housing.

47.    The university will also be injured by the loss of this workforce and the impact that the loss of funding has on critically important research, including end stage liver disease, development of new antimicrobial drugs to combat antibiotic resistance, and skin cancer. These are just a few of the areas current MARC students have contributed to, which will now be impacted by the loss of funding for these individuals and the need for the MARC students to seek other employment.

48.    The MARC termination has not only impacted APHA Member 16's salary; it has also affected their professional credentials. Obtaining and maintaining NIH funding is an important aspect of demonstrating one's success in the biomedical field. And the mentoring and training work APHA Member 16 has done, made possible by NIH funding and recognized

13

through several prestigious awards, is part of the value they bring as a faculty member to their university.

49.     APHA Member 16 considered sharing their story publicly, but has declined to do so out of fear that disclosure of their name will lead to retaliation against their university in the form of additional terminated federal grants and the withholding of future federal funding.

50.     Another similar program to MARC is the Initiative to Maximize Student Development (IMSD) program. The goal of the IMSD Program, as described in NIH PAR 21-025, is to develop a diverse pool of scientists earning a Ph.D. and who have the skills to successfully transition into careers in the biomedical research workforce. The IMSD program is limited to applications from training programs at research-intensive institutions, defined as those that receive an average of $7.5 million per year in NIH funding over the previous three fiscal years. A true and correct copy of the PAR is attached as Exhibit C.

51.     Like MARC awards, IMSD awards are also part of the NIH Ruth L. Kirschsten National Research Service Awards (NRSA) program, described in paragraph 33, above, and serve the same goals and interests. Whereas MARC awards are used to support undergraduate students interested in pursuing higher degrees in bio-medical research, IMSD awards are used to support graduate students as they transition into to graduate training, with the goal of ensuring that they successfully complete their PhDs, creating a stronger biomedical workforce of individuals with advanced degrees.

52.     I am aware of an APHA Member who has received multiple IMSD awards from NIH. Their most recent award was in excess of $1,020,000, for winter 2023 through winter 2028.

53.     This APHA Member received an email from NIH on April 2, 2025, terminating their IMSD grant. A true and correct copy of the email, redacted to remove all identifying information, is attached hereto as Exhibit D.

14

54.     The email states "due to changes in NIH/HHS priorities, the **Initiative for Maximizing Student Development (IMSD)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts."

**Harms to APHA Members**

55.     These experiences are not unique. In the few weeks since NIH issued this new guidance, I have also heard from numerous APHA members expressing concerns about being able to continue research in their chosen area of study based on the termination notices they have received from NIH. These include, for example, terminations of research projects to improve prevention strategies and care for HIV, to help young adults to resist tobacco marketing, and to better reach vulnerable populations. For some members, like those who study minority health or health disparities—a subject to which NIH has a whole institute devoted—the change in NIH priorities means an end to their research careers, for all intents and purposes.

56.     I have also heard from APHA members that they are unable to develop new proposals to address pressing public health issues which they reasonably fear will be immediately struck down as inconsistent with NIH's new priorities. APHA members have also articulated fears that they will have to change specific words in their proposals so as not to be flagged for impermissibly promoting DEI in violation of NIH's new priorities. But given the vagueness of the NIH's guidelines—which do not define terms such as "Diversity, Equity, and Inclusion" or "DEI", "amorphous equity objectives," "Transgender issues," "gender identity," and "COVID-related research" while forbidding research "based on" these topics—they do not know how drastic their edits should be, or if any edits would satisfy NIH's scrutiny of certain projects.

15

57.     Aside from the immediate aftershocks this has had on APHA members' ongoing work, NIH's new directives also jeopardize their future plans. There are APHA members who have spent countless hours crafting grant applications that the NIH now outright refuses to consider, and others who exist in limbo, unsure if they will ever be able to submit an application on their areas of study in the future.

58.     And aside from the scientific harms imposed by NIH's misguided stance, the directives are also a discriminatory imposition on APHA members' freedoms of speech, inquiry, and association.

59.     By categorically banning any study related to what it considers "diversity," "equity," "inclusion," NIH is signaling to the APHA members and the broader scientific community alike that any study that incorporates these elements – however tangentially, and in whatever form – is intrinsically disfavored and will be subject to harsher scrutiny from the federal government.

60.     Further, studies that rely on public participation are jeopardized. If would-be grant recipients examine and account for the demographic differences among respondents, they run the risk of having their projects terminated under the new NIH guidelines— despite the fact that accounting for these differences is critical in order to properly fund educational initiatives and federal health care programs such as Medicare and Medicaid. Indeed, even if a study focuses on a homogenized minority population, they risk termination if that population is judged to be invoking "DEI" principles. Given the separate directive on "gender identity," this scrutiny is especially intensified if the study focuses on or even acknowledges the existence of LGBTQ people, and transgender people in particular.

61.     As a direct result, APHA researchers are forced to choose whether to continue with important research that is supposedly no longer in accordance with NIH's priorities and risk

16

losing their funding, or to cancel any research that deals with racial, sexual, gender, or ethnic minorities in order to retain it.

62.     The longer this guidance is in effect, the longer of an impact it will have on individual researchers as well. Interruptions in research can result in loss of research staff as well as unrecoverable delays in students' academic pursuits, potentially with additional financial costs incurred as a result of prolonging their studies while looking for additional support. It would be even worse for faculty members, who can lose years of valuable progress in their career if their studies are interrupted, halted, or prevented from beginning at all.

63.     This is only intensified in research that relies on outside participation. Building an accurate, responsive, and representative survey class is an effort that takes both time and money, and programmatic delays in research can impact respondent's willingness to participate in present or future surveys. And in the rare instances where APHA members are participating in clinical research, programmatic delays can become literal life and death matters.

17

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of April 2025.

Georges C. Benjamin, M.D.

18

APHA App. 327

# EXHIBIT A

Case: 25-1611    Document: 00118310432    Page: 332    Date Filed: 07/08/2025    Entry ID: 6734280

4/11/25, 1:56 PM    Case 1:25-cv-10787-BEM    Document 38-23    Filed 04/25/25    Page 31 of 89
Expired PAR-21-147: Maximizing Access to Research Careers (T34 Clinical Trial Not Allowed)

This notice has expired. Check the **NIH Guide (https://grants.nih.gov/funding/searchguide/)** for active opportunities and notices.

# Department of Health and Human Services

# Part 1. Overview Information

**Participating Organization(s)**

National Institutes of Health (NIH (http://www.nih.gov))

**Components of Participating Organizations**

National Institute of General Medical Sciences (NIGMS (http://www.nigms.nih.gov))

**Funding Opportunity Title**

Maximizing Access to Research Careers (T34)

**Activity Code**

T34 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=t34&Search.x=0&Search.y=0&Search_Type=Activity) MARC Undergraduate NRSA Institutional Grants

**Announcement Type**

Reissue of PAR-19-219 (https://grants.nih.gov/grants/guide/pa-files/PAR-19-219.html) - Maximizing Access to Research Careers (T34)

**Related Notices**

- **March 28, 2024** - This PAR has been reissued as PAR-24-138 (//grants.nih.gov/grants/guide/pa-files/PAR-24-138.html)
- **March 15, 2023** - Notice of Informational Webinar on the NIGMS U-RISE and MARC Programs (T34). See Notice NOT-GM-23-037 (//grants.nih.gov/grants/guide/notice-files/NOT-GM-23-037.html)
- NOT-OD-23-012 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-012.html) Reminder: FORMS-H Grant Application Forms and Instructions Must be Used for Due Dates On or After January 25, 2023 - New Grant Application Instructions Now Available
- **March 4, 2022** - Clarification of Eligibility for Institutions with Multiple Campuses in PAR-21-147. See Notice NOT-GM-23-013 (https://grants.nih.gov/grants/guide/notice-files/NOT-GM-23-013.html)
- NOT-OD-22-190 (/grants/guide/notice-files/NOT-OD-22-190.html) - Adjustments to NIH and AHRQ Grant Application Due Dates Between September 22 and September 30, 2022
- **March 4, 2022** - Notice of Informational Webinar on the NIGMS U-RISE and MARC Programs. See Notice NOT-GM-22-031 (https://grants.nih.gov/grants/guide/notice-files/NOT-GM-22-031.html).
- **October 28, 2021** - Reminder: FORMS-G Grant Application Forms & Instructions Must be Used for Due Dates On or After January 25, 2022 - New Grant Application Instructions Now Available. See Notice NOT-OD-22-018 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-018.html).
- **September 13, 2021** - Updates to the Non-Discrimination Legal Requirements for NIH Recipients. See Notice NOT-OD-21-181 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-181.html).
- **August 5, 2021** - New NIH "FORMS-G" Grant Application Forms and Instructions Coming for Due Dates on or after January 25, 2022. See Notice NOT-OD-21-169 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-169.html).
- **August 5, 2021** - Update: Notification of Upcoming Change in Federal-wide Unique Entity Identifier Requirements. See Notice NOT-OD-21-170 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-170.html).
- **April 20, 2021** - Expanding Requirement for eRA Commons IDs to All Senior/Key Personnel. See Notice NOT-OD-21-109 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-109.html)

APHA App. 329

- **May 28, 2021** - Notice of Change to the Instructions for Appendices in PAR-21-147. See Notice NOT-GM-21-048 (https://grants.nih.gov/grants/guide/notice-files/NOT-GM-21-048.html).
- **March 19, 2021** - Notice of Informational Webinar on the NIGMS U-RISE and MARC Programs. See Notice NOT-GM-21-034 (/grants/guide/notice-files/NOT-GM-21-034.html).

---

**Funding Opportunity Announcement (FOA) Number**

## PAR-21-147

---

**Companion Funding Opportunity**

Not Applicable

---

**Number of Applications**

Only one application per institution is allowed, as defined in Section III. 3. Additional Information on Eligibility.

---

**Assistance Listing Number(s)**

93.859

---

**Funding Opportunity Purpose**

The goal of the Maximizing Access to Research Careers (MARC) program is to develop a diverse pool of undergraduates who complete their baccalaureate degree, and transition into and complete biomedical, research-focused higher degree programs (e.g., Ph.D. or M.D./Ph.D.). This funding opportunity announcement (FOA) provides support to eligible, domestic institutions to develop and implement effective, evidence-informed approaches to biomedical training and mentoring that will keep pace with the rapid evolution of the research enterprise. NIGMS expects that the proposed research training programs will incorporate didactic, research, mentoring, and career development elements to prepare trainees for the completion of research-focused higher degree programs in biomedical fields. This program is limited to applications from training programs at baccalaureate degree-granting research-intensive institutions (i.e., those with an average of NIH Research Project Grant funding greater than or equal to $7.5 million total costs over the last 3 fiscal years).

This Funding Opportunity Announcement (FOA) does not allow appointed trainees to lead an independent clinical trial but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor.

## Key Dates

**Posted Date**

February 23, 2021

---

**Open Date (Earliest Submission Date)**

April 26, 2021

---

**Letter of Intent Due Date(s)**

Not Applicable

---

**Application Due Date(s)**

May 26, 2021; May 26, 2022; May 26, 2023

All applications are due by 5:00 PM local time of applicant organization. All types of non-AIDS applications allowed for this funding opportunity announcement are due on the listed date(s).

APHA App. 330

Case: 25-1611     Document: 00118310432     Page: 334     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM     Case 1:25-cv-10787-BEM     Document 38-23     Filed 04/25/25     Page 3 of 89
Expires EAM 21-147 Maintaining Access to Research Careers (T32 Clinical Trial Not Allowed)

Applicants are encouraged to apply early to allow adequate time to make any corrections to errors found in the application during the submission process by the due date.

---

**AIDS Application Due Date(s)**

Not Applicable

---

**Scientific Merit Review**

October - November 2021, October - November 2022, October - November 2023

---

**Advisory Council Review**

January 2022, January 2023, January 2024

---

**Earliest Start Date**

June 2022, June 2023, June 2024

---

**Expiration Date**

May 27, 2023

---

**Due Dates for E.O. 12372**

Not Applicable

---

**Required Application Instructions**

It is critical that applicants follow the Training (T) Instructions in the SF424 (R&R) Application Guide (//grants.nih.gov/grants/guide/url_redirect.php?id=12000), except where instructed to do otherwise (in this FOA or in a Notice from the *NIH Guide for Grants and Contracts* (//grants.nih.gov/grants/guide/)). Conformance to all requirements (both in the Application Guide and the FOA) is required and strictly enforced. Applicants must read and follow all application instructions in the Application Guide as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the Application Guide, follow the program-specific instructions. **Applications that do not comply with these instructions may be delayed or not accepted for review.**

# Table of Contents

Part 1. Overview Information
Part 2. Full Text of the Announcement
    Section I. Funding Opportunity Description
    Section II. Award Information
    Section III. Eligibility Information
    Section IV. Application and Submission Information
    Section V. Application Review Information
    Section VI. Award Administration Information
    Section VII. Agency Contacts
    Section VIII. Other Information

# Part 2. Full Text of Announcement

## Section I. Funding Opportunity Description

The overall goal of the NIH Ruth L. Kirschstein National Research Service Award (NRSA) program is to help ensure that a diverse pool of highly trained scientists is available in appropriate scientific disciplines to address the Nation's biomedical, behavioral, and

Case: 25-1611     Document: 00118310432     Page: 335     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM     Case 1:25-cv-10787-BEM     Document 38-23 Research Careers | Grants & Filed 04/25/25 Clinical Trials & Page 24 of 89

clinical research needs. In order to accomplish this goal, NRSA training programs are designed to train individuals to conduct research and to prepare for research careers. More information about NRSA programs may be found at the Ruth L. Kirschstein National Research Service Award (NRSA) (//grants.nih.gov/grants/guide/url_redirect.php?id=41125) website.

## Purpose and Background Information

The NRSA program has been the primary means of supporting predoctoral and postdoctoral research training programs since enactment of the NRSA legislation in 1974. Each program should provide high-quality research training, mentored research experiences, and additional training opportunities that equip trainees with the technical (e.g., appropriate methods, technologies, and quantitative/computational approaches), operational (e.g., independent knowledge acquisition, rigorous experimental design and interpretation of data) and professional (e.g., management, leadership, communication, and teamwork) skills required for careers in the biomedical research workforce.

The National Institutes of Health (NIH) recognizes the need to diversify the scientific workforce by enhancing the participation of individuals from groups identified as underrepresented (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html) in the biomedical, clinical, behavioral and social sciences (collectively termed "biomedical") research workforce. Research shows that diverse teams working together and capitalizing on innovative ideas and distinct perspectives outperform homogenous teams. Scientists and trainees from diverse backgrounds and life experiences bring different perspectives, creativity, and individual interests to address complex scientific problems. There are many benefits that flow from a diverse NIH-supported scientific workforce, including fostering scientific innovation, enhancing global competitiveness, contributing to robust learning environments, improving the quality of research, enhancing public trust, and increasing the likelihood that health disparities and the needs of underserved populations are addressed in biomedical research.

NIGMS strives to ensure that future generations of researchers will be drawn from the entire pool of talented individuals, bringing different aptitudes, perspectives, interests, and experiences to address complex scientific problems. NIGMS seeks to enhance the diversity of the biomedical research workforce by supporting individuals from a variety of backgrounds at multiple training and career stages in a variety of institutions and educational settings across the country. Accordingly, NIGMS developed separate institutional eligibility tracks for review and funding of its undergraduate and graduate diversity enhancing programs based on NIH research project grant (RPG) (https://grants.nih.gov/grants/glossary.htm#ResearchProjectGrantRPG) funding levels. The two tracks include research-intensive, i.e., those with an average of NIH RPG funding greater than or equal to $7.5 million total costs per year over the past 3 fiscal years, and research-active, i.e., those with an average of RPG funding less than $7.5 million total costs per year over the past 3 fiscal years (RPG data are available through NIH RePORTER (https://report.nih.gov/award/index.cfm)). To prevent the duplication of diversity enhancing NIGMS programs, each institution will be eligible for one diversity enhancing undergraduate program (either Maximizing Access to Research Careers, MARC (https://www.nigms.nih.gov/training/marc/pages/ustarawards.aspx), or Undergraduate Research Training Initiative for Student Enhancement, U-RISE (https://www.nigms.nih.gov/training/RISE/Pages/U-RISE-T34.aspx)) regardless of the activity code (R25 or T34), and one diversity enhancing graduate program (either the Initiative to Maximize Student Development, IMSD (https://www.nigms.nih.gov/training/IMSD/pages/default.aspx), or Graduate Research Training Initiative for Student Enhancement, G-RISE (https://www.nigms.nih.gov/training/RISE/Pages/G-RISE-T32.aspx)) regardless of the activity code (R25 or T32). Institutions with MARC, U-RISE, IMSD or G-RISE are eligible to participate in the Bridges to the Baccalaureate and/or Bridges to the Doctorate programs provided other eligibility requirements are met.

## Need for the Program

In spite of recent advances, individuals from certain groups and backgrounds are underrepresented in the biomedical sciences research workforce as described in NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html). The severity of the underrepresentation of these groups increases throughout the training stages. For example in 2017, students from certain racial and ethnic groups, including Blacks or African Americans, Hispanics or Latinos, American Indians or Alaska Natives, Native Hawaiians and other Pacific Islanders comprised ~35 percent of the college age population, but earned only ~25 percent of bachelor's degrees and ~16 percent of Ph.D. degrees in science and engineering (National Center for Science and Engineering Statistics (https://ncses.nsf.gov/pubs/nsb20197/demographic-attributes-of-s-e-degree-recipients#s-e-degrees-by-race-and-ethnicity)). Additionally, while the United States has seen a significant increase in the number of Ph.D. degrees in the biomedical sciences earned by scientists from groups underrepresented in the biomedical research workforce, a corresponding increase in the ranks of the faculty in basic science departments at medical schools has not occurred (Gibbs, et al., 2016, eLife 2016, 5:e21393; Valantine, Lund & Gammie, CBE-Life Sciences Education, 2016, 15:fe4).

Several reports (see for example, ACD Working Group on Diversity in the Biomedical Workforce, 2012 (https://acd.od.nih.gov/documents/reports/DiversityBiomedicalResearchWorkforceReport.pdf); PCAST Report, 2012 (https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/pcast-engage-to-excel-final_2-25-12.pdf); From College to Careers: Fostering Inclusion of Persons with Disabilities in STEM, 2014 (http://www.sciencemag.org/booklets/college-careers); and Increasing College Opportunity for Low Income Students, 2014

APHA App. 332

Case: 25-1611    Document: 00118310432    Page: 336    Date Filed: 07/08/2025    Entry ID: 6734280

4/11/25, 1:56 PM    Case 1:25-cv-10787-BEM    Document 38-23    Filed 04/25/25    Page 5 of 31
Expired PAR-21-147 Maximizing Access to Research Careers (MARC) Undergraduate (U-STAR) Training Award (T34 Clinical Trial Not Allowed)

(https://obamawhitehouse.archives.gov/sites/default/files/docs/increasing_college_opportunity_for_low-
income_students_report.pdf)) recommend supporting programs that strive to recruit, train, and mentor students from
underrepresented groups who have an interest in science, technology, engineering and math (STEM) as a means to effectively build
a diverse and competitive scientific workforce.

## Programmatic Approach

This FOA is intended to enable the community to develop and implement evidence-informed approaches to biomedical research
training and mentoring to enhance diversity in the biomedical research workforce. The President's Council of Advisors on Science
and Technology (PCAST) report provided evidence that financial concerns and a deficit of peers from similar backgrounds can erode
self-confidence and the will to remain in STEM majors (PCAST Report, 2012
(https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/pcast-engage-to-excel-final_2-25-12.pdf)). NIGMS diversity
enhancing institutional training grants offset the cost of appointed trainee stipends, tuition and fees, and training related expenses,
including health insurance, in accordance with the approved NIH support levels. Additionally, funded programs are expected to
provide activities that will build a strong cohort of research-oriented individuals while enhancing the science identity, self-efficacy,
and a sense of belonging among the cohort members. Programmatic activities include, but are not limited to, providing authentic
research experiences, academic enhancements, skills development, and additional mentoring - activities proven to increase
persistence in STEM fields (cited in PCAST Report, 2012
(https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/pcast-engage-to-excel-final_2-25-12.pdf) and Graduate
STEM Education for the 21st Century, 2018 (https://www.nap.edu/catalog/25038/graduate-stem-education-for-the-21st-century)).
Each program should provide high-quality training that equips individuals with the technical (e.g., appropriate methods, technologies,
and quantitative/computational approaches), operational (e.g., independent knowledge acquisition, rigorous experimental design,
and interpretation of data, conducting research in the safest manner possible) and professional (e.g., management, leadership,
communication, and teamwork) skills required for careers in the biomedical research workforce. Funded programs are expected to
promote inclusive research environments (i.e., institutional and departmental environments where trainees from all backgrounds feel
integrated into and supported by the biomedical research community).

## Program Objective

The **Overarching Objective** of the Maximizing Access to Research Careers program is to develop a diverse pool of undergraduates
who complete their baccalaureate degree and transition into and complete biomedical, research-focused higher degree programs
(e.g., Ph.D. or M.D./Ph.D.). The long-term goal is to develop a diverse pool of well-trained biomedical scientists, who have the
following technical, operational, and professional skills:

- A broad understanding across biomedical disciplines and the skills to independently acquire the knowledge needed to
  advance their chosen fields;
- Expertise in a biomedical scientific discipline and the skills to think critically and independently, and to identify important
  biomedical research questions and approaches that push forward the boundaries of their areas of study;
- A strong foundation in scientific reasoning, rigorous research design, experimental methods, quantitative and computational
  approaches, and data analysis and interpretation;
- The skills to conduct research in the safest manner possible, and a commitment to approaching and conducting biomedical
  research responsibly, ethically, and with integrity;
- Experience initiating, conducting, interpreting, and presenting rigorous and reproducible biomedical research with increasing
  self-direction;
- The ability to work effectively in teams with colleagues from a variety of cultural and scientific backgrounds, and to promote
  inclusive and supportive scientific research environments;
- The skills to teach and communicate scientific research methodologies and findings to a wide variety of audiences (e.g.,
  discipline-specific, across disciplines, and the public); and
- The knowledge, professional skills and experiences required to identify and transition into careers in the biomedical research
  workforce (i.e., the breadth of careers that sustain biomedical research in areas that are relevant to the NIH mission).

Diversity at all levels from the kinds of science to the regions in which it is conducted to the backgrounds of the people conducting it
contributes to excellence in research training environments and strengthens the research enterprise. This FOA is intended to
support outstanding research training programs that will enhance diversity at all levels. As part of a larger initiative to enhance
diversity, the MARC program will support trainees who are earning a baccalaureate degree at research-intensive institutions and
who intend to complete a biomedical research higher degree program (e.g., Ph.D., or M.D./Ph.D.).

## Program Considerations

APHA App. 333

NIGMS intends to fund applications that propose feasible academic and research focused training programs that will enhance diversity in the biomedical workforce. Applicants are expected to identify training objectives (i.e., specific, measurable, and obtainable outcomes the program intends to achieve) and to develop plans to implement evidence-informed training and mentoring activities that are grounded in the literature and from evaluations of existing relevant programs. Program objectives must align with the overarching goal of the MARC diversity enhancing program. Funded programs are expected to provide evidence of accomplishing the training objectives in progress reports and when applying for renewal, to make training and career outcomes publicly available, and are strongly encouraged to disseminate successful training practices to the broader community.

Institutional commitment and support for the proposed training program are important elements of the application. The MARC program may complement and synergize with other ongoing federally-supported predoctoral research training programs at the applicant institution (e.g., in the development of skills needed for careers in the biomedical research workforce); however, the MARC program goals and activities to achieve those goals must be distinct from related programs currently receiving federal support at the same institution. In cases where an institution has multiple NIGMS training grants, it is expected that these programs will seek to create administrative and training efficiencies to reduce costs and improve trainee services and outcomes. The training grant should be well integrated within one or more department(s)/program(s) and should exert a strong, positive influence on the development and execution of the outreach and recruitment of potential trainees, curriculum, training opportunities, and mentoring. Training grant funds may not be used solely as a vehicle to provide stipends for trainees to conduct research.

Training grants are usually awarded for five years. The grant offsets the cost of stipends, tuition and fees, and training related expenses, including health insurance, for the appointed trainees in accordance with the approved NIH support levels. Trainees are typically provided full-time support for two to three years of undergraduate studies. Use of training grant support in the final three years of undergraduate research training is strongly encouraged to allow for the participation in research, training, mentoring, professional development, and cohort-building activities that will prepare the trainees to successfully transition into a biomedical, research-focused higher degree program (e.g., Ph.D. or M.D./Ph.D.).

This FOA does not allow appointed trainees to lead an independent clinical trial but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor. NIH strongly supports training towards a career in clinically relevant research and so gaining experience in clinical trials under the guidance of a mentor or co-mentor is encouraged.

See Section VIII. Other Information for award authorities and regulations.

# Section II. Award Information

**Funding Instrument**

Grant: A support mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity.

**Application Types Allowed**

New
Renewal of grants funded through PAR-19-219 (https://grants.nih.gov/grants/guide/pa-files/PAR-19-219.html)
Resubmission

The OER Glossary (//grants.nih.gov/grants/guide/url_redirect.php?id=11116) and the SF424 (R&R) Application Guide provide details on these application types. Only those application types listed here are allowed for this FOA.

**Clinical Trial?**

Not Allowed: Only accepting applications that do not propose clinical trials

Note: Appointed Trainees are permitted to obtain research experience in a clinical trial led by a mentor or co-mentor.

Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)

**Funds Available and Anticipated Number of Awards**

The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications.

**Award Budget**

Application budgets should reflect the actual needs of the proposed project.

Recipients are expected to be familiar with and comply with applicable cost policies and the NRSA Guidelines (*NIH Grants Policy Statement* - Institutional Research Training Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=41126)). Funds may be used only for those expenses that are directly related to and necessary for the research training and must be expended in conformance with OMB Cost Principles, the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11120), and the NRSA regulations, policies, guidelines, and conditions set forth in this document.

### Award Project Period

Awards may be for project periods up to five years in duration and are renewable.

# Other Award Budget Information

### Stipends, Tuition, and Fees

Kirschstein-NRSA awards provide stipends as a subsistence allowance to help defray living expenses during the research training experience.

NIH will contribute to the combined cost of tuition and fees at the rate in place at the time of award.

Stipend levels, as well as funding amounts for tuition and fees and the institutional allowance are announced annually in the *NIH Guide for Grants and Contracts,* and are also posted on the Ruth L. Kirschstein National Research Service Award (NRSA) webpage (https://researchtraining.nih.gov/resources/policy-notices).

### Trainee Travel

NIGMS recognizes the need of trainees to attend scientific meetings and/or training events, and to build professional networks. NIGMS will provide up to $1,000 per trainee per year for scientific meetings or research training experiences that will enhance scientific development, build science identity, create a sense of belonging in the scientific community, and build professional networks. Plans for trainee travel should be well justified. For MARC-supported institutions outside the continental United States, $1,250 for travel per trainee per year will be provided.

Trainees are required to spend at least one summer in a research training experience. Preferred sites are research-intensive graduate institutions such as those with NIH T32 training programs. Funds for the summer research experience will be provided as follows: $3,000 per MARC trainee, to be used in accordance with the institutional policies as a per diem for a period of up to ten weeks; and an additional $500 for travel to and from the host research training.

NIGMS provides funds for the summer research training experience for up to 50% of the awarded number of MARC trainees at the time a competing award is made. For additional budget guidance on the MARC summer research requirement, see T34 Summer Research Experience Policy (https://www.nigms.nih.gov/training/T34/Pages/sre.aspx). Additional funds will not be provided for students continuing the research training at the host institution.

Plans for trainee travel should be well justified. Foreign travel is not allowed.

### Training Related Expenses

NIGMS will provide funds to help defray other research training expenses, such as health insurance, staff salaries, consultant costs, equipment, research supplies, and faculty/staff travel directly related to the research training program.

The total amount of Training Related Expenses (TRE) that may be requested is limited to a maximum of $8,000/trainee/year. The maximum cap for the TRE portion of a proposed MARC budget is $250,000/year.

Allowable costs include those associated with the following:

- Skills development training activities (e.g., focusing on quantitative and computational skills, problem-solving, critical thinking, scientific writing, effective communication, and project management);
- Seminar speakers, who will serve as role models to the trainees;

APHA App. 335

Case: 25-1611     Document: 00118310432     Page: 339     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM     Case 1:25-cv-10787-BEM PAR-21-147: Document 38-23 Research Careers... Filed 04/25/25 Clinical Trial Not Allowed) Page 8 of 84

- Training or mentoring interventions designed to increase persistence in research careers (e.g., those designed to increase science identity, self-efficacy and a sense of belonging in the scientific community);
- Salary support for the PD/PI or a combination of multiple PD(s)/PI(s)/co-Investigators. Typically, salary support does not exceed 1.8 person months (i.e., 15% effort on a 12-month basis in total) depending on the size and scope of the program;
- Salary support for administrative personnel; typically, the total combined salary support for program administrator/program coordinator and/or program assistant/clerical support does not exceed 3.0 person months (i.e., 25% effort on a 12-month basis) depending on the size and scope of the program.
- Limited program evaluation costs (typically up to $3,000 for the 5-year training grant period) and other program-related expenses may be included within the budget for training-related expenses.

**Indirect Costs**

Indirect Costs (also known as Facilities & Administrative [F&A] Costs) are reimbursed at 8% of modified total direct costs (exclusive of tuition and fees, consortium costs in excess of $25,000, and expenditures for equipment), rather than on the basis of a negotiated rate agreement.

NIH grants policies as described in the _NIH Grants Policy Statement_ (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) will apply to the applications submitted and awards made from this FOA.

# Section III. Eligibility Information

## 1. Eligible Applicants

### Eligible Organizations

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

The following types of Higher Education Institutions are always encouraged to apply for NIH support as Public or Private Institutions of Higher Education:

- Hispanic-serving Institutions
- Historically Black Colleges and Universities (HBCUs)
- Predominantly Black Institutions (PBI)
- Tribally Controlled Colleges and Universities (TCCUs)
- American Indian/Alaska Native Serving, Non-Tribal Institutions (AI/AN)
- Alaska Native and Native Hawaiian Serving Institutions
- Asian American Native American Pacific Islander Serving Institutions (AANAPISIs)

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)
- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

Governments

- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)
- U.S. Territory or Possession

Other

- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations

For diversity enhancing programs, NIGMS recognizes separate institutional eligibility tracks: research-intensive, i.e., those with an average of NIH research project grant (RPG) (https://grants.nih.gov/grants/glossary.htm#ResearchProjectGrantRPG) funding greater than or equal to $7.5 million total costs per year over the past 3 fiscal years, and research-active, i.e., those with an average of RPG funding less than $7.5 million total costs per year over the past 3 fiscal years (RPG data are available through NIH

APHA App. 336

RePORTER (https://report.nih.gov/award/index.cfm)). For example, FY 2018, FY 2019 and FY 2020 for applications submitted in May 2021.

Institutional eligibility for this FOA is limited to baccalaureate degree-granting research-intensive institutions as defined above. Research-active institutions are not eligible to apply for or receive MARC grants. To prevent the duplication of NIGMS diversity enhancing programs, each institution is eligible for one undergraduate program (either MARC (https://www.nigms.nih.gov/training/marc/pages/ustarawards.aspx) or U-RISE (https://www.nigms.nih.gov/training/RISE/Pages/U-RISE-T34.aspx)) regardless of the activity code (R25 or T34), and one graduate program (either IMSD (https://www.nigms.nih.gov/training/IMSD/pages/default.aspx) or G-RISE (https://www.nigms.nih.gov/training/RISE/Pages/G-RISE-T32.aspx)) regardless of the activity code (R25 or T32). Institutions with NIGMS MARC, U-RISE, IMSD, or G-RISE funding are eligible for the Bridges to the Baccalaureate and/or Bridges to the Doctorate programs provided the other eligibility criteria are met. Applicants are encouraged to consult NIGMS staff to discuss eligibility prior to submission.

An institution funded through the U-RISE or MARC program that changes category due to changes in research project grant funding during the grant cycle should apply to the appropriate program based on their eligibility at the time of renewal. Programs that change category will report on the programs outcomes of the prior funding period(s), up to 15 years, using the appropriate tables.

The sponsoring institution must assure support for the proposed program. Appropriate institutional commitment to the program should be detailed in the *Institutional Support Letter* in the **Letters of Support** attachment. Additionally, a signed letter is required from the Provost or similar official with institution-wide responsibility verifying the eligibility of the applicant institution at the time of application submission according to the eligibility criteria indicated above. See the application instructions for the required Letters of Support instructions in Section IV.

## Foreign Institutions

Non-domestic (non-U.S.) Entities (Foreign Institutions) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are not** eligible to apply.

## Required Registrations
### Applicant Organizations

Applicant organizations must complete and maintain the following registrations as described in the SF 424 (R&R) Application Guide to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants should begin the registration process as soon as possible. The NIH Policy on Late Submission of Grant Applications (//grants.nih.gov/grants/guide/notice-files/NOT-OD-15-039.html) states that failure to complete registrations in advance of a due date is not a valid reason for a late submission.

- Dun and Bradstreet Universal Numbering System (DUNS) (http://fedgov.dnb.com/webform) - All registrations require that applicants be issued a DUNS number. After obtaining a DUNS number, applicants can begin both SAM and eRA Commons registrations. The same DUNS number must be used for all registrations, as well as on the grant application.
- System for Award Management (SAM) (https://www.sam.gov/portal/public/SAM/) Applicants must complete and maintain an active registration, **which requires renewal at least annually**. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.
  - NATO Commercial and Government Entity (NCAGE) Code (//grants.nih.gov/grants/guide/url_redirect.php?id=11176) Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.
- eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123) - Applicants must have an active DUNS number to register in eRA Commons. Organizations can register with the eRA Commons as they are working through their SAM or Grants.gov registration, but all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.
- Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=82300) Applicants must have an active DUNS number and SAM registration in order to complete the Grants.gov registration.

**Program Directors/Principal Investigators (PD(s)/PI(s))**

All PD(s)/PI(s) must have an eRA Commons account. PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the

APHA App. 337

organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

### Eligible Individuals (Program Director/Principal Investigator)

Any individual(s) with the skills, knowledge, and resources necessary to carry out the proposed research training program as the Training Program Director/Principal Investigator (Training PD/PI) is invited to work with his/her organization to develop an application for support. Individuals from underrepresented racial and ethnic groups as well as individuals with disabilities are always encouraged to apply for NIH support.

For institutions/organizations proposing multiple PDs/PIs, visit the Multiple Program Director/Principal Investigator Policy (//grants.nih.gov/grants/multi_pi/index.htm) and submission details in the Senior/Key Person Profile (Expanded) Component of the SF 424 (R&R) Application Guide.

As described in the instructions for the Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s)) in Section IV.2 below, NIGMS encourages multiple PDs/PIs, particularly when each brings a unique perspective and skill set that will enhance training. At least one of the training PD(s)/PI(s) should be an established investigator in the biomedical sciences and capable of providing both administrative and scientific leadership to the development and implementation of the proposed program. Additional PDs/PIs, including individuals with experience in the science of education, relevant social science disciplines, program evaluation, mentoring, and university administration may be included to achieve the training goals. Any of the PDs/PIs may serve as the contact PD/PI. The contact PD/PI is expected to have a full-time appointment at the applicant institution unless extremely well-justified. If the full-time status of the contact PD/PI changes after the award, the institution must obtain prior program approval to appoint a new PD/PI or request a deviation from the full-time rule. The PD(s)/PI(s) will be responsible for the selection and appointment of trainees to the approved research training program, and for the overall direction, management, administration, and evaluation of the program. The PD(s)/PI(s) will be expected to monitor and assess the program and submit all documents and reports as required. The PD(s)/PI(s) have responsibility for the day-to-day administration of the program and are responsible for appointing members of the Advisory Committee (when applicable) and using their recommendations to determine the appropriate allotment of funds.

## 2. Cost Sharing

This FOA does not require cost sharing as defined in the NIH Grants Policy Statement. (//grants.nih.gov/grants/guide/url_redirect.php?id=11126)

## 3. Additional Information on Eligibility

### Number of Applications

NIGMS will accept only one application per institution, typically defined by a unique identifier, such as DUNS (https://fedgov.dnb.com/webform/) and an NIH Institution Profile File (IPF) (https://public.era.nih.gov/commons/public/quickqueries/ipfNumberByOrgName.era) number.

The NIH will not accept duplicate or highly overlapping applications under review at the same time. This means that the NIH will not accept:

- A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.
- A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.
- An application that has substantial overlap with another application pending appeal of initial peer review (see NOT-OD-11-101 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-11-101.html)).

### Preceptors/Mentors (Participating Faculty)

The selected faculty should be active researchers in the biomedical sciences as demonstrated by recent publications and research support. When building a training team, programs should include faculty who are committed to training, mentoring, and providing supportive and inclusive research environments. Programs are encouraged to build a diverse team of preceptors/mentors that includes, for example, faculty from underrepresented groups (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)) and faculty at different career stages (i.e., early-career as well as established faculty).

### Trainees

The individual to be trained must be a citizen or a noncitizen national of the United States or have been lawfully admitted for permanent residence at the time of appointment. Additional details on citizenship, training period, and aggregate duration of support are available in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=61131)*.

Trainees should be research-oriented individuals enrolled in a major leading to a baccalaureate degree in a STEM discipline that will prepare the trainee for a biomedical, research-focused higher degree program (e.g., Ph.D. or M.D./Ph.D.). All trainees are required to pursue their research training full time as specified by the sponsoring institution in accordance with its own policies. Appointments are normally made in 12-month increments for 2-3 years, and no trainee may be appointed for less than 9 months during the initial period of appointment, except with prior approval of the NIH awarding unit.

# Section IV. Application and Submission Information

## 1. Requesting an Application Package

The application forms package specific to this opportunity must be accessed through ASSIST, Grants.gov Workspace or an institutional system-to-system solution. Links to apply using ASSIST or Grants.gov Workspace are available in Part 1 of this FOA. See your administrative office for instructions if you plan to use an institutional system-to-system solution.

## 2. Content and Form of Application Submission

It is critical that applicants follow the Training (T) Instructions in the SF424 (R&R) Application Guide (//grants.nih.gov/grants/guide/url_redirect.php?id=12000) except where instructed in this funding opportunity announcement to do otherwise. Conformance to the requirements in the Application Guide is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.

### Page Limitations

All page limitations described in the SF424 (R&R) Application Guide and the Table of Page Limits (//grants.nih.gov/grants/guide/url_redirect.php?id=61134) must be followed.

### Instructions for Application Submission

The following section supplements the instructions found in the SF424 (R&R) Application Guide and should be used for preparing an application to this FOA.

### SF424(R&R) Cover

Follow all instructions provided in the SF424 (R&R) Application Guide.

### SF424(R&R) Project/Performance Site Locations

Follow all instructions provided in the SF424 (R&R) Application.

### SF424 (R&R) Other Project Information

Follow all instructions provided in the SF424 (R&R) Application, with the following modifications:

**Are Human Subjects Involved:** Check "No" unless the training program itself requires the trainees to take a workshop or course that will involve human subjects.

**Are Vertebrate Animals Used:** Check "No" unless the training program itself requires the trainees to take a workshop or course that will involve vertebrate animals.

**Project Summary/Abstract:** Provide an overview of the entire program. Include the mission, objectives, rationale and design of the research training program. Highlight key activities in the training plan that promote skills development and the successful transition into and completion of biomedical, research-focused higher degree programs. Indicate the intended trainee outcomes.

**Other Attachments.**

*Advisory Committee (1-page maximum). An Advisory Committee* is not a required component of a training program. However, if an Advisory Committee is intended, provide a plan for the appointment of an Advisory Committee to monitor progress of the training program. The roles, responsibilities, and desired expertise of committee members, frequency of committee meetings, and other relevant information should be included. Describe how the Advisory Committee will assess the overall effectiveness of the program. To avoid conflicts in the review process, only pre-existing Advisory Committee members should be named in the application. Potential Advisory Committee members should not be identified or contacted prior to receiving an award. Please name the file Advisory_Committee.pdf .

APHA App. 339

Case: 25-1611     Document: 00118310432     Page: 343     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM     Case 1:25-cv-10787-BEM   Document 38-23   Filed 04/25/25   Page 12 of 31
PAR-21-147: Ruth L. Kirschstein National Research Service Award (NRSA) Short-Term Institutional Research Training Grant (T35 Clinical Trial Not Allowed)

*Recruitment Plan to Enhance Diversity (3-page maximum)*. The applicant must provide a *Recruitment Plan to Enhance Diversity*. The application should include outreach strategies and activities designed to recruit potential training program candidates who are from diverse backgrounds, including students from underrepresented racial and ethnic groups, individuals with disabilities, and students from disadvantaged backgrounds (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)). Applicants are encouraged to consult the NIGMS webpage for strategies to enhance diversity in training programs (https://www.nigms.nih.gov/training/diversity/pages/approaches.aspx) when designing their plans. Describe the specific efforts to be undertaken by the training program and how these might coordinate with trainee recruitment efforts of the institution. Centralized institutional efforts alone will not satisfy the requirement to recruit individuals from underrepresented groups. Participating faculty are expected to be actively involved in recruitment efforts. Please name the file Recruitment_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*Trainee Retention Plan (3-page maximum)*. The applicant must provide a *Trainee Retention Plan*. The *Trainee Retention Plan* must describe efforts to sustain the scientific interests as well as monitor the academic and research progress of trainees from all backgrounds within a program (i.e., retention). Applicants are encouraged to consult the NIH's extramural diversity website to identify promising retention practices (https://extramural-diversity.nih.gov/building-participation/recruitment-retention) and to use evidence-informed practices for retention with the recognition that the variety of trainee backgrounds and experiences may necessitate the need to tailor retention approaches. Describe the specific efforts to be undertaken by the training program and how these might coordinate with trainee retention efforts of the institution(s). Centralized institutional efforts alone will not satisfy the requirement to implement robust and successful mechanisms to retain all trainees (e.g., participating faculty are expected to be actively involved in trainee retention efforts). Please name the file Retention_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*Outcomes Data Collection and Storage Plan (2-page maximum)*. The applicant must provide an *Outcomes Data Collection and Storage Plan* to track the outcomes for all supported trainees for a minimum of 15 years beyond the trainee's participation in the program. Programs are encouraged to make the aggregate outcome data available on the institution's website. If the applicant intends to make the data available, describe how the aggregate data will be de-identified before public posting. The applicant must include a strategy to ensure the secure storage and preservation of program data and outcomes. Describe how the data will be centralized, safeguarded, and retrievable during leadership changes. Please name the file Data_Collection_Storage_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*Dissemination Plan (1-page maximum)*. The application must provide a specific *Dissemination Plan* to publish or present nationally any findings or materials developed under the auspices of the program. Examples of dissemination may include data or materials from successful training or mentoring interventions via web postings, presentations at scientific meetings, and/or workshops. Please name the file Dissemination_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*The filename provided for each Other Attachment will be the name used for the bookmark in the electronic application in eRA Commons.*

## SF424(R&R) Senior/Key Person Profile Expanded
Follow all instructions provided in the SF424 (R&R) Application with the following modifications.

**Biographical sketch.** The personal statement should describe a commitment to scientific rigor, research training, mentoring, as well as to promoting inclusive, safe, and supportive scientific environments.

## PHS 398 Cover Page Supplement
Follow all instructions provided in the SF424 (R&R) Application.

## PHS 398 Training Subaward Budget Attachment(s)
Follow all instructions provided in the SF424 (R&R) Application Guide.

## Training Budget
Follow all instructions provided in the SF424 (R&R) Application Guide.

## PHS 398 Research Training Program Plan
The PHS 398 Research Training Program Plan Form is comprised of the following sections:

- Training Program

- Faculty, Trainees, and Training Record
- Other Training Program Sections
- Appendix - Note that the Appendix should only be used in circumstances covered in the NIH policy on appendix materials or if the FOA specifically instructs applicants to do so.

Follow all instructions provided in the SF424 (R&R) Application Guide with the following modifications:

Attention must be given to the required Training Data Tables (//grants.nih.gov/grants/guide/url_redirect.php?id=61169) for undergraduate programs (Tables 2, 3, 4, 5C, and 8D). In the Program Plan, applicants should also summarize key data from the tables that highlight the characteristics of the applicant pool, program faculty, institutional support, student outcomes, and other factors that contribute to the overall training environment of the program.

## Training Program

Follow all training instructions provided in the SF424 (R&R) application guide except where instructed to do otherwise below.

### Program Plan

The "Program Plan" attachment is required and must adhere to the NIH Table of Page Limits (https://grants.nih.gov/grants/how-to-apply-application-guide/format-and-write/page-limits.htm#train), as well as the organization and instructions provided below.

Do not follow the organization and instructions provided in the SF424 (R&R) application guide for the Program Plan attachment; instead applicants must use the instructions below. Start each section with the appropriate heading.

*Rationale, Mission, and Objectives*

The application should describe how the MARC program will develop a diverse pool of well-trained scientists who have the technical, operational, and professional skills required to conduct research in a safe, ethically responsible and rigorous manner, and to enter the next phase of the career pathway as delineated in the Program Objective. The application should describe how the program will enhance the training environment and not simply provide financial support to the trainees. Specifically, applicants should describe the following:

- The justification for the proposed diversity enhancing research training program. The application should describe the current institutional efforts to promote diversity and to create inclusive research training environments and how the MARC program will enhance, but not duplicate these efforts. The rationale for the program should expand upon the "Training Outcome" data requested below that provides institutional baseline data on previous student outcomes comparing success rates for groups that are well-represented and underrepresented in the biomedical research workforce (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html));
- Current research training environment and student demographics. The application should describe the research training environment including, but not limited to, the relevant background, an overview of the current research training activities of the participating department(s) or unit(s), and areas for improvement in the current research training practices. The application must demonstrate the presence of a sufficient number of potential trainees from diverse backgrounds, for example, those from underrepresented groups (applicants are encouraged to use the Suggested Table Formats A.1, A.2, and A.3 (https://www.nigms.nih.gov/training/MARC/pages/MARCtables.aspx) found on the NIGMS webpage to present the data; any Suggested, or other, Tables must be included in the Training Program section and will count towards the 25-page limit), and of faculty mentors/participating faculty in the appropriate biomedical fields (Tables 2 and 4 (https://grants.nih.gov/grants/forms/data-tables.htm)). The application should also demonstrate the existence of sufficient resources to achieve the training objectives (Table 3 (https://grants.nih.gov/grants/forms/data-tables.htm)); and
- The training mission (i.e., broad statement of purpose of the program), and objectives (i.e., specific measurable outcomes the program intends to achieve). The baseline data, the trainee pool, and the institutional context should inform the objectives and the design of the proposed training program. The program-specific mission and objectives should align with the Overarching Objective of this funding announcement. Objectives should include, but not be limited to, baccalaureate degree completion rates, appropriate time-to-degree, and the rate of transitioning into and completion of research-focused higher degree programs.

*Curriculum and Overall Training Plan*

The application should describe the following:

Case: 25-1611    Document: 00118310432    Page: 345    Date Filed: 07/08/2025    Entry ID: 6734280

4/11/25, 1:56 PM    Case 1:25-cv-10787-BEM    Document 38-23    Expired/PAR-21-147 Cultivating Access to Research Careers PagClinical Research NewAofto83sh)

- How the courses, structured activities, and research experiences will accomplish the specific training mission and objectives. Explain how these training activities are designed to develop the technical, operational, and professional skills of trainees. The application must include the "Required Training Activities" appendix to provide material to assess the required training elements and may use the "Elective Activities" appendix to provide up to four additional activities;
- Proposed changes to current research training practices to keep pace with the rapidly evolving biomedical research enterprise (e.g., curricular reforms, incorporation of additional quantitative and computational skills development, etc.);
- The mechanisms to ensure that trainees participate in authentic research experiences throughout the training period. Applications that propose classroom-centered research training activities should describe the learning objectives, course attributes, participating faculty, training frequency, and expected trainee outcomes. If trainee research experiences are proposed to include other institutions, describe how the PD(s)/PI(s) will interact with the research mentors to promote trainee success;
- The plans to ensure that MARC trainees complete at least one summer research training experience at a research-intensive institution (either at an external site or at the home institution). Preferable sites are graduate institutions that offer NIH T32 predoctoral programs. To assist with this interaction, NIGMS maintains a list of NIGMS-funded T32 programs (http://www.nigms.nih.gov/training/pages/InstGrantLists.aspx). Other NIH Institutes and Centers also support the T32 predoctoral training program in various research areas. For a query search to identify such programs, visit the NIH Research Portfolio Online Reporting Tools (RePORT (http://report.nih.gov/index.aspx)) website;
- The mechanism for ensuring that the trainees are learning the highest standards of practice in biomedical research (e.g., record keeping and safety);
- How the Participating Faculty will teach laboratory safety throughout the didactic and mentored portions of the program;
- How the training activities will employ evidence-informed approaches to trainee learning, mentorship, inclusion, and professional development;
- The activities that will build a strong cohort of research-oriented individuals while enhancing the science identity, self-efficacy, and a sense of belonging among the cohort members;
- Representative examples of training programs for individual trainees. Examples may include degree requirements, didactic courses, laboratory experiences, and other training activities, such as seminars, journal clubs, etc. Describe how each trainee's program will be guided, and how the trainee's performance will be monitored and evaluated. Discuss the anticipated time required to complete the training program up to degree attainment;
- The trainees academic and research background needed to pursue the proposed training and plans to accommodate differences in preparation among trainees.
- How the training activities will be available to other trainees in the program(s), department(s) or institution(s) from which the supported trainees are drawn;
- For multi-disciplinary and/or multi-departmental programs, indicate how the individual disciplinary and/or departmental components of the program are integrated and coordinated, and how they will relate to an individual trainee's experience; and
- The ways, when applicable, that the training plan is distinct from, but will share resources and synergize with, other NIGMS-funded predoctoral training programs at the same institution (i.e., NIGMS predoctoral training programs listed in Table 3 (https://grants.nih.gov/grants/forms/data-tables.htm)). See the "Program Considerations" section above.

*Career Development*

The application should describe the following:

- How the pool of potential applicants and trainees will be provided with information about the career outcomes of graduates of the program (e.g., on publicly accessible websites) and about the overall biomedical research workforce employment landscape;
- How trainees will be provided with support as well as adequate, appropriate, and timely information regarding the steps required to transition into the next phase of the biomedical research workforce pathway (e.g., when applying to research-focused graduate programs, or funding opportunities);
- How the trainees will be sponsored or mentored by individuals who will enhance their career opportunities (e.g., contacts at national meetings and institutions with NIH-funded T32 training programs, as well as members of scientific societies, and the research community);

*Program Oversight, Participating Faculty Selection, and Mentor Training*

The application should include the planned strategy and administrative structure to oversee and monitor the program, and to ensure appropriate and timely trainee progress for the duration of the trainees' undergraduate careers (the application may

APHA App. 342

include the "Evaluation and Assessment Instruments" Appendix to provide blank rubrics or forms). The application should describe how the participating faculty are trained to ensure the use of evidence-informed teaching, training and mentoring practices that promote the development of trainees from all backgrounds, e.g., trainees from underrepresented backgrounds in the biomedical sciences (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)). Applicants should describe the following:

- How the program will ensure that participating faculty employ the highest standards of scientific rigor and impart those standards to their trainees;
- How the program will ensure that participating faculty reinforce and augment the curricular material on responsible conduct of research, and methods for enhancing reproducibility;
- The mechanism for matching trainees with the appropriate participating faculty mentors;
- How the program will ensure that participating faculty engage in activities that promote trainee career development (including but not limited to the utilization of Individual Development Plans) to fulfill the need of the trainees to obtain their degrees in a timely fashion with the skills, credentials, and experiences to transition into the next phase of the biomedical research career pathway that are consistent with the trainees interests and values;
- A mechanism to monitor mentoring, including oversight of the effectiveness of the trainee/participating faculty match, and a plan for removing faculty displaying unacceptable mentorship qualities from the training program (applicants may use the Appendix labeled Conflict Resolution Protocols to provide details of the plan); and
- If a program coordinator or administrator position is planned to enhance oversight, a description of the person's administrative capabilities that are essential to coordinate the program must be included in the application.

### Institutional and Departmental Commitment to the Program

A letter providing assurances of the institutional commitment to the program must be included in the *Institutional Support Letter* in the **"Letters of Support"** section of the application. In addition, applicants may use this section of the Training Program to expand upon the **Facilities & Other Resources** section and the **Letters of Support** section, as necessary, to provide additional information regarding the institutional and departmental commitment to the program. Do not repeat information contained elsewhere in the application.

This section or the *Institutional Support Letter* should address how research training at the undergraduate level is supported. Additional examples of institutional commitment specific to undergraduate biomedical research training may include, but are not limited to:

- Support of an Office of Undergraduate Research;
- Stipend and tuition remission for research-oriented undergraduates;
- Undergraduate biomedical research counting towards course credit hours and/or degree requirements;
- Funds and protected time for faculty to develop course-based undergraduate research experiences that will fulfill degree requirements;
- Funds to sustain research-oriented courses;
- Faculty teaching models that support integrated/interdisciplinary STEM curricula and courses;
- Support of research training administrators and coordinators;
- Supervised student access to research facilities during non-standard work hours; and
- Personnel dedicated to undergraduate student success and oversight (e.g., tutoring and academic support services, infrastructure to identify students in need).

### Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s))

The application should describe how the Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s)) will promote the success of the trainees and training program. NIGMS encourages multiple PDs/PIs, particularly when each brings a unique perspective and skill set that will enhance training as described in the Eligible Individuals section. The application should expand on the information in the biosketch(es) to address how the PD/PI or PD/PI team has:

- The expertise, as well as the administrative and training experience, to provide strong leadership, direction, management, and administration of the proposed research training program;
- The time to commit sufficient effort to ensure the program's success given other professional obligations (the application should indicate the PD(s)/PI(s) s percent effort in the proposed program);
- At least one member of the team who has the scientific expertise in the biomedical sciences and who has a record of using rigorous and transparent methods in experimental design, data collection, analysis, and reporting;

APHA App. 343

Case: 25-1611    Document: 00118310432    Page: 347    Date Filed: 07/08/2025    Entry ID: 6734280

4/11/25, 1:56 PM    Case 1:25-cv-10787-BEM    Document 38-23    Filed 04/25/25    Page 16 of 31
Expedited PAR-21-147 Sustaining Access to Research Careers (StAR) Clinical Trial Not Allowed

- A demonstrated commitment to training the next generation of the biomedical research workforce, leading recruitment efforts to enhance diversity, and fostering inclusive research environments. As with all participating faculty, the PD(s)/PI(s) should have received training on how to effectively mentor trainees from all backgrounds, e.g., trainees from groups underrepresented in the biomedical sciences (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)); and
- A clearly delineated administrative structure and leadership succession plan for critical positions (e.g., PD(s)/PI(s)).

*Preceptors/Mentors (Participating Faculty)*

The application should describe how the participating faculty will promote the success of the trainees and training program, as well as conducting responsible and rigorous research. Describe how the program has or will assemble a diverse team of participating faculty (e.g., individuals from underrepresented backgrounds (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-053.html)), women, and faculty at different career stages) to provide potential role models within the training program and to enhance the excellence of the training environment. The application should summarize and expand on the material presented in the Training Tables (https://grants.nih.gov/grants/forms/data-tables.htm) and biosketches and address how the participating faculty:

- Have sufficient time to commit to training given their other professional obligations;
- Receive training in effective, evidence-informed teaching and mentoring practices;
- Promote the use of highest standards of practice to ensure the safety of all individuals in the research environment;
- Cooperate, interact, and collaborate (which can include joint sponsorship of trainee research);
- Promote the development of trainee skills in approaches to rigorous experimental design, methods of data collection, data analysis and interpretation, and reporting;
- Provide opportunities for trainees to initiate, conduct, interpret, and present rigorous, reproducible and responsible biomedical research with increasing self-direction;
- Demonstrate a commitment to effective mentoring, and to promoting inclusive, safe and supportive scientific and training environments; and
- Are evaluated as teachers and mentors.

*Trainee Positions, Appointment Process, Retention and Support*

Through the narrative and summaries of the information presented in the required Training Tables (https://grants.nih.gov/grants/forms/data-tables.htm) and the required attachments the following areas relevant to trainees should be addressed.

- Provide a strong justification for the number of requested trainee positions in the context of the training grant eligible pool described in the rationale section of the application and other training programs at the institution. Potential trainees should be research-oriented individuals enrolled in a major leading to a baccalaureate degree in a STEM discipline that will prepare the individual for a biomedical, research-focused higher degree program (e.g., Ph.D. or M.D./Ph.D.). *For Renewal Applications* - Describe the characteristics of the previously awarded trainees as part of the justification for the requested positions.;
- Explain the proposed training grant support structure, i.e., how many individuals (e.g., 4 per year), at what stage (e.g., third- and fourth-year students), and for how long (e.g., for 2 years); and
- Describe the review process to identify research-oriented candidates for the program. Programs are encouraged to develop a process that considers metrics beyond grade point average, and standardized test scores and that will identify promising candidates who are committed to contributing to the biomedical research enterprise and who, with training and support, will be competitive for research-focused higher degree programs (e.g., Ph.D. or M.D./Ph.D.).
- Applicants may use this section to expand upon the Trainee Retention Plan (provided in the "Other Attachments") and to provide evidence of the program's commitment to ensuring the well-being and success of all trainees throughout their training.

*Training Outcomes*

This section is intended to provide outcomes for the program described in the application (or for new programs, to provide outcomes for training grant eligible students for the proposed program). The application should provide information below about recent outcomes through narrative descriptions and a summary of the data presented in the required training tables (https://grants.nih.gov/grants/forms/data-tables.htm). Although the training tables for new applications only allow for five years of recent outcomes, the application may describe up to 15 years of outcomes in the narrative. Applicants are encouraged to provide outcome data using the Suggested Table Formats B.1, B.2, or B.3

Case: 25-1611     Document: 00118310432     Page: 348     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM     Case 1:25-cv-10787-BEM   Document 38-23   Filed 04/25/25   Page 37 of 89
PAR-21-147: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

(https://www.nigms.nih.gov/training/MARC/pages/MARCtables.aspx) found on the NIGMS webpage. The application should describe the following:

- Evidence that recent program graduates conducted rigorous research that advanced scientific knowledge and/or technologies, with increasing self-direction (e.g., peer-reviewed publications, or other measures of scientific accomplishment appropriate to the field such as presentations at national meetings and receiving fellowships);
- The rate of baccalaureate degree attainment and time-to-degree for recent graduates. The application must include outcome data regarding the number of former individuals in the program who graduated with a baccalaureate degree in a STEM field (obtained goal), remained in the program (still in training), or did not obtain a baccalaureate degree (attrition). The application should include institutional comparator groups (e.g., students with similar demographics and aptitude metrics who were not in the program) and the graduation rates for all students in the STEM fields represented; and
- The success of former students transitioning to the next phase in the biomedical research workforce pathway (e.g., matriculation to a research-focused higher degree program). Applicants must complete Training Table 8D (https://grants.nih.gov/grants/forms/data-tables.htm), and are encouraged to use the Suggested Table Formats B.1, B.2, or B.3 (https://www.nigms.nih.gov/training/MARC/pages/MARCtables.aspx). Any Suggested, or other, Tables must be included in the Training Program section and will count towards the 25-page limit.

*Program Evaluation and Dissemination*

NIGMS funded training programs must conduct ongoing evaluations to monitor the success of the training and mentoring activities. The application should describe:

- The evaluation or assessment process to determine whether the overall program is effective in meeting its training mission and objectives, and whether the scientific research climate is inclusive, safe, and supportive of trainee development (the application may include the "Evaluation and Assessment Instruments" Appendix to provide blank survey instruments, rubrics, or forms);
- Plans for being responsive to outcomes analyses, critiques, surveys and evaluations;
- Past activities to track and post the career outcomes of trainees (applicants should expand upon, but not duplicate the information in the Outcomes Data Collection and Storage Plan ); and
- Past activities designed to share the outcomes of the training or mentoring interventions with the broader community (applicants should expand upon, but not duplicate the information in the Dissemination Plan ).

### Plan for Instruction in the Responsible Conduct of Research

Applicants are required to comply with the instructions for Plan for Instruction in the Responsible Conduct of Research as provided in the SF424 (R&R) Application Guide, along with the following additional instructions:

Describe how the Responsible Conduct of Research (RCR) components are well integrated into the overall curriculum, i.e., how they are taught at multiple stages of trainee development and in a variety of formats and contexts. Explain how the teaching of RCR synergizes with elements of the curriculum designed to enhance trainees abilities to conduct rigorous and reproducible research. Describe how all participating faculty will reiterate and augment key elements of responsible conduct when trainees are performing mentored research in their laboratories.

### Plan for Instruction in Methods for Enhancing Reproducibility

Applicants are required to provide a Plan for Instruction in Methods for Enhancing Reproducibility

as provided in the SF424 (R&R) Application Guide.

Applicants are encouraged to consult the NIGMS clearinghouse for training modules to enhance data reproducibility (https://www.nigms.nih.gov/training/pages/clearinghouse-for-training-modules-to-enhance-data-reproducibility.aspx) and other resources when developing the plans.

### Progress Report (only for Renewal applications)

For applications describing programs that were previously funded under PAR-19-219 (https://grants.nih.gov/grants/guide/pa-files/PAR-19-219.html) follow the instructions provided in the SF424 (R&R) Application Guide with the following exceptions:

For the "Program Overview" section, follow the page limit indicated in the SF424 (R&R) application guide, but follow the instructions below instead:

APHA App. 345

Case: 25-1611     Document: 00118310432     Page: 349     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM      Case 1:25-cv-10787-BEM    Document 38-23    Filed 04/25/25    Page 18 of 31
PAR-21-147: Maximizing Access to Research Careers (T34 Clinical Trial Not Allowed)

- Indicate the period covered since the last competitive review.
- Include information to demonstrate that the program successfully trained a diverse pool of individuals who have the technical, operational, and professional skills to transition into careers in the biomedical research workforce.
- Describe successes and challenges with regards to implementing the programmatic elements described in the previous application, including but not limited to the following areas:
  - Incorporating evidence-informed training and mentoring practices into the program.
  - Teaching of rigor and transparency, and the responsible and safe conduct of research throughout the training experience.
  - The challenges and successes for enhancing diversity and inclusion.
  - Overseeing all aspects of the program (e.g., of the mentor/mentee matches, the participating faculty, and trainee progress).
  - Preparing trainees for a broad range of careers in the biomedical research workforce (including but not limited to the use of Individual Development Plans, IDPs).
- Provide justifications for failing to implement previously proposed programmatic elements.
- Provide evidence that the specific and measurable objectives described in the previous application were achieved and if not, provide a justification for failing to achieve the objectives.
- Describe how the funds provided under "Training Related Expenses" were used to benefit the program.
- Provide the methods and results of the evaluations of the program activities. Indicate whether the training activities were effective in contributing to the program objectives.
- Provide evidence that the scientific research climate is inclusive, safe, and supportive of trainee development.
- Expand upon the "Training Outcomes" to highlight successes and areas for improvement.
- Describe how the program responded to outcomes analyses, critiques, surveys and evaluations. Describe the barriers to success and indicate changes to the program designed to address these barriers.
- Describe how the program makes training and career outcomes publicly available.
- Indicate whether the PD(s)/PI(s) disseminated nationally any findings or materials developed under the auspices of the program to the broader training community.
- Indicate the broader impact of the program (e.g., on the curriculum, training environment, or institutional practices).
- Highlight how the training program has evolved in response to changes in relevant scientific and technical knowledge, educational practices, and evaluation of the training program.

## Faculty, Trainees, and Training Record

### Participating Faculty Biosketches

Participating faculty should provide a personal statement that describes the appropriateness of their research background for the proposed training program, and their commitment to the following:

- Training, mentoring, and promoting inclusive, safe and supportive research environments;
- Maintaining a record of, and providing training in rigorous and unbiased experimental design, methodology, analysis, interpretation, and reporting of results;
- Promoting the use of highest standards of practice to ensure the safety of all individuals in the research environment;
- Supporting trainees participating in activities required to identify and transition into careers in the biomedical research workforce that are consistent with the trainees skills, interests, and values; and
-     Fulfilling the need of the trainees to complete their degrees in a timely fashion with the skills, credentials, and experiences to transition into research-focused higher degree programs (e.g., Ph.D. or M.D./Ph.D.).

### Letters of Support

*Institutional Support Letter (10-page maximum).* The application must include a signed letter on institutional letterhead from a President, Provost, Dean, or similar key institutional leader that describes the activities and resources provided by the institution that are designed to ensure the success of the planned training program and its trainees. If this letter is not included, the application will be considered incomplete and will not be reviewed. The institutional commitment to the following areas should be described (as applicable):

- Developing and promoting a culture in which the highest standards of safety, scientific rigor, reproducibility, and responsible conduct are advanced;

APHA App. 346

Case: 25-1611    Document: 00118310432    Page: 350    Date Filed: 07/08/2025    Entry ID: 6734280

4/11/25, 1:56 PM    Case 1:25-cv-10787-BEM    Document 38-23    Filed 04/25/25    Page 19 of 31
PAR-21-147: Institutional Predoctoral Training Grant in the Pharmacological Sciences (T32 Clinical Trial Not Allowed)

- Ensuring sufficient start-up funding to permit early stage faculty to participate in training, and bridge funding to ensure that training may continue if a mentor experiences a hiatus in funds;
- Supporting core facilities and technology resources, and describing how they can be used to enhance training;
- Providing adequate staff, facilities, and educational resources to the planned program;
- Supporting the PDs/PIs and other key staff associated with the planned training program;
- Fostering and rewarding excellence in training (e.g., through institutional polices such as tenure and promotion);
- Supporting the remediation or removal of Participating Faculty from the program who are poorly performing mentors;
- Promoting diversity and inclusion at all levels of the research training environment (trainees, staff, faculty, and leadership);
- Ensuring a positive, supportive and inclusive research and training environment for individuals from all backgrounds;
- Ensuring the research facilities and laboratory practices promote the safety of trainees;
- Guaranteeing the research facilities are accessible to trainees with disabilities;
- Ensuring that proper policies, procedures, and oversight are in place to prevent discriminatory harassment and other discriminatory practices and to appropriately respond to allegations of such discriminatory practices, including providing any required notifications to NIH (e.g., requesting a change of PD/PI status; see NOT-OD-19-029 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-19-029.html));
- Providing trainees access to student support services, such as healthcare, counseling services, and housing;
- Providing resources and expertise for evaluating the training outcomes of the program; and
- For institutions that have multiple NIGMS-funded predoctoral training grants, the letter should also explain what distinguishes the proposed program from existing ones at the same training level, how the programs will synergize and share resources when appropriate, and how the training faculty, pool of potential trainees, and resources are sufficiently robust to support the proposed program in addition to existing ones.

*Institutional Eligibility Letter.* (1-page maximum). The Authorized Organization Representative or Business Official or similar official with institution-wide responsibility must certify that all the components of the institution under the applicant DUNS or IPF number together have an average of RPG funding greater than or equal to $7.5 million total costs (both direct and F&A/indirect costs) per year over the past 3 fiscal years, as described in Section III, "Eligible Organization". If this letter is not included, the application will be considered incomplete and will not be reviewed.

*Other Letters of Support.* Additional letters of support (e.g., from partner institutions or organizations) are permitted; however, these letters may not contain any information required in the Institutional Support Letter.

Combine all Letters of Support into a single PDF file.

**Data Tables:** The application must include the required Training Data Tables (https://grants.nih.gov/grants/guide/url_redirect.php?id=61169). Applications that do not contain the required tables, or that submit any additional tables in this attachment, will be considered noncompliant and will not be reviewed.

## Appendix

Limited items are allowed in the Appendix. Follow all instructions for the Appendix as described in the SF424 (R&R) Application Guide; any instructions provided here are in addition to the SF424 (R&R) Application Guide instructions.

The Appendix is meant to provide additional details to the following topics but is not meant to substitute for clear descriptions in the body of the application. Do not include items other than the required and allowable materials described below, as doing so will result in administrative withdrawal of the application prior to review. Name the file according to the headings below. A summary sheet listing all the items included in the Appendix may be included in the first Appendix attachment.

**The following are required Appendix materials:**

- Required Training Activities. To adequately assess the content of the didactic portion of the training program, the application must include syllabi/outlines of all required training activities (e.g., syllabi for courses, mentor training materials, professional development workshops, career exploration opportunities, skills development activities).
- Responsible Conduct of Research Syllabi. In addition to the Plan for Instruction in the Responsible Conduct of Research, the application must provide syllabi/outlines of materials relating to Responsible Conduct of Research and descriptions of when in the trainees career paths the material is taught.

**The following are allowable Appendix materials:**

- Elective Activities. The application may include summary content from up to four additional elective courses and/or training activities (e.g., syllabi or summaries for courses, mentor training materials, outlines of professional development workshops, career exploration opportunities, or skills development activities).
- Evaluation and Assessment Instruments. The application may include blank surveys, rubrics, and/or forms used to (a) document and monitor trainee progress and (b) determine whether the training and research environment is effective, inclusive, safe, and supportive.
- Conflict Resolution Protocols (3-page maximum). The application may include detailed protocols for addressing problems with trainee and faculty matches, removal of faculty from the training program with unacceptable training/mentoring skills and for conflict resolutions for multi PD(s)/PI(s) and mentor/mentee relationships.

Applications that do not include the required appendices or that exceed the number of allowed appendices or the page limitation of any of the allowed materials will be considered noncompliant and will not be reviewed.

**PHS Assignment Request Form**
All instructions in the SF424 (R&R) Application Guide must be followed.

## 3. Unique Entity Identifier and System for Award Management (SAM)

See Part 1. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov

## 4. Submission Dates and Times

Part I. Overview Information contains information about Key Dates and times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.php?id=82380), the application deadline is automatically extended to the next business day.

Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11128) (the online portal to find and apply for grants across all Federal agencies). Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subjected to the NIH Policy on Late Application Submission.

**Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.**

Information on the submission process and a definition of on-time submission are provided in the SF424 (R&R) Application Guide.

## 5. Intergovernmental Review (E.O. 12372)

This initiative is not subject to intergovernmental review. (//grants.nih.gov/grants/guide/url_redirect.php?id=11142)

## 6. Funding Restrictions

All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11120). The National Research Service Award (NRSA) policies (//grants.nih.gov/grants/guide/url_redirect.php?id=41171) apply to this program. An NRSA appointment may not be held concurrently with another Federally sponsored fellowship, traineeship, or similar Federal award that provides a stipend or otherwise duplicates provisions of the NRSA.

Pre-award costs are allowable only as described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11143). Note, however, that pre-award costs are not allowable charges for stipends or tuition/fees on institutional training grants because these costs may not be charged to the grant until a trainee has actually been appointed and the appropriate paperwork submitted to the NIH awarding component. Any additional costs associated with the decision to allow research elective credit for short-term research training are not allowable charges on an institutional training grant.

APHA App. 348

Case: 25-1611    Document: 00118310432    Page: 352    Date Filed: 07/08/2025    Entry ID: 6734280

4/11/25, 1:56 PM    Case 1:25-cv-10787-BEM    Document 38-23    Filed 04/25/25    Page 41 of 89
Expired PAR-21-147: Maximizing Access to Research Careers (T34 Clinical Trial Not Allowed)

# 7. Other Submission Requirements and Information

Applications must be submitted electronically following the instructions described in the SF424 (R&R) Application Guide. Paper applications will not be accepted.

**Applicants must complete all required registrations before the application due date.**    Section III. Eligibility Information contains information about registration.

For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply Application Guide (https://grants.nih.gov/grants/how-to-apply-application-guide.html). If you encounter a system issue beyond your control that threatens your ability to complete the submission process on-time, you must follow the Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission, contact the Application Submission Contacts in Section VII.

**Important reminders:**

All PD(s)/PI(s) must include their eRA Commons ID in the Credential field of the Senior/Key Person Profile Component of the SF424(R&R) Application Package. Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH.

The applicant organization must ensure that the DUNS number it provides on the application is the same number used in the organization's profile in the eRA Commons and for the System for Award Management (SAM). Additional information may be found in the SF424 (R&R) Application Guide.

See more tips (//grants.nih.gov/grants/guide/url_redirect.php?id=11146) for avoiding common errors.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review and NIGMS. Applications that are incomplete or non-compliant will not be reviewed.

**Applicants Requesting $500,000 or more for direct costs (less consortium F&A) in any year**

Applicants requesting $500,000 or more in direct costs in any year **are not required** to contact a Scientific/ Research Contact prior to submitting an application. The Policy on the Acceptance for Review of Unsolicited Applications that Request $500,000 or More in Direct Costs as described in the SF424 (R&R) Application Guide **is not** applicable to this FOA.

**Post Submission Materials**

Applicants are required to follow the instructions for post-submission materials, as described in the policy (//grants.nih.gov/grants/guide/url_redirect.php?id=82299).

# Section V. Application Review Information

## 1. Criteria

Only the review criteria described below will be considered in the review process.

Applications submitted to the NIH in support of the NIH mission (//grants.nih.gov/grants/guide/url_redirect.php?id=11149) are evaluated for scientific and technical merit through the NIH peer review system.

**Overall Impact**

Reviewers will provide an overall impact score to reflect their assessment of the likelihood that the proposed training program will produce a diverse pool of well-trained scientists who complete their baccalaureate degree and transition into and complete biomedical, research-focused higher degree programs (e.g., Ph.D. or M.D./Ph.D.). Will the program provide trainees with the technical (e.g., appropriate methods, technologies, and quantitative/computational approaches), operational (e.g., independent knowledge acquisition, rigorous experimental design, and interpretation of data), and professional (e.g., management, leadership, communication, and teamwork) skills necessary to conduct rigorous and reproducible research, and transition into research-focused higher degree programs (e.g., Ph.D. or M.D./Ph.D.), in consideration of the following review criteria and additional review criteria (as applicable for the program proposed)?

Specifically, do the courses, structured training activities, mentoring, and research experiences equip the trainees with:

- A broad understanding across biomedical disciplines;
- Expertise in a basic biomedical scientific discipline and the skills to independently acquire the knowledge needed to advance their chosen fields;

APHA App. 349

- The ability to think critically and independently, and to identify important biomedical research questions and approaches that push forward the boundaries of their areas of study;
- A strong foundation in scientific reasoning, rigorous research design, experimental methods, quantitative and computational approaches, and data analysis and interpretation;
- The skills to conduct research in the safest manner possible, and a commitment to approaching biomedical research responsibly, ethically, and with integrity;
- Experience initiating, conducting, interpreting, and presenting rigorous and reproducible biomedical research with increasing self-direction;
- The ability to work effectively in teams with colleagues from a variety of cultural and scientific backgrounds, and to promote inclusive and supportive scientific research environments;
- The skills to teach and communicate scientific research methodologies and findings to a wide variety of audiences (e.g., discipline-specific, across disciplines, and the public); and
- The knowledge, professional skills and experiences required to identify and transition into careers in the biomedical research workforce (i.e., the breadth of careers that sustain biomedical research in areas that are relevant to the NIH mission)?

## Scored Review Criteria

Reviewers will consider each of the review criteria below in the determination of the merit of the training program, and give a separate score for each. An application does not need to be strong in all categories to be judged likely to have major scientific impact.

### Training Program and Environment

#### Rationale, Mission, and Objectives

- Does the application provide a compelling rationale for the proposed research training program?
- Does the proposed program demonstrate the presence of a sufficient pool of potential trainees in appropriate disciplines, program faculty with the appropriate scientific expertise, and resources to achieve the training objectives?
- Are the mission and objectives for the training program specific and measurable and in alignment with the goal of the program?

#### Curriculum and Overall Training Plan

- Will the courses, structured training activities, mentoring, and research experiences achieve the stated mission and objectives of the proposed training program?
- Does the application propose changes in the program's research training and mentoring practices to effectively address the rapidly evolving biomedical research enterprise and current understanding of evidence-informed training and mentoring approaches?
- Will the trainees participate in authentic research experiences and complete at least one summer research training experience at a research-intensive institution?
- Is the mechanism for ensuring that the trainees are learning the highest standards of practice in biomedical research (e.g., record keeping and safety) robust?
- Will the Participating Faculty teach laboratory safety throughout the didactic and mentored portions of the program?
- Does the training program plan provide a compelling explanation of how the courses, structured training activities, mentoring, and research experiences employ modern, evidence-informed approaches that are likely to enhance the success of the trainees?
- Are the activities likely to build a strong cohort of research-oriented individuals while enhancing the science identity, self-efficacy, and a sense of belonging among the cohort members?
- Do the required and elective training elements (e.g., syllabi, course descriptions) provide compelling evidence that the trainees will gain the requisite skills for the discipline in a timely fashion and that there are mechanisms to ensure that the trainees will be guided, monitored, and evaluated?
- Are there plans to accommodate differences in preparation among trainees?
- Is it clear how the proposed program will enhance the research training environment and not simply provide financial assistance for the trainees?
- Is it clear how the training activities will be available to other students in the program(s), department(s), or institution(s) from which the trainees are drawn?

APHA App. 350

- For multi-disciplinary and/or multi-departmental programs, is it clear how the individual disciplinary and/or departmental components of the program are integrated and coordinated, and how each will relate to an individual trainee's experience?
- If applicable, is the proposed program distinct from, but planning to share resources and synergize with other NIGMS-funded predoctoral training programs at the institution?

**Career Development**

- Is there a mechanism to ensure the pool of potential applicants and trainees will be provided with information about the outcomes of former trainees of the program (e.g., on publicly accessible websites) and about the overall biomedical research workforce employment landscape?
- Will the trainees be provided with support as well as adequate, appropriate, and timely information regarding the steps required to transition into the next phase of the biomedical research workforce pathway (e.g., when applying to research-focused graduate programs, or funding opportunities)?
- Will the trainees be introduced to mentors and sponsors who will enhance their career opportunities (e.g., contacts at national meetings and institutions with NIH-funded T32 training programs, as well as members of scientific societies, and the research community)?

**Program Oversight, Participating Faculty Selection, and Mentor Training**

- Does the application describe an effective strategy and administrative structure to oversee and monitor the program to ensure appropriate and timely trainee progress for the duration of the trainees' undergraduate careers?
- Is selection of the program faculty based on a commitment to training and mentoring, and not simply research productivity?
- Will the participating faculty be trained to ensure the use of evidence-informed teaching and mentoring practices that promote the development of trainees from all backgrounds?
- Do the participating faculty have a record of employing the highest standards of rigor and transparency in their research, and plans to impart those standards to their trainees?
- Will the program ensure that program faculty reinforce and augment the curricular material on responsible conduct of research, and methods for enhancing reproducibility?
- Is there a clear mechanism for matching the trainees with appropriate program faculty?
- Is there a plan to ensure that the participating faculty engage in activities that promote trainee career development (including but not limited to the utilization of Individual Development Plans), and fulfill the need of the trainees to obtain their degrees in a timely fashion with the skills, credentials and experiences to transition into the next phase of the biomedical research pathway that are consistent with the trainees' interests, and values?
- Is there an effective mechanism to monitor mentoring, including oversight of the effectiveness of the trainee/participating faculty match, and a plan for removing participating faculty displaying unacceptable mentorship qualities from the training program?
- If a program coordinator or administrator position is planned, will the person's administrative capabilities contribute to the success of the program?

**Institutional and Departmental Commitment to the Program**

- Will the institutional and departmental commitment to research and training excellence promote the success of the trainees and training program?
- Is there a clear institutional commitment to develop and promote a culture in which the highest standards of safety, scientific rigor, reproducibility, and responsible conduct of research are advanced?
- Does the institution provide sufficient start-up funding to permit early stage faculty to participate in training, and bridge funding to ensure that training may continue if a mentor experiences a hiatus in funds?
- Are the core facilities and technology resources necessary for the success of the program well supported?
- Is there adequate support of the PD(s)/PI(s) and other key staff, facilities, and educational resources associated with the training program?
- Do participating faculty have sufficient protected time available to devote to the training and mentoring activities?
- Is there evidence that the institution rewards excellence in training and mentoring through institutional policies?
- Does the institution support the remediation or removal of Participating Faculty from the program who are poorly performing mentors?
- Are diversity and inclusion efforts promoted at all levels of the research training environment (trainees, staff, faculty, and leadership)?

Case: 25-1611     Document: 00118310432     Page: 355     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM     Case 1:25-cv-10787-BEM   Document 38-23   Filed 04/25/25   Page 44 of 89
PAR-21-147: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (T32 Clinical Trial Not Allowed)

- Does the institution promote a positive, supportive, safe and inclusive research and training environment for individuals from all backgrounds?
- Is there evidence that the research facilities and laboratory practices ensure the safety of trainees?
- Is a process in place to address access issues for trainees with identified disabilities?
- Are appropriate policies and procedures in place to protect trainees from harassment and other prohibited practices?
- Is there evidence of an institutional commitment to providing the trainees access to student support services, such as health care, counseling services, and housing?
- Are the resources and expertise for evaluating the training outcomes of the program appropriate?
- Does the plan describe the changes the program(s), department(s) and/or the institution(s) will make to better support the goals of the training program?
- Does the application adequately address how research training at the undergraduate level is supported?

## Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s))

- Do the PD(s)/PI(s) have the scientific expertise, and administrative and training experience to provide strong leadership, direction, management, and administration of the proposed research training program?
- Do the PD(s)/PI(s) have the time to commit sufficient effort to ensure the program's success, given their other professional obligations?
- Does at least one member of the PD/PI team have a demonstrated record of using rigorous and transparent methods in experimental design, data collection, analysis, and reporting in the proposed scientific field?
- Have the PD(s)/PI(s) received training on how to effectively mentor trainees, including those from underrepresented groups, and promote inclusive, safe, and supportive research training environments?
- Do the PD(s)/PI(s) have a demonstrated commitment to training the next generation of the biomedical research workforce, leading recruitment efforts to enhance diversity, and fostering inclusive research environments?
- Are there a strong administrative structure and leadership succession plan for critical positions (e.g., PD/PI)?

### For applications designating multiple PD(s)/PI(s):

- Will the multiple PD/PI leadership approach benefit the trainees and enhance the ability of the program to achieve its training goals?
- Is there a clear leadership plan including the designated roles and responsibilities, governance, conflict resolution procedures, and organizational structure (see Multiple PD/PI Leadership Plan section)?

## Preceptors/Mentors (Participating Faculty)

- Do the participating faculty describe a compelling commitment to rigorous and unbiased experimental design, methodology, analysis, interpretation, and reporting of results?
- Do the participating faculty describe a compelling commitment to ethically sound and responsible scientific research?
- Do the participating faculty have plans to promote the use of highest standards of practice to ensure the safety of all individuals in the research environment?
- Do the selected program faculty come from various backgrounds, for example, individuals from groups underrepresented in the biomedical sciences, women, as well as faculty at different career stages (i.e., junior and senior faculty)? If not, are there plans to recruit faculty to enhance the diversity?
- Do the participating faculty have the time to commit sufficient effort to ensure trainee development and success, given their other professional obligations?
- Is there evidence that the participating faculty cooperate, interact, and collaborate (which can include joint sponsorship of trainee research)?
- Do the participating faculty provide opportunities for trainees to initiate, conduct, interpret, and present rigorous and reproducible biomedical research with increasing self-direction?
- Do the participating faculty have plans for ensuring their trainees develop skills in approaches to experimental design, as well as methods of data collection, analysis, interpretation, and reporting?
- Do the participating faculty demonstrate a commitment to effective mentoring, and promoting inclusive, safe, and supportive scientific and training environments?
- Are the participating faculty willing to engage in activities to promote the trainees career goals and to support trainees participating in activities required to identify and transition into careers in the biomedical research workforce that are

APHA App. 352

consistent with the trainees' skills, interests, and values?

- Do the participating faculty have a commitment to fulfilling the need of the trainees to obtain their degrees in a timely fashion with the skills, credentials, and experiences to transition into research-focused higher degree programs (e.g., Ph.D. or M.D./Ph.D.)?

## Trainee Positions, Appointment Process, and Retention, and Support

- Does the application provide a strong justification for the number of requested funded trainee positions given the pool of potential trainees, the size of the proposed program, the number of participating faculty, and other NIGMS funded training programs?
- Are trainees being appointed at the appropriate stage in order to most strongly benefit from the training program?
- Is the candidate review process likely to identify research-oriented candidates who are likely to transition to the next phase in the biomedical pathway?
- Is there an adequate, data-informed retention plan to ensure the well-being and success of all trainees throughout their training (see the "Trainee Retention Plan" attachment)?

## Training Record

### Training Outcomes for Trainees (renewals) or Training Grant Eligible Pool (new applications)

- Does the application provide evidence the trainees (or training grant eligible pool) conducted rigorous research that advanced scientific knowledge and/or technologies with increasing self-direction?
- Does the rate of degree attainment and time-to-degree for the trainees (or training grant eligible pool) indicate that these students completed their degrees at a high rate in a timely fashion?
- Are the trainees (or individuals in the training grant eligible pool) transitioning into and completing higher research-oriented higher degree programs (e.g., Ph.D. or M.D./Ph.D.)?

### Program Evaluation

- Is there a well thought out evaluation or assessment plan to determine whether the overall program is effective in meeting its training mission and objectives, and whether the training and scientific research climates are inclusive and supportive of trainee development (narrative and "Evaluation and Assessment Instruments" Appendix)?
- Is there evidence that the program has been and/or will be responsive to outcomes, critiques and evaluations?
- Does the training program have an appropriate plan to track trainee outcomes and make the data publicly available (e.g., on the institution's website)?

## Additional Review Criteria

As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.

### Training in Methods for Enhancing Reproducibility

Does the Instruction in Methods for Enhancing Reproducibility plan describe how trainees will be instructed in principles important for enhancing research reproducibility including, at a minimum, evaluation of foundational research underlying a project, rigorous experimental design and data analysis, consideration of relevant biological variables such as sex, authentication of key biological and/or chemical resources, data and material sharing, record keeping, and transparency in reporting? Are the rigor and transparency components sufficiently well integrated into the overall curriculum? Are they taught at multiple stages of trainee development and in a variety of formats and contexts? Does the teaching synergize with elements of the curriculum designed to enhance trainees' abilities to conduct responsible research? Is there evidence that all participating faculty reiterate and augment key elements of methods for enhancing reproducibility when trainees are performing mentored research their laboratories? The plan will be rated as ACCEPTABLE or UNACCEPTABLE, and the summary statement will provide the consensus of the review committee.

### Recruitment Plan to Enhance Diversity

Reviewers will examine the strategies to be used in the recruitment of prospective individuals from underrepresented groups. The plan will be rated as ACCEPTABLE or UNACCEPTABLE, and the consensus of the review committee will be included in an

APHA App. 353

Case: 25-1611    Document: 00118310432    Page: 357    Date Filed: 07/08/2025    Entry ID: 6734280

4/11/25, 1:56 PM    Case 1:25-cv-10787-BEM    Document 38-23    Expressed PAR-21-147: Maximizing Access to Research Careers (MARC) (T34 Clinical Trial Not Allowed)    Filed 04/25/25    Page 46 of 89

administrative note in the summary statement.

## Training in the Responsible Conduct of Research

All applications for support under this FOA must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). Taking into account the specific characteristics of the training program, the level of trainee experience, and the particular circumstances of the trainees, the reviewers will evaluate the adequacy of the proposed RCR training in relation to the following five required components: 1) **Format** - Does the plan satisfactorily address the format of instruction, e.g. lectures, coursework and/or real-time discussion groups, including face-to-face interaction? (A plan involving only on-line instruction is not acceptable); 2) **Subject Matter** Does the plan include a sufficiently broad selection of subject matter, such as conflict of interest, authorship, data management, human subjects and animal use, laboratory safety, research misconduct, and research ethics? 3) **Faculty Participation** - Does the plan adequately describe how faculty will participate in the instruction? For renewal applications, are all training faculty who served as course directors, speakers, lecturers, and/or discussion leaders during the past project period named in the application? 4) **Duration of Instruction** - Does the plan meet the minimum requirements for RCR, i.e., at least eight contact hours of instruction? 5) **Frequency of Instruction** Does the plan meet the minimum requirements for RCR, i.e., at least once during each career stage (undergraduate, post-baccalaureate, predoctoral, postdoctoral, and faculty levels) and at a frequency of no less than once every four years?

Are the RCR components sufficiently well integrated into the overall curriculum? Are they taught at multiple stages of trainee development and in a variety of formats and contexts? Does the teaching of RCR synergize with elements of the curriculum designed to enhance trainees' abilities to conduct rigorous and reproducible research? Is there evidence that all participating faculty reiterate and augment key elements of responsible conduct when trainees are performing mentored research their laboratories?

Plans and past record will be rated as ACCEPTABLE or UNACCEPTABLE, and the summary statement will provide the consensus of the review committee.

## Protections for Human Subjects

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Inclusion of Women, Minorities, and Individuals Across the Lifespan

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Vertebrate Animals

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Biohazards

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Resubmissions

For Resubmissions, the committee will evaluate the application as now presented, taking into consideration the responses to comments from the previous scientific review group and changes made to the project. Undue weight should not be given for simply responding to previous comments; instead the content of the responses and how the application project will be improved by any proposed changes should be considered.

## Renewals

For Renewals, the committee will consider the progress made in the last funding period, including on the Training in Methods for Enhancing Reproducibility Plan, Recruitment Plan to Enhance Diversity, and Training in the Responsible Conduct of Research Plan.

- Did the training grant team successfully implement the proposed programmatic elements?
- Is the program achieving its training objectives?
- Is there evidence that the training environment is inclusive, safe, and supportive?
- Has the program evaluated the quality and effectiveness of the training experience, and is there evidence that the evaluation outcomes and feedback from trainees have been acted upon?
- Are changes proposed that are likely to improve or strengthen the research training experience during the next project period?

APHA App. 354

- Does the program continue to evolve to reflect changes in the research area in which the training occurs and current evidence-informed training and mentoring approaches?
- Is the program having a broader impact (e.g., are students beyond the trainees directly supported by the program being positively impacted by the program's presence, are training practices and outcomes being shared with the broader biomedical training community)?

### Revisions

Not Applicable

## Additional Review Considerations

As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.

### Select Agent Research

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

### Budget and Period of Support

Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.

## 2. Review and Selection Process

Applications will be evaluated for scientific and technical merit by (an) appropriate Scientific Review Group(s), convened by the NIGMS Scientific Review (https://www.nigms.nih.gov/training/pages/ReviewProcess.aspx) Branch in accordance with NIH peer review policy and procedures (//grants.nih.gov/grants/guide/url_redirect.php?id=11154), using the stated review criteria. Assignment to a Scientific Review Group will be shown in the eRA Commons.

As part of the scientific peer review, all applications:

- May undergo a selection process in which only those applications deemed to have the highest scientific and technical merit (generally the top half of applications under review) will be discussed and assigned an overall impact score.
- Will receive a written critique.

Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications. Following initial peer review, recommended applications will receive a second level of review by the NIGMS Advisory Council. The following will be considered in making funding decisions:

- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities.
- Geographic distribution of the NIGMS training grant portfolio.

## 3. Anticipated Announcement and Award Dates

After the peer review of the application is completed, the PD/PI will be able to access his or her Summary Statement (written critique) via the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123). Refer to Part 1 for dates for peer review, advisory council review, and earliest start date

Information regarding the disposition of applications is available in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11156).

## Section VI. Award Administration Information

## 1. Award Notices

APHA App. 355

If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the _NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11157)_.

A formal notification in the form of a Notice of Award (NoA) will be provided to the applicant organization for successful applications. The NoA signed by the grants management officer is the authorizing document and will be sent via email to the recipient's business official.

Awardees must comply with any funding restrictions described in Section IV.5. Funding Restrictions. Selection of an application for award is not an authorization to begin performance. Any costs incurred before receipt of the NoA are at the recipient's risk. These costs may be reimbursed only to the extent considered allowable pre-award costs.

Any application awarded in response to this FOA will be subject to terms and conditions found on the Award Conditions and Information for NIH Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=11158) website. This includes any recent legislation and policy applicable to awards that is highlighted on this website.

## 2. Administrative and National Policy Requirements

All NIH grant and cooperative agreement awards include the _NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120)_ as part of the NoA. For these terms of award, see the _NIH Grants Policy Statement_ Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (//grants.nih.gov/grants/guide/url_redirect.php?id=11157) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Recipients, and Activities (//grants.nih.gov/grants/guide/url_redirect.php?id=11159). More information is provided at Award Conditions and Information for NIH Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=11158).

Recipients of federal financial assistance (FFA) from HHS must administer their programs in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex. This includes ensuring programs are accessible to persons with limited English proficiency. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. Please see https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html (https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html) and http://www.hhs.gov/ocr/civilrights/understanding/section1557/index.html (https://www.hhs.gov/ocr/civilrights/understanding/section1557/index.html).

HHS recognizes that research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator's scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscrimination justifications establish that such criteria are appropriate with respect to the health or safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this FOA.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. HHS provides guidance to recipients of FFA on meeting their legal obligation to take reasonable steps to provide meaningful access to their programs by persons with limited English proficiency. Please see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html (https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html) and https://www.lep.gov (https://www.lep.gov). For further guidance on providing culturally and linguistically appropriate services, recipients should review the National Standards for Culturally and Linguistically Appropriate Services in Health and Health Care at https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53 (https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53).
- Recipients of FFA also have specific legal obligations for serving qualified individuals with disabilities. Please see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html (https://www.hhs.gov/ocr/civilrights/understanding/disability/index.html).
- HHS funded health and education programs must be administered in an environment free of sexual harassment. Please see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html (https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html); https://www2.ed.gov/about/offices/list/ocr/docs/shguide.html; and https://www.eeoc.gov/eeoc/publications/upload/fs-sex.pdf (https://www.eeoc.gov/eeoc/publications/upload/fs-sex.pdf). For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm (https://grants.nih.gov/grants/policy/harassment.htm).

APHA App. 356

Case: 25-1611     Document: 00118310432     Page: 360     Date Filed: 07/08/2025     Entry ID: 6734280

4/11/25, 1:56 PM     Case 1:25-cv-10787-BEM     Document 38-23     Filed 04/25/25     Page 49 of 89
Expired: PAR-21-147 Maximizing Access to Research Careers 2.0 (T34 Clinical Trial Not Allowed)

- Recipients of FFA must also administer their programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws. Collectively, these laws prohibit exclusion, adverse treatment, coercion, or other discrimination against persons or entities on the basis of their consciences, religious beliefs, or moral convictions. Please see https://www.hhs.gov/conscience/conscience-protections/index.html (https://www.hhs.gov/conscience/conscience-protections/index.html) and https://www.hhs.gov/conscience/religious-freedom/index.html (https://www.hhs.gov/conscience/religious-freedom/index.html).

Please contact the HHS Office for Civil Rights for more information about obligations and prohibitions under federal civil rights laws at https://www.hhs.gov/ocr/about-us/contact-us/index.html (https://www.hhs.gov/ocr/about-us/contact-us/index.html) or call 1-800-368-1019 or TDD 1-800-537-7697.

In accordance with the statutory provisions contained in Section 872 of the Duncan Hunter National Defense Authorization Act of Fiscal Year 2009 (Public Law 110-417), NIH awards will be subject to the Federal Awardee Performance and Integrity Information System (FAPIIS) requirements. FAPIIS requires Federal award making officials to review and consider information about an applicant in the designated integrity and performance system (currently FAPIIS) prior to making an award. An applicant, at its option, may review information in the designated integrity and performance systems accessible through FAPIIS and comment on any information about itself that a Federal agency previously entered and is currently in FAPIIS. The Federal awarding agency will consider any comments by the applicant, in addition to other information in FAPIIS, in making a judgement about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 45 CFR Part 75.205 Federal awarding agency review of risk posed by applicants. This provision will apply to all NIH grants and cooperative agreements except fellowships.

Institutional NRSA training grants must be administered in accordance with the current NRSA section of the *NIH Grants Policy Statement - Institutional Research Training Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=61170)*.

The taxability of stipends is described in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171)*. Policies regarding the Ruth L. Kirschstein-NRSA payback obligation are explained in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171)*.

## Inventions and Copyrights

Awards made primarily for educational purposes are exempted from the PHS invention requirements and thus invention reporting is not required, as described in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=61131)*.

## Cooperative Agreement Terms and Conditions of Award

Not Applicable

## 3. Reporting

When multiple years are involved, awardees will be required to submit the Research Performance Progress Report (RPPR) (//grants.nih.gov/grants/rppr/index.htm) annually. Continuation support will not be provided until the required forms are submitted and accepted.

Failure by the recipient institution to submit required forms in a timely, complete, and accurate manner may result in an expenditure disallowance or a delay in any continuation funding for the award.

The Federal Funding Accountability and Transparency Act of 2006 (Transparency Act), includes a requirement for awardees of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later. All awardees of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11170) on all subawards over $25,000. See the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11171)* for additional information on this reporting requirement.

## Other Reporting Requirements

- The institution must submit a completed Statement of Appointment (PHS Form 2271 (//grants.nih.gov/grants/guide/url_redirect.php?id=61189)) for each trainee appointed or reappointed to the training grant for 8 weeks or more. Recipients must submit the PHS 2271 data electronically using the xTrain system. More information on xTrain is available at xTrain (eRA Commons) (//grants.nih.gov/grants/guide/url_redirect.php?id=41183). An appointment or reappointment may begin any time during the budget period, but not before the budget period start date of the grant year.

APHA App. 357

- A notarized statement verifying possession of permanent residency documentation must be submitted with the Statement of Appointment (PHS Form 2271 (//grants.nih.gov/grants/guide/url_redirect.php?id=61189)). Individuals with a Conditional Permanent Resident status must first meet full (non-conditional) Permanent Residency requirements before receiving support.

A final RPPR and the expenditure data portion of the Federal Financial Report are required for closeout of an award as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11161).

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently FAPIIS). This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75 Award Term and Conditions for Recipient Integrity and Performance Matters.

## 4. Evaluation

In carrying out its stewardship of human resource-related programs, the NIH may request information essential to an assessment of the effectiveness of this program from databases and from participants themselves. Trainees may be contacted after the completion of this award for periodic updates on various aspects of their employment history, publications, support from research grants or contracts, honors and awards, professional activities, and other information helpful in evaluating the impact of the program.

Within 10 years of making awards under this program, NIGMS will assess the program's overall outcomes.

The overall evaluation of the program will be based on metrics that will include, but are not limited to, the following:

- Institution types represented
- Geographical distribution of programs
- Demographics of trainees
- Trainee degree completion rates
- Time-to-degree
- Matriculation into and completion of research-oriented higher degree programs
- Scientific accomplishments of trainees
- Trainee career outcomes

## Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

### Application Submission Contacts

eRA Commons Help Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten submission by the due date, and post-submission issues)
Finding Help Online: http://grants.nih.gov/support/ (//grants.nih.gov/support/) (preferred method of contact)

Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

General Grants Information (Questions regarding application instructions, application processes, and NIH grant resources)
Email: GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov) (preferred method of contact)
Telephone: 301-637-3015

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726

APHA App. 358

Email: support@grants.gov (mailto:support@grants.gov)

**Scientific/Research Contact(s)**

Kalynda Gonzales Stokes, Ph.D.
National Institutes of General Medical Sciences (NIGMS)
Email: kalynda.stokes@nih.gov (mailto:kalynda.stokes@nih.gov)

Lameese Akacem, Ph.D.
National Institutes of General Medical Sciences (NIGMS)
Email: lameese.akacem@nih.gov (mailto:lameese.akacem@nih.gov)

**Peer Review Contact(s)**

Stephanie Constant, Ph.D.
National Institute of General Medical Sciences
Email: stephanie.constant@nih.gov (mailto:stephanie.constant@nih.gov)

**Financial/Grants Management Contact(s)**

Justin Rosenzweig
National Institute of General Medical Sciences (NIGMS)
Email: rosenzwj@nigms.nih.gov (mailto:rosenzwj@nigms.nih.gov)

## Section VIII. Other Information

Recently issued trans-NIH policy notices (//grants.nih.gov/grants/guide/url_redirect.php?id=11163) may affect your application submission. A full list of policy notices published by NIH is provided in the *NIH Guide for Grants and Contracts* (//grants.nih.gov/grants/guide/url_redirect.php?id=11164). All awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

### Authority and Regulations

Awards are made under the authorization of Section 487 of the Public Health Service Act as amended (42 USC 288) and under Federal Regulations 42 CFR 66.

---

Weekly TOC for this Announcement (/grants/guide/WeeklyIndex.cfm?02-26-21)
NIH Funding Opportunities and Notices (/grants/guide/index.html)

---



National Institutes of Health (/grants/oer.htm)
Office of Extramural Research


(https://www.hhs.gov/) Department of Health and Human Services (HHS)


(https://www.usa.gov/)

NIH... Turning Discovery Into Health®

APHA App. 359

# EXHIBIT B

APHA App. 360

**From:** Gibbs, Kenneth (NIH/NIGMS) [E]
**To:** ████████
**Subject:** [External] NIGMS Funding Update
**Date:** Wednesday, April 2, 2025 ████████

Re: ██████████████

Dear Dr. ██████

I am writing to let you know that due to changes in NIH/HHS priorities, the **Maximizing Access to Research Careers (MARC)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement.  Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award.  For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.


**Kenneth D. Gibbs, Jr., PhD, MPH**

Director, Division of Training and Workforce Development

National Institute of General Medical Sciences

National Institutes of Health

# EXHIBIT C

Case: 25-1611     Document: 00118310432     Page: 366     Date Filed: 07/08/2025     Entry ID: 6734280

4/21/25, 6:51 PM     Case 1:25-cv-10787-BEM     Document 38-33     Filed 04/25/25     Page 55 of 89
Expired PAR-21-025: Initiative for Maximizing Student Development (IMSD) (T32 - Clinical Trial Not Allowed)

This notice has expired. Check the **NIH Guide (https://grants.nih.gov/funding/searchguide/)** for active opportunities and notices.

# Department of Health and Human Services

# Part 1. Overview Information

**Participating Organization(s)**

National Institutes of Health (NIH (http://www.nih.gov))

**Components of Participating Organizations**

National Institute of General Medical Sciences (NIGMS (http://www.nigms.nih.gov))

**Funding Opportunity Title**

### Initiative for Maximizing Student Development (IMSD) (T32 - Clinical Trial Not Allowed)

**Activity Code**

T32 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=t32&Search.x=0&Search.y=0&Search_Type=Activity)
Institutional National Research Service Award (NRSA)

**Announcement Type**

Reissue of PAR-19-037 (https://grants.nih.gov/grants/guide/pa-files/par-19-037.html) - Initiative for Maximizing Student Development (IMSD) (T32)

**Related Notices**

- **November 14, 2023** - This PAR has been reissued as PAR-24-031 (//grants.nih.gov/grants/guide/pa-files/PAR-24-031.html)
- NOT-OD-23-012 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-012.html) Reminder: FORMS-H Grant Application Forms and Instructions Must be Used for Due Dates On or After January 25, 2023 - New Grant Application Instructions Now Available
- **November 15, 2022** - Notice of a Question and Answer "Office Hour" with NIGMS Staff for IMSD and G-RISE Applicants. See Notice NOT-GM-23-020 (//grants.nih.gov/grants/guide/notice-files/NOT-GM-23-020.html)
- **November 1, 2022** - Clarification of Eligibility for Institutions with Multiple Campuses in PAR-21-025 "Initiative for Maximizing Student Development (IMSD) (T32 - Clinical Trial Not Allowed)". See Notice NOT-GM-23-014 (//grants.nih.gov/grants/guide/notice-files/NOT-GM-23-014.html)
- NOT-OD-22-190 (/grants/guide/notice-files/NOT-OD-22-190.html) - Adjustments to NIH and AHRQ Grant Application Due Dates Between September 22 and September 30, 2022
- **October 28, 2021** - Reminder: FORMS-G Grant Application Forms & Instructions Must be Used for Due Dates On or After January 25, 2022 - New Grant Application Instructions Now Available. See Notice NOT-OD-22-018 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-018.html).
- **September 13, 2021** - Updates to the Non-Discrimination Legal Requirements for NIH Recipients. See Notice NOT-OD-21-181 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-181.html).
- **August 5, 2021** - New NIH "FORMS-G" Grant Application Forms and Instructions Coming for Due Dates on or after January 25, 2022. See Notice NOT-OD-21-169 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-169.html)
- **August 5, 2021** - Update: Notification of Upcoming Change in Federal-wide Unique Entity Identifier Requirements. See Notice NOT-OD-21-170 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-170.html)
- **April 20, 2021** - Expanding Requirement for eRA Commons IDs to All Senior/Key Personnel. See Notice NOT-OD-21-109 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-109.html)

APHA App. 363

Case: 25-1611    Document: 00118310432    Page: 367    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-83    Filed 04/25/25    Page 56 of 89
Expand PAR-21-025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

- **November 12, 2021** - Notice of Informational Webinar on the NIGMS IMSD and G-RISE Research Training Programs. See Notice NOT-GM-22-008 (https://grants.nih.gov/grants/guide/notice-files/NOT-GM-22-008.html).
- **May 28, 2021** - Notice of Change to the Instructions for Appendices in PAR-21-025. See Notice NOT-GM-21-047 (https://grants.nih.gov/grants/guide/notice-files/NOT-GM-21-047.html).
- **December 09, 2020** - Notice of Change to the Number of Applications that Can Be Submitted by Institutions Applying to PAR-21-025. See Notice NOT-GM-21-011 (/grants/guide/notice-files/NOT-GM-21-011.html).

### Funding Opportunity Announcement (FOA) Number

### PAR-21-025

### Companion Funding Opportunity

None

### Number of Applications

See Section III. 3. Additional Information on Eligibility.

### Catalog of Federal Domestic Assistance (CFDA) Number(s)

93.859

### Funding Opportunity Purpose

The goal of the Initiative for Maximizing Student Development (IMSD) program is to develop a diverse pool of scientists earning a Ph.D., who have the skills to successfully transition into careers in the biomedical research workforce. This funding opportunity announcement (FOA) provides support to eligible, domestic institutions to develop and implement effective, evidence-informed approaches to biomedical graduate training and mentoring that will keep pace with the rapid evolution of the biomedical research enterprise. NIGMS expects that the proposed research training programs will incorporate didactic, research, mentoring, and career development elements to prepare trainees for careers that will have a significant impact on the health-related research needs of the Nation. This program is limited to applications from training programs at research-intensive institutions (i.e., those with NIH Research Project Grant funding averaging greater than or equal to $7.5 million in total costs (direct and F&A/indirect) per year over the last three fiscal years).

This FOA does not allow appointed trainees to lead an independent clinical trial but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor.

## Key Dates

### Posted Date

November 20, 2020

### Open Date (Earliest Submission Date)

January 26, 2021

### Letter of Intent Due Date(s)

Not Applicable

### Application Due Date(s)

Case: 25-1611    Document: 00118310432    Page: 368    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-3    Filed 04/25/25    Page 57 of 89
Expiration FAR Eval: Initial and Maintaining Student Development (T32-like Trials Not Allowed)

February 26, 2021; January 28, 2022; January 30, 2023, by 5:00 PM local time of applicant organization. All types of applications allowed for this funding opportunity announcement are due on these dates.

Applicants are encouraged to apply early to allow adequate time to make any corrections to errors found in the application during the submission process by the due date.

---

**AIDS Application Due Date(s)**

Not Applicable

---

**Scientific Merit Review**

June/July 2021, June/July 2022, June/July 2023

---

**Advisory Council Review**

October 2021; October 2022; October 2023

---

**Earliest Start Date**

February 2022, February 2023, February 2024

---

**Expiration Date**

January 31, 2023

---

**Due Dates for E.O. 12372**

Not Applicable

---

## Required Application Instructions

It is critical that applicants follow the Training (T) Instructions in the SF424 (R&R) Application Guide (//grants.nih.gov/grants/guide/url_redirect.htm?id=12000), except where instructed to do otherwise (in this FOA or in a Notice from the _NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/)_). Conformance to all requirements (both in the Application Guide and the FOA) is required and strictly enforced. Applicants must read and follow all application instructions in the Application Guide as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the Application Guide, follow the program-specific instructions. **Applications that do not comply with these instructions may be delayed or not accepted for review.**

## Table of Contents

Part 1. Overview Information
Part 2. Full Text of the Announcement
    Section I. Funding Opportunity Description
    Section II. Award Information
    Section III. Eligibility Information
    Section IV. Application and Submission Information
    Section V. Application Review Information
    Section VI. Award Administration Information
    Section VII. Agency Contacts
    Section VIII. Other Information

APHA App. 365

# Part 2. Full Text of Announcement
## Section I. Funding Opportunity Description

The overall goal of the NIH Ruth L. Kirschstein National Research Service Award (NRSA) program is to help ensure that a diverse pool of highly trained scientists is available in appropriate scientific disciplines to address the Nation's biomedical, behavioral, and clinical research needs. In order to accomplish this goal, NRSA training programs are designed to train individuals to conduct research and to prepare for research careers. More information about NRSA programs may be found at the Ruth L. Kirschstein National Research Service Award (NRSA) (//grants.nih.gov/grants/guide/url_redirect.htm?id=41125) website.

### Purpose and Background Information

The NRSA program has been the primary means of supporting predoctoral and postdoctoral research training programs since enactment of the NRSA legislation in 1974. Each program should provide high-quality research training, mentored research experiences, and additional training opportunities that equip trainees with the technical (e.g., appropriate methods, technologies, and quantitative/computational approaches), operational (e.g., independent knowledge acquisition, rigorous experimental design and interpretation of data) and professional (e.g., management, leadership, communication, and teamwork) skills required for careers in the biomedical research workforce.

The National Institutes of Health (NIH) recognizes the need to diversify the scientific workforce by enhancing the participation of individuals from groups identified as underrepresented (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html) in the biomedical, clinical, behavioral and social sciences (collectively termed "biomedical") research workforce. Research shows that diverse teams working together and capitalizing on innovative ideas and distinct perspectives outperform homogenous teams. Scientists and trainees from diverse backgrounds and life experiences bring different perspectives, creativity, and individual interests to address complex scientific problems. There are many benefits that flow from a diverse NIH-supported scientific workforce, including fostering scientific innovation, enhancing global competitiveness, contributing to robust learning environments, improving the quality of research, enhancing public trust, and increasing the likelihood that health disparities and the needs of underserved populations are addressed in biomedical research.

NIGMS strives to ensure that future generations of researchers will be drawn from the entire pool of talented individuals, bringing different aptitudes, perspectives, interests, and experiences to address complex scientific problems. NIGMS seeks to enhance the diversity of the biomedical research workforce by supporting individuals from a variety of backgrounds at multiple training and career stages in a variety of institutions and educational settings across the country. Accordingly, NIGMS developed separate institutional eligibility tracks for review and funding of its undergraduate and graduate diversity enhancing programs based on NIH research project grant (RPG) (https://grants.nih.gov/grants/glossary.htm#ResearchProjectGrantRPG) funding levels. The two tracks include research-intensive, i.e., those with an average of NIH RPG funding greater than or equal to $7.5 million total costs per year over the past 3 fiscal years, and research-active, i.e., those with an average of RPG funding less than $7.5 million total costs per year over the past 3 fiscal years (RPG data are available through NIH RePORTER (https://report.nih.gov/award/index.cfm)). To prevent the duplication of diversity enhancing NIGMS programs, each institution will be eligible for one diversity enhancing undergraduate program (either Maximizing Access to Research Careers, MARC (https://www.nigms.nih.gov/training/marc/pages/ustarawards.aspx), or Undergraduate Research Training Initiative for Student Enhancement, U-RISE (https://www.nigms.nih.gov/training/RISE/Pages/U-RISE-T34.aspx)) regardless of the activity code (R25 or T34), and one diversity enhancing graduate program (either the Initiative to Maximize Student Development, IMSD (https://www.nigms.nih.gov/training/IMSD/pages/default.aspx), or G-RISE (https://www.nigms.nih.gov/training/RISE/Pages/G-RISE-T32.aspx)) regardless of the activity code (R25 or T32). Institutions with MARC, U-RISE, IMSD or G-RISE are eligible to participate in the Bridges to the Baccalaureate and/or Bridges to the Doctorate programs provided other eligibility requirements are met.

### Need for the Program

In spite of recent advances, individuals from certain groups and backgrounds are underrepresented in the biomedical sciences research workforce as described in NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html). The severity of the underrepresentation of these groups increases throughout the training stages. For example in 2017, students from certain racial and ethnic groups, including Blacks or African Americans, Hispanics or Latinos, American Indians or Alaska Natives, Native Hawaiians and other Pacific Islanders comprised ~35 percent of the college age population, but earned only ~25 percent of bachelor's degrees and ~16 percent of Ph.D. degrees in science and engineering (National Center for Science and Engineering Statistics (https://ncses.nsf.gov/pubs/nsb20197/demographic-attributes-of-s-e-degree-recipients#s-e-degrees-by-race-and-ethnicity)). Additionally, while the United States has seen a significant increase in the number of Ph.D. degrees in the biomedical

APHA App. 366

Case: 25-1611     Document: 00118310432     Page: 370     Date Filed: 07/08/2025     Entry ID: 6734280

4/21/25, 6:51 PM      Case 1:25-cv-10787-BEM      Document 38-33      Filed 04/25/25      Page 59 of 89
Expected PARB2025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

sciences earned by scientists from groups underrepresented in the biomedical research workforce, a corresponding increase in the ranks of the faculty in basic science departments at medical schools has not occurred (Gibbs, et al., 2016, eLife 2016, 5:e21393; Valantine, Lund & Gammie, CBE-Life Sciences Education, 2016, 15:fe4).

Several reports (see for example, ACD Working Group on Diversity in the Biomedical Workforce, 2012 (https://acd.od.nih.gov/documents/reports/DiversityBiomedicalResearchWorkforceReport.pdf); PCAST Report, 2012 (https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/pcast-engage-to-excel-final_2-25-12.pdf); From College to Careers: Fostering Inclusion of Persons with Disabilities in STEM, 2014 (http://www.sciencemag.org/booklets/college-careers); and Increasing College Opportunity for Low Income Students, 2014 (https://obamawhitehouse.archives.gov/sites/default/files/docs/increasing_college_opportunity_for_low-income_students_report.pdf)) recommend supporting programs that strive to recruit, train, and mentor students from underrepresented groups who have an interest in science, technology, engineering and math (STEM) as a means to effectively build a diverse and competitive scientific workforce.

## Programmatic Approach

This FOA is intended to enable the community to develop and implement evidence-informed approaches to biomedical research training and mentoring to enhance diversity in the biomedical research workforce. The President's Council of Advisors on Science and Technology (PCAST) report provided evidence that financial concerns and a deficit of peers from similar backgrounds can erode self-confidence and the will to remain in STEM majors (PCAST Report, 2012 (https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/pcast-engage-to-excel-final_2-25-12.pdf)). NIGMS diversity enhancing institutional training grants offset the cost of appointed trainee stipends, tuition and fees, and training related expenses, including health insurance, in accordance with the approved NIH support levels. Additionally, funded programs are expected to provide activities that will build a strong cohort of research-oriented individuals while enhancing the science identity, self-efficacy, and a sense of belonging among the cohort members. Programmatic activities include, but are not limited to, providing authentic research experiences, academic enhancements, skills development, and additional mentoring - activities proven to increase persistence in STEM fields (cited in PCAST Report, 2012 (https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/pcast-engage-to-excel-final_2-25-12.pdf) and Graduate STEM Education for the 21st Century, 2018 (https://www.nap.edu/catalog/25038/graduate-stem-education-for-the-21st-century)). Each program should provide high-quality training that equips individuals with the technical (e.g., appropriate methods, technologies, and quantitative/computational approaches), operational (e.g., independent knowledge acquisition, rigorous experimental design, and interpretation of data, conducting research in the safest manner possible) and professional (e.g., management, leadership, communication, and teamwork) skills required for careers in the biomedical research workforce. Funded programs are expected to promote inclusive research environments (i.e., institutional and departmental environments where trainees from all backgrounds feel integrated into and supported by the biomedical research community).

## Program Objective

The Overarching Objective of this Initiative for Maximizing Student Development (IMSD) program is to develop a diverse pool of well-trained Ph.D. biomedical scientists, who have the following technical, operational, and professional skills:

- A broad understanding across biomedical disciplines and the skills to independently acquire the knowledge needed to advance their chosen fields;
- Expertise in a biomedical scientific discipline and the skills to think critically and independently, and to identify important biomedical research questions and approaches that push forward the boundaries of their areas of study;
- A strong foundation in scientific reasoning, rigorous research design, experimental methods, quantitative and computational approaches, and data analysis and interpretation;
- The skills to conduct research in the safest manner possible, and a commitment to approaching and conducting biomedical research responsibly, ethically, and with integrity;
- Experience initiating, conducting, interpreting, and presenting rigorous and reproducible biomedical research with increasing self-direction;
- The ability to work effectively in teams with colleagues from a variety of cultural and scientific backgrounds, and to promote inclusive and supportive scientific research environments;
- The skills to teach and communicate scientific research methodologies and findings to a wide variety of audiences (e.g., discipline-specific, across disciplines, and the public); and
- The knowledge, professional skills and experiences required to identify and transition into careers in the biomedical research workforce (i.e., the breadth of careers that sustain biomedical research in areas that are relevant to the NIH mission).

Diversity at all levels from the kinds of science to the regions in which it is conducted to the backgrounds of the people conducting it contributes to excellence in research training environments and strengthens the research enterprise. This FOA is intended to

APHA App. 367

Exploratory/Pilot Grants: Initial Career Transitioning Student Development Award (T32 Clinical Trial Not Allowed) support outstanding research training programs that will enhance diversity at all levels. As part of a larger initiative to enhance diversity, the IMSD program will support trainees earning a Ph.D. at research-intensive institutions.

### Program Considerations

NIGMS intends to fund applications that propose feasible academic and research focused training programs that will enhance diversity in the biomedical workforce. Applicants are expected to identify training objectives (i.e., specific, measurable, and obtainable outcomes the program intends to achieve) and to develop plans to implement evidence-informed training and mentoring activities that are grounded in the literature and from evaluations of existing relevant programs. Program objectives must align with the overarching goal of the IMSD diversity enhancing program. Funded programs are expected to provide evidence of accomplishing the training objectives in progress reports and upon renewal, to make training and career outcomes publicly available, and are strongly encouraged to disseminate successful training practices to the broader community.

Institutional commitment and support for the proposed training program are important elements of the application. The IMSD program may complement and synergize with other ongoing federally-supported predoctoral research training programs at the applicant institution (e.g., in the development of skills needed for careers in the biomedical research workforce); however, the IMSD program goals and activities to achieve those goals must be distinct from related programs currently receiving federal support at the same institution. In cases where an institution has multiple NIGMS training grants, it is expected that these programs will seek to create administrative and training efficiencies to reduce costs and improve trainee services and outcomes. The training grant should be well integrated within one or more graduate department(s)/program(s) and should exert a strong, positive influence on the development and execution of the outreach and recruitment of potential trainees, graduate curriculum, training opportunities, and mentoring. Training grant funds may not be used solely as a vehicle to provide stipends for trainees to conduct research.

NIGMS does not accept applications for predoctoral T32 programs proposing only short-term research training. Programs proposing short-term research training should apply to the Kirschstein-NRSA Short-Term Institutional Research Training Grant Program (T35) exclusively reserved for predoctoral, short-term research training (see PA-20-162 (https://grants.nih.gov/grants/guide/pa-files/PA-20-162.html) and subsequent reissuances but note that NIGMS does not participate in that FOA). NIGMS will not accept applications proposing combined predoctoral and postdoctoral training under this FOA.

Training grants are usually awarded for five years. The grant offsets the cost of stipends, tuition and fees, and training related expenses, including health insurance, for the appointed trainees in accordance with the approved NIH support levels. Students are typically provided full-time support for two to three years of graduate studies. Use of training grant support in the first three years of graduate research training is strongly encouraged to provide maximum flexibility in the participation in courses, laboratory rotations, professional development, and cohort-building activities.

This FOA does not allow appointed trainees to lead an independent clinical trial but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor. NIH strongly supports training towards a career in clinically relevant research and so gaining experience in clinical trials under the guidance of a mentor or co-mentor is encouraged.

See     Section VIII. Other Information for award authorities and regulations.

## Section II. Award Information

### Funding Instrument

Grant: A support mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity.

### Application Types Allowed

New

Resubmissions
Renewal of applications submitted to PAR-19-037 (https://grants.nih.gov/grants/guide/pa-files/par-19-037.html)

The OER Glossary (//grants.nih.gov/grants/guide/url_redirect.htm?id=11116) and the SF424 (R&R) Application Guide provide details on these application types. Only those application types listed here are allowed for this FOA.

### Clinical Trial?

Not Allowed: Only accepting applications that do not propose clinical trials

Note: Appointed trainees are permitted to obtain research experience in a clinical trial led by a mentor or co-mentor.

Case: 25-1611     Document: 00118310432     Page: 372     Date Filed: 07/08/2025     Entry ID: 6734280

[Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.htm?id=82370)](https://grants.nih.gov/grants/guide/url_redirect.htm?id=82370)

**Funds Available and Anticipated Number of Awards**

The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications.

**Award Budget**

Application budgets are not limited but need to reflect the actual needs of the proposed project.

Grantees are expected to be familiar with and comply with applicable cost policies and the NRSA Guidelines (*NIH Grants Policy Statement* - Institutional Research Training Grants (//grants.nih.gov/grants/guide/url_redirect.htm?id=41126)). Funds may be used only for those expenses that are directly related to and necessary for the research training and must be expended in conformance with OMB Cost Principles, the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.htm?id=11120), and the NRSA regulations, policies, guidelines, and conditions set forth in this document.

**Award Project Period**

Awards may be for project periods up to five years in duration and are renewable.

## Other Award Budget Information

**Stipends, Tuition, and Fees**

Kirschstein-NRSA awards provide stipends as a subsistence allowance to help defray living expenses during the research training experience.

NIH will contribute to the combined cost of tuition and fees at the rate in place at the time of award.

Stipend levels, as well as funding amounts for tuition and fees and the institutional allowance are announced annually in the *NIH Guide for Grants and Contracts,* and are also posted on the Ruth L. Kirschstein National Research Service Award (NRSA) [webpage (https://researchtraining.nih.gov/resources/policy-notices)](https://researchtraining.nih.gov/resources/policy-notices).

**Trainee Travel**

NIGMS recognizes the need of trainees from diverse backgrounds, including those from underrepresented groups, to attend scientific meetings and/or training events, and to build professional networks. NIGMS will provide up to $1,000 per trainee per year to travel to scientific meetings or training experiences that will enhance scientific development, build science identity, create a sense of belonging in the scientific community, and build professional networks. Plans for trainee travel should be well justified. For IMSD-supported institutions outside the continental United States, $1,250 for travel per trainee per year will be provided.

**Training Related Expenses**

NIGMS will provide funds to help defray other research training expenses, such as health insurance, staff salaries, consultant costs, equipment, research supplies, and faculty/staff travel directly related to the research training program. Training related expenses are limited to a maximum of $6,400/trainee/year.

Allowable costs include those associated with the following:

Skills development training activities (e.g., focusing on quantitative and computational, problem-solving, critical thinking, scientific writing, effective communication, and project management);

Seminar speakers, who will serve as role models to the trainees

Training or mentoring interventions designed to increase persistence in research (e.g., those designed to increase science identity, self-efficacy and a sense of belonging in the scientific community);

APHA App. 369

Case: 25-1611     Document: 00118310432     Page: 373     Date Filed: 07/08/2025     Entry ID: 6734280

4/21/25, 6:51 PM     Case 1:25-cv-10787-BEM     Document 38-83     Filed 04/25/25     Page 62 of 89
PAR-21-025: Initiative for Maximizing Student Development (T32 Clinical Trial Not Allowed)

Typically, salary support for the PD/PI or in a combination of multiple PD(s)/PI(s)/co-Investigators does not exceed 1.8 person months (i.e., 15% effort on a 12-month basis in total) depending on the size and scope of the program;

Salary support for administrative personnel; typically, the total combined salary support for program administrator/program coordinator and/or program assistant/clerical support does not exceed 3.0 person months (i.e., 25% effort on a 12-month basis) depending on the size and scope of the program.

Limited program evaluation costs (typically up to $3,000 for the 5-year training grant period) and other program-related expenses may be included within the budget for training-related expenses.

---

**Indirect Costs**

Indirect Costs (also known as Facilities & Administrative [F&A] Costs) are reimbursed at 8% of modified total direct costs (exclusive of tuition and fees, consortium costs in excess of $25,000, and expenditures for equipment), rather than on the basis of a negotiated rate agreement.

NIGMS does not permit automatic carryover from one budget period to the next. NIH grants policies as described in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=11120)* will apply to the applications submitted and awards made from this FOA.

# Section III. Eligibility Information

## 1. Eligible Applicants

**Eligible Organizations**

### Eligible Organizations

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

The following types of Higher Education Institutions are always encouraged to apply for NIH support as Public or Private Institutions of Higher Education:

- Hispanic-serving Institutions
- Historically Black Colleges and Universities (HBCUs)
- Predominantly Black Institutions (PBI)
- Tribally Controlled Colleges and Universities (TCCUs)
- American Indian/Alaska Native Serving, Non-Tribal Institutions (AI/AN)
- Alaska Native and Native Hawaiian Serving Institutions
- Asian American Native American Pacific Islander Serving Institutions (AANAPISIs)

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)
- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

Governments

- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)
- U.S. Territory or Possession

Other

- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations

For diversity enhancing programs, NIGMS recognizes separate institutional eligibility tracks: research-intensive, i.e., those with an average of *NIH research project grant (RPG) (https://grants.nih.gov/grants/glossary.htm#ResearchProjectGrantRPG)* funding greater than or equal to $7.5 million total costs per year over the past 3 fiscal years, and research-active, i.e., those with an average

APHA App. 370

Expected PAR21025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

of RPG funding less than $7.5 million total costs per year over the past 3 fiscal years (RPG data are available through NIH RePORTER (https://report.nih.gov/award/index.cfm)). For example, FY 2018, FY 2019 and FY 2020 for applications submitted in January 2021.

Institutional eligibility for this FOA is limited to research-intensive institutions as defined above. Research-active institutions are not eligible to apply for or receive IMSD grants. To prevent the duplication of NIGMS diversity enhancing programs, each institution is eligible for one undergraduate program (either MARC (https://www.nigms.nih.gov/training/marc/pages/ustarawards.aspx) or U-RISE (https://www.nigms.nih.gov/training/RISE/Pages/U-RISE-T34.aspx)) regardless of the activity code (R25 or T34), and one graduate program (either IMSD (https://www.nigms.nih.gov/training/IMSD/pages/default.aspx) or G-RISE (https://www.nigms.nih.gov/training/RISE/Pages/G-RISE-T32.aspx)) regardless of the activity code (R25 or T32). Institutions with NIGMS MARC, U-RISE, IMSD, or G-RISE funding are eligible for the Bridges to the Baccalaureate and/or Bridges to the Doctorate programs provided the other eligibility criteria are met.

An institution funded through the G-RISE or IMSD program that changes category due to changes in research project grant funding during the grant cycle should apply to the appropriate program based on their eligibility at the time of renewal. Programs that change category will report on the programs outcomes of the prior funding period(s), up to 15 years, using the appropriate tables.

The sponsoring institution must assure support for the proposed program. Appropriate institutional commitment to the program should be detailed in the *Institutional Support Letter* in the **Letters of Support** attachment. Additionally, a signed letter is required from the Provost or similar official with institution-wide responsibility verifying the eligibility of the applicant institution at the time of application submission according to the eligibility criteria indicated above. See the application instructions for the required Letters of Support instructions in Section IV. (https://grants.nih.gov/grants/guide/pa-files/PAR-21-025.html#_Section_IV._Application)

## Foreign Institutions

Non-domestic (non-U.S.) Entities (Foreign Institutions) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are not** eligible to apply.

## Required Registrations

### Applicant Organizations

Applicant organizations must complete and maintain the following registrations as described in the SF 424 (R&R) Application Guide to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants should begin the registration process as soon as possible. The NIH Policy on Late Submission of Grant Applications (//grants.nih.gov/grants/guide/notice-files/NOT-OD-15-039.html) states that failure to complete registrations in advance of a due date is not a valid reason for a late submission.

- Dun and Bradstreet Universal Numbering System (DUNS) (http://fedgov.dnb.com/webform) - All registrations require that applicants be issued a DUNS number. After obtaining a DUNS number, applicants can begin both SAM and eRA Commons registrations. The same DUNS number must be used for all registrations, as well as on the grant application.
- System for Award Management (SAM) (https://www.sam.gov/portal/public/SAM/) Applicants must complete and maintain an active registration, **which requires renewal at least annually**. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.
- NATO Commercial and Government Entity (NCAGE) Code (//grants.nih.gov/grants/guide/url_redirect.htm?id=11176) Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.
- eRA Commons (//grants.nih.gov/grants/guide/url_redirect.htm?id=11123) - Applicants must have an active DUNS number to register in eRA Commons. Organizations can register with the eRA Commons as they are working through their SAM or Grants.gov registration, but all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.
- Grants.gov (//grants.nih.gov/grants/guide/url_redirect.htm?id=82300) Applicants must have an active DUNS number and SAM registration in order to complete the Grants.gov registration.

**Program Directors/Principal Investigators (PD(s)/PI(s))**

All PD(s)/PI(s) must have an eRA Commons account. PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

APHA App. 371

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-33    Filed 04/25/25    Page 64 of 89
Expired PAR-21-025: Initiative for Maximizing Student Development (T32 Clinical Trial Not Allowed)

### Eligible Individuals (Program Director/Principal Investigator)

Any individual(s) with the skills, knowledge, and resources necessary to carry out the proposed research training program as the Training Program Director/Principal Investigator (Training PD/PI) is invited to work with his/her organization to develop an application for support. Individuals from underrepresented racial and ethnic groups as well as individuals with disabilities are always encouraged to apply for NIH support.

For institutions/organizations proposing multiple PDs/PIs, visit the Multiple Program Director/Principal Investigator Policy (//grants.nih.gov/grants/multi_pi/index.htm) and submission details in the Senior/Key Person Profile (Expanded) Component of the SF 424 (R&R) Application Guide.

As described in the instructions for the Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s)) in Section IV.2 below, NIGMS encourages multiple PDs/PIs, particularly when each brings a unique perspective and skill set that will enhance training. At least one of the training PDs/PIs should be an established investigator in the biomedical sciences and capable of providing both administrative and scientific leadership to the development and implementation of the proposed program. Additional PD(s)/PI(s), including individuals with experience in the science of education, relevant social science disciplines, program evaluation, mentoring, and university administration may be included to achieve the training goals. Any of the PDs/PIs may serve as the contact PD/PI. The contact PD/PI is expected to have a full-time appointment at the applicant institution unless extremely well-justified. If the full-time status of the contact PD/PI changes after the award, the institution must obtain prior program approval to appoint a new PD/PI or request a deviation from the full-time rule. The PDs/PIs will be responsible for the selection and appointment of trainees to the approved research training program, and for the overall direction, management, administration, and evaluation of the program. The PDs/PIs will be expected to monitor and assess the program and submit all documents and reports as required. The PDs/PIs have responsibility for the day-to-day administration of the program and are responsible for appointing members of the Advisory Committee (when applicable) and using their recommendations to determine the appropriate allotment of funds.

## 2. Cost Sharing

This FOA does not require cost sharing as defined in the NIH Grants Policy Statement. (//grants.nih.gov/grants/guide/url_redirect.htm?id=11126)

## 3. Additional Information on Eligibility

### Number of Applications

The NIH will not accept duplicate or highly overlapping applications under review at the same time. This means that the NIH will not accept:

- A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.
- A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.
- An application that has substantial overlap with another application pending appeal of initial peer review (see NOT-OD-11-101 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-11-101.html)).

### Preceptors/Mentors (Participating Faculty)

The selected faculty should be active researchers in the biomedical sciences as demonstrated by recent publications and research support. When building a training team, programs should include faculty who are committed to training, mentoring, and providing supportive and inclusive research environments. Programs are encouraged to build a diverse team of preceptors/mentors that includes, for example, faculty from underrepresented groups (see Notice of NIH's Interest in Diversity) and faculty at different career stages (i.e., early-career as well as established faculty).

### Trainees

The individual to be trained must be a citizen or a noncitizen national of the United States or have been lawfully admitted for permanent residence at the time of appointment. Additional details on citizenship, training period, and aggregate duration of support are available in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=61131).

All trainees are required to pursue their research training full time, normally defined as 40 hours per week, or as specified by the sponsoring institution in accordance with its own policies. Appointments are normally made in 12-month increments, and no trainee may be appointed for less than 9 months during the initial period of appointment, except with prior approval of the NIH awarding unit. Use of training grant support in the first three years of graduate research training is strongly encouraged to provide maximum flexibility in the participation in courses, laboratory rotations, professional development, and cohort-building activities.

APHA App. 372

The IMSD program is not intended for health-professional students who wish to interrupt their studies for a year or more to engage in research training.

Predoctoral trainees must be enrolled in a program leading to a Ph.D. in a biomedical discipline.

# Section IV. Application and Submission Information

## 1. Requesting an Application Package

The application forms package specific to this opportunity must be accessed through ASSIST, Grants.gov Workspace or an institutional system-to-system solution. Links to apply using ASSIST or Grants.gov Workspace are available in Part 1 of this FOA. See your administrative office for instructions if you plan to use an institutional system-to-system solution.

## 2. Content and Form of Application Submission

It is critical that applicants follow the Training (T) Instructions in the SF424 (R&R) Application Guide (//grants.nih.gov/grants/guide/url_redirect.htm?id=12000) except where instructed in this funding opportunity announcement to do otherwise. Conformance to the requirements in the Application Guide is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.

### Page Limitations

All page limitations described in the SF424 (R&R) Application Guide and the Table of Page Limits (//grants.nih.gov/grants/guide/url_redirect.htm?id=61134) must be followed.

### Instructions for Application Submission

The following section supplements the instructions found in the SF424 (R&R) Application Guide and should be used for preparing an application to this FOA.

### SF424(R&R) Cover

Follow all instructions provided in the SF424 (R&R) Application Guide.

### SF424(R&R) Project/Performance Site Locations

Follow all instructions provided in the SF424 (R&R) Application.

### SF424 (R&R) Other Project Information

Follow all instructions provided in the SF424 (R&R) Application, with the following additional modifications:

**Are Human Subjects Involved:** Check "No" unless the training program itself requires the trainees to take a workshop or course that will involve human subjects.

**Are Vertebrate Animals Used:** Check "No" unless the training program itself requires the trainees to take a workshop or course that will involve vertebrate animals.

**Project Summary/Abstract.** Provide an overview of the entire program. Include the mission, objectives, rationale and design of the research training program. Highlight key activities in the training plan that promote skills development and successful transitions into careers in the biomedical research workforce. Indicate the planned duration of appointments, the projected number of trainees and intended trainee outcomes.

**Other Attachments.**

*Advisory Committee (1-page maximum). An Advisory Committee* is not a required component of a training program. However, if an Advisory Committee is intended, provide a plan for the appointment of an Advisory Committee to monitor progress of the training program. The roles, responsibilities, and desired expertise of committee members, frequency of committee meetings, and other relevant information should be included. Describe how the Advisory Committee will assess the overall effectiveness of the program. To avoid conflicts in the review process, only pre-existing Advisory Committee members should be named in the application. Potential Advisory Committee members should not be identified or contacted prior to receiving an award. Please name the file Advisory_Committee.pdf .

*Application and Admissions Data. The applicant must provide Application and Admissions Data* to allow for the evaluation of the ability of participating departments/interdepartmental programs to recruit training grant eligible individuals. These data are useful

Exploratory/R21 Grant: Initiative to Maximize Student Development (T32) – Grants.gov (fillowed)

in assessing the admissions and recruitment process, the diversity of the pool, and the appropriate number of training positions to be awarded. Provide the numbers and characteristics of training grant eligible (I) applicants, (II) admitted individuals, and (III) matriculants for each of the past 5 academic years as well as the average over those years. Applicants are encouraged to use the Suggested Table Format Table A (https://www.nigms.nih.gov/training/instpredoc/Pages/predoctoral-nih-data-tables-data-formats.aspx) provided on the NIGMS website and to report on the categories listed in NIH s Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html) listed below. Demographic data should be from voluntary self-reporting.

- Total. The total number of individuals in the relevant category (e.g., applicants, admitted individuals, or matriculants). In cases of interdepartmental programs, provide aggregate data for all the participating departments.
- Number from Underrepresented Racial and Ethnic Minority (URM) Groups. Number of individuals from racial and ethnic groups that have been shown by the National Science Foundation to be underrepresented in biomedical research on a national basis (i.e., Black or African Americans, Hispanic or Latinos, American Indians or Alaska Natives, Native Hawaiians and other Pacific Islanders; see https://grants.nih.gov/grants/guide/notice-files/not-od-15-089.html (https://grants.nih.gov/grants/guide/notice-files/not-od-15-089.html))
- Number with a Disability. If data are available, the number with disabilities, defined as those with a physical or mental impairment that substantially limits one or more major life activities as described in the Americans with Disabilities Act of 1990, as amended (https://www.ada.gov/pubs/adastatute08.htm).
- Number from Disadvantaged Backgrounds. If data are available, the number from disadvantaged backgrounds (see NIH s Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)).
- Number of applicants who identify as women.
- Number of individuals from an institutionally defined underrepresented group. If relevant, number of applicants from a racial or ethnic group that can be demonstrated convincingly to be underrepresented by the grantee institution. For more information on racial and ethnic categories and definitions, see the OMB Revisions to the Standards for Classification of Federal Data on Race and Ethnicity (https://www.govinfo.gov/content/pkg/FR-1997-10-30/html/97-28653.htm (https://www.govinfo.gov/content/pkg/FR-1997-10-30/html/97-28653.htm)). Add columns as needed.

If the training program is interdepartmental with separate admissions for each department, provide the number of training grant eligible (I) applicants, (II) admitted individuals, and (III) matriculants in the relevant departments described in the application for each of the past 5 academic years. Please name the file Application_Admissions_Data.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*Recruitment Plan to Enhance Diversity (3-page maximum)*. The applicant must provide a *Recruitment Plan to Enhance Diversity*. The application should include outreach strategies and activities designed to recruit potential training program candidates who are from diverse backgrounds, including students from underrepresented racial and ethnic groups, individuals with disabilities, and students from disadvantaged backgrounds (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)). Applicants are encouraged to consult the NIGMS webpage for strategies to enhance diversity in training programs (https://www.nigms.nih.gov/training/diversity/pages/approaches.aspx) when designing their plans. Describe the specific efforts to be undertaken by the training program and how these might coordinate with trainee recruitment efforts of the institution. Centralized institutional efforts alone will not satisfy the requirement to recruit individuals from underrepresented groups. Participating faculty are expected to be actively involved in recruitment efforts. Please name the file Recruitment_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*Trainee Retention Plan (3-page maximum)*. The applicant must provide a *Trainee Retention Plan*. The *Trainee Retention Plan* must describe efforts to sustain the scientific interests as well as monitor the academic and research progress of trainees from all backgrounds within a program (i.e., retention). Applicants are encouraged to consult the NIH's extramural diversity website to identify promising retention practices (https://extramural-diversity.nih.gov/building-participation/recruitment-retention) and to use evidence-informed practices for retention with the recognition that the variety of trainee backgrounds and experiences may necessitate the need to tailor retention approaches. Describe the specific efforts to be undertaken by the training program and how these might coordinate with trainee retention efforts of the institution(s). Centralized institutional efforts alone will not satisfy the requirement to implement robust and successful mechanisms to retain all trainees (e.g., participating faculty are expected to be actively involved in trainee retention efforts). Please name the file Retention_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*Outcomes Data Collection and Storage Plan (2-page maximum).* The applicant must provide an *Outcomes Data Collection and Storage Plan* to track the outcomes for all supported trainees for a minimum of 15 years beyond the trainee's participation in the program. Programs are encouraged to make the aggregate outcome data available on the institution's website. If the applicant

Expected PAR-21-025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

intends to make the data available, describe how the aggregate data will be de-identified before public posting. The applicant must include a strategy to ensure the secure storage and preservation of program data and outcomes. Describe how the data will be centralized, safeguarded, and retrievable during leadership changes. Please name the file Data_Collection_Storage_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*Dissemination Plan (1-page maximum)*. The application must provide a specific *Dissemination Plan* to publish or present nationally any findings or materials developed under the auspices of the program. Examples of dissemination may include data or materials from successful training or mentoring interventions via web postings, presentations at scientific meetings, and/or workshops. Please name the file Dissemination_Plan.pdf . If this attachment is not included, the application will be considered incomplete and will not be reviewed.

*The filename provided for each Other Attachment will be the name used for the bookmark in the electronic application in eRA Commons.*

## SF424(R&R) Senior/Key Person Profile Expanded
Follow all instructions provided in the SF424 (R&R) Application with the following modifications.

**Biographical sketch.** The personal statement should describe a commitment to scientific rigor, training, mentoring, as well as to promoting inclusive, safe, and supportive scientific environments.

## PHS 398 Cover Page Supplement
Follow all instructions provided in the SF424 (R&R) Application.

## PHS 398 Training Subaward Budget Attachment(s)
Follow all instructions provided in the SF424 (R&R) Application Guide.

## Training Budget
Follow all instructions provided in the SF424 (R&R) Application Guide with the following additional modifications:

- Include all allowable categories of funds requested to support trainees in the program.
- As per the instructions, request actual amounts for tuition/fees and provide justification. The amounts may be adjusted at the time of award.

## PHS 398 Research Training Program Plan
The PHS 398 Research Training Program Plan Form is comprised of the following sections:

- Training Program
- Faculty, Trainees, and Training Record
- Other Training Program Sections
- Appendix- Note that the Appendix should only be used in circumstances covered in the NIH policy on appendix materials or if the FOA specifically instructs applicants to do so.

Follow all instructions provided in the SF424 (R&R) Application Guide with the following additional modifications:

Attention must be given to the required Training Data Tables (//grants.nih.gov/grants/guide/url_redirect.htm?id=61169) for **New** or **Renewal** applications. Guidance for preparing the Training Data Tables (https://www.nigms.nih.gov/training/instpredoc/Pages/predoctoral-nih-data-tables-data-formats.aspx) is found on the NIGMS website. **Table 6A is not required for NIGMS Predoctoral Training Grant applications, and applicants must not include it.** In the Program Plan, applicants should also summarize key data from the tables that highlight the characteristics of the applicant pool, program faculty, institutional support, student outcomes, and other factors that contribute to the overall training environment of the program.

Training Program

Follow all training instructions provided in the SF424 (R&R) application guide except where instructed to do otherwise below.

**Program Plan**

The "Program Plan" attachment is required and must adhere to the NIH Table of Page Limits (https://grants.nih.gov/grants/how-to-apply-application-guide/format-and-write/page-limits.htm#train), as well as the organization and instructions provided below.

Case: 25-1611    Document: 00118310432    Page: 379    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-33    Filed 04/25/25    Page 68 of 89
PAR-21-025: Initiative for Maximizing Student Development (T32 Clinical Trial Not Allowed)

Do not follow the organization and instructions provided in the SF424 (R&R) application guide for the Program Plan attachment; instead applicants must use the instructions below. Start each section with the appropriate heading.

*Rationale, Mission, and Objectives*

The application should describe how the IMSD program will develop a diverse pool of well-trained scientists who have the technical, operational, and professional skills required to conduct research in a safe, ethically responsible and rigorous manner, and to enter careers in the biomedical research workforce as delineated in the Program Objective. The application should describe how the program will enhance the training environment and not simply provide financial support to graduate trainees. Specifically, applicants should describe the following:

- The justification for the proposed diversity enhancing research training program. The application should describe the current institutional efforts to promote diversity and to create inclusive research training environments and how the IMSD program will enhance, but not duplicate these efforts. The rationale for the program should expand upon the "Training Outcome" data requested below that provides institutional baseline data on previous student outcomes comparing success rates for groups that are well-represented and underrepresented in the biomedical research workforce (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html));
- Current research training environment. The application should describe the research training environment including, but not limited to, the relevant background, an overview of the current research training activities of the participating department(s) or unit(s), and areas for improvement in the current research training practices. Applicants must demonstrate the presence of a sufficient number of potential trainees in appropriate disciplines (Table 1 (https://grants.nih.gov/grants/forms/data-tables.htm)) and program faculty with the appropriate biomedical expertise (Tables 2 and 4 (https://grants.nih.gov/grants/forms/data-tables.htm)) as well as the current research training resources (Table 3 (https://grants.nih.gov/grants/forms/data-tables.htm)); and
- The training mission (i.e., broad statement of purpose of the program), and objectives (i.e., specific measurable outcomes the program intends to achieve). The baseline data, the trainee pool, and the institutional context should inform the objectives and the design of the proposed training program. The program-specific mission and objectives should align with the Overarching Objective of this funding announcement. Objectives should include, but not be limited to, Ph.D. completion rates and appropriate time-to-degree.

*Curriculum and Overall Training Plan*

The application should describe the following:

- How the courses, structured activities, and research experiences will accomplish the specific training mission and objectives. Explain how these training activities are designed to develop the technical, operational, and professional skills of trainees. The application must include the "Required Training Activities" appendix to provide material to assess the required training elements and may use the "Elective Activities" appendix to provide up to four additional activities;
- Proposed changes to current research training practices to keep pace with the rapidly evolving biomedical research enterprise (e.g., curricular reforms, incorporation of additional quantitative and computational skills development, etc.);
- The mechanism for ensuring that the trainees are learning the highest standards of practice in biomedical research (e.g., record keeping and safety);
- How the Participating Faculty will teach laboratory safety throughout the didactic and mentored portions of the program;
- How the training activities will employ evidence-informed approaches to trainee learning, mentorship, inclusion, and professional development;
- The activities that will build a strong cohort of research-oriented individuals while enhancing the science identity, self-efficacy, and a sense of belonging among the cohort members;
- Representative examples of training programs for individual trainees. Examples may include degree requirements, didactic courses, laboratory experiences, qualifying examinations, and other training activities, such as seminars, journal clubs, etc. Describe how each trainee's program will be guided, and how the trainee's performance will be monitored and evaluated. Discuss the anticipated time required to complete the training program up to degree attainment;
- The trainees academic and research background needed to pursue the proposed training and plans to accommodate differences in preparation among trainees (e.g., training and mentoring interventions provided in the summer before starting graduate courses and supplementary instruction throughout the training experience);
- How the training activities will be available to other trainees in the program(s), department(s) or institution(s) from which the supported trainees are drawn;

Case: 25-1611    Document: 00118310432    Page: 380    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-33    Filed 04/25/25    Page 69 of 89
PAR-21-025: Initiative for Maximizing Student Development (T32 Clinical Trial Not Allowed)

- For multi-disciplinary and/or multi-departmental programs, indicate how the individual disciplinary and/or departmental components of the program are integrated and coordinated, and how they will relate to an individual trainee's experience; and
- The ways, when applicable, that the training plan is distinct from, but will share resources and synergize with, other NIGMS-funded predoctoral training programs at the same institution (i.e., NIGMS predoctoral training programs listed in Table 3 (https://grants.nih.gov/grants/forms/data-tables.htm)). See the "Program Considerations" section above.

*Career Development*

The application should describe the following:

- How the pool of potential applicants and trainees will be provided with information about the career outcomes of graduates of the program (e.g., on publicly accessible websites) and about the overall biomedical research workforce employment landscape;
- How trainees in the program will be provided with adequate and appropriate information regarding the variety of careers in the biomedical research workforce for which their training would be useful;
- How the proposed program will engage a range of potential employers to ensure the trainees will acquire the appropriate skills, knowledge, and steps needed to attain positions in the sectors of the biomedical research workforce that are of interest to them; and
- How the training program or institution will provide experiential learning opportunities (e.g., internships, shadowing, informational interviews, teaching opportunities) that allow trainees to develop the professional skills and networks necessary to transition into careers in the biomedical research workforce.

*Program Oversight, Participating Faculty Selection, and Mentor Training*

The application should include the planned strategy and administrative structure to oversee and monitor the program, and to ensure appropriate and timely trainee progress for the duration of the trainees' graduate careers (the application may include the "Evaluation and Assessment Instruments" Appendix to provide blank rubrics or forms). The application should describe how the participating faculty are trained to ensure the use of evidence-informed teaching, training and mentoring practices that promote the development of trainees from all backgrounds, e.g., trainees from underrepresented backgrounds in the biomedical sciences (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)). Applicants should describe the following:

- How the program will ensure that participating faculty employ the highest standards of scientific rigor and impart those standards to their trainees;
- How the program will ensure that participating faculty reinforce and augment the curricular material on responsible conduct of research, and methods for enhancing reproducibility;
- The mechanism for matching trainees with the appropriate participating faculty (e.g., laboratory rotations, faculty forums, and interviews);
- How the program will ensure that participating faculty engage in activities that promote trainee career development (including but not limited to the utilization of Individual Development Plans) and fulfill the need of the trainees to obtain their Ph.D. degrees in a timely fashion with the skills, credentials, and experiences to transition into careers in the biomedical research workforce that are consistent with the trainees interests and values;
- A mechanism to monitor mentoring, including oversight of the effectiveness of the trainee/participating faculty match, and a plan for removing faculty displaying unacceptable mentorship qualities from the training program (applicants may use the Appendix labeled Conflict Resolution Protocols to provide details of the plan); and
- If a program coordinator or administrator position is planned to enhance oversight, a description of the person's administrative capabilities that are essential to coordinate the program must be included in the application.

<u>*Institutional and Departmental Commitment to the Program*</u>

<u>A letter providing assurances of the institutional commitment to the program must be included in the "**Letters of Support**" section of the application. Applicants may use this section to expand upon the Facilities & Other Resources section and the Letters of Support section, as necessary, to provide additional information regarding the institutional and departmental commitment to the program. Do not repeat information contained elsewhere in the application.</u>

*Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s))*

Case: 25-1611    Document: 00118310432    Page: 381    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-33    Filed 04/25/25    Page 70 of 89
Expired PAR-21-025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

The application should describe how the Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s)) will promote the success of the trainees and training program. NIGMS encourages multiple PDs/PIs, particularly when each brings a unique perspective and skill set that will enhance training as described in the Eligible Individuals section. The application should expand on the information in the biosketch(es) to address how the PD/PI or PD/PI team has:

- The expertise, as well as the administrative and training experience, to provide strong leadership, direction, management, and administration of the proposed research training program;
- The time to commit sufficient effort to ensure the program's success given other professional obligations (the application should indicate the PD(s)/PI(s) s percent effort in the proposed program);
- At least one member of the team who has the scientific expertise in the biomedical sciences and who has a record of using rigorous and transparent methods in experimental design, data collection, analysis, and reporting;
- A demonstrated commitment to training the next generation of the biomedical research workforce, leading recruitment efforts to enhance diversity, and fostering inclusive research environments. As with all participating faculty, the PD(s)/PI(s) should have received training on how to effectively mentor trainees from all backgrounds, e.g., trainees from groups underrepresented in the biomedical sciences (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)); and
- A clearly delineated administrative structure and leadership succession plan for critical positions (e.g., PD(s)/PI(s)).

*Preceptors/Mentors (Participating faculty)*

The application should describe how the participating faculty will promote the success of the trainees and training program, as well as conducting responsible and rigorous research. Describe how the program has or will assemble a diverse team of participating faculty (e.g., individuals from underrepresented backgrounds (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-053.html)), women, and faculty at different career stages) to provide potential role models within the training program and to enhance the excellence of the training environment. The application should summarize and expand on the material presented in the Training Tables (https://grants.nih.gov/grants/forms/data-tables.htm) and biosketches and address how the participating faculty:

- Have sufficient time to commit to training given their other professional obligations;
- Receive training in effective, evidence-informed teaching and mentoring practices;
- Promote the use of highest standards of practice to ensure the safety of all individuals in the research environment;
- Cooperate, interact, and collaborate (which can include joint sponsorship of trainee research);
- Promote the development of trainee skills in approaches to rigorous experimental design, methods of data collection, data analysis and interpretation, and reporting;
- Provide opportunities for trainees to initiate, conduct, interpret, and present rigorous, reproducible and responsible biomedical research with increasing self-direction;
- Demonstrate a commitment to effective mentoring, and to promoting inclusive, safe and supportive scientific and training environments; and
- Are evaluated as teachers and mentors.

*Application Process, Trainee Positions, Retention, and Support*

Through the narrative and summaries of the information presented in the required Training Tables (https://grants.nih.gov/grants/forms/data-tables.htm) and the required attachments (i.e., *Application and Admissions Data* for all applications) the following areas relevant to trainees should be addressed.

*Application Process*

- Describe the admissions data provided in the required "Application and Admissions Data" attachment in "Other Attachments", including the characteristics of training grant eligible (I) applicants, (II) admitted individuals, and (III) matriculants for each of the past 5 academic years. Applicants are encouraged to report on the numbers and averages for the categories listed in NIH s Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html). If the program is an interdepartmental training program with separate admissions, describe the data in the required attachment regarding the number and averages of training grant eligible (I) applicants, (II) admitted individuals, and (III) matriculants in the relevant departments for each of the past 5 academic years. Application and admissions data should inform the recruitment plans in the training grant application.
- Expand upon the "Recruitment Plan to Enhance Diversity" (provided in "Other Attachments"). Explain how the program will identify and recruit a diverse pool of potential candidates from a wide variety of institutions and backgrounds (with a focus on identifying effective recruitment strategies for individuals from nationally underrepresented groups in the biomedical sciences,

APHA App. 378

Expected Participants: Initial current training student development (T32) (Teaching allowed)

see [Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)](https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)) who have the potential to strongly benefit from, and with proper training and support succeed in the program.

- Describe plans for a candidate review process that will allow a broad group of trainees, who have taken advantage of the research opportunities available to them and are committed to contributing to the biomedical research enterprise, the ability to participate in the training program. The process should consider metrics beyond undergraduate institution, GPA, and standardized test scores. If the program trainees are drawn from multiple departments, describe how the PD(s)/PI(s) will ensure that the review process is consistent across all relevant departments.
- If the training program does not conduct its own recruitment and admissions for Ph.D. students entering the university and instead appoints students who were admitted by university departments or other graduate programs, provide a strong rationale for taking this approach.

*Trainee Positions*

- Describe how large the program will be *across all cohorts* (i.e., the total number of individuals enrolled in the proposed program ranging from the entering cohort to those nearing graduation). For interdepartmental programs, describe the expected number of individuals in the program from each scientific discipline.
- Provide a strong justification for the number of requested funded slots per year in the context of the training grant eligible pool, the size of the proposed program, the number of participating faculty, and other NIGMS-funded training grants at the institution. *For Renewal Applications* - Describe the characteristics of the previously awarded training positions (Table 7) as part of the justification for the requested positions.
- Explain the proposed training grant support structure, i.e., how many individuals (e.g., 4 per year), at what stage (e.g., first-year entrants), and for how long (e.g., for 1 year). Note: NIGMS typically funds trainees during years 1-3 of the Ph.D. program.
- Define and justify the selection and re-appointment criteria for the training grant supported trainees in the program.

*Retention and Support*

- Applicants may use this section to expand upon the Trainee Retention Plan (provided in the "Other Attachments") and to provide evidence of the program's commitment to ensuring the well-being and success of all trainees throughout their graduate training.
- Describe the ability for participating department(s) and/or the institution(s) to support trainees for the duration of their graduate careers.

*Training Outcomes*

This section is intended to provide outcomes for the program described in the application (or for new programs, to provide outcomes for training grant eligible students for the proposed program). The application should provide the information below about recent outcomes through narrative descriptions and a summary of the data presented in the required [training tables (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm). Although the training tables for new applications only allow for five years of recent outcomes, the application may describe up to 15 years of outcomes in the narrative. The application should describe the following:

- Evidence that recent program graduates conducted rigorous research that advanced scientific knowledge and/or technologies, with increasing self-direction (e.g., peer-reviewed publications in [Training Table 5A (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm), or other measures of scientific accomplishment appropriate to the field);
- The rate of Ph.D. degree attainment and time-to-degree for recent graduates ([Training Table 8A (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm)). Verify in the text that the time-to-degree was calculated according to the table instructions;
- A description or analysis of how the Ph.D. degree attainment, time-to-degree data, and evidence of scholarly productivity (e.g., peer-reviewed publications, or other measures of scientific accomplishment appropriate to the field) for recent program graduates from underrepresented groups (see [Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)](https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)) compares to the data for recent program graduates from well-represented groups; and
- The success of recent graduates transitioning to careers in the biomedical research workforce ([Training Table 8A (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm)).

*Program Evaluation and Dissemination*

NIGMS funded training programs must conduct ongoing evaluations to monitor the success of the training and mentoring activities. The application should describe:

Expedited PAR-21-025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

- The evaluation or assessment process to determine whether the overall program is effective in meeting its training mission and objectives, and whether the scientific research climate is inclusive, safe, and supportive of trainee development (the application may include the "Evaluation and Assessment Instruments" Appendix to provide blank survey instruments, rubrics, or forms);
- Plans for being responsive to outcomes analyses, critiques, surveys and evaluations;
- Past activities to track and post the career outcomes of trainees (applicants should expand upon, but not duplicate the information in the Outcomes Data Collection and Storage Plan ); and
- Past activities designed to share the outcomes of the training or mentoring interventions with the broader community (applicants should expand upon, but not duplicate the information in the Dissemination Plan ).

**Plan for Instruction in the Responsible Conduct of Research**

Applicants are required to comply with the instructions for Plan for Instruction in the Responsible Conduct of Research as provided in the SF424 (R&R) Application Guide, along with the following additional instructions:

Describe how the Responsible Conduct of Research (RCR) components are well integrated into the overall curriculum, i.e., how they are taught at multiple stages of trainee development and in a variety of formats and contexts. Explain how the teaching of RCR synergizes with elements of the curriculum designed to enhance trainees abilities to conduct rigorous and reproducible research. Describe how all participating faculty will reiterate and augment key elements of responsible conduct when trainees are performing mentored research in their laboratories.

**Plan for Instruction in Methods for Enhancing Reproducibility**

Applicants are required to provide a Plan for Instruction in Methods for Enhancing Reproducibility as provided in the SF424 (R&R) Application Guide.

Applicants are encouraged to consult the NIGMS clearinghouse for training modules to enhance data reproducibility (https://www.nigms.nih.gov/training/pages/clearinghouse-for-training-modules-to-enhance-data-reproducibility.aspx) and other resources when developing the plans.

**Progress Report (only for Renewal applications)**

For applications describing programs that were previously funded under PAR-19-037 (https://grants.nih.gov/grants/guide/pa-files/par-19-037.html) follow the instructions provided in the SF424 (R&R) Application Guide with the following exceptions:

For the "Program Overview" section, follow the page limit indicated in the SF424 (R&R) application guide, but follow the instructions below instead:

- Indicate the period covered since the last competitive review.
- Include information to demonstrate that the program successfully trained a diverse pool of individuals who have the technical, operational, and professional skills to transition to careers in the biomedical research workforce.
- Describe successes and challenges with regards to implementing the programmatic elements described in the previous application, including but not limited to the following areas:

    o Incorporating evidence-informed training and mentoring practices into the program.

    o Teaching of rigor and transparency, and the responsible and safe conduct of research throughout the training experience.

    o The challenges and successes for enhancing diversity and inclusion.

    o Overseeing all aspects of the program (e.g., of the mentor/mentee matches, the participating faculty, and trainee progress).

    o Preparing trainees for a broad range of careers in the biomedical research workforce (including but not limited to the use of Individual Development Plans, IDPs).

- Provide justifications for failing to implement previously proposed programmatic elements.
- Provide evidence that the specific and measurable objectives described in the previous application were achieved and if not, provide a justification for failing to achieve the objectives.
- Describe how the funds provided under "Training Related Expenses" were used to benefit the program.
- Provide the methods and results of the evaluations of the program activities. Indicate whether the training activities were effective in contributing to the program objectives.
- Provide evidence that the scientific research climate is inclusive, safe, and supportive of trainee development.

APHA App. 380

- Expand upon the "Training Outcomes" to highlight successes and areas for improvement.
- Describe how the program responded to outcomes analyses, critiques, surveys and evaluations. Describe the barriers to success and indicate changes to the program designed to address these barriers.
- Describe how the program makes training and career outcomes publicly available.
- Indicate whether the PD(s)/PI(s) disseminated nationally any findings or materials developed under the auspices of the program to the broader training community.
- Indicate the broader impact of the program (e.g., on the curriculum, training environment, or institutional practices).
- Highlight how the training program has evolved in response to changes in relevant scientific and technical knowledge, educational practices, and evaluation of the training program.


## Faculty, Trainees, and Training Record

### Participating Faculty Biosketches

Participating faculty should provide a personal statement that describes the appropriateness of their research background for the proposed training program, and their commitment to the following:

- Training, mentoring, and promoting inclusive, safe and supportive research environments;
- Maintaining a record of, and providing training in rigorous and unbiased experimental design, methodology, analysis, interpretation, and reporting of results;
- Promoting the use of highest standards of practice to ensure the safety of all individuals in the research environment;
- Supporting trainees participating in activities required to identify and transition into careers in the biomedical research workforce that are consistent with the trainees skills, interests, and values; and
-     Fulfilling the need of the trainees to complete their Ph.D. degrees in a timely fashion with the skills, credentials, and experiences to transition into careers in the biomedical research workforce.

### Letters of Support

*Institutional Support Letter (10-page maximum)*. The application must include a signed letter on institutional letterhead from a President, Provost, Dean, or similar key institutional leader that describes the activities and resources provided by the institution that are designed to ensure the success of the planned training program and its trainees. If this letter is not included, the application will be considered incomplete and will not be reviewed. The institutional commitment to the following areas should be described (as applicable):

- Developing and promoting a culture in which the highest standards of safety, scientific rigor, reproducibility, and responsible conduct are advanced;
- Ensuring sufficient start-up funding to permit early stage faculty to participate in training, and bridge funding to ensure that training may continue if a mentor experiences a hiatus in funds;
- Supporting core facilities and technology resources, and describing how they can be used to enhance training;
- Providing adequate staff, facilities, and educational resources to the planned program;
- Supporting the PDs/PIs and other key staff associated with the planned training program;
- Fostering and rewarding excellence in training (e.g., through institutional polices such as tenure and promotion);
- Supporting the remediation or removal of Participating Faculty from the program who are poorly performing mentors;
- Promoting diversity and inclusion at all levels of the research training environment (trainees, staff, faculty, and leadership);
- Ensuring a positive, supportive and inclusive research and training environment for individuals from all backgrounds;
- Ensuring the research facilities and laboratory practices promote the safety of trainees;
- Guaranteeing the research facilities are accessible to trainees with disabilities;
- Ensuring that proper policies, procedures, and oversight are in place to prevent discriminatory harassment and other discriminatory practices and to appropriately respond to allegations of such discriminatory practices, including providing any required notifications to NIH (e.g., requesting a change of PD/PI status; see NOT-OD-19-029 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-19-029.html));
- Providing trainees access to student support services, such as healthcare, counseling services, and housing;
- Ensuring that trainees will continue to be supported when they transition from the training grant to other sources of support;
- Providing resources and expertise for evaluating the training outcomes of the program; and
- For institutions that have multiple NIGMS-funded predoctoral training grants, the letter should also explain what distinguishes the proposed program from existing ones at the same training level, how the programs will synergize and share resources when appropriate, and how the training faculty, pool of potential trainees, and resources are sufficiently robust to support the proposed program in addition to existing ones.

APHA App. 381

Case: 25-1611     Document: 00118310432     Page: 385     Date Filed: 07/08/2025     Entry ID: 6734280

4/21/25, 6:51 PM     Case 1:25-cv-10787-BEM     Document 38-33     Filed 04/25/25     Page 74 of 89
PAR-21-025: Initiative for Maximizing Student Development (T32 Clinical Trial Not Allowed)

*Institutional Eligibility Letter.* (1-page maximum). The Provost or similar official with institution-wide responsibility must certify that all the components of the institution under the applicant DUNS or IPF number together have an average of RPG funding greater than or equal to $7.5 million total costs (both direct and F&A/indirect costs) per year over the past 3 fiscal years, as described in Section III, "Eligible Organization". If this letter is not included, the application will be considered incomplete and will not be reviewed.

*Other Letters of Support.* Additional letters of support (e.g., from partner institutions or organizations) are permitted; however, these letters may not contain any information required in the Institutional Support Letter.

Combine all Letters of Support into a single PDF file.

**Data Tables:** The application must include the required [Training Data Tables (https://grants.nih.gov/grants/guide/url_redirect.htm?id=61169)](https://grants.nih.gov/grants/guide/url_redirect.htm?id=61169). For New applications: Tables 1, 2, 3, 4, 5A, and 8A Part III. For Renewals: Tables 1, 2, 3, 4, 5A, 7, and 8A. Applications that do not contain the required tables, or that submit any additional tables in this attachment, will be considered noncompliant and will not be reviewed.

Appendix

Limited items are allowed in the Appendix. Follow all instructions for the Appendix as described in the SF424 (R&R) Application Guide; any instructions provided here are in addition to the SF424 (R&R) Application Guide instructions.

The Appendix is meant to provide additional details to the following topics but is not meant to substitute for clear descriptions in the body of the application. Do not use the Appendix to circumvent page limits. Do not include items other than the required and allowable materials described below, as doing so will result in administrative withdrawal of the application prior to review. Name the file according to the headings below. A summary sheet listing all the items included in the Appendix may be included in the first Appendix attachment.

**The following are required Appendix materials:**

- Required Training Activities. To adequately assess the content of the didactic portion of the training program, the application must include syllabi/outlines of all required training activities (e.g., syllabi for courses, mentor training materials, professional development workshops, career exploration opportunities, skills development activities).
- Responsible Conduct of Research Syllabi. In addition to the Plan for Instruction in the Responsible Conduct of Research, the application must provide syllabi/outlines of materials relating to Responsible Conduct of Research and descriptions of when in the trainees career paths the material is taught.

**The following are allowable Appendix materials:**

- Elective Activities. The application may include summary content from up to four additional elective courses and/or training activities (e.g., syllabi or summaries for courses, mentor training materials, outlines of professional development workshops, career exploration opportunities, or skills development activities).
- Evaluation and Assessment Instruments. The application may include blank surveys, rubrics, and/or forms used to (a) document and monitor trainee progress and (b) determine whether the training and research environment is effective, inclusive, safe, and supportive.
- Conflict Resolution Protocols (3-page maximum). The application may include detailed protocols for addressing problems with trainee and faculty matches, removal of faculty from the training program with unacceptable training/mentoring skills and for conflict resolutions for multi PD(s)/PI(s) and mentor/mentee relationships.

Applications that do not include the required appendices or that exceed the number of allowed appendices or the page limitation of any of the allowed materials will be considered noncompliant and will not be reviewed.

## PHS Human Subjects and Clinical Trials Information

Generally, not applicable. All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional modifications:

**Study Record: PHS Human Subjects and Clinical Trials Information**

DO NOT USE. Attempts to submit a full, detailed study record will result in a validation error.

**Delayed Onset Study**

APHA App. 382

Expected Results: Initial current mentoring student development (T32) (T35 – if allowed)

Generally, not applicable. Note: Delayed onset (https://grants.nih.gov/grants/glossary.htm#DelayedOnsetHumanSubjectStudy) does NOT apply to a program that will not start immediately (i.e., delayed start).

**PHS Assignment Request Form**
All instructions in the SF424 (R&R) Application Guide must be followed.

# 3. Unique Entity Identifier and System for Award Management (SAM)

See Part 1. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov

# 4. Submission Dates and Times

Part I. Overview Information contains information about Key Dates and times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.htm?id=82380), the application deadline is automatically extended to the next business day.

Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.htm?id=11128) (the online portal to find and apply for grants across all Federal agencies). Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.htm?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subjected to the NIH Policy on Late Application Submission.

**Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.**

Information on the submission process and a definition of on-time submission are provided in the SF424 (R&R) Application Guide.

# 5. Intergovernmental Review (E.O. 12372)

This initiative is not subject to intergovernmental review. (//grants.nih.gov/grants/guide/url_redirect.htm?id=11142)

# 6. Funding Restrictions

All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.htm?id=11120). The National Research Service Award (NRSA) policies (//grants.nih.gov/grants/guide/url_redirect.htm?id=14171) apply to this program. An NRSA appointment may not be held concurrently with another Federally sponsored fellowship, traineeship, or similar Federal award that provides a stipend or otherwise duplicates provisions of the NRSA.

Pre-award costs are allowable only as described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.htm?id=11143). Note, however, that pre-award costs are not allowable charges for stipends or tuition/fees on institutional training grants because these costs may not be charged to the grant until a trainee has actually been appointed and the appropriate paperwork submitted to the NIH awarding component. Any additional costs associated with the decision to allow research elective credit for short-term research training are not allowable charges on an institutional training grant.

# 7. Other Submission Requirements and Information

Applications must be submitted electronically following the instructions described in the SF424 (R&R) Application Guide. Paper applications will not be accepted.

**Applicants must complete all required registrations before the application due date.**     Section III. Eligibility Information
contains information about registration.

For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply Application Guide (https://grants.nih.gov/grants/how-to-apply-application-guide.html). If you encounter a system issue beyond your

Expedited Review: Initiation or maintaining student development award (T32) eligibility (if allowed) control that threatens your ability to complete the submission process on-time, you must follow the [Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm)](https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission, contact the Application Submission Contacts in [Section VII.](#)

**Important reminders:**

All PD(s)/PI(s) must include their eRA Commons ID in the Credential field of the Senior/Key Person Profile Component of the SF424(R&R) Application Package. Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH.

The applicant organization must ensure that the DUNS number it provides on the application is the same number used in the organization's profile in the eRA Commons and for the System for Award Management (SAM). Additional information may be found in the SF424 (R&R) Application Guide.

See [more tips (//grants.nih.gov/grants/guide/url_redirect.htm?id=11146)](//grants.nih.gov/grants/guide/url_redirect.htm?id=11146) for avoiding common errors.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review, NIH, and NIGMS. Applications that are incomplete or non-compliant will not be reviewed.

**Applicants Requesting $500,000 or more for direct costs (less consortium F&A) in any year**

Applicants requesting $500,000 or more in direct costs in any year **are not required** to contact a Scientific/ Research Contact prior to submitting an application. The Policy on the Acceptance for Review of Unsolicited Applications that Request $500,000 or More in Direct Costs as described in the SF424 (R&R) Application Guide **is not** applicable to this FOA.

**Post Submission Materials**

Applicants are required to follow the instructions for post-submission materials, as described in [the policy (//grants.nih.gov/grants/guide/url_redirect.htm?id=82299)](//grants.nih.gov/grants/guide/url_redirect.htm?id=82299).

# Section V. Application Review Information

## 1. Criteria

Only the review criteria described below will be considered in the review process.

Applications submitted to the NIH in support of the [NIH mission (//grants.nih.gov/grants/guide/url_redirect.htm?id=11149)](//grants.nih.gov/grants/guide/url_redirect.htm?id=11149) are evaluated for scientific and technical merit through the NIH peer review system.

**Overall Impact**

Reviewers will provide an overall impact score to reflect their assessment of the likelihood that the proposed training program will produce a diverse pool of well-trained scientists with the technical (e.g., appropriate methods, technologies, and quantitative/computational approaches), operational (e.g., independent knowledge acquisition, rigorous experimental design, and interpretation of data), and professional (e.g., management, leadership, communication, and teamwork) skills necessary to conduct rigorous and reproducible research, and transition into careers in the biomedical research workforce, in consideration of the following review criteria and additional review criteria (as applicable for the program proposed).

Specifically, do the courses, structured training activities, mentoring, and research experiences equip the trainees with:

- A broad understanding across biomedical disciplines;
- Expertise in a basic biomedical scientific discipline and the skills to independently acquire the knowledge needed to advance their chosen fields;
- The ability to think critically and independently, and to identify important biomedical research questions and approaches that push forward the boundaries of their areas of study;
- A strong foundation in scientific reasoning, rigorous research design, experimental methods, quantitative and computational approaches, and data analysis and interpretation;
- The skills to conduct research in the safest manner possible, and a commitment to approaching biomedical research responsibly, ethically, and with integrity;
- Experience initiating, conducting, interpreting, and presenting rigorous and reproducible biomedical research with increasing self-direction;
- The ability to work effectively in teams with colleagues from a variety of cultural and scientific backgrounds, and to promote inclusive and supportive scientific research environments;

APHA App. 384

Exploratory Grants: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

- The skills to teach and communicate scientific research methodologies and findings to a wide variety of audiences (e.g., discipline-specific, across disciplines, and the public); and
- The knowledge, professional skills and experiences required to identify and transition into careers in the biomedical research workforce (i.e., the breadth of careers that sustain biomedical research in areas that are relevant to the NIH mission).

## Scored Review Criteria

Reviewers will consider each of the review criteria below in the determination of the merit of the training program and give a separate score for each. An application does not need to be strong in all categories to be judged likely to have major scientific impact.

### Training Program and Environment

#### Rationale, Mission, and Objectives

- Does the application provide a compelling rationale for the proposed research training program?
- Does the proposed program demonstrate the presence of a sufficient pool of potential trainees in appropriate disciplines (Table 1), program faculty with the appropriate scientific expertise (Tables 2 and 4), and resources to achieve the training objectives (Table 3)?
- Are the mission and objectives for the training program specific and measurable and in alignment with the goal of producing a diverse pool of well-trained scientists with the technical, operational, and professional skills necessary to transition into careers in the biomedical research workforce?

#### Curriculum and Overall Training Plan

- Will the courses, structured training activities, mentoring, and research experiences achieve the stated mission and objectives of the training program?
- Does the application propose changes in the program's research training and mentoring practices to effectively address the rapidly evolving biomedical research enterprise and current understanding of evidence-informed training and mentoring approaches?
- Is the mechanism for ensuring that the trainees are learning the highest standards of practice in biomedical research (e.g., record keeping and safety) robust?
- Will the Participating Faculty teach laboratory safety throughout the didactic and mentored portions of the program?
- Does the training program plan provide a compelling explanation of how the courses, structured training activities, mentoring, and research experiences employ modern, evidence-informed approaches that are likely to enhance the success of the trainees?
- Are the activities likely to build a strong cohort of research-oriented individuals while enhancing the science identity, self-efficacy, and a sense of belonging among the cohort members?
- Do the required and elective training elements (e.g., syllabi, course descriptions) provide compelling evidence that the trainees will gain the requisite skills for the discipline in a timely fashion and that there are mechanisms to ensure that the trainees will be guided, monitored, and evaluated?
- Are there plans to accommodate differences in preparation among trainees?
- Is it clear how the proposed program will enhance the research training environment and not simply provide financial assistance for the trainees?
- Is it clear how the training activities will be available to other students in the program(s), department(s), or institution(s) from which the trainees are drawn?
- For multi-disciplinary and/or multi-departmental programs, is it clear how the individual disciplinary and/or departmental components of the program are integrated and coordinated, and how each will relate to an individual trainee's experience?
- If applicable, is the proposed program distinct from, but planning to share resources and synergize with other NIGMS-funded predoctoral training programs at the institution (listed in Training Table 3, and reinforced in the Institutional Support Letter)?

#### Career Development

APHA App. 385

- Will the applicants and trainees be provided with information about the career outcomes of graduates of the program and about the overall biomedical research workforce employment landscape?
- Will the trainees be provided with adequate and appropriate information regarding the wide variety of careers in the biomedical research workforce for which their training may be useful?
- Will the program engage with potential employers to ensure that the trainees acquire the appropriate skills, knowledge, and steps needed to attain positions in the sectors of the biomedical research workforce that are of interest to them?
- Will the training program or institution provide experiential learning opportunities (e.g. internships, shadowing, informational interviews) that allow trainees to develop the professional skills and networks necessary to transition into careers in the biomedical research workforce?

### Program Oversight, Participating Faculty Selection, and Mentor Training

- Does the application describe an effective strategy and administrative structure to oversee and monitor the program to ensure appropriate and timely trainee progress for the duration of the trainees' graduate careers?
- Is selection of the program faculty based on a commitment to training and mentoring, and not simply research productivity?
- Will the participating faculty be trained to ensure the use of evidence-informed teaching and mentoring practices that promote the development of trainees from all backgrounds?
- Do the participating faculty have a record of employing the highest standards of rigor and transparency in their research, and plans to impart those standards to their trainees?
- Will the program ensure that program faculty reinforce and augment the curricular material on responsible conduct of research, and methods for enhancing reproducibility?
- Is there a clear mechanism for matching the trainees with appropriate program faculty (e.g., laboratory rotations, faculty forums and interviews)?
- Is there a plan to ensure that the participating faculty engage in activities that promote trainee career development (including but not limited to the utilization of Individual Development Plans), and fulfill the need of the trainees to obtain their Ph.D. degrees in a timely fashion with the skills, credentials and experiences to transition into careers in the biomedical research workforce that are consistent with the trainees' interests, and values?
- Is there an effective mechanism to monitor mentoring, including oversight of the effectiveness of the trainee/participating faculty match, and a plan for removing participating faculty displaying unacceptable mentorship qualities from the training program?
- If a program coordinator or administrator position is planned, will the person's administrative capabilities contribute to the success of the program?

### Institutional and Departmental Commitment to the Program

- Will the institutional and departmental commitment to research and training excellence promote the success of the trainees and training program?
- Is there a clear institutional commitment to develop and promote a culture in which the highest standards of safety, scientific rigor, reproducibility, and responsible conduct of research are advanced?
- Does the institution provide sufficient start-up funding to permit early stage faculty to participate in training, and bridge funding to ensure that training may continue if a mentor experiences a hiatus in funds?
- Are the core facilities and technology resources necessary for the success of the program well supported?
- Is there adequate support of the PD(s)/PI(s) and other key staff, facilities, and educational resources associated with the training program?
- Do participating faculty have sufficient protected time available to devote to the training and mentoring activities?
- Is there evidence that the institution rewards excellence in training and mentoring through institutional policies?
- Does the institution support the remediation or removal of Participating Faculty from the program who are poorly performing mentors?
- Are diversity and inclusion efforts promoted at all levels of the research training environment (trainees, staff, faculty, and leadership)?
- Does the institution promote a positive, supportive, safe and inclusive research and training environment for individuals from all backgrounds?
- Is there evidence that the research facilities and laboratory practices ensure the safety of trainees?
- Is a process in place to address access issues for trainees with identified disabilities?
- Are appropriate policies and procedures in place to protect trainees from harassment and other prohibited practices?

APHA App. 386

Case: 25-1611    Document: 00118310432    Page: 390    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Expedited APR... (U.S. National Institutes of Health) (T32-Cu...    Filed 04/25/25    Page 79 of 89

Expected for FY 2025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

- Is there evidence of an institutional commitment to providing the trainees access to student support services, such as health care, counseling services, and housing?
- Is there a commitment to ensure that trainees will continue to be supported when they transition from the training grant to other sources of support?
- Are the resources and expertise for evaluating the current and future training outcomes of the program appropriate?
- Does the program plan describe the changes the graduate program(s), department(s) and/or the institution(s) will make to better support the goals of the training program?

## Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s))

- Do the PD(s)/PI(s) have the scientific expertise, and administrative and training experience to provide strong leadership, direction, management, and administration of the proposed research training program?
- Do the PD(s)/PI(s) have the time to commit sufficient effort to ensure the program's success, given their other professional obligations?
- Does at least one member of the PD/PI team have a demonstrated record of using rigorous and transparent methods in experimental design, data collection, analysis, and reporting in the proposed scientific field?
- Have the PD(s)/PI(s) received training on how to effectively mentor trainees, including those from underrepresented groups, and promote inclusive, safe, and supportive research training environments?
- Do the PD(s)/PI(s) have a demonstrated commitment to training the next generation of the biomedical research workforce, leading recruitment efforts to enhance diversity, and fostering inclusive research environments?
- Is there a strong administrative structure and leadership succession plan for critical positions (e.g., PD/PI)?

### For applications designating multiple PD(s)/PI(s):

- Will the multiple PD/PI leadership approach benefit the trainees and enhance the ability of the program to achieve its training goals?
- Is there a clear leadership plan including the designated roles and responsibilities, governance, conflict resolution procedures, and organizational structure (see Multiple PD/PI Leadership Plan section)?

## Preceptors/Mentors (Participating Faculty)

- Do the participating faculty describe a compelling commitment to rigorous and unbiased experimental design, methodology, analysis, interpretation, and reporting of results?
- Do the participating faculty describe a compelling commitment to ethically sound and responsible scientific research?
- Do the participating faculty have plans to promote the use of highest standards of practice to ensure the safety of all individuals in the research environment?
- Do the selected program faculty come from various backgrounds, for example, individuals from groups underrepresented in the biomedical sciences, women, as well as faculty at different career stages (i.e., junior and senior faculty)? If not, are there plans to recruit faculty to enhance the diversity?
- Do the participating faculty have the time to commit sufficient effort to ensure trainee development and success, given their other professional obligations?
- Is there evidence that the participating faculty cooperate, interact, and collaborate (which can include joint sponsorship of trainee research)?
- Do the participating faculty provide opportunities for trainees to initiate, conduct, interpret, and present rigorous and reproducible biomedical research with increasing self-direction?
- Do the participating faculty have plans for ensuring their trainees develop skills in approaches to experimental design, as well as methods of data collection, analysis, interpretation, and reporting?
- Do the participating faculty demonstrate a commitment to effective mentoring, and promoting inclusive, safe, and supportive scientific and training environments?
- Are the participating faculty willing to engage in activities to promote the trainees career goals and to support trainees participating in activities required to identify and transition into careers in the biomedical research workforce that are consistent with the trainees' skills, interests, and values?
- Do the participating faculty have a commitment to fulfilling the need of the trainees to obtain their Ph.D. degrees in a timely fashion with the skills, credentials, and experiences to transition into careers in the biomedical research workforce?

APHA App. 387

## Application Process, Trainee Positions, Retention, and Support

### Application Process

- Is a candidate review process proposed that will allow a broad group of trainees, who have taken advantage of the research opportunities available to them and are committed to contributing to the biomedical research enterprise, the ability to participate in the training program? Does the process consider metrics beyond undergraduate institution, GPA, and standardized test scores?
- If the program trainees are drawn from multiple departments, is the review process consistent across all relevant departments?
- Is the training program's approach to recruiting and admitting students appropriate (e.g., direct admissions as first year Ph.D. students into the program versus appointment of students admitted to other departments or Ph.D. programs)?

### Funded Positions

- Does the application provide a strong justification for the number of requested funded trainee positions given the pool of potential trainees, the size of the proposed program, the number of participating faculty, and other NIGMS funded training programs?
- Are there well-defined and justified selection and re-appointment criteria for trainees in the training program?
- Are trainees being appointed at the appropriate stage in order to most strongly benefit from the training program (e.g., in the first three years)?

### Retention and Support

- Is there an adequate, evidence-informed retention plan to ensure the well-being and success of all trainees throughout their graduate training (see the "Trainee Retention Plan" attachment)?
- Does the institution have the resources to support trainees for the duration of their graduate careers?

## Training Record

### Training Outcomes for Trainees (renewals) or Training Grant Eligible Pool (new applications)

- Does the application provide evidence the trainees (or training grant eligible pool) conducted rigorous research that advanced scientific knowledge and/or technologies with increasing self-direction (e.g., peer-reviewed publications listed in Table 5A, and other accomplishments appropriate to the field)?
- Does the rate of Ph.D. degree attainment and time-to-degree for the trainees (or training grant eligible pool) indicate that these students completed their degrees at a high rate in a timely fashion (Training Table 8A)?
- Are completion rates, time-to-degree, and scholarly outcomes for the trainees (or training grant eligible pool) from underrepresented groups (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)) comparable to those from well-represented groups?
- Are the trainees (or individuals in the training grant eligible pool) transitioning to careers in the biomedical research workforce (i.e., the breadth of careers involved in the conduct and support of biomedical research in areas that are relevant to the NIH mission; Training Table 8A)?

### Program Evaluation

- Is there a well thought out evaluation or assessment plan to determine whether the overall program is effective in meeting its training mission and objectives, and whether the training and scientific research climates are inclusive and supportive of trainee development (narrative and "Evaluation and Assessment Instruments" Appendix)?
- Is there evidence that the program has been and/or will be responsive to outcomes, critiques and evaluations?
- Does the training program have an appropriate plan to track trainee outcomes and make the data publicly available (e.g., on the institution's website)?

## Additional Review Criteria

As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.

APHA App. 388

Case: 25-1611    Document: 00118310432    Page: 392    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-32 Filed 04/25/25    Page 81 of 89
Exploratory Grants: Initial to Mid-Stage Research Education Development (T32) - Clinical Trial Not Allowed)

## Training in Methods for Enhancing Reproducibility

Does the Instruction in Methods for Enhancing Reproducibility plan describe how trainees will be instructed in principles important for enhancing research reproducibility including, at a minimum, evaluation of foundational research underlying a project, rigorous experimental design and data analysis, consideration of relevant biological variables such as sex, authentication of key biological and/or chemical resources, data and material sharing, record keeping, and transparency in reporting? Are the rigor and transparency components sufficiently well integrated into the overall curriculum? Are they taught at multiple stages of trainee development and in a variety of formats and contexts? Does the teaching synergize with elements of the curriculum designed to enhance trainees' abilities to conduct responsible research? Is there evidence that all participating faculty reiterate and augment key elements of methods for enhancing reproducibility when trainees are performing mentored in research their laboratories? The plan will be rated as ACCEPTABLE or UNACCEPTABLE, and the summary statement will provide the consensus of the review committee.

## Recruitment Plan to Enhance Diversity

Peer reviewers will separately evaluate the recruitment plan to enhance diversity after the overall score has been determined. Reviewers will examine the strategies to be used in the recruitment of prospective individuals from underrepresented groups. The plan will be rated as ACCEPTABLE or UNACCEPTABLE, and the consensus of the review committee will be included in an administrative note in the summary statement.

## Training in the Responsible Conduct of Research

All applications for support under this FOA must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). Taking into account the specific characteristics of the training program, the level of trainee experience, and the particular circumstances of the trainees, the reviewers will evaluate the adequacy of the proposed RCR training in relation to the following five required components: 1) **Format** - Does the plan satisfactorily address the format of instruction, e.g. lectures, coursework and/or real-time discussion groups, including face-to-face interaction? (A plan involving only on-line instruction is not acceptable); 2) **Subject Matter** Does the plan include a sufficiently broad selection of subject matter, such as conflict of interest, authorship, data management, human subjects and animal use, laboratory safety, research misconduct, and research ethics? 3) **Faculty Participation** - Does the plan adequately describe how faculty will participate in the instruction? For renewal applications, are all training faculty who served as course directors, speakers, lecturers, and/or discussion leaders during the past project period named in the application? 4) **Duration of Instruction** - Does the plan meet the minimum requirements for RCR, i.e., at least eight contact hours of instruction? 5) **Frequency of Instruction** Does the plan meet the minimum requirements for RCR, i.e., at least once during each career stage (undergraduate, post-baccalaureate, predoctoral, postdoctoral, and faculty levels) and at a frequency of no less than once every four years?

Are the RCR components sufficiently well integrated into the overall curriculum? Are they taught at multiple stages of trainee development and in a variety of formats and contexts? Does the teaching of RCR synergize with elements of the curriculum designed to enhance trainees' abilities to conduct rigorous and reproducible research? Is there evidence that all participating faculty reiterate and augment key elements of responsible conduct when trainees are performing mentored research their laboratories?

Plans and past record will be rated as ACCEPTABLE or UNACCEPTABLE, and the summary statement will provide the consensus of the review committee.

## Protections for Human Subjects

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Inclusion of Women, Minorities, and Individuals Across the Lifespan

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Vertebrate Animals

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Biohazards

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

## Resubmissions

APHA App. 389

Case: 25-1611    Document: 00118310432    Page: 393    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Document 38-83    Filed 04/25/25    Page 82 of 89
Expired PAR-21-025: Initiative for Maximizing Student Development (T32 Clinical Trial Not Allowed)

For Resubmissions, the committee will evaluate the application as now presented, taking into consideration the responses to comments from the previous scientific review group and changes made to the project. Undue weight should not be given for simply responding to previous comments; instead the content of the responses and how the application project will be improved by any proposed changes should be considered.

### Renewals

For Renewals, the committee will consider the progress made in the last funding period, including on the Training in Methods for Enhancing Reproducibility Plan, Recruitment Plan to Enhance Diversity, and Training in the Responsible Conduct of Research Plan.

- Did the training grant team successfully implement the proposed programmatic elements?
- Is the program achieving its training objectives?
- Is there evidence that the training environment is inclusive, safe, and supportive?
- Has the program evaluated the quality and effectiveness of the training experience, and is there evidence that the evaluation outcomes and feedback from trainees have been acted upon?
- Are changes proposed that are likely to improve or strengthen the research training experience during the next project period?
- Does the program continue to evolve to reflect changes in the research area in which the training occurs and current evidence-informed training and mentoring approaches?
- Is the program having a broader impact (e.g., are students beyond the trainees directly supported by the program being positively impacted by the program's presence, are training practices and outcomes being shared with the broader biomedical training community)?

### Revisions

Not Applicable

## Additional Review Considerations

As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.

### Select Agent Research

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

### Budget and Period of Support

Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.

## 2. Review and Selection Process

Applications will be evaluated for scientific and technical merit by (an) appropriate Scientific Review Group(s), convened by the NIGMS Scientific Review (https://www.nigms.nih.gov/training/pages/ReviewProcess.aspx) Branch in accordance with NIH peer review policy and procedures (//grants.nih.gov/grants/guide/url_redirect.htm?id=11154), using the stated review criteria. Assignment to a Scientific Review Group will be shown in the eRA Commons.

As part of the scientific peer review, all applications:

- May undergo a selection process in which only those applications deemed to have the highest scientific and technical merit (generally the top half of applications under review) will be discussed and assigned an overall impact score.
- Will receive a written critique.

Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications. Following initial peer review, recommended applications will receive a second level of review by the National Advisory General Medical Sciences Council. The following will be considered in making funding decisions:

- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities.

APHA App. 390

Expected Award (T32): Initial current training student development (T32) and current student development (T32) and current student development (T32) and students allowed)

- Geographic distribution of the NIGMS training grant portfolio.

## 3. Anticipated Announcement and Award Dates

After the peer review of the application is completed, the PD/PI will be able to access his or her Summary Statement (written critique) via the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.htm?id=11123). Refer to Part 1 for dates for peer review, advisory council review, and earliest start date

Information regarding the disposition of applications is available in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=11156)*.

# Section VI. Award Administration Information

## 1. Award Notices

If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=11157)*.

A formal notification in the form of a Notice of Award (NoA) will be provided to the applicant organization for successful applications. The NoA signed by the grants management officer is the authorizing document and will be sent via email to the grantee's business official.

Awardees must comply with any funding restrictions described in Section IV.5. Funding Restrictions. Selection of an application for award is not an authorization to begin performance. Any costs incurred before receipt of the NoA are at the recipient's risk. These costs may be reimbursed only to the extent considered allowable pre-award costs.

Any application awarded in response to this FOA will be subject to terms and conditions found on the Award Conditions and Information for NIH Grants (//grants.nih.gov/grants/guide/url_redirect.htm?id=11158) website. This includes any recent legislation and policy applicable to awards that is highlighted on this website.

## 2. Administrative and National Policy Requirements

All NIH grant and cooperative agreement awards include the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=11120)* as part of the NoA. For these terms of award, see the *NIH Grants Policy Statement* Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (//grants.nih.gov/grants/guide/url_redirect.htm?id=11157) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Grantees, and Activities (//grants.nih.gov/grants/guide/url_redirect.htm?id=11159). More information is provided at Award Conditions and Information for NIH Grants (//grants.nih.gov/grants/guide/url_redirect.htm?id=11158).

Recipients of federal financial assistance (FFA) from HHS must administer their programs in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex. This includes ensuring programs are accessible to persons with limited English proficiency. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. Please see https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html (https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html) and http://www.hhs.gov/ocr/civilrights/understanding/section1557/index.html (https://www.hhs.gov/ocr/civilrights/understanding/section1557/index.html).

HHS recognizes that research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator s scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscriminatory justifications establish that such criteria are appropriate with respect to the health or safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this FOA.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. HHS provides guidance to recipients of FFA on meeting their legal obligation to take reasonable steps to provide meaningful access to their programs by persons with limited English proficiency. Please see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html (https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html) and https://www.lep.gov (https://www.lep.gov). For further guidance on providing culturally and linguistically appropriate services, recipients should review the National Standards for

APHA App. 391

Expedited PAR-21-025: Initiative for Maximizing Student Development (IMSD) (T32 Clinical Trial Not Allowed)

Culturally and Linguistically Appropriate Services in Health and Health Care at
https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53 (https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53).

- Recipients of FFA also have specific legal obligations for serving qualified individuals with disabilities. Please see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html (https://www.hhs.gov/ocr/civilrights/understanding/disability/index.html).

- HHS funded health and education programs must be administered in an environment free of sexual harassment. Please see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html (https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html); https://www2.ed.gov/about/offices/list/ocr/docs/shguide.html; and https://www.eeoc.gov/eeoc/publications/upload/fs-sex.pdf (https://www.eeoc.gov/eeoc/publications/upload/fs-sex.pdf). For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm (https://grants.nih.gov/grants/policy/harassment.htm).

- Recipients of FFA must also administer their programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws. Collectively, these laws prohibit exclusion, adverse treatment, coercion, or other discrimination against persons or entities on the basis of their consciences, religious beliefs, or moral convictions. Please see https://www.hhs.gov/conscience/conscience-protections/index.html (https://www.hhs.gov/conscience/conscience-protections/index.html) and https://www.hhs.gov/conscience/religious-freedom/index.html (https://www.hhs.gov/conscience/religious-freedom/index.html).

Please contact the HHS Office for Civil Rights for more information about obligations and prohibitions under federal civil rights laws at https://www.hhs.gov/ocr/about-us/contact-us/index.html (https://www.hhs.gov/ocr/about-us/contact-us/index.html) or call 1-800-368-1019 or TDD 1-800-537-7697.

In accordance with the statutory provisions contained in Section 872 of the Duncan Hunter National Defense Authorization Act of Fiscal Year 2009 (Public Law 110-417), NIH awards will be subject to the Federal Awardee Performance and Integrity Information System (FAPIIS) requirements. FAPIIS requires Federal award making officials to review and consider information about an applicant in the designated integrity and performance system (currently FAPIIS) prior to making an award. An applicant, at its option, may review information in the designated integrity and performance systems accessible through FAPIIS and comment on any information about itself that a Federal agency previously entered and is currently in FAPIIS. The Federal awarding agency will consider any comments by the applicant, in addition to other information in FAPIIS, in making a judgement about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 45 CFR Part 75.205 Federal awarding agency review of risk posed by applicants. This provision will apply to all NIH grants and cooperative agreements except fellowships.

Institutional NRSA training grants must be administered in accordance with the current NRSA section of the *NIH Grants Policy Statement - Institutional Research Training Grants (//grants.nih.gov/grants/guide/url_redirect.htm?id=61170)*.

The taxability of stipends is described in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=41171)*. Policies regarding the Ruth L. Kirschstein-NRSA payback obligation are explained in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=41171)*.

## Inventions and Copyrights

Awards made primarily for educational purposes are exempted from the PHS invention requirements and thus invention reporting is not required, as described in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=61131)*.

## Cooperative Agreement Terms and Conditions of Award

Not Applicable

# 3. Reporting

When multiple years are involved, awardees will be required to submit the Research Performance Progress Report (RPPR) (//grants.nih.gov/grants/rppr/index.htm) annually. Continuation support will not be provided until the required forms are submitted and accepted.

Failure by the grantee institution to submit required forms in a timely, complete, and accurate manner may result in an expenditure disallowance or a delay in any continuation funding for the award.

APHA App. 392

The Federal Funding Accountability and Transparency Act of 2006 (Transparency Act), includes a requirement for awardees of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later. All awardees of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.htm?id=11170) on all subawards over $25,000. See the _NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=11171)_ for additional information on this reporting requirement.

### Other Reporting Requirements

- The institution must submit a completed Statement of Appointment (PHS Form 2271 (//grants.nih.gov/grants/guide/url_redirect.htm?id=61189)) for each trainee appointed or reappointed to the training grant for 8 weeks or more. Grantees must submit the PHS 2271 data electronically using the xTrain system. More information on xTrain is available at xTrain (eRA Commons) (//grants.nih.gov/grants/guide/url_redirect.htm?id=41183). An appointment or reappointment may begin any time during the budget period, but not before the budget period start date of the grant year.
- A notarized statement verifying possession of permanent residency documentation must be submitted with the Statement of Appointment (PHS Form 2271 (//grants.nih.gov/grants/guide/url_redirect.htm?id=61189)). Individuals with a Conditional Permanent Resident status must first meet full (non-conditional) Permanent Residency requirements before receiving support.
- Termination Notice: Within 30 days of the end of the total support period, the institution must submit a Termination Notice (PHS Form 416-7 (//grants.nih.gov/grants/guide/url_redirect.htm?id=41179)) via xTrain (//grants.nih.gov/grants/guide/url_redirect.htm?id=41183) for each trainee appointed for eight weeks or more.

A final RPPR, the expenditure data portion of the Federal Financial Report, and Termination Notices for all Trainees, are required for closeout of an award as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=11161).

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently FAPIIS). This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75 Award Term and Conditions for Recipient Integrity and Performance Matters.

## 4. Evaluation

In carrying out its stewardship of human resource-related programs, the NIH may request information essential to an assessment of the effectiveness of this program from databases and from participants themselves. Trainees may be contacted after the completion of this award for periodic updates on various aspects of their employment history, publications, support from research grants or contracts, honors and awards, professional activities, and other information helpful in evaluating the impact of the program.

Within 10 years of making awards under this program, NIGMS will assess the program's overall outcomes.

The overall evaluation of the program will be based on metrics that will include, but are not limited to, the following:

- Institution types represented
- Geographical distribution of programs
- Demographics of trainees
- Trainee Ph.D. completion rates
- Time-to-degree
- Scientific accomplishments of trainees
- Trainee career outcomes

## Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

### Application Submission Contacts

eRA Commons Help Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten submission by the due date, and post-submission issues)
Finding Help Online: http://grants.nih.gov/support/ (//grants.nih.gov/support/) (preferred method of contact)

Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

General Grants Information (Questions regarding application instructions, application processes, and NIH grant resources)
Email: GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov) (preferred method of contact)
Telephone: 301-637-3015

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726
Email: support@grants.gov (mailto:support@grants.gov)

### Scientific/Research Contact(s)

Shakira Nelson, Ph.D.
National Institute of General Medical Sciences (NIGMS)
Email: shakira.nelson@nih.gov (mailto:shakira.nelson@nih.gov)

Mercedes Rubio, Ph.D.
National Institute of General Medical Sciences (NIGMS)
Email: rubiome@mail.nih.gov (mailto:rubiome@mail.nih.gov)

### Peer Review Contact(s)

Stephanie Constant, Ph.D.
National Institute of General Medical Sciences
Email: stephanie.constant@nih.gov (mailto:stephanie.constant@nih.gov)

### Financial/Grants Management Contact(s)

Justin Rosenzweig
National Institute of General Medical Sciences
Email: rosenzwj@nigms.nih.gov (mailto:rosenzwj@nigms.nih.gov )

# Section VIII. Other Information

Recently issued trans-NIH policy notices (//grants.nih.gov/grants/guide/url_redirect.htm?id=11163) may affect your application submission. A full list of policy notices published by NIH is provided in the *NIH Guide for Grants and Contracts* (///grants.nih.gov/grants/guide/url_redirect.htm?id=11164). All awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.htm?id=11120).

### Authority and Regulations

Awards are made under the authorization of Section 487 of the Public Health Service Act as amended (42 USC 288) and under Federal Regulations 42 CFR 66.

Weekly TOC for this Announcement (/grants/guide/WeeklyIndex.cfm?11-20-20)
NIH Funding Opportunities and Notices (//grants/guide/index.html)





(https://www.hhs.gov/) Department of Health and Human Services (HHS)

Case: 25-1611    Document: 00118310432    Page: 398    Date Filed: 07/08/2025    Entry ID: 6734280

4/21/25, 6:51 PM    Case 1:25-cv-10787-BEM    Exploratory/Developmental...Document 38-83...   Filed 04/25/25 (T32 Clinical Trial Not Allowed) Page 97 of 99

 (https://www.usa.gov/)

NIH... Turning Discovery Into Health®

APHA App. 395

# EXHIBIT D

**From:** Gibbs, Kenneth (NIH/NIGMS) [E]
**To:** ████████
**Subject:** [External] NIGMS Funding Update
**Date:** Wednesday, April 2, 2025 ████████

Re: ████████████

Dear Dr. ████████

I am writing to let you know that due to changes in NIH/HHS priorities, the **Initiative for Maximizing Student Development (IMSD)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement.  Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award.  For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.


**Kenneth D. Gibbs, Jr., PhD, MPH**

Director, Division of Training and Workforce Development

National Institute of General Medical Sciences

National Institutes of Health

# EXHIBIT 24

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*,

        *Plaintiffs*,

     v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

        *Defendants*.

Case No. 1:25-cv-10787-BEM

## DECLARATION OF KELLY BLANCHARD

I, Kelly Blanchard, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1. I am the President of Ibis Reproductive Health (Ibis). I have served in that role since November 2004. Founded in 2002, Ibis is a global research organization whose mission is to drive change through bold, rigorous research and principled partnerships that advance sexual and reproductive autonomy, choice, and health worldwide.

2. I make this declaration on behalf of Ibis Reproductive Health in support of its Motion for Preliminary Injunction seeking to enjoin defendants from implementing or enforcing unlawful directives, and terminations of grants that supposedly no longer effectuate agency priorities, including research grant R01HD109320, which was terminated by the NIH in March 2025.

3. I have extensive training and experience in clinical and social science research and have led clinical trials and other qualitative and quantitative research for more than 20 years. I earned an MSc in Population and International Health from the Harvard School of Public Health and an AB from

1

Harvard College. I have published more than 140 articles in peer-reviewed scientific journals and serve as an expert peer reviewer for high-impact journals. Since 2004 as President of Ibis Reproductive Health I have provided strategic leadership of the organization and worked with our Senior Management Team to lead cutting edge research, build and maintain the critical principled partnerships to develop and implement that research, raise the funding needed to undertake this work, and disseminate and communicate research results to key stakeholders, including policy makers, clinicians, professional societies and norm setting bodies, and the general public to ensure our research and project work makes an impact.

### *Award of NIH Grant R01HD109320*

1. Public health research is core to Ibis's work, which is informed by relationships and collaboration with communities, including transgender and gender diverse community members, to identify key gaps in information and resources concerning reproductive health, autonomy, and health care access for these populations. With offices in Cambridge, Massachusetts, Oakland, California, and Johannesburg, South Africa, Ibis has a highly trained and committed staff of demographers, epidemiologists, and public health researchers leading over 30 studies worldwide.

2. In September 2023, Ibis was awarded a National Institutes of Health ("NIH") Grant R01HD109320 titled "*Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality*" based on a panel of expert reviewers scoring the proposal in the top 2 percent of all submitted grants that cycle for its likelihood of exerting a sustained and positive impact on public health. A true and correct copy of this Notice of Award (NOA) is attached as **Exhibit A**. This five-year research grant anticipated providing approximately $2.2

2

million in funding[1] for a research project to evaluate innovative methods for improving the collection and quality of data in sexual and reproductive health (SRH) research for all people, including those who identify as transgender and gender diverse.

3. NIH Grant R01HD109320 was awarded to support the goal of enhancing research on the sexual and reproductive health of transgender, nonbinary, and intersex people (TNBI) people. The Institute of Medicine's report on "The Health of Lesbian, Bisexual, and Transgender People," called for NIH-supported research to address the methodological challenges that have impeded research on the health of transgender people – specifically, to improve strategies for reaching larger, more diverse samples of transgender persons in the United States. Historically, research on SRH has excluded or misclassified TNBI people due to presumptions that pregnancy and related outcomes can be experienced solely by cisgender women. However, TNBI people plan for and carry pregnancies, and thus require high-quality and evidence-based healthcare. Despite this need, existing data on the SRH needs of TNBI populations primarily come from convenience samples – small in size and/or limited in geographic scope. The dearth of representative data has meant, critically, that SRH providers do not have adequate evidence upon which to rely to ensure that the SRH needs of their TNBI patients are met within existing healthcare services – thereby contributing to lower quality care and SRH disparities among these populations.

4. With the Grant, Ibis intended to test methods of improving the representativeness of the research population, participant retention, and quality of collected data among TNBI people in the United States. Specifically, the research project sought to (1) recruit a large, diverse sample of TNBI people from across the United States, (2) collect longitudinal data on core SRH outcomes (virtually

---

[1] The Notice of Award provided the following recommended total awards for each year of the grant: YR 1 ($510,937); YR 2 ($482,443); YR 3 ($434,712); YR 4 ($424,119(; YR 5 ($405, 474).

3

no longitudinal data on these topics exist among TNBI people), and (3) improve retention and data quality among TNBI participants in SRH research as compared to standard methods.

5. Additionally, the research project sought to further a cross-cutting goal identified by the National Institute of Child Health and Human Development's (NICHD) 2020 and 2025 Strategic Plans – to address health disparities for sexual and gender minority people – and would have contributed evidence toward "Advancing Gynecologic, Andrologic, and Reproductive Health" and "Setting the Foundation for Healthy Pregnancies and Lifelong Wellness", two of the five core priorities of the NICHD 2025 Strategic Plan. The Grant went through a noncompetitive renewal process, and was renewed for the June 1, 2024 – May 31, 2025 budget cycle. A true and correct copy of this NOA, renewing the Grant is attached as **Exhibit B**. Per the standard noncompetitive renewal process, the Principal Investigator submitted a Research Performance Progress Report (RPPR) six weeks before the end of the first grant year, and after review by NICHD staff, the study was determined to be proceeding appropriately, and thus the second year of the Grant was awarded.

6. In addition to the primary research Grant, Ibis was awarded a supplemental grant for years 2 through 5 of the study, tied to the R01 Grant, which provided an additional $59,000 of funding per year. A true and correct copy of this supplemental award is attached as **Exhibit C**.

7. The preparation of this grant application took several years. The first conversation with a Program Officer at the NIH to begin development of this grant application took place in January 2019. The final revised R01 application was the result of over two years of conceptualization, relationship building, study design, drafting, and multiple expert consultations. The first draft of the application was submitted to the NICHD in October 2021. It was not funded and received reviewer feedback. The Principal Investigator then worked to revise the application based on those comments, with members of the research project team and partners in additional rounds of expert consultation and

4

review, alongside input from the NICHD Program Officer. These revisions took another six months before readiness for submission of the final revised application in July 2022, which was ultimately funded in September of 2023 - over four and a half years after preparation of the application first began.

8. Ibis's proposed research project was reviewed by a study section which scored the proposed project in the highest 2 percent of reviewed proposals. In the Summary Statement submitted by the panel of scientists, expert reviewers characterized the research as being "exceptionally high impact and has a high likelihood of profound and sustained impact on public health research and clinical practice" as well as having the potential to "significantly change the field by establishing new tools for assessing the relevance of key preventative health screenings in public health research and clinical practice," and that the study would "fill a massive gap in terms of research."

9. To the extent that the termination of this grant has prevented the collection of survey data, each week that goes by is another week where people are not being appropriately screened into clinical care and research that would be relevant for their bodies, leading to missed preventative care, or conversely, unnecessary preventive care. The screening tools the surveys would have tested were designed to identify improvements to clinical and research screening questions that could address these discordances. Further, each week that goes by without the contribution of this data to the field is a week where clinical providers do not have the evidence they need to provide evidence-based SRH care to TNBI people, including care related to fertility services, pregnancy, family formation, contraceptive use, and more. Leading professional and medical societies have emphasized the urgent need for these data, as have Americans who deserve to see themselves reflected in the research.

APHA App. 403

10. In the nearly two years since the Grant was awarded, Ibis has hired two full-time staff to serve as research coordinators and has invested thousands of staff hours in developing essential components of the research project – namely the various survey designs and methodologies to be tested for their ability to improve accuracy, completion, and quality of survey data. This work has included recruiting, convening, and seeking input from community advisory board members; conducting formative cognitive interviews; developing and programming a complex, highly novel and innovative online survey with randomization of key survey methodologies to be tested, formalizing research project partnerships with academic institutions and community partners; and seeking and securing institutional review board (IRB) approval of the research. The research team was poised to launch the first of several surveys and begin full data collection shortly after the termination letter was received.

### *Termination of NIH Grant R01HD109320*

11. On March 20, 2025, in the midst of the second year of grant funding, I received a letter from the NIH notifying me that the funding for R01HD109320 was terminated. The termination letter stated that the R01HD109320 Grant "no longer effectuates agency priorities." The letter goes on to state that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. It is the policy of NIH not to prioritize these research programs . . . The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities." A true and correct copy of this termination letter is attached as **Exhibit D**. The letter was signed by Michelle G. Bulls on behalf of Margaret Young, Chief Grants Management Officer for the NICHD.

6

12. I was not given any previous indication by NIH, the Institute, or the Program Officer that Ibis's R01HD109320 Grant was in jeopardy of being terminated.

13. The termination letter was vague and not scientifically accurate, nor does it explain how the agency decision was made or consider important aspects of the funded research. For example, the termination letter does not give a description of what is meant by "gender identity," nor was Ibis provided any clarification on why the grant was terminated based on the belief that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans." Existing research does not support this statement, and indeed, the panel of experts convened by the NIH concluded the opposite, that this research had a strong likelihood of exerting "profound and sustained impact on public health" for Americans.

14. On March 26, 2025, I received revised NOAs for both the primary grant [5R01HD109320-02] and the supplemental grant [3R01HD109320-02S1] indicating that the end of each grant was revised to March 21, 2025. True and correct copies of these revised NOAs are attached as **Exhibit E** and **Exhibit F**. These revised NOAs repeated the vague and inaccurate statement from the termination letter, and provided limited instructions for the close out of the Grant.

15. The implementation of this Grant to date has been in full compliance with the terms and conditions of the award, and the research is in full alignment with the stated priorities of the NIH broadly, and the NICHD specifically. Nor has Ibis provided consent for the termination.

16. The abrupt decision during an awarded grant year unjustly disrupts vital research with significant public health implications, and causes harm to Ibis's small, nonprofit research organization and its research project partners. As a result of the Grant termination in the midst of a grant year, Ibis is suddenly left without funding to support commitments to staff salary and benefits, and subaward

7

costs. Ibis cannot complete the urgently needed research that the NIH has already invested $1,047,555 over the past 22 months, leading to a potentially significant wasted investment. Additionally, the $1.4 million in research funding committed to Ibis in the NOA for the remaining 3-5 years of the grant was an important part of the $8 million annual operating budget for Ibis, as a small nonprofit organization.

17. As a result of the grant termination, Ibis must restructure research teams because of staffing pressures and seek additional funding to cover the salaries of four employees staffed on the project. This termination potentially puts at risk staff positions at Ibis if additional funds to cover staff time cannot be secured or other projects are not available to cover that time. Ibis has also had to pause the next phase of the research project, hindering collection of crucial data on SRH experiences and preferences from under-studied populations that independent expert NIH reviewers deemed urgently needed.

18. On April 16, 2025, I filed a letter of appeal to the NIH on behalf of Ibis, appealing the termination of R01HD109320. In the appeal, I challenged the grant termination on the basis that the termination letter received was generic, false, and not based on the merit of the science or progress of the research project in question. I am appealing the termination, but I do not know whether it is possible to or how to recharacterize my project in my appeal to fit within any new agency priorities because I do not understand the terms describing the reasons for termination or even what the new priorities are. I also do not know whether the appeal has any chance of success, given the language of the termination notice that the premise of my grant is incompatible with agency priorities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April, 2025.

Kelly Blanchard

9

# EXHIBIT A



Department of Health and Human Services
National Institutes of Health
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT

**Notice of Award**
FAIN# R01HD109320
**Federal Award Date**
02/09/2024

## Recipient Information

**1. Recipient Name**
IBIS REPRODUCTIVE HEALTH, INC.
████████████████████
████████████████

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1030382773A1

**4. Employer Identification Number (EIN)**
030382773

**5. Data Universal Numbering System (DUNS)**
126940738

**6. Recipient's Unique Entity Identifier**
TFR8QTK9H5M5

**7. Project Director or Principal Investigator**
Heidi Serene Moseson Lidow, PHD
████████████████████████
████████████████████████

**8. Authorized Official**
Kelly Blanchard
████████████████████████

## Federal Agency Information

**9. Awarding Agency Contact Information**
Yvonne C. Talley
Grants Management Official
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
talleyy@mail.nih.gov
301-496-7432

**10. Program Official Contact Information**
Ronna  Popkin

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
ronna.popkin@nih.gov
301-827-5121

## Federal Award Information

**11. Award Number**
1R01HD109320-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R01HD109320

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Advancing novel survey tools to increase participation and improve sexual and
reproductive health data quality

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/21/2023 – **End Date** 05/31/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $510,937 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $510,937 |
| ---------------------------------------------------------------- | |
| **26. Project Period Start Date** 09/21/2023 – **End Date** 05/31/2028 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $510,937 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Yvonne C. Talley

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise

APHA App. 409

requested from the grant payment system.

APHA App. 410

Notice of Award



*RESEARCH*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

---

**SECTION I – AWARD DATA – 1R01HD109320-01A1 REVISED**

**Principal Investigator(s):**
Heidi Serene Moseson Lidow, PHD

**Award e-mailed to:** ██████████████████

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to IBIS REPRODUCTIVE HEALTH in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R01HD109320. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Yvonne C. Talley
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

APHA App. 411

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $101,304 |
| **Fringe Benefits** | $28,365 |
| **Personnel Costs (Subtotal)** | $129,669 |
| **Consultant Services** | $11,180 |
| **Other** | $4,300 |
| **Subawards/Consortium/Contractual Costs** | $306,480 |
| **Equipment or Facility Rental/User Fees** | $20,747 |

| | |
|---|---|
| **Federal Direct Costs** | $472,376 |
| **Federal F&A Costs** | $38,561 |
| **Approved Budget** | $510,937 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $510,937 |
| **TOTAL FEDERAL AWARD AMOUNT** | $510,937 |

| | |
|---|---|
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $510,937 | $510,937 |
| 2 | $482,443 | $482,443 |
| 3 | $434,712 | $434,712 |
| 4 | $424,119 | $424,119 |
| 5 | $405,474 | $405,474 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1030382773A1 |
| **Document Number:** | RHD109320A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2023 |

| IC | CAN | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|
| HD | 8014702 | $51,714 | $482,443 | $434,712 | $424,119 | $405,474 |
| OD | 8025139 | $459,223 | | | | |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: PDB -RP / **OC**: 41021 / **Released**: Talley, Yvonne 02/08/2024
**Award Processed**: 02/09/2024 12:05:49 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01HD109320-01A1 REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01HD109320-01A1 REVISED**

APHA App. 412

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01HD109320. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

APHA App. 413

Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD)
Office Of The Director, National Institutes Of Health (OD)

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  HD SPECIFIC AWARD CONDITIONS – 1R01HD109320-01A1  REVISED**


Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

APHA App. 414

**REVISION**:  This revised award reflects NICHD acceptance of the following documentation/information and removes the restriction indicated on the previous Notice of Award:

**Previously pending items:**

**1. Updated Other Support**

**2. Institutional Review Board (IRB) approval**

The previous terms and conditions of award remain in effect as stated below.

*********************

<u>Start Date</u>
This award includes funds for twelve months of support but is awarded for less than twelve months. Noncompeting Continuation awards will cycle on **JUNE 1**.

<u>Funding Level</u>
In order to meet NICHD program objectives within FY2023 budget constraints, this grant is reduced **14** percent below the level recommended by the Integrated Review Group. Future year levels of support are reduced **24.9** percent determined by applying the same administrative reduction.

<u>Escalation</u>
In accordance with the NICHD FY2023 fiscal policy, escalation on recurring costs has been removed. See NICHD Funding Strategies for Fiscal Year 2023.

*****************************
<u>Clinical Trial Terms</u>

<u>Dissemination Policy</u>
The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the **application** dated **07/05/2022** and the NIH policy on [Dissemination of NIH-Funded Clinical Trial Information](#). The policy states that the clinical trial(s) funded by this award will be registered in [ClinicalTrials.gov](#) not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in [ClinicalTrials.gov](#) not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.

This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of their knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials comply with the recipient's plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in

APHA App. 415

part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

Clinical Trial Study/Studies:
**STUDY NUMBER: 427630**

Risk Assessment
This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

*****************************
Human Subjects
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

*****************************
Consortium
This award includes funds awarded for consortium activity with the following:
Mount Holyoke College
Stanford University

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01HD109320-01A1 REVISED

**INSTITUTION:** IBIS REPRODUCTIVE HEALTH

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|

APHA App. 416

| Salaries and Wages | $101,304 | $111,382 | $154,015 | $154,015 | $154,015 |
|---|---|---|---|---|---|
| Fringe Benefits | $28,365 | $31,187 | $43,124 | $43,124 | $43,124 |
| Personnel Costs (Subtotal) | $129,669 | $142,569 | $197,139 | $197,139 | $197,139 |
| Consultant Services | $11,180 | $4,318 | $12,016 | $12,016 | $16,898 |
| Travel | | | $1,878 | $1,878 | $3,755 |
| Other | $4,300 | $3,755 | $3,755 | $3,755 | $3,755 |
| Subawards/Consortium/Contractual Costs | $306,480 | $268,902 | $131,137 | $120,544 | $93,775 |
| Equipment or Facility Rental/User Fees | $20,747 | $22,811 | $34,409 | $34,409 | $34,409 |
| TOTAL FEDERAL DC | $472,376 | $442,355 | $380,334 | $369,741 | $349,731 |
| TOTAL FEDERAL F&A | $38,561 | $40,088 | $54,378 | $54,378 | $55,743 |
| TOTAL COST | $510,937 | $482,443 | $434,712 | $424,119 | $405,474 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 20.2% | 20.2% | 20.2% | 20.2% | 20.2% |
| F&A Cost Base 1 | $190,896 | $198,453 | $269,197 | $269,197 | $275,956 |
| F&A Costs 1 | $38,561 | $40,088 | $54,378 | $54,378 | $55,743 |

APHA App. 417

# EXHIBIT B



Department of Health and Human Services
National Institutes of Health
**EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT**

Notice of Award
FAIN# R01HD109320
**Federal Award Date**
08/20/2024

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
IBIS REPRODUCTIVE HEALTH, INC.
███████████████████

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1030382773A1

**4. Employer Identification Number (EIN)**
030382773

**5. Data Universal Numbering System (DUNS)**
126940738

**6. Recipient's Unique Entity Identifier**
TFR8QTK9H5M5

**7. Project Director or Principal Investigator**
Heidi Serene Moseson Lidow, PHD
███████████████████

**8. Authorized Official**
Kelly Blanchard
███████████████████

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Yvonne C. Talley
Grants Management Official
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
talleyy@mail.nih.gov
301-496-7432

**10. Program Official Contact Information**
Ronna  Popkin

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
ronna.popkin@nih.gov
301-827-5121

**Federal Award Information**

**11. Award Number**
5R01HD109320-02

**12. Unique Federal Award Identification Number (FAIN)**
R01HD109320

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 06/01/2024 – End Date 05/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $477,618 |
| 20 a.  Direct Cost Amount | $437,931 |
| 20 b.  Indirect Cost Amount | $39,687 |
| 21. Authorized Carryover | $0 |
| 22. Offset | $0 |
| 23. Total Amount of Federal Funds Obligated this budget period | $477,618 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $477,618 |
| | |
| **26. Project Period Start Date** 09/21/2023 – End Date 05/31/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $988,555 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Yvonne C. Talley

| 30. Remarks | |
|---|---|

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 3/15/2024 5:37 AM | Generated on: 8/20/2024 12:18 AM

APHA App. 419



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

---

**SECTION I – AWARD DATA – 5R01HD109320-02**

**Principal Investigator(s):**
Heidi Serene Moseson Lidow, PHD

**Award e-mailed to:** ████████████████████

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $477,618 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to IBIS REPRODUCTIVE HEALTH in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R01HD109320. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Yvonne C. Talley
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 25 - 2/15/2024 8:51 AM | Generated on: 8/20/2024 12:16 AM

APHA App. 420

| | |
|---|---|
| Salaries and Wages | $110,268 |
| Fringe Benefits | $30,875 |
| Personnel Costs (Subtotal) | $141,143 |
| Consultant Services | $4,275 |
| Other | $3,717 |
| Subawards/Consortium/Contractual Costs | $266,213 |
| Equipment or Facility Rental/User Fees | $22,583 |
| | |
| Federal Direct Costs | $437,931 |
| Federal F&A Costs | $39,687 |
| Approved Budget | $477,618 |
| Total Amount of Federal Funds Authorized (Federal Share) | $477,618 |
| TOTAL FEDERAL AWARD AMOUNT | $477,618 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $477,618 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 2 | $477,618 | $477,618 |
| 3 | $434,712 | $434,712 |
| 4 | $424,119 | $424,119 |
| 5 | $405,474 | $405,474 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
| | |
|---|---|
| Payment System Identifier: | 1030382773A1 |
| Document Number: | RHD109320A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| HD | 8014702 | $427,618 | $434,712 | $424,119 | $405,474 |
| OD | 8055729 | $50,000 | $0 | $0 | $0 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: PDB -RP / **OC**: 41025 / **Released**: 08/17/2024
**Award Processed:** 08/20/2024 12:18:52 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01HD109320-02**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01HD109320-02**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.   The grant program legislation and program regulation cited in this Notice of Award.
b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.   45 CFR Part 75.
d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain

APHA App. 421

references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01HD109320. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD) |
| Office Of The Director, National Institutes Of Health (OD) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the

Version: 25 - 3/13/2024 9:57 AM | Generated on: 8/20/2024 12:18 AM

APHA App. 422

individuals supported on NIH-funded awards, please see
https://grants.nih.gov/grants/policy/harassment.htm.
• For guidance on administering programs in compliance with applicable federal religious
nondiscrimination laws and applicable federal conscience protection and associated anti-
discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and
https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part
75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts
with cumulative total value greater than $10,000,000 must report and maintain information in the System for
Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the
award or performance of a Federal award that reached final disposition within the most recent five-year
period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings
information will be made publicly available in the designated integrity and performance system (currently
the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements
and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – HD SPECIFIC AWARD CONDITIONS – 5R01HD109320-02**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2
for NIH definition of Clinical Trial.

Funding Level
In accordance with NIH FY2024 fiscal policy, this non-competing award is reduced 1%
below the committed funding level on the FY2023 Notice of Award. See NIH Guide
Notice NOT-OD-24-109 for more information.

Co-fund
Co-funding support in the amount of $50,000 from the Office of Behavioral and Social
Sciences Research (OBSSR).

Clinical Trial Terms

Dissemination Policy
The clinical trial(s) supported by this award are subject to the Dissemination Plan
specified in the **application** dated **07/05/2022** and the NIH policy on Dissemination of
NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded
by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after
enrollment of the first participant and that primary summary results will be reported in
ClinicalTrials.gov not later than one year after the trial completion date. The reporting of
summary results is required even if the primary trial completion date occurs after the
period of performance.

This award is subject to additional certification requirements with submission of the
Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient
must agree to the following annual certification when submitting each RPPR. By
submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best
of their knowledge that, for all clinical trials funded under this NIH award, the recipient
and all investigators conducting NIH-funded clinical trials comply with the recipient's

APHA App. 423

plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

Clinical Trial Study/Studies:
**STUDY NUMBER: 427630**

Risk Assessment
This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Human Subjects
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

Consortium
This award includes funds awarded for consortium activity with the following:
Mount Holyoke College
Stanford University

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01HD109320-02

**INSTITUTION:** IBIS REPRODUCTIVE HEALTH

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Salaries and Wages | $110,268 | $154,015 | $154,015 | $154,015 |
| Fringe Benefits | $30,875 | $43,124 | $43,124 | $43,124 |
| Personnel Costs (Subtotal) | $141,143 | $197,139 | $197,139 | $197,139 |

APHA App. 424

| Consultant Services | $4,275 | $12,016 | $12,016 | $16,898 |
|---|---|---|---|---|
| Travel | | $1,878 | $1,878 | $3,755 |
| Other | $3,717 | $3,755 | $3,755 | $3,755 |
| Subawards/Consortium/Contractual Costs | $266,213 | $131,137 | $120,544 | $93,775 |
| Equipment or Facility Rental/User Fees | $22,583 | $34,409 | $34,409 | $34,409 |
| TOTAL FEDERAL DC | $437,931 | $380,334 | $369,741 | $349,731 |
| TOTAL FEDERAL F&A | $39,687 | $54,378 | $54,378 | $55,743 |
| TOTAL COST | $477,618 | $434,712 | $424,119 | $405,474 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 20.2% | 20.2% | 20.2% | 20.2% |
| F&A Cost Base 1 | $196,468 | $269,197 | $269,197 | $275,956 |
| F&A Costs 1 | $39,687 | $54,378 | $54,378 | $55,743 |

APHA App. 425

# EXHIBIT C



Department of Health and Human Services
National Institutes of Health
**EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT**

Notice of Award
FAIN# R01HD109320
**Federal Award Date**
08/28/2024

---

**Recipient Information**

**1. Recipient Name**
IBIS REPRODUCTIVE HEALTH, INC.

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1030382773A1

**4. Employer Identification Number (EIN)**
030382773

**5. Data Universal Numbering System (DUNS)**
126940738

**6. Recipient's Unique Entity Identifier**
TFR8QTK9H5M5

**7. Project Director or Principal Investigator**
Heidi Serene Moseson Lidow, PHD

**8. Authorized Official**
Kelly Blanchard

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Yvonne L. Talley
Grants Management Official
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
talleyy@mail.nih.gov
301-496-7432

**10. Program Official Contact Information**
Ronna  Popkin

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
ronna.popkin@nih.gov
301-827-5121

---

**Federal Award Information**

**11. Award Number**
3R01HD109320-02S1

**12. Unique Federal Award Identification Number (FAIN)**
R01HD109320

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Advancing novel survey tools to increase participation and improve sexual and
reproductive health data quality

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 06/01/2024 – End Date 05/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $59,000 |
| 20 a.  Direct Cost Amount | $50,000 |
| 20 b.  Indirect Cost Amount | $9,000 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $59,000 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $59,000 |
| **26. Project Period Start Date** 09/21/2023 – End Date 05/31/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,047,555 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Yvonne C. Talley

---

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or
otherwise requested from the grant payment system.

APHA App. 427



**RESEARCH**
Department of Health and Human Services
National Institutes of Health

Notice of Award



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**SECTION I – AWARD DATA – 3R01HD109320-02S1**

**Principal Investigator(s):**
Heidi Serene Moseson Lidow, PHD

**Award e-mailed to:** ██████████████████████

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $59,000 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to IBIS REPRODUCTIVE HEALTH in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R01HD109320. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,



Yvonne C. Talley
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 25 - 2/15/2024 9:51 AM | Generated on: 8/28/2024 11:17 AM

APHA App. 428

| | |
|---|---|
| **Salaries and Wages** | $7,018 |
| **Fringe Benefits** | $1,965 |
| **Personnel Costs (Subtotal)** | $8,983 |
| **Materials & Supplies** | $809 |
| **Participant Subsistence** | $40,208 |
| | |
| **Federal Direct Costs** | $50,000 |
| **Federal F&A Costs** | $9,000 |
| **Approved Budget** | $59,000 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $59,000 |
| **TOTAL FEDERAL AWARD AMOUNT** | $59,000 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $59,000 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 2 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3R01HD109320-02S1 | $59,000 |
| 5R01HD109320-02 | $477,618 |
| **TOTAL** | **$536,618** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $59,000 | $536,618 |
| 3 | $59,000 | $493,712 |
| 4 | $59,000 | $483,119 |
| 5 | $59,000 | $464,474 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1030382773A1 |
| **Document Number:** | RHD109320A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| HD | 8014702 | $9,000 | $59,000 | $59,000 | $59,000 |
| OD | 8025139 | $50,000 | $0 | $0 | $0 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: PDB  -RP / **OC**: 41023 / **Released**:  08/27/2024
**Award Processed:** 08/28/2024 11:17:42 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3R01HD109320-02S1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 3R01HD109320-02S1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy

APHA App. 429

Statement, including addenda in effect as of the beginning date of the budget period.

e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01HD109320. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award is funded by the following list of institutes. Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD) |
| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with

APHA App. 430

- disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  HD SPECIFIC AWARD CONDITIONS – 3R01HD109320-02S1**

---

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

This award provides funding in the amount of **$59,000** to support Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality.  **NICHD** will provide support in the amount of **$9,000** and **Sexual and Gender Minority Research Office (SGMRO)** will provide co-funding support in the amount of **$50,000.**

Human Subject
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

Version: 23 - 2/15/2024 9:51 AM Generated on 8/28/2024 11:17 AM

APHA App. 431

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3R01HD109320-02S1

**INSTITUTION:** IBIS REPRODUCTIVE HEALTH

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Salaries and Wages | $7,018 | $13,964 | $18,175 | $25,122 |
| Fringe Benefits | $1,965 | $3,910 | $5,089 | $7,034 |
| Personnel Costs (Subtotal) | $8,983 | | | |
| Consultant Services | | | | $9,950 |
| Materials & Supplies | $809 | $1,609 | $2,094 | $2,894 |
| Travel | | $2,000 | $2,000 | $5,000 |
| Participant Subsistence | $40,208 | $28,517 | $22,642 | |
| TOTAL FEDERAL DC | $50,000 | $50,000 | $50,000 | $50,000 |
| TOTAL FEDERAL F&A | $9,000 | $9,000 | $9,000 | $9,000 |
| TOTAL COST | $59,000 | $59,000 | $59,000 | $59,000 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 18% | 18% | 18% | 18% |
| F&A Cost Base 1 | $50,000 | $50,000 | $50,000 | $50,000 |
| F&A Costs 1 | $9,000 | $9,000 | $9,000 | $9,000 |

APHA App. 432

# EXHIBIT D



03/20/2025

Kelly Blanchard
IBIS REPRODUCTIVE HEALTH
███████████████████

Dear Kelly Blanchard:

Effective with the date of this letter, funding for Project Number 5R01HD109320-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 06/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

1

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, National Institute of Child Health & Human Development
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

APHA App. 435

# EXHIBIT E



Department of Health and Human Services
National Institutes of Health
**EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT**

Notice of Award
FAIN# R01HD109320
**Federal Award Date**
03/25/2025

---

**Recipient Information**

**1. Recipient Name**
IBIS REPRODUCTIVE HEALTH, INC.



**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1030382773A1

**4. Employer Identification Number (EIN)**
030382773

**5. Data Universal Numbering System (DUNS)**
126940738

**6. Recipient's Unique Entity Identifier**
TFR8QTK9H5M5

**7. Project Director or Principal Investigator**
Heidi Serene Moseson Lidow, PHD

**8. Authorized Official**
Kelly Blanchard

---

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Yvonne C. Talley
Grants Management Official
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT
talleyy@mail.nih.gov
301-496-7432

**10. Program Official Contact Information**
Ronna Popkin

EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT
ronna.popkin@nih.gov
301-827-5121

---

**Federal Award Information**

**11. Award Number**
5R01HD109320-02

**12. Unique Federal Award Identification Number (FAIN)**
R01HD109320

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 06/01/2024 – **End Date** 03/21/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $477,618 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $477,618 |
| | |
| **26. Project Period Start Date** 09/21/2023 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,047,555 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Margaret A. Young

---

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 3/15/2024 9:37 AM | Generated on 3/26/2025 12:15 AM

APHA App. 437



Notice of Award

*RESEARCH*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**SECTION I – AWARD DATA – 5R01HD109320-02 REVISED**

**Principal Investigator(s):**
Heidi Serene Moseson Lidow, PHD

**Award e-mailed to:** ███████████████

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to IBIS REPRODUCTIVE HEALTH in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R01HD109320. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Margaret A. Young
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                    $110,268

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/26/2025 12:16 AM

APHA App. 438

| | |
|---|---|
| **Fringe Benefits** | $30,875 |
| **Personnel Costs (Subtotal)** | $141,143 |
| **Consultant Services** | $4,275 |
| **Other** | $3,717 |
| **Subawards/Consortium/Contractual Costs** | $266,213 |
| **Equipment or Facility Rental/User Fees** | $22,583 |
| | |
| **Federal Direct Costs** | $437,931 |
| **Federal F&A Costs** | $39,687 |
| **Approved Budget** | $477,618 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $477,618 |
| **TOTAL FEDERAL AWARD AMOUNT** | $477,618 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 2 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 5R01HD109320-02 | $477,618 |
| 3R01HD109320-02S1 | $59,000 |
| **TOTAL** | **$536,618** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $477,618 | $536,618 |

**Fiscal Information:**
**Payment System Identifier:** 1030382773A1
**Document Number:** RHD109320A
**PMS Account Type:** P (Subaccount)
**Fiscal Year:** 2024

| IC | CAN | 2024 |
|---|---|---|
| HD | 8014702 | $427,618 |
| OD | 8055729 | $50,000 |

**NIH Administrative Data:**
**PCC:** PDB -RP / **OC:** 41025 / **Released:** 03/25/2025
**Award Processed:** 03/26/2025 12:15:10 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01HD109320-02  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01HD109320-02  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain

APHA App. 439

references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01HD109320. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

APHA App. 440

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes. Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD) Office Of The Director, National Institutes Of Health (OD) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – HD SPECIFIC AWARD CONDITIONS – 5R01HD109320-02  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

APHA App. 441

**TERMINATION**

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, it is the policy of NIH not to prioritize such research programs.

**CLOSEOUT**

"Recipient Institution" may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable within 120 days of the end of this grant.

The Closeout procedures should occur as expeditiously as possible while maintaining the safety of human subjects.  There must be an orderly process to ensure the safety and welfare of participants. The grant close-out must occur within 120 days.    The closeout will include:

- Informing all enrolled study participants of the study's termination and what study closure means for them:
    - Options pertaining to receiving further intervention, continuing follow-up, if required
    - Recognition of the value of their data and contribution to research
- If there remain participants that are actively participating in the research, the process and responsibilities will differ depending on the nature of the research.
    - If there is a prospect of direct benefit of the intervention and/or the intervention requires ongoing monitoring for safety and welfare there must be a plan to address these needs.
    - If there are no participants actively participating, or there is no need for ongoing monitoring or care, the protocol may be closed.
- Conduct any necessary final study visits or data collection procedures for enrolled participants.
- Notifying the IRB, DSMB, FDA, and/or other monitoring bodies of the study's closure.
- Assure all consent forms, case report forms, and source documentation for the study are completed as necessary and are present in the study files.
- Complete all adverse event reporting and reconciliation as per protocol.
- Perform any appropriate statistical analyses of the study data collected to date.
- Prepare a comprehensive final study report summarizing findings, including any deviations from the protocol and GCP compliance.
- Review and clean collected data for accuracy and completeness resulting in a locked dataset, suitable for sharing, as required.
- Confirm final disposition of investigational product(s)  and devices.  Plan for removal of any implanted devices, if applicable.
- Handle any biospecimens collected and prepare them for sharing, if required.
- Update the study record and status to terminated in ClinicalTrials.gov as appropriate.

**APPEALS**

Version: 35 - 3/13/2024 9:37 AM | Generated on: 3/26/2025 12:15 AM

APHA App. 442

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.


********


Funding Level
In accordance with NIH FY2024 fiscal policy, this non-competing award is reduced 1% below the committed funding level on the FY2023 Notice of Award. See NIH Guide Notice NOT-OD-24-109 for more information.

Co-fund
Co-funding support in the amount of $50,000 from the Office of Behavioral and Social Sciences Research (OBSSR).

Clinical Trial Terms

Dissemination Policy
The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the **application** dated **07/05/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.

This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of their knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials comply with the recipient's plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

Clinical Trial Study/Studies:
**STUDY NUMBER: 427630**

Risk Assessment

Version: 25 - 3/15/2024 9:57 AM | Generated on: 3/26/2025 12:15 AM

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>Human Subjects</u>

For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

<u>Consortium</u>

This award includes funds awarded for consortium activity with the following:

Mount Holyoke College

Stanford University

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01HD109320-02 REVISED

**INSTITUTION:** IBIS REPRODUCTIVE HEALTH

| Budget | Year 2 |
|---|---|
| Salaries and Wages | $110,268 |
| Fringe Benefits | $30,875 |
| Personnel Costs (Subtotal) | $141,143 |
| Consultant Services | $4,275 |
| Other | $3,717 |
| Subawards/Consortium/Contractual Costs | $266,213 |
| Equipment or Facility Rental/User Fees | $22,583 |
| TOTAL FEDERAL DC | $437,931 |
| TOTAL FEDERAL F&A | $39,687 |
| TOTAL COST | $477,618 |

| Facilities and Administrative Costs | Year 2 |
|---|---|
| F&A Cost Rate 1 | 20.2% |
| F&A Cost Base 1 | $196,468 |
| F&A Costs 1 | $39,687 |

APHA App. 444

APHA App. 445

# EXHIBIT F



Case: 25-1611    Document 38-24    Filed 04/25/25    Page 50 of 57

Department of Health and Human Services
National Institutes of Health
**EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT**

Notice of Award
FAIN# R01HD109320
**Federal Award Date**
03/25/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
IBIS REPRODUCTIVE HEALTH, INC.

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1030382773A1

**4. Employer Identification Number (EIN)**
030382773

**5. Data Universal Numbering System (DUNS)**
126940738

**6. Recipient's Unique Entity Identifier**
TFR8QTK9H5M5

**7. Project Director or Principal Investigator**
Heidi Serene Moseson Lidow, PHD

**8. Authorized Official**
Kelly Blanchard

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Yvonne C. Talley
Grants Management Official
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
talleyy@mail.nih.gov
301-496-7432

**10. Program Official Contact Information**
Ronna Popkin

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
ronna.popkin@nih.gov
301-827-5121

**Federal Award Information**

**11. Award Number**
3R01HD109320-02S1

**12. Unique Federal Award Identification Number (FAIN)**
R01HD109320

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Supplement (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 06/01/2024 − **End Date** 03/21/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $59,000 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $59,000 |
| **26. Project Period Start Date** 09/21/2023 − **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,047,555 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Margaret A. Young

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 3/15/2024 9:37 AM | Generated on 3/26/2025 12:14 AM

APHA App. 447

Notice of Award



**RESEARCH**
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**SECTION I – AWARD DATA – 3R01HD109320-02S1 REVISED**

**Principal Investigator(s):**
Heidi Serene Moseson Lidow, PHD

**Award e-mailed to:** ███████████████████

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to IBIS REPRODUCTIVE HEALTH in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R01HD109320. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Margaret A. Young
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                 $7,018

APHA App. 448

| | |
|---|---|
| **Fringe Benefits** | $1,965 |
| **Personnel Costs (Subtotal)** | $8,983 |
| **Materials & Supplies** | $809 |
| **Participant Subsistence** | $40,208 |
| | |
| **Federal Direct Costs** | $50,000 |
| **Federal F&A Costs** | $9,000 |
| **Approved Budget** | $59,000 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $59,000 |
| **TOTAL FEDERAL AWARD AMOUNT** | $59,000 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 2 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3R01HD109320-02S1 | $59,000 |
| 5R01HD109320-02 | $477,618 |
| **TOTAL** | **$536,618** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $59,000 | $536,618 |
| 3 | $0 | $434,712 |
| 4 | $0 | $424,119 |
| 5 | $0 | $405,474 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
**Payment System Identifier:**    1030382773A1
**Document Number:**    RHD109320A
**PMS Account Type:**    P (Subaccount)
**Fiscal Year:**    2024

| IC | CAN | 2024 |
|---|---|---|
| HD | 8014702 | $9,000 |
| OD | 8025139 | $50,000 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: PDB -RP / **OC**: 41023 / **Released**:  03/25/2025
**Award Processed:** 03/26/2025 12:14:52 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3R01HD109320-02S1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 3R01HD109320-02S1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.   The grant program legislation and program regulation cited in this Notice of Award.
   b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.   45 CFR Part 75.
   d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.

APHA App. 449

e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01HD109320. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not have a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at:

Page 4 of 8

APHA App. 450

https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD) |
| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have cumulatively active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

SECTION IV –  HD SPECIFIC AWARD CONDITIONS – 3R01HD109320-02S1  REVISED

Version: 25 - 3/13/2024 9:57 AM | Generated on: 3/26/2025 12:14 AM

APHA App. 451

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**TERMINATION**

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, it is the policy of NIH not to prioritize such research programs.

**CLOSEOUT**

"Recipient Institution" may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable within 120 days of the end of this grant.

The Closeout procedures should occur as expeditiously as possible while maintaining the safety of human subjects.  There must be an orderly process to ensure the safety and welfare of participants. The grant close-out must occur within 120 days.    The closeout will include:

- Informing all enrolled study participants of the study's termination and what study closure means for them:
    - Options pertaining to receiving further intervention, continuing follow-up, if required
    - Recognition of the value of their data and contribution to research
- If there remain participants that are actively participating in the research, the process and responsibilities will differ depending on the nature of the research.
    - If there is a prospect of direct benefit of the intervention and/or the intervention requires ongoing monitoring for safety and welfare there must be a plan to address these needs.
    - If there are no participants actively participating, or there is no need for ongoing monitoring or care, the protocol may be closed.
- Conduct any necessary final study visits or data collection procedures for enrolled participants.
- Notifying the IRB, DSMB, FDA, and/or other monitoring bodies of the study's closure.
- Assure all consent forms, case report forms, and source documentation for the study are completed as necessary and are present in the study files.
- Complete all adverse event reporting and reconciliation as per protocol.
- Perform any appropriate statistical analyses of the study data collected to date.
- Prepare a comprehensive final study report summarizing findings, including any deviations from the protocol and GCP compliance.
- Review and clean collected data for accuracy and completeness resulting in a locked dataset, suitable for sharing, as required.
- Confirm final disposition of investigational product(s)  and devices.  Plan for removal of any implanted devices, if applicable.
- Handle any biospecimens collected and prepare them for sharing, if required.

Version: 25 - 3/13/2024 9:57 AM | Generated on: 3/26/2025 12:14 AM

APHA App. 452

· Update the study record and status to terminated in ClinicalTrials.gov as appropriate.

**APPEALS**

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

********

This award provides funding in the amount of **$59,000** to support Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality.  **NICHD** will provide support in the amount of **$9,000** and **Sexual and Gender Minority Research Office (SGMRO)** will provide co-funding support in the amount of **$50,000.**

<u>Human Subject</u>
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3R01HD109320-02S1 REVISED

**INSTITUTION:** IBIS REPRODUCTIVE HEALTH

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Salaries and Wages | $7,018 | | | |
| Fringe Benefits | $1,965 | | | |
| Personnel Costs (Subtotal) | $8,983 | | | |
| Materials & Supplies | $809 | | | |
| Participant Subsistence | $40,208 | | | |
| TOTAL FEDERAL DC | $50,000 | | | |

Version: 25 - 3/15/2024 9:57 AM | Generated on: 3/26/2025 12:14 AM

| | | | | |
|---|---|---|---|---|
| TOTAL FEDERAL F&A | $9,000 | | | |
| TOTAL COST | $59,000 | $0 | $0 | $0 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 18% | | | |
| F&A Cost Base 1 | $50,000 | | | |
| F&A Costs 1 | $9,000 | | | |

Version: 35 - 3/19/2024 9:57 AM | Generated on: 3/26/2025 12:14 AM

APHA App. 454

# EXHIBIT 25

APHA App. 455

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*,

        *Plaintiffs*,

      v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

        *Defendants*.

Case No. 1:25-cv-10787-BEM

## DECLARATION OF NEAL SWEENEY ON BEHALF OF UAW

I, Neal Sweeney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Neal Sweeney. My job title is Organizer, UAW Higher Education Department. My job duties include working closely with UAW local unions and UAW regions to develop strategic organizing goals and bargaining priorities to build power within the higher education sector; increasing membership engagement and mobilization through democratic, worker-led programs; supporting broad, diverse leadership development; and identifying and developing political and community action plans.

2. The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) is one of the largest and most diverse unions in North America, with members in the United States, Canada and Puerto Rico and in virtually every sector of the economy including approximately 120,000 workers in higher education – graduate students, postdoctoral scholars, researchers, university staff, and faculty – at institutions across the country. From UAW's earliest days, it has been a leader in the struggle to secure economic and social justice for all people. UAW has a strong history of supporting and bargaining for contract provisions that ensure diversity, equity and inclusion in the higher education sector and in all workplaces. UAW has been actively involved in every workers' rights and civil rights legislative battle since the 1930s, including the campaigns to pass the Civil Rights Act of 1964, the Voting Rights Act of 1965, the Fair Housing Act, the Civil Rights Restoration Act of 1988 and legislation to prohibit discrimination against women, the elderly and people

1

with disabilities. In addition, UAW has long advocated for increased federal funding for scientific research, recognizing its importance for innovation, economic growth, and public health.

3. The UAW International Executive Board (which includes the President, Secretary-Treasurer, three Vice Presidents and nine Regional Directors) is responsible for carrying out the programs and policies approved by the Constitutional Convention delegates and running the day-to-day operations of the International Union. The UAW President's Office includes a number of departments that support UAW members, including the Higher Education Department. UAW members belong to more than 600 local unions across the U.S., Canada and Puerto Rico. Local unions get support in organizing new members, bargaining contracts, handling problems with employers, member education, political action, community activities and more from both the national UAW offices and centers and each of the nine regional offices.

4. This lawsuit uses the labels "UAW Member" and "UAW Pre-Member" to identify UAW represented workers. The term "UAW Member" refers to a worker who is covered by a collective bargaining contract and who pays dues in an amount determined by their pay structure and whether they have a legal right to strike. Dues are set by UAW Constitutional Convention delegates. "UAW Pre-member" refers to a worker represented by the UAW in initial contract negotiations who is not yet covered by a contract. These workers intend to become dues-paying members as soon as their unit reaches a collective bargaining agreement.

5. Approximately 75,000 UAW-represented workers depend on funding from the National Institutes of Health ("NIH") for their jobs including salary, benefits, research costs including supplies and reagents, travel to academic conferences, and training and mentoring opportunities.

6. The following UAW-represented positions rely on NIH grants for financial support: Research Assistant, Graduate Research Assistant, Graduate Assistant, Research Associate, Student Assistant, Fellow, Research Fellow, Clinical Fellow, Graduate Student Researcher, Graduate Student Researcher - Fellow, Graduate Student Researcher - Trainee, Project Assistant, Prestigious Graduate Fellow, Postdoctoral Scholar, Postdoctoral Fellow, Postdoctoral Research Fellow, Postdoctoral Scholar Research Associate, Postdoctoral Scholar Fellowship Trainee, Postdoctoral Research Scientist, Postdoctoral Research Scholar, Associate Research Scientist, Associate Research Scholar, Research Scientist/Engineer, Project Scientist, Specialist, Professional Researcher, and Coordinator of Public Programs.

2

7. The following institutions employ UAW-represented workers who rely on NIH funding to support their jobs: University of Alaska, University of Washington, Washington State University, Western Washington University, University of California, California State University, California Institute of Technology, Pardee Rand Graduate School, University of Southern California, Saint Louis University, Princeton University, University of Pennsylvania, Pennsylvania State University, University of Maine, University of New Hampshire, University of Vermont, Northeastern University, Worcester Polytech Institute, University of Massachusetts, Harvard University, New York University, Columbia University, University of Connecticut, Albert Einstein School of Medicine, Rockefeller University, Weill Cornell Graduate School of Medical Sciences, Icahn School of Medicine at Mt. Sinai, as well as NIH Fellows who are part of the NIH Intramural Research Program.

8. The following UAW Locals represent NIH-funded workers: UAW Local 1907 (University of Alaska), UAW Local 4121 (University of Washington), UAW Local 4591 (Washington State University), UAW Local 4929 (Western Washington University),UAW 4811 (University of California), UAW 4123 (California State University), UAW Local 2478 (California Institute of Technology), UAW Local 872 (University of Southern California), UAW Local 2322 (University of Massachusetts and Worcester Polytech Institute, UAW Local 5118 (Harvard University), UAW Local 2110 (New York University), UAW Local 2710 (Columbia University), UAW Local 4100 (Columbia University and Icahn School of Medicine at Mt. Sinai), UAW Local 6950 (University of Connecticut), and UAW Local 2750 (NIH Fellows). For initial contract negotiations, workers are represented by the UAW International and are assigned to a local union by the International Executive Board following ratification of the first collective bargaining agreement.

9. Since late January 2025, UAW has witnessed mounting disruptions in NIH-funded research across the campuses where our members work. UAW local unions and the International Union have fielded an increasing volume of inquiries and grievances regarding employers attempting to prematurely end term positions via layoffs, lack of notice for layoffs, and other abrupt changes to work assignments and funding.

10. Our members are at the front lines of American biomedical research—developing therapies, conducting basic science, and contributing to public health advancement. Yet their careers are being destabilized by bureaucratic inaction and unexplained political interference. UAW members have many concerns including:

3

a. *Job Insecurity and Interrupted Appointments*: We have received widespread reports that members' employment terms have been shortened and renewal decisions delayed, or start dates rescinded because of uncertainty surrounding cancellations or threatened cancellations of NIH funding. Postdocs, research staff, and graduate student researchers in particular have been told by principal investigators (PIs) that they cannot be reappointed unless or until NIH makes funding determinations that are months overdue. For example, at one institution, University of California, since March 5, 2025, we have received 17 layoff notices, 2 reductions-in-time, and 6 non-renewals of contracts due to NIH funding cuts and delays. These numbers are sure to increase as the number of cancelled grants increases, and due to further delays in both the issuance of new awards and renewal of existing awards. Some of the impacted members are on F-1, H-1B or J-1 visas and could be at risk of deportation if their positions are ended.

b. *Disruption of Research and Academic Progress and Missed Career Milestones*: Many of our members report being unable to complete their experiments or thesis research. Some have had to abandon critical data collection due to the unavailability of lab resources. NIH grant uncertainty has caused members to pause ongoing projects, re-scope dissertation topics, and in some cases, consider leaving their programs entirely. Many institutions have frozen hiring including the University of California, Harvard University, University of Washington, Washington State University, Columbia University, and the University of Pennsylvania. As many of our members are on term positions and are rehired or reappointed on a periodic basis, a hiring freeze could result in them losing their jobs. For example, at University of California San Francisco, a grant to study infectious diseases was suddenly cancelled leaving hundreds of researchers without funding to complete a multi-year study. Across institutions, members planned to apply for K99 or other independent NIH awards this spring but were advised by faculty to delay applications until NIH resumes normal operations. We are aware of members who have withdrawn from job searches, declined postdoctoral offers, or may need to delay graduation due to NIH-related instability. In addition, we are aware of members who are seriously exploring opportunities outside the United States as a result. In another example, over 200 researchers are being impacted by the cancellation of a single grant at one University of California campus, including postdoctoral researchers in infectious

4

diseases who were told by their PI that their appointment could be ended in as soon as 30 days.

c. *Irreparable Harm.* The loss of stability, research continuity, and training momentum is already having lasting effects. Even if NIH resumes normal grant processing and ceases terminating grants tomorrow, the damage done to our members' careers, experiments, immigration status, and trust in the research enterprise is irreversible. The delays are already chilling career interest in graduate education and postdoctoral research, which threatens to create downstream shortages of qualified biomedical researchers and faculty. In addition, the harms fall disproportionately on international scholars, first-generation college graduates, and members of underrepresented communities who cannot weather prolonged uncertainty or self-fund their research careers. Many of the affected members are first-generation scholars or from historically marginalized groups, including those working on NIH-funded disparities research. These disruptions will have a disproportionate effect on efforts to diversify the biomedical research workforce.

11. The following are among the types of NIH grants on which UAW-represented workers rely that that have either been cancelled or threated with cancellation: Individual Fellowships to promote diversity including F31, F32, D-SPAN; Training grants including T32; Career development awards including MOSAIC K99/R00, K12 and Institutional Research and Academic Career Development Awards (IRACDA); Science Education Partnership Award (SEPA); Post-baccalaureate Research Education Program (PREP); R-series grants including Diversity Supplements to NIH R01 awards, Initiative for Maximizing Student Development (IMSD) R25, and other R-series grants; Maximizing Access to Research Careers (MARC) Program; and Antiviral Drug Discovery (AViDD) Centers for Pathogens of Pandemic Concern.

12. Below are examples of the research done by UAW members that has been impacted by NIH's grant cuts:

    a. Studies on cancer biology including how cells respond to DNA damage;

    b. Studies on how to better treat traumatic brain injuries, which disproportionately impact combat veterans;

    c. Research exploring muscle regeneration following traumatic muscle injuries;

    d. Studies on the toxicity of pollutants in the atmosphere including nanoplastics;

    e. Research on cognitive health and chronic disease in older adults;

5

    f.   Studies aiming to understand brain developmental disorders;

    g.   Research on new treatments for chronic pain and substance use; and

    h.   Studies on mitigating bone loss during cancer treatments.

13. I have seen or heard about more than 100 grant cancellation notices received by UAW members. An example of the language used in such notices is: "I am writing to let you know that due to changes in NIH/HHS priorities, the maximizing opportunity for scientific and academic independent careers (MOSAIC) program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grant policy statement. Further awards will not be made, and NIGMS will not permit no cost extensions."

14. Many of the UAW members who have received these cancellation notices received the same generic explanation—that the grant or fellowship was being cancelled due to "changes in NIH/HHS priorities."

15. UAW is a plaintiff in this lawsuit to protect UAW-represented workers' terms & conditions of employment insofar as NIH directly funds UAW member jobs and the loss or threatened loss of funding jeopardizes UAW members' jobs, as well as training opportunities NIH would have funded. In addition, UAW has a long-standing history of supporting increased federal funding for scientific research, recognizing its importance for innovation, economic growth, and public health.

16. Given the public statements made by members of the Trump Administration and targeting of individuals who participated in past legal efforts, UAW members have expressed fears that participating publicly in this lawsuit could jeopardize their future eligibility for federal research funding. As many of our members are early career scientists, access to such federal funding is essential to their long-term academic and research goals, and losing these opportunities would significantly disrupt their career trajectories. In addition, given the current political climate surrounding diversity, equity and inclusion efforts, many have expressed to me that public participation could negatively affect how they are perceived by colleagues, both at their institutions and in the broader field where they work, and thereby impact future job opportunities, and by the public at large.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 20th day of April, 2025.

Neal Sweeney

6

# EXHIBIT 26

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

AMERICAN PUBLIC HEALTH
ASSOCIATION, et al.,

*Plaintiffs,*

v.

NATIONAL INSTIUES OF HEALTH, et
al.,

*Defendants.*

Case No. 1:25-cv-10787-BEM

---

### DECLARATION OF JEREMY M. BERG, PH.D.

I, Jeremy M. Berg, declare as follows:

#### Background

1.     I am a former director of the National Institute of General Medical Sciences (NIGMS), one of the twenty-seven National Institutes of Health (NIH).  I served as director of NIGMS from 2003 to 2011. The purpose of NIGMS is to support research and training of scientists across a wide range of areas, including biochemistry, cell biology, genetics, computational biology, bioinformatics, anesthesiology, wound healing, and burn and trauma research. The United States' ability to effectively treat, diagnose, manage, and ultimately cure diseases requires an understanding of their underlying mechanisms and biology. NIGMS' investments in fundamental basic research have supported 90 Nobel prizes and improvements in treatments for diseases including heart disease, cancer, neurological diseases associated with aging, sepsis, and many others.

2.     NIGMS was organized into four programmatic divisions and a center: Cell Biology and Biophysics; Genetics and Developmental Biology; Pharmacology, Physiology and Biological

1

Chemistry, Minority Opportunities in Research, and the Center for Computational Biology. In addition, it has a Grant Management Office, an Office for Scientific Review, an Evaluation Office, an Office of Extramural Activities, an Office of Communications, a Budget Office, and the Office of the Director. There was also a training committee that consisted of POs from the various scientific divisions who oversaw the different institutional programs.

3.      My responsibilities as director of NIGMS included staying information about, planning and participating in, and, in some cases, leading activities across the NIH. The ICs directors met together with the NIH director and other leaders typically monthly.

4.      I left NIH in 2011 to come to the University of Pittsburgh with my wife, a leading breast cancer screening expert who was recruited to this institution. Here, I have continued to conduct some NIH-funded research in the area of computational biology and also have helped to manage a range of programs that receive NIH funding.

5.      Since January 20, 2025, delays and terminations in NIH funding have dramatically disrupted the work of advancing biomedical research and training the next generation of scientists. Steps that have contributed to these disruptions have included the "pausing" of grant-making processes at NIH, the extremely slow release of continuing awards for multi-year grants, the disruption of the regularly scheduled national Advisory Committee meetings required to approve grant applications prior to funding, the disruption of the peer review "study section" meetings required for grant application evaluation and prioritization, and other steps. More recently, these have included direct terminations of specific grants based not on lack of performance or any other irregularities, but claims that the aims of these grants no longer aligned with NIH's priorities.

6.      Based on my personal analysis of publicly available data (through the NIH Reporter website), over $3.3 billion of NIH funding that would typically have been disbursed through NIH's

APHA App. 464

grant making and grants management process by this point in the year has not been. The funding of new and competitive renewal (covering the continuation of projects that are nonetheless fully peer reviewed) grants is strikingly different starting shortly after January 20, 2025, compared to the preceding decade. In the image, below, the relatively flat line (red) for fiscal year 2025, after the first week of the current Trump administration reveals behavior that is completely distinct from that in previous years.



7.      Through April 7th, more than $1.6 billion is missing from the funding that would be anticipated from continuation awards for multi-year grants. In addition, more than $500 million is missing in new grant funding from grant applications that undergo the highly competitive scientific peer review, based on comparison with the level of new grants awards from this same period from previous fiscal years.

3

APHA App. 465

8.      If these estimates were broken down on a week-to-week basis (i.e., weeks in 2024 compared to weeks in 2025), the estimated difference is stark. In Weeks 4-11 of 2024 (i.e., January 20, 2024, through March 14, 2024), NIH awarded a total of $4.08 billion with 8,071 awards.  For comparison, in Weeks 4-11 of 2025 (i.e., January 20, 2025 through March 14, 2025), NIH awarded a total of $2.45 billion with 4,961 awards. This represents a reduction of approximately 40%.

9.      Narrowing the focus to new awards (and competitive renewal awards) that require study section and advisory council review prior to the award, in those same weeks, NIH awarded $740 million in 1,756 awards in 2024 but only $360 million in 781 awards in 2025. Focusing further still just on Weeks 6-11 (February 3rd to March 14th), the comparison is even more striking: 1,342 awards for $576 million in 2024, compared with 395 awards for $180 million in 2025, a reduction of approximately 69%.

10.      In a recent analysis, which includes awards with April 1st budget start dates, the estimated difference for Weeks 12-13 (i.e., the period from March 14, 2025 to April 1, 2025) is $1.04 billion. Of this, $780 million is due to non-competitive renewal awards that were anticipatable during this period—since many grants were due for renewal by April 1, 2025. In addition, based on the new and competitive renewal awards made during this same period in 2023 and 2024, I estimate that there is a $260 million reduction in anticipatable new and competitive renewal awards in 2025.

11.      Similarly, scientific colleagues have received grant terminations that have completely upended the work of their research labs, staff, and students. For example, all the awards for the Antiviral Drug Discovery (AViDD) Centers for Pathogens of Pandemic Potential have apparently been terminated. This program is intended to do preparatory work for viruses and other pathogens that might cause pandemics in the future; and again went through a competitive award

4

APHA App. 466

process. These awards were terminated on the grounds that the COVID pandemic is over and, therefore, this research is no longer needed. It is hard for me to understand the logic of the termination of these forward-looking looking grants when the risk of a pandemic from COVID and other viruses persist.

12.    As further described below, these disruptions and terminations are completely contrary to my previous experience both at and with the National Institutes of Health.

### Role of NIH in Biomedical Research at Universities

13.    Since the 1930s, the NIH and its predecessor agencies have supported the advancement of the United States' understanding of human disease and disability by funding training and research. In 1944, Congress formally created the NIH as part of the Public Health Service in order to encourage scientific institutions, other public institutions, and scientists in the conduct of research and demonstrations related to the causes, diagnosis, treatment, control, and prevention of physical and mental illnesses and disability. Congress specifically authorized support of research through grants to universities, hospitals, laboratories, and other public or private institutions for research projects after review by the NIH institutes' national advisory councils. Similarly, Congressional funding for training and fellowships dates back more than 50 years.

14.    Since the 1930s, Congress has also added new institutes and centers focusing on different diseases, organ systems, life stages, or other aspects of biomedical research. For example, Congress specifically created NIGMS in 1962 to cover biomedical research of interest to two or more existing institutes or that are not covered by other institutes. Today, there are 27 institutes and centers as well as the Office of the Director within NIH. With the exceptions of the Center(s) for Scientific Review, the Center for Information Technology, and the NIH Clinical Center, the

5

individual institutions, centers and the Director have the authority to issue grants to researchers through their organizations.

15.    Today, Congress appropriates more than $47 billion to the NIH's institutes and centers to advance biomedical research, including through grants to extramural researchers and institutions. Over 85 percent of NIH's annual funding to advance biomedical research powers the more than 38,000 principal researchers, research projects, and trainees in external organizations across the United States. This funding may cover everything from a principal investigator or junior researchers' salaries and benefits to research supplies, as well as real research costs that are not readily attributed to specific projects, often referred to as indirect costs.

16.    NIH grants are typically awarded for an average of four years because the advancement of biomedical research benefits significantly from stable funding across a number of years. Very few research projects of any scientific significance can be completed in less than two years. Generally, grants are not fully funded all at once. An initial award in one fiscal year is followed by continuation (or non-competitive renewal) awards in subsequent years pending submission of an acceptable scientific and financial progress report. Thus, at any given point in time, about 80 percent of NIH's external funding is committed to existing research, support for the NIH intramural research program, or other costs such as NIH operations. The remaining 15 percent is available for new grant applications and the competitive renewal of long-term research projects. Stability is important to scientific investigation, particularly to encourage researchers to pursue innovation and risk in biomedical research. NIGMS has developed a variety of methods to provide stable funding for researchers so that productive or promising projects are not interrupted.

17.    The stability of these grants also furthers the building of research capacity and the training of both graduate students and early-career scientists. A large proportion of pre- and

APHA App. 468

postdoctoral scientists are supported during some or all of their training periods via research project grants rather than training awards. This situation exists because many members of research teams funded by NIH research project grants include graduate students and postdoctoral researchers who engage in research as a key component of their training activities.

18.    Through the Ruth L. Kirschstein National Research Service Awards and other programs, Congress has historically directed funding to public and private institutions specifically for the pre-doctoral and post-doctoral training of individuals to undertake biomedical research. Since 1972, such funding has included explicit provisions directed toward increasing the percentage of women and individuals from disadvantaged backgrounds (including racial and ethnic minorities) into fields of biomedical research. This is particularly important since project selection and other aspects of research related to health can depend on the life experiences of those engaging in research.

19.    Institutional training grants (T32s) can be used to cover the costs of predoctoral or postdoctoral students. Individual grants, typically classified as F-series ("Fellowship") or K-series ("Career Development") grants can be used to provide stipends to researchers at all stages of their career, cover tuition and costs, and fund other expenses.

20.    At the direction of Congress, NIH and institutes like NIGMS have also increased their funding in specific research areas. For example, this is true for research related to HIV/AIDS which has been coordinated through the NIH Office of AIDS Research. When I was a department chair at Johns Hopkins School of Medicine in the 1990s, there were serious discussions about where non-AIDS patients were going to be treated as beds at Johns Hopkins Hospital filled with AIDS patients. But with the support of NIH, the United States developed an understanding of basic biochemistry and virology of the HIV virus, identified a variety of drug targets and, subsequently,

7

developed drugs that have turned HIV infection from a death sentence into a treatable chronic condition. For some patients, the newest research has achieved a true cure to their HIV infection. Considering continued outbreaks and deaths from HIV/AIDS, the potential to reduce this public health risk in vulnerable communities and internationally is profoundly important.

### NIH Funding Priorities Based on Congressional Direction & Scientific Assessment

21.    In addition to Congressionally directed funding, the Director of the NIH and each institute and center engages with its advisory council, policy makers, scientific and professional societies, and other public stakeholders to identify agency funding priorities. Congress has directed the NIH to assemble accurate data to assess research priorities including information to evaluate scientific opportunities and public health disease burdens, including progress in reducing health disparities. NIH publicizes the data on the study populations of clinical research funding by its institutes and centers on its website. NIH also considers disease burden in the United States and the potential for return on investment to the United States; rare diseases and conditions; and the biological, social, and other determinants of health contribution to health disparities in identifying research priorities. These priorities are reported to Congress and publicized on its website via the NIH strategic plan.

22.    At NIGMS, the institute specifically engaged in scientifically based strategic planning on a five-year basis. While I was NIGMS director, we developed the first formal NIGMS strategic plan, NIGMS Strategic Plan 2008-2012: Investing in the Future.[1] This plan was developed through extensive interactions with stakeholders from different communities around the country and staff across NIGMS and NIH.

---

[1] NAT'L INST. GEN. MEDICAL SCIENCES, INVESTING IN DISCOVERY (2007), https://www.nigms.nih.gov/sites/nigms/files/migrated/NIGMS-strategic-plan-2008-2012.pdf

APHA App. 470

23.    We also developed a strategic plan specific for research training.[2] The four themes of this plan are Theme I:  Research training is a responsibility shared by NIH, academic institutions, faculty and trainees; Theme II:  Research training focuses on student development, not simply selection of talent; Theme III:  Breadth and flexibility enable research training to keep pace with the opportunities and demands of contemporary science and provide the foundation for a scientific career paths; and Theme IV: Diversity is an indispensable component of research training excellence, and it must be advanced across the entire research enterprise.

24.    Once agency priorities have been identified, each institute and center issues notices of funding opportunities (NOFOs) for specific grant mechanisms, some of which are targeted to specific areas and some are open-ended invitations to investigators to propose problems of interest and specific approaches that fall within the given NIH institute or center's mission.

25.    As further described below, when reviewing applications for NIH funding, both the institute and its advisory council explicitly consider whether an application is consistent with its mission and scientific priorities identified in its strategic plan.

**Review of External Funding at NIH Based on Scientific Merit and Strategic Plan**

26.    The NIH receives approximately 50,000 grant applications per year. NIGMS alone awards and manages more than 4,500 grants on average and reviews nearly 1,000 grant applications (in addition to those reviewed by study sections at the NIH's Center for Scientific Review) received in response to NOFOs. As part of the NIH mission to advance biomedical research, all applications submitted to the NIH in support of biomedical and behavioral research are evaluated for scientific and technical merit through the NIH peer review system.

---

[2] https://www.nigms.nih.gov/sites/nigms/files/migrated/NIGMS-Strategic-Training-Plan.pdf

9

27.    Notices of funding opportunities explicitly incorporate the criteria used to assess scientific and technical merit of each grant application. Criteria can include the scientific significance of the proposed project, including the strength of the scientific premises of the grant; the investigators' expertise and resources; the potential innovative impact of the proposed research; and whether there is a rigorous and feasible approach to address the aims of the project. Other criteria include justification of the proposed budget and duration in relation to the proposed research. For clinical research, patients need to be protected from research risks including the risk of needing to stop the research and the application also needs to address the appropriateness of the proposed study population.

28.    When a scientist submits a grant application through their organization, the NIH assigns the application to a study section at the Center for Scientific Review for peer review or to study sections at a specific NIH institute or center for more scientifically specialized topics. Study sections are composed of 20-30 independent researchers from the scientific community who have the expertise to assess topics such as Basic Mechanisms of Diabetes and Metabolism or Chemical Biology and Probes. There are approximately 250 standing study sections that meet at least three times a year on specified topics. Special emphasis panels or study sections also meet to review applications for more specialized programs or for projects that fall outside an existing study section.

29.    The study section meets, reviews, and scores an application for scientific and technical merit. The review is time intensive and done on a mostly voluntary basis. Each reviewer on a study section is assigned between 4-10 applications. Each application has two primary reviewers and an additional reader who present the application for discussion at one-to-two-day meetings. Scores can significantly shift as key features or flaws are noted. Scores from different

10

APHA App. 472

study sections are normalized so that scores from different study sections can be compared. Fewer than half of applications make it through this part of the process with a significant chance of being selected for funding.

30.     I served as a study section member and study section chair just prior to my appointment as NIGMS director. For applications for which one had primary responsibility, each reviewer writes a critique and assigned numerical scores. I found that I spent approximately five hours per application reading and writing these critiques. This is in addition to one's normal job and personal responsibilities. At study section meetings, each application is presented and discussed. Each application is presented by two primary reviewers, briefly describing the subject of the proposal and the approach and outlining major strengths and weaknesses. An additional reader provides further comments, and the application is discussed by the study section committee. After the discussion, the primary reviewers give their final numerical scores, and each member of the study section provides a score in secret although members are encouraged to announce if they are voting outside of the range of the primary reviewers as an indication that they are weighing their own judgements or certain arguments by the primary reviewers strongly.

31.     Advisory councils from each institute or center then meet and review the grant critiques (called summary statements) with NIH staff to ensure that the first level of peer review appears to have proceeded appropriately and to assess alignment of the application with the institutes' funding priorities.  Advisory councils are committees of 10-12 academic scientists and other experts (e.g., patient advocates, economists) who typically serve four-year terms and are appointed by the Secretary of Health and Human Services. Advisory councils provide oversight of the first stage of peer review and make recommendations about applications that should be given higher or lower priority given the state of science in a given institute or center's field, and the

11

APHA App. 473

mission and extant portfolio of said institute. Advisory councils typically meet three times a year with meetings scheduled years in advance. These meetings align with the normal funding cycles for grant review process.

32.    Finally, each institute and center's director make funding decisions with the advice of program officers and senior leaders in the institute or center. Funding decisions are largely based on peer review scores, but also with consideration regarding the existing grant portfolio, a center's publicized priorities, or recommendations of staff. Budgets are adjusted based on peer review, staff recommendations, and the availability of Congressionally appropriated funds. Grants are then awarded to each researcher's institution. Successful applicants receive Notices of Award ("NOAs"). The NOA identifies the institutional grantee, one or more principal investigators, and specifies the amount of the award, its duration, and all other terms and conditions with which the grantee must comply.

33.    Before this year, I have never observed nearly all study sections and advisory councils canceled for a funding cycle. On January 21, the Acting Secretary of Health and Human Services informed NIH that all notices in the Federal Register would need to be approved by a Presidential appointee. This is important because study sections and advisory councils are committees subject to the Federal Advisory Committee Act (FACA), a transparency statute enacted in 1972. My understanding is that this law was intended to prevent the federal government from receiving advice in secret. Here, it was being used to block normal grant-making processes. Approval of grant applications and peer review is required in order for an application to be eligible for funding.

34.    NIH application submission, study section review, advisory council consideration, and funding decision and notice of award generation normally occur on a regular schedule with

APHA App. 474

three cycles per year.[3] In my experience, institutions and investigators are quite familiar with and anticipate these scheduled dates. Many investigators know upcoming application due dates off the top of their heads and upcoming advisory council meetings dates are selected and publicized in institute web pages a year or more in advance.

## Review and Award Cycles

|  | Cycle I | Cycle II | Cycle III |
| --- | --- | --- | --- |
| Application Due Dates | January 25 - May 7 | May 25 - September 7 | September 25 - January 7 |
| Scientific Merit Review | June - July | October - November | February - March |
| Advisory Council Round | August or October * | January | May |
| Earliest Project Start Date | September or December * | April | July |

**<u>Continued Funding at NIH Based on Scientific Merit & Performance</u>**

35.     NIH staff, such as grant management officers and scientific review officers, are also assigned to manage the more than 59,000 grants that NIH manages in a year. In 2023, these grants supported 38,000 principal investigators and more than 300,000 researchers at more than 2,500 institutions across the country.

36.     Due to the nature of funding scientifically significant but innovative and sometimes risky nature of biomedical research, investigators have the flexibility to adjust their research efforts depending on ongoing discoveries or other developments in the scientific field. But the NIH's staff still review annual progress reports to assess whether or not the researcher has continued to make progress on the project appropriate for what was in their grant application.

---

[3] https://grants.nih.gov/grants-process/submit/submission-policies/standard-due-dates.

13

37.     NIH program officers and grants management specialists must review these reports and approve a new year of funding through an administrative review without the involvement of study sections and advisory councils. As mentioned above, due to the importance of funding stability in advancing scientific investigation—absent scientific misconduct or other significant events—these funding streams are almost always approved in a timely manner as grants come up for review based on their start date.

### Rarity of Grant Terminations

38.     The NIH rarely terminates grants. I do not recall any instances of such terminations by NIGMS during my nearly eight years as director. Prior to 2025, I am only aware of two such terminations in subsequent years. One involved an aging investigator who was not longer able to conduct the research (and who died shortly thereafter) and another involved an investigator who separated from his university following investigations into sexual harassment involving younger scientists.[4]

39.     Otherwise, in instance of concerns about performance of the grant, rather than terminating a grant, the NIH has generally discussed with the grantee or with others at the grantee organization to pursue corrective action prior to making any additional awards.

40.     Finally, in instances of scientific misconduct, the NIH still seeks to preserve the results of the research if possible. Scientific misconduct includes, but is not limited to, fabrication of the data and results from a scientific study or plagiarism of another person's processes and results without giving appropriate credit.[5] Under many circumstances, misconduct investigations,

---

[4] *See* Amy Harmon, *Chicago Professor Resigns Amid Sexual Misconduct Investigation*, N.Y. TIMES (Feb. 2, 2016), https://www.nytimes.com/2016/02/03/us/chicago-professor-resigns-amid-sexual-misconduct-investigation.html

[5] Office Res. Integrity, *Definition of Research Misconduct*, DEP'T HEALTH & HUMAN SERVS., https://ori.hhs.gov/definition-research-misconduct (last visited on Apr. 2, 2025).

APHA App. 476

conducted by the grantee organization or their designee, identify problematic scientific publications and push for correction or retractions for impacted publications. But in other instances, publications are cleared by the investigation with no evidence of influence on the publication due to the inappropriate behavior.

41.     This stands in sharp contrast to what is occurring during the present administration. Large number of grants are being terminated, allegedly because the award "no longer effectuates the program goals or agency priorities" or for other reasons. Some many grants are being terminated that NIH has added a field to the NIH Reporter database to designate terminated grants. This did not exist prior to April 2025. The Department of Health and Human Services (HHS) now posts a link to a spreadsheet of terminated grants on its TAGGS database landing page.[6]

42.     I have been examining the terminated grants lists on a regular basis. For the week from April 11, 2025 through April 18, 2025 only a single new grant (a supplement to an existing grant) was added. However, data from NIH Reporter over the same period indicated that more than 20 awards were terminated over this period. This inconsistency adds further confusion about the nature of ongoing terminations.

43.     NIH has recently also been making changes to its use of the Payment Management System (PMS). Universities do not receive payment when an NIH grant is awarded, but rather are given the ability to request reimbursement through the PMS. DOGE is apparently introducing additional steps in this process and NIH had, at least for a period, halted all payments through the PMS and, perhaps, was using this system to withhold grant payments to specific institutions.[7]

---

[6] https://taggs.hhs.gov/
[7] https://www.washingtonpost.com/politics/2025/04/17/doge-trump-grants-hhs-nih-backlog/

APHA App. 477

**Funding Disruptions Devastating, Without Alternatives**

44.      In the long term, if these disruptions in Congressionally directed funding continue, the biomedical enterprise both in public and private institutions is in danger. As an example of how basic research helps to fuel rapid progress in developing new and safer treatments and prevention strategies, the U.S. Food & Drug Administration recently approved a first-in-class non-opioid medicine for mild to moderate pain (suzetrigine, brandname Journavx).[8] This was based on decades of basic and more applied research in NIH-funded academic and private-sector laboratories. The loss of any of the large amount of information or techniques generated from this research would have made approval of this pain medication impossible. Move over, many of the scientists involved— including those in industry—were trained at the NIH or in academic laboratories supported by the NIH. In the long run, these advancements have the potential both to provide a new alternative to treat post-surgical pain, but also to address the demand side of the opioid public health crisis.

45.      There are not alternative sources to replace the NIH's more than $40 billion in biomedical research funding. In 2022, the NIH invested more than 25 more times on grants than the next largest funder, the Wellcome Trust based in the United Kingdom.[9] Combining then the next 25 largest funders of biomedical research would not replace the NIH's annual funding of biomedical research. Moreover, as private or non-US based funders, those funders are unlikely to have the same priorities identified by Congress and by US-based researchers and stakeholders.

---

[8] Press Release, FDA Approves Novel Non-Opioid Treatment for Moderate to Severe Acute Pain (Jan. 30, 2025), https://www.fda.gov/news-events/press-announcements/fda-approves-novel-non-opioid-treatment-moderate-severe-acute-pain
[9] Nisha Gaind, *How the NIH Dominates the World's Health Research*, 639 NATURE 554 (2025), doi: https://doi.org/10.1038/d41586-025-00754-4

16

APHA App. 478

**<u>Terminations Will Likely Cause Severe Career Disruption and Harm</u>**

46.     Throughout my career, I have also helped guide scientists at the beginning of their independent careers as they sought to compete for NIH funding. Prior to coming to NIH, I was Director of the Department of Biophysics and Biophysical Chemistry at the Johns Hopkins University School of Medicine. In this role, I conducted research in partnerships with graduate students including combined MD/PhD students, and postdoctoral fellows with much of this work supported by NIGMS and other NIH institutes.

47.     As a department chair, I recruited many faculty starting their independent careers. Obtaining NIH funding was an essential step in developing their careers, both in terms of providing funds for their research and for demonstrating that their ideas and research was sufficient good that it has passed the rigorous bars for NIH funding.

48.     At my present institution, it is an unwritten rule that all faculty members need to hold two substantial NIH grants to receive tenure. Again, this reflects both the financial support for their continuing research and the recognition and prestige associated with competing through peer review and the rest of the NIH funding processes.

49.     I have never had to deal with a faculty candidate who have had an NIH grant or grants terminated or withdrawn from consideration for reasons of "agency priorities." However, it is difficult for me to imagine such an individual competing for a coveted faculty position against a large pool of qualified candidates. This reflects the substantial likely irreversible personal harm done to individual scientists through this capricious use of NIH funding for political purposes.

50.     As an undergraduate, graduate student, and postdoctoral fellow, my training and research were supported through research grants to my research mentors. When I started my independent career, my research projects were funded through a then-new program directed to

17

APHA App. 479

beginning faculty members. The continuity of Congress and the American people's investment in biomedical research via the NIH has been vital to my career path. The United States has similarly invested in the training and research of numerous students, early career scientists, and faculty in every state and territory. It is a shame that these interruptions in NIH funding now endanger the advancements and institutions powered by those individual researchers.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of April 2025, in Gibsonia, PA.

Jeremy M. Berg, Ph.D.
Former Director (2003-2011)
National Institute of General Medical Sciences
National Institutes of Health

18

APHA App. 480

# EXHIBIT 29

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10787-BEM<br><br>Leave to File Under Seal Granted April 24, 2025 (ECF No. 36) |

## DECLARATION OF APHA MEMBER 2

I, ▮▮▮▮▮▮▮, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1. My name is ▮▮▮▮▮▮▮ and I serve as the Managing Director for ▮▮▮▮▮▮ ▮▮▮▮▮▮ a small company dedicated to providing world-class education focused on pain research and neuroscience. In this position, I develop and coordinate educational modules, including webinars, conferences, and lectures for the continuing education of clinicians and researchers. I have held this position since I began working for ▮▮▮▮▮▮▮ at the beginning of 2016.

2. I am offering this Declaration in my individual capacity and not on behalf of my employer.

3. I have 20 years of experience working on accreditation systems and instructional design, and I have been working in pain and neuroscience for the last decade. I began my career in this field at ▮▮▮▮▮▮▮▮▮, where I served as the ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, and then worked at ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ as the ▮▮▮▮▮▮▮. I have also served as a ▮▮▮ ▮▮▮ for the ▮▮▮▮▮▮▮▮▮▮ for the last five years. My professional goal is to help other people do their jobs better.

4. Helping people who experience chronic pain is something I'm passionate about because it is one of the largest public health crises that is rarely discussed. Nearly 25% of American adults experience chronic pain and over 8% of American adults have chronic pain that frequently

1

limits their life or work. Children are also vulnerable to the impacts of chronic pain; they experience it at similar rates and it critically impacts their development and their lifelong relationship to healthcare. The economic burden of pain in the United States is more than the annual costs (in 2010 dollars) of heart disease ($309 billion), cancer ($243 billion), and diabetes ($188 billion) and nearly 30% higher than the combined cost of cancer and diabetes. Adjusted for inflation, chronic pain costs the United States nearly $1 trillion annually. I am also passionate about solving the problem of chronic pain because of its close relationship to the devastating effects of the opioid crisis. Almost one in four American adults know someone struggling with an opioid addiction. These are issues that affect almost all of us, and they deserve close attention.

5.   I am a member of APHA and pay $230 in annual dues.

6.   I am the Program Director for an R24 grant awarded by the National Institute of Health ("NIH"). R24 grants are issued by NIH to provide tools and resources in support of ongoing research. The grant award number is ███████████.

7.   The grant funds the development and operation of a Coordinating Center for National Pain Scientists ("Coordinating Center"). As described in the Notice of Funding Opportunity ("NOFO") ██████████, the Coordinating Center is designed to be "a central facilitator for integrating training and mentoring across a network of mentors and early-stage investigators funded by the NIH," including NIH trainees, fellows, and others. The purpose of the Coordinating Center is to "enhance the training experience of new pain researchers across the continuum of basic, translational, and clinical research and create a vast network of NIH-funded pain researchers to promote multidisciplinary collaborations in pain research." A true and correct copy of ██████████ is attached hereto as Exhibit A.

8.   The creation of the Coordinating Center is in direct response to the NIH Helping to End Addiction Long Term ("HEAL") Initiative[®]'s goal of building the pain workforce because there are not enough pain researchers to enhance and develop evidence-based approaches for pain management. The NIH has described this as an "urgent need" and has identified several factors that have contributed to a leaky workforce pipeline to pain research, including: challenging research environments for clinicians, a high departure rate from the field among senior researchers who serve as mentors for more junior researchers, a lack of structure for early-stage investigators to learn from experienced investigators, and a lack of collaboration between pain management researchers across disciplines. Furthermore, the Coordinating Center fills a gap in

2

NIH's structure because there is no NIH Institute for Pain that would normally serve as the coordinating and centralization entity for pain-related research and resources.

9. The Coordinating Center also responds to the priorities of other NIH Institutes and Centers ("ICs"). There are currently 27 ongoing clinical pain studies within the HEAL Initiative and there are thousands of more pain-related research programs across the ICs. This has led to a disjointed and uncoordinated approach which is a hinderance to the effective, multidisciplinary, and collaborative research that is needed to address such a grave public health problem. The Coordinating Center serves the function of connecting these researchers, educating them about the developing science of each other's studies, and helping to accelerate innovate approaches to pain management and treatment.

10. The Coordinating Center is also aligned with President Trump's Make America Healthy Again Executive Order and Commission which is tasked with addressing the key health priority of chronic disease. As described above, chronic pain is a largely silent public health crisis.

11. Applicants to this NOFO and all training-related grants were required to include elements from the Notice of NIH's Interest in Diversity NOT-OD-20-031. Specifically, the NOFO said,

> In addition to scientific diversity, applicants should strive to incorporate diversity in their team development plan. Research shows that diverse teams working together and capitalizing on innovative ideas and distinct perspectives outperform homogenous teams. Scientists and trainees from diverse backgrounds and life experiences bring different perspectives, creativity, and individual enterprise to address complex scientific problems. There are many benefits that flow from a diverse NIH-supported scientific workforce, including: fostering scientific innovation, enhancing global competitiveness, contributing to robust learning environments, improving the quality of the research, advancing the likelihood that underserved or health disparity populations participate in, and benefit from health research, and enhancing public trust. Please refer to Notice of NIH's Interest in Diversity NOT-OD-20-031 for more details.

A true and correct copy of NOT-OD-20-031 is attached hereto as Exhibit B.

12. Because of this requirement, the grant application for the Coordinating Center that I prepared described how the Coordinating Center would be open and available to all pain researchers, including those from underrepresented backgrounds, such as women, Black, and Latinx researchers, as well as researchers with a low socioeconomic status and researchers with disabilities. The goal of the Coordinating Center is to improve mentorship and collaboration among pain researchers and clinicians, so it is critical that *all* researchers feel welcome. However, explicit mention of underrepresented groups in the grant application was only included

3

because it was an NIH requirement at the time, and the proposed budget did not dedicate any financial resources to this ancillary aim of diversifying the workforce. The operation of the Coordinating Center complies with federal, state, and local laws. We have never performed any preferential hiring, nor we distributed any travel scholarships based upon demographic categories.

13. Putting together the grant application for the Coordinating Center was extremely time intensive. During the final weeks, I worked 196 hours over 11 days. I stopped going into the office, slept some nights but not all, and at times forgot to eat for many hours. I met with software platform vendors and other vendors so I could pull together a budget justification that was accurate to the dollar. Because instructional design methodology is my specialty, I dedicated roughly half the application to describing the innovative approaches I developed to meet the needs of NIH. I also spent hours meeting with NIH program officers during the application process so I could fully understand NIH needs, including the scale of the Coordinating Center. During the competitive review process, NIH followed up with me for additional information, and the responses to those requests were also time intensive.

14. In September of 2022, NIH issued a Notice of Award ("NOA") for $6,882,205 for a period of three years (to end August 31, 2025) to fund the Coordinating Center. It was communicated to me that I would be able to apply for a Type 4 Non-Compete Renewal at the close of the grant to continue funding the Coordinating Center for at least another two years. A true and correct copy of that NOA is attached hereto as Exhibit C.

15. Since its launch, the Coordinating Center has been a massive success. It is the first and only mechanism for consolidating the entirety of pain researchers across the spectrum of basic, clinical, and translational research, at all career stages. This is primarily accomplished through an online hub that—among other things—indexes research studies, provides up-to-date contact information to enhance collaboration opportunities, connects researchers with clinical doctors who may have ready study participants, and aggregates funding and job opportunities. For example, a user of the hub who is interested in understanding pain associated with fibromyalgia can type the term into the network and instantly be connected with all the researchers who are doing this work. The Coordinating Center acts as a digital resource center and provides tools and support for other NIH-funded pain research programs, consolidating their resources into one

APHA App. 485

location while reducing the need for redundant, more costly infrastructure at each study site. To date, the online platform has nearly 5,000 users and the number is growing daily.

16. Another major way the Coordinating Center achieves its goals is through an annual conference that gathers pain researchers together to accelerate "bench to bedside" treatment, which is the process of translating scientific discoveries made by researchers into practical applications and improved patient care. At the conference, researchers have the opportunity to hear directly from people who have the conditions they aim to treat, which helps them develop new hypotheses or narrow in on hypotheses worth further testing. This annual meeting also serves as a required in-person investigator meeting for pain research programs funded under the HEAL Initiative and through individual ICs. It is the only place for many of these investigators and their research teams to meet in-person, collaborate, and connect with other NIH-funded pain researchers. By centralizing the in-person meetings for various studies and programs, the Coordinating Center has helped to reduce redundancy for multiple meetings, centralize planning resources, and approach pain research efforts as a holistic group instead of the status quo of individual meetings for each study. This has reduced overall costs for affiliated meetings, while enhancing efficacy. Overwhelmingly, participants say that they were "able to network with researchers from across the continuum of basic, translational, and clinical research," and that they now "plan to collaborate with at least one other researcher from a discipline different than their own."

17. To make the Coordinating Center as successful as it's been, I've had to hire three dedicated staff people: a Conference and Community Coordinator, a Community Engagement Coordinator, and a Digital Media Specialist. One hundred percent of their time is allocated to the Coordinating Center. I also spend approximately 55% of my time on the Coordinating Center.

18. And, in 2024 NIH issued a NOA to ▮▮▮▮▮▮▮▮▮▮ for a Supplemental Award to support the HEAL PAIN Researcher Cohort Program ("PAIN Cohort Program"), an interdisciplinary training program among postdoctoral researchers pursuing careers in pain and addiction science. The Supplemental Award was a 5-year grant that required an annual Non-Compete Renewal. The first-year award was for $850,595, and because it is a Supplemental Award, the budget and project period end dates are the same as the parent award, described in paragraph 14 above. The Supplemental Award number is ▮▮▮▮▮▮▮▮. A true and correct copy of the NOA reflecting the Supplemental Award is attached hereto as Exhibit D.

19. The PAIN Cohort Program utilized the Coordinating Center to help foster collaboration and a shared learning experience across six universities: the University of Utah, Mass General Brigham, Stanford University, University of Michigan, University of Florida, and Washington University in St. Louis. Each university, in turn, recruited four trainees under the Ruth L. Kirschstein National Research Service Awards ("NRSA") program (T90 awards) and one trainee under the R90 grant program to bring postdoctoral researchers from various disciplines together to learn from one another. For example, one postdoctoral trainee might be from the school of dentistry and another from the school of engineering and through the program, they have the opportunity to develop innovative treatments and translate research findings into clinical practice.

20. The PAIN Cohort Program emphasizes mentorship, career development, and hands-on research experience, and the Coordinating Center is a critical tool for achieving those goals. The Coordinating Center provides the necessary infrastructure for trainees to coordinate with one another across institutions. Through the Coordinating Center, trainees can do their own research planning and develop materials to support that research. To support this collaborative effort, I redesigned a training curriculum so that it could work on a national scale and so trainees could learn in a timely and effective manner, including a weekly webinar series on pain research and soft skills. An added benefit of using the Coordinating Center as the central hub for the PAIN Cohort Program is that the materials and resources developed through the PAIN Cohort Program are also available to the larger Coordinating Center network. Additionally, the Coordinating Center establishes an enduring archive of this critical work.

21. I spend about 30% of my time working on the PAIN Cohort Program, meaning that 85% of my time is spent working on these two NIH-funded projects.

22. Given the success of the Coordinating Center, there has never been any indication that the Non-Compete Renewal I was set to apply for this year would not be granted. In fact, just last year I was awarded the NIH ██████████ Award for the work I've done on the Coordinating Center.

23. However, on March 21, 2025, before that renewal application was due, I received a termination letter from the NIH notifying me that my award was terminated. The letter said:

> This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives are antithetical to the scientific inquiry, do nothing to expand our

knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore it is the policy of NIH not to prioritize such research programs.

A true and correct copy of the termination letter is attached hereto as Exhibit E.

24. The reasons given in the termination letter are inconsistent with the work of the Coordinating Center. The Coordinating Center does not spend any money on diversifying the biomedical research field. The Coordinating Center aims to enhance the field for all pain researchers, regardless of their race, gender, sexual orientation, or any other identity that might be understood to fall into that classification.

25. The termination letter also did not define the terms within it. Because the terms do not describe the work that the Coordinating Center does, it is unclear to me what criteria NIH used to determine that the Coordinating Center "no longer effectuates agency priorities."

26. When I reached out to my Program Officer to get clarity about why the funding had been terminated, I was informed that the IC had not been consulted about the termination of the grant and my Program Officer had also not been informed.

27. The next weekday after receiving the termination letter, on March 24, 2025, I appealed pursuant to the instructions in the termination letter. In drafting the appeal, I was left to guess how NIH applied the terms used in the letter to the Coordinating Center. I received an acknowledgment of receipt of the appeal, two weeks later, on April 7, 2025.

28. After submitting my appeal, I received a revised NOA with a revised project period end date of March 21, 2025. The revised NOA stated that the award is "related to DEI" and "no longer effectuates agency priorities" and was terminated for those reasons. A true and correct copy of the revised NOA is attached hereto at Exhibit F.

29. Because the Supplemental Award is connected to the Coordinating Center award, it has also been terminated. I received a revised NOA with a new project period end date of March 21, 2025. My Supplemental Award Program Officer told me that they had not been informed about the termination of my Supplemental Award. A true and correct copy of the revised Supplemental NOA is attached hereto at Exhibit G.

30. The impact of this termination is severe and dire. In a conversation with my grants manager at NIH, I was told that NIH would not cover unliquidated obligations that have already

7

been made in reliance on this funding. I have asked for this policy in writing, but have not yet received it.

31. If this is true, I may be faced with up to $1 million to pay for obligations already committed for the upcoming annual conference currently scheduled for June. For example, for almost two years, we've had a nearly $500,000 contract with the hotel that is set to host the conference. We also have a $120,000 planned expense for audio/video services for the conference. Additional food and beverage costs are also potentially on the line. If ███████ ██████ is forced to pay these costs out-of-pocket, it would bankrupt the business.

32. Conference travel support was also funded through the grant. To date, approximately 100 people have applied for this travel support, and I must now determine who has been approved for that support and contact them to find out if they've purchased tickets that they now may not be reimbursed for. This poses a particularly upsetting challenge, since those attendees applied for travel support because they are unable to afford the costs on their own. Relatedly, many other grant programs throughout the NIH include requirements that their researchers attend the conference. If the conference is cancelled because of the termination, all the researchers who have already purchased plane tickets or made other travel arrangements have now wasted those federal funds. Likewise, it is unclear to me what will happen regarding faculty member reimbursements.

33. Even if NIH provides funding to cover these obligated costs, the conference cannot move forward, and all these expenditures will be wasted.

34. Additionally, the day that I received the termination letter, I had to furlough the three staff people who work with me on the Coordinating Center because 100% of their time was spent supporting this program.

35. I also am no longer receiving a salary, despite the time and costs associated with closing out the grant and resolving the financial burden caused by NIH's abrupt grant termination.

36. ██████████████ does not have a fallback plan. As the Coordinating Center work scaled up over the years, our other educational programs have necessarily had to scale back. Other budget lines that kept us afloat in the past are no longer there.

37. Perhaps most concerning is the impact the virtually overnight disappearance of the Coordinating Center will have on the prospect of responding to the public health crisis of chronic pain and addiction. Without the Coordinating Center, researchers will go back to being siloed,

critical studies will struggle to find collaborators, promising developments in the field will not be shared broadly, and the scientists tasked with finding a solution to this critical problem will no longer hear from people with chronic pain in such an effective manner.

38. I am seeking to file this declaration under seal because I am scared for my own security, especially that I will get doxed. The current climate is particularly hostile and even though I believe NIH still intends to do good work, my association with this case could make it seem like I am oppositional to NIH's interests or biomedical research in general, when that is not the case. I am also worried that involvement in this case may jeopardize future NIH funding opportunities. Finally, I am also worried that my involvement in this case could have longer term negative consequences on my career because broad knowledge that my funding was terminated by NIH may suggest that I was not good at developing and providing continuing education, when that too is not the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _23_ day of April, 2025.



9

# EXHIBIT A

This notice has expired. Check the **NIH Guide (https://grants.nih.gov/funding/searchguide/)** for active opportunities and notices.

## Department of Health and Human Services

## Part 1. Overview Information

**Participating Organization(s)**

National Institutes of Health (NIH (http://www.nih.gov))

**Components of Participating Organizations**

National Institute of Neurological Disorders and Stroke (NINDS (https://www.ninds.nih.gov/))

National Institute of Dental and Craniofacial Research (NIDCR (https://www.nidcr.nih.gov/))

National Center for Complementary and Integrative Health (NCCIH (https://nccih.nih.gov/))

All applications to this funding opportunity announcement should fall within the mission of the Institutes/Centers. The following NIH Offices may co-fund applications assigned to those Institutes/Centers.

Office of Research on Women's Health (ORWH (https://orwh.od.nih.gov/))

**Funding Opportunity Title**

Emergency Awards: HEAL Initiative: Coordinating Center for National Pain Scientists Career Development (R24 Clinical Trial Not Allowed)

**Activity Code**

R24 (/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮_results.htm?text_curr=▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

**Announcement Type**

Reissue of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Related Notices**

None

**Funding Opportunity Announcement (FOA) Number**

▮▮▮▮▮▮▮▮▮

**Companion Funding Opportunity**

None

**Number of Applications**

See Section III. 3. Additional Information on Eligibility.

**Assistance Listing Number(s)**

▮▮▮▮▮▮▮▮▮

**Funding Opportunity Purpose**

HEAL is issuing this FOA in response to the declared public health emergency issued by the Secretary, HHS. Please see Determination that a Public Health Emergency Exists Nationwide as the Result of the Opioid Crisis (https://www.phe.gov/emergency/news/healthactions/phe/Pages/opioids.aspx) as renewed in Renewal of the Determination that a Public Health Emergency Exists Nationwide as the Result of the Continued Consequences of the Opioid Crisis (https://www.phe.gov/emergency/news/healthactions/phe/Pages/Opioids-6Oct2021.aspx).

There is an urgent need for more research to establish best practices in the pain management field, however, there is a limited workforce pipeline of pain researchers to meet NIH's long-term goals of providing effective non-opioid options for the treatment of pain conditions and better pain management overall. The Interagency Pain Research Coordinating Committee (IPRCC) has identified the workforce problem as a barrier for new pain research, and has identified factors that contributed to it, including challenging environments for clinicians to practice research and a high departure rate among senior investigators and mentors. The IPRCC also identified a need for more structured opportunities for early-stage investigators to learn from experienced investigators. The pain management field has further recognized that basic, translational, and clinical researchers do not regularly collaborate when developing grant applications. If pain management researchers across all disciplines were to work together, it would enhance the innovation, relevance, and practical application of pain management research.

To support the NIH HEAL Initiative's response supporting new investigators, promoting multidisciplinary collaborations among pain researchers, and identifying innovative treatments to manage pain, this FOA invites applications for the Coordinating Center for National Pain Scientists (CCNPS). The CCNPS will be a central facilitator for integrating training and mentoring across a network of mentors and early-stage investigators funded by NIH (e.g., NIH trainees, NIH fellows, and Career Development Awardees). The main purpose of the CCNPS is to enhance the training experience of new pain researchers across the continuum of basic, translational, and clinical research and create a vast network of NIH-funded pain researchers to promote multidisciplinary collaborations in pain research. The CCNPS will create and run a coordination center to connect NIH-funded pain researchers with each other with the goal of enhancing the innovation, relevance, and practical application of pain management research, as well as increase communication among pain management researchers across all disciplines.

## Key Dates

**Posted Date**

May 05, 2022

**Open Date (Earliest Submission Date)**

June 15, 2022

**Letter of Intent Due Date(s)**

30 days before application due date

**Application Due Date(s)**

07/15/2022

All applications are due by 5:00 PM local time of applicant organization.

Applicants are encouraged to apply early to allow adequate time to make any corrections to errors found in the application during the submission process by the due date.

**AIDS Application Due Date(s)**

Not Applicable

**Scientific Merit Review**

Not Applicable

**Advisory Council Review**

Not Applicable

**Earliest Start Date**

December 2022

**Expiration Date**

July 16, 2022

**Due Dates for E.O. 12372**

Not Applicable

**Required Application Instructions**

It is critical that applicants follow the instructions in the Research (R) Instructions in the SF424 (R&R) Application Guide (///grants.nih.gov/grants/guide/url_redirect.php?id=12000), except where instructed to do otherwise (in this FOA or in a Notice from NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/)).

Conformance to all requirements (both in the Application Guide and the FOA) is required and strictly enforced. Applicants must read and follow all application instructions in the Application Guide as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the Application Guide, follow the program-specific instructions.

**Applications that do not comply with these instructions may be delayed or not accepted for review.**

## Table of Contents

Part 1. Overview Information
   Key Dates
Part 2. Full Text of Announcement
   Section I. Funding Opportunity Description
   Section II. Award Information
   Section III. Eligibility Information
   Section IV. Application and Submission Information
   Section V. Application Review Information
   Section VI. Award Administration Information
   Section VII. Agency Contacts
   Section VIII. Other Information

## Part 2. Full Text of Announcement

## Section I. Funding Opportunity Description

**Purpose**

There is an urgent need for more research to establish best practices in the pain management field, however, there is a limited workforce pipeline of pain researchers to meet NIH's long-term goals of providing effective non-opioid options for the treatment of pain conditions and better pain management overall. The Interagency Pain Research Coordinating Committee (IPRCC) has identified the workforce problem as a barrier for new pain research, and has identified factors that contribute to it, including challenging environments for clinicians to practice research and a high departure rate among senior investigators and mentors. The IPRCC also identified a need for more structured opportunities for early-stage investigators to learn from experienced investigators. The pain management field has further recognized that basic, translational, and clinical researchers do not regularly collaborate when developing grant applications. If pain management researchers across all disciplines were to work together, it would enhance the innovation, relevance, and practical application of pain management research.

This FOA invites applications to develop a Coordinating Center for National Pain Scientists (CCNPS) that will support the NIH HEAL Initiative's goal of supporting new investigators, promoting multidisciplinary collaborations among pain researchers, and identifying innovative treatments to manage pain. The CCNPS will be a central facilitator for integrating training and mentoring across a network of mentors and early-stage investigators funded by NIH (e.g., NIH trainees, NIH fellows, and career development awardees). The CCNPS will also synergize the specific efforts of NIH HEAL Initiative's two previously released FOAs (a K24 (NOT-NS-21-026 (https://grants.nih.gov/grants/guide/notice-files/NOT-NS-21-026.html)) to support mentors and a K12 (RFA-NS-22-045 (https://grants.nih.gov/grants/guide/rfa-files/RFA-NS-22-045.html)) to develop a structured mentorship/career development program) which are in response to the need to increase the clinical research workforce. The main purpose of the CCNPS is to enhance the training experience of early-career researchers and investigators who are new to pain research across the continuum of basic, translational, and clinical research and create a vast network of NIH-funded pain researchers to promote multidisciplinary collaborations in pain research. The CCNPS will create and run a

coordination center to connect NIH-funded pain researchers with each other with the goal of enhancing the innovation, relevance, and practical application of pain management research, as well as increase communication among pain management researchers across all disciplines.

**Coordinating Center for National Pain Scientists Career Development**

This program would serve as a central facilitator to integrate training and mentoring across a network of all early-stage pain investigators funded by NIH (e.g., NIH trainees, NIH fellows, and Career Development Awardees) and pain mentors funded by Institutes. The goal is to enhance the experience of all newly funded NIH pain researchers across the spectrum of basic, translational, and clinical research and to promote multidisciplinary research that is meaningful for those living with pain. The CCNPS should ultimately be an engaging network where: 1) all NIH funded early-stage pain investigators can connect and learn from NIH funded pain mentors across the U.S.; 2) early-stage NIH funded investigators can learn from and collaborate with each other; 3) collaboration along the continuum of pain research is facilitated. Additionally, the CCNPS woudlbe required to organize and host an annual meeting that should be widely attended by NIH funded pain researchers across the entire research continuum (i.e., basic, clinical and translational researchers) and acrosscareer levels. Attendance at this meeting will be mandatory for the scholars funded by an accompanying K12 (RFA-NS-22-045 (https://grants.nih.gov/grants/guide/rfa-files/RFA-NS-22-045.html)). Attendance at this meeting will be recommended for all NIH-funded pain early-stage investigators (researchers on K grants, T grants, F grants, etc.). The CCNPS will be responsible for promoting this meeting and networking opportunities to NIH-funded early-stage investigators and mentors.

Key components of the program:

- Create a governing body composed of multidisciplinary pain researchers and pain patients from across the United States.
- Create a networking system to connect pain researchers across the continuum of pain research, from all disciplines, and at all career levels.
- Create a medium that facilitates communication between basic, translational, and clinical researchers.
- Plan and host an annual meeting for all NIH-funded pain trainees and mentors.
- Disseminate information about the annual meeting, collaboration and education events, accomplishments of trainees, etc.
- Regular hosting of collaboration and educational events to connect early-stage investigators among themselves and with more experienced investigators on a regular basis.
- Assess educational courses offered for trainees and mentors, and then develop and offer courses that would help enhance the field of pain management, if necessary.
- Conduct an external evaluation of the accompanying K12 program's effectiveness in its last year (RFA-NS-22-045 (https://grants.nih.gov/grants/guide/rfa-files/RFA-NS-22-045.html)).
- Create and utilize objective criteria to 1) measure success of the network (e.g. participation, engagements, publications with multiple network participants); and 2) evaluate the impact of the network on career success and development (e.g. correlate network participation with traditional criteria for assessing accomplishments such as publications or promotions).

**Elements of the CCNPS Program:**

*Administrative Coordination*

There are several administrative coordination components of the CCNPS:

- Create a network/networking system for NIH-funded pain researchers. Specifically, the network should help connect early-stage investigators to established mentors around the country and should help enhance collaboration among early-stage investigators who are along the pain research continuum (i.e., basic, translational, and clinical researchers). It is required that the network have an online space/platform component that CCNPS uses to engage network participants regularly throughout the year.
- Survey early-stage investigators and NIH-funded mentors to obtain their input about the types of activities (e.g., social networking, pain seminars, leadership training, mentoring experiences) that should be incorporated into the network.
- Identify NIH-funded early-stage career investigators (e.g., those who have received a K grant, are on a T grant, etc.) as well as NIH-funded mentors to inform them about, and encourage their participation in, the network.
- Plan and implement activities that will enhance and facilitate communication across the pain research continuum with the goal of increasing multidisciplinary collaborations.
- Disseminate information about all CCNPS activities, including the annual meeting, collaboration events, education events, successes of trainees, etc., to all awardees of NIH pain grants.
- Assist early-stage NIH pain grant awardees in navigating systems (i.e., connecting to a senior mentor at an outside institution, identifying helpful courses and training, running webinars to provide information that might help early-stage NIH pain grant awardees progress to mid-stage investigators, etc.)
- Create and utilize criteria/methods to measure the success of the CCNPS at meeting its stated objectives. It is recommended that these methods include an element that can be used to compare success of network participants to non-participants
- There should be a clear logistical plan and timeline that explains how and when activities will occur within the coordinating center

*Organization of an Annual Meeting and Networking Activities*

A required element of this FOA is the planning and hosting of an annual meeting for all NIH-funded early-stage pain researchers (i.e., researchers on K grants, T grants, F grants, etc.) and NIH-funded mentors. The PD/PI, along with the governing board, will organize this meeting annually to serve a forum where mentoring and career development activities can be discussed and take place. The meeting should also serve the purpose of connecting investigators across the continuum of pain research to facilitate multidisciplinary collaborations. The main scope of the annual meeting should be to help build a network of pain researchers from across the United States, as well as across the scientific continuum, who are working towards the common goal of improving pain management by openly sharing and communicating their knowledge in a collegial atmosphere. The annual meeting should also povide enhanced mentorship opportunities, leadership courses, and any additional trainings that maybe necessary for early-career scietists. The CCNPS should encourage all NIH-funded early-stage pain investigators and NIH-funded mentors to attend the annual meeting. The CCNPS also should incorporate a mechanism to fund a portion of all NIH-funded early-career pain researcher trainees' travel to the annual meeting. Meeting attendance is required for K12 scholars, and it is expected that the K12 Advisory Committee members will attend.

The network also should include regular activities to keep pain scientists engaged in the network throughout the year and add value to the training experience of NIH pain early-stage researchers. These activities would support the overall goals of the CCNPS to 1) enhance the training experience of early-stage career researchers; 2) facilitate/enhance communication/collaboration between pain researchers across the continuum of scientific disciplines; and 3) enhance the access of trainees to more senior mentors. The CCNPS should seek out stakeholders' perspectives on what activities would be most useful to host throughout the year to achieve the CCNPS's goals and encourage maximum participation from NIH pain early-stage investigators and NIH-funded mentors.

*Research education infrastructure*

The CCNPS is expected to survey early-stage investigators, mentors, and the governing board to understand potential educational activities, webinars, training or courses that would maximize the potential of pain researchers. The CCNP should consider administering the educational activities, training and/or courses at the annual meeting, or make them available at regular intervals throughout the year. If necessary, the CCNPS will develop and administer the necessary courses and training. In addition, the CCNPS may decide to improve access to key trainings or courses, that are already available, by focusing on disseminating this information across the network.

*Program Evaluation*

The CCNPS would berequired to conduct an external review of the success of the K12 program (see accompanying K12 FOA; ██████████████████████████████████████████████████ ████████). The governing board and PD/PI would be required to create objective criteria by which to measure the success of the program. The governing board and PD/PI also would be responsible for conducting the review, preparing a report and presenting their findings to NIH program staff.

**PD/PI Responsibilities**

The PD/PI(s) would be expected to coordinate meetings and events, monitor and assess the program, and submit all documents and reports as required. The PD/PI(s) would be responsible for the day-to-day administration of the program, appointing members of the governing board, conceptualizing and establishing the network/networking system, designing an outreach plan to recruit eligible participants to the network, planning and leading governing board discussions, monitoring the success and reach of the CCNPS program, leading the development of the review criteria for the K12 program and dissemination of information about/promotion of the CCNPS. This R24 grant will provide PD/PI(s) 50% protected time in order to run the CCNPS. PD/PIs and NAC members from the K12 award cannot apply to be PD/PI(s) for the R24. PD/PI(s) also are responsible for hiring the program staff needed to execute CCNPS operations. This R24 grant would support an administrative staff member for up to 6 calendar months/year and one IT/web support staff for 4 months/year. In addition, if extensive coordination is required to achieve the goals of the CCNPS, an additional 6 month/year salary support may be requested to support a CCNPS administrative position designed to accomplish these goals.

It is expected that the PD/PI(s) will provide detailed information about the specific goals and expectations of the CCNPS to all governing board members, and when appropriate, department chairs of early-stage NIH grantees, and ensure that the governing board agrees with the goals, expectations, and requirements of the CCNPS. The PD/PI(s) may wish to assign significant programmatic roles

APHA App. 494

to faculty members (e.g., name co-directors) or administrative staff who do not serve as PD/PI(s). These individuals should agree to perform the described duties and should have documented, sufficient time to commit to the program.

The PD/PI(s) would be required to submit annual progress reports, in the Research Performance Progress Report (RPPR) (https://grants.nih.gov/grants/rppr/index.htm) format, and financial statements as required in the NIH Grants Policy Statement. (https://grants.nih.gov/grants/guide/url_redirect.php?id=11161)

**Governing Board**

The governing board, chaired by the PD/PI(s), is a select group of multidisciplinary scientists who have established records of research and mentoring, as well as pople with pain. The governing board should include approximately 10 members (eight established research investigators as well as at least two patients with lived experience). This committee must be diverse with respect to scientific interests, geographic location, clinical scientist and non-clinical scientists, and prior training affiliations (i.e., multidisciplinary). The committee also should have appropriate representation of experts with regard to gender, socioeconomic background, disability, and race/ethnicity. While the governing board will likely contain mostly mid-career and senior scientists, the PD/PI(s) may also wish to add additional individuals who are more junior scientists but are clearly outstanding for their career stage (i.e., individuals who have published high quality research and recently received their first R01). Note that not all members of the board must have identical roles in the program, and the PD/PI may wish to assign subcommittee roles to board members. The governing board will plan, design and help run CCNPS activities including the annual meeting, provide input on the quality of CCNPS activities to ensure that the goals are being met and help evaluate the K12 program. Due to the role of the governing board in evaluating the K12 program, PD/PI(s) and K12 AC members from the K12 program cannot serve on the governing board for the CCNPS. The duration of service of individuals on the board should be negotiated between individual members and the PD/PI and generally should be a minimum of three years.

A description of the governing board should be included in the grant application; however, board members need not be named in the grant application. The application should mention how the PD/PI(s) will propose to achieve the composition of the governing board. The application should include descriptions as to how the board will provide oversight and guidance within CCNPS. After the NOA has been issued, NIH must approve the composition of the governing board, including the individuals' names, expertise, current affiliation, and prior training affiliations, as well as their roles and responsibilities, and other relevant information. Board members should be paid a yearly honorarium for their participation in the CCNPS, and honorariums should be in line with NIH guidelines of a maximum of $400 per meeting.

**HEAL**

In addition to scientific diversity, applicants should strive to incorporate diversity in their team development plan. Research shows that diverse teams working together and capitalizing on innovative ideas and distinct perspectives outperform homogenous teams. Scientists and trainees from diverse backgrounds and life experiences bring different perspectives, creativity, and individual enterprise to address complex scientific problems. There are many benefits that flow from a diverse NIH-supported scientific workforce, including: fostering scientific innovation, enhancing global competitiveness, contributing to robust learning environments, improving the quality of the research, advancing the likelihood that underserved or health disparity populations participate in, and benefit from health research, and enhancing public trust. Please refer to Notice of NIH's Interest in Diversity NOT-OD-20-031 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html) for more details.

The *NIH HEAL Initiative* will require a high level of coordination and sharing between investigators. It is expected that *NIH HEAL Initiative* recipients will cooperate and coordinate their activities after awards are made by participating in Program Director/Principal Investigator (PD/PI) meetings, including an annual HEAL Investigators Meeting, as well as other activities. See Section VIII. Other Information for award authorities and regulations.

## Section II. Award Information

**Funding Instrument**

Grant: A support mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity.

**Application Types Allowed**

New

The OER Glossary (///grants.nih.gov/grants/guide/url_redirect.php?id=11116) and the SF424 (R&R) Application Guide provide details on these application types. Only those application types listed here are allowed for this FOA.

**Clinical Trial?**

Not Allowed: Only accepting applications that do not propose clinical trials.

Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)

**Funds Available and Anticipated Number of Awards**

The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications.

NIH intends to fund one award, corresponding to $1,893,240 direct costs in FY 2022. Future year amounts will depend on annual appropriations.

HEAL intends to commit approximately $2,499,120 (direct cost) in FY23, $1,893,240 (direct cost) in FY24, $1,893,240 (direct cost) in FY25, and $1,893,240 (direct cost) in FY26.

**Award Budget**

Application budgets are not limited, but need to reflect the actual needs of the proposed project.

**Award Project Period**

The project period is 5 years.

NIH grants policies as described in the NIH Grants Policy Statement (///grants.nih.gov/grants/guide/url_redirect.php?id=11120) will apply to the applications submitted and awards made from this FOA.

## Section III. Eligibility Information

**1. Eligible Applicants**

**Eligible Organizations**

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

The following types of Higher Education Institutions are always encouraged to apply for NIH support as Public or Private Institutions of Higher Education:

- Hispanic-serving Institutions
- Historically Black Colleges and Universities (HBCUs)
- Tribally Controlled Colleges and Universities (TCCUs)
- Alaska Native and Native Hawaiian Serving Institutions
- Asian American Native American Pacific Islander Serving Institutions (AANAPISIs)

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)
- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

For-Profit Organizations

- Small Businesses
- For-Profit Organizations (Other than Small Businesses)

Local Governments

- State Governments
- County Governments
- City or Township Governments
- Special District Governments
- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)

Federal Government

- Eligible Agencies of the Federal Government
- U.S. Territory or Possession

Other

- Independent School Districts
- Public Housing Authorities/Indian Housing Authorities
- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations
- Regional Organizations

### Foreign Institutions

Non-domestic (non-U.S.) Entities (Foreign Institutions) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are** eligible to apply.

Foreign components, as defined in the NIH Grants Policy Statement (///grants.nih.gov/grants/guide/url_redirect.php?id=11118), **are not** allowed.

### Required Registrations

**Applicant organizations**

Applicant organizations must complete and maintain the following registrations as described in the SF 424 (R&R) Application Guide to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants should begin the registration process as soon as possible. The NIH Policy on Late Submission of Grant Applications (///grants.nih.gov/grants/guide/notice-files/NOT-OD-15-039.html) states that failure to complete registrations in advance of a due date is not a valid reason for a late submission.

- System for Award Management (SAM) (https://www.sam.gov/portal/public/SAM/) – Applicants must complete and maintain an active registration, which requires renewal at least annually. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.
  - NATO Commercial and Government Entity (NCAGE) Code (///grants.nih.gov/grants/guide/url_redirect.php?id=11176) – Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.
  - Unique Entity Identifier (UEI)- A UEI is issued as part of the SAM.gov registration process. SAM registrations prior to fall 2021 were updated to include a UEI. For applications due on or after January 25, 2022, the UEI must be provided on the application forms (e.g., FORMS-G); the same UEI must be used for all registrations, as well as on the grant application.
  - Dun and Bradstreet Universal Numbering System (DUNS) (http://fedgov.dnb.com/webform) – Organization registrations prior to April 2022 require applicants to obtain a DUNS prior to registering in SAM. By April 2022, the federal government will stop using the DUNS number as an entity identifier and will transition to the Unique Entity Identifier (UEI) issued by SAM. Prior to April 2022, after obtaining a DUNS number, applicants can begin both SAM and eRA Commons registrations. The same DUNS number must be used for all registrations, as well as on the grant application.
- eRA Commons (https://era.nih.gov/) - Once the unique organization identifier (DUNS prior to April 2022; UEI after April 2022) is established, organizations can register with eRA Commons in tandem with completing their full SAM and Grants.gov registrations; all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.
- Grants.gov (///grants.nih.gov/grants/guide/url_redirect.php?id=82300) – Applicants must have an active SAM registration in order to complete the Grants.gov registration.

**Program Directors/Principal Investigator (PD(s)/PI(s))**

All PD(s)/PI(s) must have an eRA Commons account. PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

### Eligible Individuals (Program Director/Principal Investigator)

Any individual(s) with the skills, knowledge, and resources necessary to carry out the proposed research as the Program Director(s)/Principal Investigator's (PD(s)/PI(s)) is invited to work with his/her organization to develop an application for support. Individuals from underrepresented racial and ethnic groups as well as individuals with disabilities are always encouraged to apply for NIH support. See, Reminder: Notice of NIH's Encouragement of Applications Supporting Individuals from Underrepresented Ethnic and Racial Groups as well as Individuals with Disabilities, NOT-OD-22-019 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-019.html).

For institutions/organizations proposing multiple PDs/PIs, visit the Multiple Program Director/Principal Investigator Policy and submission details in the Senior/Key Person Profile (Expanded) Component of the SF424 (R&R) Application Guide.

### 2. Cost Sharing

This FOA does not require cost sharing as defined in the NIH Grants Policy Statement. (///grants.nih.gov/grants/guide/url_redirect.php?id=11126)

### 3. Additional Information on Eligibility

### Number of Applications

Applicant organizations may submit more than one application, provided that each application is scientifically distinct.

The NIH will not accept duplicate or highly overlapping applications under review at the same time, per 2.3.7.4 Submission of Resubmission Application (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.3.7_policies_affecting_applications.htm#Submissi). This means that the NIH will not accept:

- A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.
- A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.
- An application that has substantial overlap with another application pending appeal of initial peer review (see 2.3.9.4 Similar, Essentially Identical, or Identical Applications (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.3.9_application_receipt_information_and_deadlines.htm#Similar.))

## Section IV. Application and Submission Information

### 1. Requesting an Application Package

The application forms package specific to this opportunity must be accessed through ASSIST, Grants.gov Workspace or an institutional system-to-system solution. Links to apply using ASSIST or Grants.gov Workspace are available in Part 1 of this FOA. See your administrative office for instructions if you plan to use an institutional system-to-system solution.

### 2. Content and Form of Application Submission

It is critical that applicants follow the instructions in the Research (R) Instructions in the SF424 (R&R) Application Guide (///grants.nih.gov/grants/guide/url_redirect.php?id=12000) except where instructed in this funding opportunity announcement to do otherwise. Conformance to the requirements in the Application Guide is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.

### Letter of Intent

Although a letter of intent is not required, is not binding, and does not enter into the review of a subsequent application, the information that it contains allows IC staff to estimate the potential review workload and plan the review.

By the date listed in Part 1. Overview Information, prospective applicants are asked to submit a letter of intent that includes the following information:

- Descriptive title of proposed activity
- Name(s), address(es), and telephone number(s) of the PD(s)/PI(s)
- Names of other key personnel
- Participating institution(s)
- Number and title of this funding opportunity

The letter of intent should be sent to:

██████████
National Institute of Neurological Disorders and Stroke (NINDS)
Email: ██████████

### Page Limitations

All page limitations described in the SF424 Application Guide and the Table of Page Limits (///grants.nih.gov/grants/guide/url_redirect.php?id=11133) must be followed.

### Instructions for Application Submission

The following section supplements the instructions found in the SF424 (R&R) Application Guide and should be used for preparing an application to this FOA.

### SF424(R&R) Cover

All instructions in the SF424 (R&R) Application Guide must be followed.

### SF424(R&R) Project/Performance Site Locations

All instructions in the SF424 (R&R) Application Guide must be followed.

### SF424(R&R) Other Project Information

All instructions in the SF424 (R&R) Application Guide must be followed.

### SF424(R&R) Senior/Key Person Profile

All instructions in the SF424 (R&R) Application Guide must be followed.

### R&R Budget

All instructions in the SF424 (R&R) Application Guide must be followed.

Personnel Costs: Individuals designing, directing, and implementing the career development program may request salary and fringe benefits to support up to 6 person-months (50% effort total for all individuals) and 4 person-months of IT/web support. In addition, if extensive coordination is required to achieve the goals of the program, an additional 6 person-month salary may be requested to support a CCNPS administrative position designed to accomplish these goals. Salaries requested may not exceed the levels commensurate with the institution's policy for similar positions and may not exceed the congressionally mandated cap.

Other Program Related Expenses: Consultant costs, equipment, supplies, travel for key persons, and other program-related expenses may be included in the proposed budget. These expenses must be justified as specifically required by the proposed program and must not duplicate items generally available at the applicant institution. Honoraria for attending meetings and travel to meetings may be requested for members of the governing board. Honoraria also may be offered for planning the annual meeting and the evaluation of the K12 program.

The salaries of administrative and clerical staff should normally be treated as indirect (F&A) costs. Direct charging of these costs may be appropriate only if all of the following conditions are met: (1) Administrative or clerical services are integral to a project or activity; (2) Individuals involved can be specifically identified with the project or activity; (3) Such costs are explicitly included in the budget or have the prior written approval of the Federal awarding agency; and (4) The costs are not also recovered as indirect costs. When specifically identified and justified, these expenses must be itemized in Sections A and B, as applicable, of the R&R Budget. It is anticipated that support will not exceed **16** person-months for administrative support, which can only be requested for work directly performed for the CCNPS program.

### R&R Subaward Budget

All instructions in the SF424 (R&R) Application Guide must be followed.

### PHS 398 Cover Page Supplement

All instructions in the SF424 (R&R) Application Guide must be followed.

#### Program Plan

*Program Administration:*

Describe the strengths, leadership and administrative skills, scientific expertise, and training experience of the CCNPS PD/PI(s). Particular attention should be paid to the qualifications of the PD/PI(s) to lead and oversee this national coordinating center. Describe the strategy and administrative structure that is intended to be used to plan, execute and monitor the program.

If the CCNPS program will have co-directors, these individuals, as well as their roles, should be identified, and qualifications to perform these responsibilities should be discussed. All PD/PI(s) should provide a letter documenting their willingness to serve in their proposed capacity. The letters should be included in the "Letters of Support" section.

*Governing Board:*

APHA App. 497

Describe the planned make-up of the governing board. Describe how the PD/PI(s) will identify and approach potential board members. Describe how the governing board will operate and how the input of patients with lived experience will be incorporated into board decision-making. Describe the proposed roles for patients with lived experience.

After the NOA has been issued, the PD/PI(s) needs to report the composition of the governing board, including name, expertise, current affiliation, and prior training affiliations, as well as their roles and responsibilities, and other relevant information. NIH program staff will have to approve the governing board composition and may make changes to the composition of the board, if necessary.

*Proposed Activities:*

**Networking.** Describe how the coordinating center will implement and design a network/networking system for NIH-funded pain early-stage investigators and NIH-funded mentors. NOTE that it is required that the network have an online component so that the network regularly engages participants throughout the year, across the U.S. Explain how the CCNPS program will enhance communication between scientists across the continuum of pain research. Describe how the program intends to recruit NIH-funded pain researchers from across the pain research continuum and how the program intends to connect researchers of different career stages. Delineate how the coordinating center intends to achieve buy-in from both early and late-stage investigators, as well as researchers from all levels across the pain research continuum (i.e., basic, clinical, and translational scientists) to participate in the network.

**Annual Meeting.** Describe the type of content and information that would be included in an annual meeting for all NIH-funded early-stage pain researchers (i.e., researchers on K grants, T grants, etc.) and NIH-funded mentors. Explain how the CCNPS would organize this meeting and how it would promote and build a network of pain researchers from across the United States and the scientific continuum, who are working towards a common goal of improving pain management. Describe how the CCNPS would promote the meeting and encourage all pain NIH-funded early-stage investigators and NIH-funded mentors to attend the annual meeting. Also, provide a proposal to fund a portion of all pain-focused NIH-funded early-career trainees travel to the annual meeting.

**Research education infrastructure.** Describe how the program will survey early-stage investigators, mentors, and the governing board to assess potential educational activities, webinars, trainings or courses that would maximize the potential of pain researchers. Explain how the program will provide educational activities, training and/or courses at the annual meeting or make them available at regular intervals. Detail how the CCNPS, if necessary, will develop and provide the necessary courses and trainings throughout the year. Discuss how the program will improve access to key training or courses that already are available, by disseminating this information across the network.

**Program Evaluation.** Describe how the governing board and PD/PI will create objective criteria by which to measure the success of the K12 program. Discuss how they will be responsible for conducting the review, preparing a report and presenting their findings to NIH program staff.

**Stakeholder Engagement.** Describe how the program will educate early-stage investigators on the role of stakeholder and community engagement across the continuum of scientific research. Discuss community stakeholder activities and trainings that are planned as part of the program. Explain how patients with lived experience will be utilized on the governing board. Describe how the program will engage NIH grant awardees to encourage participation in the network as well as gather input for the network's design.

**Dissemination.** Describe how the program plans to disseminate program information (i.e., information about the annual meeting, training, and networking events) as well as the successes of program participants across the network. Discuss how the program plans to ensure that the network is as expansive and diverse as possible and how the program plans to track the success, or limitations, of information dissemination strategies and engagement in research education activities.

**Leadership.** Describe the plan for using the CCNPS program to contribute to the development of future leaders within the pain management community.

**Institutional Environment and Commitment to the CCNPS**

The PD/PI's sponsoring institution must assure support for the proposed CCNPS program, including assurance that sufficient time will be allowed for the PD/PI(s) to contribute to the proposed program (a minimum of 6-person months per year, equivalent to 50% effort) will be maintained.

**PHS 398 Research Plan**

All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional instructions:

**Resource Sharing Plan**: Individuals are required to comply with the instructions for the Resource Sharing Plans as provided in the SF424 (R&R) Application Guide.

**HEAL**

**Datasharing: Under Research Strategy/Resource Sharing Plan**

NIH intends to maximize the impact of HEAL Initiative-supported projects through broad and rapid data sharing. Consistent with the **HEAL Initiative Public Access and Data Sharing Policy** (https://heal.nih.gov/about/public-access-data (https://heal.nih.gov/about/public-access-data)), all applications, regardless of the amount of direct costs requested for any one year, are required to include a Data Management and Sharing Plan outlining how scientific data and any accompanying metadata will be managed and shared. The plan should describe data types, file formats, submission timelines, and standards used in collecting or processing the data. It is expected that data generated by HEAL Initiative-funded projects will be submitted to study-appropriate domain-specific or generalist repositories in consultation with the HEAL Data Stewardship Group to ensure the data is accessible via the HEAL Initiative Data Ecosystem (https://heal.nih.gov/about/heal-data-ecosystem). Additional guidance on data related activities can be found at https://www.healdatafair.org/. (https://www.healdatafair.org/)

To maximize discoverability and value of HEAL datasets and studies, and facilitate data integration and collaboration, applications submitted in response to this FOA are strongly encouraged to incorporate standards and resources where applicable:

- Applicants are encouraged to ensure that data collected by the study conform to Findable, Accessible, Interoperable, and Reusable (FAIR (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4792175/)) principles.
- Applicants are specifically encouraged to incorporate into their planning, an alignment with the guidelines, principles and recommendations developed by the HEAL Data Ecosystem, including but not limited to preparing data to store in selected specified repositories, applying minimal metadata standards, use of core HEAL Clinical Data Elements (CDEs, https://heal.nih.gov/data/common-data-elements (https://heal.nih.gov/data/common-data-elements)), and other necessary requirements to prepare data to connect to the HEAL Data Ecosystem.
- All new HEAL clinical pain studies are required to submit their case-report forms/questionnaires to the HEAL Clinical Data Elements (CDE) Program. The program will create the CDE files containing standardized variable names, responses, coding, and other information. The program will also format the case-report forms in a standardized way that is compliant with accessibility standards under Section 508 of the Rehabilitation Act of 1973 (29 U.S.C § 794 (d) (https://www.gpo.gov/fdsys/pkg/USCODE-2011-title29/html/USCODE-2011-title29-chap16-subchapV-sec794d.htm)), which "require[s] Federal agencies to make their electronic and information technology accessible to people with disabilities." HEAL Initiative clinical studies that are using copyrighted questionnaires are required to obtain licenses for use prior to initiating data collection. Licenses must be shared with the HEAL CDE team and the program officer prior to use of copyrighted materials. For additional information, visit the HEAL CDE Program (https://heal.nih.gov/data/common-data-elements).

The NIH notices referenced below provide additional NIH guidance that would be useful in developing a strong data management and sharing plan. The list is instructive but not comprehensive.

- Elements of an NIH Data Management and Sharing Plan (NOT-OD-21-014 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-014.html))
- NIH has provided guidance around selecting a repository for data generated by NIH-supported research and has developed desirable characteristics for all data repositories (NOT-OD-21-016 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-016.html)).
- NIH encourages the use of data standards including the PhenX Toolkit (www.phenxtoolkit.org (http://www.phenxtoolkit.org)) (for example, see NOT-DA-12-008 (https://grants.nih.gov/grants/guide/notice-files/NOT-DA-12-008.html), NOT-MH-15-009 (https://grants.nih.gov/grants/guide/notice-files/NOT-MH-15-009.html))
- NIH encourages researchers to explore the use of the HL7 FHIR® (Fast Healthcare Interoperability Resources) standard to capture, integrate, and exchange clinical data for research purposes and to enhance capabilities to share research data (NOT-OD-19-122 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-19-122.html)). The FHIR® standard may be particularly useful in facilitating the flow of data with EHR-based datasets, tools, and applications.
- NIH encourages clinical research programs and researchers to adopt and use the standardized set of data classes, data elements, and associated vocabulary standards specified in the United States Core Data for Interoperability (USCDI) (https://www.healthit.gov/isa/united-states-core-data-interoperability-uscdi) standards, as they are applicable (NOT-OD-20-146 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-146.html)). Use of the USCDI can complement the FHIR® standard and enable researchers to leverage structured EHR data for research and enable discovery.

Recipients conducting research that includes collection of genomic data should incorporate requirements under the NIH Genomic Data Sharing Policy (NOT-OD-14-124 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-14-124.html), NOT-OD-15-086 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-086.html)).

**Appendix:**

Only limited Appendix materials are allowed. Follow all instructions for the Appendix as described in the SF424 (R&R) Application Guide.

**PHS Human Subjects and Clinical Trials Information**

When involving human subjects research, clinical research, and/or NIH-defined clinical trials (and when applicable, clinical trials research experience) follow all instructions for the PHS Human Subjects and Clinical Trials Information form in the SF424 (R&R) Application Guide, with the following additional instructions:

If you answered "Yes" to the question "Are Human Subjects Involved?" on the R&R Other Project Information form, you must include at least one human subjects study record using the **Study Record: PHS Human Subjects and Clinical Trials Information** form or **Delayed Onset Study** record.

**Study Record: PHS Human Subjects and Clinical Trials Information**

All instructions in the SF424 (R&R) Application Guide must be followed.

**Delayed Onset Study**

Note: Delayed onset (https://grants.nih.gov/grants/glossary.htm#DelayedOnsetStudy) does NOT apply to a study that can be described but will not start immediately (i.e., delayed start).All instructions in the SF424 (R&R) Application Guide must be followed.

**PHS Assignment Request Form**

All instructions in the SF424 (R&R) Application Guide must be followed.

## 3. Unique Entity Identifier and System for Award Management (SAM)

See Part 1. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov

## 4. Submission Dates and Times

Part I. Overview Information contains information about Key Dates and times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.php?id=82380), the application deadline is automatically extended to the next business day.

Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11128) (the online portal to find and apply for grants across all Federal agencies). Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subjected to the NIH Policy on Late Application Submission.

Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.

Information on the submission process and a definition of on-time submission are provided in the SF424 (R&R) Application Guide.

Late applications will not be considered.

## 5. Intergovernmental Review (E.O. 12372)

This initiative is not subject to intergovernmental review. (https://grants.nih.gov/grants/policy/nihgps/html5/section_10/10.10.1_executive_orders.htm)

## 6. Funding Restrictions

All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

Pre-award costs are allowable only as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11143).

## 7. Other Submission Requirements and Information

Applications must be submitted electronically following the instructions described in the SF424 (R&R) Application Guide. Paper applications will not be accepted.

Applicants must complete all required registrations before the application due date. Section III. Eligibility Information contains information about registration.

For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply – Application Guide (https://grants.nih.gov/grants/how-to-apply-application-guide.html). If you encounter a system issue beyond your control that threatens your ability to complete the submission process on-time, you must follow the Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission, contact the Application Submission Contacts in Section VII.

**Important reminders:**

All PD(s)/PI(s) must include their eRA Commons ID in the Credential fieldof the Senior/Key Person Profile form. Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH. See Section III of this FOA for information on registration requirements.

The applicant organization must ensure that the unique entity identifier (DUNS number or UEI as required) provided on the application is the same number used in the organization's profile in the eRA Commons and for the System for Award Management. Additional information may be found in the SF424 (R&R) Application Guide.

See more tips (//grants.nih.gov/grants/guide/url_redirect.php?id=11146) for avoiding common errors.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review and responsiveness by components of participating organizations, NIH. Applications that are incomplete, non-compliant and/or nonresponsive will not be reviewed.

**Webinar**

In order to learn more about this RFA and to have the opportunity to ask questions, a pre-application webinar will be held on June 6th from 12:00-1:00pm EST (9:00-10:00am PST). Information on how to join the webinar is provided below.

███████████████████████████████████

To join the web presentation:

1.Go to

https://nih.zoomgov.com/j/1619140305?pwd=YkhXYTllSXVnTkp6M2E1UUUvRmFQZz09 (https://nih.zoomgov.com/j/1619140305?pwd=YkhXYTllSXVnTkp6M2E1UUUvRmFQZz09)

2. Click "Join Now"

For audio you can follow the prompts on your monitor, or

Call-in number (US): 646 828 7666

Meeting ID: 161 914 0305

Passcode: 103026

**Post Submission Materials**

Applicants are required to follow the instructions for post-submission materials, as described in the policy (//grants.nih.gov/grants/guide/url_redirect.php?id=82299). Any instructions provided here are in addition to the instructions in the policy.

After the NOA has been issued, the PD/PI(s) needs to report the composition of the governing board including name, expertise, current affiliation, and prior training affiliations, as well as their roles and responsibilities, and other relevant information. NIH program staff will have to approve the governing board composition and may make changes to the composition of the board, if necessary.

## Section V. Application Review Information

### 1. Criteria

Only the review criteria described below will be considered in the review process. Applications submitted to the NIH in support of the NIH mission (//grants.nih.gov/grants/guide/url_redirect.php?id=11149) are evaluated for scientific and technical merit through the NIH peer review system.

**Overall Impact**

Reviewers will provide an overall impact score to reflect their assessment of the likelihood that the proposed coordinating center will create a network for researchers across the spectrum of pain research, bring early-stage investigators and mentors together, organize an annual meeting, and offer courses and trainings throughout the year to help enhance the field of pain management, in consideration of the following review criteria and additional review.

**Scored Review Criteria**

Reviewers will consider each of the review criteria below in the determination of scientific merit, and give a separate score for each. An application does not need to be strong in all categories to be judged likely to have major scientific impact. For example, a project that by its nature is not innovative may be essential to advance a field.

#### Significance

Does the project address an important problem or a critical barrier to progress in the field? Is the prior research that serves as the key support for the proposed project rigorous? If the aims of the project are achieved, how will scientific knowledge, technical capability, and/or clinical practice be improved? How will successful completion of the aims change the concepts, methods, technologies, treatments, services, or preventative interventions that drive this field?

#### Investigator(s)

Are the PD(s)/PI(s), collaborators, and other researchers well suited to the project? If Early Stage Investigators or those in the early stages of independent careers, do they have appropriate experience and training? If established, have they demonstrated an ongoing record of accomplishments that have advanced their field(s)? If the project is collaborative or multi-PI, do the investigators have complementary and integrated expertise; are their leadership approach, governance and organizational structure appropriate for the project?

*Specific to this FOA:*

- Is there evidence that an appropriate level of effort will be devoted by the program leadership to ensure program objectives?
- Are the PD(s)/PI(s) research qualifications, scientific stature, previous leadership and mentoring experience, and track record(s) appropriate for the proposed coordinating center?
- Are the PD/PI(s) currently engaged in research relevant to the scientific area of the proposed program?
- For applications designating multiple PDs/PIs:
  - Is a strong justification provided that the multiple PD/PI leadership approach will benefit the career development program and the scholars?
  - Is a strong and compelling leadership approach evident, including the designated roles and responsibilities, with and justified by the aims of the career development program and the complementary expertise of the PDs/PIs?

#### Innovation

Does the application challenge and seek to shift current research or clinical practice paradigms by utilizing novel theoretical concepts, approaches or methodologies, instrumentation, or interventions? Are the concepts, approaches or methodologies, instrumentation, or interventions novel to one field of research or novel in a broad sense? Is a refinement, improvement, or new application of theoretical concepts, approaches or methodologies, instrumentation, or interventions proposed?

#### Approach

Are the overall strategy, methodology, and analyses well-reasoned and appropriate to accomplish the specific aims of the project? Have the investigators included plans to address weaknesses in the rigor of prior research that serves as the key support for the proposed project? Have the investigators presented strategies to ensure a robust and unbiased approach, as appropriate for the work proposed? Are potential problems, alternative strategies, and benchmarks for success presented? If the project is in the early stages of development, will the strategy establish feasibility and will particularly risky aspects be managed? Have the investigators presented adequate plans to address relevant biological variables, such as sex, for studies in vertebrate animals or human subjects?

If the project involves human subjects and/or NIH-defined clinical research, are the plans to address 1) the protection of human subjects from research risks, and 2) inclusion (or exclusion) of individuals on the basis of sex/gender, race, and ethnicity, as well as the inclusion or exclusion of individuals of all ages (including children and older adults), justified in terms of the scientific goals and research strategy proposed?

#### Environment

Will the scientific environment in which the work will be done contribute to the probability of success? Are the institutional support, equipment and other physical resources available to the investigators adequate for the project proposed? Will the project benefit from unique features of the scientific environment, subject populations, or collaborative arrangements?

**Additional Review Criteria**

As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.

**Administrative Coordination**

- Is there evidence that the proposed network/networking system can reach and disseminate information about the R24 activities to NIH-funded pain early-stage investigators who could benefit from receiving support from the network?
- Is the proposed program likely to entice NIH pain early-stage investigators and NIH funded mentors) across the research continuum to participate in the network?
- Are there proposed activities to ensure that NIH early-stage investigators will gain a thorough appreciation of how all levels of scientific research (i.e. basic/clinical/translational) interact?
- Is there a plan to effectively deliver or facilitate access to necessary educational courses/trainings to members of the network?
- Is there a thoughtful plan for maximizing the participation of pain researchers in the network who are diverse in the field by gender, socioeconomic background, training, geographic location, disability, as well as race and ethnicity?
- Are the guidelines proposed for oversight of didactic, training-related, and research-related activities of the program appropriate?
- Is there a plan to objectively evaluate the success of the network? Would the evaluation method permit the comparison of program participants to non-program participants?

**Network**

- Does the proposalapplication describe the creation of an innovative network that NIH-funded early stage-investigators and NIH-funded mentors will engage in?
- Does the proposalapplication describe an online or virtual networking system that engages participants regularly and semi-frequently throughout the year?
- Is the network an innovative way to engage the NIH trainee community and foster a collegial atmosphere that will facilitate multidisciplinary collaborations?

APHA App. 500

- Will the proposed network and network activities be valuable to early-stage investigators?
- Does the proposed program clearly outline a plan to identify and recruit NIH pain grant awardees (NIH-funded early-stage investigators and NIH-funded mentors) to participate in the network?
- IsAre the proposed amount and mode of communication to NIH early-stage investigators appropriate?
- Will the proposed communication plan ensure participation and buy-in from a diverse group of NIH early-stage investigators representing the whole continuum of pain research?
- Is there a proposed method to survey the community about their educational and collaborative needs? Is the plan appropriate?
- Will the proposed networking activities help prepare early-stage pain researchers for successful, impactful careers regardless of their home institution?
- Is there a proposed plan to facilitate communication/collaboration between researchers across the pain research continuum, between early-stage investigators and mentors, and among early-stage investigators?

**Education/Training Component**

- Does the application propose a useful and helpful course (or courses) for the pain community?
- Is there a plan to engage the community to determine what is needed to fulfill the educational goals of this program?
- Is there a plan for fostering leadership skills and opportunities for all early-stage investigators?
- Is there a plan to evaluate and measure educational activities?
- Does the proposalapplication include courses on scientific leadership, mentoring, how to serve on review panels, and grant writing (i.e., courses preparing early-stage investigators for an impactful and successful academic research career)?

*Annual Meeting*

- Does the program discuss how the program will disseminate information about the meeting to potential attendees?
- Is there a well-considered plan for inclusion of an appropriate number and type of attendees at this annual meeting, to include not only the K12 scholars but all NIH-supported pain researchers?
- Is there a plan about how to distribute funds to early-career researchers?

*Program Evaluation*

- Is there a clear and objective standard for evaluating the K12 program

*Data Sharing*

Reviewers will comment on whether the following Resource Sharing Plans, or the rationale for not sharing the following types of resources, are reasonable: (1) Data Sharing Plan (//grants.nih.gov/grants/guide/url_redirect.php?id=11151); (2) Sharing Model Organisms (https://grants.nih.gov/grants/policy/model_organism/); and (3) Genomic Data Sharing Plan (GDS) (https://osp.od.nih.gov/scientific-sharing/policies).

### Governing Board

- Is the proposed constitution of the governing board appropriate?
- Is there a strong plan to recruit the governing board?
- Is the role of pain patients on the board defined?
- Is there a plan to maintain patient representation for the duration of the award?
- Is there a strong plan to include junior pain scientists -- who could provide diverse insights and helpful advice to the program design -- who have launched successful research programs, with appropriate attention to diversity, including gender, socioeconomic background, training, geographic location, disability, and race/ethnicity?

### Protections for Human Subjects

Generally not applicable.

### Inclusion of Women, Minorities, and Individuals Across the Lifespan

Generally not applicable.

### Vertebrate Animals

Generally not applicable.

### Biohazards

Not applicable

### Resubmissions

Not Applicable

### Renewals

Not Applicable

### Revisions

Not Applicable

### Additional Review Considerations

As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.

### Applications from Foreign Organizations

Not Applicable.

### Select Agent Research

Not Applicable

### Resource Sharing Plans

Not Applicable.

### Authentication of Key Biological and/or Chemical Resources:

Not applicable

### Budget and Period of Support

Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.

### 2. Review and Selection Process

Applications will be evaluated for scientific and technical merit by NIH program staff convened by NINDS using the stated review criteria.

Applications may undergo a selection process in which only those applications deemed to have the highest scientific and technical merit will be discussed and assigned an overall assessment score.

Appeals (https://grants.nih.gov/grants/policy/nihgps/html5/section_2/2.4.2_appeals_of_initial_scientific_review.htm) of initial peer review will not be accepted for applications submitted in response to this FOA.

Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications submitted in response to this FOA. The following will be considered in making funding decisions:

- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities.

### 3. Anticipated Announcement and Award Dates

Not Applicable

## Section VI. Award Administration Information

### 1. Award Notices

If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_2/2.5.1_just-in-time_procedures.htm).

A formal notification in the form of a Notice of Award (NoA) will be provided to the applicant organization for successful applications. The NoA signed by the grants management officer is the authorizing document and will be sent via email to the recipient's business official.

Recipients must comply with any funding restrictions described in Section IV.5. Funding Restrictions. Selection of an application for award is not an authorization to begin performance. Any costs incurred before receipt of the NoA are at the recipient's risk. These costs may be reimbursed only to the extent considered allowable pre-award costs.

Any application awarded in response to this FOA will be subject to terms and conditions found on the Award Conditions and Information for NIH Grants (https://grants.nih.gov/grants/policy/nihgps/HTML5/part_ii_subpart_b.htm) website. This includes any recent legislation and policy applicable to awards that is highlighted on this website.

Institutional Review Board or Independent Ethics Committee Approval: Recipient institutions must ensure that protocols are reviewed by their IRB or IEC. To help ensure the safety of participants enrolled in NIH-funded studies, the recipient must provide NIH copies of documents related to all major changes in the status of ongoing protocols.

### 2. Administrative and National Policy Requirements

All NIH grant and cooperative agreement awards include the NIH Grants Policy Statement (///grants.nih.gov/grants/guide/url_redirect.php?id=11120) as part of the NoA. For these terms of award, see the NIH Grants Policy Statement Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (///grants.nih.gov/grants/guide/url_redirect.php?id=11157) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Recipients, and Activities (///grants.nih.gov/grants/guide/url_redirect.php?id=11159), including of note, but not limited to:

- Federalwide Research Terms and Conditions (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_3/3.1_federalwide_standard_terms_and_conditions_for_research_grants.htm)
- Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-041.html)
- Acknowledgement of Federal Funding (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4.2.1_acknowledgement_of_federal_funding.htm)

If a recipient is successful and receives a Notice of Award, in accepting the award, the recipient agrees that any activities under the award are subject to all provisions currently in effect or implemented during the period of the award, other Department regulations and policies in effect at the time of the award, and applicable statutory provisions.

Should the applicant organization successfully compete for an award, recipients of federal financial assistance (FFA) from HHS must administer their programs in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex (including gender identity , sexual orientation, and pregnancy). This includes ensuring programs are accessible to persons with limited English proficiency and persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. Please see https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html (https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html) and https://www.hhs.gov/civil-rights/for-individuals/nondiscrimination/index.html (https://www.hhs.gov/civil-rights/for-individuals/nondiscrimination/index.html).

HHS recognizes that research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator's scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscriminatory justifications establish that such criteria are appropriate with respect to the health or safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this FOA.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html (https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html) and https://www.lep.gov (https://www.lep.gov/).

- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including reasonable accommodations and making services accessible to them, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html (https://www.hhs.gov/ocr/civilrights/understanding/disability/index.html).

- HHS funded health and education programs must be administered in an environment free of sexual harassment, see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html (https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html). For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm (https://grants.nih.gov/grants/policy/harassment.htm).

- For guidance on administering programs in compliance with applicable federal conscience protection and associated anti-discrimination laws see https://www.hhs.gov/conscience/conscience-protections/index.html (https://www.hhs.gov/conscience/conscience-protections/index.html) and https://www.hhs.gov/conscience/religious-freedom/index.html (https://www.hhs.gov/conscience/religious-freedom/index.html).

Please contact the HHS Office for Civil Rights for more information about obligations and prohibitions under federal civil rights laws at https://www.hhs.gov/ocr/about-us/contact-us/index.html (https://www.hhs.gov/ocr/about-us/contact-us/index.html) or call 1-800-368-1019 or TDD 1-800-537-7697.

In accordance with the statutory provisions contained in Section 872 of the Duncan Hunter National Defense Authorization Act of Fiscal Year 2009 (Public Law 110-417), NIH awards will be subject to the Federal Awardee Performance and Integrity Information System (FAPIIS) requirements. FAPIIS requires Federal award making officials to review and consider information about an applicant in the designated integrity and performance system (currently FAPIIS) prior to making an award. An applicant, at its option, may review information in the designated integrity and performance systems accessible through FAPIIS and comment on any information about itself that a Federal agency previously entered and is currently in FAPIIS. The Federal awarding agency will consider any comments by the applicant, in addition to other information in FAPIIS, in making a judgement about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 45 CFR Part 75.205 and 2 CFR Part 200.206 "Federal awarding agency review of risk posed by applicants." This provision will apply to all NIH grants and cooperative agreements except fellowships.

### Cooperative Agreement Terms and Conditions of Award

Not Applicable.

### 3. Reporting

When multiple years are involved, recipients will be required to submit the Research Performance Progress Report (RPPR) (//grants.nih.gov/grants/rppr/index.htm) annually and financial statements as required in the NIH Grants Policy Statement. (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.4.1_reporting.htm)

PD/PI(s) mustsubmit annual progress reports to NIH. Progress reports should describe all relevant outcomes related to CCNPS activities over the years funded. This should include a summary describing the types of NIH grant awardees participating in the network, including their institutions and research specialties. Progress reports should describe how the CCNPS program has evolved in response to feedback and the results observed in previous years. Progress reports should describe efforts to evaluate the program, and any changes made to the program based on those evaluations. The reports also should describe in general terms the makeup of the governing board and any changes to this makeup.

A final RPPR, invention statement, and the expenditure data portion of the Federal Financial Report are required for closeout of an award, as described in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.6_closeout.htm). NIH FOAs outline intended research goals and objectives. Post award, NIH will review and measure performance based on the details and outcomes that are shared within the RPPR, as described at 45 CFR Part 75.301 and 2 CFR Part 200.301.

The Federal Funding Accountability and Transparency Act of 2006 (Transparency Act), includes a requirement for recipients of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later. All recipients of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11170) on all subawards over $25,000. See the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11171) for additional information on this reporting requirement.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently FAPIIS). This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75 – Award Term and Conditions for Recipient Integrity and Performance Matters.

## Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

### Application Submission Contacts

eRA Service Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten submission by the due date, and post-submission issues)

Finding Help Online: http://grants.nih.gov/support/ (//grants.nih.gov/support/) (preferred method of contact)
Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

General Grants Information (Questions regarding application instructions, application processes, and NIH grant resources)
Email: GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov) (preferred method of contact)
Telephone: 301-480-7075

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726
Email: support@grants.gov (mailto:support@grants.gov)

### Scientific/Research Contact(s)

National Institute of Neurological Disorders and Stroke
Email: █████████████████████████████████████████

National Institute of Neurological Disorders and Stroke
Email: █████████████████████

National Institute of Dental & Craniofacial Research (NIDCR)
Phone: █████████████
E-mail: ████████████████████████████

David Thomas, Ph.D.
Office of Research on Women's Health
Phone: 301-435-1313
Email: david.thomas@nih.gov (mailto:david.thomas@nih.gov)

### Peer Review Contact(s)

Not Applicable

### Financial/Grants Management Contact(s)

Chief Grants Management Officer
National Institute of Neurological Disorders and Stroke (NINDS)
Email: ChiefGrantsManagementOfficer@ninds.nih.gov (mailto:ChiefGrantsManagementOfficer@ninds.nih.gov)

█████████████████
National Institute of Dental & Craniofacial Research (NIDCR)
Phone: █████████
E-mail: ████████

## Section VIII. Other Information

Recently issued trans-NIH policy notices (//grants.nih.gov/grants/guide/url_redirect.php?id=11163) may affect your application submission. A full list of policy notices published by NIH is provided in the NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/url_redirect.php?id=11164). All awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

### Authority and Regulations

Awards are made under the authorization of Sections 301 and 405 of the Public Health Service Act as amended (42 USC 241 and 284) and under Federal Regulations 42 CFR 63A and 45 CFR Part 75 and 2 CFR Part 200.

NIH Funding Opportunities and Notices (/grants/guide/index.html)



National Institutes of Health (grants/oer.htm)
Office of Extramural Research

(https://www.hhs.gov/) Department of Health
and Human Services (HHS)

 (https://www.usa.gov/)

NIH... Turning Discovery Into Health®

# EXHIBIT B

# Notice of NIH's Interest in Diversity

## Notice Number: NOT-OD-20-031

## Key Dates

**Release Date:** November 22, 2019

## Related Announcements

NOT-OD-18-210 Ð Rescinded
NOT-MH-20-051

## Issued by

National Institutes of Health (NIH)

## Purpose

NIHÕs mission is to seek fundamental knowledge about the nature and behavior of living systems and to apply that knowledge to enhance health, lengthen life, and reduce illness and disability. To achieve this mission, NIH substantially invests in research to improve public health; it also devotes substantial resources to identify, develop, support and maintain the quality of its scientific resources, including human capital.

This diversity statement was informed by a literature review, the reports and deliberations of several internal NIH committees, as well as input from Institute and Center officials, program staff and external stakeholders.

**Implementation Timeline**
This notice is effective upon its release date and supersedes the prior Notice of Interest in Diversity (NOT-OD-18-210), and the current diversity language in existing funding opportunity announcements (FOAs).

**Diversity Statement**
Every facet of the United States scientific research enterpriseÑfrom basic laboratory research to clinical and translational research to policy formationÐrequires superior intellect, creativity and a wide range of skill sets and viewpoints. NIHÕs ability to help ensure that the nation remains a global leader in scientific discovery and innovation is dependent upon a pool of highly talented scientists from diverse backgrounds who will help to further NIH's mission.

Research shows that diverse teams working together and capitalizing on innovative ideas and distinct perspectives outperform homogenous teams. Scientists and trainees from diverse backgrounds and life experiences bring different perspectives, creativity, and individual enterprise to address complex scientific problems. There are many benefits that flow from a diverse NIH-supported scientific workforce, including: fostering scientific innovation, enhancing global competitiveness, contributing to robust learning environments, improving the quality of the research, advancing the likelihood that underserved or health disparity populations participate in, and benefit from health research, and enhancing public trust.

**Underrepresented Populations in the U.S. Biomedical, Clinical, Behavioral and Social Sciences Research Enterprise**
In spite of tremendous advancements in scientific research, information, educational and research opportunities are not equally available to all. NIH encourages institutions to diversify their student and faculty populations to enhance the participation of

APHA App. 506

individuals from groups that are underrepresented in the biomedical, clinical, behavioral and social sciences, such as:

A. Individuals from racial and ethnic groups that have been shown by the National Science Foundation to be underrepresented in health-related sciences on a national basis (see data at http://www.nsf.gov/statistics/showpub.cfm?TopID=2&SubID=27) and the report Women, Minorities, and Persons with Disabilities in Science and Engineering). The following racial and ethnic groups have been shown to be underrepresented in biomedical research: Blacks or African Americans, Hispanics or Latinos, American Indians or Alaska Natives, Native Hawaiians and other Pacific Islanders. In addition, it is recognized that underrepresentation can vary from setting to setting; individuals from racial or ethnic groups that can be demonstrated convincingly to be underrepresented by the grantee institution should be encouraged to participate in NIH programs to enhance diversity. For more information on racial and ethnic categories and definitions, see the OMB Revisions to the Standards for Classification of Federal Data on Race and Ethnicity (https://www.govinfo.gov/content/pkg/FR-1997-10-30/html/97-28653.htm).

B. Individuals with disabilities, who are defined as those with a physical or mental impairment that substantially limits one or more major life activities, as described in the Americans with Disabilities Act of 1990, as amended. See NSF data at, https://www.nsf.gov/statistics/2017/nsf17310/static/data/tab7-5.pdf.

C. Individuals from disadvantaged backgrounds, defined as those who meet *two or more* of the following criteria:
    1. Were or currently are homeless, as defined by the McKinney-Vento Homeless Assistance Act (Definition: https://nche.ed.gov/mckinney-vento/);
    2. Were or currently are in the foster care system, as defined by the Administration for Children and Families (Definition: https://www.acf.hhs.gov/cb/focus-areas/foster-care);
    3. Were eligible for the Federal Free and Reduced Lunch Program for two or more years (Definition: https://www.fns.usda.gov/school-meals/income-eligibility-guidelines);
    4. Have/had no parents or legal guardians who completed a bachelorÕs degree (see https://nces.ed.gov/pubs2018/2018009.pdf);
    5. Were or currently are eligible for Federal Pell grants (Definition: https://www2.ed.gov/programs/fpg/eligibility.html);
    6. Received support from the Special Supplemental Nutrition Program for Women, Infants and Children (WIC) as a parent or child (Definition: https://www.fns.usda.gov/wic/wic-eligibility-requirements);
    7. Grew up in one of the following areas: a) a U.S. rural area, as designated by the Health Resources and Services Administration (HRSA) Rural Health Grants Eligibility Analyzer (https://data.hrsa.gov/tools/rural-health), *or* b) a Centers for Medicare and Medicaid Services-designated Low-Income and Health Professional Shortage Areas (qualifying zipcodes are included in the file). Only one of the two possibilities in #7 can be used as a criterion for the disadvantaged background definition.

       Students from low socioeconomic (SES) status backgrounds have been shown to obtain bachelorÕs and advanced degrees at significantly lower rates than students from middle and high SES groups (see https://nces.ed.gov/programs/coe/indicator_tva.asp), and are subsequently less likely to be represented in biomedical research. For background see Department of Education data at, https://nces.ed.gov/; https://nces.ed.gov/programs/coe/indicator_tva.asp; https://www2.ed.gov/rschstat/research/pubs/advancing-diversity-inclusion.pdf.

D. Literature shows that women from the above backgrounds (categories A, B, and C) face particular challenges at the graduate level and beyond in scientific fields. (See, e.g., From the NIH: A Systems Approach to Increasing the Diversity of Biomedical Research Workforce https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5008902/ ).

Women have been shown to be underrepresented in doctorate-granting research institutions at senior faculty levels in most biomedical-relevant disciplines, and may also be underrepresented at other faculty levels in some scientific disciplines (See data from the National Science Foundation National Center for Science and Engineering Statistics: Women, Minorities, and Persons with Disabilities in Science and Engineering, special report available

at https://www.nsf.gov/statistics/2017/nsf17310/, especially Table 9-23, describing science, engineering, and health doctorate holders employed in universities and 4-year colleges, by broad occupation, sex, years since doctorate, and faculty rank).

Upon review of NSF data, and scientific discipline or field related data, NIH encourages institutions to consider women for faculty-level, diversity-targeted programs to address faculty recruitment, appointment, retention or advancement.

## Inquiries

Please direct all inquiries to:

Division of Biomedical Research Workforce
Office of Extramural Research
Website: https://researchtraining.nih.gov
Email: NIHTrain@mail.nih.gov

Weekly TOC for this Announcement
NIH Funding Opportunities and Notices



  

NIH... Turning Discovery Into Health®

**Note:** For help accessing PDF, RTF, MS Word, Excel, PowerPoint, Audio or Video files, see Help Downloading Files.

APHA App. 508

# EXHIBIT C



**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**Notice of Award**
FAIN# ███████
**Federal Award Date**
09-28-2022

## Recipient Information

**1. Recipient Name**

███████

**2. Congressional District of Recipient**


**3. Payment System Identifier (ID)**
███████

**4. Employer Identification Number (EIN)**


**5. Data Universal Numbering System (DUNS)**


**6. Recipient's Unique Entity Identifier**
███████

**7. Project Director or Principal Investigator**

███████

**8. Authorized Official**



## Federal Agency Information

**9. Awarding Agency Contact Information**

Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE
███████

**10. Program Official Contact Information**

Health Science Policy Analyst
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

## Federal Award Information

**11. Award Number**


**12. Unique Federal Award Identification Number (FAIN)**
███████

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**


**15. Assistance Listing Number**
███████

**16. Assistance Listing Program Title**
Extramural Research Programs in the Neurosciences and Neurological Disorders

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09-28-2022 **– End Date** 08-31-2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $6,882,205 |
| 20 a.  Direct Cost Amount | $6,257,349 |
| 20 b.  Indirect Cost Amount | $624,856 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $6,882,205 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $6,882,205 |
| **26. Project Period Start Date** 09-28-2022 **– End Date** 08-31-2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $6,882,205 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
███████

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise

Page **1** of 11

requested from the grant payment system.

APHA App. 511

 RESOURCE-RELATED RESEARCH
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**SECTION I – AWARD DATA –** ███████████

**Principal Investigator(s):**
████████████████

**Award e-mailed to:** ████████████████

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $6,882,205 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ████████████████ . in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Neurological Disorders And Stroke of the National Institutes of Health under Award Number ████████████. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

████████████
Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

Additional information follows

APHA App. 512

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $516,300 |
| Fringe Benefits | $165,216 |
| **Personnel Costs (Subtotal)** | $681,516 |
| Consultant Services | $358,254 |
| Equipment | $8,791 |
| Materials & Supplies | $509,214 |
| Travel | $335,505 |
| Other | $879,641 |
| Publication Costs | $505,428 |
| ADP/Computer Services | $355,176 |
| Equipment or Facility Rental/User Fees | $52,500 |
| Participant Subsistence | $483,459 |
| Participant Travel | $2,087,865 |

| | |
|---|---|
| Federal Direct Costs | $6,257,349 |
| Federal F&A Costs | $624,856 |
| Approved Budget | $6,882,205 |
| Total Amount of Federal Funds Authorized (Federal Share) | $6,882,205 |
| **TOTAL FEDERAL AWARD AMOUNT** | $6,882,205 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $6,882,205 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $6,882,205 | $6,882,205 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | ▮▮▮▮▮▮ |
| Document Number: | ▮▮▮▮▮ |
| PMS Account Type: | ▮▮▮▮▮ ) |
| Fiscal Year: | 2022 |

| IC | CAN | 2022 |
|---|---|---|
| DA | ▮▮▮▮ | $5,142,623 |
| NS | ▮▮▮▮ | $1,739,582 |

**NIH Administrative Data:**
PCC: ▮▮▮▮ / OC: ▮▮▮ / Released: ▮▮▮▮ 09-27-2022
Award Processed: 09/28/2022 12:09:12 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION –** ▮▮▮▮▮▮

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS –** ▮▮▮▮▮▮

APHA App. 513

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

**MULTI-YEAR FUNDED AWARD:** This is a multi-year funded award. A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at: http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) ████████. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

APHA App. 514

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the eRA Commons (Commons) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the Payment Management System's (PMS) quarterly cash transaction data.  A final quarterly federal cash transaction report is not required for awards in PMS B subaccounts (i.e., awards to foreign entities and to Federal agencies). NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures or quarterly federal cash transaction reporting.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level. If the grantee submits a final expenditure FFR but does not reconcile any discrepancies between expenditures reported on the final expenditure FFR and the last cash report to PMS, NIH will close the award at the lower amount.  This could be considered a debt or result in disallowed costs.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH strongly encourages electronic submission of the final invention statement through the Closeout feature in the Commons, but will accept an email or hard copy submission as indicated below.

Email: The final invention statement may be e-mailed as PDF attachments to: NIHCloseoutCenter@mail.nih.gov.

Hard copy: Paper submissions of the final invention statement may be faxed to the NIH Division of Central Grants Processing, Grants Closeout Center, at 301-480-2304, or mailed to:

National Institutes of Health
Office of Extramural Research
Division of Central Grants Processing
Grants Closeout Center
6705 Rockledge Drive
Suite 5016, MSC 7986
Bethesda, MD 20892-7986 (for regular or U.S. Postal Service Express mail)
Bethesda, MD 20817 (for other courier/express deliveries only)

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and should be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

APHA App. 515

National Institute On Drug Abuse (NIDA)
National Institute Of Neurological Disorders And Stroke (NINDS)

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV –  NS SPECIFIC AWARD CONDITIONS –** ▮▮▮▮▮▮▮▮▮

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

This award has been converted to a multi-year funded award, with 3 years of funding provided in the current fiscal year. The 4th and/or 5th years of support will be funded contingent upon an acceptable administrative progress review and receipt of the information below.

Effective December 22, 2010 (NOT-OD-11-010), NIH requires that all multi-year funded awards submit an annual progress report. The annual progress report is due each year on or before anniversary date 09/01 . Instructions on how to submit the report through the eRA Commons are posted at http://grants.nih.gov/grants/policy/myf.htm

This award is co-funded by the National Institute of Neurological Disorders and Stroke (NINDS) and National Institute of Drug Abuse. All publications, posters, oral presentations at scientific meetings, seminars, and any other forum in which results of this co-funded research are presented must include a formal acknowledgement of the NINDS/other funding entity support, citing the NINDS grant number as identified on this award document.

**ADMINISTRATIVE CONTINUATION APPLICATION:**

The Principal Investigator will submit an Administrative Continuation Application in order to request support for the final year of this project. A signed PHS 2590 face page, which will serve as the application package, is due 2 months prior to the anticipated start of the 4th year of support and should be sent by email from the Authorized Organizational Representative (AOR) to the Program Official and Grants Management Specialist identified below or in the eRA Commons. Note that the administrative review cannot be completed without the receipt of the RPPR documenting the 3rd year of progress. In order to prevent a lapse in funding, we strongly encourage you to submit the information above as well as the RPPR documenting the Y-03 year of progress 60 days prior to start of the budget period. We are unable to release additional funds until administrative review has been completed.

NINDS staff will review these documents administratively. If approved, a Notice of Award will be issued extending the project period for two additional years. If not approved for continued funding, a one-year no-cost extension will be permitted upon request.

**HEAL SHARING REQUIREMENTS**

1. Electronic copies of Publications will be deposited in PubMed Central with proper tagging of metadata to ensure online discoverability and accessibility within four weeks of acceptance by a journal.

2. Publications will be Published under the Creative Commons Attribution 4.0 Generic License (CC BY 4.0) or an equivalent license, or otherwise dedicated to the public domain (e.g., Creative Commons public domain tool, CC0).

3. Publications will be made publicly available immediately without any embargo period.

4. Underlying Primary Data for the Publications will be made broadly available through an appropriate data repository such as the HEAL central data repository.

5. To the extent feasible, Underlying Primary Data will be shared simultaneously with the Publication and made immediately accessible through release under the Creative Commons Attribution 4.0 Generic License (CC BY 4.0) or an equivalent license, or otherwise dedicated to the public domain (e.g., Creative Commons public domain tool, CC0).

<div align="center">

**ADDITIONAL TERMS AND CONDITIONS ON HEAL GRANTS**

</div>

***in addition to*** **standard terms and conditions of awards, and standard IC terms, including standard clinical trials requirements outlined in the NIHGPS:**
**https://grants.nih.gov/grants/policy/nihgps/html5/section_4/4.1.3_clinical_trials_registration_and_reporting_in_clinicaltrials.gov_requirement.htm**

Data sharing requirements do not apply to SBIRs.

**HEAL Data Sharing Requirements**

NIH intends to maximize the impact of HEAL Initiative-supported projects through broad and rapid data sharing.  All HEAL Initiative award recipients, regardless of the amount of direct costs requested for any one year, are required to comply with the HEAL Public Access and Data Sharing Policy, which also aligns with the **NIH Policy for Data Management and Sharing** (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-013.html).  HEAL award recipients must following all requirements and timelines developed through the HEAL Initiative Data Ecosystem, as described in HEAL's compliance guidance (https://heal.nih.gov/data/complying- heal-data-sharing-policy):

1. **Submit a Data Management and Sharing Plan as part of your application for HEAL funding; follow the plan as part of your award**
   - HEAL Initiative applicants, regardless of the amount of direct costs requested for any budget or project, must submit a data management and sharing plan (as part of their resource sharing plan) that outlines management and sharing of scientific data, accompanying metadata, other relevant data, and associated documentation. The plan should describe data types, file formats, submission timelines, and standards used in collecting or processing the data.
   - Data management and sharing plans should include the proposed repository where HEAL-generated data will be stored long-term.

APHA App. 517

Submission and curation costs may be included in budgets.

**2. Upon award, finalize a data repository selection**
- Data generated by HEAL Initiative-funded projects must be submitted to study- appropriate data repositories to ensure the data is accessible via the HEAL Initiative Data Ecosystem.
- Some repositories require use of specific data dictionaries or structured data elements, so knowing your repository's requirements up front can help reduce the burden of preparing data for submission.
- HEAL-funded awardees must follow requirements for selected repository

**3. Within one year of award, register your study with the HEAL platform.**
- This process will connect the Platform to information about your study and data, including metadata, and identify the selected repository.
- HEAL requests initial submission within one year of award, with annual updates, and to be updated in accordance with any release of study data.

**4. Report data submission when HEAL-generated data are deposited in repositories**
- At the completion of the study and/or when prepared to make the final data deposits in the repositor(ies) of choice, ensure your study registration is complete.
- The NIH HEAL Initiative expects submission of data used in publications to be submitted to repositories at the time of or prior to publication.

**5. Report publications**

Award recipients and their collaborators are required to acknowledge HEAL Initiative support by referencing in the acknowledgement sections of any relevant publication: "This research was supported by the National Institutes of Health through the NIH HEAL Initiative (https://heal.nih.gov/) under award number [include specific grant/contract/award number; with NIH grant number(s) in this format: R01GM987654]."

HEAL Initiative studies conducting clinical research or research involving human subjects must meet the following additional requirements:
- HEAL Initiative trials that are required to register in clinicaltrials.gov should reference support from and inclusion in the HEAL Initiative by including the standardized terms "the HEAL Initiative (https://heal.nih.gov/)" in the Study Description Section.
- All new HEAL clinical pain studies are required to submit their case-report forms/questionnaires to the HEAL Clinical Data Elements (CDE) Program. The program will create the CDE files containing standardized variable names, responses, coding, and other information. The program will also format the case-report forms in a standardized way that is compliant with accessibility standards under Section 508 of the Rehabilitation Act of 1973 (29 U.S.C § 794 (d)), which "require[s] Federal agencies to make their electronic and information technology accessible to people with disabilities." HEAL Initiative clinical studies that are using copyrighted questionnaires are required to obtain licenses for use prior to initiating

APHA App. 518

data collection. Licenses must be shared with the HEAL CDE team and the program officer prior to use of copyrighted materials. For additional information, visit the HEAL CDE Program.
- To the extent possible, HEAL awardees are expected to integrate broad data sharing consent language into their informed consent forms.

Additional details, resources, and tools to assist with data related activities can be found at https://www.healdatafair.org/.

All data collected as part of the NIH HEAL Initiative are so collected under a Certificate of Confidentiality and entitled to the protections thereof. Institutions who receive Data and/or Materials from this award for performance of activities under this award are required to use the Data and/or Materials only as outlined by the NIH HEAL Initiative, in a manner that is
consistent with applicable state and federal laws and regulations, including any informed consent requirements and the terms of the institution's NIH funding, including NOT-OD-17-109 and 42 U.S.C. 241(d). Failure to adhere to this criterion may result in enforcement actions.

### Declaration of Exceptional Circumstances (DECs)
This award is funded through the NIH HEAL Initiative (https://www.nih.gov/research-training/medical-research-initiatives/heal-initiative). The requirements here include, but are not limited to, reporting requirements and data sharing are incorporated due to the need to respond to the national opioid public health crisis. As part of the response to this crisis, the NIH intends to maximize the availability of publications and the sharing of underlying data for NIH HEAL Initiative supported research projects. Award recipients are expected to cooperate and comply with all NIH data sharing including the aforementioned central data sharing platform requirements developed for this public health emergency during the project period.

### Participation in Annual Investigator Meetings
The NIH HEAL Initiative will require a high level of coordination and sharing between investigators. It is expected that NIH HEAL Initiative awardees will cooperate and coordinate their activities after awards are made by participating in Program Director/Principal Investigator (PD/PI) meetings, including an annual HEAL Investigators Meeting, as well as other activities.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** ███████████

**INSTITUTION:** ██████████████████

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $516,300 |
| Fringe Benefits | $165,216 |
| Personnel Costs (Subtotal) | $681,516 |

APHA App. 519

| Consultant Services | $358,254 |
|---|---|
| Equipment | $8,791 |
| Materials & Supplies | $509,214 |
| Travel | $335,505 |
| Other | $879,641 |
| Publication Costs | $505,428 |
| ADP/Computer Services | $355,176 |
| Equipment or Facility Rental/User Fees | $52,500 |
| Participant Subsistence | $483,459 |
| Participant  Travel | $2,087,865 |
| TOTAL FEDERAL DC | $6,257,349 |
| TOTAL FEDERAL F&A | $624,856 |
| TOTAL COST | $6,882,205 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 10% |
| F&A Cost Base 1 | $1,881,544 |
| F&A Costs 1 | $188,154 |
| F&A Cost Rate 2 | 10% |
| F&A Cost Base 2 | $2,486,786 |
| F&A Costs 2 | $248,679 |
| F&A Cost Rate 3 | 10% |
| F&A Cost Base 3 | $1,880,228 |
| F&A Costs 3 | $188,023 |

APHA App. 520

# EXHIBIT D



**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

Notice of Award
FAIN#
Federal Award Date
08/26/2024

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name** ▮ | **11. Award Number** ▮ |
| **2. Congressional District of Recipient** ▮ | **12. Unique Federal Award Identification Number (FAIN)** ▮ |
| **3. Payment System Identifier (ID)** ▮ | **13. Statutory Authority** 42 USC 241  42 CFR 52 |
| **4. Employer Identification Number (EIN)** ▮ | **14. Federal Award Project Title** ▮ |
| **5. Data Universal Numbering System (DUNS)** ▮ | **15. Assistance Listing Number** |
| **6. Recipient's Unique Entity Identifier** ▮ | **16. Assistance Listing Program Title** Drug Abuse and Addiction Research Programs |
| **7. Project Director or Principal Investigator** ▮ | **17. Award Action Type** Supplement (REVISED) |
| **8. Authorized Official** ▮ | **18. Is the Award R&D?** Yes |

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 03/01/2024 – **End Date** 08/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $158,940 |
| 20 a.  Direct Cost Amount | $112,628 |
| 20 b.  Indirect Cost Amount | $46,312 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $850,595 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $850,595 |
| **26. Project Period Start Date** 09/28/2022 – **End Date** 08/31/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $7,732,800 |

**Federal Agency Information**

**9. Awarding Agency Contact Information**
▮
Grants Management Specialist
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**10. Program Official Contact Information**
▮
Health Science Policy Analyst
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
▮

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

APHA App. 522



**RESOURCE-RELATED RESEARCH**
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**SECTION I – AWARD DATA –** ███████████████

**Principal Investigator(s):**
████████████████

**Award e-mailed to:**████████████████

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect an increase in the amount of $158,940 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ████████████, ████, in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Neurological Disorders And Stroke of the National Institutes of Health under Award Number ████████████. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

███████████
Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 25 - 2/15/2024 9:57 AM | Generated on: 8/26/2024 12:05 AM

APHA App. 523

| | |
|---|---|
| Salaries and Wages | $191,215 |
| Fringe Benefits | $66,217 |
| **Personnel Costs (Subtotal)** | $257,432 |
| Consultant Services | $1,000 |
| Materials & Supplies | $76,373 |
| Travel | $5,521 |
| Other | $17,747 |
| Publication Costs | $22,718 |
| ADP/Computer Services | $17,029 |
| Equipment or Facility Rental/User Fees | $7,860 |
| Participant Subsistence | $43,771 |
| Participant Travel | $153,295 |
| | |
| **Federal Direct Costs** | $602,746 |
| **Federal F&A Costs** | $247,849 |
| **Approved Budget** | $850,595 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $850,595 |
| **TOTAL FEDERAL AWARD AMOUNT** | $850,595 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $158,940 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 1 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| ███████████ | $850,595 |
| ███████ | $6,882,205 |
| **TOTAL** | **$7,732,800** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $850,595 | $7,732,800 |

**Fiscal Information:**
Payment System Identifier:
Document Number:
PMS Account Type:
Fiscal Year:                     2024



| IC | CAN | 2024 |
|---|---|---|
| NS | ████████ | $850,595 |

**NIH Administrative Data:**
PCC: ████████ / OC: ██████ / **Released**: 08/23/2024
**Award Processed:** 08/26/2024 12:05:15 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION –** ████████████ **REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS –** ███████████ **REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.

APHA App. 524

e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) ████████. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at:

APHA App. 525

https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

**SECTION IV –  NS SPECIFIC AWARD CONDITIONS –** ███████████ **REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

APHA App. 526

**REVISED AWARD**: This award is being revised to increase the supplement award in the amount of $112,628 direct cost and $46,312 facilities and administrative costs. These funds may not be used for any other purpose without the prior written approval of the NINDS.

**ADMINISTRATIVE SUPPLEMENT**

This award provides an administrative supplement in the amount of $490,118 direct costs, and $201,537 facilities and administrative costs for the ███████ initiative will closely cooperate with site Principal Investigators, mentors, trainees, evaluators, and established T32 programs to align and amplify training endeavors across the program. This approach will establish an integrated and supportive professional development network for the PAIN Cohort trainees, with the overarching goal of fostering their continued engagement and retention within the clinical pain research workforce. These funds may not be used for any other purpose without the prior written approval of the NINDS.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** ████████████ REVISED

**INSTITUTION:** ████████████

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $191,215 |
| Fringe Benefits | $66,217 |
| Personnel Costs (Subtotal) | $257,432 |
| Consultant Services | $1,000 |
| Materials & Supplies | $76,373 |
| Travel | $5,521 |
| Other | $17,747 |
| Publication Costs | $22,718 |
| ADP/Computer Services | $17,029 |
| Equipment or Facility Rental/User Fees | $7,860 |
| Participant Subsistence | $43,771 |
| Participant Travel | $153,295 |
| TOTAL FEDERAL DC | $602,746 |
| TOTAL FEDERAL F&A | $247,849 |
| TOTAL COST | $850,595 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 41.12% |
| F&A Cost Base 1 | $602,746 |
| F&A Costs 1 | $247,849 |

# EXHIBIT E

APHA App. 528

| From: | Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov> |
|---|---|
| Sent: | Friday, March 21, 2025 9:31 AM |
| To: | ███████████ |
| Subject: | Grant Termination Notification |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Flagged |

| Categories: | NIH |
|---|---|

 

3/21/2025

███████████

Dear ███████████:

Effective with the date of this letter, funding for Project Number ███████████ is hereby terminated pursuant to the Fiscal Year 2022 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2022 Policy Statement applies to your project because NIH approved your grant on 9/28/2022, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2022 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

APHA App. 529

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of ▮▮▮▮▮▮▮, Chief Grants Management Officer, NINDS
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)

APHA App. 530

[12] 12 *Id.* § 50.406(b)

APHA App. 531

# EXHIBIT F

APHA App. 532

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**Notice of Award**
FAIN#
**Federal Award Date**
03/24/2025

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name** | |
| | **11. Award Number** |
| **2. Congressional District of Recipient** | **12. Unique Federal Award Identification Number (FAIN)** |
| **3. Payment System Identifier (ID)** | **13. Statutory Authority** |
| | 42 USC 241  42 CFR 52 |
| **4. Employer Identification Number (EIN)** | **14. Federal Award Project Title** |
| **5. Data Universal Numbering System (DUNS)** | **15. Assistance Listing Number** |
| **6. Recipient's Unique Entity Identifier** | **16. Assistance Listing Program Title** |
| | Extramural Research Programs in the Neurosciences and Neurological Disorders |
| **7. Project Director or Principal Investigator** | **17. Award Action Type** |
| | New Competing (REVISED) |
| | **18. Is the Award R&D?** |
| | Yes |
| **8. Authorized Official** | |

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 09/28/2022 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $6,882,205 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $6,882,205 |
| **26. Project Period Start Date** 09/28/2022 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $7,732,800 |

**Federal Agency Information**

**9. Awarding Agency Contact Information**

Chief Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**10. Program Official Contact Information**

Health Science Policy Analyst
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 3/15/2024 9:37 AM | Generated on 3/25/2025 12:06 AM

APHA App. 533



RESOURCE-RELATED RESEARCH
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**SECTION I – AWARD DATA –** ███████████ **REVISED**

**Principal Investigator(s):**
████████████

**Award e-mailed to:**███████████

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ███████████ in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Neurological Disorders And Stroke of the National Institutes of Health under Award Number ████████. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

███████████
Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                              $516,300

Version: 25 - 2/15/2024 9:57 AM  Generated on: 5/25/2025 12:06 AM

APHA App. 534

| | |
|---|---|
| **Fringe Benefits** | $165,216 |
| **Personnel Costs (Subtotal)** | $681,516 |
| **Consultant Services** | $358,254 |
| **Equipment** | $8,791 |
| **Materials & Supplies** | $509,214 |
| **Travel** | $335,505 |
| **Other** | $879,641 |
| **Publication Costs** | $505,428 |
| **ADP/Computer Services** | $355,176 |
| **Equipment or Facility Rental/User Fees** | $52,500 |
| **Participant Subsistence** | $483,459 |
| **Participant  Travel** | $2,087,865 |
| | |
| **Federal Direct Costs** | $6,257,349 |
| **Federal F&A Costs** | $624,856 |
| **Approved Budget** | $6,882,205 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $6,882,205 |
| **TOTAL FEDERAL AWARD AMOUNT** | $6,882,205 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 1 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| ███████████ | $6,882,205 |
| | $850,595 |
| **TOTAL** | **$7,732,800** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $6,882,205 | $7,732,800 |

**Fiscal Information:**
**Payment System Identifier:**
**Document Number:** 
**PMS Account Type:**                    )
**Fiscal Year:**                    2022

| IC | CAN | 2022 |
|---|---|---|
| DA | ███████ | $5,142,623 |
| NS | ███████ | $1,739,582 |

**NIH Administrative Data:**
**PCC:** ████████████ **/ OC:** ███████ **/ Released:** 03/24/2025
**Award Processed:** 03/25/2025 12:06:02 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION –** ████████████ **REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS –** ████████████ **REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as
       those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy

APHA App. 535

Statement, including addenda in effect as of the beginning date of the budget period.
e.    Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.    This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

**MULTI-YEAR FUNDED AWARD:**  This is a multi-year funded award.  A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at:  http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) ███████. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

APHA App. 536

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| National Institute On Drug Abuse (NIDA)<br>National Institute Of Neurological Disorders And Stroke (NINDS) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

APHA App. 537

**Treatment of Program Income:**
Additional Costs

---

SECTION IV – NS SPECIFIC AWARD CONDITIONS – ███████████     REVISED

---

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2
for NIH definition of Clinical Trial.

This award related to DEI no longer effectuates agency priorities. It is the policy of NIH not to further
prioritize these research programs. Therefore, the award is terminated. Research programs based primarily
on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the
scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment,
and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and
inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other
protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to
prioritize such research programs. ████████████████ may request funds to support patient safety
and orderly closeout of the project. Funds used to support any other research activities will be disallowed
and recovered. Please be advised that your organization, as part of the orderly closeout process will need to
submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final
Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end
of this grant to avoid unilateral closeout.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS
Section 8.5.2. This letter represents the final decision of the NIH. It shall be the final decision of the
Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you
mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your
appeal justification, total amount in dispute, and any material or documentation that will support your
position. Finally, the appeal must be signed by the institutional official authorized to sign award applications
and must be postmarked no later than 30 days after the postmarked date of this notice.

## ADDITIONAL TERMS AND CONDITIONS ON HEAL GRANTS

***in addition to* standard terms and conditions of awards, and standard IC
terms, including standard clinical trials requirements outlined in the
NIHGPS:**
**https://grants.nih.gov/grants/policy/nihgps/html5/section_4/4.1.3_clinical
_trials_r egistration_and_reporting_in_clinicaltrials.gov_requirement.htm**

Data sharing requirements do not apply to SBIRs.

### HEAL Data Sharing Requirements
NIH intends to maximize the impact of HEAL Initiative-supported projects
through broad and rapid data sharing.  All HEAL Initiative award recipients,
regardless of the amount of direct costs requested for any one year, are
required to comply with the HEAL Public Access and Data Sharing Policy,
which also aligns with the **NIH Policy for Data Management and Sharing**
(https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-013.html).  HEAL
award recipients must following all requirements and timelines developed
through the HEAL Initiative Data Ecosystem, as described in HEAL's
compliance guidance (https://heal.nih.gov/data/complying- heal-data-sharing-
policy):

### 1. Submit a Data Management and Sharing Plan as part of your

APHA App. 538

**application for HEAL funding; follow the plan as part of your award**

· HEAL Initiative applicants, regardless of the amount of direct costs requested for any budget or project, must submit a data management and sharing plan (as part of their resource sharing plan) that outlines management and sharing of scientific data, accompanying metadata, other relevant data, and associated documentation. The plan should describe data types, file formats, submission timelines, and standards used in collecting or processing the data.

· Data management and sharing plans should include the proposed repository where HEAL-generated data will be stored long-term. Submission and curation costs may be included in budgets.

**2. Upon award, finalize a data repository selection**

· Data generated by HEAL Initiative-funded projects must be submitted to study- appropriate data repositories to ensure the data is accessible via the HEAL Initiative Data Ecosystem.

· Some repositories require use of specific data dictionaries or structured data elements, so knowing your repository's requirements up front can help reduce the burden of preparing data for submission.

· HEAL-funded awardees must follow requirements for selected repository

**3. Within one year of award, register your study with the HEAL platform.**

· This process will connect the Platform to information about your study and data, including metadata, and identify the selected repository.

· HEAL requests initial submission within one year of award, with annual updates, and to be updated in accordance with any release of study data.

**4. Report data submission when HEAL-generated data are deposited in repositories**

· At the completion of the study and/or when prepared to make the final data deposits in the repositor(ies) of choice, ensure your study registration is complete.

· The NIH HEAL Initiative expects submission of data used in publications to be submitted to repositories at the time of or prior to publication.

**5. Report publications**

Award recipients and their collaborators are required to acknowledge HEAL Initiative support by referencing in the acknowledgement sections of any relevant publication:

"This research was supported by the National Institutes of Health through the NIH HEAL Initiative (https://heal.nih.gov/) under award number [include specific grant/contract/award number; with NIH grant number(s) in this format: R01GM987654]."

HEAL Initiative studies conducting clinical research or research involving

APHA App. 539

human subjects must meet the following additional requirements:

· HEAL Initiative trials that are required to register in clinicaltrials.gov should reference support from and inclusion in the HEAL Initiative by including the standardized terms "the HEAL Initiative (https://heal.nih.gov/)" in the Study Description Section.

· All new HEAL clinical pain studies are required to submit their case-report forms/questionnaires to the HEAL Clinical Data Elements (CDE) Program. The program will create the CDE files containing standardized variable names, responses, coding, and other information. The program will also format the case-report forms in a standardized way that is compliant with accessibility standards under Section 508 of the Rehabilitation Act of 1973 (29 U.S.C § 794 (d)), which
"require[s] Federal agencies to make their electronic and information technology accessible to people with disabilities." HEAL Initiative clinical studies that are using copyrighted questionaries are required to obtain licenses for use prior to initiating data collection. Licenses must be shared with the HEAL CDE team and the program officer prior to use of copyrighted materials. For additional information, visit the HEAL CDE Program.

· To the extent possible, HEAL awardees are expected to integrate broad data sharing consent language into their informed consent forms.

Additional details, resources, and tools to assist with data related activities can be found at https://www.healdatafair.org/.

All data collected as part of the NIH HEAL Initiative are so collected under a Certificate of Confidentiality and entitled to the protections thereof. Institutions who receive Data and/or Materials from this award for performance of activities under this award are required to use the Data and/or Materials only as outlined by the NIH HEAL Initiative, in a manner that is
consistent with applicable state and federal laws and regulations, including any informed consent requirements and the terms of the institution's NIH funding, including NOT-OD-17-109 and 42 U.S.C. 241(d). Failure to adhere to this criterion may result in enforcement actions.

**Declaration of Exceptional Circumstances (DECs)**
This award is funded through the NIH HEAL Initiative (https://www.nih.gov/research- training/medical-research-initiatives/heal-initiative). The requirements here include, but are not limited to, reporting requirements and data sharing are incorporated due to the need to respond to the national opioid public health crisis. As part of the response to this crisis, the NIH intends to maximize the availability of publications and the sharing of underlying data for NIH HEAL Initiative supported research projects. Award recipients are expected to cooperate and comply with all NIH data sharing including the aforementioned central data sharing platform requirements developed for this public health emergency during the project period.

**Participation in Annual Investigator Meetings**
The NIH HEAL Initiative will require a high level of coordination and sharing between investigators. It is expected that NIH HEAL Initiative awardees will cooperate and coordinate their activities after awards are made by participating in Program Director/Principal Investigator (PD/PI) meetings, including an annual

APHA App. 540

HEAL Investigators Meeting, as well as other activities.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** ███████████ REVISED

**INSTITUTION:** ██████████████.

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $516,300 |
| Fringe Benefits | $165,216 |
| Personnel Costs (Subtotal) | $681,516 |
| Consultant Services | $358,254 |
| Equipment | $8,791 |
| Materials & Supplies | $509,214 |
| Travel | $335,505 |
| Other | $879,641 |
| Publication Costs | $505,428 |
| ADP/Computer Services | $355,176 |
| Equipment or Facility Rental/User Fees | $52,500 |
| Participant Subsistence | $483,459 |
| Participant  Travel | $2,087,865 |
| TOTAL FEDERAL DC | $6,257,349 |
| TOTAL FEDERAL F&A | $624,856 |
| TOTAL COST | $6,882,205 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 10% |
| F&A Cost Base 1 | $1,881,544 |
| F&A Costs 1 | $188,154 |
| F&A Cost Rate 2 | 10% |
| F&A Cost Base 2 | $2,486,786 |
| F&A Costs 2 | $248,679 |
| F&A Cost Rate 3 | 10% |
| F&A Cost Base 3 | $1,880,228 |
| F&A Costs 3 | $188,023 |

# EXHIBIT G



Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

Notice of Award
FAIN#
Federal Award Date
03/24/2025

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name** | |
| **2. Congressional District of Recipient** | **11. Award Number** |
| **3. Payment System Identifier (ID)** | **12. Unique Federal Award Identification Number (FAIN)** |
| **4. Employer Identification Number (EIN)** | **13. Statutory Authority** <br> 42 USC 241  42 CFR 52 |
| **5. Data Universal Numbering System (DUNS)** | **14. Federal Award Project Title** |
| **6. Recipient's Unique Entity Identifier** | **15. Assistance Listing Number** |
| **7. Project Director or Principal Investigator** | **16. Assistance Listing Program Title** <br> Drug Abuse and Addiction Research Programs |
| **8. Authorized Official** | **17. Award Action Type** <br> Supplement (REVISED) |
| | **18. Is the Award R&D?** <br> Yes |

### Federal Agency Information
**9. Awarding Agency Contact Information**

Chief Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL
DISORDERS AND STROKE

**10. Program Official Contact Information**

Health Science Policy Analyst
NATIONAL INSTITUTE OF NEUROLOGICAL
DISORDERS AND STROKE

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 03/01/2024 **– End Date** 03/21/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $850,595 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $850,595 |
| **26. Project Period Start Date** 09/28/2022 **– End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $7,732,800 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 3/19/2024 9:37 AM | Generated on: 3/25/2025 12:19 AM

APHA App. 543



RESOURCE-RELATED RESEARCH
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

---

**SECTION I – AWARD DATA –** ███████████ **REVISED**

**Principal Investigator(s):**
████████████

**Award e-mailed to:** ███████████████

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ███████, in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Neurological Disorders And Stroke of the National Institutes of Health under Award Number ███████ The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


████████████
Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                        $191,215

Version: 25 - 2/15/2024 9:57 AM | Generated on: 5/25/2025 12:19 AM

APHA App. 544

| | |
|---|---|
| **Fringe Benefits** | $66,217 |
| **Personnel Costs (Subtotal)** | $257,432 |
| **Consultant Services** | $1,000 |
| **Materials & Supplies** | $76,373 |
| **Travel** | $5,521 |
| **Other** | $17,747 |
| **Publication Costs** | $22,718 |
| **ADP/Computer Services** | $17,029 |
| **Equipment or Facility Rental/User Fees** | $7,860 |
| **Participant Subsistence** | $43,771 |
| **Participant  Travel** | $153,295 |
| | |
| **Federal Direct Costs** | $602,746 |
| **Federal F&A Costs** | $247,849 |
| **Approved Budget** | $850,595 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $850,595 |
| **TOTAL FEDERAL AWARD AMOUNT** | $850,595 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 1 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| ███████████ | $850,595 |
| ███████████ | $6,882,205 |
| **TOTAL** | **$7,732,800** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $850,595 | $7,732,800 |

**Fiscal Information:**
**Payment System Identifier:**
**Document Number:** ████████
**PMS Account Type:**
**Fiscal Year:** 2024

| IC | CAN | 2024 |
|---|---|---|
| NS | ████ | $850,595 |

**NIH Administrative Data:**
**PCC:** ████ / **OC:** ██ / **Released:**  03/24/2025
**Award Processed:** 03/25/2025 12:19:43 AM

| SECTION II – PAYMENT/HOTLINE INFORMATION – ████████ REVISED |
|---|

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

| SECTION III – STANDARD TERMS AND CONDITIONS – ████████ REVISED |
|---|

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as
        those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy
        Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final

progress report when applicable.

f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) ▮▮▮▮▮▮▮. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in

APHA App. 546

the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – NS SPECIFIC AWARD CONDITIONS –** ███████████ **REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

APHA App. 547

This award related to DEI no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. ███████████████████. may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant to avoid unilateral closeout.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This letter represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be postmarked no later than 30 days after the postmarked date of this notice.

**SPREADSHEET SUMMARY**
AWARD NUMBER: ███████████████ REVISED

INSTITUTION: ███████████████.

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $191,215 |
| Fringe Benefits | $66,217 |
| Personnel Costs (Subtotal) | $257,432 |
| Consultant Services | $1,000 |
| Materials & Supplies | $76,373 |
| Travel | $5,521 |
| Other | $17,747 |
| Publication Costs | $22,718 |
| ADP/Computer Services | $17,029 |
| Equipment or Facility Rental/User Fees | $7,860 |
| Participant Subsistence | $43,771 |
| Participant Travel | $153,295 |
| TOTAL FEDERAL DC | $602,746 |
| TOTAL FEDERAL F&A | $247,849 |
| TOTAL COST | $850,595 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 41.12% |
| F&A Cost Base 1 | $602,746 |
| F&A Costs 1 | $247,849 |

APHA App. 548