# United States Court of Appeals
## For the First Circuit

No. 25-1611

AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH;
INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE
EDWARDS; PETER LURIE; NICOLE MAPHIS,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, in their official capacity
as Director of the National Institutes of Health; UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity
as Secretary of the United States Department of Health & Human Services,

Defendants - Appellants.

**ORDER OF COURT**

Entered: July 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a transcript report/order form.

It is ordered that if a transcript report/order form is not filed on or before **July 23, 2025**,
this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Shalini Goel Agarwal, Alexis Agathocleous, Olga Akselrod, Megan Barbero, Matthew
Brinckerhoff, John P. Bueker, Michel-Ange Desruisseaux, Abraham R. George, Douglas H.
Hallward-Driemeier, Oscar Heanue, Kyle H. Keraga, Anuj K. Khetarpal, Donald Campbell
Lockhart, Ilann Margalit Maazel, Lisa Mankofsky, Rachel Anne Meeropol, Alejandro Ortiz,
Kenneth Parreno, Jessie J. Rossman, Suzanne Schlossberg, Max Roller Selver, Amish Aajay
Shah, Daniel Tenny, Leah Watson, Stephanie A. Webster, Benjamin C. Wei, Sydney Kathryn
Zazzaro