# United States Court of Appeals
## For the First Circuit

No. 25-1611

AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; NICOLE MAPHIS,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, in their official capacity as Director of the National Institutes of Health; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the United States Department of Health & Human Services,

Defendants - Appellants.

**NOTICE**

Issued: July 9, 2025

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After July 23, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Olga Akselrod, Shalini Goel Agarwal, Oscar Heanue, Alexis Agathocleous

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gloria - (617) 748-4214

cc:
Shalini Goel Agarwal
Alexis Agathocleous
Olga Akselrod
Megan Barbero
Matthew Brinckerhoff
John P. Bueker
Michel-Ange Desruisseaux
Abraham R. George
Douglas H. Hallward-Driemeier
Oscar Heanue
Kyle H. Keraga
Anuj K. Khetarpal
Donald Campbell Lockhart
Ilann Margalit Maazel
Lisa Mankofsky
Rachel Anne Meeropol
Alejandro Ortiz
Kenneth Parreno
Jessie J. Rossman
Suzanne Schlossberg
Max Roller Selver
Amish Aajay Shah
Daniel Tenny
Leah Watson
Stephanie A. Webster
Benjamin C. Wei
Sydney Kathryn Zazzaro