# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1611            Short Title: APHA, et al v. NIH, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: See attached.                                              as the

[ ] appellant(s)          [✔] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)          [ ] intervenor(s)

/s/ Michel-Ange Desruisseaux
Signature

11/11/25
Date

Michel-Ange Desruisseaux
Name

Project Democracy Project
Firm Name (if applicable)

(202) 579-4582
Telephone Number

82 Nassau St, #601
Address

Fax Number

New York, NY, 10038
City, State, Zip Code

michel-ange.desruisseaux@protectdemocracy.org
Email (required)

Court of Appeals Bar Number: 1218422

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1612

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Notice of Appearance of Michel-Ange Desruisseaux
List of All Parties Represented (Continued)

Michel-Ange Desruisseaux
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
michel-ange.desruisseaux@protectdemocracy.org

**Attorney for Appellees**:

American Public Health Association;
Ibis Reproductive Health;
International Union, United Automobile, Aerospace, and Agricultural Implement Workers;
Brittany Charlton;
Katie Edwards;
Peter Lurie; and
Nicole Maphis