# Nos. 25-1611, 25-1612

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

(No. 25-1611)

AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; NICOLE MAPHIS,

*Plaintiffs-Appellees*,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

*Defendants-Appellants*.

(Caption continued on inside cover)

Appeals from the U.S. District Court for the District of Massachusetts

## PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

ANDREA JOY CAMPBELL
   *Attorney General of Massachusetts*
DAVID C. KRAVITZ
GERARD J. CEDRONE
VANESSA A. ARSLANIAN
PHOEBE M. LOCKHART
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282

*Counsel for Massachusetts*
*Additional counsel listed at pages 8-11*

JESSIE J. ROSSMAN
SUZANNE SCHLOSSBERG
JENNIFER M. HERRMANN
   *American Civil Liberties Union*
   *Foundation of Massachusetts, Inc.*
One Center Plaza, Suite 850
Boston, MA 02018
617-482-3170

*Counsel for APHA Plaintiffs*
*Additional counsel listed at page 7*

———————

(No. 25-1612)

COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF MARYLAND; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WISCONSIN,

*Plaintiffs-Appellees,*

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH; NATIONAL CANCER INSTITUTE; NATIONAL EYE INSTITUTE; NATIONAL HEART, LUNG, AND BLOOD INSTITUTE; NATIONAL HUMAN GENOME RESEARCH INSTITUTE; NATIONAL INSTITUTE ON AGING; NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM; NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES; NATIONAL INSTITUTE OF ARTHRITIS AND MUSCULOSKELETAL AND SKIN DISEASES; NATIONAL INSTITUTE OF BIOMEDICAL IMAGING AND BIOENGINEERING; EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT; NATIONAL INSTITUTE ON DEAFNESS AND OTHER COMMUNICATION DISORDERS; NATIONAL INSTITUTE OF DENTAL AND CRANIOFACIAL RESEARCH; NATIONAL INSTITUTE OF DIABETES AND DIGESTIVE AND KIDNEY DISEASES; NATIONAL INSTITUTE ON DRUG ABUSE; NATIONAL INSTITUTE OF ENVIRONMENTAL HEALTH SCIENCES; NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES; NATIONAL INSTITUTE OF MENTAL HEALTH; NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES; NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE; NATIONAL INSTITUTE OF NURSING RESEARCH; NATIONAL LIBRARY OF MEDICINE; NATIONAL CENTER FOR ADVANCING TRANSLATIONAL SCIENCES; JOHN E. FOGARTY INTERNATIONAL CENTER FOR ADVANCED STUDY IN THE HEALTH SCIENCES; NATIONAL CENTER FOR COMPLEMENTARY AND INTEGRATIVE HEALTH; NIH CENTER FOR SCIENTIFIC REVIEW,

*Defendants-Appellants.*

———————

Plaintiffs in appeal No. 25-1611 ("APHA Plaintiffs") and appeal No. 25-1612 ("State Plaintiffs") (together, "Plaintiffs"), respectfully request leave to supplement the record in this consolidated appeal with two documents that Defendants submitted to the District Court and served on Plaintiffs: (1) Defendants' Phase 2 Certification dated August 19, 2025 ("Certification"), and (2) the spreadsheet attached to the Phase 2 Certification ("Spreadsheet").[1] These documents—which consist of Defendants' own sworn statements and directly relate to legal issues that Defendants have raised on appeal—are properly part of the record in the District Court. Accordingly, the Court should permit Plaintiffs to supplement the appellate record with these materials. Defendants have stated that they take no position on Plaintiffs' motion.

The appellate record should be supplemented to include copies of the Certification and Spreadsheet. Under Fed. R. App. P. 10(a), the record on appeal encompasses all "papers and exhibits filed in the district court." Here, Defendants were required to prepare and produce the Certification and Spreadsheet pursuant to a joint stipulation agreed upon with the APHA Plaintiffs and approved by the District Court. *See* ECF Nos. 163, 167, 168, D. Mass. No. 25-cv-10787. These documents

---

[1] Copies of these documents are being filed contemporaneously with this motion in Volume II of Plaintiffs' Supplemental Appendix. Portions of the Spreadsheet are redacted pursuant to APHA Plaintiffs' pending Motion to Seal Portions of the Supplemental Record, also filed by hand today with the Court, along with an unredacted copy of the document.

are part of the record within the meaning of Rule 10(a) because Defendants submitted them both to the District Court. As Defendants attested in a contemporaneous Notice of Production filed on the docket, they "submitt[ed] [the Certification and Spreadsheet] electronically to the [district] court's clerk" and served the documents on the APHA Plaintiffs. Notice of Production at 1, D. Mass. No. 25-cv-10787 (ECF No. 170); *see also* Ex. A, Email from A. Khetarpal to K. Belmont et al. (Aug. 19, 2025)[2]. Defendants did not "file [the Certification and Spreadsheet] on the public docket" because "the spreadsheet includes some potentially sensitive information" and the parties had not yet negotiated an appropriate protective order. Ex. A, Email from A. Khetarpal.

Moreover, Rule 10(e) allows this Court to supplement the record with "anything material to either party" that has been "omitted from . . . the record." Fed. R. App. P. 10(e). The Certification and Spreadsheet are plainly material: as explained in the APHA Plaintiffs' and State Plaintiffs' respective answering briefs, Defendants' sworn statements in those documents directly refute their current standing and mootness arguments. *See Fellowship of Christian Athletes v. San Jose Unified Sch. Dist. Bd. of Educ.*, 82 F.4th 664, 682 n.7 (9th Cir. 2023) (allowing plaintiffs' motion to supplement to include declarations establishing standing).

---

[2] Exhibit A is attached to the Declaration of Jessie J. Rossman in Support of Plaintiffs' Motion to Supplement the Record.

It would be inequitable for the Court to consider Defendants' arguments for evading judicial review without also considering their own sworn statements in the District Court that undermine those new arguments. This is not a case where Plaintiffs failed to put forward some extant piece of evidence or declaration in advance of the District Court's findings of fact. By virtue of the phased nature of this case, the Certification and Spreadsheet did not exist until the commencement of Phase Two of the District Court proceedings. Moreover, Plaintiffs are responding to standing and mootness arguments that Defendants are raising for the first time on appeal. There is no just basis to exclude these statements, which were submitted to the District Court and attested to, under penalty of perjury, by an NIH recordkeeper. *See* Certification at 1-2; *see also, e.g.*, *United States v. Aulet*, 618 F.2d 182, 187 (2d Cir. 1980) (identifying no "principle of law or equity [that] would be served by our thus shielding ourselves from the knowledge of what transpired below.").

Even if the Court rules that it will not supplement the record under Rules 10(a) and (e), it should nevertheless take judicial notice of the statements in those documents. As discussed above, these statements were submitted to the District Court, served upon the APHA Plaintiffs with notice filed on the docket, and attested under penalty of perjury by an NIH official. Because those statements are memorialized in sources "whose accuracy cannot reasonably be questioned," they

are susceptible to judicial notice. Fed. R. Evid. 201(b); *see Unibank for Sav. v. 999 Priv. Jet, LLC*, 31 F.4th 1, 5 (1st Cir. 2022).

## CONCLUSION

For the reasons herein, Plaintiffs respectfully request that the Court grant their Motion to Supplement the Record.

Dated: November 13, 2025                                         Respectfully submitted,

ANDREA JOY CAMPBELL                                              /s/ *Jessie J. Rossman*
  *Attorney General of Massachusetts*                  Jessie J. Rossman (No. 1161236)
                                                                 Suzanne Schlossberg (No. 1217988)
 /s/ *Gerard J. Cedrone*                                    Jennifer M. Herrmann (No. 1201755)
DAVID C. KRAVITZ                                                    AMERICAN CIVIL LIBERTIES UNION
  *State Solicitor*                                       FOUNDATION OF MASSACHUSETTS, INC.
GERARD J. CEDRONE                                                One Center Plaza, Suite 850
  *Deputy State Solicitor*                             Boston, MA 02018
VANESSA A. ARSLANIAN                                             617-482-3170
  *State Trial Counsel*                                jrossman@aclum.org
PHOEBE M. LOCKHART                                               sschlossberg@aclum.org
  *Assistant Attorney General*                         jherrmann@aclum.org
One Ashburton Place, 20th Floor
Boston, MA 02108                                                 *Counsel for APHA Plaintiffs*
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for Massachusetts*

*[additional counsel listed below]*

*Additional Counsel for APHA Plaintiffs*

Shalini Goel Agarwal**
Emily Gilman (No. 1218805)
   PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., NW,
Ste. 163
Washington, DC 20006
202-579-4582
shalini.agarwal@protectdemocracy.org
emily.gilman@protectdemocracy.org

Michel-Ange Desruisseaux
(No. 1218422)
   PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
michel-ange.
desruisseaux@protectdemocracy.org

Kenneth Parreno (No. 1218416)
   PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
202-579-4582
kenneth.parreno@protectdemocracy.org

Matthew D. Brinckerhoff (No. 1218417)
Ilann M. Maazel (No. 1218419)
Max Selver (No. 1218421)
Sydney Zazzaro (No. 1218425)
   EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
mbrinckerhoff@ecbawm.com
imaazel@ecbawm.com
mselver@ecbawm.com
szazzaro@ecbawm.com

Olga Akselrod (No. 1218423)
Rachel Meeropol (No. 115840)
Alexis Agathocleous (No. 1158452)
Alejandro Ortiz (No. 1190415)
   AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org

Lisa S. Mankofsky (No. 1218420)
Oscar Heanue**
   CENTER FOR SCIENCE IN THE PUBLIC
   INTEREST
1250 I St., NW, Suite 500
Washington, DC 20005
202-777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

** *Admission forthcoming*

*Additional Counsel for State Plaintiffs*

R<small>OB</small> B<small>ONTA</small>
  *Attorney General of California*

 /s/ *Emilio Varanini*
E<small>MILIO</small> V<small>ARANINI</small>
  *Supervising Deputy*
    *Attorney General*
N<small>IMROD</small> P<small>ITSKER</small> E<small>LIAS</small>
D<small>ANIEL</small> D. A<small>MBAR</small>
S<small>OPHIA</small> T<small>ON</small>N<small>U</small>
  *Deputy Attorneys General*
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
emilio.varanini@doj.ca.gov

*Counsel for California*


N<small>ICHOLAS</small> W. B<small>ROWN</small>
  *Attorney General of Washington*

 /s/ *Andrew Hughes*
A<small>NDREW</small> H<small>UGHES</small>
  *Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
andrew.hughes@atg.wa.gov

*Counsel for Washington*

A<small>NTHONY</small> G. B<small>ROWN</small>
  *Attorney General of Maryland*

 /s/ *Adam D. Kirschner*
J<small>ULIA</small> D<small>OYLE</small>
  *Solicitor General*
A<small>DAM</small> D. K<small>IRSCHNER</small>
M<small>ICHAEL</small> D<small>REZNER</small>
J<small>AMES</small> C. L<small>UH</small>
  *Senior Assistant Attorneys General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for Maryland*


K<small>RISTIN</small> K. M<small>AYES</small>
  *Attorney General of Arizona*

 /s/ *Joshua G. Nomkin*
J<small>OSHUA</small> G. N<small>OMKIN</small>
  *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
joshua.nomkin@azag.gov

*Counsel for Arizona*

PHILIP J. WEISER
  *Attorney General of Colorado*

 /s/ *Shannon Stevenson*
SHANNON STEVENSON
  *Solicitor General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for Colorado*

KATHLEEN JENNINGS
  *Attorney General of Delaware*

 /s/ *Vanessa L. Kassab*
IAN R. LISTON
  *Director of Impact Litigation*
VANESSA L. KASSAB
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for Delaware*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

 /s/ *Kalikoʻonālani D. Fernandes*
DAVID D. DAY
  *Special Assistant*
   *to the Attorney General*
KALIKOʻONĀLANI D. FERNANDES
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for Hawaiʻi*

KEITH ELLISON
  *Attorney General of Minnesota*

 /s/ *Elizabeth Kramer*
ELIZABETH KRAMER
  *Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1010
liz.kramer@ag.state.mn.us

*Counsel for the State of Minnesota*

<div style="display: flex;">

<div>

AARON D. FORD
  *Attorney General of Nevada*

/s/ *Heidi Parry Stern*
HEIDI PARRY STERN
  *Solicitor General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for Nevada*


RAÚL TORREZ
  *Attorney General of New Mexico*

/s/ *Amy Senier*
AMY SENIER
  *Senior Counsel,*
   *Impact Litigation Division*
408 Galisteo Street
Santa Fe, NM 87501
(505) 637-1737
asenier@nmdoj.gov

*Counsel for New Mexico*

</div>

<div>

MATTHEW J. PLATKIN
  *Attorney General of New Jersey*

/s/ *Angela Cai*
ANGELA CAI
  *Executive Assistant*
   *Attorney General*
BRYCE K. HURST
  *Deputy Attorney General*
25 Market Street
Trenton, NJ 08611
(609) 414-5954
angela.cai@njoag.gov

*Counsel for New Jersey*


LETITIA JAMES
  *Attorney General of New York*

/s/ *Judith N. Vale*
JUDITH N. VALE
  *Deputy Solicitor General*
28 Liberty Street
New York, NY 10005
(212) 416-6274
judith.vale@ag.ny.gov

*Counsel for New York*

</div>

</div>

DAN RAYFIELD
  *Attorney General of Oregon*

 /s/ *Robert Koch*
ROBERT KOCH
  *Senior Assistant Attorney General*
1162 Court Street, NE
Salem, OR 97301
(503) 378-4402
robert.a.koch@doj.oregon.gov

*Counsel for Oregon*

PETER F. NERONHA
  *Attorney General of Rhode Island*

 /s/ *Jordan Broadbent*
JORDAN BROADBENT
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
jbroadbent@riag.ri.gov

*Counsel for Rhode Island*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

 /s/ *Lynn K. Lodahl*
LYNN K. LODAHL
  *Assistant Attorney General*
17 West Main Street
P.O. Box 7857
Madison, WI 53707
(608) 264-6219
lynn.lodahl@wisdoj.gov

*Counsel for Wisconsin*

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 770 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman, 14-point font, a proportionally spaced typeface.

Dated: November 13, 2025 /s/ *Jessie J. Rossman*
Jessie J. Rossman

## CERTIFICATE OF SERVICE

I certify that on November 13, 2025, the foregoing motion was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: November 13, 2025 　　　　　　　*/s/ Jessie J. Rossman*
　　　　　　　　　　　　　　　　　　　Jessie J. Rossman