# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, | |
| *Plaintiffs-Appellees*, | USCA No. 25-1611 |
| v. | USDC No. 25-cv-10787 |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, | |
| *Defendants-Appellants*. | |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| *Plaintiffs-Appellees*, | |
| v. | USCA No. 25-1612 |
| ROBERT F. KENNEDY, JR., *et al.*, | USDC No. 25-cv-10814 |
| *Defendants-Appellants*. | |

**DECLARATION OF JESSIE J. ROSSMAN IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

I, Jessie J. Rossman, an attorney admitted to practice before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to appear and practice before this court. I represent the APHA Plaintiffs in the District Court (USDC No. 25-cv-10787-WGY) and in appeal No. 25-1611, which has been consolidated with appeal No. 25-1612 (in which appellees are "State Plaintiffs") (together with APHA Plaintiffs, "Plaintiffs").

2. I provide this declaration in support of Plaintiffs' Motion to Supplement the Record in the consolidated appeal.

3. Attached hereto as **Exhibit A** is a true and correct copy of an electronic mail message titled "APHA et al v. NIH et al, 25-cv-10787" which Assistant United States Attorney Anuj K. Khetarpal sent to District Court Clerk Kellyann Belmont on August 19, 2025, copying certain counsel for Defendants and counsel for APHA Plaintiffs, including myself.

4. This electronic mail message conveyed two attachments, titled: "2025-08-19 Stipulation Certification – for filing.pdf" and "APHA Phase 2 Stipulation Final.xlsx." Those attachments are the documents Plaintiffs have submitted with their November 12, 2025, Motion to Supplement the Record.

Dated: November 12, 2025
Boston, MA

/s/ *Jessie J. Rossman*
Jessie J. Rossman (No. 1161236)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02018
617-482-3170
jrossman@aclum.org

*Counsel for APHA Plaintiffs*

# EXHIBIT A

**Outlook**

## APHA et al v. NIH et al, 25-cv-10787

**From** Khetarpal, Anuj (USAMA) <Anuj.Khetarpal@usdoj.gov>
**Date** Tue 8/19/2025 6:16 PM
**To** Kellyann Belmont (USC) <kellyann_belmont@mad.uscourts.gov>; Olga Akselrod <oakselrod@aclu.org>; Max Selver <mselver@ecbawm.com>; Jessie Rossman <JRossman@aclum.org>
**Cc** Ports, Thomas (CIV) <Thomas.Ports@usdoj.gov>; Hobbs, Samuel (CIV) <Samuel.Hobbs@usdoj.gov>

2 attachments (181 KB)
2025-08-19 Stipulation Certification - for filing.pdf; APHA Phase 2 Stipulation Final.xlsx;

Hello Clerk Belmont,

Attached please find Defendants' Phase 2 AR Certification, along with the attached AR Spreadsheet referenced in the Certification. As a reminder, the Parties agreed upon a Joint Stipulation on July 25, 2025, which included the Defendants' production of these certifications by today. *See* ECF Nos. 163, 167. The Court approved that Joint Stipulation on August 14, 2025. ECF No. 168.

As detailed in the Notice of Production which I just filed, the spreadsheet includes some potentially sensitive information, and the parties are in the process of proposing a protective order to shield some of that sensitive information. Therefore, we did not want to file this information on the public docket today. However, we want to ensure that the Court and Parties have all of the information immediately.

If the Court would like us to produce the attached documents in another format (flash drive, paper copy), please let us know and we will facilitate that.

Thank you,

Anuj K. Khetarpal
Assistant United States Attorney | District of Massachusetts
Email: Anuj.Khetarpal@usdoj.gov
Office Phone: (617) 748-3658
Mobile Phone: (617) 823-6325