Nos. 25-1611, 25-1612

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

(No. 25-1611)

AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; NICOLE MAPHIS,

*Plaintiffs-Appellees*,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

*Defendants-Appellants*.

(Caption continued on inside cover)

Appeals from the U.S. District Court for the District of Massachusetts

## SUPPLEMENTAL APPENDIX – VOLUME II

JESSIE J. ROSSMAN
SUZANNE SCHLOSSBERG
JENNIFERR M. HERRMANN
  *American Civil Liberties Union*
  *Foundation of Massachusetts, Inc.*
One Center Plaza, Suite 801
Boston, MA 02018
617-482-3170

*Counsel for APHA Plaintiffs*
  *Additional counsel for APHA Plaintiffs and*
  *Plaintiff States listed in Answering Briefs*

(No. 25-1612)

COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF MARYLAND; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WISCONSIN,

*Plaintiffs-Appellees,*

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH; NATIONAL CANCER INSTITUTE; NATIONAL EYE INSTITUTE; NATIONAL HEART, LUNG, AND BLOOD INSTITUTE; NATIONAL HUMAN GENOME RESEARCH INSTITUTE; NATIONAL INSTITUTE ON AGING; NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM; NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES; NATIONAL INSTITUTE OF ARTHRITIS AND MUSCULOSKELETAL AND SKIN DISEASES; NATIONAL INSTITUTE OF BIOMEDICAL IMAGING AND BIOENGINEERING; EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT; NATIONAL INSTITUTE ON DEAFNESS AND OTHER COMMUNICATION DISORDERS; NATIONAL INSTITUTE OF DENTAL AND CRANIOFACIAL RESEARCH; NATIONAL INSTITUTE OF DIABETES AND DIGESTIVE AND KIDNEY DISEASES; NATIONAL INSTITUTE ON DRUG ABUSE; NATIONAL INSTITUTE OF ENVIRONMENTAL HEALTH SCIENCES; NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES; NATIONAL INSTITUTE OF MENTAL HEALTH; NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES; NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE; NATIONAL INSTITUTE OF NURSING RESEARCH; NATIONAL LIBRARY OF MEDICINE; NATIONAL CENTER FOR ADVANCING TRANSLATIONAL SCIENCES; JOHN E. FOGARTY INTERNATIONAL CENTER FOR ADVANCED STUDY IN THE HEALTH SCIENCES; NATIONAL CENTER FOR COMPLEMENTARY AND INTEGRATIVE HEALTH; NIH CENTER FOR SCIENTIFIC REVIEW,

*Defendants-Appellants.*

————————————

## <u>TABLE OF CONTENTS</u>

### VOLUME II – CERTIFICATION MATERIALS

Phase 2 Administrative Record Certification, served August 19, 2025 (per 25-cv-10787, Dkt. Nos. 163, 167–168)……………………………………………….…………………A2770

Phase 2 Administrative Record Certification Spreadsheet, served August 19, 2025 (per 25-cv-10787, Dkt. Nos. 163, 167–168)………………………………………....……A2772

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*,

    Plaintiffs,

    v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-10787-WGY

## PHASE 2 CERTIFICATION

I, Raymond Jacobson, Ph.D., hereby declare and certify as follows:

1.      I am employed by the National Institutes of Health (NIH) and serve as the Director, Division of Receipt and Referral, of the Center for Scientific Review. I have held this position since December 2024 and have been employed by NIH in various capacities since 2009.

2.      As the Director, Division of Receipt and Referral, I oversee the Division of Receipt and Referral's functions regarding the receipt and scientific referral of grant applications submitted to NIH and other HHS agencies. In that capacity, I am aware of the process by which the agency conducted the certification in this case.

3.      To the best of my knowledge, information, and belief, the information contained within the attached spreadsheet and shared with Plaintiffs on August 19, 2025, constitutes a true and accurate explanation of the status of each of the grant applications on the list that Plaintiffs provided to Defendants on June 30, 2025 (the "APHA Applications List"), and each of the Notices of Funding Opportunity ("NOFOs") on the list that Plaintiffs provided to Defendants on July 29, 2025 (the "NOFO List"). The parties have agreed that, in exchange for Defendants'

1

A2770

production of this Certification to complete the Phase 2 Administrative Record, Plaintiffs will not seek further completion of the Administrative Record, subject to the reservations outlined in the parties' agreement, or any extra-record discovery. *See* Doc. Nos. 163; 167.

4.     In obtaining this information, NIH conducted a thorough investigation of the status of each grant application and NOFO identified by Plaintiffs and complied with the jointly agreed-upon procedure established in the Joint Proposed Schedule for Defendants' Completion of Phase 2 Administrative Record, Pre-Hearing Briefs, and Trial, Doc. No. 163, Doc. No. 167, and approved by the Court on August 14, 2025, Doc. No. 168.

In accordance with 28 U.S.C. § 1746 I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 19, 2025 at Bethesda, MD.

/s/  Raymond Jacobson
Raymond Jacobson, Ph.D.

A2771

**Tab 1: Applications**

| Row Number | Project Number | IC | Grant Title | Status |
|---|---|---|---|---|
| 1 | ███████ | AA | ████████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 2 | ███████ | AA | ████████████ | NIH decided to fund the application and issued a Notice of Award |
| 79 | ██████ | AA | ████████████ | NIH decided to fund the application is issuing within thirty days a Notice of Award |
| 94 | ████████ | AA | ████████████ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives; NIH subsequently resumed consideration of applications, including this one, on 7/28/2025. The actions NIH has taken to review this application since resuming consideration are to internally proceed with assessment with agency priority on 7/28/2025. The next action that NIH intends to take on the application is to possibly issue a NoA by 9/30/2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |

A2772

| | | | | |
|---|---|---|---|---|
| | | |  | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives; NIH subsequently resumed consideration of applications, including this one, on 7/9/2025. The actions NIH has taken to review this application since resuming consideration are to internally proceed with assessment with agency priority on 7/9/2025. The next action that NIH intends to take on the application is to possibly issue a NoA by 9/30/2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 155 | | AA | | |
| 156 | | AA | | NIH decided to fund the application and issued a Notice of Award |
| 163 | | AA | | NIH decided to fund the application is issuing within thirty days a Notice of Award |
| 164 | | AA | | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities; |
| 165 | | AA | | NIH administratively withdrew the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |
| 186 | | AA | | NIH decided to fund the application and issued a Notice of Award |

A2773

| | | | | |
|---|---|---|---|---|
| | | | ▓▓▓▓ | NIH decided to fund the application is issuing within thirty days a Notice of Award |
| 187 | ▓▓▓ | AA | | |
| 52 | ▓▓▓ | AG | ▓▓▓ | NIH decided not to fund the grant application for reasons other than the Challenged Directives, due to high priority score. |
| 104 | ▓▓▓ | AG | ▓▓▓ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 117 | ▓▓▓ | AG | ▓▓▓ | The -04S1 award was issued on 5/28/2024 and never terminated. NIH has decided to fund the -05S1 application and is issuing within thirty days a Notice of Award. |
| 135 | ▓▓▓ | AG | ▓▓▓ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 143 | ▓▓▓ | AG | ▓▓▓ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 147 | ▓▓▓ | AG | ▓▓▓ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 159 | ▓▓▓ | AG | ▓▓▓ | NIH decided to fund the application and issued a Notice of Award |

A2774

| | | | | |
|---|---|---|---|---|
| 168 | ██████ | AG | ████████ | This entry was not recognizable as an NIH application or NOFO. |
| 175 | ██████ | AG | ████████ | NIH has decided to fund the -04 application and is issuing within thirty days a Notice of Award. |
| 191 | ██████ | AG | ████████ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives. NIH subsequently resumed consideration of applications, including this one, on 04/22/2025 which is the date of the first National Advisory Council on Aging (NACA) subsequent to the removal of the pause. The actions NIH has taken to review this application since resuming consideration is to consider the application for funding during NACA which occurred on 04/22/2025. The next action that NIH intends to take on the application has not been determined since the application was not selected for funding during NACA. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 6 | ██████ | AI | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 29 | ██████ | AI | ████████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives application does not meet payline. |
| 45 | ██████ | AI | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |



| | | | | |
|---|---|---|---|---|
| 78 | ██████ | AI | ██████ | NIH has not yet made a decision to withdraw, deny, or award this application, which was submitted on June 30, 2025. NIH did not delay its consideration of this application because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives. The next action that NIH intends to take on the application is peer review the application on 11/06/25—11/07/25. NIH will not apply the Challenged Directives to this |
| 100 | ██████ | AI | ██████ | "NIH decided to fund the application and is issuing within thirty days a Notice of Award." |
| 101 | ██████ | AI | ██████ | NIH decided to fund the application and issued a Notice of Award. |
| 105 | ██████ | AI | ██████ | NIH has not yet made a decision to deny or award this application. NIH delayed its consideration of this application pursuant to the Challenged Directives for review of alignment with agency priorities. The last budget period ended on 4-30-2025. The next action NIH intends to take on the application is negotiate. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 106 | ██████ | AI | ██████ | NIH decided to fund the application and issued a Notice of Award. |
| 108 | ██████ | AI | ██████ | NIH has not yet made a decision to deny or award this application. NIH delayed its consideration of this application pursuant to the Challenged Directives for review of alignment with agency priorities 30+ days. The last budget period ended on 6-30-2025. The next action NIH intends to take on the application award. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 121 | ██████ | AI | ██████ | NIH has not yet made a decision to deny or award this application. |
| 127 | ██████ | AI | ██████ | NIH decided to fund the application and issued a Notice of Award. |

| | | | | |
|---|---|---|---|---|
| 128 | ■■■■ | AI | ■■■■ | NIH decided to fund the application and issued a Notice of Award. |
| 145 | ■■■■ | AI | ■■■■ | NIH has not yet made a decision to withdraw, deny, or award this application. |
| 152 | ■■■■ | AI | ■■■■ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 176 | ■■■■ | AI | ■■■■ | NIH decided to fund the application and issued a Notice of Award. |
| 7 | ■■■■ | AR | ■■■■ | NIH decided to fund the application and issued a Notice of Award. |
| 10 | ■■■■ | AR | ■■■■ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 11 | ■■■■ | AR | ■■■■ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 86 | ■■■■ | AR | ■■■■ | NIH decided to fund the application and issued a Notice of Award. |
| 160 | ■■■■ | AT | ■■■■ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. Rationale - NCCIH has decided not to support this T35 given the balance of other training awards already funded by NCCIH in FY25. |
| 36 | ■■■■ | CA | ■■■■ | NIH decided not to fund the grant appplication for reasons other than the Challenged Directives. The application's percentile score does not meet the IC's fundable range/payline |

A2777

| | | | | |
|---|---|---|---|---|
| 37 | ███ | CA | ████ | NIH decided not to fund the grant pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 39 | ███ | CA | ████ | NIH decided not to fund the grant appplication for reasons other than the Challenged Directives. The application's percentile score does not meet the IC's fundable range/payline |
| 47 | ███ | CA | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 190 | ███ | CA | ████ | NIH decided to fund the application and issued a Notice of Award |
| 33 | ███ | DA | ████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 34 | ███ | DA | ████ | NIH decided not to fund the grant application for reasons other than the Challenged Directive (low scientific priority). |
| 40 | ███ | DA | ████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 60 | ███ | DA | ████ | NIH has not yet made a decision to deny or award this application. NIH delayed its consideration of this application pursuant to the Challenged Directives for review of alignment with agency priorities. The last budget period ended on 11/30/2024. The transfer application was received 1/22/2025. The next action NIH intends to take on the application is not yet determined. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |

A2778

| | | | | |
|---|---|---|---|---|
| | █████ | DA | █████ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives. NIH subsequently resumed consideration of applications, including this one, on NIH does not have an exact date. The actions NIH has taken to review this application since resuming consideration are to evaluate the application for scientific priority during funding decisions for October Council round. The next action that NIH intends to take on the application is to determine scientific priority in FY26. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 89 | | | | |
| 90 | █████ | DA | █████ | NIH decided not to fund the supplement application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 99 | █████ | DA | █████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 123 | █████ | DA | █████ | NIH decided to fund the application and issued a Notice of Award. Award was reinstated following appeal. |
| 129 | █████ | DA | █████ | NIH decided to fund the application and issued a Notice of Award |
| 153 | █████ | DA | █████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 154 | █████ | DA | █████ | NIH decided to fund the application and issued a Notice of Award |
| 158 | █████ | DA | █████ | NIH decided to fund the application and issued a Notice of Award. Award was reinstated per the court order. |
| 166 | █████ | DA | █████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives (low scientific priority) |

A2779

| | | | | |
|---|---|---|---|---|
| 167 | ██████ | DA | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 174 | ████████ | DA | ████████ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives. NIH subsequently resumed consideration of applications, including this one, on NIH does not have an exact date. The actions NIH has taken to review this application since resuming consideration are to assign the application to a review panel and evaluate scientific priority after peer review. The next action that NIH intends to take on the application is to conduct peer review (date pending) and conisder application for FY26 funding. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 179 | ██████ | DA | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |
| 184 | ████████ | DA | ████████ | NIH decided to fund the application and issued a Notice of Award |
| 192 | ██████ | DA | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |
| 54 | ██████ | DC | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |
| 55 | ██████ | DC | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |

| | | | | |
|---|---|---|---|---|
| 162 | ████ | DC | ████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. The application was deemed by the peer review panel not to be competitive for funding. |
| 21 | ████ | DE | ████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 9 | ████ | DK | ████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 66 | ████ | DK | ████ | NIH decided to fund the application and issued a Notice of Award. |
| 77 | ████ | DK | ████ | NIH decided to fund the application and issued is issuing within thirty days a Notice of Award. |
| 59 | ████ | EB | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |
| 56 | ████ | ES | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |
| 95 | ████ | EY | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 19 | ████ | GM | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 25 | ████ | GM | ████ | NIH administratively withdrew the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |

A2781



| 42 | ███████ | GM | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 48 | ██████ | GM | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 182 | ██████ | GM | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 5 | ████████ | HD | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 12 | ████████ | HD | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 14 | ███████ | HD | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 18 | ████████ | HD | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |



| | | | | |
|---|---|---|---|---|
| 30 | ███ | HD | █████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 31 | ███ | HD | █████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 46 | █████ | HD | █████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. Not recommended in RFA Funding Plan (RFA-HD-25-004). |
| 63 | ████ | HD | █████ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. NIH subsequently resumed consideration of applications, including this one, on [NIH does not have an exact date]. The actions NIH has taken to review this application since resuming consideration are to assign the application to a review panel and adjust the Council cycle assignment. The next action that NIH intends to take on the application is to conduct peer review on October 29, 2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 64 | █████ | HD | █████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities. |
| 73 | ████ | HD | █████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. The application was deemed by the peer review panel not to be competitive for funding. |

| | | | | |
|---|---|---|---|---|
| 84 | ▮▮▮ | HD | ▮▮▮ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. NIH subsequently resumed consideration of applications, including this one, on [[NIH does not have an exact date]]. The actions NIH has taken to review this application since resuming consideration are to assign the application to a review panel and adjust the Council cycle assignment. The next action that NIH intends to take on the application is to conduct peer review on October 9, 2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 93 | ▮▮▮ | HD | ▮▮▮ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 112 | ▮▮▮ | HD | | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 122 | ▮▮▮ | HD | ▮▮▮ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 138 | ▮▮▮ | HD | ▮▮▮ | NIH decided to fund the application and issued a Notice of Award. |
| 140 | ▮▮▮ | HD | ▮▮▮ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. NIH subsequently resumed consideration of applications, including this one, on [[NIH does not have an exact date]]. The actions NIH has taken to review this application since resuming consideration are to assign the application to a review panel and adjust the Council cycle assignment. The next action that NIH intends to take on the application is to conduct peer review on November 20, 2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |

| | | | | |
|---|---|---|---|---|
| 146 | ▮▮▮▮ | HD | ▮▮▮▮ | NIH decided to fund the application and issued a Notice of Award. |
| 169 | ▮▮▮▮ | HD | ▮▮▮▮ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 170 | ▮▮▮▮ | HD | ▮▮▮▮ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. NIH subsequently resumed consideration of applications, including this one, on [NIH does not have an exact date]. The actions NIH has taken to review this application since resuming consideration are to assign the application to a review panel and adjust the Council cycle assignment. The next action that NIH intends to take on the application is to conduct peer review on October 23, 2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 180 | ▮▮▮▮ | HD | ▮▮▮▮ | NIH decided to fund the application and issued a Notice of Award. |
| 16 | ▮▮▮▮ | HG | ▮▮▮▮ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 35 | ▮▮▮▮ | HG | ▮▮▮▮ | NIH decided not to fund this applications for reasons other than the Challenge Directive. Specifically, with a PS of 45, this application was not competitive for funding. |
| 142 | ▮▮▮▮ | HG | ▮▮▮▮ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |

| | | | | |
|---|---|---|---|---|
| 27 | ████ | HL | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 41 | 1 ████ | HL | ████████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 71 | ████████ | HL | ████████ k | Duplicate - see Row 27 |
| 72 | ████ | HL | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 82 | ████ | HL | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 114 | ████ | HL | ████████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 116 | ████ | HL | ████████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 133 | ████ | HL | ████████ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives. NIH subsequently resumed consideration of applications, including this one, on 08/07/2025. The actions NIH has taken to review this application since resuming consideration are assign for peer review. The next action that NIH intends to take on the application is peer review on 10/28/2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |

A2786

| | | | | |
|---|---|---|---|---|
| 173 | ▮▮▮▮ | HL | ▮▮▮▮ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 189 | ▮▮▮▮ | HL | ▮▮▮▮ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 81 | ▮▮▮▮ | LM | ▮▮▮▮ | NIH decided not to fund the grant application for reasons other than the Challenged Directives due to methodological limitations of developing the resource, its likelihood of adoption in other settings, and due to score rank with better scoring applications ahead of this application. |
| 22 | ▮▮▮▮ | MD | ▮▮▮▮ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. The application was deemed by the peer review panel not to be competitive for funding. |
| 28 | ▮▮▮▮ | MD | ▮▮▮▮ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 44 | ▮▮▮▮ | MD | ▮▮▮▮ | NIH decided not to fund the grant application because the application scored above 20th Percentile |
| 50 | 1▮▮▮▮ | MD | ▮▮▮▮ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 58 | ▮▮▮▮ | MD | ▮▮▮▮ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 87 | ▮▮▮▮ | MD | ▮▮▮▮ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 111 | ▮▮▮▮ | MD | ▮▮▮▮ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |

| | | | | |
|---|---|---|---|---|
| 113 | ███████ | MD | ████████ | NIH decided not to fund the grant application because the application scored at the 18th Percentile |
| 115 | ███████ | MD | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 118 | ███████ | MD | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 125 | ███████ | MD | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 130 | ███████ | MD | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 134 | ███████ | MD | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 136 | ███████ | MD | ████████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 139 | ███████ | MD | ████████ | NIH decided not to fund the grant application because the application scored at the 12th Percentile. |

| | | | | |
|---|---|---|---|---|
| 157 | ████ | MD | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 177 | ████ | MD | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 178 | ████ | MD | ████ | NIH decided not to fund the grant application because the application scored above the 25th Percentile |
| 183 | ████ | MD | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 8 | ████ | MH | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 13 | ████ | MH | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 15 | ████ | MH | ████ | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |

A2789

| | | | | |
|---|---|---|---|---|
| 20 |  | MH | | NIH decided not to fund the grant application for reasons other than the Challenged Directives due to competing priorities and availability of funds. |
| 23 | | MH | | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| 24 | | MH | | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 38 | | MH | | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. This application was further delayed pursuant to the Challenged Directives for review of alignment with agency priorities and re-assigned study sections originally slated for 202505 round on August 7, 2025. NIH subsequently resumed consideration of applications, including this one, on August 7, 2025. The actions NIH has taken to review this application since resuming consideration are reassignment to 202601 Council round as of August 7, 2025. The next action that NIH intends to take on the application is to review for 202601 Council Round. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 49 | | MH | | NIH decided not to fund the grant application pursuant to the Challenged Directives because it no longer aligned with agency priorities |

A2790

| 53 | ███████ | MH | ███████ | NIH decided to fund the application and issued a Notice of Award. Grant was reinstated due to court order on 7/2/2025. |
| 61 | ████ | MH | ███████ | NIH decided to fund the application and issued a Notice of Award |
| 67 | ███████ | MH | ███████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 68 | ███████ | MH | ███████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 80 | ███████ | MH | ███████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives NIH decided not to fund the grant application due to competing priorities and availability of funds. |
| 83 | ████ | MH | ███████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives NIH decided not to fund the grant application due to the lack of information on clinical trials research experience that was required in the NOFO. Needs to be administratively withdrawn. |
| 85 | ███████ | MH | ███████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the application in response to a grantee withdrawal request on 5/30/2025. |

A2791

| | | | | |
|---|---|---|---|---|
| 88 | ██████ | MH | ████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 91 | ████ | MH | ████████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award for the year 2 Type 5 non-competing application. |
| 102 | ████ | MH | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 107 | ████ | MH | ████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 109 | ████ | MH | ████████ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. NIH decided not to fund the grant application due to a South African subaward. |
| 131 | ████ | MH | ████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 132 | ████ | MH | ████ | NIH decided to fund the application and issued a Notice of Award. |

| | | | | |
|---|---|---|---|---|
| 137 | █ | MH | █ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. NIH decided not to fund the grant application due to competing priorities and availability of funds. |
| 141 | █ | MH | █ | NIH decided not to fund the grant applications for reasons other than the Challenged Directives. NIH decided not to fund the grant application due to the competing priorities and availability of funds. |
| 144 | █ | MH | █ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. NIH decided not to fund the grant application due to competing priorities and availability of funds. |
| 148 | █ | MH | █ | NIH decided to fund the application and issued a Notice of Award |
| 149 | █ | MH | █ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. The application was deemed by the peer review panel not to be competitive for funding. |
| 150 | █ | MH | █ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 171 | █ | MH | █ s | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 181 | █ | MH | █ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |



| | | | | |
|---|---|---|---|---|
| 185 | ■ | MH | ■ | NIH decided to fund the application and issued a Notice of Award for the year 2 Type 5 non-competing application. |
| 188 | ■ | MH | ■ | NIH decided to fund the application and is issuing within thirty days a Notice of Award for the year 2 Type 5 non-competing application. |
| 65 | ■ | MH | ■ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 26 | 1■ | NR | ■ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 32 | ■ | NR | ■ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 43 | ■ | NR | ■ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 76 | ■ | NR | ■ | NIH decided to fund the application and issued a Notice of Award. |

A2794



| | | | | |
|---|---|---|---|---|
| | | | | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives. NIH subsequently resumed consideration of applications, including this one on 3/25/2025. The actions NIH has taken to review this application since resuming consideration are meetings held at which the application was considered; withholding a decision on the application. The next action that NIH intends to take on the application is final decision on making an award in FY2025 by 9/15/2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 92 | | NR | | |
| | | | | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 119 | | NR | | |
| | | | | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. There were no additional delays pursuant to the Challenged Directives. NIH subsequently resumed consideration of applications, including this one on 3/25/2025. The actions NIH has taken to review this application since resuming consideration are meetings held at which the application was considered; withholding a decision on the application. The next action that NIH intends to take on the application is final decision on making an award in FY2025 by 9/15/2025. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 126 | | NR | | |

| | | | | |
|---|---|---|---|---|
| 161 | ██████ | NR | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 17 | ████████ | NS | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 51 | ████████ | NS | ████████ | NIH decided not to fund the grant application pursuant to the challenged directives because it no longer aligned with agency priorities. |
| 62 | ████████ | NS | ███████ anoids | NIH decided to fund the application and issued a Notice of Award. |
| 69 | ██████ | NS | ████████ | NIH decided to fund the application and issued a Notice of Award. |
| 70 | ████████ | NS | ████████ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 74 | ████████ | NS | ████████ | NIH decided not to fund the grant application pursuant to the challenged directives because it no longer aligned with agency priorities. |
| 120 | ████████ | NS | █████ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |

A2796

| | | | | |
|---|---|---|---|---|
| 124 | ▮▮▮▮ | NS | ▮▮▮▮▮ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 172 | ▮▮▮▮ | NS | ▮▮▮▮▮ | NIH decided to fund the application and is issuing within thirty days a Notice of Award. |
| 57 | ▮▮▮▮ | OD | ▮▮▮▮▮ | NIH decided to fund the 2T32OD011089-49 application and issued a Notice of Award on 7/18/2025 |
| 96 | ▮▮▮▮ | TW | ▮▮▮▮▮ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. This application was further delayed pursuant to the Challenged Directives for review of alignment with agency priorities by negotiating removal of the applicant's foreign monetary collaboration. NIH subsequently resumed consideration of applications, including this one, on JULY 16, 2025. The actions NIH has taken to review this application since resuming consideration are meeting with the applicant on July 18, 2025 to negotiate removal of their foreign monetary collaboration and alignment with agency priorities. The next action that NIH intends to take on the application is awaiting revised application to determine if the application can be awarded. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 97 | ▮▮▮▮ | TW | ▮▮▮▮▮ | NIH decided not to fund the grant application for reasons other than the Challenged Directives. The application was deemed by the peer review panel not to be competitive for funding. |

A2797

| | | | | |
|---|---|---|---|---|
| 98 | ███ | TW | ███ | NIH has not yet made a decision to withdraw, deny, or award this application. NIH delayed its consideration of this and all other grant applications because of the Notice of Pause Directive. This application was further delayed pursuant to the Challenged Directives for review of alignment with agency priorities by negotiating removal of the applicant's foreign monetary collaboration. NIH subsequently resumed consideration of applications, including this one, on August 1, 2025. The actions NIH has taken to review this application since resuming consideration are completing negotiations to remove the foreign monetary subaward. The next action that NIH intends to take on the application is waiting for the JIT to determine the changes as negotiated meet HHS, NIH priorities and policies for an award to be made. NIH may apply the Challenged Directives to this application, absent further Court order or judgment. |
| 3 | | | ███ | This entry was not recognizable as an NIH application or NOFO. |
| 4 | ███ | NS | ███ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 75 | ███ | | ███ | NIH administratively withdrew the grant application for reasons other than the Challenged Directives. NIH withdrew the applicable NOFO pursuant to the Challenged Directives. Because this application was in response to the withdrawn NOFO, and it was therefore not responsive to an active NOFO, NIH administratively withdrew the application. |
| 103 | ███ | | ███ | This entry was not recognizable as an NIH application or NOFO. |

A2798

| | | | | |
|---|---|---|---|---|
| 110 | ███████ | | ████████ | This entry was not recognizable as an NIH application or NOFO. |
| 151 | ████████ | | ███████ | This entry was not recognizable as an NIH application or NOFO. |

A2799

**Tab 2: NOFOs**

| NOFOs | Reason for withdrawl (challenged directives/agency priorities or provide a short explanation) |
|---|---|
| Maximizing Opportunities for Scientific and Academic Independent Careers (MOSAIC) Postdoctoral Career Transition Award to Promote Diversity (K99/R00 Independent Clinical Trial Not Allowed), PAR-24-225 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Ruth L. Kirschstein National Research Service Award (NRSA) Individual Predoctoral Fellowship to Promote Diversity in Health-Related Research (Parent F31-Diversity), PA-23-271 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Advancing Research Careers (ARC) Predoctoral to Postdoctoral Transition Award to Promote Diversity (F99/K00 - Clinical Trial Not Allowed), PAR-23-222 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| NIDCR Mentored Career Development Award to Promote Broad Participation in Research, PAR-25-022 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| NIGMS LRP-REACH (Extramural Loan Repayment Program for Research in Emerging Areas Critical to Human Health) for MOSAIC, NOT-OD-24-137 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Understanding the Intersection of Social Inequities to Optimize Health and Reduce Health Disparities: The Exes Initiative (R01 Clinical Trial Optional), RFA-NR-25-004 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Research Supplements to Promote Diversity in Health-Related Research, PA-23- 189 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Research With Activities Related to Diversity (ReWARD) (R01 Clinical Trial Optional), PAR-25-117 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| B-INSPIRE: Research on Behavioral Interventions that Promote Careers in the Biomedical Research Enterprise (R01 - Clinical Trial Not Allowed), PAR-24-230 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| NIMHD Exploratory/Developmental Research Grant Program (R21 - Clinical Trial Optional), PAR-23-111 | NIH withdrew the NOFO for reasons other than the Challenged Directives: On May 15, 2025  NIH issued a Notice of Early Expiration of Notices of Funding Opportunities  for this NOFO so that the review criteria could be updateed to the Simplified Review Framework for NIH Research Grant Applications. See Notice NOT-OD-25-113. |
| Comprehensive Partnerships to Advance Cancer Health Equity (CPACHE) (Collaborative U54 Clinical Trial Optional), PAR-23-308 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| BRAIN Initiative Advanced Postdoctoral Career Transition Award to Promote Diversity, RFA-MH-23-331 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Aging Research Dissertation Awards to Increase Diversity (R36), PAR-24-130 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| NIH Blueprint and BRAIN Initiative Diversity Specialized Predoctoral to Postdoctoral Advancement in Neuroscience (D-SPAN) Award (F99/K00 Clinical Trial Not Allowed), RFA-NS-24-030 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |

| | |
|---|---|
| Environmental Health Disparities Centers (P50) Clinical Trial Optional, RFA-MD-24-010 | NIH withdrew the NOFO for reasons other than the Challenged Directives: Expired naturally on January 29, 2025 |
| Mentored Career Development Award to Promote Faculty Diversity in Biomedical Research (K01 Independent Clinical Trial Required), RFA-HL-25-008 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| NIAID Research Education Program Advancing the Careers of a Diverse Research Workforce (R25 Clinical Trial Not Allowed), PAR-23-282 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Small Grants for New Investigators to Promote Diversity in Health-Related Research (R21 Clinical Trial Optional), PAR-25-097 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| NIAID and NIDDK Research Opportunities for New and "At-Risk" Investigators to Promote Workforce Diversity (R01 Clinical Trial Optional), PAR-23-275 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Research Opportunities for New and "At-Risk" Investigators to Promote Workforce Diversity (R01 Clinical Trial Optional), PAR-22-181 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| NIAID, NIDDK, NIDA, and NIAAA Research Opportunities for New and "At-Risk" Investigators (R01 Clinical Trial Optional), PA-25-249 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Pilot and Feasibility Studies in Preparation for Substance Use Prevention Trials (R34 Clinical Trial Optional), PAR-24-060 | NIH withdrew the NOFO for reasons other than the Challenged Directives: Expired January 17, 2025 via Notice NOT-DA-25-035 in order to change review criteria to align with the Simplified Review Framework. |
| Short-Term Research Education Program to Enhance Diversity in Health-Related Research (R25 Clinical Trial Not Allowed), RFA-HL-25-001 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Addressing Health and Health Care Disparities among Sexual and Gender Minority Populations (R01 - Clinical Trials Optional), PAR-24-077 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Transformative Research to Address Health Disparities and Advance Health Equity (U01 Clinical Trial Optional), RFA-NR-25-003 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Research Collaboration Network in Structural Racism Measurement and Modeling, RFA-AG-25-003 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Cancer Moonshot Scholars Diversity Program (CMSDP), RFA-CA-22-050 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |
| Improving Care and Outcomes for Cancer Survivors from Sexual and Gender Minority (SGM) Populations (R01 Clinical Trial Optional), PAR-23-29 | NIH withdrew the NOFO pursuant to the Challenged Directives because it no longer aligned with agency priorities |