# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 25-1611, 25-1612

Case Name: American Public Health Assn. v. NIH and Commonwealth of Mass. v. Kennedy

Date of Argument: January 6, 2026

Location of Argument: ☑ Boston   ☐ Puerto Rico   ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
See list on next page.

Attorney Name: Gerard J. Cedrone          First Circuit Bar No.: 1194706

Phone Number: (617) 963-2282              Fax Number: _____

Email: gerard.cedrone@mass.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Gerard J. Cedrone                     12/01/2025
(Signature)                               (Date)

**Name and appellate designation of the parties you will be arguing on behalf of:**

Commonwealth of Massachusetts
State of California
State of Maryland
State of Washington
State of Arizona
State of Colorado
State of Delaware
State of Hawaiʻi
State of Minnesota
State of Nevada
State of New Jersey
State of New Mexico
State of New York
State of Oregon
State of Rhode Island
State of Wisconsin

(Appellees in No. 25-1612)