# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 25-1611, 25-1612

Case Name: American Public Health Assn. v. NIH, Commonwealth of MA v. Kennedy

Date of Argument: January 6, 2026

Location of Argument: ✔ Boston   ☐ Puerto Rico   ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
list on following page

Attorney Name: Rachel Meeropol         First Circuit Bar No.: 1158450

Phone Number: (929) 585-0061           Fax Number: _____

Email: rmeeropol@aclu.org

Check the box that applies:

✔ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Rachel Meeropol                    12/2/2025
       (Signature)                        (Date)

**Name and appellate designation of the parties you will be arguing on behalf of:**

American Public Health Association

Ibis Reproductive Health

International Union, United Automobile, Aerospace, and Agricultural Implement Workers (UAW)

Brittany Charlton

Katie Edwards

Peter Lurie

Nicole Maphis

(Appellees in No. 25-1611)